UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CENTER FOR BIOLOGICAL DIVERSITY
and NOKUSE EDUCATION, INC.,

    Plaintiffs,

v.                                                                   Case No.: 3:23-cv-936-BJD-LLL

U. S. FISH AND WILDLIFE SERVICE,
MARTHA WILLIAMS, in her official
capacity as Director of the U.S. Fish and
Wildlife Service and DEB HAALAND, in
her official capacity as Secretary of the
U.S. Department of the Interior,

    Defendants.
_____/

## CASE MANAGEMENT AND SCHEDULING ORDER

Having considered the Joint Proposed Case Management Schedule prepared by the parties, the Court enters this case management and scheduling order:

| | |
|---|---|
| Submission of the administrative record | **January 26, 2024** |
| Deadline for any motion by Plaintiffs objecting to the contents of the Administrative Record, seeking to complete or supplement the record, or seeking discovery, or any motion by Federal Defendants seeking to clarify the scope of the Administrative Record | **March 8, 2024** |

| Deadline for Plaintiffs to file their motion for summary judgment<br>*(not to exceed 40 pages)* | **March 29, 2024** |
|---|---|
| Deadline for Federal Defendants to file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment<br>*(not to exceed 40 pages)* | **May 10, 2024** |
| Deadline for Plaintiffs to file their combined memorandum in opposition to Federal Defendant's cross-motion for summary judgment and reply in support of their motion for summary judgment<br>*(not to exceed 20 pages)* | **May 31, 2024** |
| Deadline for Federal Defendants to file their reply in support of their cross-motion for summary judgment<br>*(not to exceed 20 pages)* | **June 21, 2024** |

1.  Pursuant to Local Rule 3.01(a), any motion and memorandum in support must be in a single document not to exceed 25 pages absent leave of Court. Responses to motions may not exceed 20 pages absent leave of Court. In summary judgment practice, the combined motion and memorandum (including any "Statement of Undisputed Facts") must be filed as one document and may not exceed 25 pages without permission of the Court. <u>Please deliver a courtesy copy of all dispositive motions and responses, including copies of all relevant exhibits and depositions, to chambers of the undersigned</u>.

2. **Oral argument**, if any, on the parties' dispositive motions or briefs **will be set upon further order of the Court**. Each party shall include in the dispositive motion or brief or in the response thereto a statement indicating whether oral argument is requested and if so, the estimated amount of time needed.

3. **THE COURT HAS DONE EVERYTHING POSSIBLE TO SET APPROPRIATE DEADLINES FOR THIS CASE. THE PARTIES SHOULD PROCEED ACCORDINGLY. DO NOT ASSUME THAT THE COURT WILL EXTEND THESE DEADLINES.**

4. The parties are advised (and should advise their witnesses) that photo identification is required to enter the United States Courthouse. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice.[1]

**DONE** and **ORDERED** in Jacksonville, Florida this 6th day of November, 2023.

**BRIAN J. DAVIS**
United States District Judge

---

[1] Cell phones must be turned off while in the courtroom.

- 4 -

*Copies to:*

Counsel of Record

*ap*