**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division**

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY** and **NOKUSE EDUCATION, INC.**, <br><br>   *Plaintiffs*, <br><br>         v. <br><br> **U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS**, in her official capacity as Director of the U.S. Fish and Wildlife Service; and **DEB HAALAND**, in her official capacity as Secretary of the U.S. Department of the Interior, <br><br>   *Defendants.* | **Case No. 3:23-cv-936-WWB-LLL** <br><br> **DEFENDANTS' NOTICE OF LODGING ADMINISTRATIVE RECORD** |

In accordance with the Court's November 7, 2023 Case Management and Scheduling Order (ECF 11), Defendants hereby notice lodging of the administrative record in the above-captioned case. The administrative record consists of materials compiled by the U.S. Fish and Wildlife Service corresponding to its October 12, 2022 decision that listing the gopher tortoise (*Gopherus polyphemus*) as endangered or threatened under the Endangered Species Act is not warranted.

The administrative record is contained on one thumb drive. The thumb drive also contains an electronic copy of the index hyperlinked to the documents within the record. Two copies of the administrative record have been sent to the Court via FedEx – one copy for the clerk's office to file and one copy for the Chambers of Judge Wendy

Berger. A copy of the administrative record has also been sent to counsel for Plaintiffs via FedEx.

This administrative record has been certified by Nicole Rankin, Manager for the Division of Conservation and Classification within the Southeast Region of the U.S. Fish and Wildlife Service. The certifying declaration of Nicole Rankin is attached as Exhibit A. The index for the administrative record is attached as Exhibit B.

Respectfully submitted this 25th day of January, 2024.

> TODD KIM, Assistant Attorney General
> U.S. Department of Justice
> Environment & Natural Resources Division
> S. JAY GOVINDAN, Section Chief
> NICOLE M. SMITH, Assistant Section Chief
>
> */s/ Taylor A. Mayhall*
> TAYLOR A. MAYHALL
> Trial Attorney (MN Bar No. 0400172)
> Wildlife & Marine Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
> Tel: (202) 598-3796
> Taylor.mayhall@usdoj.gov
>
> *Counsel for Defendants*

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on January 25, 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. Counsel of record currently identified on the Mailing Information list to receive e-mail notices for this case are served via Notices of Electronic Filing generated by CM/ECF.

                                              /s/ *Taylor A. Mayhall*
                                              TAYLOR A. MAYHALL