IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY** and **NOKUSE EDUCATION, INC.**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS**, in her official capacity as Director of the U.S. Fish and Wildlife Service; and **DEBRA HAALAND**, in her official capacity as Secretary of the U.S. Department of the Interior, <br><br> *Defendants*. | **Case No. 3:23-cv-936-WWB-LLL** |

## JOINT MOTION TO FURTHER STAY CASE MANAGEMENT SCHEDULE

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiffs Center for Biological Diversity and Nokuse Education, Inc. (collectively, Plaintiffs) and Federal Defendants the U.S. Fish and Wildlife Service; Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service; and Debra Haaland, in her official capacity as Secretary of the U.S. Department of the Interior (collectively, Federal Defendants or Service) file this joint motion to further stay the case management schedule until May 31, 2024. In support of this motion, Plaintiffs and Federal Defendants state as follows:

1. On October 25, 2023, the parties filed a Proposed Case Management Schedule. ECF No. 10. The Proposed Case Management Schedule set out the parties' proposed schedule to resolve Plaintiffs' claims via summary judgment motions on an

administrative record. Among other things, the parties proposed a January 26, 2024 deadline for Federal Defendants to lodge the Administrative Record, a March 8, 2024 deadline for the parties to file any motions concerning the contents of the Administrative Record, and a March 29, 2024 deadline for Plaintiffs to file the opening motion for summary judgment. *Id.* at 4. The Parties also clarified the proposed schedule, stating "if any party files a motion concerning the [Administrative Record], the parties propose that the summary judgment briefing be stayed until resolution of the record motion. The parties will propose a new merits briefing schedule within seven days after resolution of any AR motion." *Id.*

2. On November 7, 2023, this Court entered a Case Management and Scheduling Order setting the dates proposed by both parties. ECF No. 11.

3. On January 25, 2024, Federal Defendants lodged the Administrative Record. ECF No. 13.

4. On February 23, 2024, the Court granted the parties' joint motion to stay the case management schedule until May 3, 2024, so that the parties could negotiate and attempt to narrow or resolve any issues relating to the Administrative Record. ECF No. 15.

5. The parties believe additional time is necessary to continue discussing the contents of the Administrative Record and attempting to resolve any issues related to the Administrative Record. These continued negotiations would promote judicial efficiency by possibly eliminating the need for Plaintiffs to file a record motion, or by potentially narrowing the scope of any motion.

6. Because the Administrative Record will be used to resolve motions for summary judgment, the parties believe it would be most efficient to attempt to resolve the scope of the record before the Court before setting a new schedule for summary judgment briefing.

7. Therefore, the parties jointly request that the Court stay proceedings in the case for another 30 days until May 31, 2024. On or before May 31, 2024, the parties propose to file either: (1) a joint status report indicating that the matters concerning the Administrative Record are resolved and proposing a new schedule for summary judgment briefing; (2) a motion seeking to extend the stay if ongoing negotiations are needed, or (3) a notice that the matters concerning the Administrative Record could not be resolved and that Plaintiffs will file an Administrative Record motion on or before May 31, 2024.[1]

8. For the aforementioned reasons, and for good cause shown, the parties respectfully request that the Court further stay the schedule set forth in the Case Management and Scheduling Order, ECF No. 11, until May 31, 2024.

---

[1] Consistent with the parties' Joint Proposed Case Management Schedule, the parties propose that the summary judgment briefing be stayed until resolution of the record motion. ECF No. 10 at 4. The parties propose to offer a new merits briefing schedule within seven days after resolution of any Administrative Record motion.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for the parties conferred via Zoom call prior to filing this motion and agree with the resolution sought.

Respectfully submitted this 29th day of April, 2024.

<u>*/s/ Elise Pautler Bennett*</u>   (with permission)
Elise Pautler Bennett (FL Bar Number: 106573)
ebennett@biologicaldiversity.org
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, Florida 33731
Telephone: (727) 755-6950

<u>*/s/ Ragan Edward Whitlock*</u>  (with permission)
Ragan Edward Whitlock (FL Bar Number: 1034177)
rwhitlock@biologicaldiversity.org
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Telephone: (727) 426-3653

*Counsel for Plaintiffs Center for Biological Diversity and Nokuse Education, Inc.*

TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
S. JAY GOVINDAN, Section Chief
NICOLE M. SMITH, Assistant Section Chief

<u>*/s/ Taylor A. Mayhall*</u>
TAYLOR A. MAYHALL
Trial Attorney (MN Bar No. 0400172)
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-3796
Taylor.mayhall@usdoj.gov

*Counsel for Federal Defendants*