United States District Court
Middle District of Florida
Jacksonville Division

**CENTER FOR BIOLOGICAL
DIVERSITY, AND NOKUSE
EDUCATION, INC.,**

      **Plaintiffs,**

**v.**                                                    NO. 3:23-cv-936-WWB-LLL

**U.S. FISH AND WILDLIFE SERVICE,
MARTHA WILLIAMS, IN HER OFFICIAL
CAPACITY AS DIRECTOR OF THE U.S.
FISH AND WILDLIFE SERVICE, AND
DEB HAALAND, IN HER OFFICIAL CAPACITY
AS SECRETARY OF THE U.S. DEPARTMENT
OF THE INTERIOR,**

      **Defendants.**

_____

### Order

Before the Court is the parties' Joint Motion to Further Stay Case Management Schedule. Doc. 16. In it, the parties request proceedings be stayed until May 31, 2024. *Id.* For the reasons discussed below, the motion is granted to the extent that the stay remains in place pending further action from the Court.

The parties previously moved to stay the case management schedule, doc. 14, which this Court granted, doc. 15. Under the Order, *id.*, this case is stayed pending further action from the Court and the parties were ordered to file a joint status report on or before May 3, 2024. In the present motion, the parties represent that "additional

time is necessary to continue discussing the contents of the Administrative Record and attempting to resolve any issues related to the Administrative Record." Doc. 16 ¶ 5. Accordingly, they request that the Court "stay proceedings in the case for another 30 days until May 31, 2024." *Id.* ¶ 7.

It is **ordered**:

1. The parties' Joint Motion to Further Stay Case Management Schedule, doc. 16, is **granted** to the extent that the **stay remains in place** pending further action from the Court.

2. **On or before May 31, 2024**, the parties **shall file a joint status report** indicating how the parties intend to proceed in this action.

**Ordered** in Jacksonville, Florida, on May 1, 2024.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Elise Pautler Bennet, Esquire
Ragan Whitlock, Esquire
Taylor Mayhall, Esquire