**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division**

**CENTER FOR BIOLOGICAL DIVERSITY** and **NOKUSE EDUCATION, INC.**,

*Plaintiffs*,

v.

**U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS**, in her official capacity as Director of the U.S. Fish and Wildlife Service; and **DEBRA HAALAND**, in her official capacity as Secretary of the U.S. Department of the Interior,

*Defendants*.

Case No. 3:23-cv-936-WWB-LLL

## JOINT STATUS REPORT AND MOTION TO AMEND SCHEDULING ORDER

Pursuant to this Court's May 1, 2024 Order and Federal Rule of Civil Procedure 16(b)(4), Plaintiffs Center for Biological Diversity and Nokuse Education, Inc. (collectively, Plaintiffs) and Federal Defendants the U.S. Fish and Wildlife Service; Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service; and Debra Haaland, in her official capacity as Secretary of the U.S. Department of the Interior (collectively, Federal Defendants or Service) provide the following status report to update the Court regarding the status of this matter and respectfully move to amend this Court's Scheduling Order as follows:

1. On October 25, 2023, the parties filed a Proposed Case Management Schedule. ECF No. 10. The Proposed Case Management Schedule set out the parties'

1

proposed schedule to resolve Plaintiffs' claims via summary judgment motions on an administrative record.

2. On November 7, 2023, this Court entered a Case Management and Scheduling Order setting the dates proposed by the parties. ECF No. 11.

3. On January 25, 2024, Federal Defendants lodged the Administrative Record. ECF No. 13.

4. On February 23, 2024, the Court granted the parties' joint motion to stay the case management schedule until May 7, 2024, so that the parties could negotiate and attempt to narrow or resolve any issues relating to the Administrative Record. ECF No. 15.  The Court ordered the parties to file a joint status report by May 3, 2024. *Id.*

5. On April 29, 2024, the parties filed a Joint Motion to Further Stay the Case Management Schedule until May 31, 2024. ECF No. 16.

6. On May 1, 2024, the Court granted the request to further stay the case management schedule until May 31, 2024, and ordered a joint status report to be filed on or before May 31, 2024. ECF No. 17.

7. The parties have continued to negotiate regarding the contents of the Administrative Record and were able to significantly narrow the issues that require Court resolution. The Parties have reached agreement regarding the inclusion of 51 records in an amended Administrative Record. Federal Defendants will transmit an amended Administrative Record to Plaintiffs and the Court by June 14.

8. The parties were unable to reach agreement regarding supplementation of the Administrative Record and respectfully request that the Court amend its Case Management and Scheduling Order as follows:

| June 28, 2024 | Deadline for Plaintiffs to file their motion to supplement the Administrative Record, not to exceed 25 pages |
|---|---|
| August 2, 2024 | Deadline for Federal Defendants to file their response to Plaintiffs' motion to supplement the Administrative Record, not to exceed 25 pages |
| August 16, 2024 | Deadline for Plaintiffs to file a reply in support of their motion to Supplement the Administrative Record, not to exceed 7 pages |

11. Within 14 days of the Court's ruling on the Administrative Record motion, the parties will submit a proposed schedule to brief the merits of the case in cross-motions for summary judgment.

12. For the aforementioned reasons and for good cause shown, the parties respectfully request that the Court amend the schedule set forth in the Case Management and Scheduling Order, ECF No. 11, as proposed herein.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for the parties conferred via email and Zoom call prior to filing this joint status report and motion and agree to the resolution sought.

Respectfully submitted this 31st day of May, 2024.

*/s/ Elise Pautler Bennett*
Elise Pautler Bennett (FL Bar Number: 106573)
ebennett@biologicaldiversity.org
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, Florida 33731
Telephone: (727) 755-6950

*/s/ Ragan Edward Whitlock*
Ragan Edward Whitlock (FL Bar Number: 1034177)
rwhitlock@biologicaldiversity.org
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Telephone: (727) 426-3653

*Counsel for Plaintiffs Center for Biological Diversity and Nokuse Education, Inc.*

TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
S. JAY GOVINDAN, Section Chief
NICOLE M. SMITH, Assistant Section Chief

*/s/ Taylor A. Mayhall*
TAYLOR A. MAYHALL
Trial Attorney (MN Bar No. 0400172)
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-3796
Taylor.mayhall@usdoj.gov

*Counsel for Federal Defendants*