# Exhibit 1

## Declaration of Kevin T. Shoemaker, Ph.D.

**CENTER FOR BIOLOGICAL DIVERSITY** and **NOKUSE EDUCATION, INC.,**

*Plaintiffs*

**Civil Action No. 3:23-cv-936-WBB-LLL**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**Jacksonville Division**

---

**CENTER FOR BIOLOGICAL DIVERSITY**
and **NOKUSE EDUCATION, INC.,**

      *Plaintiffs*,

        v.

**U.S. FISH AND WILDLIFE**
**SERVICE; MARTHA WILLIAMS**,
in her official capacity as Director
of the U.S. Fish and Wildlife Service;
and **DEB HAALAND**, in her official
capacity as Secretary of the U.S.
Department of the Interior,

      *Defendants*.

Case No. 3:23-cv-936-WWB-LLL

---

## DECLARATION OF KEVIN T. SHOEMAKER, Ph.D.

I, Kevin T. Shoemaker, Ph.D., declare as follows:

1.      I have been retained by the Center for Biological Diversity and Nokuse Education, Inc., to explain technical terms and complex subject matters in this case relating to population viability modeling for the gopher tortoise. I have not received financial compensation for my services, and I exercised my own independent, scientific judgment when providing this explanation.

2.      The facts set forth in this declaration are based on my personal and professional knowledge and if called as a witness, I could and would competently testify to these facts under oath. As to any matters that reflect a matter of opinion, they reflect my personal and professional opinion and judgment upon the matter.

3.      I have a B.S. in Biology from Haverford College, and an M.S. and Ph.D. in Conservation Biology from State University of New York, College of Environmental Science and Forestry (SUNY-ESF). A curriculum vitae listing my publications and professional experience is attached to this declaration as Attachment A.

4.      I am currently employed as an Associate Professor of Wildlife Population Ecology in the department of Natural Resources and Environmental Science (NRES) at the University of Nevada, Reno (UNR). I currently serve as primary advisor for two M.S. students and one doctoral candidate, and co-advisor for one postdoctoral associate. I also serve as a steering committee member for 7 M.S. and 9 Ph.D. students at UNR. I also currently serve as director of the NRES Graduate Program and serve on the Curriculum Committee for both the NRES undergraduate majors and for UNR's interdisciplinary graduate program in Ecology, Evolution, and Conservation Biology.

5.      In addition to my work as a professor, I also serve on the executive board for the Nevada Chapter of The Wildlife Society, where I have served as President (2019) and remain actively involved, currently serving in the role of Secretary.

6.      I have also served as handling editor for the journal *Population Ecology* since 2014, where I handle several manuscript submissions each year.

7.      I began my career in May 2011 as a Postdoctoral Associate with SUNY-ESF. From June 2011 to December 2013, I was employed as a Research Ecologist with Applied Biomathematics, Inc. From June 2011 to November 2015, I was employed as a Postdoctoral Associate at Stony Brook University. From January 2014 to November 2015, I was employed as a Senior Scientist with Applied Biomathematics, Inc. (a small software development company focused on modeling ecological risk). From November

2015 to July 2021, I was employed as an Assistant Professor at the University of Nevada, Reno. From July 2021 to present, I have been employed as a tenured Associate Professor at UNR.

8.      I have past and ongoing experience working on projects related to turtle and tortoise ecology and conservation. I have served as principal investigator (PI) for 18 funded research grants during my 8 years at UNR, including five directly focused on tortoise population ecology. I have served as co-investigator (co-PI) for an additional 8 funded research projects. I have also published more than 50 peer-reviewed publications, including 10 focused on turtle and tortoise ecology. I have 8 additional publications currently in review. A full list of publications is available in my curriculum vitae. *See* Att. A, Shoemaker CV.

9.      I have had a strong interest in turtle and tortoise ecology and conservation since 2002, when I helped to initiate a study of the nesting ecology of Blanding's turtles (*Emydoidea blandingii*) in Concord, Massachusetts. As a graduate student, my dissertation focused on the population ecology of bog turtles (*Glyptemys muhlenbergii*) in New York. Specifically, I used long-term capture records coupled with population simulation models to show that small populations were important for sustaining metapopulations of this threatened species.

10.      After obtaining my PhD at SUNY-ESF, I was hired as a postdoctoral scholar at Stony Brook University (SBU). During my four years at SBU, I gained expertise in using simulation models to inform large-scale conservation planning. In Fall of 2015 I was hired at UNR as a quantitative wildlife population ecologist. In 2016 I secured a competitive Department of Defense-funded grant to use field work, statistics and

population simulation models to assess the impact of climate change on Mojave Desert tortoise and gopher tortoise populations.

11.     Since 2017, I have taught a large lecture class (NRES 470/670, Applied Population Ecology) for both undergraduate and graduate students focused on the use of population ecology theory and simulation models in wildlife conservation and management. In this class, students work in groups to build a population simulation model for a species of interest, and they use their models to generate recommendations for conservation and management of their chosen species. Working with students in this context has helped me to readily recognize and describe common mistakes in population modeling.

12.     I and a colleague, Dr. Kevin J. Loope, are currently evaluating the model used by the U.S. Fish and Wildlife Service (USFWS) in its recent finding that the gopher tortoise is not warranted for listing as an endangered or threatened species across much of its range. *See generally* Administrative Record (AR) 003657–91 (Not Warranted Finding); AR 003300–587 (Species Status Assessment).

13.     The scientific grounds for this decision, documented in a Species Status Assessment (SSA) prepared for USFWS, were derived in large part from a rangewide demographic simulation model that was published in the scientific journal *Global Ecology and Conservation* (Folt et al. 2022). AR 003442–73, 003523–59 (SSA); AR 011116–36 (Folt et al. 2022). While the published version of the SSA model differed in minor aspects from the model used in the SSA document (for example, the SSA model included some very small populations that were excluded from the published version), they are otherwise identical, and I hereafter refer to both versions as the "SSA model."

*See* AR 003678 (USFWS explaining that Folt et al. 2022 "uses a very similar methodology to the future condition analysis in the SSA" and that "[t]he slight variation in the published model did not substantively change the consideration in [USFWS's] analyses of the gopher tortoise's future condition").

14.     USFWS explained that the SSA model is intended to predict population growth and extinction risk for the gopher tortoise. AR 003442. To do this, the model attempted to forecast annual gopher tortoise population size across the range of the species for 80 years (from 2021 to 2100) under multiple distinct threat scenarios. The SSA model included a total of 656 distinct 'local populations'[1], defined by USFWS as aggregations of tortoises readily accessible to one another for the purposes of reproduction. AR 003303. The local populations were grouped into 253 'landscape populations' representing sets of local populations situated in close proximity to one another such that occasional movement of individuals among local populations was possible. AR 003303.

15.     USFWS stated that the SSA model analyzed four threats: climate warming, sea-level rise, urbanization's effects on tortoise immigration and habitat management, and climate-change effects on habitat management. AR 003448–54. USFWS then described six scenarios[2], representing various combinations of the threats listed above in addition to varying management responses and alternative plausible representations of the gopher tortoise life history. For each scenario, the SSA model was run 50 times to account for sources of uncertainty (a single model run refers to a full simulation of

---

[1] Reduced to 457 in Folt et al. 2022, as very small populations were excluded from the published version of the model
[2] This was expanded to 32 scenarios in Folt et al. 2022

rangewide gopher tortoise abundance over 80 years; model runs differ from one another due to the use of random number generators). Finally, the conservation outlook for the gopher tortoise under each scenario was summarized by computing statistics such as extinction risk and the average range-wide abundance and number of extant populations at year 2100. AR 003455.

16.     The SSA model's output depends on its particular specification and implementation in addition to its informational inputs. Understanding how the SSA model works requires technical expertise. As I explain in detail below, Dr. Loope and I have evaluated the SSA model and identified inconsistencies between how the simulation model works and USFWS's own findings about gopher tortoise ecology and life history.

17.     The SSA model predicted considerable population declines and local extinctions over an 80-year time horizon across many threat scenarios (sea level rise, climate warming, habitat management intensity, etc.). AR 003458–59. However, the model also predicted that a subset of populations across the species range would remain large and self-sustaining over this time frame, 003457–003469, leading USFWS to conclude that "the future condition of the species with relatively large numbers of individuals and populations suggests resiliency to withstand stochastic environmental and demographic change, and redundancy to buffer from future catastrophic events." AR 003682; 87 Fed. Reg. 61834, 61859 (Oct. 12, 2022).

18.     First, the way the SSA model handled immigration (movement of tortoises within the 'landscape populations' defined in the SSA) is inconsistent with common modeling practices, and introduces a strong positive feedback process that results in unrealistic

runaway population growth for a substantial subset of populations. The SSA defined 'immigration' as the movement of tortoises into 'local populations' from other local populations within a 'landscape population'[3] (see above). AR 003446. The method used for modeling immigration in the SSA model results in the "immigration" process having a much stronger positive impact on local and regional population viability than USFWS or the modeling team likely intended; I refer to these unintentional consequences as 'artifacts' of the modeling approach used for the gopher tortoise SSA.

19.     For example, the SSA model indicated that population growth and local extinction risk over the 80-year simulation were extremely sensitive to the 'immigration rate' parameter: when immigration rate was high (4%), total rangewide population size *grew* by 11% on average; when immigration was set to zero, rangewide population size *decreased* by 98%, falling to virtual extinction in 80 years. AR 011129 (Folt et al. 2022, Table 3), AR 003552 (SSA appendix). This surprising result is an artifact of the method used in the SSA model for accounting for the number of tortoises that move into each local population within a 'landscape population'.

20.     In metapopulation models like the SSA model (all models that include >1 population units that can exchange migrants are typically referred to as "metapopulation models"), immigration should be a 'zero sum' process: individuals added to one local population (immigrants) must be removed from a different local population within the landscape population, resulting in no net loss or gain of individuals. In the SSA model, immigrants are not derived from other populations within the landscape population; instead, immigrants are derived from theoretical structures I refer to as 'dummy'

---

[3] The term 'landscape population' is equivalent to the "metapopulation" concept from ecology and conservation biology

landscape populations. These dummy landscape populations are intended to represent the pool of individuals available to immigrate into a local population, but in fact are often orders of magnitude larger than the true number of potential immigrants. Therefore, the immigration process inadvertently (and incorrectly) serves as a major source of new individuals to some subpopulations, often exceeding natural reproduction as the primary source of new tortoises. I strongly suspect that the method used in the SSA model for accounting for movement of individuals within a landscape population was developed explicitly for the gopher tortoise SSA, as I have not encountered a similar approach in my many years of experience as a population ecologist.

21.     In the SSA model, each 'local population' is paired with a dummy landscape population, which serves as a source of immigrants to the local population and is meant to serve as an abstract representation of the pool of potential dispersers (the number of adults present in neighboring populations). In contrast to the true pool of available dispersers (which would be computed by summing across all neighboring local populations), each dummy landscape population is assumed to grow or decline in lockstep with the local population to which it is paired. Specifically, each dummy landscape population in the SSA model grows in proportion to the ratio of adults in the local population from one year to the next (e.g., if the local population doubles, the dummy landscape population doubles). Since each dummy landscape population and its paired local population are modeled independently from all other pairs (other local populations and their paired dummy landscape populations), they are effectively decoupled from other local populations nested within the same landscape population; this results in the logical and physical impossibility that dummy landscape populations

meant to represent the same cluster of populations can be both growing and declining at the same time.

22.      The way the dummy landscape populations are modeled unintentionally introduces a strong positive feedback loop that drastically inflates population growth rates for many local populations. Specifically, increases in the number of adult tortoises in a population (often driven by immigration from a large dummy landscape population) induce an equivalent proportional increase in the paired dummy landscape population, leading to an even larger influx of immigrants to the focal population in subsequent years (high immigration in one year causes even higher immigration in the following year, which causes even higher immigration rates in subsequent years). Once this positive feedback loop is initiated, immigration into the local population from its dummy landscape population continues to increase until the local population hits its maximum population size (which, in the SSA model, is often much larger than the initial population size). This positive feedback occurs most strongly in small local populations nested within large landscape populations: these populations are prone to large proportional increases due to immigration early in the simulation, inducing ecologically unrealistic growth in the dummy landscape population, and resulting in artificially inflated numbers of immigrants arriving each year from the dummy landscape population throughout much of the 80-year simulation.

23.      While rapid local population fluctuations can and do occur in nature, there is no ecological or even logical mechanism by which local population fluctuations could directly or indirectly cause equivalent proportional jumps in a much larger landscape population; most mechanisms responsible for local fluctuations do not scale to the

landscape population level. In the SSA model, for example, immigration is often the primary driver of local population growth (for example, 20 immigrants into a population of 20 would result in a doubling of the local population). However, 'landscape populations' in the SSA model are, by definition, closed to immigration (i.e., landscape populations are isolated from one another. AR 003303). Therefore, it is illogical to suppose that the doubling of the local population (driven by immigration) would imply a doubling of the size of the landscape population (which is closed to immigration by definition). Furthermore, there is no ecological theory that would support the notion that an increase in immigration could in itself cause an increase in future immigration to a focal population. Therefore, this positive feedback loop has no logical or theoretical basis.

24.     Among the many consequences of this unintended feedback loop is that individual dummy landscape populations often greatly exceed the combined abundance of all populations within the landscape population (a logical impossibility, since dummy landscape populations are intended to represent the pool of potential dispersers within the landscape population). Indeed, due to the strong positive feedback described above, some dummy landscape populations occasionally exceed the total rangewide abundance of the species by an order of magnitude or more. In our examination of model outputs, some dummy landscape populations grew from thousands to millions within a single tortoise generation—a biologically impossible growth rate for this species, which is "long-lived, slow-growing, and are slow to reach maturity," AR 003473. The impossibly large dummy landscape populations created by this model violate the USFWS's own finding on tortoise density, where the maximum number of females per

hectare is assumed to be two (AR003446). Because the model inadvertently put no limit on the size of dummy landscape populations, these dummy landscape populations (ostensibly representing the total number of individuals in adjacent populations in the shared "landscape population;"; AR003446) sometimes greatly exceed the 2 females/ha density limit imposed on focal populations (see example below).

25.     Virtually all of the populations that the SSA model predicts to be large and stable (or growing) by the end of the century are, in fact, propped up by hyper-inflated immigration from unrealistically large dummy landscape populations, while all other populations are projected to experience moderate to severe declines. For example, the population with ID 110 begins the simulation with an average of ~22 individuals in a landscape population of ~4,200 individuals. In the first 20 years of the simulation, the population grows, on average, from 22 to ~1,000 individuals and the landscape population grows, on average, from 4,200 to ~200,000 individuals, a size more than double the starting number of individuals in the entire simulation (scenario "Management (low) + medium threats"; Folt et al. 2022). AR 011129.  This results in a density of approximately 29.7 females/ha across the entire 6727 acres of the landscape population, inconsistent with the maximum of 2 females/ha assumed by the model, AR003446. This population always experiences this positive feedback-driven growth in all runs of the simulation, and therefore is predicted to have an extinction probability of zero; it is thus designated as one of the populations having the highest persistence probability ("extremely likely to persist" per Folt et al. 2022), despite starting with only ~20 individuals. *See* AR 011128 (defining "extremely likely to persist"). Our examination of model results indicates that many of the populations classified as "extremely likely to

persist" in the SSA start small and grow exponentially due to this artificial positive feedback, meaning they are in reality much more prone to extinction than indicated by the model.

26.    We also observed that the model specified the maturation rate between juvenile and adult tortoises in a way that does not reflect gopher tortoise life history.

27.    In order to estimate the percentage of juveniles that are eligible to transition to the adult stage in each year, the SSA model uses the 'flat age-within-stage structure' approach. This approach assumes an equal number of individuals in each age within the juvenile stage (i.e., if the age at maturity is 11 years, the model assumes that there are the same number of 1-year-olds, 2-year-olds, 3-year-olds,…, and 10-year-olds), and thus the proportion of maturation-eligible juveniles is 1/d where d is the number of ages in the juvenile stage (AR011121, explaining calculation of maturation rate in the SSA model). However, this is rarely the case in real populations. In most real-world cases, including gopher tortoises, a multi-year juvenile stage class is expected to contain fewer old juveniles than young juveniles because older juveniles face high rates of mortality and have had to survive for more years, AR 003387. To see how the additional exposure of each additional year to mortality is predicted to reduce the relative number of older juveniles, see the schematic example in Figure 1. The bars depict the number of individuals of each age within the juvenile stage in an example population with 1000 juveniles when juvenile annual survival is 75% (as assumed in the SSA model; AR011120) and age at maturity is 11. Yearly mortality in the juvenile stage skews the distribution towards the younger age classes within the stage because each additional year means an individual has had another 25% chance of mortality, reducing the

number of successively older individuals. In contrast, the flat-age-within-stage approach

assumes an equal number of individuals in each age class (dotted line), such that the

fraction of individuals in the maturing age class (here age 10) is the same as any other

age class. In this example, the flat-age-within-stage approach estimates that an average

of 1000 juveniles / 10 years = 100 juveniles are eligible to transition to adulthood each

year. The correct number accounting for juvenile mortality is approximately 20.



number of successively older individuals. In contrast, the flat-age-within-stage approach

28.     Because the 'flat-age-within-stage' approach ignores this simple pattern that

arises from the assumption that juveniles all experience the same annual survival rate

of 0.75 (AR011120), it will overestimate the number of individuals that are old enough to

mature into adults, resulting in an erroneously high population growth estimate.

29.     This problem with the 'flat-age-within-stage' approach is well known and there

exists a simple alternative method that avoids the problems arising from the approach

used in the SSA model. Instead of estimating the fraction of juveniles that are old enough to mature, an unbiased approach is to model each age class explicitly (i.e., keep track of the number of individuals of each year of age until maturity). When doing so, the number of maturation-eligible individuals is unambiguous: it is just the number of individuals in the age class that is one year younger than the age at maturity.

30.     To illustrate and explain the effects of the above-described modeling artifacts on model outcomes, Dr. Loope and I made modifications to the SSA model and compared the results to the original model outputs. To mitigate the effects of the positive feedback and improve the biological plausibility of the existing SSA model, we imposed a 3% cap on annual growth on all dummy landscape populations (roughly, the highest rate of growth that a gopher tortoise landscape population would be able to realistically sustain). This modification was extremely consequential: after 80 years, total rangewide abundance declined from ~70,000 to ~2,000 individuals under our corrected model, compared to a final abundance of ~20,000 (Folt et al. 2022, AR 011133) - ~47,000 (SSA, AR 003461) predicted in the flawed SSA model. This modification indicates that the misspecification of immigration rates (using the 'dummy landscape population' approach instead of a standard metapopulation modeling approach) resulted in a significantly inflated population projection, roughly 10 times larger than what the projected population would be with the errors rectified.

31.     We also corrected the maturation rate by modeling juvenile age classes explicitly (keeping track of the number of individuals in each age class within the juvenile stage). We then allowed only the individuals one year younger than the age at maturity to mature into adults in a given timestep (provided they survived). This additional

modification, when combined with the immigration modification, resulted in a further reduction in the predicted number of persisting individuals and populations—to near extinction (approximately 200 individuals across all populations).

32.     We further point out that the Folt et al. 2022 peer-reviewed paper, AR 011116–36, and the same model reported in the SSA, AR 003523–59, differ substantially in the predicted number of tortoises persisting after 80 years despite virtually identical model structure (e.g. for the low management + medium threats scenario, the SSA predicts ~47,000 individuals while Folt et al. 2022 predicts ~20,000 individuals). It is likely that this large difference is explained by the artificial positive feedback described above. The presence of ~169 additional very small populations (with initial abundance of 2-7 individuals each) that were omitted from the published version of the model (Folt et al. 2022) but included in the SSA model, *see* AR 003678 (explaining that the published Folt et al. 2022 model omitted populations smaller than 8 individuals), would be expected to result in numerous additional populations particularly prone to the erroneous positive feedback (small populations paired with large dummy metapopulations). The presence of many additional small populations in the SSA version that experience positive feedback explains the large difference in predicted outcome despite only minor differences in initial abundance (~70,600 in the SSA, AR 003458, versus ~70,500 in Folt et al. 2022, AR 011123). In summary, virtually all of the original conclusions derived from the SSA model regarding gopher tortoises' future status across their range are artifacts of modeling errors and are primarily driven by the unintended feedback process and the maturation rate error.

33.     I declare under penalty of perjury that the foregoing is true and correct and was executed on June 26, 2024, in Reno, Nevada.


_____

Kevin T. Shoemaker, Ph.D.

# Attachment A

## Curriculum Vitae Kevin T. Shoemaker, Ph.D.

**CENTER FOR BIOLOGICAL DIVERSITY** and **NOKUSE EDUCATION, INC.,**

*Plaintiffs*

**Civil Action No. 3:23-cv-936-WBB-LLL**

**KEVIN T SHOEMAKER**

Associate Professor, Department of Natural Resources & Environmental Science
University of Nevada, Reno; 1664 N Virginia St, Reno NV; email: kevinshoemaker@unr.edu;
office: Fleischmann Agriculture room 220E (lab: FA 235); ph: (775) 682-7449
http://naes.unr.edu/shoemaker; https://kevintshoemaker.net; https://github.com/kevintshoemaker

EDUCATION

| | | | |
|---|---|---|---|
| SUNY-ESF* | Conservation Biology | Ph.D. (J.P. Gibbs, advisor) | 2011 |
| SUNY-ESF* | Conservation Biology | M.S. (J.P. Gibbs, advisor) | 2007 |
| Haverford College | Biology | B.S. | 2000 |

* State University of New York, College of Environmental Science and Forestry, Syracuse, NY

EMPLOYMENT

July 2021 to present, Associate Professor, University of Nevada, Reno, Reno, NV
Nov 2015 to July 2021, Assistant Professor, University of Nevada, Reno, Reno, NV
Jan 2014 to Nov 2015, Senior Scientist, Applied Biomathematics, Inc., Setauket, NY (1/2 time)
June 2011 to Nov 2015, Post-doctoral Associate, Stony Brook University, Stony Brook, NY (1/2 time)
        Postdoctoral advisor: H. Resit Akcakaya
June 2011 to Dec 2013, Research Ecologist, Applied Biomathematics, Inc., Setauket, NY (1/2 time)
May 2011 to Dec 2011, Post-doctoral Associate, SUNY-ESF, Syracuse, NY
        Postdoctoral advisor: James P. Gibbs

EXPERTISE

- Demographic simulation modeling (population-based and individual-based)
- Estimating abundance and life history parameters with capture-recapture data in R, MARK, and BUGS/Jags
- Bayesian inference using Markov Chain Monte Carlo (MCMC) in R and BUGS/Jags
- Machine learning methods for data exploration, visualizing relationships, and global sensitivity testing in R
- Scripting and app development using R/shiny, Java, Python, C#, and Pascal/Delphi
- Reproducible scientific workflows and integrated modeling in R and GitHub
- Spatial analysis and visualization using R, GRASS, QGIS, and ArcGIS
- Designing and executing field monitoring protocols for wild populations of reptiles, small mammals, insects and birds, including trapping and passive acoustic monitoring.

TEACHING EXPERIENCE

- **NRES 470/670: Applied Population Ecology** (offered every Spring semester). I serve as primary instructor for this course in applied population modeling aimed at future conservation biologists and wildlife managers. Originally developed in 2016 (and continuously updated), this course emphasizes practical approaches to problem-solving in ecology, conservation, and wildlife management via creative application of population ecology theory using simulation models and statistics (https://kevintshoemaker.github.io/NRES-470/).
- **NRES 746: Advanced Analysis Methods for Natural Resources and Environmental Science** (offered every other Fall semester, odd years). I serve as primary instructor for this advanced

graduate-level course in model-based inference, maximum likelihood and Bayesian methods in R. This course focuses on using computational algorithms to infer ecological processes and relationships from observed data, and students emerge with the skills to write their own algorithms to solve complex data analysis problems (https://kevintshoemaker.github.io/NRES-746/).

- **NRES 710: Graduate Environmental Statistics** (offered every other Fall semester, even years). Starting in Fall 2020, I have served as primary instructor for a graduate level course designed to help graduate students achieve fundamental statistical competencies, including probability theory, correlation tests, ANOVA, regression, generalized linear models (GLM) and mixed-effects models. Students also gain proficiency in data visualization and analysis in R. Students emerge from this course understanding how and why statistical methods are fundamental to the generation of scientific knowledge (https://kevintshoemaker.github.io/NRES-710/).

- **GRAD 778: Elements of Research Computing** (workshop series offered every Fall semester). Every fall (starting in 2018), I lead a 2-day (7 hours per day) workshop to introduce graduate students and faculty to the widely-used programming language 'R' and provide hands-on experience using R to perform data exploration, visualization, and analysis (https://kevintshoemaker.github.io/R-Bootcamp/). This workshop is now offered for credit (GRAD 778) as one component of a series of similar research computing seminars offered throughout the semester.

- **EECB 703: Principles of Ecology, Evolution and Conservation Biology**. I served as primary instructor for this course in Fall 2017 and will occasionally rotate with other faculty in leading this course every few years. This course introduces incoming PhD students in the interdisciplinary EECB program (Ecology, Evolution and Conservation Biology) to the diverse disciplines that fall under the EECB umbrella, largely through a series of guest lectures from members of the EECB faculty at UNR (https://kevintshoemaker.github.io/EECB-703/).

- **Guest lectures**. Each year at UNR, I deliver multiple guest lectures in Conservation Biology (3 lectures per year covering population ecology and Population Viability Analysis [PVA]), Population Ecology (1-2 lectures per year), Wildlife Monitoring/Management (1-2 lectures per year), and other ad hoc topics in statistics, data science and modeling (0-2 lectures per year). The PVA mini-course I offer as part of NRES 421 is available here: https://kevintshoemaker.github.io/NRES-470/PVA1_421.html

- **'Math/Bio Stats Chats'**. Starting in Spring 2016 and continuing to spring 2022, I co-facilitated (with Dr. Paul Hurtado of the Math/Stats department and Ken Nussear of the Geography department) a weekly one-hour quantitative help session for graduate students (Math-Bio "Stats Chats": https://kevintshoemaker.github.io/StatsChats/). (NOTE: I am working with the new Research Data Services office to offer 'Stats Chats' regularly starting Spring 2023)

- In Spring 2015 I developed and led a two-day workshop in spatial data analysis for students in the Wildlife Medicine Program at Tufts University.

- In fall 2013 I co-led two 1-day seminars on methods in risk analysis at the annual meeting of the Society for Risk Analysis, 2013, Baltimore MD.

- In fall 2012 I led a two-day workshop on Population Viability Analysis for wildlife biologists at the New York State Department of Environmental Conservation (NYS-DEC).

- In spring 2012 I co-taught a seminar-style course (1 credit) on population viability analysis (PVA) at Stony Brook University.

- Prior to my appointment at UNR, I have delivered guest lectures in Conservation Biology, Population Ecology and Herpetology at SUNY-ESF, Stony Brook University, and University of Georgia.
- In spring 2010 (as a PhD candidate) I co-taught a seminar-style course (1 credit) at SUNY-ESF on using software tools for population biology (e.g., Program Presence, Program MARK).
- For three summers (2007-2009) I co-taught a field ecology course in which I introduced hundreds of undergraduate students to field methods in herpetology.
- For two years (2005-2006) I collaborated with high school science teachers in Syracuse, NY and surrounding areas to develop and deliver innovative hands-on lab exercises and learning activities and to mentor high school students conducting research projects as part of an NSF-funded GK-12 program at SUNY-ESF.

MENTORSHIP

*Graduate student and postdoctoral advising*
- I currently serve as primary advisor for two MS students: Joshua Vasquez (Fall 2021 to present) and Colton Irons (Fall 2023 to present).
- I currently serve as **primary advisor for one doctoral candidate** (Danielle Miles) at University of Nevada, Reno (2015 to present). In 2021, Danielle Miles received the Leslie Nossaman Award (for the top-scoring grant proposal) – Horned Lizard Conservation Society.
- I currently serve as co-advisor for a **post-doctoral associate**¸ Dr. Maksim Sergeyev at Colorado State University (*fall 2022 – present*).
- I served as (informal) co-advisor for a **post-doctoral associate**¸ Dr. Gabe Barrile at Colorado State University (*fall 2021 – fall 2022*).
- I served as **dissertation advisor for two PhD students** at University of Nevada, Reno: Margarete Walden (*graduated December 2022*) and Miranda Crowell (co-advised with Marjorie Matocq; graduated Spring 2023). Miranda Crowell received Birney award from ASM ($2k).
- I served as **primary thesis advisor for two MS students** at University of Nevada, Reno: Nathan Cook (*graduated December 2018*) and Mia Goldman (*graduated May 2022*). In 2021, Mia Goldman received UNR's Dickenson Scholarship.
- I served as **primary mentor for a post-doctoral associate** at University of Nevada, Reno: Dr. Elizabeth Hunter (*Spring 2015 to Fall 2017*).

*Graduate committees*
- Current committee assignments: 18 total UNR committees: 7 MS, 11 PhD
- I currently serve as **steering committee member for 11 doctoral students/candidates** at the University of Nevada, Reno (6 in EECB, 5 in NRES, and 1 in Earth Sciences and Engineering): Ally Coconis, Jerrod Merrell, Jordan Zabrecky, Seren Bagciliar, Julie Brockman, Taylor Brown, Nathan Jackson*, Madeleine Lohman*, Lauren Phillips*, James Simmons, Jorge Valencia*. [asterisks indicate Candidacy status as of January 2023]
- I currently serve as **steering committee member for seven Master's students** at the University of Nevada, Reno (NRES, EECB and Geography programs): James Golden, Jillian Schuyler, Morgan Byrne, Sage Ellis, Justice Best, Sean McCain, Morgan Long.

- I served as a **steering committee member for one Master's student** at Georgia Southern University: Nicole DeSha (2021).
- I served on the **steering committee for ten UNR PhD students who have since graduated**: Masoud Rostami (2022), Laura Cirillo (2022), Derek Friend (2022), Steve Hromada (2022), Valentina Alaasam (2022), Alison Agneray (2022), Adriana Parra (2021), Marcus Blum (2021), Phillip Street (2020), Thomas Riecke (2020)
- I served on the **steering committee for eight UNR Master's students who have since graduated**: Jerrod Merrell (2022), Bryant Nagelson (2021), Tyler Molter (2021), Corey Mitchell (2020), Ally Xiong (2020), Amy Robards (2019), Nathan Jackson (2018), Rose Petersky (2018).
- I served as a **steering committee member for one PhD candidate** at Fordham University (New York, USA): Suzanne Macey (2016).
- As a postdoctoral associate and PhD student, I helped to mentor and advise graduate students in the Akcakaya lab at Stony Brook University and SUNY-ESF.

*Undergraduate training and research supervision*
- **Training and supervising field/lab technicians and undergraduate trainees**:
    - 2022: Katriel VanCleve (Fall)
    - 2021: Jason Wurtz (July-Aug); Meghan Dwyer (Oct-Dec), Jay Netzel (volunteer for bird identification and coyote project), Jaynee Hartland (volunteer for coyote project), James Golden (volunteer for pika camera traps and data analysis for conference presentation), Claudia Pighetti (student volunteer who leads coyote project, also volunteered in field for horned lizard work and has now found the most new pygmy short horned lizards official records of anyone in the state including NDOW), Colton Irons (volunteer for coyote project and pika camera trap photos), Auden Lacorazza (volunteer for coyote project), Kyle Panno (volunteer for coyote project), Toryn Walton (volunteer for spotted bat project), Jackson Tenney (volunteer for coyote project, paid technician for 2021 field season, leads spotted bat project, collected life history trait information from literature reviews on insect families, reptiles, small mammals, and bats), Kelsey Burrus (paid technician for 2021 field season, co-author on natural history note, submitted grant application for stable isotope work), Stephen Zipkin (volunteer for stable isotope lab work), Richard Golgart (volunteer for field work with pika, volunteer for bird identification and spotted bat project), Steve Hromada (graduate student volunteer from UNR herpetology club for pygmy short horned lizard field surveys)
    - My graduate students and I have supervised 25+ technicians including 15+ UNR undergraduate trainees as part of our research on the biodiversity responses to pinyon-juniper treatments (2017-present)
    - My graduate students and I have supervised 10+ technicians including 2 UNR undergraduate trainees as part of our research on critical habitat breadth for Gopher and Desert tortoises (2018-present)
    - My graduate students and I have supervised 10+ technicians including 4 UNR undergraduate trainees as part of our research on pygmy rabbit population dynamics and habitat use (2016-present)
    - As part of my dissertation research at SUNY-ESF (2008-2011) I trained and supervised 3 undergraduate assistants and one MS student in the field.

- o As part of my Master's research at SUNY-ESF (2005-2007) I trained and supervised 2 undergraduate assistants and one MS student in the field.
- **Supervising undergraduate independent research**
  - o In 2021, I supervised four student research projects for internship credits: Esther Guo (2 credits), Aaron Goetz (1 credit), Megan Schwartz (2 credits), and Robin Doolin (1 credit). I also helped two undergraduate students prepare research presentations and publications: Claudia Pighetti (expected to co-author 2 coyote papers) and Jackson Tenney (will co-author one small mammal activity paper and one paper on insect life history traits).
  - o My graduate students and I have supervised 3 UNR undergraduate research projects as part of our research on the biodiversity responses to pinyon-juniper treatments (2017-present), including one recipient of a UNR Undergraduate Research Award (Richard Golgart).
  - o I supervised one UNR undergraduate research project as part of my research on critical habitat breadth for Gopher and Desert tortoises (2018-present).

SERVICE

*Department/University*

- NRES Graduate Program Director (July 2022 to present). In this role, I work to recruit and retain students in the NRES MS and PhD programs (currently 22 students enrolled; 14 MS and 8 PhD), write offer letters, plan program events, work with faculty to ensure students are supported financially, help determine the awarding of department GTA lines each semester, coordinate with the graduate committee, revise the student handbook, monitor student progress, help manage conflicts, secure program funding, solicit student awards for internal funding, coordinate with faculty to ensure a rich graduate curriculum, and work with students to develop and maintain collegiality and productivity.
- Working with the UNR Graduate School, I periodically assist in facilitating conversations with faculty about mentoring graduate students through their "Mentoring Mentors' workshop series. I was trained as a facilitator of these discussions through the CIMER program in a 2-day training workshop in Summer 2016.
- I currently serve on the **NRES Graduate Program Committee** (2019 to present).
- I currently serve on the **EECB Curriculum Committee** (fall 2022 to present).
- I currently serve on the **EECB comprehensive examination committee** (2017-present), where I have helped to administer and grade the comprehensive exam for EECB.
- In Fall 2018, I **chaired a faculty search committee** charged with identifying top candidates for a tenure-track position in Quantitative Population Ecology (search was successful, and resulted in the hiring of Dr. Perry Williams).
- I served on the **EECB awards committee** (2017-spring 2022).
- I served on the **NRES Web Committee** (2020 to spring 2022).
- I served on the **NRES awards committee** (2016-2019), where I have helped to prepare nomination packets for deserving faculty and students and to select recipients for graduate student awards.

- In Spring 2017 I served on a tenure-track **faculty search committee** that successfully identified top candidates for a tenure-track position in Forest Science.
- Starting in Spring 2019 and continuing every Fall thereafter, lead 2-day (7 hours per day) **R workshops** ('R Bootcamp') that I designed to get graduate students and faculty started using R for data exploration, visualization, and analysis (https://kevintshoemaker.github.io/R-Bootcamp/). This has since transitioned into being a core component of a 1-3 credit course offering through the UNR Graduate School ("GRAD 778: *Elements of Research Computing*").

*Professional*
- I currently serve on the **executive board for the Nevada Chapter of *The Wildlife Society***, where I have served as President (2019) and remain actively involved (currently as Representative to Western Section).
- I currently serve as **handling editor for the journal *Population Ecology***. My term began in fall 2014. In this capacity I handle ca. 5 manuscript submissions each year.
- I served as an informal advisor to USFWS and Mid-Atlantic Center for Herpetology and Conservation for developing management and monitoring plans for metapopulations of the bog turtle (*Glyptemys muhlenbergii*), an endangered freshwater turtle of the eastern United States (the primary focus of my doctoral research).
- In 2021, served on the North American Congress for Conservation Biology Organizing Committee (Scientific Program subcommittee for 2022 meeting in Reno, NV).
- In 2010 I served as a consulting biostatistician for regulators and industry consultants for the wind power industry in New York, assisting in the analysis of large data sets related to avian and bat fatalities at wind power facilities. This work has cast some doubt on the utility of pre-construction radar and avian acoustic surveys for predicting bird and bat fatalities at wind farms.
- In fall 2012 I taught a 2-day **Population Viability Analysis (PVA) workshop** for agency biologists at the New York State Department of Environmental Conservation (NYS-DEC).
- *Service as ad hoc **peer reviewer***: Nature Climate Change, Conservation Biology, Conservation Genetics, Global Change Biology, Ecography, Population Ecology, Landscape Ecology, Northeastern Naturalist, Journal of Herpetology, Copeia, Journal of Wildlife Management, Canadian Journal of Zoology, Herpetologica, PLOS ONE, Biology Letters.
- *Professional society memberships*: Society for Conservation Biology, Ecological Society of America, The Wildlife Society.

OTHER RELEVANT ACTIVITIES
- During my time working at Applied Biomathematics, I Co-developed a generic simulation model (RAMAS IRM) for assessing the rate of insect pest evolution to transgenic crops. This software is currently being used by industry and consultants to develop best management practices for optimizing crop durability. By providing a rigorous framework for exploring the effects of alternative agricultural practices, this software platform facilitates more effective communication among industry, regulators and academic ecologists.

GRANTS AND FELLOWSHIPS

*Submitted (awaiting response)*

- *Submitted*, 2023 (co-PI). Ecology, demography and space use of pygmy rabbit (*Brachylagus idahoensis*) in Nevada:  integrating habitat quality with population dynamics. Nevada Department of Wildlife. $110,000.
- *Submitted*, 2023 (co-PI). Homes on the range: large mammals as indicators of ecological and provisioning services on BLM lands in the Great Basin. Bureau of Land Management. $2m
- *Submitted*, 2023 (co-PI). Integrating functional variation in detoxification genes with demography of range edge populations to predict expansion into novel chemical landscapes. [PI- M. Matocq; co-PIs J. Forbey (Boise State University), W.B. Simison (California Academy of Sciences)]. National Science Foundation $1,210,438 [revise for NSF DEB submission]

*Successfully funded*

- PI, 2023. UNR Graduate School. DRIVE RAships. [approx. amount?]
- PI, 2022-2023. UNR Graduate School and College of Agriculture, Biotechnology and Natural Resources. Gradventure 2023 (supporting a graduate recruitment event for NRES program). $7,600.
- Co-PI, 2022-2024. Demographics, movement patterns, and selection of resources by Rocky Mountain bighorn sheep translocated to North Dakota. North Dakota Game and Fish Department (PI: K. Stewart). $439,287.
- PI, 2022. GBCESU: Occupancy Analysis in Support of: 'Monitoring American Pika in Protected Lava Landscapes. Subaward from Oregon State University (Matt Shinderman, PI). $2,620.25.
- Co-PI, 2022. College of Agriculture, Biotechnology and Natural Resources. NRES Seminar and Graduate Program Funding. $5k.
- PI, 2022-2023. Nevada Department of Wildlife - Wildlife Reserve Account Project Proposal - Spring Protection Effects on Non-Game Species. $30,000.
- Co-PI, 2021-2022. RAPID: The role of disturbance in climate-driven hybrid zone dynamics. National Science Foundation. $198,219. (PI: M. Matocq).
- PI, 2021-2023. Nevada Bureau of Land Management - GBCESU: American Pika (Ochotona princeps) Monitoring in the Black Rock Desert-High Rock Canyon National Conservation Area $25,000.
- PI, 2021-2022. Nevada Department of Wildlife - Monitoring American Pika Occupancy and Population Pressures in Northwestern Nevada. $40k.
- PI, 2021-2023. Nevada Department of Wildlife. 'Habitat mapping for mule deer and pronghorn in NV'. NDOW. $59k
- Co-PI, 2021-2022. Nevada DRIVE Program, "DRIVE GRAs for the PhD in Natural Resources and Environmental Science (NRES)". Co-PIs: Greenberg, J.A., B. Sullivan, K. Shoemaker, K. Stewart, and P. Weisberg. $50,000.
- PI*, 2021-2022. "Monitoring bat activity, movement, and habitat selection in response to juniper removal treatments in the Vya region". Bureau of Land Management. $61,192.
- Co-PI, 2020-2023. "Identification of Migration Corridors and Movement Patterns of American Pronghorn". USDA/NIFA (Hatch funds). $135,200 (PI: K.M. Stewart, UNR)

- Co-PI, 2020-2024. "Ecology, demography and space use of pygmy rabbit (*Brachylagus idahoensis*) in Nevada: integrating habitat quality with population dynamics". Nevada Department of Wildlife, Bureau of Land Management. $366,846. (PI: M.D. Matocq, UNR)
- Key Personnel, 2020-2023. "Population dynamics of endangered freshwater turtles—from long-term monitoring to tangible conservation actions". Hong Kong Research Grants Council (RGC). $127k (Primary institution: Lingnan University, Hong Kong, PI: SUNG Yik Hei)
- Supervisor, 2020. "Undergraduate Research Award: Understanding avian species interactions using automated acoustic technology". University of Nevada, Reno. $1,800 [awarded to Richard Golgart, an undergraduate mentee in the Shoemaker lab]
- Co-PI, 2019-2020. "Monitoring Habitat Use of Northern Great Basin Bat Communities". Nevada Department of Wildlife (in partnership with BLM). $20,000 [award administered through NDOW]
- PI, 2020. "Desert Tortoise Mating Opportunities on the Boulder City Conservation Easement". Clark County, NV. $15,798.20. (supplement to existing award)
- PI, 2020-2021. "Nesting study of Mojave desert tortoise (*Gopherus agassizii*) at the Boulder City Conservation Easement, Clark County, NV". Clark County. $92,298.
- Co-PI, 2020-2023. "Understanding how to manage prairie dog population dynamics in the context of plague, climate, and livestock production". USDA-AFRI. $496,000 [UNR component: $14,218. KTS will co-advise a postdoc at Colorado State University as part of this award] (PI: A.D. Davidson, Colorado State University)
- PI, 2018-2021. "Critical habitat breadth for *Gopherus* tortoises: a new paradigm for managing threatened and endangered species in a non-stationary world". Department of Defense (SERDP program). $899k.
- PI, 2017-2021. "Assessing the wildlife community response to pinyon and juniper removal in the Vya region". Bureau of Land Management (Cedarville, CA). $70k.
- PI, 2017-2018. "Movements, breeding propensity, and effects based on use of geolocators attached to three species of ducks in Nevada". Nevada Waterfowl Association. $45k.
- PI, 2017. "Population Modeling to Support Giant Tortoise Restoration on Pinta, Santa Fe, and Española Islands, Galápagos". Galapagos Conservancy. $5k.
- Co-PI, 2015-2020. "Ecology of pygmy rabbit (*Brachylagus idahoensis*) in Nevada: integrating habitat quality, demography, and landscape connectivity". Nevada Department of Wildlife, Bureau of Land Management, USFWS, Greater Hart-Sheldon Fund. $640,000. (PI: M.D. Matocq, UNR)
- PI, 2016-2021. "Measuring the regional impacts of pinyon and juniper removal on insect, bat, and reptile communities". GBLCC. $199,587.82.
- PI, 2016-2019. "Assessing the regional response of avian and small mammal sagebrush communities to pinyon and juniper removal". WAFWA. $61,235.71.
- PI, 2016. "Population Modeling to Support Giant Tortoise Restoration to Pinta and Floreana Islands, Galapagos". Galapagos Conservancy. $5k.
- PI, 2014-2016. "Effect of Human Population on Land Use and Species Viability: Methodology and Software". USDA SBIR grant #2014-02598. $450,000.
- Co-PI, 2012-2014. "Restoring critical habitat, mitigating multiple threats in Bergen Swamp". USFWS Great Lakes Research Initiative grant. $128,064. (PI: D. Leopold, SUNY-ESF)

*Declined proposals*

- *Submitted*, 2022 (co-PI). ORCC: Integrating functional variation in detoxification genes with demography of range edge populations to predict expansion into novel chemical landscapes. [PI-M. Matocq; co-PIs J. Forbey (Boise State University), W.B. Simison (California Academy of Sciences)]. National Science Foundation $1,210,438

- *Submitted*, 2022 (co-PI). Collaborative Proposal: Predicting host evolution of resistance to introduced disease in dynamic metapopulation. National Science Foundation (NSF-EDGE). PI: Loren Cassin Sackett, University of Louisiana). $352,256. [Funded, but UNR portion was declined]

- *Submitted*, 2022 (co-PI). RUI: Ecological and demographic consequences of climate change-driven phenological shifts along a latitudinal gradient. National Science Foundation (BIO-DEB). UNR portion $55,859 (total ~$2m).

- *Submitted*, 2021 (PI). Nevada Bureau of Land Management - GBCESU: Measuring and Mitigating the Threat of Plague in Faunal Communities at Talus Sites in the Northwestern Great Basin. $100,000.

- *Submitted*, 2021 (PI). Bureau of Land Management Black Rock Field Office - Pika Plague Research - Black Rock Range. $66,000.

- *Submitted*, 2021 (PI). Bureau of Land Management Black Rock Field Office - Shrew Conservation - Black Rock Range. $66,000.

- *Submitted*, 2021 (co-PI). Wildlife Acoustics (student submission) - Triangulation of Coyote Packs in Sheldon National Antelope Refuge. $5,000.

- *Submitted,* Fall 2020 (co-PI). "Climate change as a 'threat multiplier' for wild populations: a multi-species investigation using massively replicated, continent-wide avifaunal time series". 749. Strategic Environmental Research and Development Program (SERDP), US Department of Defense.

- *Submitted,* 2020 (PI). "Measuring and Mitigating the Threat of Plague in Faunal Communities at Talus Sites in the Northwestern Great Basin". Bureau of Land Management. $164,636.

- *Submitted*, 2021. Western North American Naturalist (Co-author on submission by technician Kelsey Burrus) - Understanding Diet Shifts in Response to Pinyon-Juniper Removals Using Stable Isotope Analysis of Small Mammal Museum Specimens. $2,000.

- *Submitted*, 2021. Western North American Naturalist (Co-author on submission by student Richard Golgart) - Comparing Detection Probabilities for Great Basin Breeding Birds Using Passive Acoustic Recorders. $2,000.

- *Submitted*, 2021. Western North American Naturalist - Assessing the Conservation Status and Habitat Associations of Pygmy Short-horned Lizards (*Phrynosoma douglasii*) in Northwestern Nevada. $2,000.

- *Submitted,* March 2020 (PI). "Passive Monitoring of Avian Communities for Indiana's Grasslands for Gamebirds and Songbirds Initiative". Indiana Division of Fish and Wildlife. $269,991.92.

- *Submitted*, 2019 (co-PI). "Predicting host evolution of resistance to introduced disease in dynamic metapopulations". NSF (DEB, EP cluster). $1.99m [UNR component: $200k] [declined, 2019]

- *Submitted*, 2017 (co-PI). "Collaborative Research: Predicting evolution of resistance to introduced disease and its effects on landscape-level transmission in dynamic metapopulations". NSF (EEID program). $2.99m [UNR component: $300k] [declined, 2018]

- *Submitted*, 2017 (PI). "Preliminary Proposal: Predicting host evolution of resistance to introduced disease in dynamic metapopulations". NSF (EP cluster) pre-proposal. [Full proposal invited 2017] [declined, 2018]
- *Submitted*, 2016 (PI). "Integrating ecological theory into continental-scale projection models of species abundance and distribution, using songbirds as a model system". NSF MacroSystems proposal. $233,719.89. [declined, 2017]

*Other*
- I helped to draft several grant applications as a postdoctoral associate, including a 5-year NSF-RCN grant which supported much of my postdoctoral work at Stony Brook University (2011-2015)
- I drafted a proposal to the New York State Biodiversity Research Institute (2006), which was funded and supported my master's research at SUNY-ESF (PI: James P. Gibbs).

JOURNAL ARTICLES

*In Preparation*

Crowell, M.M., Matocq, M.D., Dilts, T., Shoemaker, K.T. *In prep.* Turnover in pygmy rabbit (*Brachylagus idahoensis*) site and burrow activity in the Great Basin. *Conservation Biology*.

Crowell, M.M., Byer, N.W., Shoemaker, K.T., and Matcoq, M.D. *In prep*. Fine-scale relatedness structure within populations of pygmy rabbits (Brachylagus idahoensis) across the Great Basin. *Molecular Ecology*.

Crowell, M.M., Matocq, M.D., Shoemaker, K.T. *In prep.* Environmental drivers of population and burrow density in a mammalian sagebrush obligate, the pygmy rabbit (*Brachylagus idahoensis*). *Journal of Animal Ecology*.

Hunter, E.A, Walden, M.A., Shoemaker, K.T. *In prep*. Sensitivity of gopher tortoise population vital rates to climatic gradients. *Biological Conservation*.

Reich, H., Osterhout, M, Vasquez, J., Stewart, K.M., and Shoemaker, Kevin T. *In prep*. Late frosts exacerbate human-bear conflict in northern Nevada. *Ecology and Evolution*.

Shoemaker, K.T., Hunter, E.A., Walden, M.A., Nussear, K.E., Esque, T.C. *In prep*. Spatio-temporal drivers of Mojave Desert Tortoise demography and movements. *Ecography*.

Cook, N.A., Nicolai, C.A., Shoemaker, K.T. *In prep*. Monitoring waterfowl breeding activities with geolocators: a case study with Wood Ducks (*Aix sponsa*) in northern Nevada. *Journal of Animal Ecology*.

Borokini, I.T., Shoemaker, K.T., Weisberg, P.J., Peacock, M.M. *In prep.* Geographical and inter-annual patterns of seed viability in the threatened cold desert perennial *Ivesia webberi* A. Gray, and the prospect of non-destructive seed testing methods. *Plant Ecology*.

Hegg, S., Shoemaker, K.T., Weisberg, P.W., Sedinger, J., Matocq, M.D. *In prep*. Soil, vegetation, and interspecific competition determines density distribution of a sand-dune endemic heteromyid, the Pale Kangaroo Mouse (*Microdipodops pallidus*). *Journal of Mammalogy*.

Walden, M.A., Devan-Song, A., Drake, K.K., Esque, T.C., Nussear, K.E., Hunter, E.H, Shoemaker, K.T. *In prep.* Faster somatic growth may contribute to climate change resilience for a terrestrial vertebrate ectotherm. (ready to submit)

Loope, K.J., Folt, B., Shoemaker, K.T. *In prep*. Maturation rate error in population viability analysis overestimates viability of a threatened reptile, the gopher tortoise (*Gopherus polyphemus*). Global Ecology and Conservation.

*Submitted*

Loope, K.J., DeSha, J.N., Shoemaker, K.T., Aresco, M.J., Hunter, E.A. *Submitted*. Common-garden experiment reveals outbreeding depression and region-of-origin effects on reproductive success in a frequently translocated tortoise. *Proc B*.

Macey, S., Myers, A., Shoemaker, K.T. *Submitted*. Bog Turtle Nesting Ecology and the Efficacy of Predator Excluders. Northeastern Naturalist.

Windmiller, B., McElroy, C.L., Berkholtz, J., Wilder, E., Welch, J., Shoemaker, K.T. *Submitted*. Recovery of a Blanding's Turtle Population through Nest Protection and Headstarting. Northeastern Naturalist.

Sergeyev, M. Barrile, G.M., Augustine, D.J., Porensky, L.M., Duchardt, C.J., Shoemaker, K.T., Hartway, C.R., Davidson, A.D. *In prep*. PDOG MAPR: a decision support tool to inform management of prairie dog ecosystems. *Ecological Applications*.

Long, M.E., Stewart, K.M. Shoemaker, K.T., Reich, H., Lackey, C.W., Beckmann, J.P. *In prep*. Selection of den sites and chronology of hibernation by black bears in the eastern Sierra Nevada and western great basin. *Journal of Wildlife Management*.

Nagelson, P.B., York, R.A., Shoemaker, K.T., Foster, D.E., Stephens, S.L., and Bisbing, S.M. *Submitted*. Regeneration of fire-adapted species in the Sierra Nevada contingent upon repeated fuel treatments and available soil moisture. *Ecological Applications*.

Matocq, M.D., Hunter, E.A., Murphy, P.J. and Shoemaker, K.T. *Submitted.* Reproductive success and assortative mating at a woodrat hybrid zone. *Evolution*.

*Resubmitted*

Osterhout, M.J., Blum, M.E., Wakeling, B.F., Schroeder, C.A., Shoemaker, K.T., Brockman, J.C., and Stewart, K.M. *Submitted*. Effects of large-scale gold mining on habitat use and selection by a resident population of American Pronghorn. *Science of the Total Environment*.

*Accepted/In Press*

*Published*

Walden, M.A., Loope, K.J., Hunter, E.A., Divers, S.J., Comolli, J.R., Esque, T.C., and Shoemaker, K.T. 2023. Testosterone identifies hatchling sex for Mojave desert tortoises (*Gopherus agassizii*). *Scientific Reports*. DOI: /10.1038/s41598-023-41677-2.

Dyck, M., Shoemaker, K.T., Dennison, C., and Popescu, V. 2023. Simulated effects of roadkill and harvest on the viability of a recovering bobcat population. *Journal of Wildlife Management.* DOI: 10.1002/jwmg.22460

Gustin, M.S., Dunham-Cheatham, S.M., Choma, N., Shoemaker, K.T., and Allen, N. 2023. Determining sources of reactive mercury compounds in Reno, Nevada, USA. *Frontiers in Environmental Chemistry*. DOI: 10.3389/fenvc.2023.1202957

Goldman, M.R., Shinderman, M., Jeffress, M.R., Rodhouse, T.J., and Shoemaker, K.T. 2023. Integrating multiple sign types to improve occupancy estimation for inconspicuous species. *Ecology and Evolution*. DOI: 10.1002/ece3.10019

Dilts, T.E., Zeller, K.A., Cushman, S.A., Larrucea, E.S., Crowell, M.M., Byer. N.W., Shoemaker, K.T., Matocq, M.D. 2023. Pygmy rabbit habitat network reveals threats and opportunities for management and conservation. *Landscape Ecology*. DOI: 10.1007/s10980-023-01672-4.

Crowell, M.M., LaHue, N., Heath, E., Shoemaker, K.T., and Matocq, M.D. 2023. Detection of Rabbit Hemorrhagic Disease Virus 2 in the Pygmy Rabbit (*Brachylagus idahoensis*) in Nevada, USA. *Journal of Wildlife Diseases*. DOI: 10.7589/JWD-D-22-00067.

Dilts, T.E., Blum, M., Shoemaker, K.T., Weisberg, P.J., Stewart, K. 2023. Topographic ruggedness indices in ecology: past, present and future. *Landscape Ecology*. DOI: 10.1007/s10980-023-01646-6.

Blum, M.E., Stewart, K.M., Shoemaker, K.T., Wakeling, B.. Dilts, T.E., Bennett, J.R., Cox, M., Sullivan, B.W., Bleich, V. 2023. Changes in selection of resources with reproductive state in a montane ungulate. *Movement Ecology* 11:20. DOI: 10.1186/s40462-023-00378-1

Barrile, G.M., Augustine, D.J., Porensky, L.M., Duchardt, C.J., Shoemaker, K.T., Hartway, C.R., Derner, J.D., Hunter, E.A., and Davidson, A.D. 2023. A big data–model integration approach for predicting epizootics and population recovery in a keystone species. *Ecological Applications*. https://doi.org/10.1002/eap.2827

Blum, M.E., Stewart, K.M., Cox, M., Shoemaker, K.T., Bennett, J. R., Sullivan, B. W., Wakeling, B.F., and Bleich, V.C. 2023. Variation in diet of desert bighorn sheep around parturition: tradeoffs associated with parturition. *Frontiers in Ecology and Evolution* 10, 1293. DOI: 10.3389/fevo.2022.1071771

Loope, K.J., Rostal, D.C., Walden, M.A., Shoemaker, K.T., and Hunter, E.A. 2022. A comparison of non-surgical methods for sexing young gopher tortoises (*Gopherus polyphemus*). *PeerJ* 10:e13599 http://doi.org/10.7717/peerj.13599

Walden, M. A., Jania, R., Kinney, M. E., Devan-Song, A., Drake, K. K., Esque, T. C., and Shoemaker, K. T. (2022). Computed tomography for measuring body fat reserves in the threatened Mojave Desert Tortoise (*Gopherus agassizii*). *Journal of Zoo and Wildlife Medicine*, 54: 412-423. DOI: 10.1638/2020-0168.

Reynolds, D.S., Shoemaker, K.T., von Oettingen, S., Nager, S., Veilleaux, J.P. and Moosman, P. 2021. Integrating Multiple Survey Techniques to Document a Shifting Bat Community in the Wake of White-nose Syndrome. *Journal of Fish and Wildlife Management*. DOI: 10.3996/JFWM-20-043

Byer, N.W., Dilts, T.E., Larrucea, E.S., Crowell, M.M., Shoemaker, K.T., Weisberg, P.J., Matocq, M.D. 2021. Holocene-era landscape conditions affect genetic connectivity in a sagebrush obligate species, the pygmy rabbit (*Brachylagus idahoensis*). *Landscape Ecology*. DOI: 10.1007/s10980-021-01328-1

Byer, N.W., Holding, M.L., Crowell, M.M., Pierson, T.W., Dilts, T.E., Shoemaker, K.T., and Matocq, M.D. 2021. Adaptive divergence despite low effective population size in a peripherally isolated population of the pygmy rabbit, *Brachylagus idahoensis*. *Molecular Ecology*. DOI: 10.1111/mec.16040

Fordham, D.A., Brown, S.C., Akcakaya, H.R., Brook, B.W., Haythorne, S., Manica, A., Shoemaker, K.T., Austin, J.J., Blonder, B., Rahbek, C., Nogues-Bravo, D. 2021. Process-explicit models reveal pathway to extinction for woolly mammoth using pattern-oriented validation. *Ecology Letters*. DOI: 10.1111/ele.13911.

Cook, N.A., Nicolai, C.A., Shoemaker, K.T. 2021. Movements and staging locations of Canvasback (*Aythya valisineria*) in the Pacific Flyway. *Journal of Fish and Wildlife Management*. DOI: 10.1111/JFWM-20-032

Mitchell, C.I., Shoemaker, K.T., Esque, T.C., Vandergast, A.G., Hromada, S.J., Dutcher, K.E., Heaton, J.S., and Nussear, K.E. 2021. Integrating telemetry data at several scales with spatial capture-recapture to improve density estimates for a rare and elusive reptile. *Ecosphere.* DOI: 10.1002/ecs2.3689.

Hughey, L.F., Shoemaker, K.T., Stewart, K.M., McCauley, D.J., Cushman, J.H. 2021. Effects of human-altered landscapes on a reintroduced native ungulate: patterns of resource selection at the rangeland-wildland interface. *Biological Conservation* 257: 109086. DOI: 10.1016/j.biocon.2021.109086.

Mitchell, C.I., Friend, D.A., Phillips, L.T., Hunter, E.A., Lovich, J.E., Agha, M., Puffer, S.R., Cummings, K.L., Medica, P.A., Esque, T.C., Nussear, K.E., Shoemaker, K.T. 2021. "Unscrambling" the drivers of egg production in the Mojave desert tortoise: Climate and individual attributes predict reproductive output. *Endangered Species Research*. DOI: 10.3354/esr01103

Matthews, S., Mellin, C., Pratchett, M. Shoemaker, K.T. 2020. COTSMod: A spatially explicit metacommunity model for the management of Crown-of-thorns starfish and coral recovery. *Advances in Marine Biology* 87:259-290. Academic Press. DOI: 10.1016/bs.amb.2020.09.001

Macey, S.K., Vaidya, P.B., Chiu, C., Clark, J.A., and Shoemaker, K.T. 2020. Evidence for Nest-Site Fidelity but not Natal Homing in Bog Turtles (*Glyptemys muhlenbergii*). *Journal of Herpetology.* DOI: 10.1670/19-073

Crowell, M.M., Matocq, M.D., Shoemaker, K.T. 2020. Ideal trapping conditions for increased trap success of pygmy rabbits (*Brachylagus idahoensis*) across the Great Basin. *Journal of Mammalogy*. DOI: 10.1093/jmammal/gyaa114

Simmons, J.B., Campbell, T., Jerde, C.L., Chandra, S., Cowan, W., Hogan, Z., Saenz, J., Shoemaker, K.T. 2020. Population dynamics of threatened Lahontan cutthroat trout in Summit Lake. *Scientific Reports*. DOI: 10.1038/s41598-020-65992-0

Heffelfinger, L.J., Stewart, K.M., Shoemaker, K.T., Darby, N.W., and Bleich, V.C. 2020. Balancing Current and Future Reproductive Investment: Variation in Resource Selection During Stages of Reproduction in a Long-Lived Herbivore. *Frontiers in Ecology and Evolution*. DOI: 10.3389/fevo.2020.00163

Bleich, V.C., Blum, M.E., Holl, S.A., Shoemaker, K.T., Sustaita, D. 2019. Habitat selection by bighorn sheep in a mesic ecosystem: the San Rafael Mountains, California, USA. *California Fish and Game* 105:205-224.

Wakeling, B.F., Van Dellen, A, Shoemaker, K.T., Gritts, M., Tull, J.C., and Stewart, K.M. 2019. The Nature of Diversity: diversity builds resiliency – in the wild and in the workplace – but it isn't easy. *The Wildlife Professional* 13(6):46-49.

Hunter, E.A., Gibbs, J.P., Cayot, L.J, Tapia, W., Quinzin, M.C., Miller, J.C., Caccone, A., and Shoemaker, K.T. 2020. Seeking compromise across competing goals in conservation translocations: The case of the "extinct" Floreana Island Galapagos giant tortoise. *Journal of Applied Ecology.* DOI: 10.1111/1365-2664.13516.

Keehn, J. E., Shoemaker, K. T., & Feldman, C. R. 2019. Population-level effects of wind farms on a desert lizard. *The Journal of Wildlife Management*, 83:145-157. DOI: 10.1002/jwmg.21565

Hall, D.B., Shoemaker, K.T., and Greger, P.D. 2019. Western red-tailed skink (*Plestiodon gilberti rubricaudatus*) distribution and habitat use in southern Nevada, USA. *Herpetological Conservation and Biology* 14:455–469.

Sullivan, B.W., Nifong, R.L., Nasto, M.K., Alvarez-Clare, S., Dencker, C., Soper, F.M., Shoemaker, K.T., Ishida, F.Y. Zaragoza-Castells, J., Davidson, E.A., Cleveland, C.C.  2019. Biogeochemical recuperation of lowland tropical forest during succession. *Ecology.* DOI: 10.1002/ecy.2641

Petersky, R., Calvin, W., Shoemaker, K.T., Weisberg, P. and Harpold, A. 2019. The sensitivity of snow ephemerality to warming climate across an arid to montane vegetation gradient. *Ecohydrology* **12***: e2060*. DOI: 10.1002/eco.2060

Shoemaker, K.T., Heffelfinger, L.J., Jackson, N.J., Blum, M.E., Wasley, T., and Stewart, K.M. 2018. A machine-learning approach for extending classical wildlife resource selection analyses. *Ecology and Evolution* 8:3556-3569. DOI: 10.1002/ece3.3936

Davidson, A.D., Hunter, E.A., Erz, J., Lightfoot, D.C., McCarthy, A.M., Mueller, J.K., and Shoemaker, K.T. 2018. Reintroducing a keystone burrowing rodent to restore an arid North American grassland: challenges and successes. *Restoration Ecology* **26**:909-920. DOI: 10.1111/rec.12671

Hunter, E.A., Murphy, P.J., Matocq, M.D., and Shoemaker, K.T. 2017. Differential effects of climate on survival rates drive hybrid zone dynamics and changes in species range limits. *Current Biology* **27**:3898-3903. DOI: 10.1016/j.cub.2017.11.029

Davidson, A.D., Shoemaker, K.T., Weinstein, B., Costa, G., Brooks, T., Ceballos, G., Rondinini, C. Radeloff, V., and Graham, C. 2017. Geography of current and future global mammal extinction risk. *PLOS-ONE* **12**(11), e0186934. DOI: 10.1371/journal.pone.0186934

Che-Castaldo, C., Jenouvrier, S., Youngflesh, C., Shoemaker, K.T., Humphries, G., Lynch, H.J. 2017. Pan-Antarctic analysis reveals the importance of stochastic forcing for Adélie penguins: How noisy is too noisy for adaptive management? *Nature Communications* **8**(1), 832.

Reynolds, D. S., Shoemaker, K. T., von Oettingen, S., Najjar, S. 2017. High Rates of Winter Activity and Arousals in Two New England Bat Species: Implications for a Reduced White-nose Syndrome Impact? *The Northeastern Naturalist* **24**(sp7), B188-B208. DOI: 10.1656/045.024.s720

Hileman, E. T., King, R. B., Adamski, J. M., Anton, T. G., Bailey, R. L., Baker, S. J., Johnson, B.D., Johnson, G., Kiel, B.D., Kingsbury, B.A., Kowalski, M.J., Shoemaker, K.T., Lee, Y.M., Lentini, A.M., & Campa III, H. 2017. Climatic and geographic predictors of life history variation in Eastern Massasauga (*Sistrurus catenatus*): A range-wide synthesis. PloS ONE **12**(2), e0172011. DOI: 10.1371/journal.pone.0172011

Johnson, B.D., Gibbs, J.P., Bell, T. A., & Shoemaker, K. T. 2016. Manipulation of basking sites for endangered eastern massasauga rattlesnakes. *The Journal of Wildlife Management* **80**: 803-811. DOI: 10.1002/jwmg.21079.

Johnson, B.D., Gibbs, J.P., Shoemaker, K.T., & Cohen, J. B. 2016. Demography of a Small and Isolated Population of Eastern Massasauga Rattlesnakes (*Sistrurus catenatus*) Threatened by Vegetative Succession. *Journal of Herpetology* **50**: 534-540. DOI: 10.1670/121.

Ryu, H.Y., Shoemaker, K.T., Kneip, E., Pidgeon, A.M., Heglund, P.J., Bateman, B.L., ... & Akçakaya, H.R. 2016. Developing population models with data from marked individuals. *Biological Conservation* **197**:190-199. DOI: 10.1016/j.biocon.2016.02.031

Stanton, J.C., Shoemaker, K.T., Pearson, R.G., & Akçakaya, H.R. 2015.Warning Times for Species Extinctions Due To Climate Change. *Global Change Biology* **21**:1066-1077. DOI: 10.1111/gcb.12721.

Shoemaker, K.T. & Akçakaya, H.R. 2015. Inferring the nature of anthropogenic threats from long-term abundance records. *Conservation Biology* **29**:238–249. DOI: 10.1111/cobi.12353.

Gibbs, J.P, Shoemaker, K.T., Hunter, E.A., Cayot, L., & Tapia, W. 2014. Giant Tortoise Reintroduction to Española Island, Galapagos: Demographic Outcomes and Ecosystem Implications. *PLoS ONE*. [DOI: 10.1371/journal.pone.0110742]

Penone, C., Davidson, A.D., Shoemaker, K.T., Graham, C.  Di Marco, M. Rondinini, C. Hedges, B., & Costa, G.C. 2014. Imputation of missing data in life-history traits datasets: which approach performs the best? *Methods in Ecology and Evolution.***5**:961–970. DOI:10.1111/2041-210X.12232

Fordham, D.A., Shoemaker, K.T., Schumaker, N.H., Akçakaya, H.R., Clisby, N., & Brook, B.W. 2014. How interactions between animal movement and landscape processes modify local range dynamics and extinction risk. *Biology Letters* **10**:20140198. DOI:10.1098/rsbl.2014.0198

Davidson, A. D., Friggens, M.T., Shoemaker, K.T., Hayes, C. L., Erz, J., Duran, R. 2014. Population Dynamics of Reintroduced Gunnison's Prairie Dogs in the Southern Portion of their Range. *Journal of Wildlife Management* **78**:429-439. DOI:10.1002/jwmg.681

Shoemaker, K.T., Breisch, A.R., Jaycox, J.W., & Gibbs, J.P. 2014. Disambiguating the Minimum Viable Population Concept: Response to Reed and McCoy. *Conservation Biology* **28**:871-873.

Pearson, R.G., Stanton, J.C., Shoemaker, K.T., Aiello-Lammens, M.E., Ersts, P.J., Horning, N., Fordham, D.A., Raxworthy, C.J., Ryu, H.Y., McNees, J., & Akçakaya, H.R. 2014. Life history and spatial traits predict extinction risk due to climate change. *Nature Climate Change* **4**:217–221. DOI:10.7917/D7WD3XH5

Shoemaker, K.T., Lacy, R.C., Verant, M.L., Brook, B.W., Livieri, T.M., Miller, P.S., Fordham, D.A., & Akçakaya, H.R. 2014. Effects of prey metapopulation structure on the viability of black-footed ferrets in plague-impacted landscapes: a metamodelling approach. *Journal of Applied Ecology* **51**: 735-745. DOI:10.1111/1365-2664.12223

Chan, H-K, Shoemaker, K.T. & Karraker, N.E. 2014. Demography of *Quasipaa* frogs in China reveals high vulnerability to widespread harvest pressure. *Biological Conservation* **170**:3-9. DOI:10.1016/j.biocon.2013.12.014

Shoemaker, K.T., A.R. Breisch, J. Jaycox, and J.P. Gibbs. 2013. Re-examining the minimum viable population concept for long-lived species. *Conservation Biology* **27**:542-551. DOI:10.1111/cobi.12028

Shoemaker, K.T., and J.P. Gibbs. 2013. Genetic Connectivity Among Populations of the Threatened Bog Turtle (*Glyptemys muhlenbergii*) and the Need for a Regional Approach to Turtle Conservation. *Copeia* **2013**:324-331. DOI:10.1643/OT-12-022

Shoemaker, K.T., and J.P. Gibbs. 2010. Evaluating basking-habitat deficiency in the threatened eastern massasauga rattlesnake. *Journal of Wildlife Management* **74**:504-513. DOI:10.2193/2008-519

Schlaepfer, M.A., W.D. Helenbrook, K.B. Searing, and K.T. Shoemaker. 2009. Assisted colonization: evaluating contrasting management actions (and values) in the face of uncertainty. *Trends in Ecology and Evolution* **24**:471-472. DOI:10.1016/j.tree.2009.05.008

## BOOK CHAPTERS:

Shoemaker, K.T., G. Johnson and K.A. Prior. 2009. Habitat manipulation as a viable conservation strategy. Pp. 221–243 in (S.J. Mullin and R.J. Seigel, eds.) *Snakes: Applied Ecology and Conservation*. Cornell Univ. Press.

## BOOK REVIEWS:

Shoemaker, K.T. 2018. Current Trends in Wildlife Research (Mateo, R., Arroyo,B., Garcia, J.T., editors). *The Quarterly Review of Biology* **93**: 145.

Shoemaker, K.T. 2013. Design and Analysis of Long-Term Ecological Monitoring Studies (R.A. Gitzen et al., editors) *The Quarterly Review of Biology* **88**: 334.

## NATURAL HISTORY NOTES

Miles, D., Burrus, K., & K.T. Shoemaker. 2021. Distinct white facial fur patterns of deer mouse, *Peromyscus maniculatus*, populations in northern Nevada. Northwestern Naturalist. DOI: 10.1898/1051-1733-102.3.254.

Miles, D.C., Burrus, K.R., Burrus, M., and K.T. Shoemaker. *In prep*. Foot Drumming in Pinyon Mice, *Peromyscus truei. Western North American Naturalist*.

Miles, D.C., Burrus, K., and K.T. Shoemaker. *Accepted*. First Records of the Dusky-Footed Woodrat, *Neotoma fuscipes*, in Northern Nevada. *Northwestern Naturalist*.

Miles, D.C., Danser, C., and K.T. Shoemaker. 2020. Tail bifurcation in *Plestiodon skiltonianus*. *Herpetology Notes*. https://www.biotaxa.org/hn/article/viewFile/57502/60850

Miles, D.C.,  Burrus, K.R., and K.T. Shoemaker. 2020. First records of California Kangaroo Rats, *Dipodomys californicus*, in Nevada," *Northwestern Naturalist* 101(1), 61-63. DOI:10.1898/1051-1733-101.1.61

<u>REPORTS:</u>

[add SERDP report]

Averill-Murray, R.C., Esque, T.C., Allison, L.J., Bassett, S., Carter, S.K., Dutcher, K.E., Hromada, S.J., Nussear, K.E., and Shoemaker, K., 2021, Connectivity of Mojave Desert tortoise populations—Management implications for maintaining a viable recovery network: U.S. Geological Survey Open-File Report 2021–1033, 23 p., https://doi.org/10.3133/ofr20211033.

Shoemaker, K.T. 2020. Critical habitat breadth for *Gopherus* tortoises: a new paradigm for managing threatened and endangered species in a non-stationary world. Interim Report, January 2020. Project RC18-1103. 54 pp.

Matocq, M.D., Shoemaker, K.T., Crowell, M., Dilts, T., Weisberg, P. Ecology and demography of pygmy rabbit (*Brachylagus idahoensis*) in Nevada: integrating habitat quality, demography and landscape connectivity. Final report to BLM. February 2020. 110 pp.

Friedenberg, N.A. and Shoemaker, K.T. 2013. Population-Level Impacts of Wind Energy Development on Golden Eagles (*Aquila chrysaetos*). Electric Power Research Authority (EPRI) publication #3002004770.

Shoemaker, K.T., J. Stanton, J. Ray, and N.A. Friedenberg. 2013. Assessing Population-level Risks of Wind Power Development for the Indiana Bat (*Myotis sodalis*). Electric Power Research Authority (EPRI). 95 pp.

Friedenberg, N.A. and Shoemaker, K.T. 2012. Ecological risks associated with wind and solar power. Electric Power Research Authority (EPRI). 69 pp.

Friedenberg, N.A. and Shoemaker, K.T. 2013. Golden Eagle Nesting Habitat in the Contiguous Western United States.  Electric Power Research Authority (EPRI) publication #3002002401.

Shoemaker, K.T., A.T. Krofta and J.P. Gibbs. 2007. Management recommendations for the eastern massasauga rattlesnake at Cicero Swamp Wildlife Management Area based on recent surveys. Unpublished report prepared for the New York State Department of Environmental Conservation, Albany, NY. 13 pp.

Shoemaker, K.T., A.T. Krofta and J.P. Gibbs. 2006. Is Management Intervention Necessary for the Conservation of the Massasauga Rattlesnake at Cicero Swamp? A Report Based on a 2-year Ecological Study. Unpublished report prepared for the New York State Department of Environmental Conservation, Albany, NY. 39 pp.

THESES/DISSERTATIONS

Shoemaker, K.T. 2011. Demography and population genetics of the bog turtle (*Glyptemys muhlenbergii*): implications for regional conservation planning in New York State. Dissertation, State University of New York College of Environmental Science and Forestry, Syracuse, NY. May 2011. 221 pp.

Shoemaker, K.T. 2007. Habitat manipulation as a viable strategy for the conservation of the massasauga rattlesnake in New York State. Master's Thesis, State University of New York College of Environmental Science and Forestry, Syracuse, NY. May 2007.

PROFESSIONAL PRESENTATIONS AND INVITED TALKS

(presenter denoted with asterisk)

*Invited seminars and keynotes*

Shoemaker, K.T. A new framework for modeling rangewide threats to Mojave desert tortoise populations: preliminary results and next steps. Invited presentation for the Desert Tortoise Management Oversight Group (MOG). Springs Preserve, Las Vegas, NV. October 2023.

[ADD: SERDP IPR, April 2023]

Shoemaker, K.T.*. An augmented workflow for wildlife habitat modeling using machine learning. Invited presentation for "Fuzzy Boundaries" symposium on machine learning at The Wildlife Society annual meeting. Nov. 2022. Spokane, WA.

Hunter, E.A.*, and K.T. Shoemaker. Critical habitat Breadth for Gopherus Tortoises: A New Paradigm for Managing Threatened and Endangered Species in a Non-Stationary World. Invited presentation for SERDP Scientific Advisory Board (in-progress review). April 2022.

Shoemaker, K.T.*. Modeling the environmental drivers of population dynamics for desert and gopher tortoises in North America. Invited presentation for SERDP annual symposium. Nov. 2021. Virtual.

Hunter, E.A.*, and K.T. Shoemaker. Critical habitat Breadth for Gopherus Tortoises: A New Paradigm for Managing Threatened and Endangered Species in a Non-Stationary World. Invited presentation for SERDP Scientific Advisory Board (in-progress review). April 2021.

Hunter, E.A.*, and K.T. Shoemaker. Critical habitat Breadth for Gopherus Tortoises: A New Paradigm for Managing Threatened and Endangered Species in a Non-Stationary World. Invited presentation for SERDP Scientific Advisory Board (in-progress review). April 2020.

Shoemaker, K.T.* "Simulation models for wildlife conservation". Invited seminar at Lingnan University and Hong Kong University, Hong Kong. November 2019.

Shoemaker, K.T.* "Population modeling for conservation: case studies with bog turtles, Galapagos tortoises and prairie dogs". Invited seminar at Humboldt State University. Arcata, CA. October 2016.

Shoemaker, K.T.* et al., "Modeling the recovery of the black-footed ferret in a linked predator-prey-disease system". Invited talk for the seminar series at Warnell School of Forestry and Natural Resources, University of Georgia, Athens, GA, October 2014.

Shoemaker, K.T.* et al., "Mitigating the demographic impacts of roads on long-lived organisms". Invited talk for 2014 Wildlife Mitigation Strategy workshop in Peterborough, ON, organized by the Ontario Ministry of Transportation. May 2014.

Shoemaker, K.T.* et al. "Assessing the conservation value of small gopher tortoise populations: lessons from a bog turtle metapopulation in New York". Keynote address for the annual meeting of the Gopher Tortoise Council, Ponte Vedra, FL, Nov. 2013.

Shoemaker, K.T.* "When is a small turtle population worth protecting". Invited talk for seminar series at University of Rhode Island, September 2013.

Shoemaker, K.T.* "Modeling black-footed ferret recovery in a dynamic disease-driven system". Invited seminar, University of Adelaide, Adelaide, Australia. December 2012.

Shoemaker, K.T.* "Scaling up bog turtle conservation in New York". Invited talk for seminar series at Paul Smiths college April 2011.

*Oral presentations*

Loope, K.J., DeSha. N., Cozad, R.A., Breakfield, D.B., Aresco, M.J., Shoemaker, K.T., and Hunter, E.A. Survival and reproduction in translocated tortoises: region-of-origin effects and outbreeding depression. Annual Meeting of the Gopher Tortoise Council. Tifton, GA. November 2023.

Hunter, E.A., Loope, K.J., Shoemaker, K.T. Indirect effects of climate change on habitat management drive population declines in Gopher Tortoises. Annual meeting of The Wildlife Society. November 2023.

[Davidson, A., Barrile, G., Shoemaker, K.T. Modeling plague in prairie dog populations. American Grasslands Conference. Details…summer 2023]

Hromada, S, Nussear, K. Collins, A., Shoemaker, K.T. 2023. Climatic Drivers of Mojave Desert Tortoise Survival. Contributed talk at Ecological Society of America Annual Meeting. July 2023.

Adkins, C., K.T. Shoemaker, M.D. Matocq. Environmental correlates of changes in genomic composition across a small mammal hybrid zone. Contributed talk at American Society of Mammalogists (ASM) Annual Meeting, Anchorage, AK. July 2023.

Coconis, A.C., K.E. Nussear, K.T. Shoemaker, B.T. Hamilton, M.D. Matocq. Discerning drivers of distribution in *Neotoma lepida* and *Neotoma cinerea* in the Great Basin. Contributed talk at American Society of Mammalogists (ASM) Annual Meeting, Anchorage, AK. July 2023.

Crowell, M., M. Matocq, Dilts, T., Shoemaker, K.T. Fantastic pygmy rabbits and where to find them: long-distance exploratory behavior and barriers to movement. Fantastic pygmy rabbits and where to find them: long-distance exploratory behavior and barriers to movement

Vasquez, J.*, Shoemaker, K.T., Stewart, K., Schroeder, C. Seasonal and regional differences in mule deer resource selection across northern Nevada. Contributed talk at The Wildlife Society Annual Meeting, Spokane, WA, November 2022.

Jackson, N.*, Stewart. K.M., Shoemaker., K.T., Clark, D.,Wisdom, M. and Rowland, M. Shifting patterns of space use by sympatric herbivores: resource selection response to changing densities of

interspecific competitors. Contributed talk at The Wildlife Society Annual Meeting, Spokane, WA, November 2022.

Walden, M.*, Shoemaker, K.T., Loope, K., Hunter, E., Divers, S., Esque, T. Innate Testosterone Identifies Sex of Hatchling Mojave Desert Tortoises (*Gopherus agassizii).* Contributed talk at the annual meeting of the Desert Tortoise Council, Feb. 2022 (virtual meeting).

Goldman, M.*, Shoemaker, K.T. Improving occupancy estimation for inconspicuous species using multiple sign types: a case study of American pika. Contributed talk at the annual meeting of the American Society of Mammalogists. Tucson AZ, June 2022.

Crowell, M.*, Shoemaker, K.T. Fantastic pygmy rabbits and where to find them: investigating long distance movements with GPS collars. Contributed talk at the annual meeting of the American Society of Mammalogists. Tucson AZ, June 2022.

Jackson, N*., Shoemaker., K.T., Stewart, K. Variation in resource selection by a large herbivore: effects of reproductive status and interspecific competition. Contributed talk at the annual meeting of the American Society of Mammalogists. Tucson AZ, June 2022.

Osterhout, M., Shoemaker, K.T., Stewart, K. Selection of resources by pronghorn near large-scale disturbance. Contributed talk at the annual meeting of the American Society of Mammalogists. Tucson AZ, June 2022.

Dyck, M., Dennison, C., Shoemaker, K.T., Popescu, V. Population viability analysis of Ohio's recovering bobcats. Contributed talk at the annual meeting of the American Society of Mammalogists. Tucson AZ, June 2022.

Barrile, G.*, Shoemaker, K.T., Augustine, D., Duchart, C., Hartway, C., Porensky, L., Davidson, A. Modeling Colony Growth and Plague Epizootics in Black-Tailed Prairie Dogs Across Eleven National Grasslands. Contributed talk at NACCB 2022, Reno, NV, July 2022.

Dilts, T.*, Zeller. K., Cushman, S., Crowell, M., Larrucea, E., Matocq, M. Pygmy Rabbit Habitat Network Reveals Threats and Opportunities for Management and Conservation. Contributed talk at NACCB 2022, Reno, NV, July 2022.

Shoemaker, K.T.*, Walden, M., Hunter, E.A., Nussear, K.E., Esque, T.C., Drake, K.K., and Averill-Murray, R. Modeling the range-wide environmental drivers of population dynamics for desert tortoises using long-term capture-recapture data. Contributed talk at NACCB 2022, Reno, NV, July 2022.

Miles, D.*, Shoemaker, K.T., Tenney, J., Burrus, K. Understanding Diet Shifts in Response to Pinyon-Juniper Removals Using Stable Isotope Analysis of Small Mammal Museum Specimens. Contributed talk at NACCB 2022, Reno, NV, July 2022.

Burrus, K.*, Miles, D., Shoemaker, K.T., Tenney, J. Improving Spotted Bat (Euderma maculatum) Detection Through Auditory Surveys and Increased Citizen Science Engagement in Nevada. Speed talk at NACCB 2022, Reno, NV, July 2022.

Hunter, E.A.*, K.J. Loope, J.N. DeSha, M.J. Aresco, D.C. Rostal, B.B. Rothermel, L.L. Smith, and K.T. Shoemaker. 2022. Natural variation and plasticity in response to climate change in gopher

tortoise nest-site selection, nest thermal environment, and hatching success. North American Congress for Conservation Biology annual meeting, Reno, Nevada.

Miles. D.M.* and K.T. Shoemaker. Assessing the top-down and bottom-up drivers of community diversity across sagebrush and conifer habitats in the northern Great Basin. Society for Range Management symposium: Applying Long Term Monitoring Data to Rangeland Science: Perspectives from Early-Career Rangeland Scientists (virtual session). Jan 2022.

Jackson, N.*, Shoemaker, K.T., Stewart, K. Variation in resource selection by mule deer: effects of reproductive status and interspecific competition. The Western Section of The Wildlife Society Annual Meeting. Reno, Nevada. Feb 2022.

Pighetti, C.*, Shoemaker, K.T., and D.M. Miles. Mapping Coyote Habitat Use in Altered Landscapes of the Northern Great Basin. The Western Section of The Wildlife Society Annual Meeting. Reno, Nevada. Feb 2022.

Tenney, J.*, Shoemaker, K.T. and D.M. Miles. Modeling Plasticity in Rodent Responses to the Lunar Cycle Following Habitat Modification. The Western Section of The Wildlife Society Annual Meeting - Reno, Nevada. Feb 2022. [won student presentation award]

Tenney, J.*, Shoemaker, K.T. and D.M. Miles. Spotted Bat (*Euderma maculatum*) Acoustic Survey Training and Citizen Science Data. Nevada Bat Working Group Annual Meeting. (virtual meeting). Feb 2022.

Miles. D.M.* and K.T. Shoemaker. Monitoring Pygmy Short-horned Lizards (*Phrynosoma douglasii*) in Northwestern Nevada. Horned Lizard Conservation Society Conference. Postponed to 2022 due to COVID-19.

Hunter, E.A.*, K.J. Loope, D.C. Rostal, and K.T. Shoemaker. "Climate variability influences aspects of gopher tortoise fecundity." Virginia Chapter of The Wildlife Society, virtual. March 2021

Hegg, S.*, Shoemaker, K.T., Matocq, M., Sedinger, J., Weisberg, P. A rare desert mouse's perspective; illuminating demographics and microhabitat preferences of the pale kangaroo mouse. American Society of Mammalogists Annual Meeting (virtual). June 2021.

Dyck, M.*, Shoemaker, K.T., Dennison, C., Popescu, V. Assessing population viability and susceptibility to harvest of Ohio's recovering bobcats (*Lynx rufus*). American Society of Mammalogists Annual Meeting (virtual). June 2021.

Mitchell, C. I.*, Friend, D.A., Phillips, L., Hunter, E., …Esque, T.C., Nussear, K.E., and Shoemaker, K.T. "Unscrambling" the Drivers of Egg Production in Agassiz's Desert Tortoise: Climate and Individual Attributes Predict Reproductive Output. Desert Tortoise Council Symposium (virtual). Feb. 2021.

Miles. D.M.* and K.T. Shoemaker. Multiyear Bat Community Monitoring in Northern Nevada. Western Bat Working Group Biennial Conference (virtual). Summer 2021.

Golgart, R.*, Shoemaker, K.T. and D.M. Miles. Effects of Conifer Removal on Birds of the Great Basin. The Western Section of The Wildlife Society Annual Meeting (virtual). Feb 2021.

Pighetti, C.*, Shoemaker, K.T., and D.M. Miles. Improved techniques for mapping coyote packs using passive acoustic recorders. The Western Section of The Wildlife Society Annual Meeting (virtual). Feb 2021.

Golden, J.*, Shoemaker, K.T., and D.M. Miles. Pilot Study of Winter Activity of American Pika in Talus Habitat of Nevada. The Western Section of The Wildlife Society Annual Meeting (virtual). Feb 2021.

M.M Crowell, N.W. Byer, K.T. Shoemaker, and M.D. Matocq. Down the rabbit hole: habitat correlated of population density and relatedness in a semi-fossorial mammal. Elmer C. Birney Award, ASM Virtual Conference. Summer 2021.

N.W. Byer, M.L. Holding, M.M. Crowell, T.W. Pierson, T.E. Dilts, E.S. Larrucea, K.T. Shoemaker, and M.D. Matocq. Maintenance of adaptive divergence despite limited gene flow and low effective population size in the pygmy rabbit, *Brachylagus idahoensis*. ASM Virtual Conference 2021.

N.W. Byer, M.L. Holding, M.M. Crowell, T.W. Pierson, T.E. Dilts, E.S. Larrucea, K.T. Shoemaker, and M.D. Matocq. Maintenance of adaptive divergence despite limited gene flow and low effective population size in the pygmy rabbit, *Brachylagus idahoensis*. IALE, Virtual Conference 2021.

Popescu, V.D., M. Dyck; K.T. Shoemaker; M. Back; R. Brown; M. Kenyon; C. Dennison. Implications of Road Mortality for the Population Viability of Recovering Bobcats in Ohio. Annual meeting of The Wildlife Society (virtual). September 2020.

Shoemaker, K.T.*, Walden, M., Esque, T., Nussear, K.,Hunter, E.A. "Climatic and environmental sensitivities of Mojave Desert Tortoise demographic rates: New insights from old data". Ecological Society of America. Aug 2020.

Shoemaker, K.T.*, Hunter, E.A., Gibbs, J.P. "Balancing competing objectives in re-establishing an 'extinct' giant tortoise population on Floreana Island, Galapagos". North American Conference for Conservation Biology. July, 2020.

Miles, D.M. and K.T. Shoemaker. Measuring Parasite Load and Small Mammal Diversity After Pinyon and Juniper Removal. North American Conference for Conservation Biology. July, 2020.

Shoemaker, K.T.*, M.A. Walden, E.A. Hunter, T.C. Esque, and K. Nussear. Invited Symposium Paper. February 23 2020. Modeling Habitat for Mojave Desert Tortoises in a Non-Stationary World. Annual Meeting of the Desert Tortoise Council, Las Vegas, NV.

DeSha, J.N., K.J. Loope, M.J. Aresco, K.T. Shoemaker, and Elizabeth A. Hunter. Plasticity in gopher tortoise nesting behaviors and fecundity in a translocated population. Contributed oral presentation at the annual meeting of The Wildlife Society (virtual). September 2020.

Shoemaker, K.T.*, Walden, M., Hunter, E., Esque, T., Nussear, K. "Modeling Habitat for Mojave Desert Tortoises in a Non-Stationary World". Invited paper for the Desert Tortoise Management Oversight Group, October 29, 2019.

Shoemaker, K.T.*, Walden, M.A., Hunter, E.A., Esque, T., Nussear, K. "Rangewide Environmental Sensitivities of Mojave Desert Tortoise Demographic Rates: New Insights from Old Data". Contributed paper, AFS/TWS Joint National Meeting, Reno NV, Oct. 2019.

Miles, D.*, Shoemaker, K.T. "Acoustic Indices for Monitoring Avian Biodiversity in Sagebrush and Pinyon-Juniper Habitats". Contributed paper, AFS/TWS Joint National Meeting, Reno NV, Oct. 2019.

Dilts, T.*, Zeller, K., Cushman, S., Weisberg, P., Larrucea, E., Crowell, M., Shoemaker, K., Matocq, M. "Multi-Scale and Replicate Landscape Habitat Modeling of Pygmy Rabbit Habitat in the Great Basin, U.S.A.". Contributed paper, AFS/TWS Joint National Meeting, Reno NV, Oct. 2019.

Jackson, N.*, Stewart, K., Shoemaker, K.T., Clark, D., Wisdom, M. "Relationship between Mule Deer Reproduction and Resource Selection: Quid Pro Quo". Contributed paper, AFS/TWS Joint National Meeting, Reno NV, Oct. 2019.

Matocq, M.*, Dilts, T., Larrucea, E., Weisberg, P., Crowell, M., Shoemaker, K. "Landscape Genetics of the Pygmy Rabbit (*Brachylagus idahoensis*) across the Sagebrush Sea of the Great Basin." Contributed paper, AFS/TWS Joint National Meeting, Reno NV, Oct. 2019.

Crowell, M.*, Matocq, M., Shoemaker, K.T. "Estimating Densities of a Patchily Distributed, Sagebrush Specialist across the Great Basin." Contributed paper, AFS/TWS Joint National Meeting, Reno NV, Oct. 2019.

Mitchell, C.*, Esque, T., Vandergast, A., Heaton, J., Dutcher, K., Hromada, S., Shoemaker, K.T., Nussear, K. "Integrating Telemetry and Mark-Recapture Methods to Estimate Density for the Mojave Desert Tortoise". Joint Meeting of Ichthyologists and Herpetologists, Snowbird UT, July 2019.

Shoemaker, K.T.* "Critical Habitat Breadth for *Gopherus* Tortoises: A New Paradigm for Managing Threatened and Endangered Species in a Non-Stationary World". Invited talk for In Progress Review, SERDP science advisory board, April 2019.

Jackson, N.J.*, Stewart, K.M., Shoemaker, K.T., Clark, D.A., Wisdom, M.J. "Relationship between mule deer reproduction and resource selection: quid pro quo." The Wildlife Society, Western Section, Feb 2019.

Crowell, M.M.*, Matocq, M.D., Shoemaker, K.T. "Temporal and spatial density estimates of pygmy rabbit populations across the great basin." The Wildlife Society, Western Section, Feb 2019.

Goldman, M.*, Miles, D.M, Shoemaker, K.T. "Could insect diversity and abundance be the missing link to understanding reptile presence across sagebrush and pinyon in Northern Great Basin habitat?". The Wildlife Society, Nevada Chapter, Jan 2019.

Blum, M.*, Shoemaker, K.T., Bleich, V., Stewart, K. "Resource selection in female desert bighorn sheep: tradeoffs associated with reproduction". The Wildlife Society, Nevada Chapter, Jan 2019.

Crowell, M., Matocq, M., Shoemaker, K.T.* "Estimating densities of pygmy rabbits in the Great Basin". The Wildlife Society, Nevada Chapter, Jan 2019.

Miles, D.*, Shoemaker, K.T., Forister, M., Feldman, C., Hamilton, B., VanGunst, J. "Measuring the regional impacts of pinyon and juniper removal on bat and small mammal communities in the Norther Great Basin". The Wildlife Society, Nevada Chapter, Jan 2019.

Crowell, M.M.*, Shoemaker, K.T., Matocq, M. "Best of the BUN-ch: recaptured rabbits provide essential information for estimating population densities and individual movement". The Wildlife Society, Nevada Chapter, Feb 2018.

Cook, N.*, Nicolai, C., Shoemaker, K.T. "Movements and staging locations of canvasback in the Pacific Flyway". The Wildlife Society, Nevada Chapter, Feb 2018.

Miles, D.*, Shoemaker, K.T. "Measuring the regional impacts of pinyon and juniper removal on non-target faunal communities". The Wildlife Society, Nevada Chapter, Feb 2018.

Shoemaker, K.T.*, Walden, M.A., and Hunter, E.A. "Assessing critical habitat breadth for *Gopherus* tortoises". The Wildlife Society, Nevada Chapter, Feb 2018.

Crowell, M.M.*, Shoemaker, K.T., Matocq, M. "Been there, trapped that! Trap success of pygmy rabbits in the Great Basin." The Wildlife Society, Western Section, Feb 2018.

Shoemaker, K.T.*, Stewart, K., Blum, M., Heffelfinger, L., Wasley, T., and Jackson, N. "Integrating machine-learning with classical wildlife resource selection analyses." The Wildlife Society, Western Section, Feb 2018.

Hunter, E.A.*, Matocq, M., Murphy, P. and Shoemaker, K.T. "Differential effects of climate on survival rates drive hybrid zone movement". The Wildlife Society, Western Section, Feb 2018.

Cook, N.A.*, Nicolai, C.A., and Shoemaker, K.T. "Movements and staging locations of canvasback (*Aythya valisineria*) in the pacific flyway." Poster, The Wildlife Society, Western Section, Feb 2018.

Dilts, T.E.*, Crowell, M., Matocq, M., Shoemaker, K.T., Larrucea, E., Weisberg, P. "Habitat selection by pygmy rabbit at regional and landscape scales". The Wildlife Society, Western Section, Feb 2018.

Davidson, A.D., Erz, J., Hunter, E.A., Shoemaker, K.T.*, "Fecundity limits initial success of reintroduced Gunnison's prairie dogs in an arid grassland ecosystem". The Wildlife Society, Western Section, Feb 2017.

Crowell, M.M.*, Dilts, T.E., Weisberg, P., Shoemaker, K.T., Matocq, M. "I'd trap that: Trap success and initial population estimates of pygmy rabbits in the Great Basin". The Wildlife Society, Western Section, Feb 2017.

Dilts, T.E.*, Crowell, M., Matocq, M., Shoemaker, K.T., Weisberg, P. "Habitat selection by pygmy rabbit at regional and landscape scales". The Wildlife Society, Western Section, Feb 2017.

Miles, D.C.*, Shoemaker, K.T. "Measuring the regional impacts of pinyon and juniper removal on insect, bat, and reptile communities". The Wildlife Society, Western Section, Feb 2017.

Shoemaker, K.T.*, Sackett, L., Davidson, A.D., Rocke, T., Busch, J. "Modeling genetic adaptation to sylvatic plague in black-tailed prairie dog metapopulations". The Wildlife Society, Western Section, Feb 2017.

Shoemaker, K.T.*, Davidson, A.D., Hunter, E.A. "Predicting plague outbreaks in black-tailed prairie dog colonies". Ecological Society of America. Portland, OR, Aug 2017.

Hunter, E.A., Shoemaker, K.T.*, et al. "Differential effects of climate on survival rates drive woodrat hybrid zone dynamics". Ecological Society of America. Portland, OR, Aug 2017.

Shoemaker, K.T.* "Regional Impacts of Pinyon and Juniper Removal on Insect, Bat, and Reptile Communities". Summer Field Tour - Restoring and Conserving Great Basin Ecosystems. Austin, NV. July 2017.

Shoemaker, K.T.*, et al. "Linking individual-based and population-based models for process-based inference of extinction risk". North American Conference for Conservation Biology. Madison, WI. July, 2016.

Shoemaker, K.T.*, et al. "Assessing the impact of wind power on the threatened Indiana bat (*Myotis sodalis*)". Invited talk for retirement celebration for Lev Ginzburg. Stony Brook, NY. Dec. 2015.

Shoemaker, K.T.* et al., "Improving regional abundance dynamics and range-shift forecasts by coupling individual-based dispersal models with matrix-based population projections." At the Ecological Society of America 99th Annual Meeting, Sacramento, CA, Thu., Aug. 14, 2014.

Shoemaker, K.T.* et al. "Can the IUCN Red List provide sufficient advance warning of extinction under climate change?" North American Congress for Conservation Biology. Missoula, MT. Monday, 14 July, 2014.

Shoemaker, K.T.* et al. "Mixing good data with bad: How to do it and when you should not". At the Society for Risk Analysis annual meeting. Baltimore, MD. 8 December 2013.

Shoemaker, K.T.* et al. "Modeling the recovery of the black-footed ferret in a linked predator-prey-disease system". At the International Congress for Conservation Biology. Baltimore, MD, 22 July 2013.

Friedenberg, N.A. and Shoemaker, K.T.*. "RAMAS IRM: Software for risk-based durability assessment". At the Entomological Society of America Annual Meeting, Knoxville TN. Nov 2012.

Shoemaker, K.T.* et al. "Assessing Population-level Risks of Wind Power Development for the Indiana bat (*Myotis sodalis*)" At the Electric Power Research Institute (EPRI) annual meeting, Nashville TN. Oct 2012.

Shoemaker, K.T.* and H.R. Akcakaya. "Inferring the nature of anthropogenic threats from long term abundance records". At the Ecological Society of America 97th Annual Meeting, Portland, OR. Aug 2012.

Friedenberg, N.A., and Shoemaker, K.T.* "Wildlife risk assessment for new wind and solar facilities". At the Electric Power Research Institute (EPRI) annual meeting, Boston MA, Sep 2011.

Shoemaker, K.T.* "Monitoring and restoring bog turtle metapopulations in NY". Invited presentation for USFWS, New York Ecological Services Field Office, Cortland, New York, NY. April 27, 2011.

Shoemaker, K.T.* Assessing the status of massasauga rattlesnakes (*Sistrurus c. catenatus*) in New York State. Paper presented at the Northeast Natural History Conference. Albany, NY. April 17–18, 2008.

Shoemaker, K.T.* and J.P. Gibbs. Assessing the case for thermal limitation in a threatened population of massasauga rattlesnakes at Cicero Swamp, New York. Paper presented at the Snakes of the Northeast. Amherst, MA. Dec. 30, 2007.

Shoemaker, K.T.* Conservation of the Eastern Massasauga Rattlesnake in New York State. Keynote address delivered at the annual meeting of the Bergen Swamp Preservation Society. Bergen, NY. Oct. 26, 2007.

Shoemaker, K.T.* The Eastern Massasauga Rattlesnake: a New York State Conservation Priority. Invited presentation for the Seneca Park Zoo (SPZ) Conservation Committee. Rochester, NY. Oct. 11, 2007.

Shoemaker, K.T.* and J.P. Gibbs. Assessing the case for thermal limitation in a threatened population of massasauga rattlesnakes at Cicero Swamp, New York. Paper presented at the Joint Meeting of Ichthyologists and Herpetologists (JMIH). St. Louis, MO. July 11, 2007.

PUBLIC TALKS

Miles, D.M. and Shoemaker, K.T. 2021.  "Avian Acoustic Monitoring in the Northern Great Basin". Plumas Audubon Chapter – Quincy, CA (Guest Research Talk). https://www.youtube.com/watch?v=m3odkPZjnUs&t=3189s

POSTER PRESENTATIONS

(presenter denoted with asterisk)

Loope, K.J., Folt. B. and Shoemaker, K.T. Revised maturation rate estimation in population viability analysis predicts steeper declines for the gopher tortoise. Poster presented at the annual Meeting of the Gopher Tortoise Council. Tifton, GA. November 2023.

Adkins, C., Hunter, E.A., Shoemaker, K.T., Matocq, M. Environmental correlates of changes in genomic composition across a small mammal hybrid zone. Poster presented at the American Society of Mammalogists. Anchorage, AK. 2023.

Shoemaker, K.T. E.A. Hunter, K.E. Nussear, M.A. Walden. Critical habitat breadth for *Gopherus* tortoises. Poster presented at SERDP Symposium (virtual). November, 2022.

Vasquez, J.*, Schroeder, C., Stewart, K., Shoemaker, K.T. Characterizing and mapping habitat for mule deer in Nevada. The Western Section of The Wildlife Society Annual Meeting. Reno, Nevada. Feb 2022.

Adkins, C.*, Byer, N., Hunter, E., Shoemaker, K.T., Matocq, M. Decadal change in the distribution and genomic composition of a woodrat hybrid zone. Poster presented at the annual meeting of the American Society of Mammalogists. Tucson AZ, June 2022.

Loope, K., DeSha, N., Aresco, M., Shoemaker, K.T., Hunter, E.A. Reproductive Integration Of Gopher Tortoises In A Translocated Population With Multiple Source Populations. Poster presented at NACCB 2022, Reno NV, July 2022.

Tenney, J., Shoemaker, K.T. and D.M. Miles. 2022. Monitoring Pygmy Short-horned Lizards (*Phrynosoma douglasii*) in Northwestern Nevada. The Western Section of The Wildlife Society Annual Meeting. Reno, Nevada.

Dyck, M., R. Brown, M. Kenyon, K.T. Shoemaker, and V. D. Popescu. Assessing the viability of Ohio's recovering bobcat (*Lynx rufus*) population. Poster presented at Ohio Wildlife Conference, Jan 21, 2021.

Shoemaker, K.T. E.A. Hunter, K.E. Nussear, M.A. Walden. Critical habitat breadth for *Gopherus* tortoises. Poster presented at SERDP Symposium (virtual). November, 2021.

Shoemaker, K.T. E.A. Hunter, K.E. Nussear, M.A. Walden. Critical habitat breadth for *Gopherus* tortoises. Poster presented at SERDP Symposium (virtual). December 3, 2020.

Loope, K.J. N. DeSha, B.B. Rothermel, L.L. Smith, D.C. Rostal, K.T. Shoemaker, and E.A. Hunter. Nest site, nest temperature, and hatching outcomes across an environmental gradient in the gopher tortoise (*Gopherus polyphemus*). Poster presented at the annual meeting of The Wildlife Society (virtual). September 2020.

Crowell, M.M., K.T. Shoemaker, and M.D. Matocq. Sagebrush chemistry and nutrition may contribute to observed pygmy rabbit population fluctuations and colony movement. Poster presented at "Genomes Underlying Toxin Tolerance" EPSCOR workshop, August 2020.

Loope, K.J.*, D.C. Rostal, H. Baker, M.A. Walden, K.T. Shoemaker, and E.A. Hunter. Non-invasive methods for sexing hatchling gopher tortoises (*Gopherus polyphemus*).  Poster presented at Annual meeting of The Wildlife Society, Reno, NV. Sept 30, 2019.

DeSha, J.N.*, K.J Loope, M.J. Aresco, K.T. Shoemaker, and E.A. Hunter. Can gopher tortoise nesting behavior compensate for the effects of climate change? Poster presented at Annual meeting of the Gopher Tortoise Council, Gulf Shores, AL. Nov 16, 2019.

Loope, K.J.*, D.C. Rostal, H. Baker, M.A. Walden, K.T. Shoemaker, and E.A. Hunter. Non-invasive methods for sexing hatchling gopher tortoises (Gopherus polyphemus).  Poster presented at Annual meeting of the Gopher Tortoise Council, Gulf Shores, AL. Nov 16, 2019.

Hunter, E.A*., K.T. Shoemaker, and D.C. Rostal. Effects of climatic variation on gopher tortoise populations.  Poster presented at Georgia Climate Conference, Atlanta, GA. Nov 8, 2019.

Miles, D.M.* Shoemaker, K.T. "Measuring the regional impacts of pinyon and juniper removal on bat and small mammal communities in the northern great basin". Poster presented at The Wildlife Society, Western Section, Feb 2019.

McCarty, K.*, Hunter, E.A., Walden, M., Shoemaker, K.T. Modeling as a Tool to Guide Head-Starting, Translocation and Monitoring Decisions for the Mojave Desert Tortoise. Poster presented at Desert Tortoise Council, Las Vegas, NV, Feb. 2018

Shoemaker, K.T.*, Miles, D.M., Hamilton, B., Forister, M., Feldman, C. "Regional Impacts of Pinyon and Juniper Removal on Non-target Faunal Communities". Poster presented at Great Basin Consortium, Sagebrush Science Initiative. Feb. 2017.

Shoemaker, K.T.* "Modeling plague resistance in prairie dog populations". Poster presented at The Wildlife Society, Western Section, Reno, NV 2017.

Shoemaker, K.T.*, "Regional Impacts of Pinyon and Juniper Removal on Non-target Faunal Communities". Poster presented at Great Basin Consortium. Reno, NV. February 2017.

Shoemaker, K.T.* and J.P. Gibbs. Are small turtle populations worth protecting? Insights from Population Viability Analysis. Poster presented at the Student Conference on Conservation Science. New York, NY. Nov. 3-9, 2010.

Shoemaker, K.T.* and J.P. Gibbs. Demography of a viable bog turtle metapopulation in New York. Poster presented at the Turtle Survival Alliance meeting. Orlando, FL. Aug. 16-19, 2010.

Shoemaker, K.T.*, G. Johnson, and J.P. Gibbs. Relating habitat structure, thermal quality, and massasauga habitat use in Central New York: implications for management. Poster displayed at the Spotlight on Student Research and Outreach. SUNY-ESF, Syracuse, NY. Apr. 19, 2006

Shoemaker, K.T.* and J.P. Gibbs. Relating habitat structure and operative temperatures in massasauga habitat in central New York: implications for management. Poster displayed at the Third International Conference and Workshop on the Conservation of the Massasauga Rattlesnake, Toronto Zoo, Toronto, ON. Oct. 12-14, 2005.

A̲WARDS̲

- 2021: Nominated for Tibbitts Award for excellence in teaching. [finalist- spring 2022] [not awarded]
- 2019 Outstanding Teacher of the Year, College of Agriculture, Biotechnology and Natural Resources, University of Nevada, Reno
- 2019 Jenkins Award for Graduate Teaching and Mentorship, Program in Ecology, Evolution, and Environmental Science (voted on and awarded by PhD students in the EECB program)