UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CENTER FOR BIOLOGICAL
DIVERSITY and NOKUSE
EDUCATION, INC.,

        Plaintiffs,

v.                                         Case No.: 3:23-cv-936-WWB-LLL

U.S. FISH AND WILDLIFE SERVICE,
MARTHA WILLIAMS and DEB
HAALAND,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Status Report and Motion to Amend Scheduling Order (Doc. 18). Therein, the parties request that new deadlines be established for the resolution of disputes regarding the administrative record and that the parties be given fourteen days after the resolution of such disputes to propose new deadlines for the filing of dispositive motions. For the reasons set forth in the Motion, the Court finds that good cause has been shown for an extension of the deadlines.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Status Report and Motion to Amend Scheduling Order (Doc. 18) is **GRANTED in part** as set forth herein and **DENIED** in all other respects.

2. On or before **July 19, 2024**, Defendants shall file their response to the Motion to Supplement the Administrative Record (Doc. 20), not to exceed twenty pages.

3. On or before **August 2, 2024**, Plaintiffs may file a reply to Defendants' response, not to exceed five pages.

4. No later than **fourteen days** after the final resolution of any motion filed in accordance with this Order the parties shall file an amended proposed case management schedule.

**DONE AND ORDERED** in Jacksonville, Florida on July 1, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2