**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division**

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY** and **NOKUSE EDUCATION, INC.,** | |
| *Plaintiffs*, | |
| v. | **Case No. 3:23-cv-936-WWB-LLL** |
| **U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS**, in her official capacity as Director of the U.S. Fish and Wildlife Service; and **DEBRA HAALAND**, in her official capacity as Secretary of the U.S. Department of the Interior, | |
| *Defendants*. | |

## AMENDED PROPOSED CASE MANAGEMENT SCHEDULE

Pursuant to this Court's July 1, 2024 Order and Federal Rule of Civil Procedure 16(b)(4), Plaintiffs Center for Biological Diversity and Nokuse Education, Inc. (collectively, Plaintiffs) and Federal Defendants the U.S. Fish and Wildlife Service; Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service; and Debra Haaland, in her official capacity as Secretary of the U.S. Department of the Interior (collectively, Federal Defendants or Service) provide the following amended proposed case management schedule:

1.       On July 1, 2024, the Court granted in part the parties' Joint Status Report and Motion to Amend Scheduling Order, set forth a schedule for filings on Plaintiffs' Motion to Supplement the Administrative Record, and ordered the parties to file an

amended proposed case management schedule no later than fourteen days after the final resolution of the motion (ECF No. 21).

2.    The Court entered an Order on Plaintiffs' Motion to Supplement the Administrative Record on November 22, 2024 (ECF No. 24), meaning the amended proposed case management schedule is due on or before December 6, 2024.

3.    Accordingly, the parties submit the following proposed case management schedule[1]:

| January 17, 2025 | Deadline for Plaintiffs to file their motion for summary judgment, not to exceed 40 pages |
|---|---|
| February 28, 2025 | Deadline for Federal Defendants to file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion, not to exceed 40 pages |
| March 21, 2025 | Deadline for Plaintiffs to file their combined opposition to Federal Defendants' motion and reply in support of summary judgment, not to exceed 20 pages |
| April 11, 2025 | Deadline for Federal Defendants to file their reply in support of their motion for summary judgment, not to exceed 20 pages |

---

[1] In compliance with Local Rule 3.01(h), any request by the parties for oral argument will be in a separate document accompanying cross motions for summary judgment and stating the time necessary.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for the parties conferred via email and video call prior to filing this

amended proposed case management schedule and agree to the schedule.

Respectfully submitted this 5th day of December, 2024.

*/s/ Elise Pautler Bennett*
Elise Pautler Bennett (FL Bar Number: 106573)
ebennett@biologicaldiversity.org
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, Florida 33731
Telephone: (727) 755-6950

*/s/ Ragan Edward Whitlock*
Ragan Edward Whitlock (FL Bar Number: 1034177)
rwhitlock@biologicaldiversity.org
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Telephone: (727) 426-3653

*Counsel for Plaintiffs Center for Biological Diversity and Nokuse Education, Inc.*


TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
S. JAY GOVINDAN, Section Chief
NICOLE M. SMITH, Assistant Section Chief

*/s/ Taylor A. Mayhall*
TAYLOR A. MAYHALL
Trial Attorney (MN Bar No. 0400172)
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-3796
Taylor.mayhall@usdoj.gov

*Counsel for Federal Defendants*