**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**Jacksonville Division**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and NOKUSE EDUCATION, INC., <br><br>*Plaintiffs*, <br><br>v. <br><br>U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service; and DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior, <br><br>*Defendants*. | Case No. 3:23-cv-936-WWB-LLL |

**JOINT MOTION FOR CLARIFICATION AND TO ENLARGE THE PAGE LIMITS**

In preparation for the upcoming summary judgment briefing before this Court, Plaintiffs Center for Biological Diversity and Nokuse Education, Inc. (collectively, Plaintiffs) and Federal Defendants the U.S. Fish and Wildlife Service; Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service; and Debra Haaland, in her official capacity as Secretary of the U.S. Department of the Interior (collectively, Federal Defendants or Service) respectfully submit this motion for clarification of the Court's January 9th, 2024, Order, ECF No. 26, and to enlarge the page limits pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 3.01.

This case comes before the Court as an action for review on an administrative record, arising under the Endangered Species Act and reviewed under the Administrative Procedure Act, and the appropriate method for litigating the claims is

cross-motions for summary judgment based on an administrative record prepared by the federal agency. *See* ECF No. 10 at pp. 2–4 (Joint Proposed Case Management Schedule). This case raises multiple, complex claims, ECF No. 1 (Complaint), and is based on a voluminous Amended Administrative Record of more than 12,429 Bates-stamped pages, ECF Nos. 19-1; 19-2 at p. 16.

With this background, the Parties respectfully request clarification regarding two points of the Court's order: pinpoint citations and page limits.

First, with regard to pinpoint citations, the Order states "[b]oth the movant and the party opposing summary judgment shall provide pinpoint citations to the pages *and lines of the record* supporting each material fact." ECF No. 26 at 4 (emphasis added). In this case, each page of the Administrative Record has a Bates stamp in the top, right corner but does not have numbered lines. Accordingly, the Parties seek clarification regarding whether pinpoint citations to the Administrative Record Bates numbers is sufficient to comply with the Court's Order.

Second, with regard to page limits, the Court's Order adopts the Parties' schedule for cross-motions for summary judgment and provides for page limits pursuant to Local Rule 3.01(a). ECF No. 26 at 3. Given that the Parties' proposed schedule for cross-motions for summary judgment anticipates combined filings, the Parties seek clarification regarding how the page limits apply in this case. Further, in light of the multiple, complex claims presented for this Court's review, and the thousands of pages contained in Federal Defendant's Administrative Record, there is good cause for, and the Parties respectfully request that the Court grant page-limit enlargements for the duration of the summary judgment briefing as set forth below.

- Plaintiffs' motion for summary judgment – 40 pages

- Federal Defendants' combined cross-motion for summary judgment and opposition to Plaintiffs' motion – 40 pages

- Plaintiffs' combined opposition to Federal Defendants' motion and reply in support of summary judgment – 20 pages

- Defendants' reply in support of their motion for summary judgment – 20 pages

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for the parties conferred via email and Zoom prior to filing this motion and agree to the requested relief.

Respectfully submitted this 10th day of January, 2024.

*/s/ Elise Pautler Bennett*
Elise Pautler Bennett (FL Bar Number: 106573)
ebennett@biologicaldiversity.org
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, Florida 33731
Telephone: (727) 755-6950

*/s/ Ragan Edward Whitlock*
Ragan Edward Whitlock (FL Bar Number: 1034177)
rwhitlock@biologicaldiversity.org
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Telephone: (727) 426-3653

*Counsel for Plaintiffs Center for Biological Diversity and Nokuse Education, Inc.*


TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
S. JAY GOVINDAN, Section Chief
NICOLE M. SMITH, Assistant Section Chief

*/s/ Taylor A. Mayhall*
TAYLOR A. MAYHALL

3

Trial Attorney (MN Bar No. 0400172)
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-3796
Taylor.mayhall@usdoj.gov

*Counsel for Federal Defendants*