IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and NOKUSE EDUCATION, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service; and DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior, <br><br> *Defendants*. | **Case No. 3:23-cv-936-WWB-LLL** |

## REQUEST FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 3.01(h), Plaintiffs Center for Biological Diversity and Nokuse Education, Inc. (Plaintiffs) respectfully request oral argument on their Motion for Summary Judgment. Plaintiffs request one hour of argument time on this motion, with thirty-minutes provided for each side to present.

Respectfully submitted this 17th day of January, 2025.

                                         */s/ Elise Pautler Bennett*
                                         ELISE PAUTLER BENNETT
                                         Florida Bar No. 106573
                                         Center for Biological Diversity
                                         P.O. Box 2155
                                         St. Petersburg, FL 33731
                                         Telephone: (727) 755-6950
                                         Fax: (520) 623-9797
                                         Email: ebennett@biologicaldiversity.org

/s/ Ragan Edward Whitlock
RAGAN EDWARD WHITLOCK
Florida Bar No. 1034177
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Telephone: (727) 426-3653
Email: rwhitlock@biologicaldiversity.org

*Counsel for Plaintiffs Center for Biological Diversity and Nokuse Education, Inc.*