UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CENTER FOR BIOLOGICAL DIVERSITY
and NOKUSE EDUCATION, INC.,

   *Plaintiffs*,

v.                                  Case No.: 23-cv-936-WWB-LLL

U.S. FISH AND WILDLIFE SERVICE;
MARTHA WILLIAMS, in her official
capacity as Director of the U.S. Fish and
Wildlife Service; and DEB HAALAND, in
her official capacity as Secretary of the
U.S. Department of the Interior,

   *Defendants*.

## MOTION FOR LEAVE FOR DR. JEFFREY GOESSLING, BARBARA BLONDER, DR. NISSE GOLDBERG, DR. HENRY MUSHINSKY, AND DR. LEYNA STEMLE TO FILE A BRIEF AS *AMICI CURIAE*

Pursuant to Rule 3.01(a) of the Local Rules of the Middle District of Florida, proposed *amici curiae* - Dr. Jeffrey Goessling, Barbra Blonder, Dr. Nisse Goldberg, Dr. Henry Mushinsky, and Dr. Leyna Stemle - respectfully seek leave to file an *amicus curiae* brief to provide this Court with scientific explanations regarding the Species Status Assessment (SSA) that the United States Fish and Wildlife Service (Service) relied on in making its decision that the gopher tortoise (*Gopherus polyphemus*) does not warrant listing as a threatened or endangered species across its entire range or in the eastern distinct population segment of its range.

While there are no federal civil rules of procedure regarding *amicus* briefs at the district court level, the Federal Rules of Appellate Procedure can be instructive. FRAP 29 requires simply that the motion state the movant's interest and "the reason why an

amicus brief is desirable and why the matters asserted are relevant to the disposition of the case." Fed. R. App. P. 29(a)(3). The movants' interests are in maintaining the integrity of the science on gopher tortoises and their brief is relevant to the disposition of the case because it seeks to provide context and perspective on the SSA to help clarify the science of gopher tortoise conservation.

Dr. Jeffrey Goessling is an Associate Professor of Biology at Eckerd College in St. Petersburg, Florida. He is the Florida Co-State Representative of the Gopher Tortoise Council, a nonprofit organization comprised of concerned biologists and citizens dedicated to the conservation of the species. He has studied gopher tortoise populations in southern Alabama extensively and manages a decades-long gopher tortoise mark-recapture population study in the Conecuh National Forest on the Alabama-Florida border. Data from his population studies was used in the gopher tortoise SSA.

Barbara Blonder is an Associate Professor of Natural Sciences at Flagler College in St. Augustine, Florida. She has studied gopher tortoises and their habitats since the 1980s. Her recent research has focused on fire ecology and the impact of severe storms on gopher tortoise habitat in the coastal strand ecosystem at the Guana Tolomato Matanzas National Estuarine Research Reserve near St. Augustine, Florida. She has published multiple peer-reviewed papers on her research and has reviewed the SSA.

Dr. Nisse Goldberg is a Professor of Biology and Marine Sciences at Jacksonville University in Jacksonville, Florida. Her gopher tortoise research includes biennial surveys of gopher tortoise burrow density and entrance size at Huguenot Memorial Park

in Jacksonville, Florida with her undergraduate ecology students and an investigation into patterns in gopher tortoise burrow densities associated with different land cover types where development projects have been permitted by the Florida Fish and Wildlife Conservation Commission. She has published peer-reviewed papers on both of these topics and has reviewed the SSA.

Dr. Henry Mushinsky is Professor Emeritus of Integrated Biology at the University of South Florida in Tampa, Florida, where he was the director of the graduate biology program for sixteen years. He has been studying gopher tortoises and their habitats since the 1980s. His research has focused on the connection between gopher tortoise populations and fire-maintained habitats. He has published *Biology and Conservation of North American Tortoises, Habitat Factors Influencing the Distribution of Small Vertebrates on Unmined and Phosphate-mined in Central Florida,* and *Effects of Fragmentation on the Richness of Vertebrates in the Florida Scrub Habitat*. He was on a panel of experts that conducted a review of the gopher tortoise SSA.

Dr. Leyna Stemle is a recent graduate of the University of Miami's Biology Department. Her research has included studying gopher tortoise commensals (other animals that obtain food, refuge, and other benefits from gopher tortoise burrows), movement of juvenile gopher tortoises with GPS, and yearling and juvenile gopher tortoise growth based in different habitats based on available plant species. She has assisted with the International Union for Conservation of Nature's recent reassessment of the gopher tortoise, which included gathering research on threats to the species. Dr. Stemle has reviewed the SSA.

The brief of proposed *amici* will be filed on behalf of Dr. Jeffrey Goessling, Barbara Blonder, Dr. Nisse Goldberg, Dr. Henry Mushinsky, and Dr. Leyna Stemle. The brief is desirable and the matters asserted are relevant to the disposition of the case because these *amici curiae* are knowledgeable about gopher tortoises and their habitat, ecology, gopher tortoise commensals, movement of juveniles, and the nature of their borrows. The *amici* have expertise in the biology, development, behavior, and habitat of gopher tortoises; and combined, they worked on the SSA, their work was used in the SSA, and they have studied the SSA. The Service relied on the SSA in making its gopher tortoise decision. As such, and given this Court's "inherent authority" to appoint movants as *amici curiae*, *In re Bayshore Ford Trucks Sales, Inc. v. Ford Motor Co.*, 417 F.3d 1233, 1249 n.34 (11th Cir. 2006); *Lathrop v. Unidentified, Wrecked & Abandoned Vessel*, 817 F.Supp. 953, 960 n.10 (M.D. Fla. 1993), *amici* request the opportunity to share their first-hand accounts working on gopher tortoise science and in producing some of the data the Service relied on in its SSA. *Amici* believe this will aid the Court in better understanding the science the Service relied upon.

WHEREFORE, proposed *amici curiae* respectfully request that this Court grant this motion and accept a brief for consideration in this case.

Respectfully submitted this 17th day of January, 2025,

/s/ Rachael N. Curran
Rachael N. Curran, Fla. Bar No. 1002221
Jacobs Public Interest Law Clinic for Democracy and the Environment
1401 61st Street South
Gulfport, Florida 33707
727-537-0802
rcurran1@law.stetson.edu

/s/ Jaclyn Lopez
Jaclyn Lopez, Fla. Bar No. 96445
Jacobs Public Interest Law Clinic for Democracy and the Environment
1401 61st Street South
Gulfport, Florida 33707
727-490-9190
jmlopez@law.stetson.edu

*Counsel for amici curiae Dr. Jeffrey Goessling, Barbara Blonder, Dr. Nisse Goldberg, Dr. Henry Mushinsky, and Dr. Leyna Stemle*

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Amici contacted all parties by email Nov. 25, 2024 to confer regarding their position on the present motion. Plaintiffs indicated they do not oppose the motion. Defendants indicated that they oppose the motion.

/s/ Jaclyn Lopez
Jaclyn Lopez
Fla. Bar No. 96445

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Rachael N. Curran

Rachael N. Curran
Fla. Bar No. 1002221