UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CENTER FOR BIOLOGICAL DIVERSITY
and NOKUSE EDUCATION, INC.,

     *Plaintiffs,*

          v.                **Case No.: 23-cv-936-WWB-LLL**

U.S. FISH AND WILDLIFE SERVICE;
MARTHA WILLIAMS, in her official
capacity as Director of the U.S. Fish and
Wildlife Service; and DEB HAALAND, in
her official capacity as Secretary of the
U.S. Department of the Interior,

     *Defendants.*

**BRIEF OF DR. JEFFREY GOESSLING, BARBARA BLONDER, DR. NISSE
GOLDBERG, DR. HENRY MUSHINSKY, AND DR. LEYNA STEMLE, AS *AMICI
CURIAE* IN SUPPORT OF PLAINTIFFS', CENTER FOR BIOLOGICAL DIVERSITY
AND NOKUSE EDUCATION, INC., MOTION FOR SUMMARY JUDGMENT**

Rachael N. Curran
Fla. Bar No. 1002221
Jacobs Public Interest Law Clinic for
Democracy and the Environment
1401 61st Street South
Gulfport, Florida 33707
727-537-0802
rcurran1@law.stetson.edu

Jaclyn Lopez
Fla. Bar No. 96445
Jacobs Public Interest Law Clinic for
Democracy and the Environment
1401 61st Street South
Gulfport, Florida 33707
727-490-9190
jmlopez@law.stetson.edu

*Counsel for Amici Curiae*

## TABLE OF CONTENTS

**TABLE OF AUTHORITIES** ................................................................................ iii

**INTERESTS OF AMICI CURIAE** ...................................................................... 1

**INTRODUCTION AND SUMMARY OF ARGUMENT** ...................................... 4

**ARGUMENT** ...................................................................................................... 9

**A.    The SSA overestimated the future availability of gopher tortoise habitat.** .... 9

**B.    The SSA underestimates climate change effects on gopher tortoise populations.** .............................................................................................. 12

**C.    Because the SSA only accounts for the next 80 years, it does not capture how the long-lived gopher tortoise will fare after the current generation of gopher tortoises dies out.** ...................................................................... 13

**D.    The SSA does not account for the fact that eighty percent of gopher tortoises live on private land and are in steep decline in South Florida.** ............... 15

**E.    The Service concedes existing state protections are inadequate to prevent the extinction of gopher tortoises.** ...................................................... 16

**F.    The Service underestimated the significance of the loss of Unit 2.** ............... 17

**CONCLUSION** .................................................................................................... 18

**CERTIFICATE OF SERVICE** .......................................................................... 19

## TABLE OF AUTHORITIES

**Cases**

*Alaska Oil & Gas Ass'n v. Pritzker*, 840 F.3d 671 (9th Cir. 2016).................................. 14

*Safari Club Int'l v. Salazar*, 709 F.3d 1 (D.C. Cir. 2013) ................................................. 14

**Statutes**

16 U.S.C § 1533(b)(3)(A) ................................................................................................ 7

16 U.S.C § 1533(b)(3)(B) ............................................................................................. 7, 8

**Rules**

Endangered and Threatened Wildlife and Plants;12-Month Findings on Petitions To List 25 Species as Endangered or Threatened Species, 82 Fed. Reg. 46618 (Oct. 5, 2017)...................................................................................................................... 14

Endangered and Threatened Wildlife and Plants; 12-Month Finding on a Petition To List the Gopher Tortoise as Threatened in the Eastern Portion of Its Range, 76 Fed. Reg. 45130 (July 27, 2011). ............................................................................................ 7, 15

Endangered and Threatened Wildlife and Plants; 90-Day Finding on a Petition to List the Eastern Population of the Gopher Tortoise as Threatened, 74 Fed. Reg. 46401 (Sept. 9, 2009) ........................................................................................................ 7

Endangered and Threatened Wildlife and Plants, Finding for the Gopher Tortoise Eastern and Western Distinct Population Segments, 87 Fed. Reg. 61834 (Oct. 12, 2022). ...……………………………………………………………………........6, 9, 16, 17, 18

**Regulations**

50 C.F.R. § 424.14(h)(2) ................................................................................................ 7

**Other Authorities**

Complaint, *Center for Biological Diversity v. U.S. Fish and Wildlife Service*, D.D.C.21-cv-00884 (Apr. 1, 2021). ............................................................................................. 8

Stipulation of Settlement Agreement, *Center for Biological Diversity v. U.S. Fish and Wildlife Service*, D.D.C. 21-cv-00884 (Apr. 26, 2022). .................................................. 8

U.S. Fish & Wildlife Service, Draft Species Status Assessment Report for the Antillean Manatee (May 2024) ................................................................................................ 14

U.S. Fish and Wildlife Service, Gopher Tortoise, https://www.fws.gov/project/gopher-tortoise (last visited Jan. 10, 2025). ............................................................... 6

U.S. Fish and Wildlife Service, Species Status Assessment Report for the Gopher Tortoise (*Gopherus polyphemus*) (2022). .......................... 8, 10, 11, 12, 13, 15, 16, 17

U.S. Fish and Wildlife Service, USFWS Species Status Assessment Framework, Version 3.4 (Aug. 2016) ......................................................................... 14, 17

Brian Folt et al, *Using Predictions from Multiple Anthropogenic Threats to Estimate Future Population Persistence of an Imperiled Species,* 36 GLOBAL ECOLOGY & CONSERVATION (2022).................................................................................... 15

## INTERESTS OF AMICI CURIAE[1]

*Amici* are PhDs and professors who extensively study gopher tortoises and their habitat. *Amici* appreciate the opportunity to help this Court understand the science and policy regarding the United States Fish and Wildlife Service's (Service) 2022 reliance on the Species Status Assessment (SSA) and its decision to not list the eastern population of the gopher tortoise as threatened or endangered.

Dr. Jeffrey Goessling is an Associate Professor of Biology at Eckerd College in St. Petersburg, Florida and is a Professor of Biology and Marine Sciences at Jacksonville University. He has a PhD in Biological Sciences from Auburn University, a Master of Science in Biological Sciences from Sam Houston State University, and a Bachelor of Arts in Biology from Thomas Moore College. He is the Florida Co-State Representative of the Gopher Tortoise Council, a nonprofit organization comprised of biologists and citizens dedicated to the conservation of the species. He has studied gopher tortoise populations in southern Alabama extensively and manages a decades-long gopher tortoise mark-recapture population study in the Conecuh National Forest on the Alabama-Florida border. Data from his population study was used in the gopher tortoise SSA. Declaration of Jeffrey Goessling, PhD [*hereinafter*, "Goessling Decl."] (Exhibit 1).

---

[1] No counsel for any party authored this brief in whole or in part, and no person or entity other than the *amici*, its members, or its counsel made a monetary contribution intended to fund the brief's preparation or submission.



*Adult gopher tortoise.* Photo Credit: Jeffrey M. Goessling, Ph.D.

Barbara Blonder is an Associate Professor of Natural Sciences at Flagler College in St. Augustine, Florida. She holds a Master of Science in Marine Biology from Florida Technical College and a Bachelor of Arts in Zoology from the University of New Hampshire. She first became interested in gopher tortoises when she worked for Bionetics Corporation at Kennedy Space Center in Cape Canaveral in 1985, where she studied gopher tortoise population dynamics, distribution, and abundance. Professor Blonder also prepared and implemented prescribed fire management plans for The Nature Conservancy for several years that included improving and maintaining gopher tortoise habitat as part of habitat restoration goals. Professor Blonder has studied the increased frequency and intensity of hurricanes that destroy large swaths of gopher tortoise habitat leading to genetic isolation, crowding, disease, and loss of food supply. She has published multiple peer-reviewed papers on her research and has reviewed the SSA. Declaration of Barbara Blonder [*hereinafter*, "Blonder Decl."] (Exhibit 2).

Dr. Nisse Goldberg is a Professor of Biology and Marine Sciences at Jacksonville University in Jacksonville, Florida, where she teaches Ecology and Conservation Ecology and conducts research in the areas of terrestrial, marine, and estuarine communities. Her interest in gopher tortoises arises from her research on eastern gopher tortoises in northeastern Florida. Dr. Goldberg researches the importance of managing encroachment of vegetation in gopher tortoise habitat, along with the potential for burrow disturbance from extreme storms, disease, racoons, coyotes, and other organisms. She has published peer-reviewed papers on both of these topics and has reviewed the SSA. Declaration of Nisse Goldberg, PhD [*hereinafter*, "Goldberg Decl."] (Exhibit 3).

Dr. Henry Mushinsky is Professor Emeritus of Integrated Biology at the University of South Florida. He has a Bachelor of Science in Biology from Tusculum University, a Master of Science in Biology from East Tennessee State University, and a PhD in Zoology from Clemson University. Dr. Mushinsky's interest in gopher tortoises comes from his 40 years of work where he researched the connection between gopher tortoise populations and fire-maintained habitats. He has published over 100 articles on gopher tortoises and/or their habitat and was on a panel of experts that conducted a review of the gopher tortoise SSA. Declaration of Henry Mushinsky, PhD [*hereinafter*, "Mushinsky Decl."] (Exhibit 4).

Dr. Leyna Stemle is a recent graduate of the University of Miami's Biology Department and holds a Bachelor of Science in Marine Biology with a minor in Environmental Studies from Florida Southern College. She is currently a postdoctoral associate at the Southern Illinois University Center for Wildlife Sustainability Research.

She began her studies on gopher tortoises during her undergraduate education at Florida Southern College, where she performed research on animals that obtain food, shelter, and other benefits from gopher tortoise burrows, also called commensals. Dr. Stemle also worked as a graduate intern at Archbold Research Station in Venus, Florida where she studied younger age classes because they are understudied. Dr. Stemle has reviewed the SSA. Declaration of Leyna Stemle, PhD [*hereinafter*, "Stemle Decl."] (Exhibit 5).



*Juvenile gopher tortoise*. Photo Credit: Leyna Stemle, Ph.D.

**INTRODUCTION AND SUMMARY OF ARGUMENT**

The gopher tortoise is a bowling ball-sized terrestrial turtle whose coloring and hindfeet resemble those of an elephant. It has shovel-like forelimbs which it uses for digging burrows. Prolific diggers, a gopher tortoise can burrow more than thirty feet underground. This burrow provides it with shelter and a safe place necessary for

4

breeding and reproduction. Gopher tortoise burrows also support over 360 other animals across the southeastern United States, making the gopher tortoise a "keystone species" upon which the entire southeastern upland ecosystem is intimately connected and reliant.



*Diagram of commensal species in a gopher tortoise burrow.* U.S. Fish and Wildlife Service, Status Assessment Report for the Gopher Tortoise (*Gopherus polyphemus*) at 43 (2022).

The gopher tortoise and its range are divided into two regional categories, or Distinct Population Segments (DPSs): the western DPS (west of the Mobile and Tombigbee rivers in Alabama, into Louisiana, and Mississippi), and the eastern DPS (east of the two rivers in Alabama, stretching into Florida, Georgia, and South Carolina). The eastern DPS is significantly larger than the western portion, reflecting 92% of the gopher tortoise range-wide population. U.S. Fish and Wildlife Service, Gopher Tortoise, https://www.fws.gov/project/gopher-tortoise (last visited Jan. 10, 2025). Historically, gopher tortoises occupied 92 million acres across the Southeast, but urbanization and

development have reduced that range by 97%. Due in part to this decline, in 1987 the

Service listed the western DPS as threatened under the Endangered Species Act but

left the eastern DPS largely unprotected as a candidate species for Endangered

Species Act listing.

In 2006, Save Our Big Scrub, Inc. and Wild South petitioned the Service to list



*Gopher tortoise range, depicting the listed portion (western DPS) and candidate portion (eastern DPS).* Endangered and Threatened Wildlife and Plants, Finding for the Gopher Tortoise Eastern and Western Distinct Population Segments, 87 Fed. Reg. 61834, 61862 (Oct. 12, 2022).

the gopher tortoise's eastern DPS portion as threatened and to designate critical

habitat, arguing that the threats that warranted the western DPS's listing also afflicted

the eastern DPS. Endangered and Threatened Wildlife and Plants; 90-Day Finding on a

Petition to List the Eastern Population of the Gopher Tortoise as Threatened, 74 Fed.

Reg. 46401, 46402 (Sept. 09, 2009). Three years later, the Service published a 90-day

6

finding on the petition; so-called because the ESA requires the Service to review a petition within 90 days and publish a finding as to whether the petition presents substantial scientific information indicating that listing may be warranted. 16 U.S.C § 1533(b)(3)(A); 50 C.F.R § 424.14(h)(1). The Service found that the petition and information in the Service's files presented substantial information that listing the eastern DPS of the gopher tortoise may be warranted, specifically due to the threat of habitat destruction and the tortoise's slow reproductive rate. *Id.* at 46403. In 2011, the Service published a 12-month finding on the petition; so-called because the ESA requires the Service to conduct a status review of a species it determines may warrant listing and publish within 12 months a finding as to whether the species is threatened with extinction. 16 U.S.C § 1533(b)(3)(B); 50 C.F.R § 424.14(h)(2). The Service found that listing the gopher tortoise in the eastern portion was warranted due to disease and habitat loss but precluded moving forward with listing the eastern population of the gopher tortoise due to "higher priority actions to amend the Lists of Endangered and Threatened Wildlife and Plants." Endangered and Threatened Wildlife and Plants; 12-Month Finding on a Petition to List the Gopher Tortoise as Threatened in the Eastern Portion of Its Range, 76 Fed. Reg. 45130 (July 27, 2011).

Without a final listing, the eastern DPS of gopher tortoises did not receive the legal benefits of Endangered Species Act listing, such as the designation and protection of critical habitat and consultation with wildlife management agencies to minimize and mitigate the impacts of federal projects. Instead, the Service placed the eastern DPS on a "candidate" list of species that warrant protection but do not yet have it. The ESA requires the Service to annually review its candidate list and make expeditious progress

7

toward finalizing listing for candidate species. 16 U.S.C. § 1533(b)(3)(B). In 2021, the Center for Biological Diversity (Center) sued the Service for failing to make progress on the eastern DPS listing. Complaint, *Center for Biological Diversity v. U.S. Fish and Wildlife Service*, No. 21-cv-00884 (D.D.C. Apr. 1, 2021). The Center and Service reached an agreement that the Service would submit a warranted or not-warranted finding for the eastern population of gopher tortoises in 2022. Stipulation of Settlement Agreement, *Center for Biological Diversity v. U.S. Fish and Wildlife Service*, No. 21-cv-00884 (D.D.C. Apr. 26, 2022).

In 2022, the Service published a species status assessment for the gopher tortoise to assess the viability of the gopher tortoise. U.S. Fish and Wildlife Service, Species Status Assessment Report for the Gopher Tortoise (*Gopherus polyphemus*), (2022) at 71 [*hereinafter*, "SSA"]. The SSA projected a grim outlook for the tortoise and found that only ten percent of the entire population was resilient, and that habitat destruction severely threatened the continued existence of the species. SSA at 141. The Service reviewed and relied on the SSA in preparing its 2022 decision reversing its 2011 finding that listing was warranted (but precluded). Endangered and Threatened Wildlife and Plants; Finding for the Gopher Tortoise Eastern and Western Distinct Population Segments, 87 Fed. Reg. 61834, 61834 (Oct. 12, 2022). The Service found that the "risk factors acting on the gopher tortoise and its habitat, either singly or in combination, are not of sufficient imminence, scope, or magnitude" to warrant listing the eastern population of gopher tortoises as threatened or endangered throughout all or a significant portion of their range. 87 Fed. Reg. 61859.

*Amici* collectively have more than 100 years of experience studying gopher tortoises and their habitat and conclude that FWS may have misunderstood certain information in reaching its 2022 decision. First, the SSA overestimated the future availability of gopher tortoise habitat. Second, the SSA underestimated climate change impacts on gopher tortoise populations. Third, the SSA only accounted for the next eighty years, failing to appreciate how gopher tortoises will fare in future generations. Fourth, the SSA did not account for the fact that eighty percent of gopher tortoises are found on private land and are in steep decline in south Florida. Fifth, the existing state protections are inadequate to prevent the extinction of gopher tortoises. Finally, the Service underestimated the significance of the loss of Unit 2 on the species.

## ARGUMENT

*Amici* are concerned that the Service's reliance on or misunderstanding of the SSA resulted in its incorrect conclusion that the eastern DPS of gopher tortoises will survive in the foreseeable future. As *Amici* explain, the SSA has numerous shortcomings that paint an overly optimistic picture of the future of gopher tortoises in Florida. In sum, the SSA overestimates the availability of habitat in the coming years; does not capture significant effects of climate change on the gopher tortoise's long-term viability; fails to appreciate how gopher tortoises will fair beyond one to two generations; does not account for how many gopher tortoises rely on private land; ignores the inadequacy of existing regulatory mechanisms; and discounts the impact of the loss of Unit 2 on the eastern DPS.

### A.  The SSA overestimates the future availability of gopher tortoise habitat.

9

The most significant threat to gopher tortoises is the loss of intact, contiguous land due to the construction of new neighborhoods and retail, which fragments tortoise habitat and degrades those habitat fragments by suppressing fire and introducing domesticated animals which prey on tortoises.

Prior to the development of homes and businesses near forests and open landscapes, gopher tortoises inhabited a wide range of habitat types. SSA at 46. These included pine flatwoods, xeric hammock (an evergreen forest on well-drained sandy soils), coastal habitats, and manmade areas such as ranches, farms, roadsides, and planted pine stands. SSA at 46. Gopher tortoise populations that occupy all these interconnected habitat patches are highly resilient. *Id.* Habitat fragmentation is caused by habitat destruction, which turns once-vast habitats into small and isolated fragments separated by a matrix of human-transformed lands, like cities, roads, neighborhoods, and farms. (Stemle Decl. ¶10). This effectively cuts off one segment of an animal's population from others, leading to genetic isolation, inbreeding, and the spread of disease. *Id.*

For example, several diseases afflict gopher tortoises, but Upper Respiratory Tract Disease (URTD) in particular has been linked to several die-offs in Florida and other parts of the eastern portion of the tortoise's range. SSA at 60. In Lee County, Florida, there was an estimated 25–50% mortality of the entire adult population due to URTD. *Id.* While gopher tortoises have some natural immunity to URTD, gopher tortoises in areas with large populations that make frequent contact during mating are more likely to die than in areas with low density populations with more immature tortoises. SSA at 61–62. And in contrast, there are no reported deaths due to URTD in

10

the western DPS's range where gopher tortoises are protected under the Endangered Species Act and populations are less dense. SSA at 61.

Another complication with underestimating the current and future habitat fragmentation is the impact of fire suppression. Fires are necessary to maintain the lush, herbaceous layer of vegetation which is found close to the ground and provides food for tortoises. Fires are also necessary to prevent large, hardwood trees from taking over the canopy and midstory, which can prevent sufficient sunlight from reaching the low-lying herbaceous layer and limit its growth. SSA at 18, 72. Historically, landscapes that supported gopher tortoises experienced naturally occurring fires ignited by lightning during spring and summer at two to six-year intervals. SSA at 71.

Starting in the 20th century, fire suppression became commonplace in the United States to protect private property which had encroached into forests and undeveloped landscapes. This resulted in an almost complete absence of necessary fires on public lands until the 1980s, SSA at 71, which had a significantly detrimental effect on gopher tortoises. It is now well-known that fires are necessary for tortoise viability, but increased urbanization has limited the use of controlled burns due to concerns regarding human health and safety. *Id.*

Habitat fragments that are routinely left unburned deteriorate into unsuitable conditions, hindering tortoise viability because thick and woody growth shades out herbaceous undergrowth, leaving gopher tortoises with nothing to eat. SSA at 72. When those unburnt fragments can no longer support gopher tortoises they create an even larger gap between more suitable fragments, worsening their isolation. Sustained fire

suppression can completely eradicate tortoise populations from an area in a mere twenty years. *Id.*

### B. The SSA underestimates climate change effects on gopher tortoise populations.

While the SSA acknowledges climate change as a potential threat to gopher tortoises, it fails to holistically account for the myriad effects climate change may have on tortoise populations. (Stemle Decl. ¶15). For example, climate change will cause a higher frequency of and more severe storms and hurricanes, higher temperatures, an increase in heat waves, flooding, and drought. *Id.* Storm surges could inundate gopher tortoise nests and burrows and decrease forage availability. *Id.* This will lead gopher tortoise communities to search for more upland areas to populate to ensure against burrow collapse and flooding. (Goldberg Decl. ¶11).

Furthermore, an increase in the frequency of heat waves may affect the sex ratio of hatchlings because the temperature an egg is exposed to determines the sex of the hatchling. (Stemle Decl. ¶15); *See also* SSA at 58. Eggs are exposed to slight changes in temperature throughout the clutch.[2] Warmer parts of the clutch hatch female tortoises, whereas cooler parts hatch males. As global temperatures rise, so too do the temperatures of nesting locations, possibly affecting the male-to-female ratio among hatchlings. SSA at 58. This can lead to entire clutches exposed to higher-than-normal temperatures hatching only female hatchlings, which is a major threat to the viability of the species because it results in too few males to ensure the reproductive success of that generation of gopher tortoises. Yet, the SSA projection models assumed an equal

---

[2] A clutch of eggs refers to the number of eggs laid by a female of a given species in a single nesting, excluding yolkless eggs.

1:1 sex ratio. SSA at 148–149. That there will be major disparities in the sex ratio of hatchlings as temperatures rise is a factor that the SSA should have, but did not, capture in projecting the future viability of the species. (Stemle Decl. ¶16).

### C. Because the SSA only accounts for the next 80 years, it does not capture how the long-lived gopher tortoise will fare after the current generation of gopher tortoises dies out.

The SSA analyzed impacts to gopher tortoises but limited its analysis to 80 years into the future. In doing so, the SSA only considered one full life cycle of gopher tortoises and never reached an analysis on the impacts on future gopher tortoise generations. (Stemle Decl. ¶21). A gopher tortoise lives 50–80 years, SSA at 27, and a gopher tortoise generation is considered to be 40–50 years. *Id.* This means the SSA population viability model only accounted for barely two generations of gopher tortoises in assessing the fate of the gopher tortoise population into the foreseeable future. This is in conflict with Service policy and practice.

The Service explains in its Species Status Assessment Framework that "It is essential that the timeframe used in the assessment is both biologically meaningful and consistent with the information available. *A biologically meaningful timeframe means the time periods are long enough to encompass multiple generations* so the species responses can be predicted." U.S. Fish and Wildlife Service, USFWS Species Status Assessment Framework, Version 3.4 (Aug. 2016) at 18 (emphasis added). The Service routinely employs multi-generational models. *See* Endangered and Threatened Wildlife and Plants; 12-Month Findings on Petitions To List 25 Species as Endangered or Threatened Species, 82 Fed. Reg. 46618, 46626 (Oct. 5, 2017) (the Service's SSA viability assessment for the Barbour's map turtle, 2–3 generations), *Id.* at 46621 (Nevada springsnails, 30–40 generations), *Id.* at 46631 (Big Blue Springs cave crayfish,

2–3 generations), *Id.* at 46641 (Great Sand dunes tiger beetle,10–30 generations), and *Id.* at 46638 (Florida Keys mole skink, 10–13 generations). See also U.S. Fish & Wildlife Service, Draft Species Status Assessment Report for the Antillean Manatee (May 2024) at 78 ("A baseline model was run to estimate the viability of each subpopulation and the metapopulation over the next 500 years.").

Additionally, the Service's sister agency, the National Marine Fisheries Service also typically looks at multiple generations in determining a species' future population viability. *See, e.g., Alaska Oil & Gas Ass'n v. Pritzker*, 840 F.3d 671, 674 (9th Cir. 2016) (upholding listing decision for the Pacific bearded seal based on modeled projections of sea ice loss up to the year 2095, covering 11–12 generations); *Safari Club Int'l v. Salazar*, 709 F.3d 1, 15 (D.C. Cir. 2013) (finding a 45-year foreseeability period for the polar bear, amounting to approximately four generations, was reasonable).

However, in the gopher tortoise SSA, the timeframe does not even cover a full second generation, let alone multiple generations. This limited analysis does not capture whether the population will be functional and healthy with young individuals beyond 80 years. (Stemle Decl. ¶21). Because gopher tortoises are long-lived, generational problems will not manifest themselves within one or two generations. For example, genetic defects amongst gopher tortoises due to inbreeding will not manifest themselves in just one generation or even two. *Id.* Because the model is limited to just 80 years, the SSA fails to capture long-term issues that will manifest in the next few generations of gopher tortoises.

Another shortcoming is that because adults have a higher survival rate than juveniles, declines in reproduction are easily missed. 76 Fed. Reg. at 45154. For

14

example, there can be an area with a seemingly robust and healthy gopher tortoise population, but in reality, reproduction ceased years ago due to various stressors, and there are no young gopher tortoises in that area. *Id.* This can create an inaccurate projection of the future viability of a population because it overestimates the reproductive capacity of the next generation of gopher tortoises. *Id.*

**D. The SSA does not account for the fact that eighty percent of gopher tortoises live on private land and are in steep decline in South Florida.**

The SSA relied in part on a paper titled *Using Predictions from Multiple Anthropogenic Threats to Estimate Future Population Persistence of an Imperiled Species* [*hereinafter*, "Folt et al. paper"] in estimating the gopher tortoise's future viability; however, this paper only accounts for gopher tortoises living on protected lands. (Stemle Decl. ¶18). The problem with this approach is that eighty percent or more of all gopher tortoises live on private lands in the eastern DPS, not protected lands. *See* SSA at 95. The Service acknowledges that "populations on managed, conservation lands [are expected] to be characterized by greater demographic rates and persistence probabilities" when compared to "populations that we were unable to model in our framework." SSA at 173.

The Folt et al. paper also does not accurately reflect gopher tortoise populations in South Florida, such as those in Everglades National Park and Miami. These populations are barely surviving, with under the minimum viable population amounts in areas, and are considered extirpated from the area. (Stemle Decl. ¶13). The population modeling in the Folt et al. paper did not take into account that these populations are in steep decline. *Id.* Populations excluded from the model, i.e. those on private lands and those in southwest Florida—"lands lacking long-term protection from development,"

15

have "demographic rates [that] are likely reduced relative to populations on conservation lands." SSA at 173. By excluding these lands, the model presents an overly optimistic projection of the gopher tortoises' viability. (Stemle Decl. ¶12).

Finally, the paper's feedback loop analysis incorrectly inflated the size of the metapopulations and local populations because the models it created were insufficiently limited or capped in the coding. (Stemle Decl. ¶23). Because the populations were not limited, the population model showed growth with more tortoises emigrating than possible, when the population is actually declining. *Id.*

### E. The Service concedes existing state protections are inadequate to prevent the extinction of gopher tortoises.

In declining to extend Endangered Species Act protections to the eastern DPS, the Service determined that current regulatory mechanisms are sufficient for the protection of gopher tortoises, 87 Fed. Reg. 61834, yet the Service's own findings indicate that current state regulatory mechanisms are insufficient and unproven. SSA at 83, 84, 174; 87 Fed. Reg. 61834, 61846.

The current conservation strategy for gopher tortoises under development threat in Florida is translocation, where gopher tortoises are moved from development sites to different locations to prevent them from being killed directly by construction activities. SSA at 83–84, 174; 87 Fed. Reg. at 61846. Currently, approximately 10,000 gopher tortoises, or seven percent of all gopher tortoises in the wild, are being translocated each year. (Goessling Decl. ¶20). The Service conceded that it is "difficult to determine if translocations result in sufficiently viable tortoise populations." SSA at 83–84, 174. The Service also conceded that translocation does not address the threat of habitat loss and could actually lead to an overall loss of habitat if it is not implemented along with

habitat acquisition initiatives. SSA at 83–84, 174; 87 Fed. Reg. at 61846. Translocation may also enable the spread of communicable diseases. (Mushinsky Decl. ¶14).

### F. The Service underestimates the significance of the loss of Unit 2.

The Service delineated five distinct units that make up the entire range of gopher tortoises, SSA at 113–114, dividing areas that demonstrate gene flow and treating them as distinct, allopatric populations.[3] Unit 1 makes up the entire western DPS, which is the only portion protected under the Endangered Species Act.



*Map of Gopher Tortoise Unit Distributions.* SSA at 114.

---

[3] Gene flow means "the introduction of genetic material (by interbreeding) from one population of a species to another, thereby changing the composition of the gene pool of the receiving population." BRITANNICA, https://www.britannica.com/science/gene-flow (last visited November 18, 2024); Allopatric "describes a population or species that is physically isolated from other similar groups by an extrinsic barrier to dispersal. From a biogeographic perspective, allopatric species or populations are those that do not have overlapping geographic ranges." SCIENCE DIRECT, https://www.sciencedirect.com/topics/agricultural-and-biological-sciences/allopatry (last visited November 18, 2024).

The Service determined that the western DPS should remain listed as threatened under the Endangered Species Act because it is genetically, ecologically, and regionally distinct from the other populations, and that the entire range of gopher tortoises in the eastern DPS and the western DPS is dependent on it in maintaining the species. 87 Fed. Reg. 61863; (Goessling Decl. ¶15).

The Service also found that Unit 2 has a disproportionate probability of going extinct. 87 Fed. Reg. 61867–9 ("[W]e have identified Unit 2 (Central) within the Eastern DPS as an area that has a different status than the remainder of the Eastern DPS"). Unit 2 is larger than Unit 1 and contains a larger proportion of the entire species distribution than Unit 1, making it critical for the gopher tortoise's survival. (Goessling Decl. ¶15). Furthermore, Unit 1 would be completely isolated from the entire eastern DPS if Unit 2's decline continues because the only thing connecting the western DPS to the rest of the gopher tortoise's range is Unit 2. (Goessling Decl. ¶16). Therefore, if Unit 2 is extirpated, "there will be no species distribution between Units 1 and 3. In this way, Unit 2 is arguably as important, if not more important, for the species as Unit 1 due to its role as a connector between Units 1 and 3." *Id.*

## CONCLUSION

For the foregoing reasons, *Amici* urge this Court to consider the record evidence in determining whether the Service's decision to not list the eastern DPS of gopher tortoises is arbitrary, capricious, an abuse of discretion, and not in accordance with the law.

Respectfully submitted this 17th day of January 2025,

/s/ Rachael Curran
Rachael Curran
Fla. Bar No. 1002221

Jacobs Public Interest Law Clinic for Democracy and the Environment
1401 61st Street South
Gulfport, Florida 33707
727-537-0802
rcurran1@law.stetson.edu

/s/ Jaclyn Lopez
Jaclyn Lopez
Fla. Bar No. 96445
Jacobs Public Interest Law Clinic for Democracy and the Environment
1401 61st Street South
Gulfport, Florida 33707
727-490-9190
jmlopez@law.stetson.edu

*Counsel for amici curiae Dr. Jeffrey Goessling, Barbara Blonder, Dr. Nisse Goldberg, Dr. Henry Mushinsky, and Dr. Leyna Stemle*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Rachael Curran
Rachael Curran

19

Exhibit 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CENTER FOR BIOLOGICAL DIVERSITY
and NOKUSE EDUCATION, INC.,

     *Plaintiffs,*

                v.                          **Case No.: 23-cv-936-WWB-LLL**

U.S. FISH AND WILDLIFE SERVICE;
MARTHA WILLIAMS, in her official capacity
as Director of the U.S. Fish and Wildlife
Service; and DEB HAALAND, in her official
capacity as Secretary of the U.S. Department
of the Interior,

     *Defendants.*

## **DECLARATION OF JEFFREY GOESSLING, Ph.D.**

I, Dr. Jeffrey Goessling, declare as follows:

1.     The facts set forth in this declaration are based on my personal knowledge, and if called as a witness, I could and would competently testify to those facts under oath. As to those matters that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2.     I have reviewed the Species Status Assessment and the U.S. Fish and Wildlife Service's (FWS) finding that the eastern population of the gopher tortoise does not warrant listing.

3.     I am an Associate Professor of Biology at Eckerd College in Saint Petersburg, Florida, where I teach courses on the biology of amphibians and reptiles, comparative vertebrate anatomy, and ecology. I have a Ph.D. in Biological Sciences from Auburn University, a Master of Science in Biological Science from Sam Houston

State University, and a Bachelor of Arts in Biology from Thomas Moore College. I also held a postdoctoral research position at Auburn University after completing my Ph.D.

4.      My master's thesis research focused on reptile conservation in Aruba, including reptile ecology and population biology.

5.      My doctoral dissertation was about gopher tortoise disease ecology and population biology in Unit 2 of the species' range in Alabama east of the Mobile and Tombigbee rivers, where the species is not listed under the Endangered Species Act (ESA). Unit 2 is the westernmost unit of the eastern Distinct Population Segment (DPS) and includes parts of southern Alabama and North Florida. The eastern DPS also includes Unit 3 (West Georgia and North Florida), Unit 4 (East Georgia and North Florida, and Unit 5 (Florida). The FWS delineated these population units for its Species Status Assessment Report (SSA) that it prepared in anticipation of making its 2022 listing decision. Unit 1, also known as the western DPS, is federally listed as threatened under the ESA.



U.S. Fish and Wildlife Service, Species Status Assessment Report for the Gopher Tortoise (*Gopherus polyphemus*), Version 0.4 at 114 (Aug. 2021)

2

6.      My dissertation research included taking over a FWS-supported gopher tortoise mark-recapture population study that has been ongoing since 1990 in the Conecuh National Forest on the Alabama-Florida border. I maintained the study throughout my time at Auburn, including during my postdoctoral fellowship, and continue to do so today.

7.      My work studying gopher tortoise populations in Unit 2 got me interested in thinking about gopher tortoise populations on a large spatial scale, as well as across a large timescale.

8.      Since the time I began my doctoral studies at Auburn in Alabama, I have been involved in the Gopher Tortoise Council, a nonprofit multi-stakeholder advocacy group concerned with protecting the species throughout its range. Through my work with the Council as well as unaffiliated scientific research, I have learned about the threats the species faces in Florida, which are different than those it faces in Alabama. In Alabama, the main threat to gopher tortoise populations is habitat mismanagement due to fire suppression (and the historical legacy of gopher tortoises being killed by humans for food), while in Florida the major threat is habitat loss and fragmentation due to development.



U.S. Fish and Wildlife Service, Species Status Assessment Report for the
Gopher Tortoise (*Gopherus polyphemus*), Version 0.4 at 27 (2022).

9.      Through my Ph.D., postdoctoral research, and specifically the Conecuh

National Forest study, I learned that gopher tortoise populations in Unit 2 are extremely

isolated, sparse, and in fast decline. In fact, the data from the Unit 2 population study

shows that gopher tortoises are going extinct in this portion of their range. The FWS

used my data from this study in its 2021 SSA, therefore, I focus my comments on the

status of Unit 2, and in particular the impact of development on habitat, the

shortcomings of Florida's relocation program, and the significance of the impact of Unit

2's decline and impending extinction on the species as a whole. translocation

10.      Development in Florida poses an immediate existential crisis to gopher

tortoise populations in the state. First, development simply removes the available

4

habitat left to feed and shelter gopher tortoises. Next, the urbanization of gopher tortoise habitat creates challenges with fire and urban wildlife and predation by pets. Gopher tortoise habitat in more urban areas cannot be burned due to their proximity to human populations and infrastructure. Urbanization of gopher tortoise habitat also introduces species that prey on gopher tortoises and their eggs (like coyotes). This urbanization reduces the habitat value of these remaining fragmented pieces.

11.     Unfortunately, existing state protections are inadequate to mitigate these impacts. Indeed, FWS concedes it has not studied the efficacy of these state protection programs. *See* SSA at 85 ("While translocation is successful at removing tortoises from immediate danger due to development, there are still uncertainties about its efficacy. Additional research is needed . . ."). Florida's translocation program allows development near gopher tortoise populations if the developers relocate the gopher tortoises away from development sites. While it is a good thing that Florida law requires any mitigation for the destruction of gopher tortoise habitat, Florida's translocation program is highly problematic. For one, it moves gopher tortoises very far, often to lower-quality habitat than what they were moved from. Additionally, the program is chronically underfunded and understaffed, so there is very little data about the effect of translocation and whether it is doing the species more harm than good. While the state requires some follow-up burrow surveys, they are minimal and weak. And where the program has been studied, adult survival is low.

12.     Moreover, the rate at which individual tortoises are being moved from their habitat under the translocation program is unsustainable and outpacing the availability of suitable translocation habitat. FWS estimates that 140,000 gopher tortoises exist in

total throughout their range. SSA at 161. Currently, approximately 10,000 tortoises are

moved per year under Florida's translocation program. This means seven percent of the

entire species is being moved per year. This is an unbelievable, untenable scale.

Ultimately, based on my experience as a gopher tortoise scientist, the program is a risky

experiment with a seriously threatened species without a full understanding of its

consequences.

13.      As a result, gopher tortoise populations in Florida are in a precipitous

decline. The SSA modeled a 70 percent decline in the overall population over the next

forty years. This finding alone is alarming, but what is perhaps even more troubling is

that this demographic model only projected the species' population viability forty years

into the future. Forty years is not even the lifespan of an adult gopher tortoise. In

population biology, evolutionary fitness is measured based on the species' ability to

produce offspring two generations ahead (its ability to produce grandchildren of the

current population). Thus, the idea of monitoring only half the longevity of one individual

is so shallow that no serious understanding of the fitness of the population could come

from this type of study. Half the lifespan of one adult is an unreasonable measure for

such a long-lived and slow-to-reproduce species and therefore the population

projections the FWS relied upon for its decision do not capture the full picture of the

species' evolutionary fitness over the next many generations.

14.      While this measure is inherently flawed for a long-lived species like the

gopher tortoise, the issues with the FWS's decision to not list the species in the eastern

portion of its range is compounded by the fact that the SSA shows a decline in the

species over the next 40 years. *See* SSA at 161. As a scientist who has concentrated

my career on studying gopher tortoises in Unit 2, I can say with confidence that most of the populations in Unit 2 are not viable.

15.    And FWS agrees that Unit 2 is in serious population decline. FWS's 2022 not-warranted finding determined that Unit 2 is genetically, ecologically, and regionally distinct from other populations, and that Unit 2 has a disproportionate probability of going extinct. FWS's 2022 not-warranted finding also determined the western DPS should remain listed as threatened under the ESA because it is genetically, ecologically, and regionally distinct from the other populations and thus key to maintaining the entire species. It should follow then, that if Unit 1 warrants protection because of its status as DPS, then Unit 2 should be protected too because Unit 2 is a larger proportion of the gopher tortoise's entire species distribution than Unit 1, and thus arguably more significant than Unit 1 to the species' survival.

16.    Unit 2 geographically connects Unit 1 to Unit 3 (which encompasses east Georgia). Thus, if Unit 2 is extirpated, there will be no species distribution between Units 1 and 3. In this way, Unit 2 is perhaps more important for the species as Unit 1 due to its role as a connector between Units 1 and 3.

17.    Yet FWS determined that the imperiled status of Unit 2 does not justify the eastern DPS being listed as threatened because some populations elsewhere in the eastern DPS are stable. By stating that the populations in Unit 2 are unstable in the SSA and its decision but concluding that since Unit 2 is part of the eastern DPS and the eastern DPS as a whole does not warrant listing, the FWS is essentially concluding that Unit 2 is both stable and unstable at the same time, which is nonsensical.

7

18.     In essence, FWS said that because the population of Unit 2 is so small, it does not need protection. However, the population in Unit 2 is only as small as it is because it has never been afforded ESA protections and development has destroyed much of the gopher tortoise's habitat. Further, the number of individuals in a population does not portray the species' resiliency, but the status of the species at the time of the living population's births (say 40 years ago), as many gopher tortoise populations are comprised of old adults and have no reproduction. Thus, while there may be a significant number of individual tortoises throughout the species' range, the population is quickly shrinking. The SSA itself recognizes that gopher tortoise populations are becoming less representative, which makes the species less resilient. *See* SSA at 142 (". . .representation and redundancy have likely decreased significantly relative to the historical distribution of the species. . ."). While a few populations are doing ok, a few populations cannot support a healthy species.

19.     In sum, the FWS appears to have based its not-warranted decision on faulty reasoning and its decision must be reevaluated. My own research, and that of my fellow gopher tortoise scientists, shows that gopher tortoise populations throughout the eastern DPS are declining rapidly. The species needs federal protection in the eastern portion of its range under the ESA to prevent extirpation.

21.     I declare under penalty of perjury that the foregoing is true and correct and was executed in St. Petersburg, Florida on January 16, 2025.

s/ Jeffrey Goessling

_____

Dr. Jeffrey Goessling

ATTACHMENT A

The Journal of Wildlife Management 85(1):135–144; 2021; DOI: 10.1002/jwmg.21966



*Research Article*

# Implications from Monitoring Gopher Tortoises at Two Spatial Scales

JEFFREY M. GOESSLING [ID],[1] *Eckerd College, 4200 54th Ave S, St. Petersburg, FL 33711, USA*

JONATHAN M. STOBER, *USDA/US Forest Service, Talladega National Forest, Shoal Creek Ranger District, Heflin, AL 36264, USA*

SYBIL G. GYENGO, *11446 Weston Course Loop, Riverview, FL 33579, USA*

SHARON M. HERMANN, *Department of Biological Sciences, Auburn University, Auburn, AL 36849, USA*

TRACEY D. TUBERVILLE, *University of Georgia's Savannah River Ecology Lab, Aiken, SC 29802, USA*

CRAIG GUYER, *Department of Biological Sciences, Auburn University, Auburn, AL 36849, USA*

**ABSTRACT** Conservation biologists need to effectively monitor species given resource limitations and the inherent challenges of assessing long-term demographic processes. We assessed gopher tortoise (*Gopherus polyphemus*) abundance at a landscape scale and at the scale of 3 local populations within the Conecuh National Forest (CNF), Alabama, USA, between 1991 and 2017. We collected landscape-level data from line transect distance sampling arranged uniformly across the CNF during a single season (2011); we obtained data for local populations from long-term mark-recapture of individuals at 3 sites selected based on prior knowledge of high density at each. At a landscape scale, we estimated 5,242 (95% CI = 3,538–7,768) tortoises occurred across the approximately 34,000-ha forest, yielding a density of 0.14–0.32 tortoises/ha. These low densities across the landscape suggest that, on average, management activities across the property have not allowed tortoise populations to retain the social structure needed for long-term persistence. The 3 local populations, however, contained 25–60 individuals and densities of 1.9–6.9 tortoises/ha. Over the study period, populations at 2 sites were stable and the third experienced significant population growth. Mean annual survival of individuals was 0.89 and invariant across size classes. Overall, line transect distance sampling is important for assessing landscape-scale abundance of tortoises but may fail to detect local clusters of high-density sites important for population persistence. Our mark-recapture efforts at the local scale revealed that small populations on these high-density sites can exhibit long-term stability or growth even though they do not meet current established criteria for viability. Improved models that incorporate immigration and emigration and better reflect the dynamics of peripheral populations would assist in determining how such populations best contribute to species recovery and regional conservation targets. © 2020 The Wildlife Society.

**KEY WORDS** demography, line transect distance sampling, mark-recapture, minimum viable population.

The cornerstone of conservation biology is effective species monitoring to document demographic stability of populations, the extent of potential instability, and management actions that may reverse instability (Martin et al. 2007). Numerous methods exist to measure population demographic parameters and they differ in sampling effort and monitoring intensity. Monitoring intensity ranges from minimally invasive techniques (e.g., remote or aerial photographic sensing; Udevitz et al. 2008), to line transect distance sampling (LTDS), which requires surveyors visit sites for relatively rapid assessment (Buckland et al. 2001, Smith et al. 2009, Stober and Smith 2010, Stober et al. 2017), to the most labor intensive, but data rich, mark-recapture surveys (Tuberville et al. 2014, Howell et al. 2019).

Received: 27 May 2019; Accepted: 6 September 2020

[1]E-mail: goessljm@eckerd.edu

Survey methodologies also vary in sensitivity to homogeneity verses heterogeneity of distributional patterns of individuals within populations. For example, Calambokidis and Barlow (2004) reported differences between line transect and mark-recapture estimates for blue whales (*Balaenoptera musculus*) and humpback whales (*Megaptera novaeangliae*); for the more widely and homogeneously distributed blue whale, line transect estimates were practical for covering large areas of the distribution. The clumped distribution of humpback whales, however, caused transects to be less effective than mark-recapture surveys for that species because transects did not effectively identify aggregations of individuals representing high-density populations.

Further complicating surveillance methods, demographic models of long-lived species are challenging to generate because of the time required to collect necessary data (Doak et al. 1994), and high extinction risk (Congdon et al. 1993). This modeling difficulty is largely the result of the time

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:36:01 UTC
All use subject to https://about.jstor.org/terms

commitment required to maintain datasets that cover the generation time of such species. Tortoises are one of the most at-risk groups of long-lived vertebrates (Doak et al. 1994), and North American tortoises (*Gopherus* spp.) have been the subject of extensive conservation studies. Significant knowledge gaps persist, however, regarding demographic rates and population stability (Tuberville et al. 2009, Rostal et al. 2014).

Gopher tortoise (*Gopherus polyphemus*) populations have declined throughout their range (Auffenberg and Franz 1982), and these population reductions do not necessarily correlate directly with habitat loss or quality (McCoy et al. 2006). Many demographic studies of gopher tortoises have been conducted on populations composed of hundreds to thousands of individuals in the species' core distribution (Mushinsky and McCoy 1994). Such core populations typically achieve higher densities and may be more resilient because they experience different demographic vital rates than peripheral populations (Brown 1995) and because they are less likely to be spatially isolated from other populations. Although retention of core sites is important for gopher tortoise conservation, retention of peripheral populations represents a challenge to species recovery efforts (Tuberville et al. 2009, U.S. Fish and Wildlife Service 2011) because management techniques that enhance population growth rates likely differ at the periphery of their range. Representation of such populations in conservation planning is necessary to capture demographic and genetic variability of the entire species (Gaillard et al. 2017).

A consensus of research has suggested that the minimum viable population size for gopher tortoises is 250 adults at a density ≥0.4 individuals/ha (Gopher Tortoise Council 2013). The target of 250 adults for conservation management emerged from multiple independent studies using a combination of empirical data and modeling approaches (Smallwood 2001, McCoy and Mushinsky 2007, Tuberville et al. 2009, Styrsky et al. 2010). The density criterion was established based on data from multiple populations, which revealed density-dependent differences in movement and social behavior (Guyer et al. 2014); densities <0.4 tortoise/ha resulted in movement patterns expected to restrict gene flow (Guyer et al. 2012). Two additional demographic conditions were described following the approach used for red-cockaded woodpeckers (*Leuconotopicus borealis*; U.S. Fish and Wildlife Service 2003): primary support populations (50–250 adult tortoises at ≥0.4 tortoises/ha) and secondary support populations (1–50 adult tortoises at ≥0.4 tortoises/ha; Gopher Tortoise Council 2014).

Guidelines are continuing to be developed for gopher tortoise conservation; knowledge gaps of demography remain and the lack of complete demographic data for individual populations limits our understanding of population viability. Population viability analyses based on key demographic estimates gathered from multiple populations across the species' range suggest that populations will decline; this is especially the case for peripheral populations, which are more vulnerable to extirpation (Tuberville et al. 2009). Although populations of gopher tortoises from the core

geographic range persist for long periods of time even under intensive land management activities (Berish et al. 2012), data from peripheral populations are limited (Tuberville et al. 2014). Even in well-studied populations, key demographic parameters such as immature tortoise survivorship and longevity remain largely unknown (Tuberville et al. 2009). Finally, long-term population trajectories of primary and secondary support populations are generally understudied, which makes the empirically derived demographic stability of such populations unclear. This can be remedied by conducting long-term population monitoring over generational time periods, and studies of such duration are rare and have only been initiated recently.

We used data from 2 population monitoring techniques, LTDS and long-term mark-recapture, to assess the population size and density of peripheral populations of gopher tortoises across 2 scales (i.e., broad landscape scale, local high-density populations) in the Conecuh National Forest, Alabama, USA. Our objectives in this descriptive study were to compare single time point (2011) landscape-scale abundance using LTDS to local-scale abundance assessed using long-term mark-recapture (1991–2017); determine whether landscape-scale density during 2011 met density criteria established for minimum viability; determine whether replicate local populations were stable, growing, or declining; and examine the role that initial capture size, a proxy for age (Aresco and Guyer 1998), has on survivorship.

## STUDY AREA

We conducted this study in the Conecuh National Forest (CNF), Covington County, Alabama (Fig. 1), in the western periphery of the gopher tortoise's range from 1991–2017. Conecuh National Forest is approximately 34,000 ha of low-grade rolling hills at an average elevation of 66 m. The dominant ridge-top ecosystem is characterized by longleaf pine (*Pinus palustris*) and turkey oak (*Quercus laevis*) that transitions downslope through titi (*Cyrilla racemiflora, Cliftonia monophylla*) seepage slopes into seasonally flooded hardwood floodplain, characterized by a rich hardwood community including tupelos (*Nyssa* spp.), sweetbay (*Magnolia virginiana*), and cypress (*Taxodium* spp.). The climate is warm-temperate with monthly average temperatures ranging from 3.9–16.7°C (average low-high) in January (winter = Dec–Feb) to 22.2–33.9°C in July and August (summer = Jun–Aug). Rain is common in every month with an average of 92 rain days per year (noaa.gov, accessed 19 Dec 2019). Established in 1936, CNF was originally cut over and burned during the early 1900s and replanted for timber production; thus, the area was converted from longleaf pine forest into slash pine (*Pinus elliottii*) plantation (Aresco and Guyer 1999*a*). Over the past 4 decades, the United States Forest Service has implemented a longleaf pine restoration program, returning 80% of the 22,000 ha of soils suitable for longleaf pine to that species.

All 3 sites for mark-recapture analyses were planted in slash pine during the 1970s and had mixed pines, including longleaf, slash, and loblolly pines (*Pinus taeda*), by the time

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:36:01 UTC
All use subject to https://about.jstor.org/terms



**Figure 1.** Conecuh National Forest, Alabama, USA, showing location of paired line transect distance sampling circuits (rectangles) and 3 local study sites (squares) used for long-term mark-recapture of gopher tortoises sampled from 1991–2017.

our study started in 1991. Site 1 was 5.1 ha and the dominant soil types were Fuquay (35.7%) and Bonifay (29.1%) loamy fine sands and Troup loamy sand (21.4%). Site 1 was thinned in 1991 and received another thinning in 2003. Site 3 was 6.5 ha and the dominant soil types were Bonifay loamy fine sand (76.8%) and Dothan and Malbis sandy loams (23.2%). Site 3 received no thinning. Site 4 consisted of 19.4 ha dominated by Troup loamy sand (99%). Site 4 was thinned in 1994 and 2009. All 3 sites were managed with fire, typically during January through March, on an approximately 3–7-year fire return interval.

In our study sites, tortoises were mostly active from March to October, when daily temperatures were warmest. Weather was generally consistent between study years. The dominant fauna of the study sites comprised many of the >365 gopher tortoise commensal species (Jackson and Milstrey 1989, White and Tuberville 2017).

## METHODS

### Landscape-Level Samples
From 18 May to 28 July 2011, we employed LTDS to estimate tortoise abundance (Smith et al. 2009, Stober and

Smith 2010, Stober et al. 2017) for the entire CNF. We created a property sample frame based on priority and suitable tortoise soils (Table S1, available in Supporting Information) and conducted pilot surveys across the sample frame by randomly placing transects throughout the CNF. A 3-person crew examined 11 transects (9,115 m); 1 person navigated the center line of each transect using a Trimble GeoXT (Sunnyvale, CA, USA) hand-held global positioning system (GPS) unit and searched for burrows while the other 2 searched for burrows on either side of the centerline. We examined any active or inactive tortoise burrow encountered with a portable video camera guided down the burrow on a 4-m-long hose. We recorded most burrows as occupied (tortoise observed in burrow) or unoccupied (end of burrow reached with no tortoise observed). We could not fully examine occasional burrows because a venomous snake occupied the burrow, or the burrow shape and depth precluded a complete burrow view. The pilot survey yielded 39 burrows, of which 16 contained tortoises.

Based on the pilot survey, we estimated 86 km of transects were needed to estimate tortoise abundance across CNF with confidence intervals that were approximately 20% or less of the abundance estimate. We arranged transects in a

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:36:01 UTC
All use subject to https://about.jstor.org/terms

systematic east-west orientation using Hawth's tools and X tools in ArcGIS 9.2 (Esri, Redlands, CA, USA). We created a pseudo-circuit design (Stober et al. 2017) of transects that consisted of pairs of parallel 500-m transects 60 m apart. We separated pairs of transects by 1,300 m east-west and 1,200 m north-south across the sample frame. We created a systematic segmented grid sampling design (Buckland et al. 2001) across the sampling frame with this arrangement, providing an unbiased coverage of the entire sample frame (Fig. 1). We sampled transects with the same method used in the pilot survey. We recorded the location of each burrow via GPS and assessed occupancy of each burrow. We also recorded burrow width (nearest cm, measured 50 cm into a burrow) and length (nearest m; m marks along video hose). When we encountered impenetrable vegetation on a transect, we recorded and marked a point as being unsuitable for tortoises. The surveyors then moved through the dense vegetation, and began surveying once land cover was suitable, at which point they recorded the location and resumed the transect.

We determined perpendicular distances from the transect centerline to each burrow opening using the NEAR function in ArcGIS. We processed data in Distance (version 6.0, release 2; Thomas et al. 2010) to derive estimates of burrow and tortoise abundance, density, and the coefficient of variation and 95% confidence intervals (based on a log-normal distribution; Buckland et al. 2001). Given the strong affinity of tortoises for their burrows, we used burrows as surrogates for tortoise observations when estimating detection probability. External appearances of occupied and unoccupied burrows were indistinguishable, hence the need to examine each burrow with a camera. Examination of each burrow allowed us to use an objective criterion for determining whether it was occupied or usable by a tortoise. Usable burrows were those that were not collapsed, and therefore suitable for tortoise occupation. We excluded burrows from analysis if collapsed within 1 m of the entrance and we employed the usable burrows to build a detection function for the abundance estimate. By using burrows (rather than tortoises) to derive a detection function, we reduced the variance and had more confidence in the model fit. We only used occupied burrows for calculating the tortoise encounter rate. Additionally, we used the cluster-size-estimation technique in Distance to calculate the number of occupied burrows and to estimate tortoise density and abundance across CNF (Thomas et al. 2010, Stober et al. 2017). Cluster size of occupied burrows was equal to 1; for unoccupied burrows the cluster size was zero. We calculated the proportion of occupied burrows using cluster-size estimation with the mean of observed clusters (Stober et al. 2017). We removed the greatest 5% of distances (Smith et al. 2009) from the analysis, as is standard for gopher tortoise transect surveys to remove outliers (Stober and Smith 2010). We fit 4 models in Distance (uniform cosine, uniform simple polynomial, hazard-rate normal, half-normal cosine) to identify the model that best fit our data and to derive estimates of abundance and density, each with key function and series adjustment terms (Buckland et al. 2001);

we used Akaike's Information Criterion (AIC) to select the best model for inference, which we assumed to be the model with the lowest AIC (Burnham and Anderson 2002). We used no other method of model validation.

## Local Population Samples

We sampled gopher tortoises on 3 long-term study sites (Fig. 1) that contained spatial aggregations of tortoises that were separated from other such aggregations by ≥50 m. Prior to the initiation of long-term mark-recapture efforts, we delimited the spatial extent of each site using a preliminary burrow survey (1991 for sites 1 and 3; 1992 for site 4), during which we marked (numbered aluminum tag), measured (width), and mapped burrows. Surveys continued until we did not discover a new burrow within 50 m of any previous burrow. Thus, each site contained resident tortoises using a spatially aggregated cluster of burrows. Once we completed the first survey, we defined a minimum convex polygon containing the initial burrows as the study area. We inventoried all burrows marked during an initial survey twice yearly in subsequent samples between 1991 and 2000: once during spring (Mar–Jun) and once during fall (Aug–Oct). We visited all burrows from previous sampling events and recorded their status: active (e.g., flattened disturbed sand from plastron dragging across burrow entrance, marks from tortoise toenails), inactive (e.g., half-moon shape of tortoise but lacking signs of active burrows), abandoned (e.g., entrance visible, but lacking half-moon shape of tortoise), or filled (e.g., no visible entrance).

Between 1991 and 2017, we captured tortoises during 10 sampling events on site 1, 9 sampling events on site 3, and 12 sampling events on site 4 (Table 1). Each sampling event represented 1 activity season and we placed traps at all active burrows (1991–2004) or all known-occupied burrows (via burrow scope; 2015–2017) that we identified during surveys. While trapping, we added newly discovered burrows to the inventory. Within each sampling event, we captured tortoises in live traps (Tomahawk, Hazelhurst, WI, USA) covered with burlap to provide shade, which we examined at approximately 1000 and 1400 daily. We measured all animals for straight-line carapace length

**Table 1.** Sampling periods for gopher tortoises at 3 study sites on the Conecuh National Forest, Covington County, Alabama, USA, 1991–2017.

|      | Site 1 | Site 3 | Site 4 |
|------|--------|--------|--------|
| 1991 | 1      | 1      |        |
| 1992 | 2      | 2      | 1      |
| 1993 | 3      | 3      | 2      |
| 1994 | 4      | 4      | 3      |
| 1996 | 5      | 5      |        |
| 1997 | 6      | 6      | 4      |
| 1998 | 7      | 7      | 5      |
| 1999 |        |        | 6      |
| 2000 |        |        | 7      |
| 2001 |        |        | 8      |
| 2002 |        |        | 9      |
| 2003 |        |        | 10     |
| 2013 | 8      |        |        |
| 2015 |        | 8      |        |
| 2016 | 9      |        | 11     |
| 2017 | 10     | 9      | 12     |

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:36:01 UTC
All use subject to https://about.jstor.org/terms

(CL; nearest mm, from anterior tip of nuchal to posterior tip of supracaudal scute), plastron length (nearest mm from anterior tip of gular to posterior tip of anal scute), and plastral concavity (nearest mm relative to a straight edge oriented along the mid-sagittal plane of the plastron). We recorded mass (nearest g), uniquely marked each tortoise (v-shaped file mark along marginal scutes), recorded age (count of annuli on abdominal scute, or recorded as adult if all scutes were too worn to estimate age), and immediately released each tortoise into the burrow from which it was captured. Additionally, we determined an individual was immature if it was <18 cm CL, a male if it was ≥18 cm CL and had a prominent plastral concavity, or a female if it was ≥18 cm CL and lacked a prominent plastral concavity (Diemer and Moore 1994). We conducted this study with approval by the Auburn University Institutional Animal Care and Use Committee (PRN-9612-R-0598, PRN-2007-1284, and PRN-2013-2226) and permits issued by the Alabama Department of Conservation and Natural Resources.

**Mark-Recapture Analyses**
We analyzed each site separately in MARK (White and Burnham 1999) using a multi-model approach to compare 9 models that included time-dependent and time-independent parameters for survival (ɸ) and recapture probability (p), and the effects of initial CL on survival (Table 2). We selected the top model for each site from model sets as the lowest AIC corrected for sample size (AIC$_c$) value produced by MARK. For all 3 sites, we constructed a series of competing Cormack-Jolly-Seber (CJS) models. We analyzed tortoises as a single attribute group for each site, and used initial CL as a continuous covariate in the models that included it. We used the logit-link function for CJS models and standardized CL as the first observed measurement of each tortoise. We used the top model to calculate ɸ. Because we used the logit-link function, we extrapolated ɸ values by first constructing the relevant time- or CL-specific general linear model, and then used the inverse logit function:

$$\phi_i = \exp(X_i^\beta)/\{1 + \exp[X_i^\beta]\},$$

where $X_i$ equaled the CL. We also estimated survival from a standardized model that held ɸ constant by CL and year

**Table 2.** Competing models of gopher tortoise survival (ɸ) and recapture (p), where t = time (year), CL = carapace length, and (.) indicates a time-independent variable, sampled in Conecuh National Forest, Covington County, Alabama, USA, from 1991–2017. We determined the top Cormack-Jolly-Seber models for each site (for all sites and for a subset of adults only) using Akaike's Information Criterion corrected for sample size.

| Model | Sites for which it was the top model |
| --- | --- |
| ɸ (.), p (.) | 3 (adults only) |
| ɸ (t), p (.) | |
| ɸ (.), p (t) | 4, 4 (adults only) |
| ɸ (t), p (t) | |
| ɸ (CL), p (.) | 3 |
| ɸ (t × CL), p (.) | 1 (adults only) |
| ɸ (t + CL + t × CL), p (.) | 1 |
| ɸ (t + t × CL), p (.) | |
| ɸ (t + CL), p (.) | |

and had time-variable p. We reported the standardized model estimates for each site to compare the same model estimates among sites, regardless of the site-specific variability, and to make comparisons to published literature. Additionally, we performed a subset of survival analyses with tortoises <18 cm CL removed from the analyses, thus constructing survival models for adults only. We performed goodness-of-fit tests using the RELEASE function in MARK calculated based on the time-dependent model, which uses a chi-square distribution to test the hypothesis that there is no lack of fit.

To analyze site-level abundance, we used the POPAN function in MARK (White and Burnham 1999), which produces estimates of probability of entrance into a study site (pent) and the time-specific abundance contained within the sampled area ($N_i$). Additionally, POPAN estimates the super population (N), which is the number of animals that would have ever been born into or entered the site over the study period (Schwarz and Arnason 2017). We used parameter-specific link functions as follows (Schwarz and Arnason 2017): for ɸ and p, we used a sine link function, for pent we used a multinomial logit-link function, and for N we used the log-link function. We restricted models included in the POPAN analysis to those used in the original CJS models, and included time-varying and constant survival, time-varying and constant recapture probability, and time-varying pent. We estimated time-specific abundances ($N_i$) for each site and sample event (i) using the parameters from the top model for each POPAN analysis.

## RESULTS

**Landscape-Level Samples**
We estimated that 24,056 ha of habitable (i.e., suitable and priority) tortoise soils are present on the CNF and we sampled 84.6 km of transects within the sample frame (Fig. 1). The uniform cosine was the best fit model, but fit for the other 3 models was within 2 AIC units of the top model, suggesting no difference among models (Table 3; Burnham and Anderson 2002). We detected 58% (95% CI = 51.7–64.0) of usable burrows with an effective half-strip width of 10.8 ± 0.6 (SE) m, a coefficient of variation of 5.4%, and a 95% confidence interval of 9.7–12.0 m.

We detected 145 burrows on transects, of which 44 were occupied, yielding a 0.34 ± 0.04 occupancy rate when accounted for detectability across the sample frame. Tortoise density averaged across all models was 0.21 tortoises/ha (CV = 20.8%, 95% CI = 0.14–0.32). Burrow density averaged across all models was 0.61 burrows/ha (CV = 16.4%, 95% CI = 0.44–0.84). Tortoises were not uniformly distributed across the CNF. Instead, higher concentrations were in the northeastern portion of the property (Fig. 2). We estimated the CNF to contain 5,242 tortoises (95% CI = 3,538–7,768; Table 3).

**Local Population Samples**
Carapace length of adult tortoises (Fig. 3) was significantly different among the 3 sites, and this difference was independent of sex-specific effects of CL (2-way analysis of

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:36:01 UTC
All use subject to https://about.jstor.org/terms

**Table 3.** Model output and tortoise population estimates for landscape-scale estimates of gopher tortoises in 2011 at Conecuh National Forest, Covington County, Alabama, USA, generated from Distance (version 6.0). We analyzed data collected using line transect distance sampling for 122 usable burrows and 44 tortoise observations. The model best fitted to data according to Akaike's Information Criterion (AIC) is indicated with an asterisk (*).

| Model | AIC | Tortoise density (tortoises/ha) | | | Burrow density (burrows/ha) | | | Tortoise abundance | |
|---|---|---|---|---|---|---|---|---|---|
| | | Density | 95% CI | CV | Density | 95% CI | CV | N | 95% CI |
| Uniform cos* | 648.33 | 0.218 | 0.147–0.323 | 20.2 | 0.632 | 0.447–0.834 | 15.6 | 5,242 | 3,538–7,768 |
| Uniform simple poly | 649.14 | 0.219 | 0.145–0.330 | 21.1 | 0.635 | 0.459–0.879 | 16.7 | 5,266 | 3,498–7,929 |
| Hazard-rate normal | 649.67 | 0.193 | 0.128–0.292 | 20.9 | 0.561 | 0.404–0.779 | 16.8 | 4,651 | 3,081–7,805 |
| Half-normal cos | 649.93 | 0.216 | 0.144–0.324 | 20.9 | 0.627 | 0.445–0.865 | 16.5 | 5,201 | 3,465–7,805 |

variance, site: $F_2 = 5.62$, $P = 0.005$; sex: $F_2 = 0.45$, $P = 0.64$). Mean CL by sex for each site was as follows: site 1 males = 24.5 cm ($n = 15$) and females = 23.0 cm ($n = 26$); site 3 males = 23.2 cm ($n = 15$) and females = 22.7 cm ($n = 16$); site 4 males = 20.7 cm ($n = 33$) and females = 21.2 cm ($n = 38$). Immature tortoises were well sampled in this study, with immatures comprising 46% of individuals captured at site 1, 71% at site 3, and 56% at site 4. Additionally, there was not a clear pattern between the number of recaptures and CL (Table S2, available online in Supporting Information).

Time-specific abundances ($N_i$) for each site from the POPAN analyses revealed stable numbers of 26 tortoises for site 1 ($\bar{x}$ of annual estimates; 95% CI = 19–36) and 23 tortoises for site 3 (95% CI = 16–33) and an increase over time from approximately 30 tortoises to 60 tortoises for site 4 ($\bar{x}$ of annual estimates = 56; 95% CI = 41–78; Fig. 4). Based on $N_i$ estimates, density ranged from 3.9–6.9 tortoises/ha at site 1, 2.9–4.0 tortoises/ha at site 3, and 1.8–4.1 tortoises/ha at site 4. We estimated the super populations to be 75 individuals at site 1 (95% CI = 69–101), 70 individuals at site 3 (95% CI = 65–81), and 173 individuals at site 4 (95% CI = 154–207). Site 4 had significantly more tortoises in 2017 than in 1992 when it was first sampled, as indicated by the non-overlapping 95% confidence intervals between years (Fig. 4).

Top models of survival differed among sites. Goodness-of-fit tests revealed that assumptions of mark recapture were



**Figure 2.** Distribution of gopher tortoise burrows across the Conecuh National Forest, Alabama, USA, found during 2011 landscape-scale surveys.

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:36:01 UTC
All use subject to https://about.jstor.org/terms



**Figure 3.** Size distribution of gopher tortoises on site 1 (white), site 3 (black), and site 4 (gray) of the Conecuh National Forest, Covington County, Alabama, USA, 1991–2017. Ordinate categories are carapace length (5 = 4.0–5.9 cm, 7 = 6.0–7.9 cm, …).

not violated and that the data support the model fit (site 1: $\chi^2_{18} = 19.115$, $P = 0.385$; site 3: $\chi^2_{14} = 4.480$, $P = 0.992$; site 4: $\chi^2_{27} = 24.540$, $P = 0.600$). For site 1, the top model included the complete set of interactions of time and initial CL and constant recapture probability (Table 2). Based on this model, year- and size-specific estimates of survivorship for a hypothetical 5-cm CL tortoise and a 35-cm CL tortoise were consistently low across sizes during samples 1, 3, and 9, and were high for all other samples, except for adults during sample 7, which were low. The second-best performing model ($\Delta AIC_c = 1.941$) included time and CL but only the interaction that included a CL-dependent slope and a constant intercept in the survival-by-CL relationship. Because of the complexity of these 2 models, it was difficult to estimate the parameters of $\phi$, which were year- and size-specific. Using the standardized model of $\phi$ (.), $p$(t), we estimated annual survival for all individuals across all years to be 0.897 (95% CI = 0.855–0.929). For site 3, the top model included CL-dependent survival and constant



**Figure 4.** Abundance of gopher tortoises over time on the Conecuh National Forest, Covington County, Alabama, USA, 1991–2017. Vertical bars are 95% confidence intervals.

recapture probability. The second-best model ($\Delta AIC_c = 1.229$) included the interaction of a combination of time- and CL-dependent survival with constant recapture probability that included variable intercepts but a constant slope between years in the survival-by-CL relationship. Based on beta estimates from the top model, estimates for annual survival ranged between 0.989 for 5-cm CL individuals and >0.999 for individuals ≥35 cm CL. The estimate of $\phi$ from the standardized model across all sizes and years was 0.857 (95% CI = 0.797–0.902). For site 4, the top model included constant survival and time-variable recapture probability, with all other models having significantly reduced fit. The top model was the standardized model of constant annual survival in which survival was estimated to be 0.907 (95% CI = 0.874–0.931).

Models were similar among sites when we included only adult tortoises in analyses. For site 1, the top model was the simple interaction effect of time and CL on annual survival, with no other model achieving similar support. Survival on this site was estimated to be 0.922 (95% CI = 0.872–0.953). For site 3, the top model was constant survival and recapture probability, with no effect of CL. The model of time-variable survival and constant recapture probability was within 0.193 $AIC_c$ from the top model and the model of constant survival and time-variable recapture probability was within 0.777 $AIC_c$ from the top model. Survival on this site was estimated to be 0.903 (95% CI = 0.832–0.946). For site 4, the top model was constant survival and time-variable recapture probability, with no other model achieving similar support. Under this model, survival was estimated to be 0.953 (95% CI = 0.910–0.976).

## DISCUSSION

Our results point to a need for clarity in use of the term population in guiding conservation. We consider each of the 3 local study sites to represent populations in the sense that populations are groupings of individuals discovered by demographic or spatial analyses (Smallwood 2001). Genes flow between adjacent populations because of migration of individuals among adjacent populations, which yields isolation by distance across broader landscapes. This use of the term population differs from that associated with transect sampling. Here, population refers to the assemblage of individuals found within a property or region of interest. The primary goal of transect sampling is to assess the size of this population at the site level, with periodic implementation of such sampling allowing monitoring of long-term trends. For purposes of clarity, we recommend use of the terms local population for the concept presented in Smallwood (2001) and landscape population for the concept implied by transect sampling (Smith et al. 2009).

At the landscape level, our abundance estimates suggest that the CNF has enough tortoises to constitute as many as 20 populations of 250 individuals. Density dependence of home range size documented in Guyer et al. (2012) suggests that the rate at which such populations respond to management activities on the CNF depends upon population density. In this behavioral model, populations with a density

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:36:01 UTC
All use subject to https://about.jstor.org/terms

of >0.4 tortoises/ha are capable of rapid increase or decrease in abundance because home range size is adjusted to allow maintenance of scramble-competition polygyny (Johnson et al. 2009), a system that we infer assures maximum fertility in females because they are able to mate with multiple males each season. Across the CNF, however, density is so low that tortoises are expected to experience reduced home range size and limited mating opportunities (Guyer et al. 2012). We infer that this yields slow increase or decrease in abundance because movements are restricted for neighboring male-female pairs that have no knowledge of more-distance neighboring pairs. These features should increase demographic stochasticity associated with reduced fertility of females restricted to mating with a limited set of neighboring males. Such populations may persist at low densities, even after management efforts to thin forest stand density and return frequent fire to create the open structure of high-quality tortoise habitat (Guyer and Bailey 1993). Thus, population recovery of gopher tortoises on the CNF is likely to be slow, as it is for other long-lived species (Hall et al. 1999, Gibbs and Amato 2000, Tröeng and Rankin 2005), with recovery taking decades before the positive effects of improved management can be detected in populations (Aresco and Guyer 1999b, Tuberville et al. 2014). Augmentation of existing populations to restore density to levels associated with mating system dynamics required for rapid population growth (Tuberville et al. 2005, 2008; Ashton et al. 2008) may be a viable management option for accelerating population recovery.

Although the landscape-scale surveys documented low tortoise density, our mark-recapture analyses indicated that local aggregations of relatively small size can achieve high densities that exhibit long-term stability or growth. Two of our study site populations were stable at approximately 25 individuals over 25 years, whereas the third site first contained approximately 30 individuals but doubled in size. Persistence of these small aggregations, despite falling short of the minimum viability criterion for abundance, is likely facilitated by the landscape context in which they are embedded. That is, these high-density sites are likely occupied by individuals that participate in a super population created by individuals migrating to neighboring aggregations and later returning to the study aggregations. In this model, super population and metapopulation are likely synonymous, as are aggregation and population. Confidence intervals indicated that super populations consisted of 65–207 individuals, abundances that are within the range of landscape-level population estimates generated by McCoy and Mushinsky (2007; 110–310 tortoises) and approach those estimated from population models (Tuberville et al. 2009). Thus, including our mark-recapture method, 3 distinct approaches to assess the size of gopher tortoise populations over time reveal similar target abundances. Our mark-recapture data, however, highlight the role of periodic emigration and immigration among local aggregations as important aspects of viability, a consideration not incorporated into previous population viability models (Tuberville et al. 2009). These processes also contribute to the underestimation of the actual population sizes and survivorship of species as long-lived as gopher tortoises. Apparent survival, as estimated in the CJS model, equates permanent emigration during the study with mortality. Individuals that move between populations over long periods may be lost during a study period and modeled as mortality, even though they may disperse to another population or even return to a local population at a later date. Although we do not currently know the frequency of such movements among local populations, future studies should address gopher tortoise movement at larger spatial and temporal scales. Cox (1989) predicted persistence of gopher tortoise populations as small as 20 individuals, but that model was built from data of such a short duration that estimates of the larger super population were impossible.

Our 3 study sites differed in patterns of survivorship, with top models for site 1 including complex interacting effects of initial CL and year on survival, site 3 including a constant effect of CL on survival for all sample years, and site 4 having constant survival across all size classes and sample years. The magnitude of the effect of CL at site 3 was exceptionally small (0.99 survival of immatures vs. 1.0 survival of adults), indicating little biological effect of CL on survival, and thus minimal difference between survival on this site and site 4. Survival estimates for site 1 varied widely from low during some years to high during others, a pattern potentially caused by variable movement patterns for individuals inferred to migrate between populations. We found no strong evidence for biologically relevant effects of initial CL on survival for the 3 sites. Instead, relatively high survival characterized all size and age classes, except when patterns of emigration potentially confounded estimation of survival.

Immature tortoise survival was higher than in previous studies of hatchling tortoises, all of which report significantly lower survivorship. Perez-Heydrich et al. (2012) reported hatchling gopher tortoise survivorship to average 0.128 across numerous studies. Furthermore, hatchling survival was reported to be extremely variable, with an annual survival confidence interval of 0.040 to 0.340 (Perez-Heydrich et al. 2012). These prior studies of hatchlings primarily used radio-transmitters to follow animals, a method that may negatively affect survival (Pike and Siegel 2006). In this study, we did not focus efforts on hatchling tortoises (tortoises < 1 yr old), which likely have very low survivorship even in our study populations. We focused efforts on older immature gopher tortoises, which we still expected to demonstrate lower survivorship than adults (although higher than hatchlings). Thus, the representation of immature tortoises in this study is conditioned on individuals surviving long enough to be included in the mark-recapture samples, which may at least have partly contributed to relatively high estimates of survival. Few estimates of survivorship are available for gopher tortoises based on mark-recapture studies. Tuberville et al. (2008) reported survivorship of 0.84 for immature animals compared to 0.98 for adults in a translocated population in Georgia, USA. Annual survival of immatures was also reported to be lower than that of adults in 2 naturally

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:36:01 UTC
All use subject to https://about.jstor.org/terms

occurring populations (0.82 vs. 0.95–0.98 in SW Georgia; 0.70 vs. 0.87–0.96 in an earlier analysis of site 4 survival in CNF; Tuberville et al. 2014). In each of these studies, estimates of immature survival were based on individuals representing a wide range of sizes (i.e., all individuals below the minimum size of maturity), not just hatchlings (Tuberville et al. 2008, 2014). Nonetheless, we expected to find a similar reduction in immature survival but did not, either because of demographic constraints unique to our peripheral populations (see below) or because we lacked statistical power (Pike and Seigel 2006, Pike et al. 2008). We see additional population modeling as providing a method to explore the effect of differing estimates of immature survivorship on long-term population growth.

Our average values for annual survival derived from the standardized model differed slightly depending on whether all individuals were included (0.89) or whether only adults were included (0.92). Published values for adult gopher tortoise survival are as low as 0.87 (Tuberville et al. 2014) to as high as 0.98 (Tuberville et al. 2008). Classic studies of turtle demography report adult survivorship to be high, approaching 1.0 in populations of some species (Congdon et al. 1993, 1994). In this context, our values for adult survival in gopher tortoise populations in CNF are relatively low. These low values in our populations are associated with slow somatic growth rates and reduced asymptotic sizes (Aresco and Guyer 1999b, Tuberville et al. 2014), low population densities and age structure with extensive representation of hatchlings and immatures (Guyer et al. 2012), and long-term population stability or growth. This combination of life-history characteristics of peripheral populations contrasts with those of central and southern Florida, USA, where individuals achieve large body size (Ashton and Ebenhack 2008) and exhibit year-round activity (Moore et al. 2009). Additionally, in central and southern Florida, gopher tortoise populations achieve exceptional densities (Mushinsky and McCoy 1994) and consistently lack extensive representation of hatchlings and immatures (Witz et al. 1992, Berish and Leone 2014, Sano 2014). Regional differences in habitat and climate between core and peripheral populations may select for different combinations of parameters that achieve population stability (Iverson 1992). For example, extended dormant seasons may constrain growth and prolong time to maturity in gopher tortoises from southern Alabama compared to southern sites in Florida, which might favor animals maturing at smaller sizes in peripheral populations. Ultimately, the populations in the periphery respond to a different selective environment than in the core, which has created a different stable age distribution across these regions.

## MANAGEMENT IMPLICATIONS

Our results demonstrate that properties for which transect sampling fails to reveal gopher tortoise populations above minimum viable density thresholds may still retain local populations that achieve long-term persistence. Expanded intensity of transect sampling can identify such local populations, as can local land managers. For proper assessment of conservation needs, estimation of the numbers of local populations is as important as estimation of the numbers of landscape populations.

## ACKNOWLEDGMENTS

We thank B. Lowe for guiding early transect work on CNF. L. L. Smith and J. M. Howze trained us in the art and science of transect sampling. Logistical support for field work was supported by the Solon Dixon Forestry Education Center and United States Forest Service Conecuh National Forest District Ranger. Funding for the project was provided by an Alabama State Wildlife Grant. Manuscript preparation by TDT was supported by Award Number DE-EM0004391 from the Department of Energy to the University of Georgia Research Foundation.

## LITERATURE CITED

Aresco, M. J., and C. Guyer. 1998. Efficacy of using scute annuli to determine growth histories and age of *Gopherus polyphemus* in southern Alabama. Copeia 1998:1094–1100.

Aresco, M. J., and C. Guyer. 1999a. Burrow abandonment by gopher tortoises in a slash pine plantation of the Conecuh National Forest. Journal of Wildlife Management 63:26–35.

Aresco, M. J., and C. Guyer. 1999b. Growth of the tortoise, *Gopherus polyphemus*, in slash pine plantations of southcentral Alabama. Herpetologica 55:499–506.

Ashton, K. G., B. M. Engelhardt, and B. S. Branciforte. 2008. Gopher tortoise (*Gopherus polyphemus*) abundance and distribution after prescribed fire reintroduction to Florida scrub and sandhill at Archbold Biological Station. Journal of Herpetology 42:523–529.

Ashton, R. E., and A. Ebenhack. 2008. *Gopherus polyphemus* (gopher tortoise). Record size. Herpetological Review 39:214.

Auffenberg, W., and R. Franz. 1982. The status and distribution of the gopher tortoise (*Gopherus polyphemus*). Pages 95–125 in R. B. Bury, editor. North American tortoises: conservation and ecology. U.S. Fish and Wildlife Service, Wildlife Research Report 12, Washington, D.C., USA.

Berish, J. E. D., R. A. Kiltie, and T. M. Thomas. 2012. Long-term population dynamics of gopher tortoises (*Gopherus polyphemus*) in a pine plantation in northern Florida. Chelonian Conservation and Biology 11:50–58.

Berish, J. E. D., and E. H. Leone. 2014. Follow-up demographic survey of a Florida gopher tortoise population. Southeastern Naturalist 13:639–648.

Brown, J. H. 1995. Macroecology. University of Chicago Press, Chicago, Illinois, USA.

Buckland, S. T., D. Anderson, and K. Burnham. 2001. Introduction to distance sampling: estimating abundance of biological populations. Oxford University Press, Oxford, United Kingdom.

Burnham, K., and D. R. Anderson. 2002. Avoiding pitfalls when using information-theoretic methods. Journal of Wildlife Management 66:912–918.

Calambokidis, J., and J. Barlow. 2004. Abundance of blue and humpback whales in the eastern north Pacific estimated by capture-recapture and line-transect methods. Marine Mammal Science 20:63–85.

Congdon, J. D., A. E. Dunham, and R. C. van Loben Sels. 1993. Delayed sexual maturity and demographics of Blanding's turtles (*Emydoidea blandingii*): implications for conservation and management of long-lived organisms. Conservation Biology 7:826–833.

Congdon, J. D., A. E. Dunham, and R. C. van Loben Sels. 1994. Demographics of common snapping turtles (*Chelydra serpentina*): implications for conservation and management of long-lived organisms. American Zoologist 34:397–408.

Cox, J. 1989. Survival characteristics of small gopher tortoise populations and their possible influence on relocation efforts. Pages 7–14 in J. E. Diemer, D. R. Jackson, J. L. Landers, J. N. Layne, and D. A. Wood, editors. Gopher Tortoise Relocation Symposium. Florida Game and Fresh Water Fish Commission, Non-game Wildlife Program Technical Report 5, Tallahassee, USA.

Diemer, J. E., and C. T. Moore. 1994. Reproduction of gopher tortoises in north-central Florida. Pages 129–137 in R. B. Bury and D. J. Germano,

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:36:01 UTC
All use subject to https://about.jstor.org/terms

editors. Biology of North American tortoises. National Biological Survey, Fish and Wildlife Research 13, Washington, D.C., USA.

Doak, D. P., P. Kareiva, and B. Klepetka. 1994. Modeling population viability for the desert tortoise in the western Mojave Desert. Ecological Applications 3:446–460.

Gaillard, D., J. R. Ennen, B. R. Kreiser, C. P. Qualls, S. C. Sweat, R. Birkhead, T. D. Tuberville, M. Aresco, E. D. McCoy, H. R. Mushinsky, et al. 2017. Range-wide and regional patterns of population structure and genetic diversity in the gopher tortoise. Journal of Fish and Wildlife Management 8:497–512.

Gibbs, J. P., and G. D. Amato. 2000. Genetics and demography in turtle conservation. Pages 207–217 in M. W. Klemens, editor. Turtle conservation. Smithsonian Institution Press, Washington, D.C., USA.

Gopher Tortoise Council. 2013. Gopher tortoise minimum viable population and minimum reserve size working group report. <https://gophertortoisecouncil.org/pdf/MVP_Report_Final-1.2013.pdf>. Accessed 8 Jun 2020.

Gopher Tortoise Council. 2014. Gopher tortoise minimum viable population and minimum reserve size working group report II. <https://gophertortoisecouncil.org/pdf/MVPII_2014_GTC_report_group_final.pdf>. Accessed 8 Jun 2020.

Guyer, C., and M. A. Bailey. 1993. Amphibians and reptiles of longleaf pine communities. Pages 19–158 in S. M. Hermann, editor. The longleaf pine ecosystem: ecology, restoration and management. Proceedings of the 18th Tall Timbers Fire Ecology Conference. Tall Timbers Research, Inc., Tallahassee, Florida, USA.

Guyer, C., S. M. Hermann, and V. M. Johnson. 2014. Social behavior. Pages 102–109 in D. Rostal, H. R. Mushinsky, and E. D. McCoy, editors. Biology and conservation of North American tortoises. Johns Hopkins University Press, Baltimore, Maryland, USA.

Guyer, C., V. M. Johnson, and S. M. Hermann. 2012. Effects of population density on patterns of movement and behavior of gopher tortoises (Gopherus polyphemus). Herpetological Monographs 26:122–134.

Hall, R. J., P. F. P. Henry, and C. M. Bunck. 1999. Fifty-year trends in a box turtle population in Maryland. Conservation Biology 88:165–172.

Howell, H. J., B. R. Rothermel, K. N. White, and C. A. Searcy. 2019. Gopher tortoise demographic responses to a novel disturbance regime. Journal of Wildlife Management 84:56–65.

Iverson, J. B. 1992. Correlates of reproductive output in turtles (Order Testudines). Herpetological Monographs 6:25–42.

Jackson, D., and E. Milstrey. 1989. The fauna of gopher tortoise burrows. Pages 86–98 in J. Diemer, D. Jackson, J. Landers, J. Layne, and D. Wood, editors. Gopher tortoise relocation symposium proceedings. Florida Fish and Wildlife Commission Nongame Wildlife Program Technical Report 5, Tallahassee, Florida, USA.

Johnson, V. M., C. Guyer, S. M. Hermann, J. Eubanks, and W. K. Michener. 2009. Patterns of dispersal and burrow use support scramble competition polygyny in Gopherus polyphemus. Herpetologica 65:214–218.

Martin, J., W. M. Kitchens, and J. E. Hines. 2007. Importance of well-designed monitoring programs for the conservation of endangered species: case study of the snail kite. Conservation Biology 21:472–481.

McCoy, E. D., and H. R. Mushinsky. 2007. Estimates of minimum patch size depend on the method of estimation and condition of the habitat. Ecology 88:1401–1407.

McCoy, E. D., H. R. Mushinsky, and J. Lindzey. 2006. Declines of the gopher tortoise on protected lands. Biological Conservation 128:120–127.

Moore, J. A., M. Strattan, and V. Szabo. 2009. Evidence of year-round reproduction in the gopher tortoise (Gopherus polyphemus) in southeastern Florida. Bulletin of the Peabody Museum of Natural History 50:387–392.

Mushinsky, H. R., and E. D. McCoy. 1994. Comparison of gopher tortoise populations on islands and on the mainland in Florida. Pages 39–47 in R. B. Bury and D. J. Germano, editors. Biology of North American tortoise. National Biological Survey, Fish and Wildlife Research 13, Washington, D.C., USA.

Perez-Heydrich, C., K. Jackson, L. D. Wendland, and M. B. Brown. 2012. Gopher tortoise hatchling survival: field study and meta-analysis. Herpetologica 68:334–344.

Pike, D. A., L. Pizzatto, B. A. Pike, and R. Shine. 2008. Estimating survival rates of uncatchable animals: the myth of high juvenile mortality in reptiles. Ecology 89:607–611.

Pike, D. A., and R. A. Seigel. 2006. Variation in hatchling tortoise survivorship at three geographic localities. Herpetologica 62:125–131.

Rostal, D. C., E. D. McCoy, and H. R. Mushinsky, editors. 2014. Biology and conservation of North American tortoises. Johns Hopkins University Press, Baltimore, Maryland, USA.

Sano, T. 2014. Demographic survey of Gopherus polyphemus (gopher tortoise) at the Abacoa Greenway. Thesis, Florida Atlantic University, Boca Raton, USA.

Schwarz, C. J., and A. N. Arnason. 2017. Jolly-Seber models in MARK. Chapter 12 in E. G. Cooch and G. C. White, editors. Program MARK–a gentle introduction. <http://www.phidot.org/software/mark/docs/book/>. Accessed 8 Jun 2020.

Smallwood, K. S. 2001. Linking habitat restoration to meaningful units of animal demography. Restoration Ecology 9:253–261.

Smith, L. L., J. Stober, H. E. Balbach, and W. D. Meyer. 2009. Gopher tortoise survey handbook. U.S. Army Corps of Engineers, ERDC/CERL TR-09-7, Washington, D.C., USA.

Stober, J. M., R. Prieto-Gonzalez, L. L. Smith, T. A. Marques, and L. Thomas. 2017. Techniques for estimating the size of low-density gopher tortoise populations. Journal of Fish and Wildlife Management 8:377–386.

Stober, J. M., and L. L. Smith. 2010. Total counts versus line transects for estimating abundance of small gopher tortoise populations. Journal of Wildlife Management 74:1595–1600.

Styrsky, J. N., C. Guyer, H. Balbach, and A. Turkmen. 2010. The relationship between burrow abundance and area as a predictor of gopher tortoise population size. Herpetologica 66:403–410.

Thomas, L., S. T. Buckland, E. A. Rexstad, J. L. Laake, S. Strindberg, S. L. Hedley, J. R. B. Bishop, T. A. Marques, and K. P. Burnham. 2010. Distance software: design and analysis of distance sampling surveys for estimating population size. Journal of Applied Ecology 47:4–14.

Tröeng, S., and E. Rankin. 2005. Long-term conservation efforts contribute to positive green turtle Chelonia mydas nesting trend at Tortuguero, Costa Rica. Biological Conservation 121:111–116.

Tuberville, T. D., E. E. Clark, K. A. Buhlmann, and J. W. Gibbons. 2005. Translocation as a conservation tool: site fidelity and movement of repatriated gopher tortoises (Gopherus polyphemus). Animal Conservation 8:349–358.

Tuberville, T. D., J. W. Gibbons, and H. E. Balbach. 2009. Estimating viability of gopher tortoise populations. US Army Corps of Engineers, ERDC/CERL TR-09-2, Washington, D.C., USA.

Tuberville, T. D., T. M. Norton, B. D. Todd, and J. S. Spratt. 2008. Long-term apparent survival of translocated gopher tortoises: a comparison of newly released and previously established animals. Biological Conservation 141:2690–2697.

Tuberville, T. D., B. D. Todd, S. M. Hermann, W. K. Michener, and C. Guyer. 2014. Survival, demography, and growth of gopher tortoises (Gopherus polyphemus) from three study sites with different management histories. Journal of Wildlife Management 78:1151–1160.

Udevitz, M. S., D. M. Burn, and M. A. Webber. 2008. Estimation of walrus populations on sea ice with infrared imagery and aerial photography. Marine Mammal Science 24:57–70.

U.S. Fish and Wildlife Service. 2003. Recovery plan for the red-cockaded woodpecker (Picoides borealis): second revision. U.S. Fish and Wildlife Service, Atlanta, Georgia, USA.

U.S. Fish and Wildlife Service. 2011. Endangered and threatened wildlife and plants; 12-month finding on a petition to list the gopher tortoise as threatened in the eastern portion of its range. Federal Register 76:45130–45158.

White, G. C., and K. P. Burnham. 1999. Program MARK: survival estimation from populations of marked animals. Bird Study 46: S120–S139.

White, K. N., and T. D. Tuberville. 2017. Birds and burrows: avifauna use and visitation of burrows of gopher tortoises at two military sites in the Florida panhandle. Wilson Journal of Ornithology 129:792–803.

Witz, B. W., D. S. Wilson, and M. D. Palmer. 1992. Estimating population size and hatchling mortality of Gopherus polyphemus. Florida Scientist 55:14–19.

Associate Editor: John Maerz.

# SUPPORTING INFORMATION

Additional supporting information may be found in the online version of this article at the publisher's website.

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:36:01 UTC
All use subject to https://about.jstor.org/terms

ATTACHMENT B

Case 3:23-cv-00936-WWB-LLL   Document 311-1   Filed 01/17/25   Page 45 of 286   PageID 424

*Special Section on Gopher Tortoise Mark-Recapture*

# Contrasting Patterns of Demography and Population Viability Among Gopher Tortoise Populations in Alabama

**BRIAN FOLT** [iD],[1] *Alabama Cooperative Fish and Wildlife Research Unit, 3305 School of Forestry and Wildlife Sciences, Auburn University, Auburn, AL 36849, USA*

**JEFFREY M. GOESSLING** [iD], *Eckerd College, 075 James Center for Molecular and Life Sciences, St. Petersburg, FL 33711, USA*

**ANNA TUCKER** [iD], *U.S. Geological Survey, Patuxent Wildlife Research Center, 12100 Beech Forest Road, Laurel, MD 20708, USA*

**CRAIG GUYER,** *Department of Biological Sciences and Auburn University Museum of Natural History, 331 Funchess Hall, Auburn University, Auburn, AL 36849, USA*

**SHARON HERMANN,** *Department of Biological Sciences, 331 Funchess Hall, Auburn University, Auburn, AL 36849, USA*

**ERICHA SHELTON-NIX,** *Alabama Department of Conservation and Natural Resources, 64 Union Street, Montgomery, AL 36130, USA*

**CONOR McGOWAN,** *U.S. Geological Survey, Alabama Cooperative Fish and Wildlife Research Unit, School of Forestry and Wildlife Sciences, Auburn University, Auburn, AL 36849, USA*

**ABSTRACT** Population viability analyses are useful tools to predict abundance and extinction risk for imperiled species. In southeastern North America, the federally threatened gopher tortoise (*Gopherus polyphemus*) is a keystone species in the diverse and imperiled longleaf pine (*Pinus palustris*) ecosystem, and researchers have suggested that tortoise populations are declining and characterized by high extinction risk. We report results from a 30-year demographic study of gopher tortoises in southern Alabama (1991–2020), where 3 populations have been stable and 3 others have declined. To better understand the demographic vital rates associated with stable and declining tortoise populations, we used a multi-state hierarchical mark-recapture model to estimate sex- and stage-specific patterns of demographic vital rates at each population. We then built a predictive population model to project population dynamics and evaluate extinction risk in a population viability context. Population structure did not change significantly in stable populations, but juveniles became less abundant in declining populations over 30 years. Apparent survival varied by age, sex, and site; adults had higher survival than juveniles, but female survival was substantially lower in declining populations than in stable ones. Using simulations, we predicted that stable populations with high female survival would persist over the next 100 years but sites with lower female survival would decline, become male-biased, and be at high risk of extirpation. Stable populations were most sensitive to changes in apparent survival of adult females. Because local populations varied greatly in vital rates, our analysis improves upon previous demographic models for northern populations of gopher tortoises by accounting for population-level variation in demographic patterns and, counter to previous model predictions, suggests that small tortoise populations can persist when habitat is managed effectively. © 2021 The Wildlife Society.

**KEY WORDS** demography, *Gopherus polyphemus*, hierarchical model, mark-recapture analysis, minimum viable population, population structure, population viability analysis, survival.

Population viability analysis (PVA)—a form of predictive modeling used to estimate future population trends for imperiled species—has become an important tool in population ecology and conservation biology (Beissinger and McCullough 2002). Population viability analysis can project abundance and population growth, estimate extinction risk, and understand the sensitivity of populations to changes in demographic parameters (Ralls et al. 2002, Chaudhary and Oli 2020). Population viability analyses can be extended to

evaluate how threats or management actions may influence persistence of populations, among other uses (Converse et al. 2013). Like any model-building process, PVAs may be limited for myriad reasons. For uncommon and imperiled species, models often are constructed with limited data, rely on expert judgment, and produce predictions that are imprecise or incorrect. As monitoring continues and more information becomes available, models are best revised and updated. Therefore, a valuable step of the PVA framework is to periodically revisit PVAs with new data, update models, and verify that management strategies are based on the strongest models (Beissinger and Westphal 1998, Ralls et al. 2002).

Received: 1 April 2020; Accepted: 18 November 2020

[1]E-mail: brian.folt@gmail.com

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:38:48 UTC
All use subject to https://about.jstor.org/terms

In southeastern North America, the gopher tortoise (*Gopherus polyphemus*) is an ecologically important species that has declined significantly (Auffenberg and Franz 1982, McCoy et al. 2006) and has, therefore, been the subject of multiple PVAs assessing tortoise demography and extinction risk. Gopher tortoises are large, long-lived terrestrial turtles that occur in uplands with well-drained sandy soils in Coastal Plain physiographic regions (Nussear and Tuberville 2014). Gopher tortoises dig long subterranean burrows that create habitat for >365 commensal species (Jackson and Milstrey 1989, White and Tuberville 2017); because diversity of associated commensal species is positively linked to the abundance of tortoise burrows across the landscape, gopher tortoises are a hypothesized keystone species with a significant role in regulating diverse animal assemblages in the longleaf pine (*Pinus palustris*) ecosystem (Catano and Stout 2015)—an ecosystem that contributes to a globally significant biodiversity hotspot in southeastern North America (Noss et al. 2015).

Given the ecological significance of gopher tortoises and their associated conservation risk, researchers have built numerous predictive models to understand population growth and extinction risk for tortoises (Cox et al. 1987, Cox 1989, Seigel and Dodd 2000, Miller 2001, Tuberville et al. 2009). Sensitivity analyses of these models suggested that survival of adult females is important for population growth (Miller 2001) and hatchling survival may be important as well (Miller 2001, Tuberville et al. 2009). Some models have suggested that small populations (20–40 individuals), although sensitive to stochasticity, can persist for long time periods under high-quality habitat conditions (Cox 1989, Miller 2001). Two models suggested that northern populations have greater extinction risk than central and southern populations in peninsular Florida, USA (Miller 2001, Tuberville et al. 2009); however, 1 analysis predicted that all populations throughout the geographic range of the species will experience population declines and that central and northern populations that are small (20–40 individuals) have extremely high extinction risk when projected over the next 100 years (Tuberville et al. 2009).

Previous tortoise PVAs have provided useful insights for management, but a common challenge throughout was that models lacked long-term estimates for adult survival. Although previous researchers have described many demographic parameters, including fecundity (Landers et al. 1980, Smith 1995), nest survival, hatching success (Landers et al. 1980, Smith 1995, White et al. 2018), and hatchling survival (Perez-Heydrich et al. 2012), published survival rates for juveniles and adults have been uncommon until recently (Tuberville et al. 2014, Howell et al. 2020, Goessling et al. 2021). Because the gopher tortoise is a long-lived species and population growth of long-lived species is often most sensitive to adult survival relative to other vital rates (Heppell et al. 1996, Heppell 1998), using robust estimates for stage-specific survival should be an important component when assessing population viability of the species. To this end, new iterations of PVAs can be validated or updated with new datasets describing long-term trends in

survival and abundance. For long-lived species that occur in low densities and are difficult to detect (e.g., tortoises), long-term datasets are often necessary to obtain sufficient sample sizes to estimate how demographic parameters vary by age or state, to estimate transition probabilities between states, and to observe important temporal variation in population processes (Reinke et al. 2019).

One notable long-term study of tortoise demography occurred at Conecuh National Forest in southern Alabama, USA, where researchers monitored 6 local tortoise populations for 30 years to better understand demography (Tuberville et al. 2014), spatial ecology (Guyer et al. 2012), social structure (Guyer et al. 2014), and habitat management (Aresco and Guyer 1999*a*, *b*). Of particular interest for PVA efforts is a recent analysis emerging from the Alabama tortoise study that has estimated trends in abundance and survival from multiple populations over a multidecadal time period (Goessling et al. 2021). The goal of Goessling et al. (2021) was to determine whether population stability was possible at the highest-quality remaining populations on public lands within the state. At 3 local tortoise populations (*N*=20–50 individuals/population) in the Conecuh National Forest, Goessling et al. (2021) reported that population size was stable or increased in abundance over 27 years. Their results suggested that small tortoise populations may be more stable than was predicted by previous PVAs (Tuberville et al. 2009) and that it may be useful to revisit the model of population viability for tortoises, given new data and analytical tools. Goessling et al. (2021) also demonstrated that sampling scale was an important determinant for inferences about population stability; landscape-scale population estimates indicated that gopher tortoises on Conecuh National Forest were substantially below a density threshold (<0.4 adults/ha) hypothesized to be important for movement, social structure, and potentially population viability (Guyer et al. 2012; Gopher Tortoise Council 2013, 2014).

We estimated patterns of demography and extinction risk of gopher tortoises using 30 years of mark-recapture data from 6 local populations in Conecuh National Forest. Three of the study populations are hypothesized to be stable and characterized by demographics of viable tortoise populations (Goessling et al. 2021), whereas 3 other populations appear to represent declining populations because recent surveys have suggested decreases in adult abundance. It is currently unclear to what degree the study populations are at risk of extinction in the future. Our objectives in this study were to estimate and compare component vital rates between stable and potentially declining populations to better understand demographic mechanisms determining population stability of gopher tortoises and build a revised PVA for northern populations of gopher tortoises using demographic estimates from the study populations and other recently published demographic data. Given the hypothesized nature of the study populations as stable or declining, we predicted to observe different patterns of apparent survival and population structure reflecting altered demographic processes between stable and declining populations, with declining

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:38:48 UTC
All use subject to https://about.jstor.org/terms

populations characterized by decreased survival and decreased proportions of juveniles or adult females relative to stable populations.

## STUDY AREA

We studied population dynamics of gopher tortoises at 6 study sites in Conecuh National Forest, Alabama during 1991–2020 (Fig. 1). Conecuh National Forest is a 33,000-ha area in Covington and Escambia counties in southern Alabama (elevation = 100–300 m) and possesses deep sandy soils of the Lower Coastal Plain physiographic region (Mount 1975). The climate is characterized by mild winters with a mean low of 2.4°C during January and hot, humid summers with a mean high of 33.1°C during July; rainfall averages 1.5 m/year, peaking during winter (Jan–Mar) and summer (Jun–Aug). Typical land cover types in the area includes upland sand ridges dominated by the longleaf pine-turkey oak (*Quercus laevis*) ecosystem, which slopes gently toward dense hardwood forests and broad floodplains. In particular, recent management efforts in Conecuh National Forest have worked to restore the longleaf pine ecosystem to upland areas by removing slash pine (*Pinus elliottii*), planting longleaf pine, and managing the forest with prescribed fire.

We selected study sites (Fig. 1) that contained suitable soils for gopher tortoises (Troup, Bonifay, or Fuquay series; Nussear and Tuberville 2014) and that possessed dense clusters of burrows during 1991–1992; therefore, our sites were representative of the best local tortoise habitat at the beginning of long-term monitoring of the populations. All 6 sites contained sandy soils, plant assemblages in the understory (e.g., wiregrass [*Aristida beyrichianum*], gopherweed [*Baptisia lanceolata* var. *tomentosa*], dogtongue buckwheat [*Eriogonum tomentosum*], slender blazing star [*Liatris gracilis*], gopher apple [*Licania michauxii*], dollarleaf [*Rhynchosia reniformis*], weak leaf yucca [*Yucca flaccida*]) and midstory (bluejack oak [*Quercus incana*], turkey oak, sand post oak [*Q. margaretta*]), and a sympatric vertebrate assemblage (e.g., bobcats [*Lynx rufus*], nine-banded armadillo [*Dasypus novemcinctus*], red-shouldered hawk [*Buteo lineatus*], black racer [*Coluber constrictor*], green anole lizards [*Anolis carolinensis*]) expected for habitat occupied by gopher tortoises in the Lower Coastal Plain of southern Alabama. Historically, longleaf pine was the dominant canopy tree at each site, until those trees were harvested on all sites during the 1970s, followed by root raking and planting of closely spaced slash pine (Aresco and Guyer 1999a). All sites then received prescribed fire during winter on a 3–4-year fire-return interval.

We selected study sites with the intention of performing a landscape-scale experiment examining the effects of stand-thinning and growing-season fire on survival, growth, and reproduction of gopher tortoises. Following a burrow census in 1991–1992 to establish study plots, we randomly assigned sites to 1 of 2 treatment groups. In 1 group (sites 1, 4, 5), we intended to enhance habitat quality for gopher tortoises (reduced midstory hardwoods, reduced canopy cover, increased ground forage) through a single overstory thinning and a growing-season (Apr–Jul) prescribed fire in 1993. In the other group (sites 2, 3, 6), we intended to decrease habitat quality by conducting no initial thinning or growing-season fire. Periodic (3–4 yr) dormant-season (Dec–Mar) prescribed fire continued on all sites. Over time, the original study design was undermined by variation in the implementation of treatments, variation in soil characteristics among sites, and early termination of the experiment (we provide additional details of the experimental design and implementation history in Supporting Information).

The experimental treatments were too brief and insufficiently replicated to yield reliable inference on effects of treatments on long-term demographic patterns; thus, we excluded treatment as a factor in our analytical design. By 2020, each site except site 6 had received ≥1 instance of stand thinning, and all had received persistent prescribed fire.



**Figure 1.** A) Approximate geographic distribution of the gopher tortoise (pictured) in southeastern North America. The orange dotted lines indicate the population that receives federal protection as threatened under the Endangered Species Act; the blue dotted lines indicate the candidate population for federal protection. The white diamond indicates the study area, Conecuh National Forest, in southern Alabama, USA. B) The study area, Conecuh National Forest, Alabama, USA, during 1991–2020. Numbers 1–6 designate study populations (i.e., sites 1–6). Previous research hypothesized that populations at 3 sites (sites 1, 3, 4) have been stable during 1991–2017 (orange diamonds; Goessling et al. 2021), whereas populations at 3 other sites (sites 2, 5, 6; green circles) are hypothesized to be in decline.

 This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:38:48 UTC
All use subject to https://about.jstor.org/terms

Three sites (2, 5, 6) experienced ≥10 years of hardwood succession that reduced habitat quality for tortoises. Sites varied in overstory composition, from slash pine-dominated to longleaf pine-dominated. Thus, although the 6 study sites all have suitable soils for gopher tortoises, sites varied in management practices common across public conservation properties that resulted in differing habitat quality ranging from high quality (i.e., widely spaced overstory longleaf pine, sparse midstory; e.g., site 3) to low quality (i.e., dense understory and midstory and abundance of emergent oak trees that minimize light penetration to the soil layer; e.g., site 5).

We formally delimited the spatial extent of each study site in 1991–1992 by performing a preliminary survey for tortoise burrows until we found no new burrows within 50 m of other identified burrows (Fig. 2). We marked each burrow with a uniquely numbered aluminum tag, measured burrow width (mm; at 50 cm depth), and mapped burrow location. After this preliminary survey, we constructed a minimum-convex polygon containing all burrows to define the spatial extent of the study area (Fig. 2), and sampled populations in the study area repeatedly during 1991–2020 (Table S1, available online in Supporting Information).

Goessling et al. (2021) described demographic data from 3 apparently stable study populations (sites 1, 3, 4; Fig. 1), and that study included detailed descriptions of those study sites. We report and analyze 3 additional years of data

from those 3 sites and data from 3 apparently declining populations (sites 2, 5, 6; Fig. 1) spanning 1991–2020. Sites 2 and 5 were approximately 7 ha each; loamy fine sands of the Bonifay soil series dominated both sites (47% at site 2; 55% at site 5). Site 6 was 11.8 ha and the dominant soil type was Troup (loamy sand; 87%). Sites 2 and 6 received no thinning and developed a closed canopy. Forest managers thinned site 5 in 1991, but the site received sporadic, ineffective fire that allowed heavy hardwood encroachment that created canopy closure from 1994–2020. Each of the study sites was relatively isolated from the other sites (nearest neighbor distances were >3 km) and separated by significant barriers to dispersal, such as bottomlands, creeks, and paved roads.

## METHODS

### Sampling Methods

We sampled gopher tortoises at the study sites (Fig. 2) during 1991–2020 using mark-recapture methods. Our sampling protocol included the following steps during a given year of sampling. First, we performed a burrow survey at each site to assess burrow status as active (fresh tracks, plastral skid, scat on the burrow apron), inactive (half-moon shape of a tortoise carapace but lacking footprints, plastral skids, or scat), abandoned (loss of half-moon shape but hole still present), or filled (hole no longer present; Mushinsky



**Figure 2.** Captures of gopher tortoises from 6 study populations (inset numbers) in Conecuh National Forest, Alabama, USA, 1991–2020. Black lines indicate the spatial extent searched for tortoise burrows during each sampling session at each study site; we did not include captures outside of the study area in analyses. Maps courtesy of Google (Mountain View, CA, USA) and Maxar Technologies (Westminster, CO, USA).

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:38:48 UTC
All use subject to https://about.jstor.org/terms

and McCoy 1994, Guyer and Hermann 1997, Waddle et al. 2006). During surveys, we revisited burrows from previous sampling events and recorded their status, and we tagged new burrows. During 1991–2014, we identified burrows likely to contain a tortoise (active burrows), and then attempted to catch tortoises from these burrows using live traps (Tomahawk, Hazelhurst, WI, USA). During 2015–2020, we used a burrow-scope camera to verify the presence of tortoises in burrows before trapping. We covered traps using burlap and native vegetation to provide shade and then checked traps twice daily (~1000 and 1400). We measured all captured individuals for standard (midline) carapace length (CL; mm), plastral length (PL; mm), plastral concavity (PC; mm), and mass (g). When possible, we estimated age by counting annuli on abdominal scutes; when scutes were too worn to estimate age from annuli, we recorded individuals as adults. We classified individuals as juveniles, adult females, or adult males following Landers et al. (1982): juveniles were all individuals <18 cm CL, adult females were individuals >22 cm CL with PC ≤ 5 mm, and adult males were >18 cm CL with PC > 5 mm. We marked each individual uniquely by filing v-shaped notches into the marginal scutes (Cagle 1939). Because notch markings occasionally erode with time, particularly for small tortoises, we sketched or photographed notable scute characteristics, color patterns, and shell irregularities to aid later identification of individuals. Additionally, starting in 2018, we injected a unique passive-integrative transponder (8 mm FDX-B, Oregon RFID, Portland, OR, USA) approximately 0.5 cm deep into each tortoise between the cloaca and the median suture of the anal scutes as a third form of unique identification; using these 3 lines of evidence allowed us confidence in identifying individuals with little error. During recaptures, we re-filed external markings to maintain clarity in marks. After processing an individual and recording all relevant data, we released it into the burrow from which it was captured. Field sampling methods were authorized under Alabama Scientific Collection Permits (number 2019128031068680) and Auburn University Institutional Animal Care and Use Committee (number 2017-3102) protocols.

Mark-recapture sampling sessions at each site generally lasted 2–3 weeks. We did not sample each site every year during the study; we sampled sites an average of 10 years (range = 8–13 yr; Table S1). We sampled no sites in 1995, 2004–2012, and 2014.

## Population Structure and Demographic Estimation

We used the 2004–2012 sampling gap to divide our dataset into 2 time periods, 1991–2003 and 2013–2020. To better understand temporal and spatial patterns of population structure, we summarized the number of individuals observed in each population within each time period. We evaluated whether hypothesized stable and declining populations differed in patterns of observed population structure by testing whether adult:juvenile and male:female ratios varied from 1:1 at each site within and between time periods using Fisher's exact tests with $\alpha = 0.05$.

We used annual trapping data to compile detection histories for each individual marked in each population during 1991–2020. Upon encounter, we classified individuals as juveniles (sex unknown), adult females, or adult males. We used a multi-state mark-recapture model (Lebreton et al. 2009, Kéry and Schaub 2012) to estimate age- and sex-specific survival and growth rates (Fig. 3A). Using this framework, we estimated 3 types of parameters from the data: apparent annual survival probability ($\varphi_{i,t}^j$; the probability of an individual in stage $j$ at site $i$ and surviving from year $t$ to year $t+1$), recapture probability ($p^j$; the probability of an individual in stage $j$ being recaptured, if alive and present in the population), transition probability ($\tau_{i,t}$; the probability of a juvenile at site $i$ in year $t$ transitioning to an adult stage), and female probability ($f_{i,t}$; the probability of a juvenile transitioning to an adult state at site $i$ in year $t$ to be female). Only individuals in the juvenile state could transition to adult states (adult female or adult male); therefore, the transition probability ($\tau$) represents an average maturation rate for both sexes. Because patterns of gopher tortoise behavior and movement vary ontogenetically and intersexually in ways that might influence survival and capture probabilities (Tuberville et al. 2014, Howell et al. 2020), we modeled apparent survival probability as fixed effects of stage and site. To account for temporal stochasticity, we incorporated a random effect of time (yr) on apparent survival, transition, and female probabilities estimated by the model. We included temporal random effects that varied independently among sites within each year. We hypothesized populations had fixed demographic differences in $\varphi$, $\tau$, and $f$ among sites. Each of the 6 study sites was relatively isolated from other sites, and we did not detect any individuals migrating between local populations. Each study site had a unique management history before and during the study period, which we hypothesized caused distinct demographic effects. Therefore, we modeled fixed effects of state and site on $\varphi$, $\tau$, and $f$ because we wanted to better understand differences rather than averages among sites. We represented the state process (survival and transition probabilities) as a matrix describing the probability of transition from the row index state to the column index state in a single year (juvenile [$^j$], adult female [$^f$], adult male [$^m$], or dead):

$$\begin{bmatrix} \varphi^j(1-\tau) & \varphi^j\tau f & \varphi^j\tau(1-f) & 1-\varphi^j \\ 0 & \varphi^f & 0 & 1-\varphi^f \\ 0 & 0 & \varphi^m & 1-\varphi^m \\ 0 & 0 & 0 & 1 \end{bmatrix}.$$

Because males reach sexual maturity at younger ages than females in the study area (Aresco and Guyer 1999a), we derived sex-specific transition probabilities by multiplying $\tau$ by $f$ to estimate juvenile-female transition probability (i.e., $\tau^{jf}$) and multiplied $\tau$ by $1-f$ to derive a juvenile-male transition probability (i.e., $\tau^{jm}$).

We represented the detection process as a matrix describing the probability of detecting an individual in the column index state (observation outcome; detected as

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:38:48 UTC
All use subject to https://about.jstor.org/terms



**Figure 3.** Conceptual models for demographic estimation and population projection (i.e., population viability analysis; PVA) of gopher tortoise demography in Conecuh National Forest, Alabama, USA. A) A multi-state population model used to estimate stage-specific apparent survival (juveniles = $\varphi^j$; females = $\varphi^f$; males = $\varphi^m$) and transition probabilities (juvenile-adult transition, $\tau$; probability of being female, $f$) from mark-recapture data collected at the 6 study populations during 1991–2020. We modeled juveniles (both sexes) as a single state within which individuals have a probability of transitioning to adulthood ($\tau$) as either a female ($f$) or male ($1-f$). In any year, individuals in all 3 states can also transition to a dead state (not pictured). B) A stage-based population model used to project population size into the future. The projection model is structurally similar to the estimation model but includes a recruitment component. We derived estimates of $\varphi$, $\tau$, and $f$ from analysis of mark-recapture data at study populations; we obtained estimates of probability of breeding (*PB*), fecundity (*F*), probability of nests surviving predation (*NS*), egg viability probability (*VE*), and hatchling survival for the first year ($\varphi^h$) from the literature.

juvenile, adult female, adult male, or not detected), given that it is truly in the row index state:

$$\begin{bmatrix} p^j & 0 & 0 & 1-p^j \\ 0 & p^f & 0 & 1-p^f \\ 0 & 0 & p^m & 1-p^m \\ 0 & 0 & 0 & 1 \end{bmatrix}$$

Because we had no *a priori* reason to suspect that $p$ varied among sites, we modeled $p$ as varying among states but invariant among sites. For any site-year combination in which no sampling occurred (Table S1), we constrained state-specific recapture probabilities at that site and year to equal zero.

This model conditions on first capture and assumes that individuals within populations are sampled randomly, marks are not lost and are detected perfectly, and populations are closed to mortality within sampling periods (Williams et al. 2002). Additionally, we assumed we made state assignments perfectly and that individuals within states were identical with respect to apparent survival, recapture, and transition probabilities.

We estimated demographic parameters using a state-space formulation of the multi-state model in JAGS (Plummer 2003, Kéry and Schaub 2012), implemented using the statistical Program R and the jagsUI package (Kellner 2016, R Core Team 2018). We ran 3 independent chains of 100,000 iterations with a burn-in period of 50,000 iterations and an adaptation period of 25,000 iterations. We thinned chains by 10, which gave us 5,000 samples from the posterior distribution. We used uninformative uniform prior distributions for all our parameters. We assessed model convergence by evaluating the $\hat{R}$ statistic and visually examining the chains for convergence (Kéry and Schaub 2012); we

considered convergence on the posterior distribution adequate when all structural parameters had $\hat{R} < 1.1$. We summarized the posterior distribution of parameters by mean values and 95% credible intervals (CrI).

### Population Viability Analysis

We sought to better understand extinction risk associated with the study populations in a PVA (Beissinger and McCullough 2002). We built a stage-based population model (Lefkovitch model; Caswell 2001) and used the model to project population size and structure forward in time using simulations. For the PVA, we conceptualized local demography of tortoises in a multi-stage, 2-sex model with 3 discrete age-sex stages: juveniles (both sexes), adult females, adult males (Fig. 3B). During a given time-step, each stage had a probability of individuals surviving and staying within the stage ($\varphi$), and the juvenile stage had a probability of maturing ($\tau$) to 1 of 2 adult sexes, given the female probability ($f$; or, conversely, males: $1-f$).

We built a 2-sex, pre-breeding census, stage-structured population model for each of the 6 gopher tortoise populations in Conecuh National Forest. We used the model to predict future abundance of populations using a first-order Markovian process in which adult abundance of each stage at time $t$ was a function of abundance at time $t-1$ with vital rates stochastically drawn from distributions estimated from the mark-recapture model. Specifically, we estimated the abundance of adults by:

$$A_t^i = A_{t-1}^i \times \varphi_{t-1}^i + J_{t-1} \times \varphi_{t-1}^j \times \tau_{t-1}^i, \qquad (1)$$

where $A$ and $J$ are the abundances of adults and juveniles, respectively, $\varphi$ is survival, and $\tau$ is a transition probability

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:38:48 UTC
All use subject to https://about.jstor.org/terms

from juvenile to adult, and the superscripts denote sex specificity, $s$ (either female or male) or $j$ (juvenile). In the case of $\tau$, the superscript $s$ denotes sex-specific transition probabilities to either adult female (i.e., $\tau^{jf}$; a product of adult transition probability, $\tau$, and female probability, $f$) or adult male (i.e., $\tau^{jm}$; a product of adult transition probability, $\tau$, and male probability, $1 - f$) states. At each time step $t$ (yr), we drew values of $\tau$ and $\varphi$ from their estimated posterior distributions. Similarly, we projected the abundance of juveniles by:

$$J_t = J_{t-1} \times \varphi^j_{t-1} \times \left(1 - \tau^{jf}_{t-1} - \tau^{jm}_{t-1}\right) + R_{t-1}, \quad (2)$$

where $J$ is the abundance of juveniles, $\varphi^j$ is the survival rate of juveniles, $\tau^{jf}$ and $\tau^{jm}$ are sex-specific transition probabilities from juvenile to adult female or male stages, respectively, and $R$ is recruitment (below) during each time step $t$ (yr).

For individuals to recruit into local populations by reproduction, adult females must lay eggs that hatch and survive until the next survey period (i.e., time step). Therefore, to estimate annual recruitment by reproduction, we modeled the probability of females breeding ($PB$), the mean number of eggs laid by females (fecundity; $F$), the probability of nests surviving predation ($NS$), the proportion of eggs that are viable and hatch ($VE$), and the survival probability of hatchlings through the first year to the next survey period ($\varphi^h$) at time $t$. We modeled probabilities ($PB$, $NS$, $VE$, $\varphi^h$) as beta-distributed random variables, and we modeled fecundity as a log-normal random variable. Together, we modeled recruitment ($R$) at time $t$ as a product of:

$$R_t = PB_t \times F_t \times NS_t \times VE_t \times \varphi^h_t, \quad (3)$$

where the superscript $h$ denotes hatchling.

To construct empirical models for each study population (Fig. 3B), we used population-specific estimates of $\varphi$ and $\tau$ obtained from the mark-recapture model described above. We have few data describing recruitment in the focal populations (e.g., reproductive rate, nest survival, hatchling survival), and we were, therefore, unable to produce site-specific estimates of recruitment. We reviewed the literature to compile estimates of recruitment from northern populations of gopher tortoises (Table 1). We modeled the proportion of breeding females (oviposition; $PB$) in a given year as 95% with an expert-elicited value from Miller (2001). To estimate fecundity ($F$) in Alabama, we compiled haphazard observations from Conecuh National Forest and

other sites in Alabama, which generated a mean regional clutch size of $5.4 \pm 0.5$ (SE) eggs/clutch. We modeled the probability of nests that survive predation ($NS$) as 0.35 (Smith et al. 2013). We modeled the probability of eggs being viable and hatching ($VE$) as 0.85, an average from a review of field hatching rates (Landers et al. 1980, Rostal and Jones 2002). We modeled hatchling survival ($\varphi^h$) from nest emergence until the following survey period as 0.13 (95% CI = 0.04–0.34), given results from a meta-analysis of hatchling survival of gopher tortoises (Perez-Heydrich et al. 2012). For each recruitment parameter, we modeled parameters using appropriate statistical distributions (below) and randomly estimated the parameter using stochastic draws with variance each year.

We estimated initial abundance for each population (site 1 = 26, site 2 = 18, site 3 = 22, site 4 = 42, site 5 = 10, site 6 = 22) based on results from Goessling et al. (2021) and by evaluating recent survey data. We assumed an even sex ratio and a 3:1 adult:juvenile ratio to further specify initial population age structure. We simulated future population trajectories over 100 years with 1,000 replicates. During simulations, we applied an uncertainty structure that accounted for parametric uncertainty (among replicates) and temporal stochasticity (within replicates; McGowan et al. 2011). For each replicate, we drew mean values (and an associated error term) to model parametric uncertainty; we then modeled temporal stochasticity by drawing stochastically from the mean (given its error) during each time step within the replicate. For parameters estimated in our empirical analysis ($\varphi^j$, $\varphi^f$, $\varphi^m$, $\tau^{jf}$, $\tau^{jm}$), we drew replicate-level means from the posterior distribution along with the associated error term corresponding to the temporal random effect. For parameters for which we lacked empirical estimates, we drew replicate-level means stochastically from either beta distributions (e.g., $PB$, $NS$, $VE$, $\varphi^h$) with shape parameters calculated from mean and standard deviation estimates (Morris and Doak 2002) or a log-normal distribution (e.g., $F$). To understand future abundance and extinction risk at the study populations, we summarized projection results for population size ($N$) and extinction risk. We evaluated extinction risk with a quasi-extinction probability ($P_e$), where we estimated $P_e$ by the proportion of simulations resulting in <3 females or no males alive at the end of the simulation period.

To better understand the sensitivity of population growth ($\lambda$) to different demographic parameters, we expressed our population projection model in a stochastic matrix form, which allowed us to perform an elasticity analysis

**Table 1.** Demographic parameters used to predict recruitment in demographic projection models for populations of the gopher tortoise in Conecuh National Forest, Alabama, USA during simulated population projections.

| Parameter | Notation | Estimate | SE | Reference(s) |
|---|---|---|---|---|
| Proportion of females breeding | $PB$ | 0.95 | 0.04 | Expert elicitation; Miller (2001) |
| Fecundity | $F$ | 5.40 | 0.50 | This paper |
| Nest survival from predation | $NS$ | 0.35 | 0.10 | Smith et al. (2013) |
| Probability of viable eggs (i.e., hatching success) | $VE$ | 0.85 | 0.05 | Landers et al. (1980), Rostal and Jones (2002) |
| Hatchling (true) survival | $\varphi^h$ | 0.13 | 0.03 | Perez-Heydrich et al. (2012) |

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:38:48 UTC
All use subject to https://about.jstor.org/terms

(Crouse et al. 1987, Caswell 2001) and estimate other relevant demographic parameters. We used elasticity analysis to assess the relative sensitivity of λ to differences in demographic parameters. We compiled the component demographic vital rates into a matrix ($A$) describing the probability of transition from column index state to row index state in a single year:

$$A = \begin{bmatrix} \varphi^j(1 - \tau^{jf} - \tau^{jm}) & PB \times F \times NS \times VE \times \varphi^h & 0 \\ \varphi^j\tau^{jf} & \varphi^f & 0 \\ \varphi^j\tau^{jm} & 0 & \varphi^m \end{bmatrix}$$

To simulate and project future population dynamics at study populations, we multiplied the matrix ($A$) by a vector of initial population size ($N^i$) for stage classes in each study population $i$ at each time step $t$:

$$N^i = \begin{bmatrix} N^j \\ N^f \\ N^m \end{bmatrix}$$

We simulated parameters in the population vital rate matrix by drawing from the posterior distribution of parameters estimated from study populations ($\varphi^j$, $\varphi^f$, $\varphi^m$, $\tau^{jf}$, $\tau^{jm}$) or by using stochastic, random variables with beta distributions for other probabilities (e.g., $\varphi^h$) and log-normal distributions for fecundity. For each study population, we used the matrix model to estimate elasticity of demographic parameters, λ, stable-stage distribution (SSD), generation time (G; yrs), and reproductive value (RV; offspring/individual) of life stages. We estimated each metric ($\bar{x} \pm 95\%$ CI) using 1,000 simulation replicates per population.

We built the predictive population model and performed the elasticity analysis using Program R. We used the package popbio (Stubben and Milligan 2007) to perform the elasticity analysis and to estimate other population demographic values (λ, SSD, G, RV). We used the package lognorm (Wutzler 2019) to estimate log-normal parameters when sampling values of fecundity. The data, JAGS code, and R scripts to perform all analyses described here are available on GitHub (https://github.com/brianfolt/tortoise-population-model).

## RESULTS

### Population Structure and Demographic Estimation
During 1991–2020, we realized 846 captures of 369 individuals across the 6 study populations. The sample size was dominated by observations from 3 populations (sites 1, 3, 4), where we marked and recaptured substantially more individuals (618 captures of 256 individuals) relative to the other populations (228 captures of 113 individuals; Table 2). Observed population structure generally had similar proportions of adults and juveniles and adult sex ratios during 1991–2003 and 2013–2020, but site 5 shifted from a male-biased population with many juveniles to a population lacking juveniles across the study period (Fig. 4). Across all individuals in the study, we captured 11 adults

**Table 2.** Summary of mark-recapture efforts for gopher tortoises at 6 sites (populations) in Conecuh National Forest, Alabama, USA, 1991–2020.

| Site | Captures | Individuals | Captures/individual ($\bar{x}$) |
|---|---|---|---|
| 1 | 201 | 69 | 2.9 |
| 2 | 54 | 27 | 2.0 |
| 3 | 162 | 66 | 2.5 |
| 4 | 255 | 121 | 2.1 |
| 5 | 70 | 31 | 2.3 |
| 6 | 104 | 55 | 1.9 |
| Total | 846 | 369 | 2.3 |

during 1991–1993 that survived and stayed within study populations until at least 2017–2020.

We found recapture probability ($p$) to be comparable among juveniles (0.54; 95% CrI = 0.43–0.64), adult females (0.50; 95% CrI = 0.43–0.58), and adult males (0.46; 95% CrI = 0.39–0.52). Annual apparent survival and transition probabilities varied by age, sex, and site. Average apparent survival probabilities for juveniles ($\varphi^j$) varied between 0.67–0.72 among sites and were generally lower than estimates for adults (Fig. 5; Table S2, available online in Supporting Information). Estimates of average apparent survival (Table S2) for adult females ($\varphi^f$) ranged between 0.96–0.97 at the 3 apparently stable sites (sites 1, 3, 4) but were much lower at the 3 apparently declining sites (0.63–0.90; sites 2, 5, 6; Table S2). Average apparent survival for adult males ($\varphi^m$) was less variable and ranged between 0.92–0.97 among the populations (Table S2); however, mean male apparent survival was lower in declining populations (0.92–0.93) than in the 2 stable populations (0.95, 0.97). Derived estimates of sex-specific transition probabilities also varied between females and males and among sites (Table S3, available online in Supporting Information). Juveniles had a higher probability of transitioning to become adult males ($\tau^{jm}$) in a given year (among-site $\bar{x} = 0.073$), relative to juveniles transitioning to become adult females ($\tau^{jf}$; among-site $\bar{x} = 0.049$); this pattern was consistent across 5 of 6 sites. Stable populations had substantially lower transition probabilities for both sexes when compared to declining populations (Table S3).

### Population Viability Analysis
Simulated population projections predicted considerable variation in abundance and $P_e$ among populations over the next 100 years. Projected abundance (Fig. 6) was greatest at site 1 (median = 19; 95% CI = 11–84) and site 4 (median = 18; 95% CI = 9–336) and these sites had the lowest $P_e$ (0.001, 0.017, respectively). Projected abundance at site 3 (median = 16; 95% CI = 7–294) was similar to that at sites 1 and 4, but extinction risk at site 3 was higher ($P_e = 0.077$). Sites 2, 5, and 6 had the smallest projected abundance and highest $P_e$ after 100 years: median abundance ranged between 5–9 individuals and $P_e$ from 0.469–0.839 at those sites.

We estimated mean λ values over the next 100 years to range between 0.936–0.986 among populations (Table 3). For the 2 populations with highest λ (sites 1, 3, 4), stable-stage distributions and reproductive values indicated relatively even ratios of adult females and males and higher lifetime reproductive output of females, whereas

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:38:48 UTC
All use subject to https://about.jstor.org/terms



**Figure 4.** Temporal patterns in population structure (juveniles [J], adult females [F], and adult males [M]) of gopher tortoises at 6 populations (sites 1–6; right panels) in Conecuh National Forest, Alabama, USA, 1991–2020. We inferred population structure by taking the average body size (midline carapace length; cm) for each individual during 1991–2003 (left) and 2013–2020 (right) at each population (rows). Asterisks indicate adult sex ratios (*) and juvenile:adult ratios (**) that significantly deviated from 1:1 (Fisher's exact test: $P < 0.05$) during either 1991–2003 or 2013–2020; † indicates population structure that changed through time at site 5 (Fisher's exact test: $P < 0.05$).

populations with lowest λ (sites 2, 5, 6) had lower proportions of adult females in populations (approaching zero) and lower reproductive output of females. Similarly, populations with higher λ also had longer generation times than populations with lower λ (Table 3). Our elasticity analysis indicated that λ was sensitive to changes in demographic parameters in ways that varied among populations. Specifically, we found that 4 populations (sites 1, 3, 4, and 6) were highly sensitive to changes in $\varphi^f$, whereas

2 populations (sites 2 and 5) exhibited comparable sensitivity to both $\varphi^j$ and $\varphi^f$ (Fig. 7).

## DISCUSSION

Using a multi-state analytical framework, we estimated demographic rates over 3 decades and projected future abundance for 6 populations of gopher tortoises in south Alabama. Our results suggested contrasting patterns of demography and viability among populations. We found that



**Figure 5.** Posterior distributions (shaded area) estimating stage-specific apparent annual survival probability (φ) of gopher tortoises from 6 populations in Conecuh National Forest, Alabama, USA, 1991–2020. Life stages are separated by panels (see headers); we ordered populations (i.e., sites) numerically within life-stage panels.

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:38:48 UTC
All use subject to https://about.jstor.org/terms



**Figure 6.** Simulated population size of gopher tortoises in 6 populations in Conecuh National Forest, Alabama, USA, during a 100-year population projection interval. Graphs illustrate the median (±85% credible interval) abundance of all individuals in the population over 100 years into the future. Graph panels are numbered by study population (sites 1–6). The quasi-extinction probability ($P_e$) is the probability of adult abundance decreasing to <3 females or to zero males after 100 years. To best illustrate patterns at each site, we varied the vertical axes among panels, and we used a smaller credible interval threshold than reported in the text.

**Table 3.** Simulated population growth rate (λ), stable-stage distribution (J = juvenile; F = adult female; M = adult male), female reproductive value, and generation time for 6 populations (sites) of gopher tortoises in Conecuh National Forest, Alabama, USA. Population growth, reproductive value (offspring per individual), and generation time (years) values are reported as the mean and 95% credible interval (CrI) of 1,000 replicates. We represented the stable-stage distribution by the mean proportion of individuals in each stage class projected to occur at 100 years.

| | λ | | Stable-stage distribution | | | Reproductive value | | Generation time | |
|---|---|---|---|---|---|---|---|---|---|
| Site | $\bar{x}$ | 95% CrI | J | F | M | $\bar{x}$ | 95% CrI | $\bar{x}$ | 95% CrI |
| 1 | 0.986 | 0.96–1.02 | 0.20 | 0.27 | 0.44 | 22.9 | 4–1,020 | 122.0 | 33–1,050 |
| 2 | 0.936 | 0.82–1.02 | 0.00 | 0.00 | 1.00 | 0.9 | 0–114 | 46.3 | 11–680 |
| 3 | 0.975 | 0.92–1.03 | 0.39 | 0.32 | 0.17 | 20.0 | 2–1,480 | 73.9 | 21–532 |
| 4 | 0.980 | 0.94–1.02 | 0.25 | 0.34 | 0.36 | 13.6 | 3–238 | 53.0 | 23–256 |
| 5 | 0.949 | 0.86–1.06 | 0.00 | 0.00 | 1.00 | 1.0 | 0–44 | 43.2 | 9–437 |
| 6 | 0.957 | 0.87–1.05 | 0.04 | 0.03 | 0.93 | 4.7 | 1–260 | 40.2 | 12–506 |



**Figure 7.** The proportional sensitivity (elasticity) of population growth (λ) to changes in demographic parameters at 6 populations (sites) of gopher tortoises in Conecuh National Forest, Alabama, USA. Demographic parameters are recruitment ($R$), apparent survival probability of juveniles ($\varphi^j$) and adult females ($\varphi^f$), and transition probability of juveniles to adult females ($\tau^f$). Recruitment is a function of fecundity, hatching success, and first-year survival of hatchlings. We described the 6 study populations numerically by grey panel headers (sites 1–6).

3 hypothesized-stable populations (Goessling et al. 2021) were characterized by high annual apparent survival of adult females (≥0.95) and were projected to have low extinction risk over 100-year population projections ($P_e < 0.10$). Conversely, we estimated 3 declining populations to have substantially lower female apparent survival rates and higher extinction risk ($P_e > 0.40$). Population structure of apparently viable populations maintained the presence of juveniles across the study period, whereas apparently unviable populations had lower juvenile survival and therefore lower recruitment of new breeding adults. If we take $P_e = 0.10$ as a maximum acceptable extinction risk for a viable population, then our results suggest that viable populations possess high apparent survival of females (≥0.95), whereas populations with lower female survival rates may be unviable during the next 100 years.

Previous PVAs for gopher tortoises have made contrasting predictions about population viability and conservation value of small populations in the northern area of the species' range (Miller 2001, Tuberville et al. 2009). An admitted limitation of these PVAs was that they lacked

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:38:48 UTC
All use subject to https://about.jstor.org/terms

data-driven estimates of survival for gopher tortoises, a parameter important to population growth of other large, long-lived turtles (Crouse et al. 1987, Cunnington and Brooks 1996, Mogollones et al. 2010, Páez et al. 2015, Folt et al. 2016). To be most accurate during site-specific projections, PVAs should incorporate demographic estimates from relevant populations of interest whenever possible (Ralls et al. 2002). Our PVA framework updated previous demographic models for gopher tortoises by estimating local, site-specific demographic rates and using site-specific parameter estimates to project future abundance, while accounting for parametric uncertainty and temporal stochasticity. Although our results are consistent with the hypothesis that small, northern populations of gopher tortoises can be viable over relatively long time periods (Goessling et al. 2021), other such populations are likely to decline and are at risk of local extinction. Given variation observed among local populations in our study, our PVA has improved upon previous efforts for gopher tortoises by accounting for important local, site-specific variation in population demographics and thereby avoiding overgeneralizing demographic patterns at regional scales.

Habitat quality is likely a primary factor affecting variation in tortoise survival and growth and causing differences in demographic parameters between stable and declining populations in Conecuh National Forest. Our results are consistent with recent long-term studies of tortoise demographics suggesting that adult tortoises have higher survival than juveniles (Tuberville et al. 2008, 2014; Howell et al. 2020; Goessling et al. [2021] provides an alternative model). In a metapopulation in southern Florida, overall apparent survival of adults was higher than juveniles, but demographic rates varied by land cover type across the landscape: unmanaged landscapes supported significantly lower survival, growth, and abundance relative to a restored forest and, in particular, an open grassland landscape (Howell et al. 2020). At our study sites, habitat supporting stable populations had lower basal area and canopy cover, sparse midstory, and other features associated with high-quality habitat for gopher tortoises (Aresco and Guyer 1999b, McIntyre et al. 2019). During the study, managers performed habitat management to increase habitat quality for tortoises (stand thinning, prescribed fire) at 2 of 3 stable populations (sites 1 and 4), but 2 of 3 sites with declining populations did not receive such management (sites 2 and 6). Of the remaining 2 sites, 1 was likely stable because sandy soils were so deep that growth of a woody mid-story was limited despite no thinning and limited fire (site 3; C. Guyer, Auburn University, personal observation), evidently sufficient to sustain the tortoise population. Managers applied thinning and a growing-season fire at the other site (site 5), but so much debris from thinning was left on the soil layer that fire was ineffective, allowing hardwood encroachment that may have forced tortoises to disperse. Sites 2 and 6 received no thinning and developed a closed canopy that forced tortoises to move, one to a food plot (site 6) or to unknown areas (site 2).

Gopher tortoises construct burrows in open areas with low canopy closure and abandon burrows when canopy closure increases (Aresco and Guyer 1999b). We observed decreased apparent survival of females on sites with increased canopy closure and decreased habitat quality relative to sites with higher habitat quality (Aresco and Guyer 1999b, McIntyre et al. 2019). We suggest this effect may not necessarily reflect increased mortality but is influenced in part by increased emigration of females from sites with declining habitat quality. We know that a small percentage of tortoises emigrate from local populations, even when habitat quality is high, and Ott-Eubanks et al. (2003) hypothesized that females disperse from low-quality habitat in search of areas with suitable nesting habitat. Conversely, apparent survival of males did not vary strongly among stable and declining sites. Our population projections predicted stable populations with high female survival to have population structure characterized by even adult sex ratios, whereas declining populations with decreased female survival became male-biased. In some cases, female survival was so low at declining populations that simulated stable-stage distributions became completely dominated by males and lacked any females. Model-predicted shifts to male-biased sex ratios are supported by data from 1 declining population in Conecuh National Forest (site 2; Fig. 3) and other small, declining populations at Fort Benning in Georgia, USA (Guyer et al. 1996). We hypothesize that small, declining populations become male-biased because females emigrate in search of more open, higher-quality habitat, but males are reluctant to vacate sites where at least a few females are present and are known to the males.

We suggest that habitat management can improve $\lambda$ of gopher tortoises by increasing growth and maturation rates. Because variation in individual growth influences transition probabilities, survival probabilities, and lifetime reproductive outputs (Armstrong et al. 2018), depressed growth rates of tortoises in poorly managed habitat can have significant negative effects on survival, reproductive output, and ultimately population viability. Contrary to this hypothesis, we observed greater transition probabilities in declining populations relative to stable ones. This could be due to a density-dependent mechanism where declining populations at low densities may experience increased maturation rates relative to higher-density populations (but see below). We also observed greater maturation rates for males than females at most populations, which is likely a consequence of younger age and size at maturation for males (Aresco and Guyer 1999a).

An analysis of simulated data with known parameter values indicated that estimation was less accurate for populations with smaller $N^i$ and lower $\varphi$ (B. Folt, Auburn University, unpublished data). Similarly, we observed the greatest uncertainty in parameter estimation of survival and transition probabilities at 2 declining populations (sites 2 and 5) relative to other populations. Sites 2 and 5 had the fewest individuals and captures, and the paucity of data may have caused difficulty during parameter estimation and population projections. Although our field data indicate that those sites have in fact declined during the last 30 years, uncertainty and potential inaccuracy during the estimation process may have

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:38:48 UTC
All use subject to https://about.jstor.org/terms

caused inaccurate parameters to be used during population projections. We suggest caution when interpreting results at sites 2 and 5; future analyses could benefit from increased data collection at those sites in particular.

Previous analyses have suggested that λ of gopher tortoises may be sensitive to the survival of hatchlings (Tuberville et al. 2009) or juveniles (Miller 2001). Our elasticity analysis indicated that adult survival was more important to variation in λ than reproduction, juvenile survival, and female transition probabilities in stable populations; however, the rank importance of parameters changed for declining populations, for which adult survival was as comparably important as juvenile survival, female transition rate, and recruitment. This result supports the conclusion that high adult survival is important to maintaining and promoting long-term λ and population stability of gopher tortoises but also suggests that management actions to increase juvenile survival, such as head-starting, may be useful to increase λ of small, declining populations, particularly when such actions are performed along with management aimed to increase adult survival. Tuberville et al. (2009) did not consider adult survival in their elasticity analysis, citing a lack of field estimates of adult survival in the literature. Their analysis also specified a maximum reproductive age of 60 years; however, given the high adult survival rates and generation times we estimated in stable populations, a maximum reproductive age of 60 years may have led to underestimating the lifetime reproductive value of females and contributed to population declines in their model predictions. Other recent field studies have reported that North American turtles may remain reproductive until >60 years of age (Congdon et al. 2003). We captured 11 adults in 1991 that were still alive and present at the study sites 27–30 years later. Because age of adult gopher tortoises is estimated unreliably, it is impossible to know their true age upon first capture; however, the size and smoothing of the shell indicated a minimum age of 15 years at first capture. Therefore, these individuals were likely >45 years old upon recapture during 2017–2020. Given the estimated generation times of >70 years in viable populations in our study area and the great longevity of other tortoise species worldwide, maximum longevity of gopher tortoises may be greater than previously considered for wild populations. Continued long-term field studies could provide a better understanding of the upper limits of longevity and reproductive ages for gopher tortoises.

Studying and managing populations of long-lived species is difficult because it may take many years to robustly estimate population parameters and for the effects of management actions on populations to manifest. By analyzing 3 decades of data, we estimated demographic vital rates and projected populations in a PVA framework. Our simulation exemplifies why long-term studies are critical to permit demographic estimation and projection for long-lived species because without a long time series of mark-recapture data we would not have collected sample sizes large enough to permit accurate parameter estimation. Our results also demonstrate how updating population viability models as new data emerge is important to ensure that management strategies are based on the strongest available model predictions. Future research can strengthen models for tortoise demographics and predictions about population viability by collecting additional local-scale data on the reproductive biology (Table 1) and effective migration between populations. Our PVA assumed populations were closed to immigration, but future model iterations could explore how female immigration contributes to population growth and stability of gopher tortoises.

Conserving populations of gopher tortoises in Conecuh National Forest is a key goal of state and federal agencies. Conecuh National Forest is the largest tract of public property supporting tortoises in Alabama and is important to the long-term conservation of genetic diversity among western populations of tortoises (Gaillard et al. 2017). Although we observed and projected population stability at 3 populations, we projected the observed population vital rates to cause population declines at all study populations in Conecuh National Forest, and 3 populations are likely to be extirpated in the near future. Tortoises also experienced similar population declines on managed conservation lands in Florida that were linked to decreasing habitat quality (McCoy et al. 2006). Current habitat management in Conecuh National Forest may not be sufficiently aggressive to generate suitable conditions for tortoise populations, particularly at 3 sites experiencing the strongest declines. Increased management action (e.g., prescribed fire, stand thinning, midstory control) to improve habitat among sites could help increase survival, site fidelity, and population growth of gopher tortoises in declining and stable populations and help conserve populations in Alabama.

The gopher tortoise is currently a candidate species for federal protection under the United States Endangered Species Act (ESA) across the species' entire range (U.S. Fish and Wildlife Service 2011). Specifically, although populations west of the Mobile River are currently federally protected as threatened, the United States Fish and Wildlife Service is assessing all populations across the species' entire range for federal listing under the ESA as well. During this process, the United States Fish and Wildlife Service will perform a Species Status Assessment (Smith et al. 2018) to assess historical population trends and evaluate how threats may influence abundance in the future. In particular, the PVA framework presented here might be a useful tool to project future abundance of gopher tortoises during a Species Status Assessment. We could extend the model to simulate demography at other localities with emerging demographic data, at larger spatial scales (i.e., regions), or during analyses that evaluate positive and negative factors influencing tortoise persistence, such as conservation or management actions and emerging threats.

## MANAGEMENT IMPLICATIONS

A sound definition of what constitutes a population of gopher tortoises will be important to effectively estimate population trends and manage for sustainable population growth. Management plans for gopher tortoises have recently conceptualized viable populations based on benchmarks of >250 adults occurring at a density of >0.4 tortoises/ha, evidence of

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:38:48 UTC
All use subject to https://about.jstor.org/terms

recruitment, and >100 ha of high-quality habitat. We observed the greatest number of juveniles in stable populations, suggesting that recruitment is important for population stability. Our results indicate that our study populations are substantially smaller in abundance and geographic area than minimum thresholds identified by the benchmarks for tortoise population viability, yet our populations have been stable over 3 decades and are projected to persist in the future. We suggest that an exclusive focus by wildlife managers on the number of tortoises present on a property may lead to overlooked conservation opportunities presented in smaller populations. Instead, managers may achieve conservation goals within small populations by focusing on habitat improvements that cause increases in demographic parameters—particularly female survival—that we have associated with stability in small populations. Similarly, population delimitation for conservation planning of gopher tortoises might assign greater conservation value to small, local populations than existing benchmarks for tortoise population viability. Our results suggest that maintenance of open areas with stand thinning or selection of conservation sites where plant growth is limited by deep sands are useful approaches that can contribute to the maintenance of small local populations. Last, we suggest that land managers work to support multiple local populations on properties and to manage habitat such that it permits dispersal and gene flow among local populations in a metapopulation context.

## ACKNOWLEDGMENTS

Any use of trade, firm, or product names is for descriptive purposes only and does not imply endorsement by the United States Government. Logistical support for field work was supported by the Solon Dixon Forestry Education Center and United States Forest Service Conecuh National Forest District Ranger. We are grateful for the many graduate students and technicians who made valuable contributions during data collection, K. Dunham and A. J. Lawson for helping troubleshoot model code, and C. T. Moore and 2 anonymous reviewers for comments that improved the manuscript. Funding for field research and manuscript preparation was provided by the Alabama Department of Transportation.

## LITERATURE CITED

Aresco, M. J., and C. Guyer. 1999a. Growth of the tortoise *Gopherus polyphemus* in slash pine plantations of southcentral Alabama. Herpetologica 55:499–506.

Aresco, M. J., and C. Guyer. 1999b. Burrow abandonment by gopher tortoises in slash pine plantations of the Conecuh National Forest. Journal of Wildlife Management 63:26–35.

Armstrong, D. P., M. G. Keevil, N. Rollinson, and R. J. Brooks. 2018. Subtle individual variation in indeterminate growth leads to major variation in survival and lifetime reproductive output in a long-lived reptile. Functional Ecology 32:752–761.

Auffenberg, W., and R. Franz. 1982. The status and distribution of the gopher tortoise (*Gopherus polyphemus*). Pages 95–126 *in* R. B. Bury, editor. North American tortoises: conservation and ecology. United States Fish and Wildlife Service Wildlife Research Report 12, Washington, D.C., USA.

Beissinger, S. R., and D. McCullough. 2002. Population viability analysis. University of Chicago Press, Chicago, Illinois, USA.

Beissinger, S. R., and M. I. Westphal. 1998. On the use of demographic models of population viability in endangered species management. Journal of Wildlife Management 62:821–841.

Cagle, F. R. 1939. A system of marking turtles for future identification. Copeia 1939:170–172.

Caswell, H. 2001. Matrix population models: construction, analysis and interpretation. Sinauer Associates, Sunderland, Massachusetts, USA.

Catano, C. P., and I. J. Stout. 2015. Functional relationships reveal keystone effects of the gopher tortoise on vertebrate diversity in a longleaf pine savanna. Biodiversity and Conservation 24:1957–1974.

Chaudhary, V., and M. K. Oli. 2020. A critical appraisal of population viability analysis. Conservation Biology 34:26–40.

Congdon, J. D., R. D. Nagle, O. M. Kinney, R. C. van Loben Sels, T. Quinter, and D. W. Tinkle. 2003. Testing hypotheses of aging in long-lived painted turtles (*Chrysemys picta*). Experimental Gerontology 38:765–772.

Converse, S. J., C. T. Moore, and D. P. Armstrong. 2013. Demographics of reintroduced populations: estimation, modeling, and decision analysis. Journal of Wildlife Management 77:1081–1093.

Cox, J. 1989. Survival characteristics of small tortoise populations and their possible influence on relocation efforts. Pages 7–14 *in* J. E. Diemer, D. R. Jackson, J. L. Landers, J. N. Layne, and D. A. Wood, editors. Gopher tortoise relocation symposium proceedings. Florida Game and Fresh Water Fish Commission Nongame Wildlife Technical Report #5, Tallahassee, USA.

Cox, J., D. Inkley, and R. Kautz. 1987. Ecology and habitat protection needs of gopher tortoise (*Gopherus polyphemus*) populations on lands slated for development in Florida. Florida Fish and Fresh Water Fish Commission Nongame Wildlife Program Technical Report No. 4, Tallahassee, USA.

Crouse, D. T., L. B. Crowder, and H. Caswell. 1987. A stage-based population model for loggerhead sea turtles and implications for conservation. Ecology 68:1412–1423.

Cunnington, D. C., and R. J. Brooks. 1996. Bet-hedging theory and eigenelasticity: a comparison of the life histories of loggerhead sea turtles (*Caretta caretta*) and snapping turtles (*Chelydra serpentina*). Canadian Journal of Zoology 74:291–296.

Folt, B., J. B. Jensen, A. Teare, and D. Rostal. 2016. Establishing reference demography for conservation: a case study of *Macrochelys temminckii* in Spring Creek, Georgia. Herpetological Monographs 30:21–33.

Gaillard, D., J. R. Ennen, B. R. Kreiser, C. P. Qualls, S. C. Sweat, R. Birkhead, T. D. Tuberville, M. Aresco, E. D. McCoy, H. R. Mushinsky, et al. 2017. Range-wide and regional patterns of population structure and genetic diversity in the gopher tortoise. Journal of Fish and Wildlife Management 8:497–512.

Goessling, J. M., J. Stober, S. Gyengo, S. M. Hermann, T. D. Tuberville, and C. Guyer. 2021. Implications from monitoring gopher tortoises at two spatial scales. Journal of Wildlife Management 85:135–144.

Gopher Tortoise Council. 2013. Gopher Tortoise Minimum Viable Population and Minimum Reserve Size Working Group Report. <https://gophertortoisecouncil.org/pdf/MVPII_2014_GTC_report_group_final.pdf>. Accessed 23 Jun 2020.

Gopher Tortoise Council. 2014. Gopher Tortoise Minimum Viable Population and Minimum Reserve Size Working Group Report II. <https://gophertortoisecouncil.org/pdf/MVPII_2014_GTC_report_group_final.pdf>. Accessed 23 Jun 2020.

Guyer, C., and S. Hermann. 1997. Patterns of longevity of gopher tortoise (*Gopherus polyphemus*) burrows: implications for the longleaf pine-wiregrass ecosystem. Chelonian Conservation and Biology 2:509–513.

Guyer, C., S. M. Hermann, and V. M. Johnson. 2014. Social behaviors of North American tortoises. Pages 102–109 *in* D. C. Rostal, E. D. McCoy, and H. R. Mushinsky, editors. The biology and conservation of North American tortoises. Johns Hopkins University Press, Baltimore, Maryland, USA.

Guyer, C., V. M. Johnson, and S. M. Hermann. 2012. Effects of population density on patterns of movement and behavior of gopher tortoises (*Gopherus polyphemus*). Herpetological Monographs 26:122–134.

Guyer, C., K. E. Nicholson, and S. Baucom. 1996. Effects of tracked vehicles on gopher tortoise (*Gopherus polyphemus*) at Fort Benning Military Installation, Georgia. Georgia Journal of Science 54:195–203.

Heppell, S. S. 1998. Application of life-history theory and population model analysis to turtle conservation. Copeia 1998:367–375.

Heppell, S. S., L. B. Crowder, and D. T. Crouse. 1996. Models to evaluate headstarting as a management tool for long-lived turtles. Ecological Applications 6:556–565.

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:38:48 UTC
All use subject to https://about.jstor.org/terms

Howell, H. J., B. B. Rothermel, K. N. White, and C. A. Searcy. 2020. Gopher tortoise demographic responses to a novel disturbance regime. Journal of Wildlife Management 84:56–65.

Jackson, D., and E. Milstrey. 1989. The fauna of gopher tortoise burrows. Pages 86–98 in J. Diemer, D. Jackson, J. Landers, J. Layne, and D. Wood, editors. Gopher tortoise relocation symposium proceedings. Florida Fish and Wildlife Commission Nongame Wildlife Program Technical Report 5, Tallahassee, USA.

Kellner, K. 2016. jagsUI: a wrapper around 'rjags' to streamline 'JAGS' analyses. Version 1.4.2. <https://CRAN.R-project.org/package=jagsUI>.

Kéry, M., and M. Schaub. 2012. Bayesian population analysis using WinBUGS: a hierarchical perspective. Academic Press, Cambridge, Massachusetts, USA.

Landers, J. L., J. A. Garner, and W. A. McRae. 1980. Reproduction of gopher tortoises (Gopherus polyphemus) in southwestern Georgia. Herpetologica 36:353–361.

Landers, J. L., W. A. McRae, and J. A. Garner. 1982. Growth and maturity of the gopher tortoise in southwestern Georgia. Bulletin of the Florida State Museum Biological Sciences 27:81–110.

Lebreton, J. D., J. D. Nichols, R. J. Barker, R. Pradel, and J. A. Spendelow. 2009. Modeling individual animal histories with multistate capture-recapture models. Advances in Ecological Research 41:87–173.

McCoy, E. D., H. R. Mushinsky, and J. Lindzey. 2006. Declines of the gopher tortoise on protected lands. Biological Conservation 128:120–127.

McGowan, C. P., M. C. Runge, and M. A. Larson. 2011. Incorporating parametric uncertainty into population viability analysis models. Biological Conservation 144:1400–1408.

McIntyre, R. K., L. M. Conner, S. B. Jack, E. M. Schlimm, and L. L. Smith. 2019. Wildlife habitat condition in open pine woodlands: field data to refine management targets. Forest Ecology and Management 437:282–294.

Miller, P. S. 2001. Preliminary population viability assessment for the gopher tortoise (Gopherus polyphemus) in Florida. Conservation Breeding Specialist Group, Apple Valley, Minnesota, USA. <https://www.cpsg.org/sites/cbsg.org/files/documents/GopherTortoisePVA.pdf>. Accessed 24 Jun 2020.

Mogollones, S. C., D. J. Rodríguez, O. Hernández, and G. R. Barreto. 2010. A demographic study of the arrau turtle (Podocnemis expansa) in the Middle Orinoco River, Venezuela. Chelonian Conservation and Biology 9:79–89.

Morris, W. F., and D. F. Doak. 2002. Quantitative conservation biology: theory and practice of population viability analysis. Sinauer Associates, Sunderland, Massachusetts, USA.

Mount, R. H. 1975. The reptiles and amphibians of Alabama. Auburn University Agricultural Experiment Station, Auburn, Alabama, USA.

Mushinsky, H., and E. McCoy. 1994. Comparison of gopher tortoise populations on islands and on the mainland in Florida. Pages 39–48 in R. Bury and D. Germano, editors. Biology of North American tortoises. Fish and Wildlife Research Report 13. U.S. Department of the Interior, National Biological Survey, Washington, D.C., USA.

Noss, R. F., W. J. Platt, B. A. Sorrie, A. S. Weakley, D. B. Means, J. Costanza, and R. K. Peet. 2015. How global biodiversity hotspots may go unrecognized: lessons from the North American coastal plain. Diversity and Distributions 21:236–244.

Nussear, K. E., and T. D. Tuberville. 2014. Habitat characteristics of North American tortoises. Pages 77–84 in D. Rostal, E. McCoy, and H. Mushinsky, editors. Biology and conservation of North American tortoises. Johns Hopkins University Press, Baltimore, Maryland, USA.

Ott-Eubanks, J., W. K. Michener, and C. Guyer. 2003. Patterns of movement and burrow use in a population of gopher tortoises (Gopherus polyphemus). Herpetologica 59:311–321.

Páez, V. P., B. C. Bock, P. A. Espinal-García, B. H. Rendón-Valencia, D. Alzate-Estrada, V. M. Cartagena-Otálvaro, and S. S. Heppell. 2015. Life history and demographic characteristics of the Magdalena River turtle (Podocnemis lewyana): implications for management. Copeia 103:1058–1074.

Perez-Heydrich, C., K. Jackson, L. D. Wendland, and M. B. Brown. 2012. Gopher tortoise hatchling survival: field study and meta-analysis. Herpetologica 68:334–344.

Plummer, M. 2003. JAGS: a program for analysis of Bayesian graphical models using Gibbs sampling. Proceedings of the 3rd International Workshop on Distributed Statistical Computing, 20–22 March 2003, Vienna, Austria.

R Core Team. 2018. R: a language and environment for statistical computing. R Foundation for Statistical Computing, Vienna, Austria.

Ralls, K., S. R. Beissinger, and J. F. Cochrane. 2002. Guidelines for using population viability analysis in endangered-species management. Pages 521–550 in S. R. Beissinger and D. McCullough, editors. Population viability analysis. The University of Chicago Press, Chicago, Illinois, USA.

Reinke, B. A., D. A. W. Miller, and F. J. Janzen. 2019. What have long-term field studies taught us about population dynamics? Annual Review of Ecology, Evolution, and Systematics 50:261–278.

Rostal, D. C., and D. N. Jones. 2002. Population biology of the gopher tortoise (Gopherus polyphemus) in southeast Georgia. Chelonian Conservation and Biology 4:479–487.

Seigel, R. A., and C. K. Dodd. 2000. Manipulation of turtle populations for conservation: halfway technologies or viable options? Pages 218–238 in M. W. Klemens, editor. Turtle conservation. Smithsonian Press, Washington, D.C., USA.

Smith, D. R., N. L. Allan, C. P. McGowan, J. A. Szymanski, S. R. Oetker, and H. M. Bell. 2018. Development of a species status assessment process for decision under the U.S. Endangered Species Act. Journal of Fish and Wildlife Management 9:302–320.

Smith, L. L. 1995. Nesting ecology, female home range and activity, and population size-class structure of the gopher tortoise, Gopherus polyphemus, on the Katharine Ordway Preserve, Putnam County, Florida. Bulletin of the Florida Museum of Natural History 37:97–126.

Smith, L. L., D. A. Steen, L. M. Conner, and C. J. Rutledge. 2013. Effects of predator exclusion on nest and hatchling survival in the gopher tortoise. Journal of Wildlife Management 77:352–358.

Stubben, C., and B. Milligan. 2007. Estimating and analyzing demographic models using the popbio package in R. Journal of Statistical Software 22:11.

Tuberville, T. D., J. W. Gibbons, and H. E. Balbach. 2009. Estimating viability of gopher tortoise populations. Final Report, US Army Corps of Engineers, Washington, D.C., USA. <https://apps.dtic.mil/sti/pdfs/ADA520821.pdf>. Accessed 24 Jun 2020.

Tuberville, T. D., T. M. Norton, B. D. Todd, and J. S. Spratt. 2008. Long-term apparent survival of translocated gopher tortoises: a comparison of newly released and previously established animals. Biological Conservation 141:2690–2697.

Tuberville, T. D., B. D. Todd, S. M. Hermann, W. K. Michener, and C. Guyer. 2014. Survival, demography, and growth of gopher tortoises (Gopherus polyphemus) from three study sites with different management histories. Journal of Wildlife Management 78:1151–1160.

U.S. Fish and Wildlife Service. 2011. Endangered and threatened wildlife and plants; 12-month finding on a petition to list the gopher tortoise as threatened in the eastern portion of its range. Federal Register 76:45130–45158.

Waddle, J. H., F. J. Mazzotti, and K. G. Rice. 2006. Changes in abundance of gopher tortoise burrows at Cape Sable, Florida. Southeastern Naturalist 5:277–284.

White, K. N., B. B. Rothermel, K. R. Zamudio, and T. D. Tuberville. 2018. Male body size predicts reproductive success but not within-clutch paternity patterns in gopher tortoises (Gopherus polyphemus). Journal of Heredity 109:791–801.

White, K. N., and T. D. Tuberville. 2017. Birds and burrows: avifauna use and visitation of burrows of gopher tortoises at two military sites in the Florida panhandle. Wilson Journal of Ornithology 129:792–803.

Williams, B., J. Nichols, and M. Conroy. 2002. Analysis and management of animal populations. Academic Press, San Diego, California, USA.

Wutzler, T. 2019. lognorm: functions for the lognormal distribution. R package version 0.1.6. <https://CRAN.R-project.org/package=lognorm>.

Associate Editor: Clinton Moore.

## SUPPORTING INFORMATION

Additional supporting information may be found in the online version of this article at the publisher's website.

This content downloaded from
172.109.206.34 on Thu, 16 Jan 2025 21:38:48 UTC
All use subject to https://about.jstor.org/terms

Exhibit 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CENTER FOR BIOLOGICAL DIVERSITY
and NOKUSE EDUCATION, INC.,

    *Plaintiffs,*

            v.                           **Case No.: 23-cv-936-WWB-LLL**

U.S. FISH AND WILDLIFE SERVICE;
MARTHA WILLIAMS, in her official capacity
as Director of the U.S. Fish and Wildlife
Service; and DEB HAALAND, in her official
capacity as Secretary of the U.S. Department
of the Interior,

    *Defendants.*

## <u>DECLARATION OF BARBARA BLONDER</u>

I, Barbara Blonder, declare as follows:

    1.     The facts set forth in this declaration are based on my personal knowledge, and if called as a witness, I could and would competently testify to those facts under oath. As to those matters that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

    2.     I have reviewed the Species Status Assessment and the U.S. Fish and Wildlife Service's (FWS) finding that the eastern population of the gopher tortoise does not warrant listing.

    3.     I am an Associate Professor of Natural Sciences at Flagler College in St. Augustine, Florida where I teach courses in ecology and conservation biology and have conducted research on coastal dune ecology for over a decade.

4.      I hold a master's degree in marine biology from Florida Technical College and a bachelor's degree in zoology from the University of New Hampshire.

5.      Based on my personal experiences and my knowledge of the threats to the gopher tortoise, I am extremely concerned that the eastern gopher tortoise will become extinct. The eastern gopher tortoise population is experiencing significant habitat loss and resulting genetic drift, making it extremely vulnerable in places like Florida, which have and continue to experience incredibly high habitat loss and extreme human population growth. Without further action, the eastern gopher tortoise will become functionally extinct because of the extensive destruction and degradation of habitat, isolation and loss of genetic diversity, crowding, potential for increased spread of disease, and lower quality of food supply. The eastern gopher tortoise is already experiencing numerous stressors making it more vulnerable to both local and widespread impacts. In other words, without increased protections, they will only exist in captivity, or in populations with low genetic diversity vulnerable to extirpation by a single disturbance like a tornado, hurricane, or fire.

6.      I first gained gopher tortoise expertise in graduate school in 1985, where I worked for Bionetics Corporation at the Kennedy Space Center in Cape Canaveral, Florida. My work for Bionetics involved studying gopher tortoise population dynamics, distribution, and abundance. Following graduate school and two positions in marine ecology, I worked for the Florida Park Service from 1989–1981, and The Nature Conservancy from 1991–1993, 1996–1998, and again from 2001–2003, where I prepared and implemented prescribed fire management plans for both organizations

that often included improving and maintaining gopher tortoise habitat as part of habitat restoration goals.

7.      In 2014, I began researching fire ecology in Florida's coastal strand ecosystem, also known as the coastal dune ecosystem, in the Guana Tolomato Matanzas (GTM) National Estuarine Research Reserve near St. Augustine. A coastal strand ecosystem, where still undeveloped, is a narrow ribbon of vegetated and bare sand dunes paralleling the Atlantic Ocean.

8.      This research involved mapping dune vegetation's responses to fire and collecting gopher tortoise burrow data for the GTM Research Reserve to support the reserve's long-term monitoring. The findings, published in 2018, support the inference that, like most of the natural communities in pre-settlement Florida, naturally ignited fires impeded vegetational succession in the coastal strands prior to widespread development along A1A. This makes reintroduction of fire via prescribed burns, which becomes increasingly difficult with encroaching development, an important management strategy in this highly threatened ecosystem. Barbara I. Blonder et al., *Assessing Postfire Changes and Implications for Management in a Northeast Florida Coastal Strand Ecosystem,* 83 CASTANEA 104 (2018) (Attachment A).

9.      While conducting this fire ecology research and mapping gopher tortoise burrows and activity in this coastal strand ecosystem, two back-to-back hurricanes, Matthew and Irma in 2016 and 2017, struck Florida's northeast coast, including our study site in the GTM Research Reserve, resulting in hurricane damage. This inspired me to research how the hurricanes impacted the gopher tortoise burrows and habitat in the GTM Research Reserve. My fellow scientists and I published our findings in 2021.

Barbara I. Blonder, et al., *Changes in Coastal Gopher Tortoise (Gopherus polyphemus)
Burrow Characteristics and Density Following Hurricane Events in Northeast Florida,
USA: Implications for Conservation Planning*, 25 GLOBAL ECOLOGY & CONSERVATION
(2021). (Attachment B).

10.     This research showed that Hurricanes Matthew and Irma destroyed 30
percent of the available habitat in the reserve in just a year and a half. *Id.* This study
provides a basis for a reasonable inference that the already demonstrated and future
predicted increase in storm intensity and frequency will reduce additional optimal
gopher tortoise habitat along Florida's coasts. The loss of this available habitat due to
storms alone (excluding consideration of continued coastal development) will further
reduce and fragment coastal eastern gopher tortoise populations.

11.     Storm-induced habitat degradation and fragmentation in Florida coastal
strand ecosystems are problematic for eastern gopher tortoise populations because
they contribute to genetic isolation, crowding, disease, and loss of food supply. For
example, when a major storm such as a hurricane destroys, degrades, or fragments
high-quality gopher tortoise habitat, coastal dune gopher tortoises must abandon that
area and move into habitat more densely occupied by other gopher tortoises in an
attempt to survive.

12.     My co-authors and I also established that as the dune vegetation gopher
tortoises eat, and therefore need to survive, is buried by sand, eroded by wave action,
or damaged by salt spray from these storms, their food supply is significantly reduced.
While the vegetation in our study site did recover from a loss of 30 percent to 17 percent
after one growing season, *id.*, that nearly year-long delay in dune recovery and food

availability adds yet another challenge to the survival of impacted gopher tortoises in the coastal strand ecosystem.

13.    The loss of habitat and subsequent relocation to already densely occupied habitat causes these populations to become even more genetically isolated because they are unable to reach and breed with tortoises from other populations due especially to fragmentation. As an example, State Road A1A along the entire east coast of Florida presents a well-documented barrier to movement for gopher tortoises (and other animals) from east to west and the reverse across this well-traveled vehicular road. Roadkill is the most common result of any individual tortoise attempting to navigate this crossing. This genetic isolation makes gopher tortoises more prone to disease and stress, threats exacerbated by the overcrowding and lack of available high-quality food sources at the receiving sites to which the gopher tortoises flee once their habitat is destroyed.

14.    I am currently studying the diets of coastal strand-dwelling gopher tortoises to quantify the effect of large storms and the habitat destruction they cause on gopher tortoise access to nutritious, essential food and hope to publish the findings in the coming years.

15.    Based on my research and work with the eastern gopher tortoise populations in the coastal strand ecosystems of northwest Florida, I am deeply concerned about the conservation status of the eastern population of gopher tortoises. Florida's coastal strand ecosystems currently harbor a remarkable density of gopher tortoises because of the quality of habitat they provide for the species. This habitat is made of high and dry sand and provides abundant sources of food in years with few

5

storms and adequate precipitation that favor vegetative growth. However, this habitat is also highly imperiled by threats such as habitat destruction, degradation, fragmentation, and intense development. It is also at risk of destruction due to climate change impacts like more powerful and frequent storms and sea level rise. Because Florida's coastal strand ecosystems are already very isolated and highly fragmented, these ongoing and future threats will lead to gopher tortoise population declines along Florida coasts.

16.    The gopher tortoise's relationship with this ecosystem is reciprocal. Gopher tortoises are particularly important for coastal strand ecosystems because they help reestablish dune vegetation through the transportation of seeds and create habitat for other organisms through the engineering of their burrows, which is why they are recognized as a "keystone species." Given their importance within the ecosystem, it is likely that other threatened species that depend on gopher tortoises and their burrows will also become extirpated.

17.    It is my opinion that the current, accelerating harms to coastal gopher tortoise populations are a canary in the coal mine for inland populations of the future as sea levels continue to rise, because the coastal populations currently experience the most intense impacts from storms and therefore extreme habitat loss. The common thread between inland and coastal gopher tortoise populations is habitat loss. Even without current direct impacts of sea level rise and more extreme and frequent storms to inland gopher tortoise habitat, these inland gopher tortoises still face intense development, fire suppression, increased wildfire intensity, and habitat fragmentation, which contribute to a similar level of genetic isolation, decreased availability of food, and threatened survival.

18.     This is why the U.S. Fish and Wildlife Service's (FWS) reliance on the Folt 2022 study is so concerning. *See* Brian Folt, et al., *Using Predictions from Multiple Anthropogenic Threats to Estimate Future Population Persistence of an Imperiled Species*, GLOBAL ECOLOGY & CONSERVATION, April 28, 2022, at 18 (Exhibit 3).

19.     To start, the basic assumption of the models is incorrect, as the models de-emphasized the threat intensities of urbanization, sea level rise, and habitat loss overall, and specifically emphasize these shortcomings in both the abstract and discussion sections of the article. *See e.g.*, *id.* at 1, 15, 17. For example, the abstract calls attention to how the models emphasized population demographics over four anthropogenic threats: "climate warming, sea-level rise, urbanization, [and] habitat degradation." *Id.* at 1.

20.     With the pace of inland and coastal development in both coastal and inland habitats alone, the lack of emphasis in the models on habitat loss runs contrary to the goal of the development of the model, which as stated in the abstract of this study was to predict future changes in threatened species for use in decision-making for conservation listing decisions by regulatory agencies.

21.     Specifically, the models were, in the authors' own words, less sensitive to the above-listed accelerating threats and found that in each scenario they tested, that within 80 years all of the populations would decline. For example, in their discussion, they note that their models (based mostly on climate warming increasing reproduction) point to relatively minor population changes. *Id.* at 15. However, they also note that the 'status quo' conditions posed by "habitat management and connectivity already present . . . will cause considerable population declines over the next 80 years." *Id.* at 17.

7

22.     To survive these many threats, the eastern population of the gopher tortoise must be protected from the pressures we can control, like development. The species must be carefully managed with more stringent federal regulations on development mitigation such as the permitted capture and relocation of gopher tortoises to accommodate development projects within habitat, which increases crowding and the potential for disease spread. These protections are only available with listing under the Endangered Species Act.

23.     I declare under penalty of perjury that the foregoing is true and correct and was executed in Saint Augustine, Florida on December 12, 2024.

*Barbara L. Blonder*

Barbara Blonder

ATTACHMENT A

CASTANEA 83(1): 104–121. JANUARY
Copyright 2018 Southern Appalachian Botanical Society

# Assessing Postfire Vegetative Changes and Implications for Management in a Northeast Florida Coastal Strand Ecosystem

**Barbara I. Blonder,[1]* John M. Wooldridge,[1] and Mary B. Garrard[1]**
[1]Flagler College, 74 King Street, Saint Augustine, Florida 32085

**ABSTRACT**    Coastal ecosystems face numerous well-documented threats that pose significant risk of reduction in the ability of these ecosystems to persevere. Although coastal disturbance processes related to maritime exposure are relatively well known, the past and potential impacts of fire in these ecosystems have not been well studied. Because fire plays such an important role in so many other southeastern ecosystems, and because the areal extent of coastal strand ecosystems has been much reduced, it is important to resolve the role of fire for management of these threatened communities. In 2014, prescribed fire management was undertaken in a protected and relatively intact, 55-ha remnant section of coastal strand in the Guana Tolomato National Estuarine Research Reserve (GTMNERR) adjacent to the Atlantic Ocean in northeast Florida, USA. The fire history for this area was unknown. We compared burned samples to unburned samples to test whether there were differences in patterns of vegetative response to this fire management action. In backdune sites, we found significant dissimilarities in plant community biodiversity indicators between burned and unburned samples, whereas vegetative cover changed significantly in both foredune and backdune sites. We include a review of successional patterns and fire effects for similar sites in the region for comparison, which provisionally suggests a 4–20-yr fire return interval. We conclude that fire management for the backdune component of the coastal strand is an important strategy for this ecosystem to avert succession to maritime hammock.
    *Key words:*  Disturbance, fire exclusion, pyrophytic, return interval, succession.

**INTRODUCTION**    Coastal natural communities throughout the world face rapidly intensifying threats, ranging from habitat destruction and fragmentation (Kurz 1942, Richardson 1977, Fernald 1989, Acosta et al. 2000, Isermann 2011), to pathogen-mediated mortality of significant populations of important species (Gramling 2010, Maner et al. 2014), to sea level rise (Nicholls and Cazenave 2010, Noss 2011). Prior to development, the coastal strand ecosystem in Florida, USA, likely ran along the entire east and west coast of the state (Pierce and Curl 1970, Myers and Ewel 1990); however, rapid development continues at an accelerating rate, resulting in increasing losses (Lins 1980, Florida Natural Areas Inventory 1990, Johnson and Barbour 1990, Frazel 2008, GTMNERR Management Plan 2009). In fact, over a 12-yr period (1992–2004), 25% of coastal uplands in private ownership in Florida were developed (Johnson et al. 2005). The Florida Natural Areas Inventory (2010) ranks the coastal strand ecosystem as G3 (globally vulnerable to extirpation)/S2 (state ranked imperiled).

The coastal strand ecosystem is largely characterized by oak–palmetto scrub. It is found along a narrow, vegetated strip paralleling the Atlantic Ocean, and is currently reduced to remnant protected fragments separated from adjacent natural communities by State Road (SR) A1A in much of eastern Florida. In this region, this ecosystem exhibits distinct zonation in response to the influences of the maritime environment, and is therefore divided into two primary components: foredune and backdune. Stable sediments leeward of the high tide line

*email address: bblonder@flagler.edu
Received February 9, 2017; Accepted December 6, 2017.
Published: January 19, 2018.
DOI: 10.2179/17-127

Downloaded From: https://bioone.org/journals/Castanea on 17 Jan 2025
Terms of Use: https://bioone.org/terms-of-use

extending to the primary stable dune ridge crest support a coastal grassland formation known as the foredune, which is significantly influenced by the presence of low-nutrient soils and by coastal processes, including wind, storms, overwash, sand deposition, and salt spray (Harper 1911, Kurz 1942, Oosting 1954, Hillestad et al. 1975, Johnson and Barbour 1990, Miller et al. 2010). The foredune is dominated by graminoid and forb species including saltmeadow cordgrass [*Spartina patens* (Aiton) Muhl.], sea oats (*Uniola paniculata* L.), and seacoast marshelder (*Iva imbricata* Walter) (Johnson and Barbour 1990).

The backdune, which extends landward of the stable primary dune crest westward to SR A1A is largely sheltered from many of the direct maritime influences by a linear, stabilized dune ridge. This zone is generally characterized by woody species, including saw palmetto [*Serenoa repens* (W. Bartram) Small], yaupon (*Ilex vomitoria* Aiton), cabbage palm [*Sabal palmetto* (Walter) Lodd. ex Schult. & Schult. f.], live oak (*Quercus virginiana* Mill.), and laurel oak (*Quercus laurifolia* Michx.) (Kurz 1942, Florida Natural Areas Inventory 1990, Johnson and Barbour 1990).

In their ecological study of the nearby Cumberland Island National Seashore in Georgia, USA, Hillestad et al. (1975) describe a plant community similar to that of our backdune study area observing, in particular, live oak with a continuous saw palmetto understory. Harper (1914) and Gunter (1921) described what we now know as the coastal strand as being characterized by "vast thickets of saw palmetto." Saw palmetto is a dominant species in the backdune in our and other similar study sites (Richardson 1977, Simon 1986), and might in fact serve as a dune stabilizer, providing "foundation and stability" (Takahashi et al. 2011). Saw palmettos are resilient to fire and can readily facilitate its spread (Abrahamson 1999, Takahashi et al. 2011, Carrington and Mullahey 2013).

Lightning-ignited fire has long been recognized as a significant and essential disturbance process for maintaining most of Florida's natural communities, as well as those of the more widespread Atlantic Coastal Plain of the southeastern United States (Harper 1911, 1914; Komarek 1964; Richardson 1977; Frost 1998; Duncan et al. 2010). Nevertheless, little is known about the specific role of fire in maintaining coastal ecosystems of the region (Komarek 1964, Abrahamson 1984, Simon 1986, Florida Natural Areas Inventory 2010, Duncan et al. 2011). It is clear that in the southeastern USA, the number and size of naturally-ignited fires has decreased since European settlement (Fernald 1989, Frost 1998, Myers and Ewell 1990), and the absence of a natural fire regime has in turn altered fire-dependent natural communities through successional processes resulting in increased dominance of mesophytic hardwood species (Predmore et al. 2007, Nowacki and Abrams 2008).

When the regular fire disturbance pulse is altered, coastal strand succeeds to fire-resistant maritime hardwood hammocks (Laessle and Monk 1961, Austin et al. 1987, Myers and Ewell 1990). Long ago Harper (1911) pointed to the important role of fire and its absence or infrequency in promoting vegetative succession to hammocks on islands and coastal peninsulas. Similarly, Hillestad et al. (1975) proposed a successional vegetative sequence on Cumberland Island, Georgia, which, in the absence of fire, would "release" oak–palmetto forest to oak–scrub forest. These observations were further supported by Veno (1976) and by Turner and Bratton (1987).

Although there is little known about the specific coastal strand ecosystem response to fire, several of the primary backdune plant species responses are quite well-known. Abrahamson (1984) found that oaks (*Quercus* spp.) on the Lake Wales ridge of Florida were resilient to fire, as was saw palmetto (Simon 1986, Abrahamson 1999), with all of these species recovering their preburn dominance as shrubs within 3 yr. The oak and palmetto fire recovery mechanism is primarily by resprouting clonally or from the perennating buds (Menges and Kohfeldt 1995, Abrahamson 1999, Takahashi et al. 2011), whereas saw palmetto can also respond by seeding (Menges and Kohfeldt 1995). Yaupon has been found to resprout vigorously following fire (Mitchell et al. 2014).

In spite of its conservation ranking, there exists a paucity of information about managing the highly threatened coastal strand ecosystem (Simon 1986, Lau and Dodd 2015). In addition to the many threats described previously, coastal natural communities worldwide share widely similar xeric vegetative structure and patterns of zonation (Doing 1985, Acosta et al. 2000,

Downloaded From: https://bioone.org/journals/Castanea on 17 Jan 2025
Terms of Use: https://bioone.org/terms-of-use

Isermann 2011). Given the sheer magnitude of threats to this ecosystem, a better understanding of the specific, and relatively unknown, community responses to disturbance pulses such as fire is critical. Understanding the role of fire, and the systemic responses to it, is essential for natural areas managers tasked with sustaining these threatened coastal ecosystems.

The Guana Tolomato Matanzas National Estuarine Research Reserve (hereafter, GTMNERR) in northeastern Florida manages a significant, protected example of the coastal strand ecosystem. Fire is being used as a management tool by the GTMNERR in an attempt to restore this disturbance process to enhance biodiversity and reduce succession in many of the Reserve's natural communities (GTMNERR Management Plan 2009). In January 2014, GTMNERR managers conducted a prescribed burn in a 55-ha portion of the coastal strand, dividing the site nearly in half by a firebreak. This burn presented an opportunity to examine the effects of fire in this natural community.

This research was undertaken to contribute to a better understanding of the vegetative response to fire in this and similar highly threatened coastal ecosystems. We hypothesized that: (1) plant species cover and abundance would differ between burned and unburned treatments; (2) burning would increase plant species diversity; (3) tree species size would differ between burned and unburned treatments as a result of fire mortality; and, (4) soil characteristics would differ between burned and unburned treatments.

## METHODS
### Study Area
Our study area is the northern component of the GTMNERR on the Atlantic coast of north Florida, running from 30°07′37.68″N, 81°20′51.84″W to 30°04′05.43″N, 81°20′01.63″W. The climate is classified as subtropical marine, with a mean annual temperature of 21.3°C. Mean annual precipitation is 124.5 cm, with the maximum rainfall occurring between June and October and the minimum between November and February (Florida Climate Center 2016).

The geology is of Pleistocene origin (Gunter 1921) with Holocene sediments composed largely of sand and shell material underlain by a Hawthorn group clay aquitard (GTMNERR Management Plan 2009). The soils are characterized as Fripp–Satellite–Paola complex and Beaches, which are excessively well-drained (Soil survey

of St. Johns County, Florida 1999; GTMNERR Management Plan 2009). Stabilized primary dunes dividing the foredune (vegetated area from the crest eastward) and backdune (from the crest westward to A1A) can reach heights of 12 m (GTMNERR Management Plan 2009).

Our study area is linear (approximately 6.5 km in length), varying in width from 90 to 145 m for a total area of approximately 55 ha. Floristically, the foredune component of the study site is characterized by grassland beach dune vegetation east of the primary dune ridge (Stout 1979, Doing 1985), with the backdune zone immediately west of the dune ridge characterized as coastal scrub (Florida Natural Areas Inventory 1990, Johnson and Barbour 1990). State Road (SR) A1A bounds the site along its entire west side, and the Atlantic Ocean forms the eastern boundary. SR A1A was constructed in the mid- to late 1920s by teams of men and mules as a dirt road (Florida Memory 2016). This effectively bisected the coastal strand, leaving a narrow, vegetated ribbon east of the road, now a high traffic, two-lane paved road.

In January 2014, a prescribed fire treatment was applied to both foredune and backdune components of the southern portion (22.5 ha) of the study area, whereas the adjacent northern sector (32.6 ha) was left unburned, allowing us to compare control vs. fire treatment effects in this ecosystem. We examined the study area according to the two ecozones: foredune and backdune. The delineation was made on the basis of primary dune topography and the abrupt demarcation in vegetative structure from grassland to woody scrub, as indicated above.

We sampled soils in the backdune and vegetation in both of these ecozones between SR A1A and the vegetated swale above the mean high tide line postburn during each of three sampling periods: the mid-growing season (May, 2015), late growing season (September–October, 2015), and early growing season (March–April, 2016). We alternated locations and treatments so that each postfire sampling period was distributed approximately equally across sample locations (foredune and backdune), treatments (burned and unburned), and seasonal variation (Gibson and Looney 1992). Our investigation therefore took place between 1 and 2 yr postburn. Previous investigators (Stout 1979, Lau and Dodd 2015) described the backdune as an "impenetrable thicket," and we found field

Downloaded From: https://bioone.org/journals/Castanea on 17 Jan 2025
Terms of Use: https://bioone.org/terms-of-use

work in this ecotype similarly challenging and time-consuming. Our backdune surveys therefore encompassed a more limited sample area than the foredune. All raw data have been deposited at www.castaneajournal.org.

## Vegetation

Plant species abundance, cover, and tree size data were collected to assess the vegetative response to burning on the foredune and backdune subcommunities. Our vegetative survey methodology was adapted from the Carolina Vegetation Survey (CVS) (Peet et al. 1998, 2012), and used the "module" sampling unit concept. We sampled 10 modules in each of our four treatment combinations (burned foredune, unburned foredune, burned backdune, and unburned backdune) for a total of 40 modules. For the 20 foredune modules, we sampled a total of 2.0 ha, whereas the 20 backdune modules totaled an area of 0.4 ha. Each module was oriented north to south, paralleling the shoreline, primary dune ridge, and SR A1A. This orientation was designed to assess vegetative differences within the natural community type as a factor of fire treatment rather than reflecting differences across zones.

Each of the modules comprised a 100 m by 10 m (foredune, 1,000 m$^2$) or 50 m by 4 m (backdune, 200 m$^2$) belt transect and four 1 m$^2$ quadrats. We placed the short (10 m or 4 m) transect lines in each module perpendicular (east–west orientation) to the long (100 m or 50 m) transect lines (oriented north–south, parallel with the primary dune line). The midpoints of both the long and short transects intersected at a 90-degree angle. We then placed each of the four quadrats, used to conduct stem counts (abundance data), at opposite, terminal corners on each side of the short transect end points. Within each quadrat we recorded stem counts for each species and combined the four quadrat counts into a total stem count by species for each module.

We collected cover data by first identifying each species and then estimating cover class following the CVS 1–10 cover scale categories (<0.1%, 0.1–1, 1–2, 2–5, 5–10, 10–25, 25–50, 50–75, 75–95, 95–100%) (Peet et al. 1998). We collected tree size data by measuring diameter at breast height (dbh) for all mid-story and canopy trees ≥2 cm in the backdune modules. Because there were no individuals with woody stems ≥2 cm in the foredune modules, these

data were not collected (Supplemental Material 1).

## Soils

We collected and characterized soil samples to determine whether soil characteristics differed by treatment, and might therefore explain any differences in floristic species composition, distribution, or dominance. Soil samples were only analyzed for the backdune zone because there is negligible soil development in the foredune habitats. In the field, soil color was determined using a Munsell Color Chart (2000) for each of three soil samples per module and Global Positioning System (GPS) sample locations were recorded.

For each of the 20 backdune modules we collected approximately 1.0 L of soil from three within-module sample locations. These three samples were combined, and then analyzed for particle size distribution, pH, percent organic matter, and total carbon content in the lab. The analysis methodologies followed those of the Natural Resource Conservation Service (Soil Survey Staff 2014). We analyzed both pH in water and pH in salt. This combination is a common practice; the salt analysis enables a reduction in measured pH, which enables a finer-scaled classification of the soil (Soil Survey Staff 2014). We conducted these soil analyses during the winter of 2016, 2 yr postburn (Supplemental Material 2).

## Fuel Characteristics

In an effort to help natural areas managers in fire management planning, we attempted to develop a fuel model for this coastal strand site. To this end, in November, 2014, we collected vegetation samples along five transects exclusively within the unburned treatment of the study area as follows. We established five, 50-m transects in a west-to-east direction within the backdune. A random numbers generator was used to locate three, 0.5-m$^2$ quadrats along each transect. We cut all vegetation originating in each quadrat from its maximum height to ground level, constituting the live samples. Samples were bagged separately for each transect. These live-fuel samples were weighed in the lab, then placed in an oven to dry at a temperature of 105°C for 24 hr and reweighed, generally following the methods of Stronach and McNaughton (1989). We calculated the difference between live and dried fuel weights to yield

Downloaded From: https://bioone.org/journals/Castanea on 17 Jan 2025
Terms of Use: https://bioone.org/terms-of-use

Case 3:23-cv-00936-WWB-LLL    Document 31-1    Filed 01/17/25    Page 73 of 286 PageID 452

fuel moisture content. We averaged fuel loads in g/m³ over the five transects, then extrapolated out to the total area representing the unburned treatment area, which represents the fuel load of this unburned coastal strand in g/m³. We then calculated coastal strand fuel load and compared this with the fuel loads of fuel models from Anderson (1982).

### Fire History
In an effort to determine fire history, and establish whether the coastal strand ecosystem has historically naturally burned with lightning ignition, we obtained and analyzed geospatial data (ArcMap 10.3.1) from the Florida Forest Service (FFS) on their available fire records for St. Johns County, Florida, between 1981 and 2015 (Taylor and Cummins, pers. comm.).

### Data Analyses
We separated foredune from backdune modules for all analyses.

*Plant Data.* We began our plant analyses with NMDS (nonmetric multidimensional scaling) ordinations on plant species data using Primer 7 (version 2014) to test whether there were clear separations (differences) in plant species cover or abundance by treatment (burned or unburned). These analyses use the Bray–Curtis similarity index, which represents the distance (similarity or dissimilarity) between sample characteristics (such as species abundance or cover class) and an environmental factor (treatment: burned or unburned) in multidimensional ordination space (Clarke and Warwick 2014). For the NMDS analyses, both the cover and abundance (stem count) data were used. We then used analysis of similarity (ANOSIM) on cover and abundance data sets to determine whether dissimilarities between samples and treatments were significant. Once we determined that burned modules clearly separated from unburned modules in several of the NMDS analyses, we then conducted similarity percentage (SIMPER) analyses using Primer 7 (version 2014) on the abundance data to determine which plant species were responsible for most of the dissimilarities between burned and unburned modules.

Biodiversity analyses between burned and unburned treatments also used Primer 7 (version 2014). These calculations are "based on the taxonomic distinctness or relatedness of the species making up a quantitative sample or species list" (Clarke and Warwick 2014). The Shannon diversity index, Simpson, Brillouin and Fisher's indices, Margalef's richness, and Pielou's evenness were calculated using the cover and abundance data.

For midstory and canopy tree diameter data we used two-way ANOVA to test for differences in mean dbh among the five dominant tree species and between burned or unburned treatments ($2 \times 5$ factorial ANOVA) using Microsoft Excel (version 2013). We did not test for fire-induced mortality in tree species for two reasons. The first is that we had no opportunity to collect prefire data, and the second is that for red bay, which would be expected to be a foundation species, many of these individuals had been killed by the invasive ambrosia beetle (*Xyleborus glabratus*)-mediated fungal infection (Ellison et al. 2005, Goldberg and Heine 2009, Shields et al. 2011), so we were unable to discern whether mortality was due to fire or to infection.

*Soil Data.* For soil data, Microsoft Excel (2013) was used for parametric statistical analyses (Student's *t*-tests) of the soil chemistry and particle size data to test whether there were any differences in soil characteristics between burned and unburned treatments.

*Soil and Vegetation Data.* We tested whether there were similarities between plant and soil characteristics in burned and unburned treatments in the following manner. We analyzed soil characteristics (soil chemistry and soil particle data sets) and plant cover and abundance data sets with Primer 7 (version 2014) NMDS, using all combinations of these four data sets to test whether there were clear separations (differences) by treatment (burned or unburned).

## RESULTS
### Plants
We recorded 40 species for the backdune locations, and 41 from the foredune area (Tables 1 and 2). The backdune list encompasses a range of woody and herbaceous species. Arboreal taxa include 13 tree species, of which five are oaks (genus *Quercus*) (Table 1). Among the herbaceous forms, the sunflower family (Asteraceae) is conspicuous by the presence of seven species. We also recorded several perennial or biennial herbs and five taxa of vines, particularly the

Downloaded From: https://bioone.org/journals/Castanea on 17 Jan 2025
Terms of Use: https://bioone.org/terms-of-use

**Table 1.  Backdune Samples Plant Species List, Guana Tolomato National Estuarine Research Reserve (GTMNERR) (*not native). Sources:** EOL 2017; Wunderlin et al. 2016.

| Family | Species | Common Name | Life Form |
|---|---|---|---|
| **Arboreal taxa:** | | | |
| Anacardiaceae | *Rhus copallinum* | Winged sumac | shrub |
| Aquifoliaceae | *Ilex opaca* | American holly | shrub, tree |
| Aquifoliaceae | *Ilex vomitoria* | Yaupon holly | shrub |
| Arecaceae | *Sabal palmetto* | Cabbage palm | tree |
| Arecaceae | *Serenoa repens* | Saw palmetto | shrub |
| Asteraceae | *Baccharis halimifolia* | Salt bush, groundsel tree | shrub |
| Euphorbiaceae | *Triadica sebifera** | Chinese tallowtree | tree |
| Fabaceae | *Erythrina herbacea* | Coral/Cherokee bean | shrub |
| Fagaceae | *Quercus geminata* | Sand live oak | tree |
| Fagaceae | *Quercus chapmanii* | Chapman's oak | shrub, tree |
| Fagaceae | *Quercus laurifolia* | Laurel oak | tree |
| Fagaceae | *Quercus myrtifolia* | Myrtle oak | shrub, tree |
| Fagaceae | *Quercus virginiana* | Live oak | tree |
| Lamiaceae | *Callicarpa americana* | American beautyberry | shrub |
| Lauraceae | *Persea borbonia* | Red bay | tree |
| Magnoliaceae | *Magnolia grandiflora* | Southern magnolia | tree |
| Oleaceae | *Cartrema americana* | Wild olive | tree |
| Rosaceae | *Prunus caroliniana* | Carolina laurelcherry | tree |
| Rosaceae | *Rubus trivialis* | Southern dewberry | subshrub, rambler |
| Rutaceae | *Zanthoxylum clava-herculis* | Hercules club | tree |
| Vitaceae | *Ampelopsis arborea* | Peppervine | liana |
| Vitaceae | *Parthenocissus quinquefolia* | Virginia creeper | liana |
| Vitaceae | *Vitis aestivalis* | Summer grape | liana |
| Vitaceae | *Vitis rotundifolia* | Muscadine grape | liana |
| **Herbaceous taxa:** | | | |
| Amaranthaceae | *Amaranthus australis* | Southern amaranth | annual herb |
| Asteraceae | *Ambrosia artemisiifolia* | Common ragweed | annual herb |
| Asteraceae | *Bidens alba* | Beggarticks | annual herb |
| Asteraceae | *Cirsium horridulum* | Purple thistle | annual/biennial herb |
| Asteraceae | *Erechtites hieraciifolius* | American burnweed | annual herb |
| Asteraceae | *Eupatorium capillifolium* | Dogfennel | perennial herb |
| Asteraceae | *Mikania scandens* | Climbing hempvine | vine |
| Asteraceae | *Solidago sempervirens* | Seaside goldenrod | perennial herb |
| Passifloraceae | *Passiflora incarnata* | Purple passionflower | vine |
| Phytolaccaceae | *Phytolacca americana* | American pokeweed | perennial herb |
| Solanaceae | *Physalis walteri* | Walter's groundcherry | perennial herb |
| Solanaceae | *Solanum carolinense* | Carolina horsenettle | perennial herb |
| Solanaceae | *Solanum chenopodioides* | Black nightshade | perennial herb |
| Smilacaceae | *Smilax auriculata* | Earleaf greenbrier | vine |
| Smilacaceae | *Smilax bona-nox* | Saw greenbrier | vine |
| Smilacaceae | *Smilax rotundifolia* | Roundleaf greenbrier | vine |

greenbriers (*Smilax* spp.). We noted that pines were absent from the tree taxa, and no grasses or sedges were observed for this ecozone (Table 1). The foredune plant species composition is simpler in both structure and composition, with only three shrub species, no trees, and multiple graminoids (Table 2). The dominant species were the graminoids, with the Poaceae family most abundant and widespread.

*NMDS Ordinations*

*Cover and Abundance.* For the backdune cover data, the NMDS ordination showed clear separation between burned and unburned sam-

ples (3D stress = 0.12) (Figure 1a). The ANOSIM analyses indicated that the dissimilarity in cover class between burned and unburned groups was significant for the backdune (R = 0.366, df = 19; p = 0.02). NMDS analyses for the foredune cover data showed a moderate separation (Figure 1b), with the ANOSIM results showing significant dissimilarity between treatments (R = 0.204, df = 19, p = 0.03).

The backdune NMDS abundance data analyses showed a clear separation between burned and unburned treatments (3D stress = 0.12) (Figure 2a), with ANOSIM analyses returning a signifi-

Downloaded From: https://bioone.org/journals/Castanea on 17 Jan 2025
Terms of Use: https://bioone.org/terms-of-use

Table 2.  Foredune Samples Plant Species List, Guana Tolomato National Estuarine Research Reserve (GTMNERR) (*not native). Sources: EOL 2017; Wunderlin et al. 2016.

| Family | Species | Common Name | Life Form |
|---|---|---|---|
| **Arboreal taxa:** | | | |
| Asteraceae | *Baccharis halimifolia* | Groundsel Tree | shrub |
| Arecaceae | *Serenoa repens* | Saw Palmetto | shrub |
| Sapotaceae | *Sideroxylon tenax* | Buckthorn | shrub/tree |
| **Herbaceous taxa:** | | | |
| Brassicaceae | *Cakile lanceolata* | Coastal searocket | annual herb |
| Poaceae | *Cenchrus spinifex* | Coastal sandbur | annual/perennial graminoid |
| Fabaceae | *Chamaecrista nictitans* var. *aspera* | Sensitive Pea | annual/perennial herb |
| Asteraceae | *Cirsium horridulum* | Purple thistle | biennial/perennial herb |
| Euphorbiaceae | *Cnidoscolus stimulosus* | Tread-softly; Stinging nettle | annual |
| Commelinaceae | *Commelina erecta* | Whitemouth dayflower | annual |
| Asteraceae | *Conyza canadensis* | Canadian horseweed | annual/biennial herb |
| Fabaceae | *Crotalaria rotundifolia* | Rabbitbells; Rattlebox | perennial herb |
| Euphorbiaceae | *Croton punctatus* | Beach tea | perennial herb |
| Cyperaceae | *Cyperus compressus* | Poorland flatsedge | annual/perennial graminoid |
| Amaranthaceae | *Dysphania ambrosioides** | Mexican tea | annual herb/subshrub |
| Euphorbiaceae | *Euphorbia exserta* | Spurge | perennial herb |
| Poaceae | *Eustachys glauca* | Saltmarsh fingergrass | perennial graminoid |
| Asteraceae | *Gaillardia pulchella* | Firewheel; Blanket flower | annual/biennial herb |
| Rubiaceae | *Galium hispidulum* | Coastal bedstraw | perennial herb |
| Asteraceae | *Helianthus debilis* | East Coast dune sunflower | annual/perennial herb |
| Araliaceae | *Hydrocotyle bonariensis* | Largeleaf marshpennywort | perennial herb |
| Fabaceae | *Indigofera spicata** | Trailing indigo | herb/subshrub |
| Fabaceae | *Indigofera hirsuta** | Hairy indigo | herb/subshrub |
| Convolvulaceae | *Ipomoea imperati* | Beach morning glory | perennial vine |
| Polemoniaceae | *Ipomopsis rubra* | Standingcypress | biennial herb |
| Asteraceae | *Iva frutescens* | Bigleaf sumpweed | perennial herb |
| Asteraceae | *Iva imbricata* | Seacoast marshelder | perennial herb/subshrub |
| Lamiaceae | *Monarda punctata* | Spotted beebalm | annual/biennial/perennial herb |
| Onagraceae | *Oenothera humifusa* | Seabeach evening primrose | perennial herb |
| Cactaceae | *Opuntia pusilla* | Cockspur pricklypear | perennial subshrub |
| Cactaceae | *Opuntia stricta* | Erect pricklypear | perennial subshrub |
| Passifloraceae | *Passiflora incarnata* | Purple passionflower | perennial herb/vine |
| Phyllanthaceae | *Phyllanthus odorata** | Chamber bitter | annual herb |
| Solanaceae | *Physalis walteri* | Walter's groundcherry | perennial herb |
| Plantaginaceae | *Plantago lanceolata** | Narrowleaf plantain | annual/biennialherb |
| Asteraceae | *Pluchea camphorata* | Camphorweed | annual/perennial herb |
| Lamiaceae | *Salvia lyrata* | Lyreleaf sage | perennial herb |
| Smilacaceae | *Smilax bona-nox* | Saw Greenbriar | vine |
| Asteraceae | *Solidago fistulosa* | Pinebarren goldenrod | perennial herb |
| Poaceae | *Spartina patens* | Saltmeadow cordgrass | perennial graminoid |
| Poaceae | *Uniola paniculata* | Seaoats | perennial graminoid |
| Agavaceae | *Yucca filamentosa* | Adam's needle | perennial herb/subshrub |

cant difference in the backdune treatment groups (R = 0.296, df = 19, p = 0.03). NMDS ordination of the foredune abundance data showed no clear separation between treatment groups (Figure 2b) and the ANOSIM analyses were insignificant (R = 0.074, df = 19, p = 0.08).

SIMPER analyses, which are based on testing the "Bray-Curtis similarities between samples" (Clarke and Warwick 2014), enabled a further test for whether there were species composition differences between burned and unburned treatments. SIMPER analysis on the backdune abundance data identified five species—climb-

ing hempvine [*Mikania scandens* (L.) Willd.], American pokeweed (*Phytolacca americana* L.), yaupon, Carolina laurelcherry [*Prunus caroliniana* (Mill.) Aiton], and saw palmetto—as those contributing most to the dissimilarities between treatment groups (burned and unburned) (Table 3a). Climbing hempvine and American pokeweed were found only in the burned treatment modules, whereas saw palmetto was more abundant in the unburned treatment modules.

The foredune analyses of the abundance data using SIMPER returned four species with major

Downloaded From: https://bioone.org/journals/Castanea on 17 Jan 2025
Terms of Use: https://bioone.org/terms-of-use



**Figure 1.** **(a)** Backdune NMDS analysis of similarity for cover (R = 0.366, df = 19; p = 0.02; 3Dstress value: 0.12). **(b)** Foredune NMDS analysis of similarity for cover (R = 0.204, df = 19, p = 0.03; 3Dstress value: 0.10). Calculated using Primer 7 on species abundance (stem count) data collected at the GTMNERR coastal strand, Florida, 2015–2016. B = Burned treatment; U: Unburned treatment.

Downloaded From: https://bioone.org/journals/Castanea on 17 Jan 2025
Terms of Use: https://bioone.org/terms-of-use



**Figure 2.   (a)** Backdune NMDS analysis of similarity for species abundance (R = 0.296, df = 19, p = 0.03; 3Dstress value: 0.12). **(b)** Foredune NMDS analysis of similarity for species abundance (R = 0.074, df = 19, p = 0.08; 3Dstress value: 0.14). Calculated using Primer 7 on species abundance (stem count) data collected at the Guana Tolomato National Estuarine Research Reserve (GTMNERR) coastal strand, Florida, 2015–2016. B = Burned treatment; U = Unburned treatment.

Downloaded From: https://bioone.org/journals/Castanea on 17 Jan 2025
Terms of Use: https://bioone.org/terms-of-use

**Table 3a.  Similarity percentage (SIMPER) (Primer 7) analysis for backdune species between burned and unburned treatments with average dissimilarities of primary species calculated (n = 10 modules for each treatment), from total stem counts on species abundance (using total stem count data from four, 1-m² quadrats in each module). Data collected at the Guana Tolomato National Estuarine Research Reserve (GTMNERR) coastal strand, Florida, 2015–2016. Parameters for both SIMPER analyses; Resemblance: S17 Bray-Curtis similarity; Cut off for low contributions: 70.00%.**

| Species | Mean Abundance Burned | Mean Abundance Unburned | Mean Dissimilarity | % Contribution to Dissimilarity |
|---|---|---|---|---|
| *Mikania scandens* | 2.07 | 0 | 10.71 | 14.11 |
| *Phytolacca americana* | 0.89 | 0 | 5.93 | 7.81 |
| *Ilex vomitoria* | 0.95 | 1.01 | 6.69 | 8.81 |
| *Prunus caroliniana* | 0.64 | 0.58 | 5.42 | 7.14 |
| *Serenoa repens* | 1.18 | 1.40 | 4.16 | 5.48 |

contributions to the dissimilarities between treatment groups: saltmeadow cordgrass, sea oats, seacoast marsh elder, and largeleaf marsh pennywort (*Hydrocotyle bonariensis* Comm. ex Lam.) (Table 3b). Saltmeadow cordgrass and sea oats were more abundant in the burned treatment modules, whereas seacoast marsh elder and largeleaf marsh pennywort were more abundant in the unburned treatments.

*Biodiversity*

Calculated biodiversity means indicate clear differences between burned and unburned treatment groups using the cover data for both backdune (Figure 3a) and foredune (Figure 3b) samples. However, for the same calculations using abundance data, there were no clear differences in biodiversity in either the backdune or the foredune.

*Tree Species Stem Diameters*

Of the five most abundant species in the backdune (yaupon, laurel oak, live oak, red bay, and magnolia), the two-way ANOVA analysis indicated that there was no relationship between tree species mean dbh and treatment (burned or unburned) (ANOVA; df = 1, F = 5.16, F crit =

7.71; p < 0.79). It should be noted that for several species—cabbage palm, wild olive [*Cartrema americana* (L.) G. L. Nesom] and cherry laurel— every individual of that species was found in only one treatment type, so there was no opportunity to compare treatments across these species.

*Soil*

Of the soil chemical characteristics we analyzed (Table 4), only pH in salt was significantly different between treatments in the backdune (df = 19, p = 0.04) and there were no significant differences in soil particle size distributions between treatments.

*Soil and vegetation*

We analyzed combinations of the soil characteristics data and plant cover and abundance data sets using NMDS with Primer 7 (2014). None of these analyses showed clear separations between burned and unburned treatments.

*Fuel Characteristics*

We compared fuel load calculations for the backdune with Anderson's fuel models (Anderson 1982). Analyses indicate that the coastal strand fuel load is closest to Fuel Model 7 (Southern

**Table 3b.  Similarity percentage (SIMPER) (Primer 7) analysis for foredune species between burned and unburned treatments with average dissimilarities of primary species calculated (n=10 modules for each treatment), from total stem counts on species abundance (using total stem count data from four, 1-m² quadrats in each module). Data collected at the Guana Tolomato National Estuarine Research Reserve (GTMNERR) coastal strand, Florida, 2015–2016.**

| Species | Mean Abundance Burned | Mean Abundance Unburned | Mean Dissimilarity | % Contribution to Dissimilarity |
|---|---|---|---|---|
| *Spartina patens* | 14.86 | 12.93 | 5.58 | 10.96 |
| *Uniola paniculata* | 10.09 | 5.35 | 5.33 | 10.47 |
| *Iva imbricate* | 2.65 | 5.42 | 4.65 | 9.14 |
| *Hydrocotyle bonariensis* | 6.76 | 8.05 | 4.49 | 8.82 |

Downloaded From: https://bioone.org/journals/Castanea on 17 Jan 2025
Terms of Use: https://bioone.org/terms-of-use



**Figure 3**. **(a)** Backdune biodiversity analysis (Shannon diversity, H'), with standard error bars. Calculated using Primer 7 on cover data collected at the Guana Tolomato National Estuarine Research Reserve (GTMNERR) coastal strand, Florida, 2015–2016. **(b)** Foredune biodiversity analysis (Shannon diversity, H'), with standard error bars. Calculated using Primer 7 on cover data collected at the GTMNERR coastal strand, Florida, 2015–2016.

rough) but is also comparable to Fuel Model 4 (Chapparal). Mean dead fuel moisture was 40.9% with a range from 24.8% to 63.8% and a standard deviation of 14.5%. It should be noted that our drying temperature was higher (105°C vs. 95°C) than Stronach and McNaughton's (1989) and our drying time was limited to 24 hr, which might have impacted both carbon and moisture levels.

*Fire History*

ArcGIS analyses of the FFS records indicated that, for this 34-yr period, 15 lightning-ignited fires occurred east of the Guana River in close proximity to the study area (Taylor and Cummins, pers. comm.). These wildfires all occurred during the summer growing season (June–August). Three of these fires were immediately adjacent to the study site, although just on the west side of SR A1A (the study site is just east of A1A). These three lightning-ignited fires ranged in area between 0.04 and 8 ha before being suppressed.

**DISCUSSION**    Our goal was to describe the vegetative response to fire in this threatened ecosystem to help inform natural areas manag-

Downloaded From: https://bioone.org/journals/Castanea on 17 Jan 2025
Terms of Use: https://bioone.org/terms-of-use

**Table 4.** Particle size data, soil chemistry and particle size, and analyses performed for backdune soils at the Guana Tolomato National Estuarine Research Reserve (GTMNERR) coastal strand, Florida, 2015–2016. B = Burned; UB = Unburned.

| Particles | Coarse | Medium | Fine | Very Fine |
|---|---|---|---|---|
| Mean UB | 8.28 | 15.27 | 67.92 | 5.52 |
| Mean B | 7 | 19.1 | 64.62 | 5.57 |
| df | 19 | 19 | 19 | 19 |
| SD UB | 5.72 | 6.56 | 12.11 | 2.70 |
| SD B | 3.82 | 7.87 | 10.34 | 2.66 |
| p | 0.23 | 0.09 | 0.22 | 0.39 |

| Chemistry | Mineral | Organic | Carbon H+ | Conc. $H_2O$ H+ | Conc. salt |
|---|---|---|---|---|---|
| Mean UB | 89.99 | 9.84 | 4.99 | 6.25 E−06 | 2.72 E−05 |
| Mean B | 88.68 | 10.68 | 5.66 | 0.00 | 1.01 E−05 |
| df | 19 | 19 | 19 | 19.00 | 19 |
| SD UB | 9.61 | 9.78E+00 | 4.81 | 0.000005 | 5.55 E−06 |
| SD B | 4.45 | 5.35 | 2.23 | 0.000025 | 1.01 E−05 |
| p | 0.324606 | 0.388456 | 0.324606 | 0.2416202 | 0.0348713 |

ers in their efforts to conserve and protect what remains of these fragmented coastal ecosystems. As such, we present both our results and a review of fire return intervals in similar ecosystems.

*Vegetative Fire Response*

When we tested for dissimilarity and biodiversity using the cover data, we found that there was a significantly different vegetation profile in response to fire in both the backdune and foredune of this coastal strand site. These results support our hypotheses that plant species diversity would increase and that cover would differ between burned and unburned treatments. These results also parallel prior investigators' conclusions (Abrahamson 1984, Turner and Bratton 1987, Davison and Bratton 1988) that introducing prescribed fire to the coastal strand ecosystem at GTMNNERR resulted in a significant change in vegetative cover. The moderately low R values obtained with ANOSIM analyses might reflect a resilience to fire in this ecosystem; this could be a topic for further investigation.

When we tested for dissimilarity and biodiversity using the abundance data, we obtained differing results between the backdune and foredune. Significant dissimilarity was found only for the backdune, which converges with the cover data analyses and supports our hypothesis that abundance differs between treatments. However, no significant biodiversity differences were found in either zone using the abundance data set for analyses. We therefore find our results for the foredune abundance data set inconclusive and offer the following possible explanations.

We note that the duration of the sampling effort might have influenced our results; although our sampling effort began early in the first growing season following the prescribed fire in 2014, it wasn't completed until 26 mo postburn. As such, it is possible we missed some of the immediate vegetative response to fire, especially in the faster-growing foredune species. The ambiguity in our abundance analyses for the foredune might be a reflection of the differences in rate of fire recovery mechanisms of the dominant species in each ecozone. Whereas woody tree and shrub species dominate the backdune, the foredune is graminoid-dominated, with species that appear to employ faster fire recovery mechanisms than those dominating the backdune. Our anecdotal observations that saw palmetto cover was reduced and that herbaceous species cover and abundance increased in the burned treatment was supported by the SIMPER analyses (Table 3a) and might reflect the different rate of fire recovery mechanisms of these important species.

Tree sizes as measured by dbh were also no different between treatments, causing us to reject our hypothesis that they would differ. Similarly, we detected only one difference in the soil analyses that might explain any of the significant vegetation results; thus, our hypoth-

Downloaded From: https://bioone.org/journals/Castanea on 17 Jan 2025
Terms of Use: https://bioone.org/terms-of-use

esis that there would be differences in soil characteristics between burned and unburned treatments was not well supported. It should also be noted that the soil sampling occurred in the second year following the burn, and it is therefore possible that most fire-related soil differences were no longer detectable. The only significant difference in soil chemistry between treatments was that soil pH in salt was higher for the burned treatment. This could be explained by the persistence of calcite, which is less soluble than other compounds that might affect soil pH (Ulery et al. 1993).

There were no records of differential management within our study area (Frazel 2008); we therefore initially assumed that our study zones were basically similar preburn. However, once we began data collection, we observed that two of our backdune unburned vegetation sample modules were seemingly in the process of succeeding to mesic oak hammock. Large canopy height live oak individuals dominated, with few saw palmettos and fewer herbaceous species in these modules. Shrub and fine fuels that could carry fire were limited; therefore, these two modules might reflect a successional trend toward a fire-resistant oak-dominated mesic hammock (Laessle and Monk 1961, Austin et al. 1987). It should be further noted that our treatments were not replicated, and that these samples represented 2 of the 10 unburned modules (out of a total of 40 total modules; 10 in each of four treatment combinations). We are uncertain why these two modules were different from all the other backdune sample modules and are therefore unclear as to the extent they might have affected our overall results in the backdune. We therefore interpret our results with restraint.

However, we are concerned about the potential effects of fire exclusion on the threatened coastal strand ecosystem. Although the plant species lists compiled by Gunter (1921) and Oosting (1954) are largely comparable to ours (Tables 1 and 2), Gunter (1921), who described coastal strand species very near our study site, noted the absence of the wild cherries/plums (*Prunus* spp.). Interestingly, one such species, Carolina laurelcherry, was fairly well represented in our backdune samples. The laurelcherry, which is fire sensitive, could reflect the "mesophication" (Nowacki and Abrams 2008) process in the backdune at the GTMNERR.

"Mesophication" ("development of cool, moist understory conditions") of ecosystems is a process whereby fire-dependent species are replaced by fire-sensitive species when a fire regime is interrupted, resulting in altered microclimatic changes that favor more shade-tolerant, fire-sensitive species (Nowacki and Abrams 2008).

Several investigators (Laessle and Monk 1961, Austin et al. 1987) note that in the absence of fire, the oaks grow larger, forming a closed canopy that reduces the presence of other species and leads to a fire-resistant, oak-dominated, mesic hammock. Kitzberger et al. (2012) concluded that there is a risk of reduction in flammability as this community ages, which could result in a positive feedback loop that reduces "its probability to spread fire." Davison and Bratton (1988) found that "little canopy mortality occurred in areas where live oak was dominant, but mortality was also dependent on size of individuals of the species." Kane et al. (2008) examined the combustion characteristics of dried leaves of several southeastern oak species and separated them into two groups: fire facilitators and fire impeders. They classified live oak in the "fire impeder" cluster (Kane et al. 2008).

Richardson (1977) states that fire is the "principal factor" in inhibiting succession on the Atlantic coastal ridge of southeastern Florida. Stout (1979) noted that coastal scrub shares species assemblage characteristics with "xeric flatwoods, xeric sand pine scrub or xeric coastal hammock." Laessle and Monk (1961) and Austin et al. (1987) observed that with frequent fire, a low dense vegetative thicket is perpetuated. We observed that the backdune species assemblage and structure resembles that of other "oak scrub" sites in the southeastern USA, with an understory largely dominated by pyrophytic saw palmetto (Abrahamson 1984, Breininger and Schmalzer 1990, Schmalzer and Hinkle 1992, 1996). The 2014 burn in our study site exhibited intense fire behavior, consistent with the pyrogenic nature of saw palmetto (Abrahamson 1984, Davison and Bratton 1988) and the observations of other investigators (Gunter 1921, Stout 1979, Fernald 1943).

While sampling, we observed a quick saw palmetto response to the fire. In fact, in the burned area the intense fire consumed nearly all of the aboveground saw palmetto biomass and

Downloaded From: https://bioone.org/journals/Castanea on 17 Jan 2025
Terms of Use: https://bioone.org/terms-of-use

the trunks appeared deeply charred. However, early in the growing season immediately following the fire, the palmetto resprouted vigorously and flowered profusely, similar to observations of other investigators (Abrahamson 1984, 1999, Simon 1986, Frost 1998). Conversely, we did not observe saw palmetto flowering in our unburned sites. Although we did not collect data on seed recruitment, this could also be a topic for future research in this ecosystem. Saw palmettos, with their robust resilient rhizomes, are likely one of the most important plant species to manage in this ecosystem, particularly in view of their role in maintaining dune stability. Saw palmetto might be equally essential for maintaining the coastal strand ecosystem by promoting the spread of periodic fire, and would therefore be considered a foundational species.

Although there is no direct evidence yet available that fires naturally occurred in the coastal strand aside from observable fire scars on a number of the larger cabbage palms, we infer that lightning caused the ignition of vegetation in the coastal strand and might have spread readily before widespread development along most of SR A1A. The lightning strike map produced by Komarek (1964) clearly indicates a significant number of "lightning caused fires" occurring in a single year, 1962, in the coastal area near or within our study site. In fact, one fire, on December 5, 1987 (Taylor and Cummins, pers. comm.), burned from upper Guana Lake (very near our study area) east all the way to the dunes in our study area, demonstrating the natural movement of fire across the landscape. This is the last known occurrence of fire in our study area prior to the 2014 prescribed fire. Naturally-occurring fire might well have been essential to sustaining the coastal strand ecosystem by inhibiting succession to oak-dominated mesophytic hammock.

## Fire Management Review and Further Investigations

Oosting (1954) was the first to outline a successional process in which disturbance(s) maintained the coastal strand ecosystem in its scrubby form, limiting succession toward a live oak/maritime hammock. Although Laessle and Monk (1961) did not define "frequent" fire in recommending fire to maintain or perpetuate coastal strand ecosystems, Austin et al. (1987) reported that the strand ecosystem in southeast Florida burned on a 4–5-yr interval. Scrub

ecosystems on a larger Atlantic barrier island complex, the Merritt Island region, were modeled for fire return intervals by Duncan et al. (2011). They inferred that a cyclical pattern for the largest fires of approximately 11 yr was likely explained by the combined effects of cumulative "fuel loadings and climatic variability" (the ENSO, or El Niño–Southern Oscillation, cycle).

Although Austin et al. (1977) suggest that fires occurred as often as every 4–5 yr in the coastal strand, longer fire return intervals in similar inland systems are more typically described. Scrub fire return intervals of 15–20 yr in Florida (Johnson 1982) and 20–30 yr on Cumberland Island, Georgia (Turner and Bratton 1987) were documented, while a 10–25-yr cycle was indicated for Merritt Island, Florida, oak scrub (Schmalzer and Hinkle 1992, 1996). Richardson (1977) notes that although fire in inland scrub locations occurs on an average of between 20 and 40 yr, when burned more frequently, those communities tend to shift to an oak-palmetto type, closely resembling the composition of the coastal strand community in our study site.

More information is needed on the specific effects of fire on faunal species dependent on these coastal ecosystems, and the dynamic interactions among plant species, fauna, and fire. This research provides a clearer picture of the response of the GTMNERR coastal strand vegetation to fire as well as a potential baseline for a long-term monitoring effort. Future research directions could also include a specific focus on testing fire return intervals for this ecosystem, a focus on "mesophication," and spread dynamics, patch size, and spatial dynamics of fire in this and other remnant coastal ecosystems. Coastal scrubs similar in structure and dominated by fire dependent species in other locations might similarly benefit from reintroduction of fire and sustained fire management; this is another topic for future investigations. Planned research will also consider the individual and combined effects and thresholds created by the actions of fire and storm events.

## Fire Management Recommendations

We recommend the use of prescribed fire in the backdune of the coastal strand ecosystem in the study region. When we compare our results with other investigations, similar patterns emerge, which we assert supports the reintroduction of fire as a management strategy for sustaining the coastal strand ecosystem in the GTMNERR.

Downloaded From: https://bioone.org/journals/Castanea on 17 Jan 2025
Terms of Use: https://bioone.org/terms-of-use

Based on our results in the backdune and review of the relevant literature, we recommend as a starting point that a fire return interval of between 4 and 20 yr be considered by fire managers of the northeast Florida coastal strand ecosystem. We do caution, however, that in the absence of a firm understanding of an appropriate fire return interval, the risk of destabilizing the dune system with too-frequent or too-intense fires should be considered by fire managers. We are much less confident about recommending fire management for the foredune, for which our results were largely equivocal. Other investigators have described the many maritime disturbance influences which limit succession in the foredune component of this ecosystem, likely to an equivalent or greater extent than fire (Doing 1985, Florida Natural Areas Inventory 1990, 2010).

In conclusion, other investigators' research on successional patterns in ecosystems with similar plant associations, a history of lightning-ignited fires, and our findings on fuel loads and vegetative responses to fire, together support fire management action as an important tool for sustaining this highly threatened ecosystem by impeding succession to a maritime oak hammock.

**ACKNOWLEDGEMENTS**   We thank the following for their many contributions to field work: D. Cayouette, J. Cheney and S. Dawes. D. Hoffmann, A. Byram, and C. Ferran also assisted in field data collection. We thank Flagler College, particularly T. Seron and A. Woolfolk, for supporting this research through a sabbatical. R. Rolland provided data and analyses for fuel loads. P. Dyess was instrumental in obtaining literature for review. GTMNERR staff provided invaluable support and access to the study site, especially M. Shirley, N. Dix, J. Burgess, A. Koelker, P. Marcum, K. Rainer, and S. Eastman. We thank J. Brenner, S. Taylor, and K. Cummins of the Florida Fire Service for providing us with wildland fire data. We are grateful to J. Taggart, W. Thomson, and J. Veenstra for sharing their expertise. E. McGinley and W. Thomson provided helpful comments on the manuscript. We are especially grateful to L.A. Newsom for her many insightful comments, assistance with table formatting and species reviews, and comprehensive review of the manuscript, and to D. Haynes for his assistance with all aspects of this research.

## LITERATURE CITED

Abrahamson, W.G. 1984. Species responses to fire on the Florida Lake Wales Ridge. Amer. J. Bot. 71:35–43.

Abrahamson, W.G. 1999. Episodic reproduction in two fire-prone palms, *Serenoa repens* and *Sabal etonia* (Palmae). Ecology 80:100–115.

Acosta, A., C. Blasi, and A. Stanisci. 2000. Spatial connectivity and boundary patterns in coastal dune vegetation in the Circeo National Park, Central Italy. J. Veg. Sci. 11:149–154.

Anderson, H.E. 1982. Aids to determining fuel models for estimating fire behavior. General Technical Report INT-122. U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station, Ogden, Utah. 22 p.

Austin, D.F., K.C. Marois, and D.R. Richardson. 1977. Vegetation of southeastern Florida II–V. Florida Sci. 40:331–361.

Austin, D.F., F.R. Posin, and J. N. Burch. 1987. Scrub species patterns on the Atlantic coastal ridge, Florida. J. Coastal Res. 3:491–498.

Breininger, D.R. and P.A. Schmalzer. 1990. Effects of fire and disturbance on plants and birds in a Florida oak/palmetto scrub community. Amer. Midl. Naturalist 123:64–74.

Carrington, M.E. and J.J. Mullahey. 2013. Saw palmetto (*Serenoa repens*) flowering and fruiting response to time since fire. Rangeland Ecol. Managem. 66:43–50.

Clarke, K.R. and R.M. Warwick. 2014. Change in marine communities: an approach to statistical analysis and interpretation, 3rd ed. Primer-E, Ltd., Plymouth, United Kingdom.

Davison, K.L. and S.P. Bratton. 1988. Vegetation response and regrowth after fire on Cumberland Island National Seashore, Georgia. Castanea 53:47–65.

Doing, H. 1985. Coastal fore-dune zonation and succession in various parts of the world. p. 65–75. *In:* Beeftink W.G., J. Rozema, and A.H.L. Huiskes (eds.). Ecology of coastal vegetation. Advances in vegetation science. Springer, Dordrecht, The Netherlands.

Downloaded From: https://bioone.org/journals/Castanea on 17 Jan 2025
Terms of Use: https://bioone.org/terms-of-use

Duncan, B.W., F.W. Adrian, and E.D. Stolen. 2010. Isolating the lightning ignition regime from a contemporary background fire regime in east-central Florida, USA. Canad. J. Forest Res. 40:286–297.

Duncan, B.W., J.F. Weishampel, and S.H. Peterson. 2011. Simulating a natural fire regime on an Atlantic coast barrier island complex in Florida, USA. Ecol. Modelling 222:1639–1650.

Ellison, A.M., M.S. Bank, B.D. Clinton, E.A. Colburn, K. Elliott, C.R. Ford, D.R. Foster, B.D. Kloeppel, J.D. Knoepp, G.M. Lovett, J. Mohan, D.A. Orwig, N.L. Rodenhouse, W.V. Sobczak, K.A. Stinson, J.K. Stone, C.M. Swan, J. Thompson, B. Von Holle, and J.R. Webster. 2005. Loss of foundation species: consequences for the structure and dynamics of forested ecosystems. Frontiers Ecol. Environm. 3:479–486.

[EOL] Encyclopedia of Life. (http://www.eol.org. 8 Jan 2017).

Fernald, R.T. 1989. Coastal xeric scrub communities of the Treasure Coast region, Florida: A summary of their distribution and ecology, with guidelines for their preservation and management. Florida Game and Fresh Water Fish Commission, Office of Environmental Services.

Florida Climate Center. 2016. (http://climatecenter.fsu.edu/, 12 June 2016).

Florida Memory. 2016. State Library and Archives of Florida. (https://www.floridamemory.com/, 20 June 2016).

Florida Natural Areas Inventory. 1990. Guide to the natural communities of Florida. Tallahassee, USA: Florida Natural Areas Inventory. Tallahassee, Florida.

Florida Natural Areas Inventory. 2010. Guide to the natural communities of Florida, 2010 ed. Tallahassee, USA: Florida Natural Areas Inventory. Tallahassee, Florida.

Frazel, D. 2008. Site profile of the Guana Tolomato Matanzas National Estuarine Research Reserve. Ponte Vedra, Florida. (https://coast.noaa.gov/data/docs/nerrs/Reserves_GTM_SiteProfile.pdf, 26 June 2017).

Frost, C.C. 1998. Presettlement fire frequency regimes of the United States: a first approximation. p. 70–81 *In*: Pruden, T. L. and L. A.

Brennan (eds.). Proceedings of the Tall Timbers Fire Ecology Conference.

Gibson, D.J. and P.B. Looney. 1992. Seasonal variation in vegetation classification on Perdido Key, a barrier island off the coast of the Florida panhandle. J. Coastal Res. 943–956.

Goldberg, N. and J. Heine. 2009. A comparison of arborescent vegetation pre- (1983) and post- (2008) outbreak of the invasive species the asian ambrosia beetle *Xyleborus glabratus* in a Florida maritime hammock. Pl. Ecol. Diversity 2:77–83.

Gramling, J.M. 2010. Potential effects of laurel wilt on the flora of North America. S. E. Naturalist (Steuben) 9:827–836.

[GTMNERRMP] Guana Tolomato Matanzas National Estuarine Research Reserve Management Plan. 2009. (http://publicfiles.dep.state.fl.us/cama/plans/aquatic/GTM_NERR_Management_Plan_2009.pdf, 30 Mar 2016).

Gunter, H. 1921. Annual report/Florida State Geological Survey. The State Geological Survey. (http://ufdc.ufl.edu/UF00000001/00022/5j, 3 June 2016).

Harper, R.M. 1911. The relation of climax vegetation to islands and peninsulas. Bull. Torrey Bot. Club 38:515.

Harper, R.M. 1914. Florida Geological Survey Sixth Annual Report, Geography and Vegetation of Northern Florida. Florida State Geological Survey, Tallahassee, Florida. (http://www.biodiversitylibrary.org/item/24969#page/9/mode/1up, 11 June 2016).

Hillestad, H.O., J.R. Bozeman, A.S. Johnson, C.W. Berisford, and J.I. Richardson. 1975. The ecology of the Cumberland Island National Seashore Camden County. University of Georgia Technical Report Series.

Isermann, M. 2011. Patterns in species diversity during succession of coastal dunes. J. Coastal Res. 27:661–671.

Johnson, A.F. 1982. Some demographic characteristics of the Florida rosemary *Ceratiola ericoides* Michx. Amer. Midl. Naturalist 108: 170.

Johnson, A.F. and M.G. Barbour. 1990. Dunes and maritime forests. p. 429–480 *In*: Myers, R.L. and J.J. Ewell (eds.). Ecosystems of

Downloaded From: https://bioone.org/journals/Castanea on 17 Jan 2025
Terms of Use: https://bioone.org/terms-of-use

Florida. University of Central Florida Press, Orlando.

Johnson, A.F. and K. Gulledge and Florida Natural Areas Inventory. 2005. Update to a 1992 assessment of Florida's remaining coastal upland natural communities Florida Natural Areas Inventory, Tallahassee, Florida.

Kane, J.M., J.M. Varner, and J.K. Hiers. 2008. The burning characteristics of southeastern oaks: discriminating fire facilitators from fire impeders. Forest Ecol. Managem. 256:2039–2045.

Kitzberger, T., E. Aráoz, J.H. Gowda, M. Mermoz, and J.M. Morales. 2012. Decreases in fire spread probability with forest age promotes alternative community states, reduced resilience to climate variability and large fire regime shifts. Ecosystems 15:97–112.

Komarek, E.V. 1964. The natural history of lightning. p. 139–183 *In*: Proceedings of the third annual Tall Timbers Fire Ecology Conference, Tallahassee, Florida.

Kurz, H. 1942. Florida dunes and scrub, vegetation and geology. Geological Bulletin, No. 23. Published for the State Geological Survey.

Laessle, A.M. and C.D. Monk. 1961. Some live oak forests of northeastern Florida. Quart. J. Florida Acad. Sci. 24:417–433.

Lau, A. and C.K. Dodd. 2015. Multiscale burrow site selection of gopher tortoises (*Gopherus polyphemus*) in coastal sand dune habitat. J. Coastal Res. 31:305–314.

Lins, H.F., Jr. 1980. Patterns and trends of land use and land cover on Atlantic and Gulf Coast barrier islands. Geological Survey Professional Paper (http://pubs.usgs.gov/pp/1156/report.pdf, 14 April 2016).

Maner, M.L., J.L. Hanula, and S. Horn. 2014. Population trends of the redbay ambrosia beetle (Coleoptera: Curculionidae: Scolytinae): does utilization of small diameter redbay trees allow populations to persist? Florida Entomol. 97:208–216.

Menges, E.S. and N. Kohfeldt. 1995. Life history strategies of Florida scrub plants in relation to fire. Bull. Torrey Bot. Club 122:282.

Miller, T.E., E.S. Gornish, and H.L. Buckley. 2010. Climate and coastal dune vegetation: disturbance, recovery, and succession. Pl. Ecol. 206:97–104.

Mitchell, R.J., Y. Liu, J.J. O'Brien, K.J. Elliott, G. Starr, C.F. Miniat, and J.K. Hiers. 2014. Future climate and fire interactions in the southeastern region of the United States. Forest Ecol. Managem. 327:316–326.

Munsell Color Chart. 2000. Munsell soil color charts revised washable edition. Gretabacbeth, Munsell Color. New Windsor, New York.

Myers, R.L. and J J. Ewell (eds.). 1990. Ecosystems of Florida. University of Central Florida Press Orlando, Florida.

Nicholls, R.J. and A. Cazenave. 2010. Sea-level rise and its impact on coastal zones. Science 328:1517–1520.

Noss, R. 2011. Between the devil and the deep blue sea: Florida's unenviable position with respect to sea level rise. Climatic Change 107:1–16.

Nowacki, G.J. and M.D. Abrams. 2008. The demise of fire and "mesophication" of forests in the eastern United States. BioScience 58:123–138.

Oosting, H.J. 1954. Ecological processes and vegetation of the maritime strand in the southeastern United States. Bot. Rev. (Lancaster). 20:226–262.

Peet, R.K., M.T. Lee, M.F. Boyle, T.R. Wentworth, M.P. Schafale, and A.S. Weakley. 2012. Vegetation-plot database of the Carolina vegetation survey. Biodivers. & Ecol. 4:243–253.

Peet, R.K., T.R. Wentworth, and P.S. White. 1998. A flexible, multipurpose method for recording vegetation composition and structure. Castanea 63:262–274.

Pierce, C.W. and D.W. Curl. 1970. Pioneer life in southeast Florida. University of Miami Press, Coral Gables. (http://www.latinamericanstudies.org/florida/Pioneer_Life_in_Southeast_Florida.pdf, 23 June 2016).

Predmore, S.A., J. McDaniel, and J.S. Kush. 2007. Presettlement forests and fire in southern Alabama. Canad. J. Forest Res. 37:1723–1736.

Richardson, D. R. 1977. Vegetation of the Atlantic coastal ridge of Palm Beach county, Florida (USA). Florida Sci. 40:281–330.

Schmalzer, P.A. and C.R. Hinkle. 1992. Species composition and structure of oak-saw palmetto scrub vegetation. Castanea 220–251.

Downloaded From: https://bioone.org/journals/Castanea on 17 Jan 2025
Terms of Use: https://bioone.org/terms-of-use

Schmalzer, P.A. and C.R. Hinkle. 1996. Biomass and nutrients in aboveground vegetation and soils of Florida oak-saw palmetto scrub. Castanea 61:168–193.

Shields, J., S. Jose, J. Freeman, M. Bunyan, G. Celis, D. Hagan, M. Morgan, E.C. Pieterson, and J. Zak. 2011. Short-term impacts of laurel wilt on redbay (*Persea borbonia* [L.] Spreng.) in a mixed evergreen-deciduous forest in northern Florida. J. Forest. (Washington) 109:82–88.

Simon, D.M. 1986. Fire effects in coastal habitats of east central Florida. CPSU Technical Report, Institute of Ecology, University of Georgia, Athens, Georgia.

Soil survey of St. Johns County, Florida. 1999. (http://ufdc.ufl.edu/UF00025729/00001/6?search=28, 6 June 2016).

Soil Survey Staff. 2014. Kellogg Soil Survey Laboratory Methods Manual, R. Burt (ed.). Soil Survey Investigations Report No. 42, Version 5.0. U.S. Department of Agriculture, Natural Resources Conservation Service, Washington, D.C.

Stout, I.J. 1979. A continuation of base-line studies for environmentally monitoring Space Transportation System (STS) at John F. Kennedy Space Center. Volume 1: Terrestrial community analysis. (http://ntrs.nasa.gov/search.jsp?R=19810007063, 3 February 2016).

Stronach, N.R.H. and S.J. McNaughton. 1989. Grassland fire dynamics in the Serengeti ecosystem, and a potential method of retrospectively estimating fire energy. J. Appl. Ecol. 26:1025–1033.

Takahashi, M.K.L., M. Horner, T. Kubota, N.A. Keller, and W.G. Abrahamson. 2011. Extensive clonal spread and extreme longevity in saw palmetto, a foundation clonal plant. Molec. Ecol. 20:3730–3742.

Turner, S. and S.P. Bratton. 1987. The recent fire history of Cumberland Island, Georgia. Castanea 300–303.

Ulery, A.L, R.C. Graham, and C. Amrhein. 1993. Wood-ash composition and soil pH following intense burning. Soil Sci. 156:358–364.

Veno, P.A. 1976. Successional relationships of five Florida plant communities. Ecology 57: 498–508.

Wunderlin, R.P., B.F. Hansen, A.R. Franck, and F.B. Essig. 2016. Atlas of Florida plants (http://florida.plantatlas.usf.edu/). Institute for Systematic Botany, University of South Florida, Tampa, Florida.

Downloaded From: https://bioone.org/journals/Castanea on 17 Jan 2025
Terms of Use: https://bioone.org/terms-of-use

Attachment B

Global Ecology and Conservation 25 (2021) e01437

Contents lists available at ScienceDirect

# Global Ecology and Conservation

journal homepage: http://www.elsevier.com/locate/gecco





Original Research Article

# Changes in coastal Gopher Tortoise (*Gopherus polyphemus*) burrow characteristics and density following hurricane events in Northeast Florida, USA: Implications for conservation planning

Barbara I. Blonder[*], Kyra J. Liedtke, Sloane E. Stephens

*Flagler College, St. Augustine, FL, USA*

## ARTICLE INFO

*Article history:*
Received 25 June 2020
Received in revised form 21 December 2020
Accepted 21 December 2020

*Keywords:*
Sea level rise
Disturbance
Assisted migration
Keystone species, Dunes, Resilience

## ABSTRACT

The Gopher Tortoise, *Gopherus polyphemus* is iconic, yet threatened throughout its range in the southeastern United States. It is a burrowing, herbivorous tortoise whose upland habitats have been greatly reduced by habitat destruction, fragmentation and/or reduction in quality due to anthropogenic changes in the disturbance regimes, such as fire, that are necessary to maintain quality habitat. Importantly, Gopher Tortoises are well documented keystone species supporting numerous conspecifics that are dependent upon or regularly use their burrows.

While this species has been much studied in its inland habitats, it also thrives in coastal sand dune environments where little is known about its behavior, ecosystem role or conservation status. Coastal natural areas in the state of Florida, USA have been significantly reduced by human activity, and are now additionally threatened with accelerated sea level rise and more frequent and intense storms.

We collected Gopher Tortoise burrow location, abundance, width and activity data in 2016 for a coastal population within northeast Florida, protected within the northern component of the Guana Tolomato Matanzas National Estuarine Research Reserve. Soon after our burrow survey was completed in 2016, Hurricane Matthew heavily impacted our study area that fall. In order to determine the degree to which this Gopher Tortoise population might have been impacted by the hurricane, we began re-surveying burrows in 2017 but were interrupted by another Hurricane, Irma, in 2017. We completed the post-hurricanes burrow surveys in 2018.

When comparing pre-and post-hurricanes surveys, we found that habitat was lost and burrow density increased. The relative proportion of burrows categorized as "active" increased, while "inactive" and "abandoned" burrows decreased. Furthermore, burrow abundance decreased by 10% following these back-to-back hurricane events.

We infer that individual Gopher Tortoises mostly abandoned low elevation burrows at risk of hurricane-related storm surge and relocated to higher elevation, unused (or "inactive" and "abandoned") burrows. Such relocation, combined with significant loss of previously inhabited lower elevation habitat could explain the post-storm increase in burrow density and the proportional changes in burrow activity classification.

*Abbreviations:* GTMNERR, Guana Tolomato Matanzas National Estuarine Research Reserve; SLR, Sea Level Rise.
* Corresponding author. Flagler College, P.O. Box 1027, Saint Augustine, FL, 32085-1027, USA.
*E-mail addresses:* bblonder@flagler.edu (B.I. Blonder), kliedtke316@flagler.edu (K.J. Liedtke), sloanes12@gmail.com (S.E. Stephens).

https://doi.org/10.1016/j.gecco.2020.e01437
2351-9894/© 2020 Published by Elsevier B.V. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).

B.I. Blonder, K.J. Liedtke and S.E. Stephens

*Global Ecology and Conservation 25 (2021) e01437*

However, as resilient as this population may be, it is running out of room due to sea level rise and habitat loss and fragmentation. Such implications for this and other species should be considered in conservation planning for coastal species of concern.

© 2020 Published by Elsevier B.V. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).

## 1. Introduction

The state of Florida, USA, has lost much of its natural area lands to development over the past 100 years, and for coastal uplands an alarming 85,834 acres, or 0.23% of statewide natural area land cover remains (Volk et al., 2017). Human populations continue to be highly concentrated in coastal areas; just in the years between 1992 and 2004 residential and commercial development resulted in the loss of 25% of Florida's coastal uplands (Johnson et al., 2005; Lotze, 2006).

Much research has been published about the biodiversity crisis, with an increasing emphasis on the threat posed to many coastal species by the combined impacts of habitat loss, climate change, sea level rise and more intense storms (Kautz and Cox, 2001; Noss, 2011; Reece et al., 2013; Volk et al., 2017). There is a widespread and convergent body of research that describes and predicts more frequent and more intense climate-related storm and wave intensity as well as an increasing rate of sea level rise (Nicholls and Cazenave, 2010; Carter et al., 2018). For the Southeastern United States in particular, increases in hurricane intensity and tropical storm surges are already being experienced (Carter et al., 2018; Komar and Allan, 2008).

These climate change impacts are causing a net loss of coastal habitat (Foster et al., 2017; Xiao et al., 2018). In many cases these coastal species populations will become permanently displaced, as even under "low estimate" models of sea level rise and storm intensity, significant areas of remnant habitat will be lost (Foster et al., 2017; Martin et al., 2017; Noss, 2011; Reece et al., 2013).

Evidence of the Gopher Tortoise in the paleobiological record in Florida dates to at least the Paleo-Indian Period, 12,000−9000 years ago (Clausen et al., 1979). Gopher Tortoises are well-documented as a keystone species in inland Southeastern U.S. ecosystems (Catano and Stout, 2015; Dziadzio and Smith, 2016; Eisenberg, 1983; White and Tuberville, 2017; Witz et al., 1991; Young and Goff, 1939). Despite its demonstrated ecological importance, throughout their remaining range in the southeastern U.S. Gopher Tortoise populations are disjunct from one another and face continued threats from habitat fragmentation and development. This tortoise species is IUCN classified as Vulnerable (Tortoise & Freshwater Turtle Specialist Group, 1996), formally Florida state designated Threatened (ST) (Gruver and Coffey, 2017) and at this writing is under review for inclusion as a candidate species for protection under the Endangered Species Act (U.S. Department of the Interior, 2019). In two threat assessments, the Gopher Tortoise was identified as a focal species biodiversity indicator for land acquisition conservation planning while in great need of additional conservation planning efforts (Kautz and Cox, 2001; Reece et al., 2013).

The Gopher Tortoise population we studied is dependent on remnant and increasingly threatened coastal habitats identified as Coastal Strand and Beach Dune, both of which are classified as G3 (globally vulnerable to extirpation)/S2 (state ranked imperiled) (FNAI, 2010). Our study area, which is one of the few intact examples of these imperiled ecosystems is protected by the Guana Tolomato Matanzas National Estuarine Research Reserve (GTMNERR), however it is also unfortunately a prime example of habitat fragmentation. The Atlantic Ocean forms the eastern boundary of our study area, human residential development constrains this habitat to the north and south and a heavily traveled road, State Road A1A, forms the western boundary of this narrow ribbon of coastal habitat (Fig. 1).

The Gopher Tortoise population in our study area largely lacks the opportunity to disperse inland because of this road, which runs parallel to the coastal dunes in the GTMNERR as well as much of the east coast of Florida. Any Gopher Tortoise attempting to cross this road risks a high probability of roadkill, and we have seen evidence of such tortoise mortality on several occasions. This population of Gopher Tortoises is literally boxed in on all sides, facing the additive threats of habitat destruction, fragmentation and sea level rise, and lacking the opportunity to relocate toward other suitable and protected habitats (Noss, 2011; Reece et al., 2013).

In the spring of 2016, our research team measured whether there were differences in vegetative diversity in response to prescribed fire in the Coastal Strand ecosystem in the GTMNERR in Northeast Florida (Blonder et al., 2018). As a corollary to that vegetative research, we also mapped, classified and measured Gopher Tortoise burrows found near our sampled vegetative units, as well as those found during our traverses from one sample location to the next. Hurricane Matthew significantly impacted this area on October 8, 2016, then Hurricane Irma moved through this same area on September 11, 2017. Much of the vegetated foredune (from the crest of the dune seaward to the mean high tide line) was inundated with seawater, eroded, covered over with sand, or experienced some combination of these storm-related impacts (Figs. 2 and 3). The actions of these hurricanes led us to question whether, and to what extent, this coastal Gopher Tortoise population might have been impacted by these storms.

The Gopher Tortoise population in our study area has been previously studied (Pawelek and Kimball, 2014; Lau and Dodd, 2015) however we were unable to find any prior research efforts directly measuring impacts of hurricane events or sea level rise on coastal populations of this threatened species. Two other investigations noted the threats to coastal habitat posed by

*B.I. Blonder, K.J. Liedtke and S.E. Stephens*    *Global Ecology and Conservation 25 (2021) e01437*



**Fig. 1.** Study area: GTMNERR northern component, Florida, USA (courtesy of SS Scott Eastman, GTMNERR).

hurricanes, but did not directly measure pre-and post-storm population changes (Kushlan and Mazzotti, 1984; Waddle et al., 2006).

The objective of this research was to determine how the effects of hurricane events might have impacted this already-threatened coastal Gopher Tortoise population, and therefore help inform conservation management efforts. We hypothesized that there would be a reduction in the total number of burrows, there would be an increase in burrow density due to

*B.I. Blonder, K.J. Liedtke and S.E. Stephens*                                    *Global Ecology and Conservation 25 (2021) e01437*



**Fig. 2.** Vegetated dune swale pre-hurricane Matthew.



**Fig. 3.** Vegetated dune swale post-hurricanes Matthew and Irma, 2018.

habitat loss, there would be an increased percentage of active burrows, and there would be a shift toward more large burrows (>23 cm in width) when comparing pre- and post-hurricane burrow activity, abundance, density and size classes.

## 2. Materials and methods

### 2.1. Study area

The GTMNERR protects and manages one of the most significant examples of the remnant undeveloped Florida Coastal Strand and Beach Dune ecosystems, including our study area, which lies within the northern coastal component of the GTMNERR. The geographic location of our study area ranges from 30°07′37.68″N, 81°20′51.84″W to 30°04′05.43″N, 81°20′01.63″W. Two excessively well drained low nutrient soil types, Fripp−Satellite−Paola complex and Beaches, comprise the beach and dune type (GTMNERR Management Plan, 2009; *Soil survey of St. Johns County Florida, 1999*). Stabilized, partially

B.I. Blonder, K.J. Liedtke and S.E. Stephens    Global Ecology and Conservation 25 (2021) e01437

vegetated primary dunes reach heights of up to 12 m (GTMNERR Management Plan, 2009). The crest and eastern slopes of the dunes are where Gopher Tortoise burrows are found in the greatest abundance.

Our site is approximately 6.5 km long, and varies in width from 90 to 145 m totaling approximately 55 ha in area. Floristically, the foredune (the area from the dune crest eastward to the MHHW) within the study site is grassland beach dune (Doing, 1985; Stout, 1979) interspersed with open sand, constituting suitable Gopher Tortoise habitat totaling approximately 26 ha in area. The backdune zone immediately west of the dune ridge, bounded to the west by State Road A1A, is much less suitable habitat; it is characterized as Coastal Strand, a dense shrub and tree dominated coastal scrub (FNAI, 2010; Johnson and Barbour, 1990).

### 2.2. Burrow surveys

Our Gopher Tortoise burrow survey methodology largely follows that described by Ashton et al. (2008). Teams of 3−6 people scanned for burrows by walking along the north-south orientation of the coastal foredune which runs parallel to the shoreline. In most cases, when a burrow was found, team members converged to record the GPS latitude and longitude on a Trimble Geo 7×. Burrow activity was classified as either "active", "inactive" or "abandoned", following the classification criteria established by Auffenberg and Franz (1982). Calipers were used to measure the burrow entrance widths in cm (for active and inactive burrows only, as abandoned burrows were often found at least partially collapsed). We conducted our surveys only during periods when we directly observed tortoises actively moving outside their burrows to maximize the accuracy of burrow activity classification (McCoy and Mushinsky, 1992).

For our pre-hurricane burrow survey, we surveyed the entire study area between late February and May 2016. Our post-hurricane Matthew burrow survey was begun between May and June of 2017. While we had planned to complete that survey in the Fall of 2017, Hurricane Irma's strike in September 2017 caused disruptions in our resurvey efforts, limiting our access to the study area due to hurricane damage to the site's parking areas and boardwalks. We therefore completed our post-hurricane surveys over several sample periods ending in May 2018 (Table 1).

### 2.3. Statistical testing for changes in Gopher Tortoise burrow density, activity and size

Tests of our hypotheses for statistical significance for differences in total burrow abundance and activity classification were conducted using Microsoft Excel. The data set was normally distributed, and the burrow activity classifications (active, inactive and abandoned) are independent of each other. Burrow activity data were transformed from descriptive text into numeric identifiers, and then pre-and post-hurricane activity data were compared using a single factor ANOVA. The framework behind the One-way ANOVA test compares means from two or more independent (unrelated) groups using the $F$-distribution.

Burrow densities were calculated by dividing the number of burrows recorded by the total vegetated area. For burrow width data, a T-test (Paired Two Samples for Means) was used to determine whether there were significant differences in burrow width for two size categories ($<23$ cm = sub-adult, and $>23$ cm = adult). Graphs were produced using both Microsoft Excel and RStudio.

### 2.4. Geospatial processing, aerial imagery and changes in vegetative cover

A Trimble Geo 7× GPS unit was used to record the latitude and longitude for most burrow locations across the survey efforts. Those data were processed using GPS Pathfinder Office (v. 5.85) and Trimble Terra Sync (v. 5.86) software packages. Processed data were uploaded to ArcMap 10.5 and converted into shapefiles. It should be noted that on several pre-hurricanes survey dates, we had 2 teams working simultaneously to survey larger areas. On the occasions this occurred, only one of the teams had access to the Trimble GPS unit, and therefore not all burrows surveyed were georeferenced on those dates. As a result, we did not attempt to compare the relative numbers of burrows located in higher elevations vs. lower elevations before and after hurricanes.

Using ArcMap 10.5 and Google Earth, aerial imagery was obtained from open source web searches. We included Google Earth Imagery for the following imagery dates, which were chosen to represent the best available imagery for calculating vegetative cover: pre-hurricane Matthew (January 23, 2016); post Hurricane Matthew (March 15, 2017); post Hurricane Irma (October 29, 2017); and following a full growing season with no hurricane impacts representing one year of vegetative recovery (December 17, 2018).

**Table 1**
Summary of survey dates and hurricanes.

| Hurricane event | Sample Dates |
| --- | --- |
| Pre-Hurricanes | February−May 2016 |
| Post-Matthew, Pre-Irma (Interrupted) | May−June 2017 |
| Post-Irma | October−November 2017 + May 2018 |

*B.I. Blonder, K.J. Liedtke and S.E. Stephens*    *Global Ecology and Conservation 25 (2021) e01437*

Using the polygon tool in Google Earth Pro, four polygons were drawn to enable measurement of the area of vegetative cover within our study site for each of the above aerial images. Each polygon constrained the observable vegetation within the area bounded by State Road A1A to the west, the northern and southern boundaries of the study area, and seaward to the extent of the vegetated area. In other words, each polygon captured vegetative cover between the shoreline and the highway within our study area boundaries, and allowed us to calculate between-event changes in the area of vegetative cover vs. unvegetated sand.

Finally, an additional map was produced to enable visualization of Gopher Tortoise burrow locations correlated with changes in area of vegetative cover. Each vegetation polygon file produced in the first vegetative cover map was overlain with the burrow location data from GPS in-field burrow surveys. These combined data allowed us to visually represent whether Gopher Tortoise burrows persisted in the portions of the dune ecosystem that were inundated and/or eroded by storm surge during hurricane events which also resulted in loss or burial of vegetation.

## 3. Results

### 3.1. Burrow abundance and activity classification changes

There were 10% fewer burrows found in our study area after hurricanes (n = 358) vs. before hurricanes (n = 396) (Fig. 4). When analyzed by activity category, burrows that were classified as active represented the largest percentage both before and after hurricanes.

One-way ANOVA analyses comparing burrow activity pre-and post-hurricanes yielded significantly different results at p = 0.014. There was a 25% increase in active burrows, a 53% decrease in inactive burrows, and a 23% decrease in abandoned burrows following the hurricanes.

### 3.2. Mapped vegetative cover/suitable habitat changes

Vegetative cover from January 2016, which is pre-hurricanes, is greater in area than that of the vegetated area in the post-hurricanes polygons, demonstrating hurricane related habitat loss (Fig. 5).

The calculated area of vegetated cover, which represents non-tidal suitable habitat, decreased by approximately 30.5% following the two disturbance events, Hurricanes Matthew and Irma (Fig. 6). However, after a full growing season with no major disturbance events vegetative cover area increased by 17.5%, indicating recovery.

Vegetative cover was measured pre-Matthew in 2016 at 49.03ha. Following hurricane Matthew, measured vegetated cover from 2017 imagery decreased to 42 ha and further decreased following hurricane Irma as calculated from 2018 imagery at 34.07 ha. However, after a one-year recovery measured from 2019 imagery, vegetative cover increased to 41.28 ha.

### 3.3. Mapped burrow location changes

Locations of Gopher Tortoise burrows pre-hurricanes (2016) in the lower elevations of the study area are largely missing from the post hurricane maps (2017 and 2018), in which burrows are located landward and at higher dune elevations (Fig. 7).



**Fig. 4.** Comparison of burrow abundance in each activity classification before and after hurricanes.

*Global Ecology and Conservation 25 (2021) e01437*



Service Layer Credits: Source: Esri, Maxar, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AeroGRID, IGN, and the GIS User Community

**Fig. 5.** Vegetative change map depicts hurricane-related changes in vegetated area from pre-hurricane GIS imagery (January 2016) to post-hurricanes imagery (October 2017).

B.I. Blonder, K.J. Liedtke and S.E. Stephens

Global Ecology and Conservation 25 (2021) e01437



**Fig. 6.** Calculated changes in vegetated cover (ha.) on foredunes of coastal strand in study area.

### 3.4. Burrow entrance width for two size categories

The relative percentage of Gopher Tortoise burrows pre-hurricanes and post-hurricanes was divided into two categories: 1) measured width of burrow entrance was less than 23 cm (sub-adult); or 2) measured width was greater than 23 cm (adult) (Fig. 8). Burrow width comparisons enabled us to test the hypothesis that these smaller tortoises were more heavily impacted by the storms, however we found no significant difference for a Paired Two Samples for Means T test in burrow size categories at p = 0.18 (Fig. 8).

### 3.5. Changes in burrow density

Active and inactive burrow densities each increased by 16% post-hurricanes (Fig. 9). Active burrows increased from 3.73/ha pre-storm to 4.43/ha, and inactive burrows increased from 4.96/ha to 5.89/ha post-storm.

## 4. Discussion

Our geospatial analyses demonstrate that vegetation and burrows found in the lower elevation, toe of dune/swale areas of the coastal strand were eroded, inundated and/or covered over with sediment immediately following the two hurricanes, resulting in a combined loss of 30% of this suitable habitat. Mapped burrows in low-lying portions of the study area that had clearly been impacted by the storms were not found in post-hurricane resurveys, which may account for our calculated 10% decrease in burrow abundance. We were concerned that these Gopher Tortoises may have drowned or had been entombed by sand deposition but we could not directly observe whether they abandoned or moved away from lower elevation burrows prior to hurricanes. While our hypothesis that fewer burrows would be found post hurricanes was supported, this in itself does not necessarily mean that Gopher Tortoises in these lower elevations failed to survive the storm events.

Other investigators have suggested that individual tortoises relocated and survived storms by migrating to higher elevation areas of the dune in advance of hurricane strikes (Kushlan and Mazzotti, 1984). If this were the case for our Gopher Tortoise population, then such movement might be reflected in the significant increase in the number of active burrows we found following storm disturbances. During our pre-storms survey, we observed that larger burrows were found more frequently on higher elevation dune face and crest areas while most sub-adult (<23 cm in burrow width) burrows were located in the lower elevation, most heavily impacted areas. We note that another investigation documented more large burrows relative to the tortoise population size and that these large burrows persisted for decades (Guyer et al., 2012). Large inactive or active burrows could support tortoises of most sizes, as well as enabling at least temporary burrow sharing. Juvenile tortoises have been documented sharing burrows with other tortoises (Diemer, 1992), and one of us directly observed burrow sharing during a post-hurricane Gopher Tortoise survey following Hurricane Irma in a similar coastal dune ecosystem at nearby Ft. Matanzas National Monument. We thus infer that at least some number of tortoises occupying burrows in the lower elevation areas prior to hurricane impacts relocated to burrows at higher elevations on the dunes, either sharing with other tortoises or moving into inactive burrows. Our hypothesis that the percentage of active burrows would increase following storm events was supported by our calculated increase in active and inactive burrows.

When correlated with the initial, immediate decrease in habitat following the hurricanes we hypothesized that burrow densities would increase, which is also supported by our results. Gopher Tortoise burrow densities were calculated for this same study site in a previous investigation, which found that densities increased from 3.63/ha in 2007 to 8.95 in 2011 (Pawelek and Kimball, 2014). They attribute this increase to either the variability in this dynamic coastal habitat, suggesting an increase in density as a result of limited habitat availability, or to sampling differences between years (Pawelek and Kimball, 2014).

Increased burrow density may have positive outcomes if food availability is adequate, as higher density populations were documented to have higher reproductive success due to reduced "annual energy budgets" for tortoises searching for a mate

B.I. Blonder, K.J. Liedtke and S.E. Stephens                    Global Ecology and Conservation 25 (2021) e01437



**Fig. 7.** Map image showing pre and post-hurricane burrow locations within a segment of the sampled area. Burrow locations from 2016 are pre-hurricane locations.

(Guyer et al., 2012). Such recruitment may enable a quick population rebound from storm-related mortality (Pawelek and Kimball, 2014). This may explain our increased densities to a degree, however with a second hurricane impacting the area, only a 1.5 year "recovery" between our sample periods and no change in our sampling methodology, it is unlikely that successful reproduction could fully account for the increased post-hurricane density.

We are concerned that additional storms and sea level rise will result in a population density that is unsustainable. Reduced forage availability and/or the necessity of sharing burrows could lead to negative competitive interactions for

B.I. Blonder, K.J. Liedtke and S.E. Stephens                                                    *Global Ecology and Conservation 25 (2021) e01437*



**Fig. 8.** Burrow entrance width (in cm) comparisons pre and post-hurricanes.



**Fig. 9.** Comparisons of Gopher Tortoise burrow densities before (2016) and after hurricanes Matthew and Irma (2018).

hatchling and juvenile Gopher Tortoises in particular (Radzio et al., 2016). We recommend future work that employs direct measures of the population size using burrow cameras and/or bucket traps (Breininger et al., 1991). This could lead to a determination of the carrying capacity for Gopher Tortoises in these coastal dune ecosystems, which is needed to help inform conservation planning.

As natural coastal dunes and the already threatened Coastal Strand and Beach Dune ecosystems are being lost to sea level rise and storm erosion along with continued human development, one possible conservation option for coastal dune species is artificially constructed and/or repaired coastal dunes. Newly constructed dunes may become at least a temporary solution to conserving coastal populations of Gopher Tortoises (Martin et al., 2017). Another conservation option could be "managed" and/or "assisted relocation", away from the decreasing availability of coastal habitats into inland habitats. Such strategies may well be considered as options to ensure the genetic diversity of Florida's Gopher Tortoises and the survival of its coastal populations (Lopez, 2015; McLachlan et al., 2007; Winters et al., 2017; Zhu et al., 2017).

It is well-established that Gopher Tortoises, as a result of their burrowing behavior, maintenance of multiple burrows, and herbivory are a keystone species in inland ecosystems within their range but there has not as yet been an assessment of this functionality in coastal dune ecosystems. Inland populations of Gopher Tortoises support numerous burrow conspecifics, and along with another investigator at this site we observed similar interspecific use of this coastal population's burrows (Lau and Dodd, 2015). Organisms such as the Eastern Coachwhip Snake (*Masticophis flagellum flagellum*) use these burrows in the coastal dunes of our study area, and we also found several burrows with Red Fox (*Vulpes vulpes*) paw prints on the burrow apron. Recently, 33 bird species were found to use Gopher Tortoise burrows in some manner in the Panhandle area of northwest Florida (White and Tuberville, 2017), and approximately half of the same documented bird species are commonly found in the GTMNERR.

*B.I. Blonder, K.J. Liedtke and S.E. Stephens*                                                      *Global Ecology and Conservation 25 (2021) e01437*

Gopher Tortoises have been found to play an important role in inland ecosystems as seed dispersers (Boglioli et al., 2000) and were found to increase plant species richness and diversity on Egmont Key, Florida, also a barrier island (Richardson and Stiling, 2019). Gopher Tortoise burrowing behaviors in these sandy dune systems may redistribute scarce soil nutrients in these low-nutrient coastal soils. The fact that we calculated a significant increase in vegetative cover after a full growing season with no major disturbance events causes us to question whether these coastal Gopher Tortoises promote the re-establishment of eroded dune vegetation.

We have recently begun analyzing scat samples collected at our study site to determine their vegetative composition and thereby better understand this Gopher Tortoise coastal population's diet and how that might be impacted by storms. To date, we have identified and quantified intact seeds and/or fruits from two plant families and four plant species, with 17 other plant species' leaf or other fragments confirmed. While we have analyzed just a few of these samples so far, this analysis points to the possibility that Gopher Tortoises may play an important role in re-seeding eroded coastal strand ecosystem dunes and by such action might even help stabilize these dune systems.

## 5. Conclusions

In the face of two hurricane strikes in two years, our findings point to the potential for resilience of these coastal dune Gopher Tortoise populations. We conclude that this population of Gopher Tortoises has survived to date because of the quality of their protected habitat and their movement from threatened low elevation habitat to inactive burrows and/or burrow sharing in higher elevations of the dunes.

However, these coastal Gopher Tortoise populations and their burrow conspecifics are facing the immediate threat of habitat loss. The high burrow densities that we found in response to these hurricanes concerns us, as we expect that more of their habitat will be destroyed by the effects of climate change and that carrying capacity will be exceeded. Continuing to move to "higher ground" is not sustainable if these important Gopher Tortoise populations are to be protected.

The keystone species role of inland Gopher Tortoise populations is well established, yet it remains uncertain whether coastal populations play a similarly important ecological role. We present preliminary indicators that coastal Gopher Tortoise populations play such a role in remnant, threatened coastal ecosystems, much as they do in inland ecosystems. Given the low-nutrient soils, the impacts of sea level rise and more intense storms, Gopher Tortoises might in fact play an especially important role in re-establishing lost dune vegetation, helping stabilize eroded dunes and thereby enabling the coastal strand ecosystem to persist at least for a time.

We need more information to determine whether the coastal Gopher Tortoise populations play a keystone species role, but until we do have that information we should at a minimum continue to protect them to the greatest extent possible if, as we predict, they are critical to sustaining these globally imperiled coastal ecosystems. We strongly recommend an emphasis on conservation planning to protect these coastal Gopher Tortoise populations as we race against time in our endeavor to more clearly establish the importance of their ecological role in sustaining these coastal systems.

## Funding

This research did not receive any specific grant from funding agencies in the public, commercial, or not-for-profit sectors.

## Declaration of competing interest

The authors declare that they have no known competing financial interests or personal relationships that could have appeared to influence the work reported in this paper.

## Acknowledgements

We thank the many current and former Flagler College student volunteers, especially Dani Cayouette, Jack Cheney and Mary Garrard, who climbed dunes, worked tirelessly in demanding outdoor conditions, and hauled equipment to complete the burrow surveys. We thank Dr. Lee Newsom for her expertise and contributions to the ongoing analysis of the coastal Gopher Tortoise diet and thank David Haynes for his many contributions to this endeavor. We thank the GTMNERR, and particularly Nikki Dix, Scott Eastman, Kaitlyn Dietz and Pam Marcum for their unwavering support of our organizational partnership. We also thank Flagler College for their many ways of supporting this research.

## References

Ashton, K.G., Engelhardt, B.M., Branciforte, B.S., 2008. Gopher tortoise (Gopherus polyphemus) abundance and distribution after prescribed fire reintroduction to Florida scrub and sandhill at archbold biological station. J. Herpetol. 42 (3), 523–529.

Auffenberg, W., Franz, R., 1982. The status and distribution of the Gopher Tortoise (Gopherus polyphemus). In: Bury, R.B. (Ed.), North American Tortoises: Conservation and Ecology. Wildlife Research Report No. 12. U.S. Department of the Interior, Fish and Wildlife Service, pp. 95–126. Retrieved from. https://nca2018.globalchange.gov/chapter/southeast.

Blonder, B.I., Wooldridge, J.M., Garrard, M.B., 2018. Assessing postfire vegetative changes and implications for management in a northeast Florida coastal strand ecosystem. Castanea 83 (1), 104–121.

*B.I. Blonder, K.J. Liedtke and S.E. Stephens*

*Global Ecology and Conservation 25 (2021) e01437*

Boglioli, M.D., Michener, W.K., Guyer, C., 2000. Habitat selection and modification by the gopher tortoise, Gopherus polyphemus, in Georgia longleaf pine forest. Chelonian Conserv. Biol. 3 (4), 699–705.

Breininger, D.R., Smalzer, P.A., Hinkle, C.R., 1991. Estimating occupancy of gopher tortoise (Gopherus polyphemus) burrows in coastal scrub and slash pine flatwoods. J. Herpetol. 25 (3), 317–321 (JSTOR).

Carter, L., Terando, A., Dow, K., Hiers, K.F., Kunkel, A., Lascurain, A., Marcy, D., Osland, M., Schramm, P., 2018. Fourth national climate assessment: impacts, risks, and adaptation in the United States. Fourth National Climate Assessment 2 (19). Retrieved from. https://nca2018.globalchange.gov/chapter/southeast.

Catano, C.P., Stout, I.J., 2015. Functional relationships reveal keystone effects of the gopher tortoise on vertebrate diversity in a longleaf pine savanna. Biodiv. Conserv.; Dordrecht 24 (8), 1957–1974.

Clausen, C.J., Cohen, A.D., Emiliani, C., Holman, J.A., Stipp, J.J., 1979. Little Salt Spring, Florida: a unique underwater site. Science 203 (4381), 609–614.

Diemer, J.E., 1992. Demography of the tortoise Gopherus polyphemus in northern Florida. J. Herpetol. 26 (3), 281–289.

Doing, H., 1985. Coastal fore-dune zonation and succession in various parts of the world. Ecol. Coastal Veg. 1, 65–75.

Dziadzio, M.C., Smith, L.L., 2016. Vertebrate use of gopher tortoise burrows and aprons. SE. Nat. 15 (4), 586–594.

Eisenberg, J.F., 1983. The gopher tortoise as a keystone species. Fla. Field Nat. 22 (1), 8–10.

FNAI, 2010. FNAI (Florida Natural Areas Inventory) Guide to the Natural Communities of Florida: 2010 Edition. Florida Natural Areas Inventory, Tallahassee, FL.

Foster, T.E., Stolen, E.D., Hall, C.R., Schaub, R., Duncan, B.W., Hunt, D.K., Drese, J.H., 2017. Modeling vegetation community responses to sea-level rise on Barrier Island systems: a case study on the Cape Canaveral Barrier Island complex, Florida, USA. PloS One 12 (8).

Gruver, B., Coffey, C., 2017. Florida's Endangered and Threatened Species. Retrieved from. https://hialeahhigh.enschool.org/ourpages/auto/2017/8/23/49079782/threatened-endangered-species.pdf.

GTMNERR Management Plan, 2009. Retrieved from. http://publicfiles.dep.state.fl.us/cama/plans/aquatic/GTM-NERR-Management-Plan-2009.pdf.

Guyer, C., Johnson, V.M., Hermann, S.M., 2012. Effects of population density on patterns of movement and behavior of gopher tortoises (Gopherus polyphemus). Herpetol. Monogr. 26 (1), 122–134.

Johnson, A.F., Barbour, M.G., 1990. Dunes and maritime forests. Ecosystems of Florida 429–480.

Johnson, A.F., Gulledge, K., Inventory, F.N.A.I., 2005. Update to a 1992 Assessment of Florida's Remaining Coastal Upland Natural Communities. Florida Natural Areas Inventory, Tallahassee, Florida.

Kautz, R.S., Cox, J.A., 2001. Strategic habitats for biodiversity conservation in Florida. Conserv. Biol. 15 (1), 55–77.

Komar, P.D., Allan, J.C., 2008. Increasing hurricane-generated wave heights along the U.S. East coast and their climate controls. J. Coast Res. 242, 479–488.

Kushlan, J.A., Mazzotti, F.J., 1984. Environmental effects on a coastal population of gopher tortoises. J. Herpetol. 18 (3), 231–239.

Lau, A., Dodd, K., 2015. Multiscale burrow site selection of gopher tortoises (Gopherus polyphemus) in coastal sand dune habitat. J. Coast Res. 300 (2).

Lopez, J., 2015. Biodiversity on the brink: the role of "assisted migration" in managing endangered species threatened with rising seas. Harv. Environ. Law Rev. 39 (1), 158–189.

Lotze, H.K., 2006. Depletion, degradation, and recovery potential of estuaries and coastal seas. Science 312 (5781), 1806–1809.

Martin, S., et al., 2017. Adapting coastal management to climate change: mitigating our shrinking shorelines. J. Wildl. Manag. 81 (6), 982–989.

McCoy, E.D., Mushinsky, H.R., 1992. Studying a species in decline: gopher tortoises and the dilemma of correction factors. Herpetologica 48 (4), 402–407.

McLachlan, J.S., Hellmann, J.J., Schwartz, M.W., 2007. A framework for debate of assisted migration in an era of climate change. Conserv. Biol. 21 (2), 297–302.

Nicholls, R.J., Cazenave, A., 2010. Sea-level rise and its impact on coastal zones. Science 328 (5985), 1517–1520.

Noss, R.F., 2011. Between the devil and the deep blue sea: Florida's unenviable position with respect to sea level rise. Climatic Change 107 (1), 1–16.

Pawelek, J.C., Kimball, M.E., 2014. Gopher tortoise ecology in coastal upland and beach dune habitats in northeast Florida. Chelonian Conserv. Biol. 13 (1), 27–34.

Radzio, T.A., Cox, J.A., Spotila, R.J., O'Connor, M.P., 2016. Aggression, combat, and apparent burrow competition in hatchling and juvenile gopher tortoises (Gopherus polyphemus). Chelonian Conserv. Biol. 15 (2), 231.

Reece, J.S., Noss, R.F., Oetting, J., Hoctor, T., Volk, M., 2013. A vulnerability assessment of 300 species in Florida: threats from sea level rise, land use, and climate change. PloS One 8 (11).

Richardson, Jason C., Stiling, Peter, 2019. Gopher tortoise herbivory increases plant species richness and diversity. Plant Ecol. 220 (3), 383–391.

Soil survey of St Johns County, Florida, 1999. Retrieved from. http://ufdc.ufl.edu/UF00025729/00001/6?search=28.

Stout, I.J., 1979. A continuation of base-line studies for environmentally monitoring space transportation system (STS) at John F. Kennedy space center. Terrestrial Community Anal. 1. Retrieved from. http://ntrs.nasa.gov/search.jsp?R=19810007063.

Tortoise & Freshwater Turtle Specialist Group, 1996. Gopherus polyphemus. The IUCN Red List of Threatened Species 1996: e. T9403A12983629. Retrieved from. https://www.iucnredlist.org/species/9403/12983629.

United States, Department of the Interior, Fish and Wildlife Service, 2019. Endangered and Threatened Wildlife and Plants; Initiation of 5-Year Status Reviews for 53 Southeastern Species, pp. 28850–28853, 84 FR 28850.

Volk, M., Hoctor, T., Nettles, B., Hilsenbeck, R., Putz, F., 2017. Florida Land Use and Land Cover Change in the Past 100 Years. Florida Climate Institute. Florida's Climate: Changes, Variations, & Impacts.

Waddle, J.H., Mazzotti, F.J., Rice, K.G., 2006. Changes in abundance of gopher tortoise burrows at cape sable, Florida. SE. Nat. 5 (2), 277–284.

White, K.N., Tuberville, T.D., 2017. Birds and burrows: avifauna use and visitation of burrows of gopher tortoises at two military sites in the Florida Panhandle. The Wilson Journal of Ornithology; Fort Collins 129 (4), 792–803.

Winters, C., Ross, J., Allman, P., 2017. Population genetics between an insular and coastal population of gopher tortoises (Gopherus polyphemus) in southwest Florida. SE. Nat. 16 (3), 369–382.

Witz, B.W., Wilson, D.S., Palmer, M.D., 1991. Distribution of Gopherus polyphemus and its vertebrate symbionts in three burrow categories. Am. Midl. Nat. 126 (1), 152.

Xiao, H., Wang, D., Medeiros, S.C., Hagen, S.C., Hall, C.R., 2018. Assessing sea-level rise impact on saltwater intrusion into the root zone of a geo-typical area in coastal east-central Florida. Sci. Total Environ. 630, 211–221.

Young, F.N., Goff, C.C., 1939. An annotated list of the arthropods found in the burrows of the Florida gopher tortoise, Gopherus polyphemus (daudin). Fla. Entomol. 22 (4), 53–62.

Zhu, M., Xi, X., Li, Y., 2017. Biodiversity conservation planning adaptive to sea level rise: the case of the Guana Tolomato Matanzas National Estuarine Research Reserve in Florida. Landscape Arch. Front. 5 (4), 10–22.

View publication stats

Exhibit 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CENTER FOR BIOLOGICAL DIVERSITY
and NOKUSE EDUCATION, INC.,

     *Plaintiffs,*

           v.                          **Case No.: 23-cv-936-WWB-LLL**

U.S. FISH AND WILDLIFE SERVICE;
MARTHA WILLIAMS, in her official capacity
as Director of the U.S. Fish and Wildlife
Service; and DEB HAALAND, in her official
capacity as Secretary of the U.S. Department
of the Interior,

     *Defendants.*

## DECLARATION OF NISSE GOLDBERG, Ph.D.

I, Dr. Nisse Goldberg, declare as follows:

1.     The facts set forth in this declaration are based on my personal knowledge, and if called as a witness, I could and would competently testify to those facts under oath. As to those matters that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2.     I have reviewed the Species Status Assessment and the U.S. Fish and Wildlife Service's (FWS) finding that the eastern population of the gopher tortoise does not warrant listing.

3.     I am a Professor of Biology and Marine Sciences at Jacksonville University in Jacksonville, Florida, where I teach courses on Ecology and Conservation Ecology and conduct research in the areas of terrestrial, marine, and estuarine communities.

4.      I hold a Ph.D. in Plant Biology from the University of Western Australia, a Master of Science in Marine Sciences from San Jose State University, and a Bachelor of Arts in Marine Biology from the University of California Santa Cruz.

5.      I have conducted research on and teach about eastern gopher tortoise populations in northeast Florida, and based on these experiences, I believe that the Florida current listing of threatened is insufficient in protecting these populations from the continued and increasing rate of land conversion and habitat fragmentation as a consequence of urban development permitted by the Florida Fish and Wildlife Conservation Commission (FWC) gopher tortoise permit program, which allows developers to relocate gopher tortoises to areas that may result in higher densities of gopher tortoises and/or areas that are less suitable.

6.      I am equally concerned about the threats to their habitats from extreme storm events, invasive species, predation of their eggs, and disease such as the deadly upper respiratory tract disease.

7.      In my Ecology course, undergraduate students and I survey gopher tortoise burrows at Huguenot Memorial Park in Jacksonville, Florida for burrow entrance size and burrow density. Through this class the students learn how to survey systematically for burrows and record locations and environmental information. Through teaching this class I have observed the importance of managing encroachment of vegetation in their habitat along with the potential for burrow disturbance from extreme storms, disease, racoons, coyotes, and other organisms. The surveys are conducted every other year and data can be used to give a conservative estimate of the age class distributions based on burrow entrance sizes.

8.    For example, during the Winter 2016 course, we estimated occupancy ratios of the geolocated burrows and age classes of the population based on burrow entrance sizes. The findings of those surveys were published in a 2017 article for *Florida Scientist*, entitled "Experiential Learning in an Undergraduate Ecology Course: a Case Study with Gopher Tortoise" (Attachment A).

9.    I also investigated in 2021-2022 with co-author Dr. Russell Watkins, geographer and spatial data scientist, patterns in burrow densities associated with different land cover types where development projects had been permitted in Florida from the FWC.

10.    Our study objectives were to describe the extent of land cover types where occurrences of gopher tortoises had been recorded from 2009 to 2021 across the lower St. Johns River basin, determine burrow densities among land cover types from FWS gopher tortoise permit records, and detail flood hazard exposure among land cover types where gopher tortoise occurrences had been recorded across the St. Johns River basin. Our findings are published in a 2021 article for *Florida Scientist*, entitled "Gopher Tortoise (*Gopherus Polyphemus*) distribution and flood hazards using mitigation permits (2009-2021) in the Lower St. Johns River Basin, Florida" (Attachment B). The study findings included that the majority of the 2009-2021 permits were located on agricultural, utilities, cultural, rural, and urban land cover types and burrow densities were greater than those published for flatwood/plantation and sandhill land cover types. Additionally, permitted sites located on uplands agriculture, rural, and urban land cover types were vulnerable to more than two flood hazards.

11.     This is particularly problematic for gopher tortoises because they spend most of their time in underground burrows that may be relatively close to the water table. Gopher tortoises thrive best in landscapes that have well-drained sandy soils for digging their burrows, open canopy, and abundant herbaceous ground cover. Due to climate change, projected increases in extreme weather events and the potential for coastal flooding with nuisance tides, sea level rise, and storm surge are likely to contribute to the increased need for gopher tortoise habitat to have higher elevations to support multiple burrows as insurance against burrow collapse and flooding.

12.     The gopher tortoise is a keystone species of Florida providing habitat to other species and is celebrated as an emblematic species by its own Gopher Tortoise Day on April 10th by the Gopher Tortoise Council. The eastern gopher tortoise needs similar protection as under the ESA to survive in the face of development and climate-related pressures. I often tell my students that candidate species can take years of review before being listed under the ESA and during those years, the species populations may continue to decline without protections in place. The hour is late for the gopher tortoise, and the FWS must act to protect this species from extinction.

13.     I declare under penalty of perjury that the foregoing is true and correct and was executed in Jacksonville, Florida on December 18, 2024.

Dr. Nisse Goldberg

4

Attachment A

Science Teaching

# Experiential learning in an undergraduate ecology course: a case study with gopher tortoise (*Gopherus polyphemus* Daudin)

Nisse Goldberg[1] and Traci D. Castellón[2]

[1]Department of Biology and Marine Science, Jacksonville University, 2800 University Boulevard North, Jacksonville, FL, 32211
[2]Florida Fish and Wildlife Research Institute, Florida Fish and Wildlife Conservation Commission, 1105 SW Williston Road, Gainesville, FL 32601

**Abstract** For the purpose of assessing the value of field research for undergraduate students, *Gopherus polyphemus* Daudin (gopher tortoise) burrows were surveyed using a modified independent-observer sampling method by professional biologists in summer, 2015, and repeated by an Ecology class in winter, 2016, at Huguenot Memorial Park, northeastern Florida. Burrow density estimates and detection probabilities were similar for biologists and students (20.5 and 24.2 burrows per ha, mean detection probability = 0.72 and 0.75, respectively). Summer occupancy of non-collapsed burrows was 51.2% and burrow widths ranged between 6.4–40.8 cm, providing support that the population included juvenile and adult tortoises. Positive impacts in student learning were indicated from writing samples, anonymous surveys, and reflection essays. Students showed measurable gains in hypothesis development and data interpretation, and self-reported gains in understanding of ecological concepts with the integration of a field research project. Findings from this study support the value of field research as a pedagogical tool and its potential application for citizen scientist projects.

**Keywords** Coastal strand, burrows, experiential learning, gopher tortoise, *Gopherus polyphemus*

## Introduction

In the sciences, experiential learning traditionally occurs indoors in controlled environments during laboratory sessions, yet outdoor experiential learning activities have the potential to facilitate development of skills in critical thinking, problem-solving and field procedures, which are important for field-based scientific disciplines such as ecology (Allison and Wurdinger 2005, Scott et al. 2012). Challenges that teachers may face when implementing outdoor learning activities include the logistics of managing students outdoors and student attitudes towards learning in the field. For example, student learning may be impeded due to anxiety over inexperience in working outdoors and a perceived risk of injury (Allison and Wurdinger 2005, Scott et al. 2012). Students may be concerned about the judgement of their peers if data are collected in groups and then reviewed and shared among classmates for a term project (Allison and Wurdinger 2005, Scott et al. 2012). Furthermore, undergraduate students may be unaccustomed to monitoring their personal success during the course of semester-long field research

Corresponding author: Nisse Goldberg, ngoldbe@ju.edu

**117**

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 18:40:55 UTC
All use subject to https://about.jstor.org/terms

projects as compared to the more familiar tasks of memorizing facts for exams (Allison and Wurdinger 2005).

To minimize student anxiety and perception of risk, Scott et al. (2012) recommend that field-based learning incorporates a preparatory phase, a doing phase, and a reflective phase. The preparatory phase incorporates background information on the subject area and research methodologies and an explanation of learning objectives. During the doing phase, students conduct fieldwork, applying what they have learned from lectures and their preliminary literature review. During this phase, Kolb and Kolb (2005) stress the importance of linking new with past experiences (e.g. excursions in other field laboratory classes or visits to natural areas such as local parks with friends or family members) to develop confidence. The reflective phase includes analysis and interpretation of their data and reflection of their field experiences (Scott et al. 2012). Because this pedagogical technique is not prescriptive, experiential learning has the added advantage of providing opportunities for impromptu teaching and learning via informal conversations among students and with professors through the course of the field-based activity (Kolb and Kolb 2005).

As a case study, students of an upper division Ecology course surveyed for *Gopherus polyphemus* Daudin (gopher tortoise) burrows in a coastal upland dune, grassland, and strand community in Huguenot Memorial Park, northeastern Florida. Investigations of burrow distributions are ideal for undergraduate research as the burrows are relatively easy to find, and students can apply ecological and conservation concepts learned in the classroom to the patterns that they observe. In addition, because little is known about gopher tortoise ecology in coastal habitats, local resource managers benefit from the distributional data, which can be used to inform management decisions of coastal tortoise populations that are vulnerable to development pressures, encroachment by invasive species, fire suppression, storm events, and sea level rise (Waddle et al. 2006, Smith et al. 2009, Pawelek and Kimball 2014, Lau and Dodd 2014).

The objective of this case study was to investigate the impacts of experiential learning as a pedagogical technique. To evaluate the reliability of the student-collected data, we compared burrow estimates between surveys collected by field biologists and undergraduate students. In addition, burrow densities, occupancy, and size distribution were compared with other coastal populations in Florida (Auffenberg and Franz 1982, McCoy and Mushinsky 1992, Doonan and Stout 1994, Waddle et al. 2006, Lau and Dodd 2014, Pawelek and Kimball 2014).

**Materials and Methods**

We assessed the value of field research on learning by evaluating outcomes from a semester-long research project based on the burrow data that the class had collected. Impacts of learning and perception of fieldwork were assessed from their research reports, beginning and end of the semester anonymous surveys, and directed reflection pieces. To assess the utility of undergraduate students as surveyors for burrows, detection probabilities and estimated burrow densities were compared between surveys conducted by biologists in the summer and students in the following winter.

**Site description**. Huguenot Memorial Park (30 24′31′′ N, 081 25′17′′ W), Jacksonville, FL, occupies a 140-ha spit of land that is bounded on three sides by waters of Ft. George Inlet, St. Johns River, and the

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 18:40:55 UTC
All use subject to https://about.jstor.org/terms

Atlantic Ocean (Huguenot Management Plan 2008). The 5-ha study area consists of sand dunes, vegetated by coastal grassland and coastal strand community types. The survey area is surrounded by unpaved access roads on three sides, and sandy beach of Ft. George Inlet along the fourth side. Soil type is characterized as well-drained fine sands and the water table can be as shallow as 46 cm in the swales. Visitors are prohibited from accessing the dune area, except via marked beach-access roads and trails (Huguenot Management Plan 2008).

**Burrow sampling**. Burrow surveys were first conducted during summer months (May–June, 2015) by a team of four biologists (the authors and park staff). To estimate the burrow occupancy rate, the interior of each non-collapsed burrow was observed using a video camera burrow scope. The students ($n = 12$ juniors or seniors with majors in Biology and/or Marine Science) re-surveyed the same study area within the framework of an undergraduate Ecology course during winter (January–February, 2016) to accommodate the academic calendar.

Surveys were conducted using an independent-observer transect-sampling method (modified from Nomani et al. 2008). For each of the two survey events (one in summer and one in winter) the surveyors were divided into two groups (summer, $n = 2$ biologists per group; winter, $n = 6$ students per group), with each group conducting an independent visual survey, starting from opposite ends of the study area. With the goal of recording all burrows on and between each transect and covering the entire study area, members of each group walked side-by-side along adjacent line transects (each transect walked by one person) spaced approximately five meters apart and perpendicular to Ft. George Inlet. During the summer survey, each individual searched approximately 60 transects, and during the winter survey, each individual searched approximately 20 transects. Transects extended across the full width of study area, with lengths ranging from approximately 45–115 m.

During each survey event, the first group that found a burrow would place a numbered metal-tag just inside the burrow entrance where it was not visible to the second group. If the second group located the same burrow, they recorded the number from the tag placed by the first group. At the end of each survey, each group had generated two lists of burrow data: those found first by themselves, and those found first by the other group. Geographic coordinates for each burrow were recorded using a Global Positioning System, and mapped using the software ArcGIS 10.2.1.

**Burrow characteristics**. To determine burrow occupancy and estimate the overall occupancy rate, each non-collapsed burrow was scoped using a burrow camera that consisted of a video camera mounted at the end of a 5-m length of flexible conduit and wired to an aboveground monitor. All burrows were scoped over the course of a two-day period following the summer survey and no tortoises were observed above ground. Burrows were considered occupied only if a tortoise was observed inside the burrow with absolute certainty. Conversely, they were considered unoccupied only if the observer was confident that she had reached the end of the burrow and that all chambers and branching tunnels had been searched. Collapsed burrows could not be scoped and were assumed unoccupied. Occupancy was undetermined for 12 burrows that could not be scoped effectively due to excessive burrow lengths.

During both the summer and winter surveys, observers visually examined external characteristics of each burrow to classify their level of use. Burrows were classified as active only if there were clearly distinguishable footprints or plastron drag marks at the entrance. Burrows were designated as collapsed if they were occluded or collapsed $\leq 1$ m from the entrance, to the point that excavation would be required for a tortoise to re-inhabit the burrow. All other burrows (i.e., non-collapsed but lacking clearly distinguishable tortoise footprints or drag marks) were classified as maintained. These burrows were generally in good condition, having the characteristic half-moon shape, with the entrance relatively clear of debris. To assess the tortoise population age structure, a one-meter burrow caliper was used to measure burrow width ($\pm 0.1$ cm) at a distance of 25–50 cm inside the entrance of each burrow (Doonan and Stout 1994).

**Abundance, densities and age class estimates**. Burrow abundances (excluding collapsed burrows) within the study area were estimated separately from the summer and winter surveys and

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 18:40:55 UTC
All use subject to https://about.jstor.org/terms

Table 1. Comparison of AAC&U VALUE[1] scores between their draft and final report on gopher tortoise ecology (n = 10 students).

| Metric | Draft Median (range) | Final Median (range) | Wilcoxon test statistic, p value |
|---|---|---|---|
| Writing style | 3.0 (1–3) | 3.0 (1–3) | 6.5, $P = 0.715$ |
| Discipline | 3.0 (2–3) | 3.0 (2–3) | 15.0, $P = 0.402$ |
| Research | 2.0 (1–3) | 2.5 (2–3) | 14.0, $P = 0.529$ |
| Citation | 3.0 (2–3) | 3.0 (2–3) | 6.0, $P = 0.855$ |
| Define problem* | 1.0 (1–3) | 3.0 (2–3) | 13.0, $P = 0.014$ |
| Hypotheses* | 1.0 (1–3) | 3.0 (2–3) | 45.0, $P = 0.009$ |
| Methods description* | 2.0 (2–3) | 3.0 (3–3) | 36.0, $P = 0.014$ |
| Curiosity | 2.0 (1–2) | 2.5 (1–3) | 31.5, $P = 0.069$ |
| Interpretation* | 2.0 (1–3) | 3.0 (2–3) | 28.0, $P = 0.022$ |
| Transfer of knowledge* | 2.0 (1–3) | 3.0 (1–3) | 21.0, $P = 0.036$ |
| Evidence* | 1.0 (1–3) | 2.5 (2–3) | 42.0, $P = 0.024$ |

[1] Description of rubric metrics in Appendix Table 1 (AAC&U 2009)

* significant, $P \leq 0.05$

3 = Fulfills expectation to provide insightful, accurate, and/or comprehensive information

1 = Provides shallow, inaccurate, inappropriate and/or incomplete information

detection probabilities were calculated for each of the two groups per survey. Double sampling and the Lincoln-Petersen estimators (Williams et al. 2002) were used to generate burrow abundance estimates. Assumptions for double sampling were that sightings of burrows by each group were independent and that there was an equal chance for each burrow to be detected by each group. Burrow abundances were estimated as:

$$\frac{(n_{\text{group 1}} + 1)(n_{\text{group 2}} + 1)}{m + 1} - 1,$$

where $n$ is the number of burrows recorded from each group and $m$ is the total number of burrows recorded by both groups.

Estimated variance was calculated as:

$$\frac{(n_{\text{group 1}} + 1)(n_{\text{group 2}} + 1) \cdot (n_{\text{group 1}} - m)(n_{\text{group 2}} - m)}{(m + 1)^2(m + 2)}$$

The winter and summer tortoise abundance estimates were calculated as the products of the burrow estimates with the occupancy rate derived from the summer scoping results. Burrow and tortoise densities per ha were calculated by dividing the total abundance estimates by the 5-ha study area. The burrow detection probability was estimated for each of the two groups as the number of burrows located per group, divided by the burrow abundance estimate (Williams et al. 2002). A t-test was used to determine whether the detection rates differed between the students and biologists. The assumptions of homogeneity of variances and normality were met prior to performing the test.

To describe the age-class distribution, we utilized Doonan and Stout's (1994) equation that predicted carapace length (CL) from burrow width (BW) measurements: log CL = 0.103 + 0.954 (log BW). Age class was reported using their classification scheme: hatchlings (0.5 yr) CL of < 5.5 cm, juveniles (0.5–4 yr) 5.5–13.5 cm CL, subadults (5–10 yr) 13.6–22.0 cm CL, and adults (> 10 yr) 22.0 cm CL.

**Student assessment of learning**. Student writing samples consisted of a draft and a final report of their term project. Impacts of student learning were assessed with Association of American Colleges and Universities Valid Assessment of Learning in Undergraduate Education (AAC&U VALUE) rubrics that were used to measure different aspects of scientific writing and the scientific method (AAC&U 2009; Appendix Table 1). These VALUE rubrics utilize a scale of 1–4. For the purposes of this study, a

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 18:40:55 UTC
All use subject to https://about.jstor.org/terms

Learning with gopher tortoises                                              Goldberg and Castellón

benchmark of '1' represents minimal achievement of learning outcomes and '3' represents fulfillment of expectations to provide insightful, accurate, and comprehensive information (AAC&U 2009, Appendix Table 1). To investigate changes in student learning and perceptions of fieldwork, learning surveys from McLaughlin and Johnson (2006) and perception surveys were modified from those designed by Scott et al. (2012) and then given to students to complete at the beginning and end of the semester (Appendix Tables 2 and 3). Self-reported changes in learning were also assessed at the end of the semester using a retrospective survey of learning in the areas of knowledge, skills, and ecological concepts (modified from McLaughlin and Johnson (2006); Appendix Table 3). Mid-way and at the end of the semester, students described their feelings and attitudes towards the experiential learning project and experiences with their peers from prompts modified by Scott et al. (2012; Appendix Table 4). Reflection pieces and survey responses were reviewed after course grades were submitted at the end of the semester. Nonparametric Wilcoxon tests were used to investigate differences in VALUE scores between the draft and final reports. Because of the subjective nature of the self-reported survey responses that measured student expectations (beginning of the semester responses) and retrospective reflections (end of the semester responses), changes in median values were assessed qualitatively rather than conducting statistical tests for significance.

## Results

Fewer burrows were estimated in the study area ($\pm$ SE) from the summer 2015 survey event ($102.4 \pm 2.6$ burrows with a range of 97.3–107.5 burrows) as compared to winter 2016 estimates ($121.1 \pm 2.5$ burrows with a range of 117.7–124.7). Estimated densities of $20.5 \pm 0.5$ and $24.2 \pm 0.5$ burrows per ha were calculated from the biologist (summer) and student (winter) surveys, respectively. Mean detection rates ($\pm$ SE) were not significantly different between biologists and student surveyors ($0.72 \pm 0.07$, $0.75 \pm 0.05$, respectively; t statistic $_{df = 1} = 0.30$, $P = 0.79$). During the summer survey, biologists classified 20.8% of the burrows as active, based on presence of tortoise footprints or plastron drag marks at the mouth, 60.4% as maintained, and 18.8% as collapsed. During the winter survey, students classified 10.3% of the burrows as active, 71.3% as maintained, and 18.4% as collapsed.

Results of burrow scoping during the summer survey indicated that classification of a burrow as active provided only 59.1% positive predictive value for finding a tortoise present in the burrow. Given the poor performance of burrow activity status for indicating the true occupancy state, we elected to estimate tortoise abundance based on the 51.2% occupancy rate for all non-collapsed burrows, irrespective of visual classification as active or maintained. Tortoise abundances and densities ($\pm$ SE) per survey yielded summer estimates of $52.2 \pm 1.5$ tortoises within the survey area or $10.5 \pm 0.3$ individuals per ha and winter estimates of $62.0 \pm 1.3$ tortoises, or $12.4 \pm 0.3$ individuals per ha.

Mean burrow width ($\pm$ SE) of non-collapsed burrows was $24.9 \pm 0.8$ cm and ranged from 6.4–40.8 cm ($n = 89$ burrows from summer surveys). Using the Doonan and Stout (1994) relationship between burrow width and age class to assess active and maintained burrows located in the summer, one burrow was observed in the hatchling size class, 10.6% were in the juvenile class, 16.0% were in the subadult class, and 73.4% were in the adult class.

The integration of an experiential learning project in an upper-division Ecology course had a qualitative positive impact on student learning and perception

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 18:40:55 UTC
All use subject to https://about.jstor.org/terms

of fieldwork. Students demonstrated significant gains in the application of the scientific method and scientific writing between their draft and final report (Table 1). Students showed improvement in the development and description of hypotheses and methods, and in the analysis and interpretation of their results. No significant changes were recorded in the areas of science-discipline writing or integration of a literature review (Table 1). A comparison of the medians between beginning and end of the semester student survey responses indicated no changes (i.e. $> 1.0$ point difference) in student perception of learning with the integration of a field project during the semester (Appendix Table 2). Based on a retrospective survey that prompted students to reflect on their learning over the course of the semester, self-reported gains were indicated in the areas of ecological principles, gopher tortoise ecology, communication, value of team-work to increase learning, and impact of humans on biodiversity and ecosystems (median responses for all areas: 4–5, 3 = neutral gain and 5 = a great deal in gains; Appendix Table 3).

From the reflection pieces, students described the positive impacts of field research on learning and interpersonal communication. For example, all twelve students acknowledged that they had applied ecological concepts learned from the classroom to the field project. One student reflected that "after reading the class textbook, reviewing the PowerPoint slides, and going over class notes, working in the field at Huguenot Park was much easier than... at the beginning of the semester." In addition, the entire class identified the value of group work in collecting data. One student wrote "I really enjoyed these trips, conducting surveys, taking data, working with group members, being outside and learning the whole time." Students also described the challenges in working outdoors. Seven students described the difficulty of avoiding the *Opuntia pusilla* (Haw.) Haw. (cockspur pricklypear cactus). Despite these encounters, ten students had described their experiences in the field as 'fun' and 'interesting.'

## Discussion

Student learning was positively impacted from the inclusion of a semester-long field project. The students recognized the value of complementing lectures with the fieldwork to connect ecological concepts to their term projects. The initial burrow survey provided the class exposure to the gopher tortoise habitat, during which students made observations and developed hypotheses before designing their own projects. By the close of the semester, students identified with the value of fieldwork. Students self-reported gains in knowledge, skills, and ecological concepts were similar to those reported by McLaughlin and Johnson (2006), with students reporting moderate (4) to strong (5) gains. One student recognized the knowledge they gained from their term project: "The experience has broadened my views on the environment, working together with small teams, and collecting and analyzing data to make informed observations about my research subject."

Students may have been motivated to collect quality data because they valued the alignment of the fieldwork with their independent projects and course learning outcomes related to gopher tortoise ecology and the scientific method. The value of fieldwork was indicated by 75% of the students who disagreed with the statement *it*

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 18:40:55 UTC
All use subject to https://about.jstor.org/terms

se 3:23-cv-00936-WWB-LLL    Document 31-1    Filed 01/17/25    Page 112 of 2
PageID 491
Learning with gopher tortoises                                    Goldberg and Castellón

*would be better to listen to lectures about field biology than do fieldwork*, as summarized by one student: "I have been extremely impressed by the field trips and responsibility carried by each student. I enjoy being out in nature, versus cooped up in a classroom. I have developed a deeper understanding of gopher tortoise ecology and the delicate balance of its environment."

The student surveyors detected gopher tortoise burrows at a slightly higher rate during the winter survey than the biologists during the summer survey. This difference may have been due to greater visibility of burrows during winter surveys when deciduous vegetation have abscised their leaves (Tuberville and Dorcas 2001). Differences in proportions of burrow classification categories between surveys were expected and likely due to higher levels of tortoise activity during summer months, although some error in burrow classification due to inexperience cannot be ruled out given the subjective nature in classifying burrows activity status (Tuberville and Dorcas 2001, Smith et al. 2005). In addition, the greater numbers of burrows recorded during the winter survey may have been a function of students misclassifying some holes or mammal burrows as tortoise burrows, which is a common error among inexperienced surveyors (pers. obs. T. Castellón).

The similar burrow detection rates between the biologists and upper-division Ecology students would support the validity of using students to collect relatively simple field data to inform management decisions. In addition, the burrow density, occupancy rate, and age class structure observed in the coastal dune habitat at Huguenot Memorial Park were within the range of estimates reported for other coastal Florida sites (Smith et al. 2005, Pawelek and Kimball 2014) which would suggest the potential of using student-collected data to inform management decisions. We therefore advocate the inclusion of field research projects in the ecological sciences to further the goals of scientific literacy and promote opportunities for collaborations between universities and local parks and conservation areas.

**Acknowledgments** We thank Shelley Beville, City of Jacksonville Parks Naturalist, for providing access to Huguenot Memorial Park, Jacksonville, Florida. We thank E. Witek, J. Ramirez, and the Jacksonville University Spring Ecology class for their valuable contributions in the field. We also thank the editor, reviewers, L. Atkins, A. Farmer, J. Heine and E. Leone for recommendations that substantially improved the study design and paper. Our study had received ethics approval from the university's Institutional Review Board.

## References

Allison P, Wurdinger S. 2005. Understanding the power, promise, and peril of the experiential learning process. Teacher Education and Practice 18:386–374.

American Association of Colleges and Universities (AAC&U). 2009. VALUE rubrics. www.aacu.org/value. Accessed January 10, 2016.

Auffenberg W, Franz R. 1982. Status and distribution of the gopher tortoise (*Gopherus polyphemus*). Pp. 95–126 *in* Bury RB, ed. North American Tortoises: Conservation and Ecology. U.S. Fish and Wildlife Service, Washington DC.

Doonan TJ, Stout IJ. 1994. Effects of gopher tortoise (*Gopherus polyphemus*) body size on burrow structure. American Midland Naturalist 131:273–280.

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 18:40:55 UTC
All use subject to https://about.jstor.org/terms

Huguenot Management Plan. 2008. Huguenot Management Plan, Huguenot Memorial Park, Duval County. England-Thims & Miller, Inc., Jacksonville.

Kolb AY, Kolb DA. 2005. Learning styles and learning spaces: Enhancing experiential learning in higher education. Academy of Management Learning & Education 4:193–212.

Lau A, Dodd Jr. CK. 2014. Multiscale burrow site selection of gopher tortoises (*Gopherus polyphemus*) in coastal sand dune habitat. Journal of Coastal Research 13:27–34.

McCoy ED, Mushinsky HR. 1992. Studying a species in decline: Gopher tortoises and the dilemma of "correction factors". Herpetologica 48:402–407.

McLaughlin JS, Johnson DK. 2006. Assessing the field course experiential learning model: Transforming collegiate short-term study abroad experiences into rich learning environments. Frontiers: The Interdisciplinary Journal of Study Abroad 13:65–85.

Nomani SZ, Carthy RR, Madan KO. 2008. Comparison of methods for estimating abundance of gopher tortoises. Applied Herpetology 5:13–31.

Pawelek JC, Kimball ME. 2014. Gopher tortoise ecology in coastal upland and beach dune habitats in northeast Florida. Chelonian Conservation and Biology 13:27–34.

Scott GW, Goulder R, Wheeler P, Scott LJ, Tobin ML, Marsham S. 2012. The value of fieldwork in life and environmental sciences in the context of higher education: A case study in learning about biodiversity. Journal of Science Education and Technology 21:11–21.

Smith LL, Linehan JM, Stober JM, Elliott MJ, Jensen JB. 2009. An evaluation of distance sampling for large-scale gopher tortoise surveys in Georgia, USA. Applied Herpetology 6:355–368.

Smith RB, Tuberville TD, Chambers AL, Herpich KM, Berish JE. 2005. Gopher tortoise burrow surveys: External characteristics, burrow cameras, and truth. Applied Herpetology 2:161–170.

Tuberville TD, Dorcas ME. 2001. Winter survey of a gopher tortoise population in South Carolina. Chelonian Conservation and Biology 4:182–186.

Waddle JH, Mazzotti FJ, Rice KG. 2006. Changes in abundance of gopher tortoise burrows at Cape Sable, Florida. Southeastern Naturalist 5:277–284.

Williams BK, Nichols JD, Conroy MJ. 2002. Estimating abundance based on counts. Pp. 242-262 *in* Williams BK, Nichols JD, Conroy MJ, eds. Analysis and Management of Animal Populations. Academic Press, San Diego.

Submitted: June 24, 2016
Accepted: August 23, 2016

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 18:40:55 UTC
All use subject to https://about.jstor.org/terms

Learning with gopher tortoises                                              Goldberg and Castellón

Appendix Table 1. Description of AAC&U VALUE metrics to assess student writing samples. A mark of '3' indicates that criteria were met and '1' indicates that criteria were partially met (AAC&U 2009)

| Metric | 3 | 1 |
|--------|---|---|
| Writing style | Demonstrates a clear focus on context, audience, purpose, and task. | Demonstrates minimal attention to context, audience, purpose, and task. |
| Discipline | Demonstrates consistent use of discipline's organization, content, and presentation style choices. | Attempts to use a consistent system for basic organization and presentation. |
| Research | Demonstrates consistent use of credible and relevant sources to support ideas. | Demonstrates an attempt to use sources to support ideas in the writing. |
| Citation | Follows discipline conventions in the citation of sources. | Demonstrates an attempt to follow conventions in the citation of sources. |
| Define problem | Demonstrates the ability to construct a problem statement with evidence. | Demonstrates a limited ability in identifying a problem statement. |
| Hypotheses | Proposes one or more hypotheses that indicates comprehension of the problem. | Proposes hypotheses that are vague or only indirectly addresses the problem statement. |
| Methods description | Critical elements of the methodology are developed. | Critical elements of the methodology are misunderstood or missing. |
| Curiosity | Explores a topic in depth, indicating interest in the subject. | Explores a topic at a surface level, indicating low interest in the subject. |
| Interpretation | Provides accurate explanations of information. | Attempts to explain information presented but draws incorrect conclusions. |
| Transfer of knowledge | Makes references to previous learning and shows evidence of applying knowledge to demonstrate comprehension in novel situations. | Makes vague references to previous learning but does not apply knowledge to demonstrate comprehension. |
| Evidence | Information is taken from source(s) with enough interpretation to develop a coherent analysis. | Information is taken from source(s) without interpretation. |

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 18:40:55 UTC
All use subject to https://about.jstor.org/terms

Goldberg and Castellón                                      Learning with gopher tortoises

Appendix Table 2. Pre/post perception survey modified from Scott et al. (2012). Pre survey was completed within first two weeks of class, and post survey was completed during the final week of class. A '1' would indicate that the student agreed strongly, '3' that the student was neutral, and '5' that the student disagreed strongly (n = 12 students per survey).

| Perception statement | Beginning of the semester Median (range) | End of the semester Median (range) |
|---|---|---|
| I can make informed decisions on ecological issues | 2.5 (1–4) | 2.0 (1–4) |
| I use team work to increase my learning | 2.0 (1–5) | 1.5 (1–4) |
| I can apply the scientific method to develop a new project (background, hypotheses, data collection, analysis) | 2.0 (1–3) | 1.5 (1–4) |
| Fieldwork is something that I enjoy | 1.0 (1–3) | 1.0 (1–5) |
| Laboratory work is something that I enjoy | 2.0 (1–5) | 2.0 (1–5) |
| Computer-based work is something that I enjoy | 2.0 (1–5) | 3.0 (1–3) |
| I lose interest in fieldwork if the weather is poor | 4.0 (2–5) | 4.0 (2–5) |
| Fieldwork is easy | 3.0 (2–5) | 3.0 (2–4) |
| Lab work is easy | 4.0 (3–5) | 4.0 (2–5) |
| Time in the field is time wasted | 5.0 (4–5) | 5.0 (2–5) |
| I would rather have lectures than do fieldwork or lab work | 4.0 (1–5) | 4.0 (1–5) |
| It would be better to listen to lectures about field biology than do fieldwork | 4.0 (3–5) | 4.0 (1–5) |
| Fieldwork teaches me valuable skills | 1.5 (1–5) | 2.0 (1–5) |
| I learn most about the fieldwork topic in the field | 2.0 (1–5) | 2.0 (1–4) |
| I learn most about the fieldwork topic during the post trip write up | 3.0 (2–4) | 3.0 (3–4) |
| It would be better to work on material brought into the classroom rather than have to go into the field | 4.0 (3–5) | 4.0 (1–5) |
| I feel safe doing fieldwork | 1.0 (1–5) | 1.5 (1–5) |
| I feel safe doing lab work | 1.0 (1–3) | 1.0 (1–4) |
| I always feel well prepared for fieldwork | 2.0 (1–3) | 2.0 (1–5) |
| I would recommend fieldwork to others | 1.0 (1–2) | 1.5 (1–5) |

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 18:40:55 UTC
All use subject to https://about.jstor.org/terms

Appendix Table 3. Post retrospective survey modified from McLaughlin and Johnson (2006) and given during the final week of class. A. Student self-reported learning gains in knowledge and skills, and B. Student self-reported gains in conceptual learning. A '1' would indicate that the student reported no gains, '3' that the student was neutral, and '5' that the student reported significant gains (n = 12 students per survey).

A. Gains in knowledge and skills

| Learning areas | Median response |
| --- | --- |
| Basic ecological principles | 5.0 (4–5) |
| How human activities impact biodiversity and ecosystems | 5.0 (3–5) |
| Ecology as pertains to gopher tortoise ecology | 5.0 (3–5) |
| Ecology in general | 4.5 (3–5) |
| Student reported gains in skills | 4.0 (3–5) |
| Applying basic field ecology skills | 4.0 (3–5) |
| Communicating through writing | 4.0 (3–5) |
| Applying the scientific method (hypotheses, design, data collection, analysis) | 4.0 (2–5) |
| Presenting information effectively to others | 4.0 (3–5) |
| Working as a team to increase learning | 4.0 (3–5) |

B. Gains in conceptual learning

| Learning areas | Median response |
| --- | --- |
| Understanding the concepts of ecology as pertains to gopher tortoises | 5.0 (3–5) |
| Understanding how human and social activity impacts gopher tortoises | 5.0 (4–5) |
| Ability to make informed decisions on ecological issues | 4.0 (4–5) |
| Think critically about complex conservation issues | 4.0 (3–5) |
| Ability to think through a problem or argument as it pertains to the environment | 4.0 (3–5) |

Appendix Table 4. Reflection feedback prompts completed in the middle and end of the semester (modified from Scott et al. (2012); n = 12 students).

| What impressed you about the field trip? |
| --- |
| What were best/worst experiences? |
| How did the activity help you understand ecology of gopher tortoise? |
| How did your class knowledge help you in the field? |
| How did the team work? How did you work with the team? How did you manage different attitudes/ skills/backgrounds? |
| What was your individual contribution? |
| Now that you have experiences biological research in the field, how will you use your knowledge? Skills? |

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 18:40:55 UTC
All use subject to https://about.jstor.org/terms

ATTACHMENT B

Short Communication

# Gopher tortoise (*Gopherus polyphemus*) distribution and flood hazards using mitigation permits (2009-2021) in the lower St. Johns River basin, Florida

Nisse Goldberg[1] and Russell L. Watkins[2]

[1]Department of Biology and Marine Science, Jacksonville University, 2800 University Blvd. North, Threshold Spatial Science, LLC Jacksonville FL, 32211

[2]Threshold Spatial Sciences, 414 Shamrock Rd., St. Augustine, FL, 32086

**Keywords** Flood hazards, *Gopherus polyphemus*, habitat fragmentation, land cover

## Introduction

Gopher tortoise (*Gopherus polyphemus*) populations are associated with xeric land cover types that have well-drained sandy soils suitable for digging burrows, an open canopy that enables sunlight to reach the burrows, and availability of herbaceous plants (Auffenberg and Franz 1982, Diemer 1986). Due to climate change, projected increases in extreme events may contribute to reduced food availability, saturated soil conditions, and increased flooding and collapsing of burrows (Castellón et al. 2020, Blonder et al. 2021). Castellón et al. (2018) reported habitat fidelity in mesic flatwood and scrub habitats during periods of seasonal rainfall. In mesic flatwoods, more movement among existing burrows was observed during wet conditions when saturated soils may be unsuitable for digging new burrows (Castellón et al. 2020). Local resource managers would benefit from flood exposure delineation in different land cover types combined with remote sensing, as recommended by Castellón et al. (2020), to understand habitat use with flood events.

In Florida, gopher tortoise permits are required by the Florida Fish and Wildlife Commission (FWC) to mitigate the impacts of development projects that are within eight meters of a gopher tortoise burrow (FWC 2021a). Gopher tortoises can be relocated to protected lands as defined by FWC (2020) for < 6 months. Protected lands are designated by the acreage of upland land cover and water table depth of > 45.7 cm to account for seasonal changes in groundwater levels and vegetation coverage. Permittees must provide gopher tortoise habitat acreage, and the number of gopher tortoise burrows at the project site (FWC 2020). No study has summarized land cover types associated with development projects requiring gopher tortoise permits.

---

Corresponding author: Nisse Goldberg, ngoldbe@ju.edu

**137**

This content downloaded from
24.192.232.226 on Fri, 17 Jan 2025 18:45:36 UTC
All use subject to https://about.jstor.org/terms

Three objectives of this study were to describe the extent of land cover types or features where occurrences of gopher tortoises had been recorded from 2009-2021 across the lower St. Johns River basin (LSJRB), burrow densities among land cover types from FWC gopher tortoise permit records, and flood hazard exposure among land cover types where gopher tortoise occurrences had been recorded across the LSJRB.

**Methods**

The distribution of five optimal gopher tortoise land cover types (xeric hammock, mesic flatwood, maritime hammock, scrubby flatwood, and sandhill) (Inkley 1986) across the LSJRB was investigated from publicly accessible geocoded databases. The Florida Natural Areas Inventory (FNAI) database of documented occurrences of gopher tortoise populations (n = 357 records, FNAI 2019) was joined with FNAI's Florida Conservation Lands database (FLMA 2021) to identify managed conservation lands with gopher tortoise occurrences. A geocoded FWC gopher tortoise permit database was used to determine project locations of issued permits from 2009-2021 (n = 240 permits, FWC 2021a). The spatial data of conservation lands (FLMA 2021) and gopher tortoise permit (FWC 2021a) databases were joined with the land cover and land use database (FGDL 2020) to identify land cover types associated with each permitted project and to calculate total and mean area (ha, hectare) and standard error (SE) per land cover type, utilizing the land cover classification categories provided by Kawula and Redner (2018). The FGDL (2020) database was also used to calculate coverage (ha) of the five optimal gopher tortoise land cover types that had gopher tortoise records documented by FNAI (2019). The FWC (2021a) gopher tortoise permit database was used to compile burrow numbers and estimate gopher tortoise habitat area (ha) at each project site per land cover type.

Eight flood hazard categories were compared among land cover types: 100- and 500-year floodplains (FEMA 2020), 2030 and 2050 projected sea-level rise (SLR, NHC 2020), high (Categories 1-3), and low (Categories 4-5), storm surge frequency (NHC 2020), high tide flooding (Sweet et al. 2018), and post-Hurricane Irma flooded lands derived from satellite imagery (https://www.aer.com/). Flood hazards were derived from the interactive Lower St. Johns River Wetland Analysis app (https://arcg.is/0SKnDm0), a browser-based tool for analysis and display of flood-related hazards in the LSRJB (Goldberg and Watkins 2021). A composite flood hazard exposure score per land cover type was calculated using a spatial presence/absence formula. The presence of each hazard category associated with each land cover feature was given a score of 1.25 (Goldberg and Watkins 2021). High, middle, and low composite score categories were defined as having ≥ 6, 4-5, and ≤ 3 flood hazards, respectively.

One-sample t-tests were used to test for differences in areal coverage and composite score for geocoded land cover types in the LSJRB. A nonparametric Kruskal-Wallis test was used to compare coverage and number of burrows among land cover types for high, middle, and low categories of flood hazard exposure. The statistical software package Minitab® ver. 20.4 was used for statistical comparisons.

## Results and Discussion

Five land cover types (xeric hammock, mesic flatwood, maritime hammock, scrubby flatwood, and sandhill) typically associated with gopher tortoise populations (Inkley 1986) represented 30,630 ha of the 55,224 ha across the LSJRB. Sandhill and mesic flatwood represented 98.2% of the five land cover types across the LSJRB, and 55.2% of the coverage was in conservation lands. Maritime hammock, scrubby flatwood, and xeric hammock land cover types represented the smallest total coverage of 1,013.2 ha with 68.7% located in conservation lands. Where gopher tortoise occurrences had been recorded on conservation lands, mean areas of sandhill and mesic flatwoods features were significantly larger (FNAI 2019) than across the LSJRB (p < 0.0016, Figure 1A, FGDL 2020). Conservation

This content downloaded from
24.192.232.226 on Fri, 17 Jan 2025 18:45:36 UTC
All use subject to https://about.jstor.org/terms



Figure 1. Distribution and hazard exposure of xeric land cover types across the lower St. Johns River basin, northeastern Florida. A. mean extent (ha) + SE and B. mean composite exposure score + SE per land cover type with gopher tortoise occurrences located on conservation lands (grey, n = 357 records, FNAI 2019), with gopher tortoise occurrences located on project sites issued FWC gopher tortoise permits (white, 2009-2021, n = 240 permits, FWC 2020), and land cover type located in the study region (black, n = 5,163, FGDL 2020).

This content downloaded from
24.192.232.226 on Fri, 17 Jan 2025 18:45:36 UTC
All use subject to https://about.jstor.org/terms

Table 1. Mean (± SE) coverage (ha) per permit, total coverage (ha), and mean (± SE) composite score per permit from 2009-2021. *Denotes modified land cover type. Florida land cover classification categories followed Kawula and Redner (2018).

| Code | Florida land cover | # permits | Mean extent (ha) | Total extent (ha) | Mean composite score |
|---|---|---|---|---|---|
| 1110 | Uplands: hardwood forest | 1 | | 15.1 | 1.3 |
| 1640 | Uplands: coastal strand | 1 | | 1.21 | 5 |
| 4000 | Riverine | 1 | | 501.2 | 6.3 |
| 1210 | Uplands: scrub | 1 | | 2.0 | 7.5 |
| 1840 | Uplands: transportation | 1 | | 0.2 | 7.5 |
| 1500 | Uplands: shrub & brushland | 5 | 4.2 ± 2.0 | 20.7 | 1.5 ± 0.5 |
| 2110 | Wetlands: prairie & bog | 3 | 1.7 ± 1.0 | 121.5 | 1.7 ± 0.4 |
| 1240 | Uplands: sandhill | 11 | 8.3 ± 2.2 | 91.5 | 1.7 ± 0.4 |
| 1870/80 | *Uplands: extractive & bare soil/clear cut | 6 | 9.0 ± 1.9 | 53.9 | 2.1 ± 0.3 |
| 1860 | *Uplands: utilities | 32 | 4.0 ± 1.8 | 127.3 | 2.1 ± 0.3 |
| 1311 | Uplands: mesic flatwood | 10 | 4.5 ± 1.3 | 4.9 | 2.3 ± 0.6 |
| 1200 | Uplands: high pine & scrub | 3 | 1.9 ± 1.5 | 5.8 | 2.5 ± 1.9 |
| 1833 | *Uplands: agriculture | 42 | 22.7 ± 6.9 | 953.7 | 2.7 ± 0.3 |
| 2200 | Wetlands: freshwater forested | 8 | 33.4 ± 14.5 | 267.0 | 2.8 ± 0.8 |
| 3200 | *Lacustrine: cultural | 6 | 2.6 ± 1.3 | 15.9 | 3.3 ± 0.8 |
| 1400 | Uplands: mixed hardwood-coniferous | 23 | 5.3 ± 1.3 | 45.5 | 3.4 ± 0.5 |
| 1830 | *Uplands: rural | 15 | 11.7 ± 3.2 | 175.4 | 3.4 ± 0.9 |
| 1820 | *Uplands: urban | 71 | 6.3 ± 1.9 | 449.7 | 3.8 ± 0.3 |

lands in the LSJRB provide important roles in supporting gopher tortoise populations due to protection from development activities.

By comparison, development activities that required gopher tortoise permits from 2009-2021 were located primarily on rural, agricultural, urban, and other modified land cover types (Table 1). In total, these permitted projects impacted 2,332.9 ha of gopher tortoise habitat as defined by permit guidelines with mesic flatwood and sandhill features representing 5.9% of the area (FWC 2020). No permits were issued in maritime hammock, scrubby flatwood, or xeric hammock land cover types. Rural and agriculture were the most common land cover types, representing 55.3% of the total impacted habitat area. Agriculture features (22.7 ± 6.9 ha per permit) were larger than urban (6.3 ± 1.9 ha per permit) and rural (11.7 ± 3.2 ha per permit) features and smaller than three of the optimal gopher tortoise land cover types in conservation lands (Table 1, Figure 1A).

Interestingly, burrow densities were variable among modified land cover types (Table 1) and greater than published densities in flatwood/plantation and sandhill land cover types (1.4 burrows per ha and 3.3-10.0 burrows per ha, respectively) from south-central Florida (Castellón et al. 2012). For example, burrow densities in agricultural features were less dense (4.1 ± 0.8 burrows per ha per permit) than in utility features (20.5 ± 4.2 burrows per ha per permit). Burrow densities were similar between rural and urban features (5.9 ± 1.7 burrows per ha per permit, 7.4 ± 1.2 burrows per ha per permit, respectively). The one project located in a transportation land cover type had the greatest burrow density (33.3 burrows per ha)

This content downloaded from
24.192.232.226 on Fri, 17 Jan 2025 18:45:36 UTC
All use subject to https://about.jstor.org/terms



Figure 2. Composite hazard exposure for issued gopher tortoise permits (n = 240) in the lower St. Johns River basin, FL, from 2009-2021. Map derived from the interactive Lower St. Johns River Wetland Analysis app (https://arcg.is/0SKnDm0.

despite a relatively small feature area (0.2 ha, Table 1). Food availability, predator impacts, and flood potential in low-lying areas may contribute to recorded variability in burrow densities (Castellón et al. 2012).

Land cover types that were associated with gopher tortoise occurrences were exposed to differing levels of flood hazards across the LSJRB (Figure 2). As expected, the maritime hammock feature had the greatest mean composite exposure score (Figure 1B) due to SLR, high tide, and storm surge Categories 1-3 hazards. Where gopher tortoises had been recorded in xeric hammock and mesic flatwood (FNAI 2019), hazard scores were significantly lower (p < 0.0001), suggesting that areas of similar land cover types could be considered as potential recipient sites (Figure 1). By comparison, the locations of gopher tortoise recipient sites in the LSJRB had fewer than three hazards (FWC 2021b).

This content downloaded from
24.192.232.226 on Fri, 17 Jan 2025 18:45:36 UTC
All use subject to https://about.jstor.org/terms

Regardless of land cover type, permitted project sites with high (n = 30 permits) and low (n = 138 permits) composite scores had twice the burrow densities ($8.3 \pm 2.0$ burrows per ha per permit and $8.8 \pm 1.1$ burrows per ha per permit, respectively) than in areas with medium composite scores ($4.2 \pm 1.0$ burrows per ha per permit, n = 47 permits; $p < 0.0140$). Urban, rural, and agriculture features were associated with greatest mean composite scores and combined, they represented 50%, 56%, and 76% of the 240 sites exposed to $\leq 3$ hazards, 4-5 flood hazards, and $\geq 6$ flood hazards, respectively (Table 1). Greater burrow densities may afford gopher tortoises more opportunity to seek unimpacted burrows during flood events (Castellón et al. 2020). Relocation to recipient sites should be prioritized for gopher tortoises from more hazard-prone locations and consideration to provide on-site protection rather than relocation at project sites with low hazards scores.

Systematic burrow surveys on conservation lands and developed lands would better elucidate burrow densities per land cover type and exposure to flood hazards. This study highlighted the susceptibility of gopher tortoise habitats to flood hazards in developed areas. For example, $> 50\%$ of the 71 permit projects were located on urban features that had been flooded by Hurricane Irma and in the 100-year floodplain. Efforts to increase the extent and to ensure connectivity of conservation lands with developed areas would help support gopher tortoise populations and to buffer disturbance impacts from flood damage (Howell et al. 2020, Blonder et al. 2021).

**Acknowledgments** We thank K. Richardson of the Florida Fish and Wildlife Conservation Commission for access to the permit data, K. Brinegar for access to the FNAI data, and J. Heine of Jacksonville University and anonymous reviewers for editorial feedback of the manuscript.

#### References

Auffenberg W, Franz R. 1982. The status and distribution of the gopher tortoise (*Gopherus polyphemus*). Pp. 95–126 *in* Bury RB, ed. North American Tortoises: Conservation and Ecology. U.S. Fish and Wildlife Service, Washington DC.

Blonder BI, Liedtke KJ, Stephens SE. 2021. Changes in coastal Gopher Tortoise (*Gopherus polyphemus*) burrow characteristics and density following hurricane events in Northeast Florida, USA: implications for conservation planning. Global Ecology and Conservation 25:e01437.

Castellón TD, Anderson CD, Rothermel BB, Beck JL. 2020. Differential effects of elevation and microtopography on gopher tortoise burrow distributions in Southern Florida. Copeia 108:140–150.

Castellón TD, Rothermel BB, Nomani SZ. 2012. Gopher Tortoise (*Gopherus polyphemus*) burrow densities in scrub and flatwoods habitats of peninsular Florida. Chelonian Conservation and Biology 11:153–161.

Castellón TD, Rothermel BB, Bauder JM. 2018. Gopher tortoise burrow use, home range, seasonality, and habitat fidelity in scrub and mesic flatwoods of southern Florida. Herpetologica 74:8–21.

Diemer JE. 1986. The ecology and management of the gopher tortoise in southeastern United States. Herpetologica 42:125–133.

Federal Emergency Management Administration (FEMA). 2020. Flood zones. https://www.fema.gov/flood-zones. Accessed July 20, 2021.

This content downloaded from
24.192.232.226 on Fri, 17 Jan 2025 18:45:36 UTC
All use subject to https://about.jstor.org/terms

Florida Conservation Lands (FLMA). 2021. egn2021 shapefile for ArcMap. https://www.fnai.org/shapefiles/flma_202105.zip. Accessed July 20, 2021.

Florida Geographic Data Library (FGDL). 2020. Metadata explorer. http://www.fgdl.org/metadataexplorer/. Accessed July 20, 2021.

Florida Natural Areas Inventory (FNAI). 2019. Cooperative Land Cover (CLC), Version 3.4. 2019. https://www.fnai.org/services/coop-land-cover. Accessed 10 December 2021.

Florida Fish and Wildlife Conservation Commission (FWC). 2020. Gopher tortoise permitting guidelines. https://www.flrules.org/gateway/readRefFile.asp?refId=12193&filename=GopherTortoisePermitting Guidelines.pdf. Accessed 17 April 2021.

Florida Fish and Wildlife Conservation Commission (FWC). 2021a. Gopher tortoise permit map. https://public.myfwc.com/maps/gtmapping/gtpermitmap.html. Accessed 20 July 2021.

Florida Fish and Wildlife Conservation Commission (FWC). 2021b. Gopher Tortoise Relocation Permit Recipient Sites Florida. https://geodata.myfwc.com/datasets/2d23753cab1248efa86bc1b713bfb04a/explore?location=28.290063%2C-83.128179%2C8.35. Accessed 17 April 2021.

Goldberg N, Watkins RL. 2021. Spatial comparisons in wetland loss, mitigation, and flood hazards among watersheds in the lower St. Johns River basin, northeastern Florida, USA. Natural Hazards 109:1743–1757.

Howell HJ, Rothermel BB, White KN, Searcy CA. 2020. Gopher tortoise demographic responses to a novel disturbance regime. Journal of Wildlife Management 84:56–65.

Inkley DB. 1986. Habitat suitability index models: gopher tortoise. Florida Game and Fresh Water Fish Commission, Tallahassee.

Kawula R, Redner J. 2018. Florida Land Cover Classification System. Florida Fish and Wildlife Conservation Commission, Tallahassee.

National Hurricane Center (NHC). 2020. US Gulf and East Coast Category 5 Storm Surge Inundation (SLOSH Maximum of MEOWs). https://www.arcgis.com/home/item.html?id=cb277cb0d18b4c08951cc0b5a102f463. Accessed 20 July 2021.

Sweet WWV, Dusek G, Obeysekera JTB, Marra JJ. 2018. Patterns and projections of high tide flooding along the US coastline using a common impact threshold. NOAA Technical Report NOS CO-OPS 086, Silver Springs. https://tidesandcurrents.noaa.gov/publications/techrpt86_PaP_of_HTFlooding.pdf. Accessed 20 July 2021.

Submitted: January 3, 2022
Accepted: June 2, 2022

This content downloaded from
24.192.232.226 on Fri, 17 Jan 2025 18:45:36 UTC
All use subject to https://about.jstor.org/terms

Exhibit 4

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CENTER FOR BIOLOGICAL DIVERSITY
and NOKUSE EDUCATION, INC.,

    *Plaintiffs,*

        v.                     **Case No.: 23-cv-936-WWB-LLL**

U.S. FISH AND WILDLIFE SERVICE;
MARTHA WILLIAMS, in her official capacity
as Director of the U.S. Fish and Wildlife
Service; and DEB HAALAND, in her official
capacity as Secretary of the U.S. Department
of the Interior,

    *Defendants.*

## <u>DECLARATION OF HENRY MUSHINSKY, Ph.D.</u>

I, Dr. Henry Mushinsky, declare as follows:

1.      The facts set forth in this declaration are based on my personal knowledge, and if called as a witness, I could and would competently testify to those facts under oath. As to those matters that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2.      I have reviewed the Species Status Assessment and the U.S. Fish and Wildlife Service's (FWS) finding that the eastern population of the gopher tortoise does not warrant listing.

3.      I have been a Professor of Biology at the University of South Florida since 1979, where I was the director of the graduate biology program for 16 years. I am currently a Professor Emeritus of Integrated Biology at the University of South Florida.

4.      I have a Bachelor of Science in Biology from Tusculum University, a Master of Science in Biology from East Tennessee State University, and a Ph.D. in Zoology from Clemson University. I have been working with gopher tortoises for nearly 40 years. Over the past four decades, my research has focused mainly on the connection between gopher tortoise populations and fire-maintained habitats.

5.      Without getting too technical, much of my background and experience used as a basis for the positions I take in this declaration may be found in these general references that I authored or co-authored: Earl D. McCoy & Henry R. Mushinsky, *Studying a species in decline: Changes in populations of gopher tortoises on federal lands in Florida*, 55 FLA. SCI. 116–125; Earl D. McCoy, et al, *Population consequences of upper respiratory tract disease on gopher tortoises, Final Report, Florida Fish and Game Commission, Tallahassee, FL* (2005); Henry R. Mushinsky, et al. *Gopherus polyphemus—gopher tortoise*, *in* BIOLOGY AND CONSERVATION OF FLORIDA TURTLES 350–375 (Peter A. Meylan ed., 2006); Henry R. Mushinsky, *Growth Patterns of North American Tortoises, in* BIOLOGY AND CONSERVATION OF NORTH AMERICAN TORTOISES 53–59 (David C. Rostal, Earl D. McCoy, & Henry R. Mushinsky, eds. 2014). (Attachment A). I have also authored well over 100 other publications.

6.      I was also on the panel of experts that conducted the formal review of the Species Status Assessment (SSA) Report for the U.S. Fish and Wildlife Service (FWS). The expert panel meeting coincided with a meeting of the Gopher Tortoise Council held in south Alabama in 2019. The panel consisted of about 8-10 experts from different fields (biologists, statisticians, data analysts, etc.). We reviewed the SSA guidelines and presented information to the FWS about the status of and threats to the gopher tortoise

2

in different parts of its range. It appeared to me that the consensus of the group after
the review was that the gopher tortoise in the eastern portion of its range was
threatened with extinction.

7.      These comments are based on my more than 40 years of experience
studying gopher tortoises, their habitats, and long-term impacts in Florida. Among the
most significant threats to the eastern populations in Florida are habitat fragmentation
caused by human development, translocation to less suitable habitat to move them out
of harm's way and disease. In Florida, development and habitat fragmentation are the
most significant threats to gopher tortoise populations. Gopher tortoises are being
displaced by development at an alarming rate because of urbanization. Since the
1980s, people have been moving to Florida in droves. Today, it is estimated that 1,000
people are moving to Florida every day. Such growth has and continues to cause
relentless expansion of humans into natural lands. development. Unfortunately for the
gopher tortoise, the species' preferred habitat is also prime real estate for new
neighborhoods, shopping centers, utilities, and the like, and people's needs take priority
over those of the gopher tortoise.

8.      As Florida continues to be developed, gopher tortoises are squeezed into
smaller and smaller parcels of land. Small, isolated islands of habitat cannot be properly
maintained by fire and over time become unusable by tortoises.

9.      Fire has an influence on time to reach sexual maturity. In a well-managed
forest in Hillsborough County, Florida, female tortoises produce viable eggs and
offspring at 9 years of age, in a nearby poorly managed forest, they take at least 14

3

years to produce their first clutch of eggs. Over time that can become meaningful for a population.

10.    In the 1980s, I worked at USF's ecological research area near its Tampa campus, where I was first introduced to the gopher tortoise. At the time, the scientific community did not understand the relationship between fire and gopher tortoise well-being, so we studied this. For Florida's upland ecosystems to remain balanced and fully functional to a diversity of life they must burn periodically. Fire performs several services for wildlife habitats, especially those occupied by herbivorous tortoises, including stimulating ground cover/shrub layer plant diversity and maintenance of an open tree canopy for foraging and thermoregulation.

11.    My initial research on tortoises was at the USF ecological research area where we wanted to determine how different fire periodicities affect gopher tortoises. With colleagues and graduate students, we divided the research area into different plots of land which were burned at different intervals; every two years, every five years, and every seven or nine years. Plots that had not burned for about thirty years were used as reference plots. Through this work, we found that the gopher tortoise is clearly dependent on fire. For example, the plots that burned every five or seven years had very healthy gopher tortoise populations on them with significant recruitment. The populations were relatively fast growing, heavy bodied, energetic, and actively producing young.

12.    For example, at one of the state parks our first survey showed healthy populations; however, 10 years later tortoises declined by 30 percent. At nearly the twenty-year mark, the population was virtually extirpated. We are unsure where the

individuals went (it is possible that the tortoises abandoned the site rather than died), but we know the vast majority of individuals no longer reside in the park. Twenty years is a very short time for such a dramatic population shift in a species whose individuals live between 40 and 60 years on average. We attribute much of the decline to tree canopy overgrowth and fire suppression. State parks are primarily for humans, park rangers must manage the parks for diverse needs, burning land for wildlife is not a high priority.

13.     In addition to the fire management challenges of fragmented gopher tortoise habitat, strategies to mitigate this habitat loss are coming up short. For example, individual gopher tortoises in harm's way may be translocated to lesser-quality habitat to avoid burial in a burrow. Depth to water table must be a major consideration for recipient sites as they are often fairly poorly drained (hence not occupied by humans). Tortoises can survive short time periods in very wet conditions, but over time leave the site in search of dry land.

14.     Another concern is a lethal disease was discovered in the gopher tortoise population in Sanibel Island, it became known as the Upper Respiratory Tract Disease (URTD). The discovery drew lots of attention from ecologists and microbiologists. In time, the URTD-causing virus was found to be very widespread and readily spread between individuals during courtship rituals. Florida overreacted to the disease and declared that if an individual tested positive (for the antibody to the virus), then the population could not be translocated and could be buried alive in their burrows. Individuals were being buried alive because they were exposed to the virus. We now know the virus has been associated with the Genus Gopherus for millions of years. The

more we move tortoises, the more we interfere with natural immunities and disease resistance.

15.     Finally, the long-lived, slow reproducing gopher tortoise is particularly vulnerable to extinction, in part, because of its inability to replace itself in a timely manner. Its longevity (5–60 years) can be misleading to the untrained. I have observed on numerous occasions, large adult tortoises (and burrows) in power line cuts surrounded by dense, overgrown forests due to fire suppression. The abundant burrows suggest a thriving population. Totally absent, however, is any evidence of recruitment of young into the population. Although females produce fertile eggs, the eggs are nearly 100% consumed by other species, the power lines provide very little protection. Functionally, the adults are walking dead.

16.     I declare under penalty of perjury that the foregoing is true and correct and was executed in Lutz, Florida on December 18, 2024.

s/ Henry Mushinsky

Henry Mushinsky

ATTACHMENT A

*Biological Sciences*

# STUDYING A SPECIES IN DECLINE: CHANGES IN POPULATIONS OF THE GOPHER TORTOISE ON FEDERAL LANDS IN FLORIDA

EARL D. MCCOY AND HENRY R. MUSHINSKY

Department of Biology and Center for Urban Ecology,
University of South Florida,Tampa, FL  33620

ABSTRACT: *In 1987-88, 14 populations of the gopher tortoise,* Gopherus polyphemus *(Daudin), residing on federal lands in Florida were surveyed. These populations had been surveyed in 1978-79. For the five lands for which surveys could be compared, it was found that the percent of burrows that were active increased on one of the lands, decreased on another, and remained about the same on the other three. No systematic differences in size distributions between surveys were correlated with the changes in the percent of burrows that were active. For two sites that were sampled completely, Everglades National Park and J.N. "Ding" Darling National Wildlife Refuge, the data permitted a more precise evaluation of the differences in size distributions between surveys. This evaluation clearly illustrated that substantial, and potentially detrimental, changes in population structure have taken place on at least one federal land. Because at least one population appeared to have declined, residence on "protected" land cannot be assumed to assure the continued existence of a population. It follows that gopher tortoise populations even on reserves need continuous monitoring and management to prevent their decline.*

THE gopher tortoise, *Gopherus polyphemus* (Daudin), ranges from Louisiana, through Mississippi, Alabama, Florida, and Georgia, to South Carolina. It occupies habitats with a sandy substrate suitable for construction of its extensive burrows. Unfortunately, its preference for such habitats brings the tortoise directly into conflict with human interests. In Florida, for example, vast areas of important tortoise habitats such as longleaf pine/turkey oak ("sandhill"), sand pine/scrub oak ("scrub"), and coastal dunes, have been destroyed or degraded in favor of agriculture, development, recreation, and other uses (Diemer, 1986). Substantial populations of the gopher tortoise remain on various management areas throughout Florida, however.

Eberhardt (1988) pointed out the value of multiple management areas in providing an "opportunity for the level of replication needed for bona fide statistical tests" of management procedures. He suggested that such tests (of null models) might be done retrospectively, using available data. We attempted to use an approach like the one suggested by Eberhardt (1988) to understand the changes that take place in isolated populations of the gopher tortoise, using data collected in the late 1970s and in the late 1980s.

SITES AND METHODS—The gopher tortoise inhabits a number of federal lands in Florida. None of these lands was obtained by the federal government primarily for the well-being of tortoises, nor with the intent of conserving habitats important to them, but resident tortoises are protected simply by virtue of their presence on these lands. Logan (1979) surveyed gopher tortoise populations on 17 federal lands in 1978-79, and we surveyed a subset of 14 of them in 1987-88 (Table 1). We did not survey Caloosahatchee National Wildlife Refuge (N.W.R.), Hobe Sound N.W.R, or Loxahatchee N.W.R., because they had no tortoises at all or only small introduced populations, according to their managers.

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 17:42:41 UTC
All use subject to https://about.jstor.org/terms

Case 3:23-cv-00936-WWB-LLL    Document 31-1    Filed 01/17/25    Page 134 of 286
PageID 513

TABLE 1. Federal lands surveyed by Logan (1978-79) and by us (1987-88). Method is the way in which burrows were sampled: A=complete survey; B=7-m-wide, variable-length, belt transect survey; C=7-m X 150-m belt transect survey. Area estimates are given in hectares, and number estimates are of resident tortoises, calculated from numbers of burrows (see text). ND=not determined, NR=included in Merritt Island N.W.R. survey, NS=not surveyed.

| Location | 1978-79 | | | 1987-88 | | |
|---|---|---|---|---|---|---|
| | Method | Area | Number | Method | Area | Number |
| Caloosahatchee N.W.R | A | 1 | 8 | NS | – | – |
| Canaveral N.S. | NR | – | – | B | – | – |
| Cedar Keys N.W.R. | A | 4 | 5-10 | A | <1 | 14 |
| Chassahowitzka N.W.R. | B | 14 | 85 | A | 2 | 37 |
| Egmont Key N.W.R. | B | 133 | 1580 | B | 92 | 2128 |
| Everglades N.P. | C | 80 | 470 | B | 85 | 1137 |
| Fort Matanzas N.M. | A/B | 26 | 65 | A | 11 | 118 |
| Gulf Islands N.S. | B | ND | 0-50 | – | – | 0 |
| Hobe Sound N.W.R. | B | ND | 0-20 | NS | – | – |
| J.N. "Ding" Darling N.W.R. | A | ND | 60 | A | 10 | 34 |
| Lake Woodruff N.W.R. | C | 154 | 100 | A/B | 20 | 77 |
| Loxahatchee N.W.R. | A | ND | 1 | NS | – | – |
| Merritt Island N.W.R. (including Canaveral N.S.) | C | 12,300 | 13,800 | B/C | 7085 | 57,990 |
| Ocala N.F. | C | 122,700 | 42,500 | C | 10,295 | 39,253 |
| St. Johns N.W.R. | A | 4 | 5-10 | A | <1 | 4 |
| St. Marks N.W.R. | C | 2262 | 2500 | C | 733 | 3472 |
| St. Vincent N.W.R. | A | ND | 5-10 | A | 13 | 13 |

We compared population data for only five of these federal lands (Chassahowitzka N.W.R., Everglades National Park (N.P.), Fort Matanzas National Monument (N.M.), J.N. "Ding" Darling N.W.R, Lake Woodruff N.W.R.), however, because several difficulties prevented our comparing data for the other nine lands. Three of the lands supported gopher tortoise populations too small to provide meaningful comparisons through time. Cedar Keys N.W.R., St. Johns N.W.R., and St. Vincent N.W.R. probably supported fewer than fifteen tortoises each at the times of both surveys. Even substantial changes may occur by chance in such small populations. Two other lands supported populations too large to provide meaningful comparisons. Merritt Island N.W.R. and Ocala National Forest (N.F.) probably supported more than 10,000 tortoises each at the times of both surveys. Sample sizes were so relatively small in both cases that substantial sampling errors may have yielded spurious estimates of population sizes and burrow size distributions. We did not compare data for Gulf Islands N.S., because we found no gopher tortoise burrows there. The population data that we employed to make comparisons, numbers and sizes of active, inactive, and abandoned burrows (see below), were not available from Logan for the other three lands (Canaveral National Seashore (N.S.), Egmont Key N.W.R., St. Marks N.W.R.).

Information on tortoise populations was obtained by Logan (1979) and by us from examination of tortoise burrows. Burrow widths correlate strongly with the carapace lengths of the tortoises inhabiting them (e.g., Alford, 1980; Martin and Layne, 1987) and, therefore, the size distribution of burrow widths accurately reflects the size distribution of carapace lengths of resident gopher tortoises. In both studies, examination of burrows was made during the warm, moist times of the year when tortoises are prone to leave their burrows and move about aboveground.

Three methods were employed to survey burrows both in Logan's study (1979) and ours. The choice of method for a particular location depended largely on the extent of potential tortoise habitat. Complete surveys usually were employed for relatively small areas, 7-m-wide belt transects of variable length for moderately sized areas, and 7-m X 150-m belt transects for relatively large areas (Table 1). We did not necessarily use the same method as Logan for a particular location (Table 1); often, we employed a more labor-intensive method than did Logan (1979), simply because labor was available to us. The use of belt transects has been criticized on the grounds that the method is biased: the farther an object is from the center of the transect, the less likely it is to be spotted (e.g., Burnham and Anderson, 1984; Burnham et al., 1985). This problem may have caused Logan, who worked alone, to underestimate the density of burrows, especially small ones, in some cases; but we employed three researchers walking abreast to search the entire

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 17:42:41 UTC
All use subject to https://about.jstor.org/terms

Case 3:23-cv-00936-WWB-LLL    Document 31-1    Filed 01/17/25    Page 135 of 286
PageID 514

width of each transect.

We were conservative in our estimates of available habitat, including only those areas where actual presence of tortoises was confirmed by signs of activity. Our restrictive criterion no doubt caused our estimates of available habitat to be lower, in general, than those of Logan (1979).

Burrows encountered during both surveys were classified as "active," "inactive," or "abandoned" (Auffenberg and Franz, 1982). Active burrows showed evidence of recent tortoise activity, such as footprints around the entrance or scrape-marks within the burrow caused by the plastron abrading the sand. Inactive burrows potentially could be used by a tortoise but lacked evidence of recent tortoise activity. Abandoned burrows could not be used by a tortoise without modification, because they were overgrown or damaged. Logan (1979) measured burrow widths with a tape measure, a ruler, or a caliper. We measured burrow widths, to the nearest 0.5 cm, with a pair of meter sticks, fastened together at the 50-cm mark to form a connected pair of calipers. The meter sticks were placed into a burrow to a depth of 50 cm and spread open so that one stick touched each side of the burrow, allowing the width of the burrow to be measured across the external ends of the sticks. Because Logan (1979) measured burrow width across the entrance and we measured it at 50-cm depth, it is likely that Logan's measurements are systematically larger than ours, because burrow entrances tend to become eroded. A small systematic difference between Logan's measurements and ours would not impinge much upon our conclusions, however, because both sets of data were divided into broad categories of burrow width for analysis.

RESULTS—Population sizes of tortoises usually are estimated from numbers of burrows by the method of Auffenberg and Franz (1982): total number of active and inactive burrows is multiplied by 0.614. Although we do not believe this method provides reliable absolute estimates of population sizes in all cases (Burke, 1989; Mushinsky and McCoy, 1992), we used it to allow comparison of our results with those of Logan (Table 1). The population sizes of tortoises residing on federal lands in Florida appear in some cases to have changed dramatically in the decade between surveys; however, the differences between the results of the two surveys may indicate no more than differences in transect method employed (see above) or in estimates of available habitat. Even though our estimates of available habitat were lower, in general, than those of Logan (1979), our estimates of population sizes were not systematically lower than his (Table 1). Because the two sets of estimates of population sizes were derived from data gathered in different ways, we view this result with caution.

TABLE 2. Estimated percentage of burrows in three categories of activity (active, inactive, abandoned; see text), for five federal lands in Florida surveyed by Logan (1978-79) and by us (1987-88). Estimates for Fort Matanzas N.M. in the first survey are for two classes (active + inactive, abandoned). Asterisks indicate data obtained by transect surveys.

| Location | Percent of Burrows | | | | | |
| | 1978-79 | | | 1987-88 | | |
| | Act. | Inact. | Abd. | Act. | Inact. | Abd. |
|---|---|---|---|---|---|---|
| Chassahowitzka N.W.R. | 70° | 14° | 16° | 66 | 28 | 6 |
| Everglades N.P. | 55° | 25° | 20° | 66° | 25° | 9° |
| Fort Matanzas N.M. | —88°— | | 12° | 51 | 29 | 20 |
| J.N. "Ding" Darling N.W.R. | 43 | 23 | 34 | 10 | 35 | 55 |
| Lake Woodruff N.W.R. | 35° | 35° | 30° | 69° | 28° | 3° |

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 17:42:41 UTC
All use subject to https://about.jstor.org/terms

Convincing documentation of changes that might have occurred in the sizes of these populations in the last decade requires data that can reveal changes in population sizes in a reliable manner throughout all of the federal lands. As tortoise population sizes were estimated from counts of burrows of different statuses, the requisite data are numbers of active, inactive, and abandoned burrows. Furthermore, understanding the reasons behind any changes in population size that did occur between surveys requires additional information, data on demographic shifts. For our purposes, these data would be changes in size distributions of burrows between surveys.

We examined changes during the decade in the relative numbers of active, inactive, and abandoned burrows, for the five federal lands for which such data were available (Table 2). Assuming that burrows within these three categories are found in proportion to their actual frequencies of occurrence and that the determination of categories was relatively consistent between studies, large shifts among categories may signal important changes in a population. Only relatively small changes in percentages of burrows within the three categories are evident for Chassahowitzka N.W.R. (4% decrease in active burrows), Everglades N.P. (11% increase in active burrows), and Fort Matanzas N.M. (8% decrease in active + inactive burrows). In contrast, relatively large changes in percentages are evident for J.N. "Ding" Darling N.W.R. (33% decrease in active burrows) and Lake Woodruff N.W.R. (34% increase in active burrows). Interpreted broadly, these results suggest that conditions for tortoises during the last decade have improved at Lake Woodruff N.W.R., degenerated at J.N. "Ding" Darling N.W.R., and remained similar elsewhere. The seeming lack of change in conditions on some federal lands must be viewed with caution, however, because even slight demographic changes in long lived species can be important to maintenance of populations (Van Horne, 1983).

If conditions for tortoises have not changed much at a particular location, we would expect the size distribution of tortoises there also to have changed little, relative to those of tortoises living where conditions have changed substantially. In the case of federal lands in Florida, we would predict that the size distributions of active plus inactive burrows (the burrows that can be used by tortoises) at Chassahowitzka N.W.R., Everglades N.P., and Fort Matanzas N.M. should be more alike between the 1978-79 and 1987-88 surveys than the distributions at J.N. "Ding" Darling N.W.R. and Lake Woodruff N.W.R. If the decline of tortoises at J.N. "Ding" Darling N.W.R. were real, and were caused by, say, decreased recruitment of small individuals, it would be accompanied by a shift in the size distribution of burrows toward the larger categories. Likewise, if the increase in tortoises at Lake Woodruff N.W.R. were real, and were caused by increased recruitment of small tortoises, it would be accompanied by a shift in the size distribution of burrows toward the smaller categories. We compared size distributions of tortoises on the four federal lands for which requisite data were available by dividing the

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 17:42:41 UTC
All use subject to https://about.jstor.org/terms

widths of active plus inactive burrows in each of the eight sets of data into eight categories (Table 3). The choice of categories was dictated by the way in which Logan (1979) presented his data. Kolmogorov-Smirnov Tests show that only the two size distributions of burrows at Everglades N.P. differ significantly (p<0.05), contrary to our expectations.

   We suspected that certain shortcomings of the data provided to us by Logan (1979) may have reduced the utility of the comparisons of size distributions that we had made. In particular, we noted that three of the four data sets were gathered during transect surveys, allowing for the distinct possibility that frequencies of size classes of burrows estimated from samples were not close to the real frequencies in a population. The earlier data gathered at J.N. "Ding" Darling N.W.R. were done by complete survey, however, so are less suspect.

TABLE 3. Estimated size distributions of active + inactive burrows for four federal lands in Florida surveyed by Logan (1978-79: A) and by us (1987-88: B). Asterisks indicate data obtained by transect surveys.

| Location | | Percent of Burrows in Size Classes (Upper Limit) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 5 | 10 | 15 | 20 | 25 | 30 | 35 | >35 (cm) |
| Chassahowitzka N.W.R. | (A) | 0 | 3 | 9 | 7 | 25 | 38 | 18 | 0° |
| | (B) | 0 | 0 | 5 | 10 | 21 | 33 | 23 | 8° |
| Everglades N.P. | (A) | 0 | 0 | 0 | 4 | 54 | 38 | 4 | 0° |
| | (B) | 2 | 7 | 9 | 4 | 19 | 19 | 29 | 11° |
| Fort Matanzas N.M. | (A) | 0 | 0 | 0 | 16 | 10 | 45 | 29 | 0° |
| | (B) | 0 | 3 | 4 | 11 | 19 | 23 | 25 | 15° |
| J.N. "Ding" Darling N.W.R. | (A) | 1 | 1 | 4 | 9 | 22 | 31 | 21 | 11 |
| | (B) | 0 | 2 | 4 | 11 | 32 | 20 | 19 | 12 |

   Logan (1979) lists width measurements individually for burrows at J.N. "Ding" Darling, allowing a reliable size distribution to be constructed. As well, excellent data are available on widths of tortoise burrows at Everglades N.P. in the early 1980s (Kushlan and Mazzotti, 1984). Kushlan and Mazzotti (1984) measured widths, below the mouth at the point the burrow narrowed, of 73 burrows located on a permanent study plot of 1.45 ha. We were able, therefore, to compare size distributions for a location where the tortoise population appears, from data documenting a decrease in the relative number of active burrows, to be in decline (J.N. "Ding" Darling N.W.R.) and another where the tortoise population appears, from the same sort of evidence, to be relatively stable (Everglades N.P.).

   The size distributions of tortoise burrows at Everglades N.P. described by Kushlan and Mazzotti (1984) and us (Fig. 1) are significantly different (Kolmogorov-Smirnov Test, p<0.05), as are the distributions at J.N. "Ding" Darling N.W.R. described by Logan (1979) and us (Fig. 2). To make these comparisons, we divided the widths of active plus inactive burrows in each of the four sets of data into ten equal-sized categories, for burrows ranging from 4.5 cm to 44.5 cm (Kushlan and Mazzotti 1984). The difference between dis-

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 17:42:41 UTC
All use subject to https://about.jstor.org/terms

Case 3:23-cv-00936-WWB-LLL    Document 31-1    Filed 01/17/25    Page 138 of 286
PageID 517



Fig. 1 Size distribution of active plus inactive burrows at Everglades N.P. The lower graph is a cumulative distribution. Solid lines are Kushlan and Mazzotti's (1984) data, dashed lines are our data. Arrow indicates the size category containing the smallest active burrow found during both surveys.

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 17:42:41 UTC
All use subject to https://about.jstor.org/terms

Case 3:23-cv-00936-WWB-LLL    Document 31-1    Filed 01/17/25    Page 139 of 286
PageID 518



Fig. 2. Size distribution of active plus inactive burrows at J.N. "Ding" Darling N.W.R. The lower graph is a cumulative distribution. Solid lines are Logan's (1979) data, dashed lines are our data. Arrows indicate the size category containing the smallest active burrow found during each survey.

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 17:42:41 UTC
All use subject to https://about.jstor.org/terms

tributions at Everglades N.P. results largely from an offsetting of peaks in sizes of small burrows, a result not unexpected for an organism with periodic bursts of reproductive success (Auffenberg and Iverson, 1979). Some of the very small burrows were active in both years at Everglades N.P., and half of the cumulative distribution of burrow widths was reached at the same size category in both years. On the other hand, the difference between distributions at J.N. "Ding" Darling N.W.R. results mostly from a shifting of burrows to larger size categories in the later distribution: half of the cumulative distribution of burrow widths was reached one size category larger in 1987-88 than in 1978-79. No very small burrows were determined to be active at J.N. "Ding" Darling N.W.R. in the later survey, although some were in the earlier survey. All of these temporal differences between size distributions of the population at J.N. "Ding" Darling N.W.R. point to lack of recruitment of small individuals. Mushinsky and McCoy (1992) suggest that responses of tortoises to vegetation structure may be responsible, in large part, for the demographic trends we have documented on these two federal lands.

DISCUSSION—Our intent was to document any changes in gopher tortoise abundance on federal lands in Florida that have occurred in the last decade, and to suggest causes of those changes. We supposed that the relatively large number of populations would allow us to draw strong general conclusions about the management practices likely to minimize the adverse effects of isolation, if any, on tortoise populations. We could not make most of the necessary comparisons, however, largely for want of data. In fact, we were able to compare estimates of population sizes and of size profiles for only two populations. Some of the tortoise populations were too small to document changes reliably, while others were too large. For intermediate populations, we often could not locate appropriate data to make the demographic comparisons necessary to judge their well-being. Such comparisons are especially important for long-lived species such as the gopher tortoise, because population size can appear quite stable even when a population is in decline (see Van Horne, 1983). Relatively subtle changes in percentage of small active burrows, (as noted for some of the federal lands) may provide an early indication that a tortoise population is in decline and allow measures to be taken to deal with the cause of the decline in a timely fashion.

In spite of the difficulty we encountered in making temporal comparisons of gopher tortoise populations, two important conclusions for future management plans (see Auffenberg and Franz, 1982; Diemer, 1986) emerge from our results. First, even gopher tortoise populations on reserves can decline in well-being. Protection of the land per se does not necessarily assure the well-being of resident organisms. We sense in our reading of the literature that this seemingly-obvious statement tends to be overlooked when current and future needs of the gopher tortoise are discussed. The need for management of populations on reserves leads to our second conclusion, which is that reserves need to be monitored. "Continuous inventory" (sensu Dawkins,

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 17:42:41 UTC
All use subject to https://about.jstor.org/terms

1971) of reserves should be employed to monitor both the resident tortoise population and its habitat. A gopher tortoise population on a reserve, in our estimation, is not a suitable candidate for laissez faire management practices; and we suggest that its demographic health needs to be assessed at intervals to forestall decline. Furthermore, the collection of demographic data should be done in a manner that permits meaningful comparisons within and among populations through relatively long periods of time. These comparisons are necessary to document, and to understand the causes of, temporal and geographical variation in the response of tortoise populations to changes in their environments. Such understanding is essential to prevent the decline of tortoises on reserves. Data not suited to making comparisons, no matter how voluminous and conscientiously collected they may be, do not foster the necessary understanding.

ACKNOWLEDGMENTS—We thank Todd Logan for supplying copies of his reports on the status of gopher tortoises on federal lands in Florida and his comments on an early version of the manuscript. We also thank Jim Kushlan and Paul Moler for comments. Dawn S. Wilson assisted us in all aspects of the field work; her effort is appreciated. Many persons connected with the federal lands in Florida provided us with friendly assistance, information, and logistical support. The research was supported, in part, by a grant from The Nongame Wildlife Program of The Florida Game and Fresh Water Fish Commission.

## LITERATURE CITED

ALFORD, R. A. 1980. Population structure of *Gopherus polyphemus* in northern Florida. J. Herpetol. 14: 177-182.

AUFFENBERG, W., AND R. FRANZ. 1982. The status and distribution of the gopher tortoise *(Gopherus polyphemus)*. Pp. 95-126. *In* BURY, R. B. (ed.). North American tortoises: conservation and ecology. U.S. Fish and Wildl. Serv. Wildl. Res. Rep. 12.

————, and J. B. IVERSON. 1979. Demography of terrestrial turtles. Pp. 541-569. *In* HARLESS, M., AND H. MORLOCK (eds.). Turtles: perspectives and research. John Wiley and Sons, New York, N.Y.

BURKE, R. 1989. Burrow-to-tortoise conversion factors: comparison of three gopher tortoise survey techniques. Herp. Rev. 20: 92-94.

BURNHAM, K. P., AND D. R. ANDERSON. 1984. The need for distance data in transect counts. J. Wildl. Manage. 48: 1248-1254.

————, D. R. ANDERSON, AND J. L. LAAKE. 1985. Efficiency and bias in strip and line transect sampling. J. Wildl. Manage. 49: 1012-1018.

DAWKINS, H. 1971. Techniques for long-term diagnosis and prediction in forest communities. Pp. 33-44. *In* DUFFEY, E., AND A. S. WATT (eds.). The scientific management of animal and plant communities for conservation. Blackwell Scientific Publishers, Oxford, U.K.

DIEMER, J. E. 1986. The ecology and management of the gopher tortoise in the southeastern United States. Herpetologica 42:125-133.

EBERHARDT, L.L. 1988. Testing hypotheses about populations. J. Wildl. Manage. 52: 50-56.

KUHSLAN, J. A., AND F. J. MAZZOTTI. 1984. Environmental effects on a coastal population of gopher tortoises. J. Herpetol. 18:231-239.

LOGAN, T. 1979. Survey of gopher tortoise *(Gopherus polyphemus)* populations on federal lands in Florida. Florida Game and Fresh Water Fish Commission, Gainesville, Fl. 104 pp. Pers. Commun.

MARTIN, P. L., AND J. N. LAYNE. 1987. Relationship of gopher tortoise body size to burrow size in a southcentral Florida population. Florida Scien. 50:264-267.

MUSHINSKY, H. R. AND E. D. McCOY. 1992. Density of gopher tortoises *(Gopherus polyphemus)* in relation to habitat structure, on twenty State and federal lands in Florida. Pp. 000-000. *In* BURY, R. B., AND D. GERMANO (eds.). North American Tortoises: Recent Research and Opportunities into the Twenty-first Century. U.S. Fish and Wildl. Serv. Res. Rep. No. 000.

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 17:42:41 UTC
All use subject to https://about.jstor.org/terms

VAN HORNE, B. 1983. Density as misleading indicator of habitat quality. J. Wildl. Manage.
    47:893-901.

Florida Scient. 55(2): 116-125. 1992.
Accepted: October 9, 1991.

---

REPORT OF A CAVE FAUNA KILL AT PEACOCK SPRINGS CAVE
SYSTEM, SUWANNEE COUNTY, FLORIDA.—*W.J. Streever*, Department of
Environmental Engineering Sciences, 209 Black Hall, University of Florida, Gainesville, FL
32611.

ABSTRACT: *A cave fauna kill was observed within the aquatic cave system at Peacock Springs,
Suwannee County, Florida following inundation by flood waters of the Suwannee River early in
1991. Populations of the pallid cave crayfish* (Procambarus pallidus), *the yellow bullhead*
(Ictalurus natalis), *the American eel* (Anguilla rostrata), *and the Asiatic clam* (Corbicula fluminea)
*were affected. Following the kill, an oligochaete worm, family Tubificidae, colonized the cave
with a mean density of 744 individuals per m².*

AQUATIC cave systems associated with the Floridan aquifer support a
number of troglobitic (obligatory cave-dwelling) and troglophilic (facultative
cave-dwelling) species. However, ecological data on these animals are scarce,
primarily because of difficulties associated with working in the aquatic cave
environment (Relyea and Sutton, 1973).

The pallid cave crayfish *Procambarus pallidus* is known to inhabit numer-
ous caves along the upper Suwannee River, including the Peacock Springs
cave system (Franz and Lee, 1982). The Peacock Springs cave system, located
in Suwannee County, Florida (latitude 30°07'10" N, longitude 83°10'02"W)
consists of over 7000 m of known passage, all of which is underwater. Depths
vary from 3 m to over 60 m. Throughout most of the year, water from the
Floridan aquifer flows through the cave system. During periods of normal
flow, currents are slight and in some areas undetectable. Water temperatures
are stable, ranging from 21-22°C. Following heavy rains, however, water from
the Suwannee River flows into the cave system, temporarily altering current
direction and rate, water quality, and water temperature.

In the fall of 1990, divers established 8 transects, each 100 m long by 4 m
wide, at locations throughout the cave (Fig. 1). Since *P. pallidus* roams in the
open on the cave floor, crayfish on transects could be counted visually. A kill
occurred while the cave was inundated by Suwannee River flood water. Pre-
kill population counts were collected between 21 October 1990 and 2
February 1991, prior to Suwannee River flood water inundation on 2
February 1991. Following inundation, diving was suspended due to low visi-
bility associated with the flood waters. Post-kill population counts were col-
lected after 25 April 1991 when visibility improved. Counts are summarized
in Table 1.

This content downloaded from
172.109.206.34 on Fri, 17 Jan 2025 17:42:41 UTC
All use subject to https://about.jstor.org/terms

# Population Consequences of Upper Respiratory Tract Disease on Gopher Tortoises

## FINAL REPORT

**Earl D. McCoy**
**Henry R. Mushinsky**
**Jonathan K. Lindzey**

**December 2005**



Florida Fish and Wildlife Conservation Commission
620 South Meridian Street
Tallahassee, FL 32399-1600

# Population Consequences of Upper Respiratory Tract Disease on Gopher Tortoises

**Earl D. McCoy**
**Henry R. Mushinsky**
**Jonathan K. Lindzey**

Department of Biology
University of South Florida
Tampa, FL 33620

Submitted as final report for
Florida Fish and Wildlife Conservation Commission
Project NG98-005

December 2005

This report is the result of a project supported by the Florida Fish and Wildlife Conservation Commission's Nongame Wildlife Trust Fund. It has been reviewed for clarity, style, and typographical errors, but has not received peer review. Any opinions or recommendations in this report are those of the authors and do not represent policy of the Commission.

Suggested citation:

McCoy, E. D., H. R. Mushinsky, and J. K. Lindzey. 2005. Population consequences of upper respiratory tract disease on gopher tortoises. Final report. Florida Fish and Wildlife Conservation Commission, Tallahassee, Florida, USA.

# Population Consequences of Upper Respiratory Tract Disease on Gopher Tortoises

## Earl D. McCoy, Henry R. Mushinsky, and Jonathan K. Lindzey

Department of Biology, University of South Florida, Tampa, FL 33620

**Abstract:** The research project had 5 objectives: (1) resurvey 10 gopher tortoise (*Gopherus polyphemus*) populations originally surveyed 8–10 years ago; (2) compare changes in the demographic well-being of populations at 4 sites that were known to have seropositive (for *Mycoplasma agassizii* antibodies) individuals with those of populations at 6 sites that were not known to have seropositive individuals; (3) document changes in the spatial arrangement and potential connectivity of individuals within populations and determine if the changes are related to habitat management practices; (4) test as many as 20 individuals from each population for the presence of *M. agassizii*; and (5) examine individuals from each population for signs of physiological stress.

Demographic well-being was assessed indirectly via burrow frequency, status, and size. Estimated numbers of active and inactive burrows, estimated numbers of abandoned burrows, and histograms of size distributions were compared among locations. Comparisons between surveys were made with maps of the areas of tortoise occupancy to reveal shifts in the spatial arrangement and potential connectivity of groups of individuals and by dividing transects into quartiles to determine if individuals had moved toward the peripheries of the various locations between surveys. Data on habitat structure (vegetation samples) and management history (distributions of tortoise habitat and burn histories) were searched for reasons underlying changes in demographic well-being and/or spatial arrangement. Blood samples were extracted from hand-captured individuals and analyzed for presence/absence of antibodies to *M. agassizii*, levels of stress hormones, and white blood cell counts.

Indicators of demographic well-being changed between surveys at most sites. Most of the changes, at most sites, indicate that the demographic well-being declined between surveys. Spatial arrangement of occupancy of the habitat changed only modestly, at best, between surveys at most sites. Habitat structure changed to varying degrees among sites between surveys and changes appear to be related, at least in part, to management history. A connection between the observed declines and reduction in habitat quality was indicated. Some combination of loss of herbaceous ground cover, increase in lower canopy cover, and increase in upper canopy cover between surveys appeared to be at least partially responsible for the declines, but our results do not reveal specific causes of the declines. Reductions in habitat quality were not expressed uniformly among sites with different amounts of habitat, but were expressed more strongly at relatively small sites. Habitat loss and fragmentation are likely to be exacerbated by concomitant habitat degeneration. No connection between the observed declines and the presence of *M. agassizii* was indicated, and the mycoplasma appears to be more widespread than previously suspected. Plasma cortisone levels could not be shown to be different among sites or between seropositive and seronegative individuals. The most readily detectable hematological response both to the presence of *M. agassizii* and to chronic stress was elevated heterophil/lymphocyte ratios. Our results tentatively establish a connection between chronic stress from habitat change, immune response, and demographic well-being.

FLORIDA FISH AND WILDLIFE CONSERVATION COMMISSION FINAL REPORT

## ACKNOWLEDGMENTS

The research was supported by grant NG98-005 from the Florida Fish and Wildlife Conservation Commission, Nongame Wildlife Program. Daniel Pearson and Rosie Mulholland (Florida Department of Environmental Protection, Division of Recreation and Parks) were instrumental in our obtaining up-to-date maps and information on recent (since 1990) burning for 7 of the state parks. George Heinrich (Boyd Hill), Warren Popplin (Gold Head Branch), Azell Nail and Sam Cole (Ichetucknee Springs), John Fillyaw (Wekiwa Springs), Harry Mitchell (Fort Cooper), Chuck McIntire (Lake Louisa), Dale Kendirck (O'Leno), Randall Brown and Sam Cole (San Felasco Hammock), and Steve Yoczik (Suwannee River) provided information for, and logistical support at, individual sites.

**TABLE OF CONTENTS**

**ABSTRACT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iii

**ACKNOWLEDGMENTS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iv

**INTRODUCTION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**OBJECTIVES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

**METHODS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Objective 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Objective 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
    Objective 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
    Objective 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
    Objective 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

**RESULTS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
    Objectives 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
    Objective 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
    Objective 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
    Objective 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

**CONCLUSIONS AND DISCUSSION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

**LITERATURE CITED** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

**APPENDIX A.** Plasma stripping protocol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

**APPENDIX B.** Extraction protocol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

**APPENDIX C.** Radioimmunoassay protocol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

FLORIDA FISH AND WILDLIFE CONSERVATION COMMISSION FINAL REPORT

Case 3:23-cv-00936-WWB-LLL    Document 31-1    Filed 01/17/25    Page 150 of 2
PageID 529
UPPER RESPIRATORY TRACT DISEASE IN GOPHER TORTOISES—McCoy et al.    1

**INTRODUCTION**

The well being of populations of different species hinges on many potential environmental stressors. These stressors can affect the demographic traits of populations, such as the ability of adults to reproduce (fecundity), the ability of offspring to reach reproductive maturity and procreate (survivorship), and the tendency of individuals to depart (emigration). In recent years, growing human populations have put ever-increasing stress on a very large number of populations. Important potential anthropogenic stressors include loss and fragmentation of habitat, invasion by exotic species, and introduction of environmental toxins and pollutants. Any of these stressors could lead to a decline in the number of individuals in a population.

Species that are long lived, mature slowly, and have low reproductive outputs may be particularly vulnerable to anthropogenic stressors. One such species is the gopher tortoise (*Gopherus polyphemus* (Daudin)). This species is a medium-sized herbivorous reptile that is probably among the best examples of a "keystone species," if such a thing truly exists. Habitat loss, fragmentation, and degeneration have long been thought to be responsible for many of the demographic problems seen among populations of the gopher tortoise (Auffenberg and Franz 1982). These habitat changes are sources of stress for populations of the gopher tortoise, if stress is measured by increased activity and truncation of size distributions (McCoy and Mushinsky 1988, 1992*a*; Mushinsky and McCoy 1994; Wilson et al. 1994; Mushinsky et al. 1997, in press; McCoy et al. 2002). Small size, rapid rate of size reduction, and poor quality (dense canopy cover) of habitat patches, especially, are detrimental to survival and reproduction of individuals. Patches that are sub-standard in any of these ways can be shown to slow age to maturity and reproductive output (e.g., Mushinsky et al. 1994) and, therefore, ultimately can be responsible for population reduction and even local extinction.

Although habitat changes have received the most attention as possible causes of the decline of gopher tortoise populations, other factors also could be important. The discovery of a widespread outbreak of upper respiratory tract disease (URTD) on Sanibel Island in 1989 made biologists keenly aware that this disease had the capacity to harm gopher tortoise populations, as it had desert tortoise (*Gopherus agassizii* (Cooper)) populations in the western U.S. (Jacobson et al. 1991, 1995). Currently, the effects of URTD on gopher tortoise population dynamics and viability are uncertain.

Certain information that is easily obtained from surveys of burrows can provide an assessment of demographic well-being of populations of the gopher tortoise. Information such as density of active + inactive burrows,

proportion of all burrows that are abandoned, and shape of the size distribution of burrows may provide insight into the recent survival, reproduction, and/or migration of individuals (McCoy and Mushinsky 1995, Mushinsky et al. 1997). The relatively conspicuous burrows that the gopher tortoise digs can be found by careful transecting of suitable habitat by experienced observers. Once a burrow has been detected, it can then be classified as active, inactive, or abandoned if care is taken to make the classification under appropriate conditions (e.g., McCoy and Mushinsky 1992*b*). Furthermore, the size of the burrow's inhabitant is easily assessed from the size of the burrow, because width of a burrow is strongly positively correlated with the carapace length of the tortoise resident in the burrow (e.g., Martin and Layne 1987, Wilson et al. 1991, McCoy et al. 1993).

If individuals are free to depart from habitat patches that are in decline, then our studies have revealed 3 major responses to habitat decline that can be obtained from surveys of burrows.

1. *The size distribution of burrows can shift to a predominance of either the intermediate or largest size classes.* This shift can result from the selective loss of smaller individuals, such as when a better patch is in the immediate vicinity of a sub-standard patch, and larger individuals remain in burrows in the sub-standard patch and travel to the better patch to forage. This shift also can result from selective loss of larger individuals, such as when no better patch is in the immediate vicinity of a sub-standard patch and the larger individuals, who are more prone to wander over longer distances, depart the sub-standard patch. These large individuals also are responsible for most of the reproduction and, therefore, essentially carry the small size classes of individuals away with them.

2. *If the population density increases because the population is more spatially restricted, then the ratio of inactive to active burrows can increase.* In such a case, the ratio of abandoned burrows to active + inactive burrows actually can decrease. If individuals are not free to depart from habitat patches that are in decline, however, populations can reach unusually high densities of individuals, and our studies have revealed that the ratio of inactive to active burrows tends to be extraordinarily high and the burrows to be relatively over-dispersed in such cases. We attribute these responses to numerous attempts by each individual to maximize the distance of its burrow from the burrows other individuals.

Case 3:23-cv-00936-WWB-LLL    Document 31-1    Filed 01/17/25    Page 152 of 2
PageID 531
UPPER RESPIRATORY TRACT DISEASE IN GOPHER TORTOISES—McCoy et al.    3

3. *If the density of the population decreases because individuals emigrate or die, then the ratio of inactive to active burrows can decrease.* In such a case the ratio of abandoned burrows to active + inactive burrows can increase.

We previously surveyed >60 gopher tortoise populations throughout Florida, recording information on burrow density, burrow status, and burrow size (McCoy and Mushinsky 1991, 1995). Recently, Joan Diemer-Berish (Florida Fish and Wildlife Conservation Commission) and colleagues (2000) examined blood of individuals from many populations for an immunological response to the agent causing URTD, *Mycoplasma agassizii* (*in sensu lato*), and obtained positive results for individuals from several of the populations we had surveyed previously. Because we had population data from 8 to 10 years ago, the opportunity was available to resurvey some of these populations in order to document changes in demographic health that may have resulted from the presence of *M. agassizii*. This was an unusual opportunity, because we would have data both from before and after emergence of URTD and from affected and apparently unaffected populations.

Stressors can encompass a wide range of stimuli, including the changes in population densities and habitat alterations described above. Although the severity of individual responses to environmental stressors may vary with the individual and with the quality of the stressor, there is a fairly uniform suite of physiological stress reactions that have evolved to aid an individual in responding or adapting to stressors. In response to an acute stressor, an individual enters an initial alarm stage that is followed by a second stage of acute stress response, adaptation. During this adaptation stage, the adrenal glands secrete glucocorticoids, epinephrine, and norepinephrine, and the sympathetic nervous system is activated. These hormones and neurotransmitters have multiple effects including mobilization of energy stores, suppression of anabolic processes, and elevated heart rate and blood pressure (see Sapolsky 1987). These changes are thought to be adaptive for dealing with acute stressors. If the environmental stressors are transient or acute, the physiological adaptations described above are also transient and the individual eventually returns to its normal level of homeostasis. If a stressor persists over a long period of time, however, the organism can enter a period of chronic stress. During chronic stress, physiological responses that are adaptive in response to acute stressors may actually prove maladaptive or pathological when experienced over long periods of time.

Although we have previously documented indirect signs of stress, such as increased activity and truncation of size distributions, we have not documented direct signs. Other studies have documented direct effects, however. For

example, serum levels of corticosterone, the principal glucocorticoid produced by the adrenal gland, tend to be relatively high in females using relatively large numbers of burrows (Ott et al. 2000), suggesting that these females are experiencing physiological stress. In reptiles, as in other vertebrates, various stressors can all affect plasma levels of corticosterone. In reptiles, acute stress (e.g., resulting from capture, bleeding, and restraint) induces rapid elevations of plasma levels of corticosterone that then diminish after several hours (Moore et al. 1991, Lance 1994, Gregory et al. 1996, Cash et al. 1997, Valverde et al. 1999). In reptiles, chronic stress (e.g., resulting from crowding, increased exposure to conspecifics, or pollutants) also evokes elevations of plasma levels of corticosterone, which in turn can be correlated with reduced levels of testosterone or estradiol (Mendonca and Licht 1986, Mahmoud et al. 1989, Moore et al. 1991). Chronically elevated plasma levels of corticosterone results in reduced growth rates, delayed sexual maturation, reduced reproductive output, and suppressed immune systems in a wide variety of vertebrates (see Sapolsky 1985, 1987; Lance 1992; Alberts et al. 1994). Chronic stress has been linked to compromised immune function in several species of reptiles (Lance 1992, 1994, alligators [*Alligator mississippiensis*]; Borysenko and Lewis 1979, Cowan 1980, snapping turtles [*Chelydra serpentina*]), as well as fish (Pickering 1984, Ellsaesser and Clem 1987) and birds (Siegel 1980). Prolonged exposure to corticosterone has been demonstrated to suppress percentages of lymphocytes, eosinophils, and basophils in alligators (Morici et al. 1997). Data such as these provide a link among chronic stress, chronically elevated corticosterone levels, immune suppression, and reduced survivorship and fecundity that might compromise the fitness of individuals and, hence, the viability of populations.

Case 3:23-cv-00936-WWB-LLL    Document 31-1    Filed 01/17/25    Page 154 of 2
PageID 533
Upper Respiratory Tract Disease in Gopher Tortoises—McCoy et al.    5

## OBJECTIVES

The 5 specific objectives of the study were as follows.

1.  Resurvey selected gopher tortoise populations that were originally surveyed 8–10 years ago.

2.  Compare changes in the demographic well-being of 4 populations that are now known to have seropositive (via an enzyme linked immunosorbent assay [ELISA] test for antibodies to *M. agassizii*) individuals with those of 6 populations not known to have seropositive individuals.

3.  Document changes in the spatial arrangement and potential connectivity of individuals within populations and determine if the changes may be related to habitat management practices.

4.  Test as many as 20 individuals from each population for the presence of *M. agassizii*.

5.  Examine individuals from these populations for signs of physiological stress.

## METHODS

### Objective 1

Ten publicly owned sites were resurveyed (Table 1): Boyd Hill (BH), Gold Head Branch (GB), Ichetucknee Springs (IS), Wekiwa Springs (WS), Fort Cooper (FC), Lake Louisa (LL), O'Leno (OL), San Felasco Hammock (SF), Suwannee River (SR), and the Research Area (RA) at the University of South Florida. Resurvey methods duplicated, as closely as possible, original survey methods. Prior to this study, 4 sites (BH, GB, IS, WS) yielded seropositive individuals and 6 (FC, LL, OL, SF, SR, RA) did not.

Burrow frequency, status, and size were determined by transect sampling. We mapped the exact placement of each transect during our original surveys and took new transects in the same places, the number per site reflecting the extent of habitat surveyed. Transects were 7 m wide and of variable length, depending on the extent of habitat surveyed. The entire width of each transect was examined for burrows to avoid the sampling bias common to many studies employing belt transects (Burnham and Anderson 1984, Burnham et al. 1985). Examination of the entire width of each transect required 2–3 persons walking abreast. The status of each burrow encountered was recorded as active, inactive, or abandoned. An active burrow showed evidence of recent tortoise activity, such as footprints around the entrance or scrape marks within the burrow caused by the plastron abrading the sand. An inactive burrow potentially could be used by a tortoise, but lacked evidence of recent tortoise

**Table 1.** County, site type, estimated area of tortoise habitat (from the original survey, 1986–1990), and number of locations for each of the 10 sites.

| Site | County | Site type [a] | Area (ha) | Number of locations |
|------|--------|-----------|-----------|---------------------|
| Sites known to support tortoises infected with upper respiratory tract disease | | | | |
| Boyd Hill (BH) | Pinellas | CPr | 10 | 2 |
| Gold Head Branch (GB) | Clay | SP | 397 | 4 |
| Ichetucknee Springs (IS) | Suwannee | SP | 370 | 11 |
| Wekiwa Springs (WS) | Orange | SP | 599 | 5 |
| Sites not known to support tortoises infected with upper respiratory tract disease | | | | |
| Fort Cooper (FC) | Sumter | SP | 78 | 2 |
| Lake Louisa (LL) | Lake | SP | 65 | 3 |
| O'Leno (OL) | Alachua | SP | 269 | 2 |
| San Felasco Hammock (SF) | Alachua | SPr | 141 | 6 |
| Suwannee River (SR) | Hamilton | SP | 89 | 8 |
| Research Area (RA) | Hillsborough | UPr | 32 | 3 |

[a] CPr = county preserve, SP = state park, SPr = state preserve, UPr = university preserve.

Case 3:23-cv-00936-WWB-LLL    Document 31-1    Filed 01/17/25    Page 156 of 2
PageID 535
UPPER RESPIRATORY TRACT DISEASE IN GOPHER TORTOISES—McCoy et al.        7

activity. An abandoned burrow could not be used by a tortoise because it was overgrown or damaged and, therefore, would need to be excavated before it could be used. The width of each burrow encountered was measured to the nearest 0.5 cm with a pair of meter sticks fastened together at the 50-cm mark to form a connected pair of calipers. The meter sticks were placed into a burrow to a depth of 50 cm and spread open so that one stick touches each side of the burrow, allowing the burrow's width to be measured across the opposite ends of the sticks.

Positions and lengths of all new transects ($n = 374$) were plotted on a map and the spatial extent of occupancy was estimated from the distribution of burrows along these transects. Lines connecting peripheral burrows enclose an area that reveals the spatial distribution of the tortoises. Spatial extent of gopher tortoise distribution thus was determined by actual presence of tortoises, not by our subjective evaluation of the suitability of a particular area for tortoise occupation. Transects were grouped by location for analysis. Locations (Table 1) contained geographically isolated groups of burrows within sites, which may even constitute sub-populations. At state parks (SP) and state preserves (SPr), locations often coincided with resource management zones. New numbers of active, inactive, and abandoned burrows per transect were then used to calculate the total number of active, inactive, and abandoned burrows by multiplying the mean numbers per transect by the total area of habitat occupied. Use of these calculated numbers implicitly assumed that variation in density was adequately and proportionately sampled. The "expected" number of active, inactive, and abandoned burrows on each transect was calculated to relax this assumption by apportioning burrows among transects according to the lengths of the transects. Thus, if transect *A* was twice the length of transect *B,* it would be expected to contain twice as many burrows. The deviations of real numbers from expected numbers of active, inactive, and abandoned burrows encountered along transects were used to calculate a standard deviation by the method of Cochran (1977). Mean numbers ± 1 standard deviation (SD) were then used to compute a range of potential values of total number of active, inactive, and abandoned burrows, by multiplying the mean ± SD by the total area of habitat occupied. Calculated ranges are broadly conservative because calculations of standard deviations were based on a uniform density of burrows.

#### Objective 2

We compared our results between original survey—8–10 years ago—and resurvey for each of the 10 sites. We used 3 methods to make the comparison, chosen because we used them previously to provide insight into the demographic well-being of resident populations. They remain valid methods,

if used carefully. First, we compared estimated numbers ($\pm$ SD) of active and inactive burrows for individual locations. Decline in population size would be expected to be accompanied by a reduction in the absolute number of active + inactive burrows. We did not compare estimated numbers of tortoises because we do not place much confidence in current methods for estimating number of tortoises from number of burrows. Estimation of number of tortoises from number of burrows requires the use of a so-called correction factor and, because such correction factors have little substantiation, we prefer to view them extremely cautiously. It remains to be determined, for example, if and how population size and confinement and other factors might affect the magnitude of correction factors (McCoy and Mushinsky 1992*b*). Second, we compared estimated numbers ($\pm$ SD) of abandoned burrows for individual locations. Decline in population size would be expected to be accompanied by an increase in the relative number of abandoned burrows. Third, we compared histograms of size distributions for individual locations. Decline in population size would be expected to be accompanied by an increase in the relative number of large burrows. We made the comparison by first placing each burrow into 1 of 6 size classes, according to Alford (1980), and then placing the histogram for each site into 1 of 6 ratings (see McCoy and Mushinsky 1995). The 6 ratings, ranked in decreasing order of our judgment of demographic well-being follow.

Rating 1.   Smallest 2 (of 6) size classes of burrows represented, and middle 2 size classes represented by a substantial percentage (experience suggests a value of about 45%) of all burrows found.

Rating 2.   Smallest 2 size classes not represented, but otherwise the same as group 1. Because of the episodic nature of recruitment in gopher tortoises, we believe that the absence of relatively small individuals does not necessarily reflect the well being of a population.

Rating 3.   Smallest 2 size classes represented, but middle 2 size classes over-represented, and, therefore, largest 2 size classes under-represented. We judge such populations to have declined previously, but to have been recovering over the past several years to decades.

Rating 4.   Smallest 2 size classes not represented, but otherwise the same as group 3, perhaps reflecting, once again, the episodic nature of recruitment.

Case 3:23-cv-00936-WWB-LLL    Document 31-1    Filed 01/17/25    Page 158 of 2
PageID 537
UPPER RESPIRATORY TRACT DISEASE IN GOPHER TORTOISES—McCoy et al.    9

Rating 5.    Smallest 2 size classes represented, but largest 2 size classes over-represented and, therefore, middle 2 size classes under-represented. We judge such populations to have declined previously, but not to have been recovering, except, perhaps, very recently.

Rating 6.    Smallest 2 size classes not represented, but otherwise the same as group 5. We judge such populations to have declined previously, but not to have been recovering at all.

We used the ratings from individual locations within sites, weighted by area, to derive representative designation ratings for the sites.

**Objective 3**

We compared our results between original survey and resurvey for each of the 10 sites. First, maps of the areas of tortoise occupancy were overlain to reveal shifts in the spatial arrangement and potential connectivity of groups of individuals. This is an important consideration because increasing the connectivity between relatively isolated groups of individuals, by improved management practices, for example, might enhance the spread of *M. agassizii* (see Simberloff et al. 1993). Second, transects (see above) were divided into quartiles and the distributions of burrows among quartiles were compared by Contingency Table analysis (Sokol and Rohlf 1995) to determine if individuals had moved toward the peripheries of the various locations between surveys. Such movements might occur if the interiors of the areas of tortoise occupancy had become overgrown. These data were not available for BH and were available for only a portion of RA.

To understand the reasons for any changes in demographic well-being (Objective 2) and/or spatial arrangement (Objective 3), we gathered data on habitat structure and management history. Because of our previous experience we were familiar with some important constraints other than URTD put on tortoise distribution, such as availability of suitable habitat and degree of habitat management. Habitat structure was assessed with vegetation samples. Along approximately one-half of the transects, during both the original surveys and the resurveys, we stopped periodically and haphazardly placed a 1-m$^2$ quadrat on the ground. Within the quadrat, we estimated the percent of the ground that was covered by grass, live herbaceous plants, or woody/dead plants, or was bare. We also documented the presence/absence of low (1- to 3-m) and high (>3-m) canopy cover above the quadrat.

Habitat management history was assessed with data on the distribution of tortoise habitat among the various locations and on the burn histories of the locations. At each site we estimated the area covered by the 3 habitat types (sandhill, scrub, scrubby flatwoods) most important to gopher tortoises, the area covered by other habitat types that we surveyed, and how the area was apportioned among locations. At SP and SPr (8 of the 10 sites), these locations coincided largely with resource management zones. To estimate the spatial extent of the 3 habitat types at a location for which we did not have such information, we digitized habitat maps. Digitization was accomplished with a SummaSketch digitizing tablet and SigmaScan software. Sometimes, habitats of interest were mixed with other habitats on the maps. For example, scrubby flatwoods might be mixed with mesic flatwoods. In such cases, we could not digitize habitats independently; instead, we digitized the mixture and then estimated by calculation the spatial extent of the habitats of interest. To accomplish these calculations we found it necessary to adopt the convention that the calculated proportion of a particular habitat in a mixture of habitats was equal to its proportional representation in the site, even though we knew that this procedure was not necessarily realistic. For example, if scrubby flatwoods covered 100 ha and mesic flatwoods 100 ha, then for any mixture of these 2 habitats, we calculated the area of scrubby flatwoods to be 50% of the area of the mixture. We also used digitization to estimate the sizes of locations for sites for which we did not have exact measurements. Explanations for the way we grouped locations for analysis have been detailed previously (McCoy and Mushinsky 1991).

We had relatively complete burn histories for most sites. We obtained burn histories for 7 of the 8 SP and SPr (all but LL) after the original surveys. These data were gathered for us by state personnel, usually biologists, who expended considerable effort extracting them from scattered files. Despite the best efforts of these personnel, we were not sure that the histories for all SP and SPr could be considered equally complete or equally reliable. As well, we discovered that planned burns often were carried out on a finer scale than we had anticipated. That is, planned burns often encompassed only a portion of a resource management zone. We obtained new information (since 1990) on burning conducted at 5 SP and SPr (GB, IS, OL, SF, SR) with the help of Daniel Pearson (Florida Department of Environmental Protection [FDEP], Division of Recreation and Parks), and 2 SP (WS, LL) with the help of Rosie Mulholland (FDEP, Division of Recreation and Parks). We have from our own data a complete burn history, since the mid-1970s, for RA. It was impossible to take into account important information such as the spatial extent and intensity of a burn; therefore, we used burn histories only as an indication of relative management effort.

UPPER RESPIRATORY TRACT DISEASE IN GOPHER TORTOISES—McCoy et al.        11

Relating changes in demographic well-being to changes in habitat structure among sites necessitated standardization of the data by converting absolute number of active + inactive burrows to density of burrows. Standardization was necessary because burrows tended to be denser for small areas of habitat than for large areas of habitat (Mushinsky et al. 1997, McCoy and Mushinsky unpublished data) and, therefore, any factor affecting number of burrows was likely to be expressed more strongly in small areas. We related density of burrows with the habitat structural factors that we measured that were likely to be most important in determining habitat suitability (Inkley quoted in Cox et al. 1987): percent herbaceous ground cover and percent canopy cover.

## Objective 4

During our resurveys of individual populations, and at other times as needed, we hand captured individuals to extract a sample of blood. We captured individuals over as broad an area as possible for each population to attempt to evaluate the distribution of *M. agassizii*. Because the blood samples also were to be used to measure levels of stress hormones (see below) bleeding had to be accomplished within a short period of time. All blood samples were collected within 2–10 minutes of capture.

Captured individuals were placed in a turtle-restraining device, modeled after the one used successfully by Joan Diemer-Berish (Florida Fish and Wildlife Conservation Commission, personal communication). The device harmlessly clamps the carapace and plastron so that the legs are not in contact with any surface. A butterfly catheter, which is more maneuverable than a typical syringe, was used to draw blood. Enough heparin (0.06 g Hep/ml saline) was drawn to coat the inside of the catheter, and the excess expelled. Blood was taken from the brachial vein of a foreleg. Once a foreleg was extended, it was swabbed with an alcohol wipe to cleanse the area. Approximately 1 ml of blood was taken per individual. After the blood sample was obtained, pressure was applied to the leg until bleeding stopped, and then the leg was cleaned once again with an alcohol swab. The blood sample was transferred to 1.5-ml Eppendorf tube, labeled, and stored on wet ice. Total sample collection time was recorded, as were sex, measurements of carapace length and plastron length (with calipers), and body weight (with a Pesola scale). All unmarked individuals were marked with a Sharpie pen, which lasts ≥3 months. All individuals were released back to original capture locations. The turtle-restraining device, calipers, and field workers hands (we found that gloves tend to be shredded by the claws of the gopher tortoise) were washed thoroughly with a 10% bleach solution.

12          FLORIDA FISH AND WILDLIFE CONSERVATION COMMISSION FINAL REPORT

In the laboratory, blood samples were removed from the wet ice. A small sub-sample was drawn into a capillary tube for hematocrit level measure. Capillary tubes were spun down in a centrifuge, and cell and plasma levels measured in millimeters. The blood remaining in the 1.5-ml Eppendorf tubes was spun down at approximately 7,000 rpm for 12 minutes. The plasma was pipetted from the cells and transferred to a new 1.5-ml tube. Typically, about 500–600 ml of plasma was obtained. A 220-ml aliquot of plasma was removed and transferred to a 0.5-ml Eppendorf tube. This aliquot was sent to the Biotechnologies for the Ecological, Evolutionary and Conservation Sciences (BEECS) laboratory, University of Florida, Gainesville, for ELISA testing for *M. agassizii* antibodies. There, each sample was characterized as seronegative, suspect, or seropositive (see Schumacher et al. 1993). The remaining plasma was stored at -80°C for subsequent analysis of corticosterone levels (see below).

In addition to simply documenting the presence or absence of *M. agassizii* at the 10 sites, we attempted to assess the validity of our data. We compared the ratios of seropositive (+ suspect) individuals to seronegative individuals in the samples taken by Diemer-Berish et al. (2000) and our samples, with contingency table analysis. We also determined whether the sizes of the individuals captured away from their burrows for collection of blood samples were expected from the burrow size distributions (Objective 2). Recall that width of a burrow is strongly positively correlated with the carapace length of the tortoise resident in the burrow. We reduced burrow widths by 30% to account for the average difference between burrow width and carapace length (although it did not change the result if we reduced them by any value from 0% to 30%). We used contingency table analysis to make the comparison. Finally, we measured the carapace length of 14 shells (7 males, 6 females, 1 unknown) found along transects at WS and compared the size distribution of the shells with that of individuals captured away from their burrows at WS, again using a contingency table analysis.

**Objective 5**

Plasma corticosterone levels expected in pre-stressed and post-stressed conditions were determined by experimental manipulation. Five individuals were hand-caught at RA and bled in the field within 10 minutes of capture. The individuals were then transported in 5-gallon buckets to the lab, held in captivity for 3 hours, and bled again. The individuals were immediately returned to the sites of capture after the second bleeding.

We examined corticosterone levels in the plasma that had been stored at -80°C (Objective 4) for signs of physiological stress. Corticosterone

Case 3:23-cv-00936-WWB-LLL   Document 31-1   Filed 01/17/25   Page 162 of 2
PageID 541
Upper Respiratory Tract Disease in Gopher Tortoises—McCoy et al.      13

levels were determined by radioimmunoassay (RIA). Aliquots (100-ml) of plasma were assayed in duplicate. Pre-existing protocols for other reptiles (e.g., Lindzey and Crews 1986; 1988*a,b*; 1992*a,b*; 1993) were validated for gopher tortoise plasma prior to conducting assays on samples, and modified as necessary. The plasma stripping protocol is detailed in Appendix A, the extraction protocol in Appendix B, and the RIA protocol in Appendix C. Plasma levels of corticosterone were expressed in ng/ml.

Data on plasma corticosterone levels were examined to determine (1) differences between sexes, (2) differences among sites, and (3) the correlation of plasma corticosterone levels with proportions of seroconverted individuals (seropositive + serologically suspect), as determined by ELISA testing (Objective 4). Fewer samples were available for these analyses than for antibody testing because samples were excluded if they required excessive bleed time, if individuals were captured in pit-fall traps, or if individuals were captured at LL during a time period when volunteer activity potentially was affecting tortoise populations on a daily basis. As is true of most hormone data, these data exhibited heteroscedasticity and were log-transformed prior to statistical analyses by *t*-test and ANOVA.

We examined fecal samples to determine if corticosterone levels could be monitored non-invasively (see Wasser et al. 1997). If plasma corticosterone levels are reflected in feces, then we can extend our ability to monitor stress in gopher tortoise populations. Gopher tortoises tend to defecate when handled, and we collected a fecal sample when this happened. Feces were stored in bags on dry ice for return to the laboratory, where they were stored at -80°C prior to analysis. Further analysis (air-drying, double extraction with ether, drying down under vacuum, re-suspension of the extract in assay, and assaying using the RIA protocol) were not conducted, however, because of the uniformly low plasma corticosterone levels.

To evaluate chronic stress we counted white blood cells (WBCs). Blood smears were prepared from each blood sample (Objective 4). Smears were stained using modified Wright's-Giemsa staining protocols (Accustain, Sigma-Aldrich, St. Louis, Missouri; Hema 3, Fisher Scientific, Middletown, Virginia). Two trained individuals independently read each smear, scoring the percentage of WBCs in 5 categories: basophils, heterophils, eosinophils, lymphocytes, and monocytes (Taylor and Jacobson 1982, Alleman et al. 1992). A minimum of 200 WBCs were read in order to determine percentages. Data on WBCs were examined to determine the differences between seropositive and seronegative individuals and the correlation of WBC differentials with the ranking of sites by levels of stress.

**RESULTS**

**Objectives 1 and 2**

The means (± SD) of active, inactive, and abandoned burrows encountered along transects within locations in 2000–2001 are displayed in Table 2. The mean and range of potential values of total number of active + inactive burrows are displayed in Table 3 for both 1986–1990 and 2000–2001. The mean number of active + inactive burrows changed between surveys by >10% for 8 sites, and in all cases the change was a decline. The mean number of active + inactive burrows calculated for the resurvey was below the range established at the original survey for 4 of the 8 sites where a ≥10% decline was observed. A ≥10% decline in the mean number of active + inactive burrows was observed for 3 sites with seropositive individuals, and in 2 cases the decline placed the mean for the resurvey below the range established at the original survey.

The ratio of inactive to active burrows remained about the same or decreased between surveys at all sites. Because the ratios tended to decrease, we examined the change (2 increases, 8 declines) in mean number of active burrows alone, relative to the change (1 increase, 9 declines) in mean number of active + inactive burrows. For 7 sites (BH, GB, WS, FC, OL, SR, RA), the 2 changes, which were all declines, were within 10% of one another. Three sites with seropositive individuals were included in this group. The decline in active burrows at LL was larger, by about approximately 15%, than the decline in active + inactive burrows. For IS, a site with seropositive individuals, the increase in active burrows was larger, by approximately 30%, than the increase in active + inactive burrows. Finally, for SF, the decline in active + inactive burrows (3.9%) was accompanied by an increase in the number of active burrows (16.8%).

The percentage of all burrows that were abandoned is presented in Table 3 for both 1986–1990 and 2000–2001. The percentage changed between surveys by >10% for 9 sites; in 6 cases the change was an increase. The percentage changed between surveys by >50% for 4 sites, and in all cases the change was an increase. A ≥10% increase in the percentage was observed for 3 sites with seropositive individuals, and a ≥50% increase for 2 of them. The magnitude of the changes in mean number of active + inactive burrows and magnitude of the change in percentage of burrows that were abandoned between surveys were negatively correlated, as anticipated ($r_s$ = -0.56, $p$ = 0.08, $n$ = 10).

se 3:23-cv-00936-WWB-LLL    Document 31-1    Filed 01/17/25    Page 164 of 2
PageID 543
UPPER RESPIRATORY TRACT DISEASE IN GOPHER TORTOISES—McCoy et al.        15

**Table 2.** Mean (± SD) of active, inactive, and abandoned burrows encountered along transects during resurveys (2000–2001) at the 10 sites. Location = sampling locations within sites, $n$ = number of transects taken at a location, length = mean length in meters of transects taken at a location.

| Location | | Active | Inactive | Abandoned | $n$ | Length (m) |
|---|---|---|---|---|---|---|
| Boyd Hill | 1 | 0.62 + 0.74 | 1.63 + 1.30 | 0.75 + 0.89 | 8 | 50 |
| | 2[a] | 0.67 + 0.67 | 0.00 + 0.00 | 0.33 + 0.33 | 3 | 50 |
| Gold Head Branch | 1 | 0.54 + 0.50 | 0.27 + 0.27 | 1.68 + 1.32 | 22 | 475 |
| | 2 | 0.52 + 0.37 | 0.22 + 0.22 | 1.33 + 0.82 | 28 | 482 |
| | 3[b] | 0.22 + 0.22 | 0.06 + 0.06 | 2.00 + 1.00 | 18 | 214 |
| | 4[c] | | | | | |
| Ichetucknee Springs | 1 | 1.25 + 0.75 | 1.25 + 0.50 | 0.25 + 0.00 | 4 | 284 |
| | 2 | 1.00 + 0.67 | 0.33 + 0.33 | 0.67 + 0.00 | 3 | 168 |
| | 3 | 0.50 + 0.00 | 1.00 + 1.00 | 0.00 + 0.00 | 2 | 158 |
| | 4 | 2.60 + 0.80 | 1.00 + 0.60 | 0.20 + 0.20 | 5 | 361 |
| | 5 | 4.33 + 0.67 | 3.00 + 0.67 | 3.33 + 0.67 | 3 | 837 |
| | 6 | 1.00 + 0.00 | 0.00 + 0.00 | 1.00 + 0.00 | 2 | 135 |
| | 7 | 1.00 + 0.40 | 1.20 + 0.40 | 0.80 + 0.60 | 5 | 563 |
| | 8 | 0.75 + 0.75 | 1.75 + 1.00 | 1.00 + 0.50 | 4 | 444 |
| | 9 | 1.40 + 0.60 | 0.70 + 0.90 | 0.50 + 0.60 | 10 | 395 |
| | 10 | 1.71 + 0.71 | 1.57 + 0.86 | 1.57 + 0.86 | 7 | 535 |
| | 11 | 2.90 + 1.10 | 1.40 + 0.90 | 0.40 + 0.40 | 10 | 528 |
| Wekiwa Springs | 1 | 0.00 + 0.00 | 0.00 + 0.00 | 0.00 + 0.00 | 8 | 203 |
| | 2 | 1.67 + 1.10 | 1.73 + 0.97 | 3.57 + 1.47 | 30 | 487 |
| | 3 | 0.89 + 0.67 | 1.00 + 1.00 | 2.33 + 0.78 | 9 | 170 |
| | 4 | 0.75 + 0.62 | 0.25 + 0.25 | 2.25 + 1.13 | 8 | 463 |
| | 5 | 0.75 + 0.50 | 1.50 + 0.75 | 2.00 + 1.00 | 4 | 537 |
| Fort Cooper | 1 | 1.96 + 1.11 | 0.70 + 0.59 | 2.35 + 1.00 | 23 | 332 |
| | 2 | 0.47 + 0.60 | 0.27 + 0.27 | 1.40 + 0.87 | 15 | 91 |
| Lake Louisa | 1 | 5.50 + 2.56 | 3.78 + 1.11 | 7.67 + 2.83 | 18 | 345 |
| | 2[b] | 0.80 + 0.60 | 0.90 + 0.80 | 0.70 + 0.60 | 10 | 155 |
| | 3[b] | 1.11 + 1.00 | 0.40 + 0.40 | 0.70 + 0.90 | 10 | 177 |
| O'Leno | 1[b] | 0.82 + 0.68 | 0.32 + 0.35 | 0.90 + 0.85 | 40 | 225 |
| | 2[a] | 0.80 + 0.60 | 0.20 + 0.20 | 0.00 + 0.00 | 5 | 104 |
| San Felasco Hammock | 1 | 0.45 + 0.36 | 0.36 + 0.46 | 1.00 + 0.73 | 11 | 484 |
| | 2[e] | | | | | |
| | 3 | 0.80 + 0.20 | 0.20 + 0.20 | 1.40 + 0.80 | 5 | 262 |
| | 4 | 0.00 + 0.00 | 0.00 + 0.00 | 0.00 + 0.00 | 6 | 61 |
| | 5 | 0.00 + 0.00 | 0.00 + 0.00 | 0.00 + 0.00 | 2 | 85 |
| | 6[d] | 0.50 + 0.75 | 0.00 + 0.00 | 0.50 + 1.25 | 4 | 148 |
| Suwannee River | 1 | 2.00 + 0.20 | 1.20 + 1.00 | 0.00 + 0.00 | 5 | 265 |
| | 2 | 3.50 + 1.50 | 2.33 + 0.83 | 1.33 + 0.67 | 6 | 599 |
| | 3[b] | 0.25 + 0.25 | 1.75 + 0.75 | 1.00 + 0.75 | 4 | 420 |
| | 4[d] | 0.00 + 0.00 | 0.17 + 0.17 | 2.00 + 1.00 | 6 | 302 |
| | 5 | 0.50 + 0.00 | 0.00 + 0.00 | 2.00 + 1.50 | 2 | 238 |
| | 6[b] | 1.33 + 1.33 | 1.67 + 0.67 | 0.67 + 0.67 | 3 | 232 |
| | 7[c] | | | | | |
| | 8[e] | | | | | |
| Research Area | 1[f] | | | | | |
| | 2 | 0.50 + 0.50 | 0.83 + 0.67 | 3.50 + 1.33 | 6 | 208 |
| | 3[e] | | | | | |

[a] Burrows absent previously, but present currently (range expansion).
[b] Fewer transects required currently than previously (range contraction).
[c] Burrows absent previously and currently.
[d] More transects required currently than previously (range expansion).
[e] Burrows present previously, but absent currently (range contraction).
[f] No transects taken; all burrows counted.

**Table 3.** Calculated mean and range of number of active + inactive burrows, combined, and percent of all burrows that were active, inactive, and abandoned during the original survey (1986–1990) and the resurvey (2000–2001).

| Site | Date | Mean | Range | % Active | % Inactive | % Abandoned |
|------|------|------|-------|----------|------------|-------------|
| Boyd Hill | 1986 | 881 | 542– 1,220 | 25.0 | 68.1 | 6.9 |
| | 2000 | 618 | 110– 1,499 | 26.2 | 48.2 | 25.6 |
| Gold Head Branch | 1990 | 2,897 | 924– 4,887 | 34.1 | 29.4 | 36.5 |
| | 2000 | 890 | 127– 1,652 | 22.4 | 9.8 | 67.8 |
| Ichetucknee Springs | 1990 | 3,598 | 1,890– 5,303 | 37.0 | 37.9 | 25.1 |
| | 2000 | 3,852 | 2,185– 5,659 | 48.2 | 32.0 | 19.8 |
| Wekiwa Springs | 1990 | 7,756 | 4,493–11,172 | 26.4 | 32.9 | 40.7 |
| | 2000 | 4,289 | 1,466– 7,112 | 23.1 | 24.2 | 52.7 |
| Fort Cooper | 1990 | 1,596 | 884– 2,301 | 41.3 | 34.1 | 24.6 |
| | 2000 | 1,238 | 396– 2,096 | 37.4 | 14.4 | 48.2 |
| Lake Louisa | 1987 | 6,269 | 3,587– 8,951 | 54.3 | 36.8 | 8.9 |
| | 2000 | 2,531 | 1,470– 3,592 | 33.4 | 23.1 | 43.4 |
| O'Leno | 1990 | 3,602 | 237– 7,588 | 39.2 | 22.5 | 38.2 |
| | 2000 | 2,612 | 342– 4,936 | 41.8 | 15.8 | 42.4 |
| San Felasco Hammock | 1990 | 587 | 152– 1,021 | 25.4 | 18.1 | 56.5 |
| | 2000 | 564 | 131– 1,084 | 30.9 | 14.1 | 55.0 |
| Suwannee River | 1990 | 1,210 | 657– 1,887 | 38.5 | 35.7 | 25.8 |
| | 2000 | 731 | 422– 1,040 | 41.8 | 37.3 | 20.9 |
| Research Area | 1988 | 2,268 | 1,136– 3,400 | 31.3 | 38.7 | 30.0 |
| | 2001 | 1,046 | 762– 1,330 | 33.4 | 40.0 | 26.6 |

The size distributions of active + inactive burrows and of active burrows alone are presented in Fig. 1 for both 1986–1990 and 2000–2001. The size distributions of active + inactive burrows changed significantly (Kolmogorov-Smirnov 2-sample test, $p < 0.10$) for 6 sites. The size distributions of active burrows alone yielded the same result as active + inactive burrows at 6 sites. The difference in results for 3 of the remaining sites (BH, GB, OL) could be attributed to lack of adequate power in the comparison between distributions of active burrows. The difference in results for the other remaining site (WS), however, was unusual. In all cases, the observed changes in size distributions, both significant and not, were in the same direction: the smallest and/or middle size classes were increasingly under-represented in 2000–2001 (Fig. 2). A significant change in size distributions was observed for 3 sites with seropositive individuals.

Because the populations at some sites appeared to be changing in size, we also compared the distributions of absolute numbers of active + inactive burrows between surveys. We made the comparison simply by calculating the change, between surveys, in number of burrows in size classes 5 and 6 combined. For the 4 sites with no significant change in size distributions between surveys (see above), 2 showed increases in number of burrows in



**Fig. 1.** Percent of active + inactive burrows, combined, and of active burrows alone in the 6 size categories of Alford (1980). Dark bars are original survey (1986–1990) and light bars are resurvey (2000–2001).



**Fig. 1.** Continued.

Case 3:23-cv-00936-WWB-LLL   Document 31-1   Filed 01/17/25   Page 168 of 2
PageID 547
UPPER RESPIRATORY TRACT DISEASE IN GOPHER TORTOISES—McCoy et al.        19



**Fig. 2.** Size distribution rating for active + inactive burrows, combined, and for active burrows alone at the 10 sites. The ratings are discussed in the text. Dark bars are the original survey (1986–1990) and light bars are the resurvey (2000–2001).

size classes 5 and 6 (WS, +4; IS, +12) and 2 showed decreases (SF, -7; SR, -3). For the 6 sites with increased percentages of burrows in size classes 5 and 6, 3 showed increases in number of burrows in size classes 5 and 6 (BH, +7; FC, +13; RA, +144) and 3 showed decreases (LL, -8; OL, -2; GB, -36). With the exception of GB and RA, these numbers were relatively small and probably inconsequential. The substantial decrease in number of burrows in size classes 5 and 6 at GB (a site with seropositive individuals) mirrored the substantial overall decrease in number of burrows there (Table 3), and, although number of burrows also decreased at RA (Table 3), the site actually showed a substantial increase in number of burrows (536 in 1988 and 720 in 2000) in the intensely managed location (RA1, Table 2) where most of the remaining individuals reside.

## Objective 3

The estimated area of gopher tortoise habitat at each site at the time of the original survey is listed in Table 1. The spatial arrangement of occupancy of the habitat changed only modestly, if at all, between surveys for most of the 10 sites. Minor range contractions occurred for locations at 4 sites: GB (~1% of the total area), LL (~8%), OL (~2%), and SR (~7%). Minor range expansions occurred for locations at 3 sites: LL (~4%), SF (~3%), and SR (~1%). The minor range contractions and expansions only changed the shapes of the occupied areas; none either isolated previously connected individuals or connected previously isolated individuals. More substantial range contractions, at RA (~16% of the total area), and expansions, at BH (~37%) and OL (~12%), also occurred. The range contraction at RA reflects

the complete loss of individuals from an unmanaged section of upland hardwood forest. The range expansions at BH and OL reflect the presence of individuals in semi-isolated (<100 m from other individuals) locations that were not recorded as occupied previously. The cumulative effect of all range contractions and expansions was a net loss of occupied area at 3 sites (LL, SR, RA) and a net gain of occupied area at 3 other sites (BH, OL, SF). A substantial range contraction occurred at 1 site with seropositive individuals, as did a substantial range expansion.

At the time of the original survey, distributions of individuals were predominantly in the inner halves of transects across locations at 5 sites (GB, IS, WS, LL, SF) and predominantly in the outer halves of transects across locations at 3 sites (FC, OL, SR). Between surveys, minor (i.e., not significant, $p = 0.43$–$0.64$) shifts in the distribution of individuals from the inner to outer halves of transects occurred for only 3 of the 30 locations for which we had relevant data. Minor ($p = 0.20$–$0.60$) shifts in the distribution of individuals from the outer to inner halves of transects occurred for 5 locations. The distributions of individuals at the remaining 22 locations were either predominantly in the inner (12) or outer (10) halves of transects across locations for both surveys. Cumulatively, for the 8 sites (excluding BH and RA) no shifts in distribution of individuals along transects could be discerned ($p = 0.34$–$1.00$).

Habitat structure varied greatly among sites at the time of the original survey, and also changed to varying degrees among sites between surveys (Fig. 3). Average percent herbaceous ground cover at a site between surveys was negatively related to average percent high canopy cover, as might be anticipated ($r_s = -0.62$, $p < 0.05$, $n = 10$). High canopy cover increased (4.2–16.8%) at 5 sites (GB, WS, FC, OL, SR) and decreased (1.3–14.0%) at 4 sites (BH, IS, SF, RA). No high canopy was present at LL during either survey. Where high canopy cover increased, low canopy cover increased (25.3%) at 1 site (SR) and decreased (2.4–25.6%) at the other 4 sites; where high canopy cover decreased, low canopy cover increased (40.0%) at 1 site (SF) and decreased (1.4–30.9%) at the other 3 sites. Low canopy cover decreased (4.5%) at LL between surveys. Where both high and low canopy cover increased, herbaceous ground cover increased (18.8%, SR); where high canopy increased but low canopy decreased, herbaceous ground cover increased (9.3–19.9%) at 2 sites (WS, OL) and decreased (4.8–19.0) at 2 sites (GB, FC); where high canopy decreased but low canopy increased, herbaceous ground cover increased (1.9%, SF); where both high and low canopy cover decreased, herbaceous ground cover increased (14.1%) at 1 site (IS) and decreased (14.5–21.2%) at 2 sites (BH, RA). Herbaceous ground cover decreased (17%) at LL between surveys. High canopy and herbaceous ground cover both increased between surveys for 2 sites with seropositive individuals

UPPER RESPIRATORY TRACT DISEASE IN GOPHER TORTOISES—McCoy et al.        21



**Fig. 3.** Percent herbaceous ground cover (top), lower canopy cover (middle), and upper canopy cover (bottom) recorded at the 10 sites. Sites are ranked from top to bottom in each panel according to percents recorded at the original survey. Dark bars are the original survey (1986–1990) and light bars are the resurvey (2000–2001).

**Table 4.** Estimated percent of tortoise habitat, dates of the first planned burn, and burn frequencies before 1991 and during and after 1991 within locations at each of the 10 sites. Missing data indicate that records could not be obtained.

| Location | | Percent[b] | First burn | Burn frequency[a] before 1991 | Burn frequency[a] 1991 and after |
|---|---|---|---|---|---|
| Boyd Hill | 1 | 100 (DU) | | | |
| | 2[c] | | | | |
| Gold Head Branch | 1 | 36 (SH) | 1971 | 1.5 | 2.8 |
| | 2 | 46 (SH) | 1973 | 1.4 | 6.4 |
| | 3 | 11 (SH) | 1980 | 1.4 | 3.5 |
| | 4 | 7 (SC) | 1979 | 3.7 | 5.7 |
| Ichetucknee Springs | 1 | 6 (SH) | 1979 | 2.2 | 5.0 |
| | 2 | 3 (SH) | 1979 | 2.8 | 5.0 |
| | 3 | 3 (SH) | 1979 | 1.8 | 5.0 |
| | 4 | 5 (SH) | 1976 | 3.5 | 3.3 |
| | 5 | 11 (SH) | 1976 | 2.3 | 3.3 |
| | 6 | 3 (SH) | 1988 | 2.0 | 10.0 |
| | 7 | 15 (SH) | 1975 | 3.0 | 5.0 |
| | 8 | 8 (SH) | 1974 | 4.0 | 5.0 |
| | 9 | 11 (SH) | 1975 | 3.0 | 5.0 |
| | 10 | 14 (SH) | 1975 | 3.0 | 2.5 |
| | 11 | 21 (SH) | 1975 | 2.5 | 4.0 |
| Wekiwa Springs | 1 | 18 (SH/SC/SF) | 1985 | 1.2 | 2.0 |
| | 2 | 52 (SH) | 1987 | 0.8 | 0.9 |
| | 3 | 8 (SH) | 1982 | 1.3 | 1.2 |
| | 4 | 16 (SH) | 1979 | 1.6 | 2.5 |
| | 5 | 6 (SH) | 1977 | 1.3 | 2.0 |
| Fort Cooper | 1 | 93 (SH) | 1977 | 2.6 | |
| | 2 | 7 (SH) | 1977 | 4.3 | |
| Lake Louisa | 1 | 65 (RU) | 1992 | | 10.0 |
| | 2 | 21 (RU) | 1992 | | 10.0 |
| | 3 | 14 (RU) | 1982 | 10.0 | 5.0 |
| O'Leno | 1 | 100 (SH/SF) | 1973 | 1.3 | 3.6 |
| | 2[c] | | | | |
| San Felasco Hammock | 1 | 73 (SH) | 1977 | 2.2 | 2.9 |
| | 2 | 20 (SH) | 1977 | 2.6 | 5.0 |
| | 3 | 20 (SH) | 1989 | 1.0 | 10.0 |
| | 4 | 11 (SH) | | | |
| | 5 | 11 (SH) | 1989 | 0.5 | 2.0 |
| | 6 | 3 (SH) | 1989 | 0.5 | 2.0 |
| Suwannee River | 1 | 9 (SH) | 1985 | 1.7 | 6.7 |
| | 2 | 27 (SH) | 1983 | 1.2 | 10.0 |
| | 3 | 23 (SH) | 1986 | 1.3 | 10.0 |
| | 4 | 6 (SH) | 1986 | 2.00 | 10.0 |
| | 5 | 5 (SH) | 1987 | 3.0 | |
| | 6 | 9 (SH) | 1986 | 2.0 | 10.0 |
| | 7 | 20 (SF) | 1989 | 1.0 | |
| | 8 | 1 (SF) | 1987 | 3.0 | 10.0 |
| Research Area | 1[d] | 38 (SH) | | | |
| | 2 | 46 (SH) | | | |
| | 3 | 16 (UH) | | | |

[a]Frequency = years/average number of burns.
[b]DU = disturbed upland, SH = sandhill, SC = scrub, SF = scrubby flatwoods, RU = ruderal, UH = upland hardwood.
[c]Relatively small range expansions.
[d]Some parts were intensely managed on rotations of 1–7 years, other parts were unburned for >30 years.

Case 3:23-cv-00936-WWB-LLL    Document 31-1    Filed 01/17/25    Page 172 of 2

UPPER RESPIRATORY TRACT DISEASE IN GOPHER TORTOISES—McCoy et al.    PageID 551    23

and decreased for the other 2 sites. Low canopy, however, decreased for all 4 sites with seropositive individuals.

An overview of the management histories of the various locations within the 10 sites was derived from information about planned burns (Table 4). Weighting average burn frequencies of locations by the percent of habitat that they contain yields the ranking ordering of sites: WS (1.08), OL (1.30), SR (1.45), GB (1.59), FC (2.72), IS (2.79), SF (3.99), LL (13.44) for before 1991, and the ranking WS (1.44), OL (3.60), IS (4.31), GB (4.73), SF (6.50), LL (9.30), SR (10.70) for 1991. The more recent ranking coincides reasonably well with the change noted in lower canopy cover over the same time period at the forested sites: WS (-25.6%), OL (-18.3%), GB (-9.3%), IS (-1.4%), SR (+25.3%), SF (+40.0%).

Density of burrows was related both to percent herbaceous ground cover and percent canopy cover. Density of burrows was related positively to percent herbaceous ground cover at the time of the original survey ($r_S = 0.77$, $p < 0.01$, $n = 10$), but not at the time of the resurvey ($r_S = 0.10$, $p = 0.76$, $n = 10$), and was related negatively to percent low canopy cover at the time of the resurvey ($r_S = -0.71$, $p = 0.02$, $n = 10$), but not at the time of the original survey ($r_S = -0.46$, $p = 0.17$, $n = 10$). Percent loss of herbaceous ground cover between surveys was related negatively to habitat size ($r_S = -0.65$, $p = 0.04$, $n = 10$), and percent gain in lower canopy cover between surveys was related positively to habitat size ($r_S = 0.64$, $p = 0.05$, $n = 10$).

**Objective 4**

Blood samples were obtained from 158 individuals and tested for the presence of antibodies to *M. agassizii* (Table 5). We obtained positive results for tests performed on samples from the 4 sites known previously to have seropositive individuals (BH, GB, IS, WS). We also obtained positive results for tests performed on samples from 4 sites not known previously to have seropositive individuals (LL, OL, RA, SR). Relatively small samples taken previously at 2 of these sites failed to yield seropositive individuals (Diemer-Berish et al. 2000). No significant difference in the ratios of seropositive (+ suspect) individuals to seronegative individuals in the samples taken by Diemer-Berish et al. (2000) and our samples could be detected at WS, IS, LL, or RA. Significant differences in the ratios were detected at BH (Fisher Exact Test, $p = 0.05$) and GB (Fisher Exact Test, $p = 0.04$). In the first case the ratio increased in favor of seropositive individuals; in the second case the ratio increased in favor of seronegative individuals.

**Table 5.** Results of ELISA tests during resurveys (2000–2001) at the 10 sites, indicating the numbers of individuals that were seropositive, suspect, and seronegative, and the percent of seropositive individuals.

| Site | Sample[a] | $n$ | Seropositive | Suspect | Seronegative | % Seropositive |
|------|-----------|-----|--------------|---------|--------------|----------------|
| Boyd Hill | 1 | 16 | 6 | 3 | 7 | 38 |
| | 2 | 20 | 15 | 3 | 2 | 75 |
| Gold Head Branch | 1 | 22 | 18 | 4 | 0 | 82 |
| | 2 | 16 | 9 | 2 | 5 | 56 |
| Ichetucknee Springs | 1 | 6 | 4 | 0 | 2 | 67 |
| | 2 | 9 | 7 | 0 | 2 | 78 |
| Wekiwa Springs | 1 | 10 | 5 | 1 | 4 | 50 |
| | 2 | 21 | 10 | 3 | 8 | 48 |
| Fort Cooper | 2 | 10 | 0 | 0 | 10 | 0 |
| Lake Louisa | 1 | 10 | 0 | 0 | 10 | 0 |
| | 2 | 19 | 1 | 0 | 18 | 5[b] |
| O'Leno | 2 | 14 | 9 | 3 | 2 | 64[b] |
| San Felasco Hammock | 2 | 10 | 0 | 0 | 10 | 0 |
| Suwannee River | 2 | 22 | 16 | 4 | 2 | 73[b] |
| Research Area | 1 | 3 | 0 | 0 | 3 | 0 |
| | 2 | 17 | 7 | 2 | 8 | 41[b] |

[a]Sample 1 = Diemer-Berish et al. (2000), sample 2 = present study.
[b]New record.

Sizes of individuals captured away from their burrows for collection of blood samples were not expected from the burrow size distributions at all sites. The numbers of individuals in size classes 3 and 4, combined, versus size classes 5 and 6, combined, could not be distinguished from the expected numbers for BH or LL. More individuals than expected were in size classes 3 and 4 for WS ($\chi^2 = 6.28$, $p = 0.01$) and RA ($\chi^2 = 3.92$, $p = 0.05$), however. The sizes of 14 shells (7 males, 6 females, 1 unknown) found along transects at WS were not expected either from the burrow size distribution or from the sizes of individuals captured away from their burrows. More shells than expected were in size classes 3 and 4 ($\chi^2 = 8.67$, $p < 0.01$).

**Objective 5**

Plasma corticosterone levels detected under pre-stress and post-stress conditions were substantially different (Fig. 4). A paired *t*-test comparison of log-transformed levels found in the same individuals prior to and after handling and confinement indicated that the difference was approximately 15-fold ($t = -7.03$, $p < 0.01$, $n = 4$ males). Comparison of these data with plasma corticosterone levels found in individuals that were pit-fall trapped revealed that individuals caught in pit-fall traps were stressed by this means of capture (Fig. 4).

se 3:23-cv-00936-WWB-LLL   Document 31-1   Filed 01/17/25   Page 174 of 2
PageID 553
UPPER RESPIRATORY TRACT DISEASE IN GOPHER TORTOISES—McCoy et al.        25

Plasma corticosterone levels differed between sexes (Fig. 5). A *t*-test comparison of log-transformed levels for the pooled data (BH, WS, LL, RA) revealed that levels in males were elevated relative to that in females ($t = -2.49$; $p = 0.02$; $n = 32$ males, 34 females). Levels were analyzed on a site-by-site basis to determine if the difference found with the pooled data was consistent among sites (Fig. 6). *T*-test comparisons of log-transformed levels revealed that, although levels in males were elevated relative to that in females at all 4 sites, the difference was significant only at WS ($t = -2.78$; $p = 0.01$; $n = 10$ males, 11 females).

Plasma corticosterone levels could not be shown to be different among sites (Fig. 6). One-way ANOVA of log-transformed levels for both sexes combined or for females separately did not yield significant results. One-



**Fig. 4.** Means (± SE) of plasma corticosterone levels for 4 males immediately following capture (pre-stress) and after 3 hours of handling and confinement (post-stress) and for 4 other males that were captured in pit-fall traps at Lake Louisa. Vertical lines = SE, asterisk = significant difference.



**Fig. 5.** Mean (± SE) of plasma corticosterone levels in males and females. Data were pooled among the 4 sites that were sampled. Vertical lines = SE, asterisk = significant difference.

way ANOVA of the log-transformed levels for males separately did yield a significant result ($F = 2.63$, $p = 0.05$, $n = 4$), but significance was reduced substantially when the 2 males from LL were eliminated ($F = 2.36$, $p = 0.11$, $n = 3$). A Student-Newman-Keuls test (Sokol and Rohlf 1995) could not detect any significant difference between particular pairs of sites. All comparisons suffered from lack of power, however.

Plasma corticosterone levels could not be shown to be different between seropositive and seronegative individuals (Fig. 7). A *t*-test comparison of log-transformed levels for the pooled data did not yield a significant result. Levels also were analyzed on a site-by-site basis (Figs. 8 and 9), but *t*-test comparisons of log-transformed levels once again did not yield significant results.



**Fig. 6.** Mean (± SE) plasma corticosterone levels for males and females at each of the 4 sites that were sampled. Vertical lines = SE, asterisk = significant difference.



**Fig. 7.** Mean (± SE) plasma corticosterone levels for seropositive and seronegative males and females. Data were pooled among the 4 sites that were sampled. Vertical lines = SE.

Overall, plasma corticosterone levels in the present study ($0.48 \pm 0.04$ ng/ml) were uniformly lower than those in a previous study of trapped individuals in a Georgia population ($1.14 \pm 0.25$ ng/ml) (Ott et al. 2000). It is unknown whether this difference represents true population differences, different capture and sampling procedures, or variability between assays. Plasma corticosterone levels following experimentally induced stress in the present study ($7.48 \pm 2.72$ ng/ml) are, however, quite comparable to those in the previous study ($7.22 \pm 2.90$ ng/ml) (Ott et al. 2000). None of the individuals collected by hand during the course of either study was found to exhibit plasma corticosterone levels in the stressed range. Individuals caught in pit-fall traps, however, exhibited levels in the stressed range.



**Fig. 8.** Mean (± SE) plasma corticosterone levels for seropositive and seronegative males at each of the 4 sites that were sampled. Vertical lines = SE.



**Fig. 9.** Mean (± SE) plasma corticosterone levels for seropositive and seronegative females at each of the 4 sites that were sampled. Vertical lines = SE.

Blood smears were read for WBCs for 28 individuals captured in 2001 and 56 individuals captured in 2002. Mean percentages (± 50) for basophils were $7.22 \pm 1.15$ (2001) and $7.97 \pm 0.79$ (2002), for heterophils were $24.32 \pm 2.66$ (2001) and $28.84 \pm 2.76$ (2002), for eosinophils were $17.88 \pm 2.15$ (2001) and $13.07 \pm 1.61$ (2002), for lymphocytes were $46.28 \pm 2.02$ (2001) and $38.13 \pm 2.61$ (2002), and for monocytes were $4.24 \pm 0.80$ (2001) and $11.21 \pm 0.83$ (2002). All of these values were within the ranges of values reported previously for tortoises (L. Wendland, University of Florida, personal communication). Values for eosinophils are unusually high (range for most values reported previously is 0–6%) (L. Wendland, University of Florida, personal communication), although values as high as 20% have been reported for several species of turtle, including the radiated tortoise (*Geochelone radiata*) (Marks and Citino 1990). Seasonal variation in relative numbers of eosinophils also occurs (i.e., lowest in summer, highest in winter), making interpretation of the causes of any unusually high numbers difficult (Campbell 1996). The 28 individuals captured in 2001 were captured throughout much of the year, but the 56 individuals captured in 2002 were captured during or after the last week in July. Although values for eosinophils were lower in 2002, they still were outside the range for most values reported previously.

We compared WBC differentials between individuals that tested positive for *M. agassizii* antibodies and individuals that tested negative. Relative number of heterophils was elevated in seropositive individuals in both 2001 (Wilcoxon Rank-Sum Test; $T = 143$; $p = 0.07$; $n = 9$, 15) and 2002 ($T = 327$; $p = 0.07$; $n = 17$, 30). Relative number of lymphocytes was depressed in both 2001 ($T = 53.5$; $p < 0.01$; $n = 9$, 15) and 2002 ($T = 505$; $p = 0.03$; $n = 17$, 30) in seropositive individuals (Fig. 10) (cf. Jacobson et al. 1991). Relative number of eosinophils also was related negatively to relative number of heterophils in both 2001 ($r_s = -0.47$, $p = 0.01$, $n = 28$) and 2002 ($r_s = -0.32$, $p = 0.02$, $n = 56$).

We examined the correlation of WBC differentials with the ranking of sites by perceived levels of stress. We used indicators of habitat quality (site size, percent herbaceous ground cover, percent low canopy cover, percent high canopy cover, decline in percent herbaceous ground cover, increase in percent low canopy, increase in percent high canopy, absolute change in the 3 vegetation attributes) and population well-being (estimated original burrow density for active + inactive, combined, and active burrows separately; estimated final burrow density for active + inactive burrows, combined, and active burrows separately; percent decline of the 2 categories of burrows) to measure stress. When the median levels of WBCs at sites were used in the analysis, only 3 strong correlations emerged. Relative number of heterophils was positively related to percent herbaceous ground cover estimated during



**Fig. 10.** White blood cell differential counts of samples collected at the 10 sites. Vertical lines = SE.

the resurvey ($r_s$ = 0.66, $p$ = 0.03, $n$ = 10) and to the calculated decline in percent herbaceous ground cover between surveys ($r_s$ = 0.68, $p$ = 0.03, $n$ = 10), and relative number of basophils was negatively related to percent herbaceous ground cover estimated during the resurvey ($r_s$ = -0.81, $p$ < 0.01, $n$ = 10). The 2 correlations involving percent herbaceous ground cover estimated during the resurvey appeared to be spurious, resulting from the negative relationship between percent herbaceous ground cover estimated during the original survey and the calculated decline in percent herbaceous ground cover between surveys ($r_{s\ b}$ = -0.72, $p$ = 0.02, $n$ = 10). The other correlation appeared to be important, however.

Three observations taken together indicated why the correlation between relative number of heterophils and calculated decline in percent herbaceous ground cover between surveys may be important. First, heterophils made up about 25–30% of WBCs in the individuals we examined. Second, chronic stress may be expected to be accompanied by reduction in relative numbers of basophils, eosinophils, and lymphocytes (Morici et al. 1997), which together made up about 60–70% of the WBCs in the individuals we examined. Third, relative numbers of basophils, eosinophils, and lymphocytes all were negatively related to the calculated decline in percent herbaceous ground cover between surveys, but only modestly (*p*-values of 0.16, 0.40, and 0.18, respectively). The positive correlations noted for heterophils could, therefore, simply have been reflecting the combined negative correlation of the other 3 types of WBCs. The cumulative relative number of basophils, eosinophils, and lymphocytes indeed was related negatively to the calculated decline in percent herbaceous ground cover between surveys ($r_s$ = -0.620, $p$ = 0.05, $n$ = 10).

Based on the possible cumulative response of basophils, eosinophils, and lymphocytes to stress, we ranked sites according to median percentages of each of the 3 WBCs in the resident population, and then summed the ranks. We then examined the correlations between the summed ranking and perceived levels of stress. The summed ranking of sites by median percentages of the 3 WBCs (SR, IS, OL, WS = LL, RA, BH, GB, SF, FC) was related negatively to the ranking of sites by the calculated decline in percent herbaceous ground cover between surveys ($r_s$ = -0.66, $p$ = 0.03, $n$ = 10). The summed ranking of sites by median percentages of the 3 WBCs also was related positively, but not strongly so, to the ranking of sites by percent decline in density of both active + inactive burrows ($r_s$ = 0.46, $p$ = 0.17, $n$ = 10) and active burrows alone ($r_s$ = 0.44, $p$ = 0.18, $n$ = 10).

## CONCLUSIONS AND DISCUSSION

1. The indicators of demographic well-being of gopher tortoise populations changed between surveys at most of the 10 sites. Most of the changes at most sites indicate that the well being of populations declined between surveys.

2. Our results do not suggest any connection between the observed declines and the presence of *M. agassizii*. Indeed, sites showing the least indication of decline (IS and RA) both have relatively high percentages of seropositive individuals.

3. Spatial arrangement of occupancy of the habitat changed only modestly, at best, between surveys at most sites.

4. Habitat structure varied greatly among sites at the time of the original survey and also changed to varying degrees among sites between surveys. Change in habitat structure appears to be related, at least in part, to management history.

5. Our results suggest a connection between observed declines in the well being of gopher tortoise populations and reduction in habitat quality. Despite management efforts that have taken place at these sites, our results indicate that some combination of loss of herbaceous ground cover, increase in lower canopy cover, and increase in upper canopy cover between surveys was at least partially responsible for declines that we observed in density of burrows. Our results also suggest that the interaction among the indicators of habitat quality that we measured is complicated. For example, herbaceous ground cover may increase if both lower canopy cover and upper canopy cover are decreased, but decrease if only lower canopy cover is decreased. Overall, although our data strongly implicate reduction in habitat quality in the decline in the well being of the gopher tortoise populations that we studied, they do not reveal specific causes of the decline.

6. Our results suggest that reductions in habitat quality were not expressed uniformly among sites with different amounts of habitat, but were more strongly expressed at relatively small sites. This finding indicates that habitat loss and fragmentation are likely to be exacerbated by concomitant habitat degeneration.

7.  Upper respiratory tract disease appears to be more widespread than previously suspected. We detected the presence of antibodies to *M. agassizii* at 4 sites at which the mycoplasma was not known to be present at the inception of our study. Our evaluation of the serological status of populations, combined with a comparison of our results with those obtained previously at the same sites, suggests that samples of individuals taken from the same population may yield variable results because of differences in sample sizes and/or techniques, or because of actual differences in relative numbers of seropositive and seronegative individuals over time. The results also suggest that the more samples one takes from a population, the greater the chance of detecting the presence of *M. agassizii*.

    The suggestion that detection of *M. agassizii* is a function of sample size can be examined by plotting the number of seropositive (+ suspect) individuals against the number of individuals tested for a large number of samples. We created such a plot from our own data and data taken from the literature. The result indicates that increased sampling effort invariably leads to detection of *M. agassizii* (McCoy and Mushinsky, unpublished data), and raises the possibility that *M. agassizii* will be found to be present in virtually every population, once large numbers of individuals are sampled. We further examined the suggestion that detection of *M. agassizii* is a function of sample size by calculating the probability of detection of seropositive individuals at the sites for which we had relatively large sample sizes (BH, WS, LL, RA), based on the distribution of seropositive and seronegative individuals in the full sample. The probability that a seropositive individual was not sampled by the first, third, and fifth individual were, respectively, 0.25, 0.02, < 0.01 (BH); 0.52, 0.14, 0.04 (WS); 0.95, 0.85, 0.76 (LL); and 0.47, 0.10, 0.02 (RA). The first seropositive individual actually was either the second (BH, WS) or third (LL, RA) individual sampled, and, in all cases, the first seropositive individual of the opposite sex was the next individual sampled. These results were highly likely for the 3 sites with ≥50% seropositive individuals (BH, WS, RA), but the probability that a seropositive individual was not sampled at LL was still 0.44 by the fifteenth individual.

8.  Sampling method may influence the estimate of percentage of seropositive individuals in a population. Individuals available

Case 3:23-cv-00936-WWB-LLL   Document 31-1   Filed 01/17/25   Page 182 of 2
PageID 561
UPPER RESPIRATORY TRACT DISEASE IN GOPHER TORTOISES—McCoy et al.          33

for easy sampling, because they are away from their burrows, were, on average, smaller than expected by chance, at some sites. Individuals dying in relatively large numbers, presumably as a direct or indirect consequence of URTD, also were smaller, on average, than expected by chance at WS, a site thought to be in the midst of an active URTD outbreak. Finally, the absolute number of individuals in the largest size classes did not decrease between surveys at most sites with seropositive individuals. These findings suggest that individuals spending the most time away from their burrows may not be representative of a population as a whole. If *M. agassizii* tends to target medium-sized individuals, perhaps as they attempt to compete reproductively, then the over-representation of these individuals in above-ground activity may reflect their attempts to increase their body temperatures to ward off the infection. On the other hand, the medium-sized individuals may be over-represented in above-ground activity for other reasons, and become infected with *M. agassizii* as a consequence of the increased chance of encountering other individuals.

9. Plasma cortisone levels could not be shown to differ among sites. Our evaluation of plasma corticosterone levels suggests that resident individuals from a range of habitat qualities and population densities normally do not exhibit overt signs of stress. Although males at WS appeared to exhibit elevated plasma corticosterone levels relative to males at other sites, blood was collected at WS relatively late in the active season, and it is possible that males at the site experience elevated corticosterone as a result of seasonal changes in behavior, intermediary metabolism, or habitat. Although Ott et al. (2000) failed to detect any seasonal patterns for plasma corticosterone in a Georgia population, individuals in that study were trapped, which may have caused stress-related increases in plasma corticosterone. These increases may have masked seasonal variation in plasma corticosterone. In the present study, individuals that were trapped and/or excessively handled uniformly did exhibit overt signs of stress, raising the likelihood that current relocation efforts will induce acute stress and elevated plasma corticosterone in relocated animals. It is currently unknown how long it takes plasma corticosterone to return to normal levels following capture and relocation to an entirely new site, and whether or not the elevated levels result in any compromised function in the translocated animals. Unknowns such as these may be better addressed with adrenocorticotropin

hormone, phytohemagglutinen, and sheep red blood cell challenge experiments to examine adrenal gland response, T-cell response, and B-cell response, respectively (P. Kahn, Auburn University, personal communication).

10. Plasma corticosterone levels could not be shown to be different between seropositive and seronegative individuals. We also noted that outward signs of health (e.g., nasal discharges) in seropositive individuals appeared no different than in seronegative individuals. It is currently unknown whether or not individuals with overt clinical signs of URTD have altered plasma corticosterone levels.

11. Seropositive individuals displayed elevated percentages of heterophils and reduced percentages of lymphocytes, relative to seronegative individuals.

12. Individuals experiencing chronically high levels of stress displayed reduced median percentages of basophils + eosinophils + lymphocytes, combined.

13. The most readily detectable hematological response to the presence of *M. agassizii* and to chronic stress was, therefore, identical: elevated heterophil/lymphocyte ratios.

14. If the patterns in WBC differentials that we established indeed are related to levels of chronic stress, then they, in turn, are related to habitat degeneration, as indicated by loss of herbaceous ground cover and, less strongly, to population decline, as indicated by reduction in burrow density.

Our results tentatively establish a pattern of connection between chronic stress from habitat change, immune response, and population well-being. Tests that employ better immunological detection techniques and are focused on individuals will be required to accept or reject the generality of the pattern. The most difficult aspect of such tests likely will be to determine precise causes of chronic stress in the field or, at least, to determine the value of potential indicators of stress. Our results failed to establish that rates of mycoplasmal infection were connected to population well-being. Demographically healthy populations often supported relatively large percentages of seroconverted individuals. The significance of infections to gopher tortoise populations may

Case 3:23-cv-00936-WWB-LLL    Document 31-1    Filed 01/17/25    Page 184 of 2
PageID 563
UPPER RESPIRATORY TRACT DISEASE IN GOPHER TORTOISES—McCoy et al.    35

be variable and often transient (see Brown et al. 2002). Our results suggest that the potential effects of other causes of decline of gopher tortoise populations (e.g., habitat reduction, fragmentation, and degeneration; stochastic processes, such as drought) must not be minimized by focusing entirely on URTD. Furthermore, our results suggest that "…residence on protected land cannot be assumed to assure the continued existence of a [gopher tortoise] population"; even on seemingly protected lands, gopher tortoise "…populations…need continuous monitoring to prevent their decline" (McCoy and Mushinsky 1992*a*, 116).

## LITERATURE CITED

Alberts, A. C., L. A. Jackintell, and J. A. Phillips. 1994. Effects of chemical and visual exposure to adults on growth, hormones, and behavior of juvenile green iguanas. Physiological Behaviour 55:987–992.

Alford, R. A. 1980. Population structure of *Gopherus polyphemus* in northern Florida. Journal of Herpetology 14:177–182.

Alleman, A. R., E. R. Jacobson, and R. E. Raskin. 1992. Morphologic and cytochemical characteristics of blood cells from the desert tortoise (*Gopherus agassizii*). American Journal of Veterinary Research 53:1645–1651.

Auffenberg, W., and R. Franz. 1982. The status and distribution of the gopher tortoise (*Gopherus polyphemus*). Pages 95–126 *in* R. B. Bury, editor. North American tortoises: conservation and ecology. Wildlife Research Report 12. U.S. Fish and Wildlife Service, Washington, D.C., USA.

Borysenko, M., and S. Lewis. 1979. The effect of malnutrition on immunocompetence and whole body resistance to infection in *Chelydra serpentina*. Developmental and Comparative Immunology 3:89–100.

Brown, D. R., I. M. Schumacher, G. S. MacLaughlin, L. D. Wendland, M. B. Brown, P. A. Klein, and E. R. Jacobson. 2002. Application of diagnostic tests for mycoplasmal infections of desert and gopher tortoises with management recommendations. Chelonian Conservation and Biology 4:497–507.

Burnham, K. P., and D. R. Anderson. 1984. The need for distance data in transect counts. Journal of Wildlife Management 48:1248–1254.

_____, _____, and J. L. Laake. 1985. Efficiency and bias in strip and line transect sampling. Journal of Wildlife Management 49:1012–1018.

Campbell, T. W. 1996. Clinical pathology. Pages 248–257 *in* D. R. Mader, editor. Reptile medicine and surgery. W. B. Saunders, Philadelphia, Pennsylvania, USA.

Cash, W. B., R. L. Holberton, and S. S. Knight. 1997. Corticosterone secretion in response to capture and handling in free-living red-eared slider turtles. General and Comparative Endocrinology 108:427–433.

Case 3:23-cv-00936-WWB-LLL   Document 31-1   Filed 01/17/25   Page 186 of 2
PageID 565
Upper Respiratory Tract Disease in Gopher Tortoises—McCoy et al.          37

Cochran, W. G. 1977. Sampling techniques. John Wiley and Sons, New York, New York, USA.

Cowan, D. F. 1980. Adaptation, maladaptation and disease. Pages 191–196 *in* J. B. Murphy and J. T. Collins, editors. Reproductive biology and diseases of captive reptiles. Contributions to herpetology. Society for the Study of Amphibians and Reptiles, Lawrence, Kansas, USA.

Cox, J., D. Inkley, and R. Kautz. 1987. Ecology and habitat protection needs of gopher tortoise (*Gopherus polyphemus*) populations found on lands slated for large-scale development in Florida. Technical Report 4. Florida Game and Freshwater Fish Commission, Tallahassee, Florida, USA.

Diemer-Berish, J. E., L. D. Wendland, and C. A. Gates. 2000. Distribution and prevalence of upper respiratory tract disease in gopher tortoises in Florida. Journal of Herpetology 34:5–12.

Ellsaesser, C. F., and L. W. Clem. 1987. Cortisol-induced hematologic and immunologic changes in channel catfish (*Ictalurus punctatus*). Comparative Biochemistry and Physiology (A) 87:405–408.

Gregory, L. F., T. S. Gross, A. B. Bolton, K. A. Bjorndal, and L. J. Guillete. 1996. Plasma corticosterone concentrations associated with acute captivity stress in wild loggerhead sea turtles. General and Comparative Endocrinology 104:312–320.

Jacobson, E. R., M. B. Brown, I. M. Schumacher, B. R. Collins, R. K. Harris, and P. A. Klein. 1995. Mycoplasmosis and the desert tortoise (*Gopherus agassizii*) in Las Vegas Valley, Nevada. Chelonian Conservation and Biology 1:279–284.

_____, J. M. Gaskin, M. B. Brown, R. K. Harris, C. H. Gardiner, J. L. LaPointe, H. P. Adams, and C. Reggiardo. 1991. Chronic upper respiratory tract disease of free-ranging desert tortoises (*Xerobates agassizii*). Journal of Wildlife Diseases 27:296–316.

Lance, V. A. 1992. Evaluating pain and stress in reptiles. Pages 101–106 *in* D. O. Schaeffer, K. M. Kleinow, and L. Krulisch, editors. Proceedings of a conference on the care and use of amphibians, reptiles, and fish in research. Scientists' Center for Animal Welfare, Louisiana State University School of Veterinary Medicine, New Orleans, Louisiana, USA.

_____. 1994. Life in the slow lane: hormones, stress, and the immune system in reptiles. Pages 529–534 *in* G. K. Davey, R. E. Peter, and S. S. Tobe, editors. Perspectives in comparative endocrinology. National Research Council of Canada, Ottawa, Canada.

Lindzey, J., and D. Crews. 1986. Hormonal control of courtship and copulatory behavior in male *Cnemidophorus inornatus*, a direct sexual ancestor of a unisexual, parthenogenetic lizard. General and Comparative Endocrinology 64:411–418.

_____, and _____. 1988*a*. Psychobiology of sexual behavior in a whiptail lizard, *Cnemidophorus inornatus*. Hormones and Behavior 22:279–293.

_____, and _____. 1988*b*. Progestin sensitivity in male *Cnemidophorus inornatus*. Journal of Endocrinology 119:265–273.

_____, and _____. 1992*a*. Interactions between progesterone and androgens in the activation of sex behaviors in male little striped whiptail lizards, *Cnemidophorus inornatus*. General and Comparative Endocrinology 86:52–58.

_____, and _____. 1992*b*. Individual variation in sexual behaviors in captive male *Cnemidophorus inornatus*. Hormones and Behavior 26:46–55.

_____, and _____. 1993. Effects of progesterone and dihydrotestosterone on stimulation of androgen-dependent sex behavior, accessory sex structures, and in vitro binding characteristics of cytosolic androgen receptors in male whiptail lizards (*Cnemidophorus inornatus*). Hormones and Behavior 27:269–281.

Mahmoud, I. Y., L. J. Guilette Jr., M. E. McAsey, and C. Cady. 1989. Stress-induced change in serum testosterone, estradiol-17b and progesterone in the turtle *Chelydra serpintina*. Comparative Biochemistry and Physiology (A) 93:423–427.

Marks, S. K., and S. B. Citino. 1990. Hematology and serum chemistry of the radiated tortoise (*Testudo-Radiata*). Journal of Zoo and Wildlife Medicine 21:342–344.

Martin, P. L., and J. N. Layne. 1987. Relationship of gopher tortoise body size to burrow size in a southcentral Florida population. Florida Scientist 50:264–267.

Case 3:23-cv-00936-WWB-LLL    Document 31-1    Filed 01/17/25    Page 188 of 2
PageID 567
UPPER RESPIRATORY TRACT DISEASE IN GOPHER TORTOISES—McCoy et al.          39

McCoy, E. D., and H. R. Mushinsky. 1988. The demography of *Gopherus polyphemus* (Daudin) in relation to size of available habitat. Florida Game and Fresh Water Fish Commission, Tallahassee, Florida, USA.

_____, and _____. 1991. A survey of gopher tortoise populations residing on twelve state parks in Florida. Technical Report 1. Florida Park Service, Tallahassee, Florida, USA.

_____, and _____. 1992*a*. Studying a species in decline: changes in populations of the gopher tortoise on federal lands in Florida. Florida Scientist 55:116–125.

_____, and _____. 1992*b*. Studying a species in decline: gopher tortoises and the dilemma of "correction factors." Herpetologica 48:402–407.

_____, and _____. 1995. The demography of *Gopherus polyphemus* (Daudin) in relation to size of available habitat. Project report. Florida Game and Fresh Water Fish Commission, Tallahassee, Florida, USA.

_____, _____, and D. S. Wilson. 1993. Patterns in the compass orientation of gopher tortoise burrows at different spatial scales. Global Ecology and Biogeography Letters 3:33–40.

_____, B. Stys, and H. R. Mushinsky. 2002. A comparison of GIS and survey estimates of gopher tortoise habitat and numbers of individuals in Florida. Chelonian Conservation and Biology 4:472–478.

Mendonca, M. T., and P. Licht. 1986. Seasonal cycles in gonadal activity and plasma gonadotropin in the musk turtle, *Sternotherus odoratus*. General and Comparative Endocrinology 48:440–451.

Moore, M. C., C. W. Thompson, and C. A. Marler. 1991. Reciprocal changes in corticosterone and testosterone levels following acute and chronic handling stress in the tree lizard, *Urosaurus ornatus*. General and Comparative Endocrinology 81:217–226.

Morici, L. A., R. M. Elsey, and V. A. Lance. 1997. Effects of long-term corticosterone implants on growth and immune function in juvenile alligators, *Alligator mississippiensis*. Journal of Experimental Zoology 279:152–162.

Mushinsky, H. R., and E. D. McCoy. 1994. Comparison of gopher tortoise populations on islands and on the mainland in Florida. Pages 39–47 *in* R. B. Bury and D. J. Germano, editors. Biology of North American tortoises. Fish and Wildlife Research, No. 13. National Biological Survey, Washington, D.C., USA.

_____, _____, J. S. Berish, R. Ashton, and D. S. Wilson. In press. Biology and conservation of Florida turtles at the end of the twentieth century: the gopher tortoise. Chelonian Monographs.

_____, _____, and D. S. Wilson. 1997. Patterns of gopher tortoise demography in Florida. Pages 252–258 *in* J. Van Abbema, editor. Proceedings, international conference on conservation, restoration, and management of tortoises and turtles. New York Turtle and Tortoise Society, Orange, New Jersey, USA.

_____, D. S. Wilson, and E. D. McCoy. 1994. Growth rate and sexual dimorphism of gopher tortoises in a central Florida population. Herpetologica 50:119–128.

Ott, J. A., M. T. Mendonca, C. Guyer, and W. K. Michener. 2000. Seasonal changes in sex and adrenal steroid hormones of gopher tortoises (*Gopherus polyphemus*). General and Comparative Endocrinology 117:299–312.

Pickering, A. D. 1984. Cortisol-induced lymphocytopenia in brown trout, *Salmo trutta* L. General and Comparative Endocrinology 53:252–259.

Sapolsky, R. M. 1985. Stress-induced suppression of testicular function in the wild baboon: role of glucocorticoids. Endocrinology 116:2273–2278.

_____. 1987. Stress, social status and reproductive physiology in free living baboons. Pages 291–322 *in* D. Crews, editor. Psychobiology of reproduction: an evolutionary perspective. Prentice-Hall, New York, New York, USA.

Schumacher, I. M., M. B. Brown, E. R. Jacobson, B. R. Collins, and P. A. Klein. 1993. Detection of antibodies to a pathogenic mycoplasma in desert tortoises (*Gopherus agassizii*) with upper respiratory tract disease. Journal of Clinical Microbiology 31:1454–1460.

Case 3:23-cv-00936-WWB-LLL    Document 31-1    Filed 01/17/25    Page 190 of 2
PageID 569
UPPER RESPIRATORY TRACT DISEASE IN GOPHER TORTOISES—McCoy et al.        41

Siegel, H. S. 1980. Physiological stress in birds. Bioscience 30:529–530.

Simberloff, D., J. A. Farr, J. Cox, and D. W. Mehlman. 1993. Movement corridors: conservation bargains or poor investments? Conservation Biology 6:493–504.

Sokol, R. R., and F. J. Rohlf. 1995. Biometry. Third edition. Freeman, New York, New York, USA.

Taylor, R. W., and E. R. Jacobson. 1982. Hematology and serum chemistry of the gopher tortoise, *Gopherus polyphemus*. Comparative Biochemistry and Physiology 72A:425–428.

Valverde, R. A., D. W. Ownes, D. S. MacKenzie, and M. J. Amoss. 1999. Basal and stress-induced corticosterone levels in olive ridley sea turtles (*Leptochelys divacea*) in relation to their mast nesting behavior. Journal of Experimental Zoology 284:652–662.

Wasser, S. K., K. Bevins, G. King, and E. Hanson. 1997. Noninvasive physiological measures of disturbance in the northern spotted owl. Conservation Biology 11:1019–1022.

Wilson, D. S., H. R. Mushinsky, and E. D. McCoy. 1991. Relationship between gopher tortoise body size and burrow width. Herpetological Review 22:122–124.

_____, _____, and _____. 1994. Home range, activity, and burrow use of juvenile gopher tortoises (*Gopherus polyphemus*) in a central Florida population. Pages 147–160 *in* R. B. Bury and D. J. Germano, editors. Biology of North American tortoises. Fish and Wildlife Research, No. 13. National Biological Survey, Washington, D.C., USA.

**Appendix A.** Plasma stripping protocol.

---

1.    Make up a 10% solution of charcoal and 0.9% saline solution (mix for at least 2–3 hours).

2.    Pipette solution into centrifuge tubes and spin down for 10 minutes at 1,500 rpm.

3.    Pour off supernatant.

4.    Resuspend charcoal in 4% BSA solution (mix for at least 2–3 hours in a cold chamber).

5.    Add solution to plasma in 1:1 ratio (mix for at least 18 hours in a cold chamber).

6.    Pipette plasma/charcoal mix into centrifuge tubes and spin for 15 minutes at 9,000 rpm.

7.    Pipette off plasma and re-spin for 15 minutes at 9,000 rpm to remove all charcoal.

8.    Repeat step 7 as necessary.

---

Case 3:23-cv-00936-WWB-LLL    Document 31-1    Filed 01/17/25    Page 192 of 2
PageID 571
UPPER RESPIRATORY TRACT DISEASE IN GOPHER TORTOISES—McCoy et al.    43

**Appendix B.** Extraction protocol.

1. Set up a screw top vial labeled *stripped* and add 100 μl of stripped plasma.

2. Set up a screw top vial labeled *spiked* and add 100 μl spiked plasma (= stripped plasma + a known corticosterone [= B] spike at 5 ng/ml B).

3. Set up a screw top vial labeled *accuracy* and add 100 μl of 125 pg/0.1 ml known B dilution.

4. Set up a screw top vial labeled *water* and add 100 μl of water.

5. Set up a screw top vial labeled with individual identification number and add 100 μl of plasma.

6. Add 50 μl of 1:10 (1,000 cpm) tritiated B and trace $H_3^+$ (10,000 cpm) to all tubes.

7. Vortex tubes for 10–20 seconds.

8. Allow tubes to equilibrate for at least 1 hour at room temperature or overnight at 4°C.

9. Add 3 ml of ether to all tubes.

10. Vortex tubes well for 30 seconds.

11. Spin tubes for 10 minutes at 1,800 rpm and 4°C.

12. Place tubes over dry ice and add enough 95% ethanol to cover pellets.

13. Decant ethanol into labeled extraction tubes.

14. Dry down gently under nitrogen gas.

15. Add 3 ml additional ether to pellets.

16. Vortex for 30 seconds.

17. Spin tubes for 10 minutes at 1,800 rpm and 4°C.

18. Place tubes over dry ice and decant ether into extraction tubes.

19. Dry until all ether is evaporated (about 20 minutes).

**Appendix C.** Radioimmunoassay (RIA) protocol.

1. Reconstitute extracted samples in 300 µl of PBSg and vortex for 30 seconds.

2. Set up tubes (duplicate) labeled *unknown* and add 100 µl reconstituted sample to each tube.

3. Set up tubes (triplicate) labeled *standard curve* and add 100 ml of known B serial dilutions, from 10,000 to 1.95 pg B/0.1 ml.

4. Set up tubes (triplicate) labeled *0* and add 100 µl PBSg.

5. Set up tubes (triplicate) labeled *TC* and add 150 µl PBSg.

6. Set up tubes (triplicate) labeled *NSB* and add 150 µl PBSg.

7. Add 50 µl of *B* antibody (diluted 1:35 in PBSg) to all tubes, except TC and NSB.

8. Allow tubes to sit for 1 hour.

9. Add 50 µl of trace $H_3^+$ to all tubes.

10. Vortex all tubes at lowest speed for 10 seconds.

11. Allow tubes to equilibrate for at least 4 hours at room temperature or overnight at 4°C.

12. Place tubes in wet ice bath and add 250 µl charcoal solution (0.125 g charcoal + 0.0125 g Dextran + 50 ml PBSg mixed on ice) to all tubes except TC.

13. Add 250 µl PBSg to tubes labeled TC.

14. Allow tubes to equilibrate for 10 minutes.

15. Spin tubes for 10 minutes at 3,200 rpm and 4°C.

16. Pour supernatant into scintillation vials, add 3 µl scintillation fluid, cap, and vortex for 10 seconds.

17. Pour 50 µl of remaining reconstituted extraction samples (Step 1) into scintillation vials and add 3 µl scintillation fluid.

18. Allow vials to equilibrate for 6 hours at room temperature.

19. Count all vials.

Printed on Recycled Paper

*This Agency does not allow
discrimination by race, color, nationality, sex, or handicap. If you
believe you have been discriminated against in any program, activity or
facility of this agency, write to:
Florida Fish and Wildlife Conservation Commission
620 S. Meridian St.,
Tallahassee, FL 32399-1600, or to
Office for Human Relations,
USFWS, Dept. of Interior,
Washington, D.C. 20240*

*Biology and Conservation of Florida Turtles – Peter A. Meylan, Ed.*
*Chelonian Research Monographs 3:350–375 • © 2006 by Chelonian Research Foundation*

# *Gopherus polyphemus* – Gopher Tortoise

## HENRY R. MUSHINSKY[1], EARL D. McCOY[1], JOAN E. BERISH[2], RAY E. ASHTON, JR.[3], AND DAWN S. WILSON[4]

[1]*Department of Biology, University of South Florida, Tampa, Florida 33620*
*[mushinsk@cas.usf.edu; mccoy@shell.cas.usf.edu];*
[2]*Florida Fish and Wildlife Conservation Commission,*
*4005 South Main Street, Gainesville, Florida 32601 [joan.berish@myfwc.com];*
[3]*Ashton Biodiversity Research and Preservation Institute, Inc.,*
*14260 W. Newberry Road 331, Newberry, Florida 32669 [Tortfarm2@aol.com];*
[4]*Southwestern Research Station, P.O. Box 16553, Portal, Arizona 85632 [dwilson@amnh.org]*

SUMMARY. – The gopher tortoise, *Gopherus polyphemus*, is the only North American land tortoise found east of the Mississippi River, where it occurs in portions of six states in the southeastern coastal plain. The gopher tortoise is a medium-sized terrestrial turtle that constructs and inhabits a distinctive burrow. Adults grow to 38.7 cm (15 in) carapace length. Distinguishing external features include short elephantine hindlimbs and shovel-like forelimbs covered with relatively thick scales. The gopher tortoise is most commonly found in upland habitats that are characterized by a deep, well-drained, sandy soil suitable for construction of their extensive burrows. The gopher tortoise digs its burrow in a relatively open site that provides sunlit areas for nesting and thermoregulation, and ample herbaceous ground vegetation for forage. Burrows of adult gopher tortoises average approximately 4.5 m in length and about 2 m in depth. A gopher tortoise may use several burrows during a year, and the number of burrows at a given site is almost always greater than the number of tortoises at that site. Sexual maturity is associated with size, not age, and individuals may become mature in 10 to 20 or more years, depending on location and habitat quality. Mating and nesting activities occur primarily from May through mid-June. Eggs are often laid just outside the burrow and hatchlings emerge from eggs between late August and October. Human activities pose the greatest threats to the survival of gopher tortoise populations. Loss of habitat to human activities can take three forms: reduction in area of suitable habitat (true displacement), degeneration of suitable habitat (abandonment of habitat), and increased fragmentation of habitat (increased isolation of populations). During the past decade or so, Upper Respiratory Tract Disease (URTD) also has been identified as a potential threat to the survival of the gopher tortoise. The State of Florida currently lists the gopher tortoise as Threatened. We consider it endangered. We propose a three-part approach to ensure a healthy future for the gopher tortoise. First, outright purchase of land known to support populations of gopher tortoises by individuals or agencies willing to conserve the species. Second, education of private land owners and public land managers about the value of active management of habitats known to support tortoise populations. Third, re-introduction of the gopher tortoise to suitable habitats on protected lands from which it has been extirpated or lands that have been restored to suitable habitat.

CONSERVATION STATUS. – FNAI Global - G3 (Rare, Local, or Vulnerable), State - S3 (Rare, Local, or Vulnerable); ESA Federal - LT (Threatened): populations west of Mobile and Tombigbee Rivers in Alabama, Mississippi, and Louisiana, Not Listed: populations in rest of range; State - T (Threatened); CITES - Appendix II; IUCN Red List - VU (Vulnerable).

*Species Recognition.* — The gopher tortoise, *Gopherus polyphemus*, is a medium-sized terrestrial turtle that constructs and inhabits a distinctive burrow (Fig. 25-1). Adults grow to 38.7 cm (15 in) carapace length (CL) (Timmerman and Roberts, 1994). External features that distinguish it from other turtles include short elephantine hindlimbs, shovel-like forelimbs covered with relatively thick scales, and an anterior gular projection of the plastron (Figs. 25-2, 25-3). Often, the surface of the shell is quite smooth, reflecting the abrasion it receives as the tortoise enters and exits the burrow. The carapace is oblong with the greatest width near the posterior margin of the well-developed bridge, and the greatest height is in the pelvic region. The carapace drops off abruptly posterior to the pelvic region (Ernst and Barbour, 1972). The carapace of adults varies from dark-brown to tan to grayish-black in color. In Florida, individuals from populations in coastal areas generally are darker than those from populations in central areas of the peninsula. The gular scutes of the plastron project anteriorly from below the chin. Males often have longer gular projections than females;



**Figure 25-1.** Two adult gopher tortoises, *Gopherus polyphemus,* in front of the mouth of a gopher tortoise burrow, Duval Co., Florida. Photo by Barry Mansell.

however; because both sexes use their projections during agonistic encounters, the gular projections are often broken and may not accurately reflect the sex of an individual (Mushinsky et al., 1994). Unlike the relatively smooth scutes on the carapace, plastral scutes in most individuals show concentric growth rings.

Hatchling gopher tortoises emerge from eggs at a CL of about 5 cm. Coloration of the carapace of hatchlings is yellow to yellowish-orange, but each scute has a brownish border (Fig. 25-4; Allen and Neill, 1953). The skin on the head and limbs is likewise bright yellow to yellowish-orange. The bright coloration of hatchlings darkens somewhat during the first year or two of life, but individuals less than five or six years of age typically are lighter in coloration

than older individuals. Young gopher tortoises spend a considerable amount of time basking at the mouths of their burrows, and their colors blend well with the shadows on the orange-yellow sandhill soils. The gular scutes of young tortoises are less prominent than those of adults and the claws of young tortoises are relatively longer and sharper (Allen and Neill, 1953).



**Figure 25-2.** Young adult gopher tortoise, *Gopherus polyphemus,* from Alachua Co., Florida. Photo by Dick Bartlett.



**Figure 25-3.** Plastral view of adult male gopher tortoise, *Gopherus polyphemus,* from Florida, Photo by David Dennis.



**Figure 25-4.** Hatchling gopher tortoise, *Gopherus polyphemus,* from Liberty Co., Florida. Photo by Dick Bartlett.

*Taxonomic History.* — The gopher tortoise was originally named *Testudo polyphemus,* in 1802, by Daudin. In 1815, Rafinesque introduced the genus *Gopherus,* to which this species has been attributed regularly since 1893 (Smith and Smith, 1980). The extensive burrowing habits of the gopher tortoise are reflected in its common name.

## DISTRIBUTION

*Geographic Distribution.* — The gopher tortoise is the only North American tortoise found east of the Mississippi River, where it occurs in portions of six states in the southeastern coastal plain (Auffenberg and Franz, 1982). In Louisiana, populations occur in upland pine ridges in the extreme eastern Parishes of St. Tammany, Washington, and Tangipahoa. In Mississippi, populations occur in a 14-county region in the southern portion of the state. Populations exist throughout most of southern Alabama. In South Carolina, populations are restricted to river ridges in Jasper and Hampton counties. In Georgia, populations occur in a series of disjunct locations south and east of the Fall Line on the coastal plain. The state with the largest numbers of the gopher tortoise is Florida.

Gopher tortoise populations occur in all 67 Florida counties (Fig. 25-5). Throughout the state, however, many populations have become isolated and their numbers reduced greatly to small fractions of their former abundances. In the southern portion of the state, south of Lake Okeechobee, the gopher tortoise probably always occurred in relatively small isolated populations, mostly along the coastline. Scattered populations of tortoises occur in the relatively high elevation hammock islands within the northern Everglades.

*Ecological Distribution.* — The gopher tortoise is most commonly found in upland habitats that are characterized by deep, well-drained, sandy soil suitable for construction of their extensive burrows. All gopher tortoises live in burrows, usually one individual per burrow. Occasionally, two individuals may occur temporarily in one burrow, but double occupancy is rare. Individuals require open, sunny patches of habitat for feeding, nesting, and thermoregulation. The gopher tortoise is most abundant in upland habitats that are burned frequently. The notion that gopher tortoises occur in colonies, implying a social cohesion, may have been falsely created by their strong need to live in open patches. For example, high concentrations of gopher tortoises exist on many power line rights-of-way that have become surrounded by overgrown uplands that once supported the gopher tortoise. Nevertheless, the gopher tortoise is a social animal and we have only a poor understanding of its social structure.

Spatial distribution and social structuring of populations of organisms are frequently influenced by their reproductive systems. Our understanding of the ecological distribution and social structure of the gopher tortoise has changed during the past few decades. A "colony" of gopher tortoises was described as several adult females living in close proximity with one or two males, who excluded other males from interacting with the resident females (McRae et al., 1981b). The notion that a "loose or incipient harem" mating system influenced the ecological distribution and colony structure of the gopher tortoise was introduced by Douglass (1986). A colony was presumed to be occupied by a large, dominant male who was more or less surrounded by females, and those females nearest to the male experienced a greater number of courtships than females more distant from the central male. Recently, Boglioli et al. (2003) tested the ideas put forth by McRae et al. (1981b) and Douglass (1986). The setting for their research was large, contiguous populations of gopher tortoises. They concluded that distance from neighboring tortoises did not influence mating opportunities, nor did the degree of isolation of females influence the frequency of courtship or mounting by males, nor the size of the males doing the courting. The general pattern of reproduction closely resembled scramble-competition polygyny rather than harem defense polygyny. Based on our current understanding of the distribution and behavior of the gopher tortoise, there appears to be no reason to use the term "colony" to describe a local population of tortoises.

Using the broad descriptions for upland habitats found in Myers and Ewel (1990), the habitat types most often occupied by the gopher tortoise in Florida include sandhill (pine-turkey oak), sand pine scrub, xeric hammock, pine flatwoods, dry prairie, coastal grasslands and dunes, and mixed hardwood-pine communities (Landers and Speake, 1980; Auffenberg and Franz, 1982; Kushlan and Mazzotti, 1984; Diemer 1986, 1992a). The gopher tortoise is known to occupy other types of habitats occasionally, especially on islands. At some locations, for example, Sanibel Island, and Cape Sable, gopher tortoises have constructed their burrows in the shell-laden substrate. On Egmont Key, gopher tortoise burrows primarily are located around the periphery of the island among open sandy areas between the shoreline and the island interior forests.

The gopher tortoise prefers open habitats that support a wide variety of herbaceous ground cover vegetation for forage. It usually abandons densely canopied areas that lack the preferred herbaceous ground cover and frequently is forced to occupy disturbed habitats such as roadsides, fence-



**Figure 25-5.** Available distribution records for the gopher tortoise, *Gopherus polyphemus*, from Florida. Inset: distribution records from entire range of *G. polyphemus* (from Iverson, 1992; distribution in inset map not current for Florida as presented here). Localities for the Florida panhandle were supplemented with data from the Florida Natural Areas Inventory data base for this species on 21 September 2006.

rows, old fields, and the edges of overgrown (unburned) uplands (see Diemer, 1989; Stewart et al., 1993; Breininger et al., 1994). Overgrown habitats may inhibit gopher tortoises from reaching their minimum thermal requirements for normal development and reproduction (Mushinsky and McCoy, 1994). The gopher tortoise can co-exist with resident cows in grazed pastures (Ashton, unpubl. data).

Since the first general survey across the full range of the gopher tortoise by Auffenberg and Franz (1982), there has been a growing understanding of the ecological factors that influence the distribution of the gopher tortoise. For more than 20 years, biologists at the University of South Florida (USF) have studied the effects of fire periodicity on plants and animals that reside in the sandhill habitat at the University Ecological Research Area (Mushinsky and Gibson, 1991). By burning small (1–2 ha) plots of land on different frequencies, the biologists have created a mosaic of plots of land with different vegetation profiles among which the resident tortoises can choose when digging their burrows. Repeated surveys have revealed that when individuals are free to move among fragments, their movements are highly directional, and the density of tortoises increases within the most suitable patches. After 25+ years of prescribed burning, the percent of the ground surface covered by living non-woody vegetation (mostly grasses and herbaceous plants) increased among burn plots in the following order (from least to most): (1) unburned plots, (2) 7-yr plots (i.e., plots burned at 7-yr intervals), (3) 1-yr plots, (4) 5-yr plots, and (5) 2-yr plots (McCoy and Mushinsky, unpubl. data). The

abundances of gopher tortoises increased in precisely the same order, as did the evenness of the size distribution of individuals (McCoy and Mushinsky, unpubl. data). In other words, gopher tortoises were least abundant in the unburned plots, where canopy coverage was high and grass and herbaceous vegetation was least common, and they were most abundant in the plots burned every two years, where canopy coverage was low and the grass and herbaceous plants were most common. In general, these results from the experimental burn plots confirmed the observations of Auffenberg and Franz (1982).

## HABITAT RELATIONS

*The Burrow.* — Regardless of the specific type of habitat, the gopher tortoise digs its burrow in a relatively open site that provides sunlit areas for nesting and thermoregulation, and ample herbaceous ground vegetation for forage (Macdonald and Mushinsky, 1988). Dimension of burrows of adult gopher tortoises average approximately 4.5 m in length and over 2 m in depth (Hansen, 1963; Diemer, 1989). Burrows have been found to be significantly shorter in clayey soils than sandy soils, which may be a result of respiratory limitations of the gopher tortoise. Decrease in $O_2$ and increase in $CO_2$ are greatest in burrows in clayey soils and are positively correlated with burrow length (Ultsch and Anderson, 1986). The high humidity within the burrow may offer the tortoise protection from desiccation (Auffenberg and Weaver, 1969; Means, 1982). Typically, a gopher tor-

toise burrow terminates with an end chamber at or near the level of the water table, just above the clay hardpan. Measurements of soil temperatures within burrows, taken as burrows were excavated, documented temperature gradients from the mouth of the burrow to the end chamber (Ashton, unpubl. data). From April to November, in north Florida, the end chamber temperatures were 16 to 22ºC, and from December to March the end chamber had temperatures of 5 to 12ºC. At the mouth of each burrow is a mound of subsoil. These soil mounds undergo micro-succession and contribute increased plant species diversity in the surrounding habitat (Kaczor and Hartnett, 1990). Female gopher tortoises often deposit their eggs in these deep sandy mounds immediately outside the burrow.

A gopher tortoise may use several burrows during a year, and the number of burrows at a given site is almost always greater than the number of tortoises at that site. In an attempt to estimate burrow occupancy, burrows have been classified as active, inactive, or abandoned based on their physical appearance (Auffenberg and Franz, 1982; Cox et al., 1987). "Active" burrows show signs of tortoise activity within the previous 24-hr period, such as footprints, or scrape marks in the sand at the mouth made by the plastron as the tortoises entered or exited the burrow. "Inactive" burrows show no signs of recent activity and may harbor small amounts of debris, such as leaves or grasses that have been blown into the mouth of the burrow. The roof of an inactive burrow has a distinct half-moon shape. Following heavy rains, inactive burrows may show signs of erosion. "Abandoned" burrows are those that harbor considerable vegetation near the mouth of the burrow, and in which the roof of the burrow has lost the half-moon shape. Vertically oval-shaped burrow openings typically indicate occupancy by an armadillo. Eventually, abandoned burrows fill-in with sand and debris, collapse, and disappear from the landscape.

The time of the year when assessment of burrow occupancy is made will influence the classification of a burrow. Best assessments are made during the warm summer months, when tortoises typically leave their burrow daily to forage. Estimates of burrow occupancy based on activity classes of burrows are not perfect. Of 1019 burrows classified and excavated by Witz et al. (1991), 454 active burrows yielded 341 individuals (75% occupancy), 449 inactive burrows yielded 53 individuals (12% occupancy), and 116 abandoned burrows yielded 6 individuals (5% occupancy). In another study, Ashton (unpubl. data) excavated what appeared to be abandoned burrows of adult tortoises and found that 27% of the burrows contained individuals between one and about eight years of age. Wide discrepancies in the numbers of individuals in "abandoned burrows" might suggest a need for more rigorous definitions and implementation of standards by researchers. Reliable criteria to be used to distinguish among categories of burrows have been proposed (McCoy and Mushinsky, 1992a).

The width of a burrow is related to the size (CL) of the resident tortoise (Alford, 1980; Martin and Layne, 1987; Wilson et al., 1991; Doonan and Stout, 1994; Smith, 1995). A gopher tortoise digs a burrow by alternately scooping sand from the burrow with its front legs. As it alternates the power stroke from forelimb to forelimb, it pivots from side to side to form a burrow that is wider than the width of the tortoise, but about the length of the carapace. Wilson et al. (1991) concluded that burrow width is a reliable indicator of carapace length because of the morphological components and the digging behavior used in burrow construction. It appears that the ability of a gopher tortoise to turn around in any portion of its burrow is a fortuitous by-product of its morphology and digging behavior. To assess the size of the occupant, burrow width typically is measured at a depth of 50 cm because the mouth of the burrow is frequently enlarged or eroded (Martin and Layne, 1987). Burrow widths can be used to construct a size class profile for a population study (Alford, 1980).

Most hatchlings dig their own burrows, often just a few meters away from the nest from which they emerged (Mushinsky and McCoy, unpubl. data). In fact, it is not uncommon to find groups of three to six burrows of hatchlings within a few square meters. Not all young or juvenile gopher tortoises dig their own burrows, however. Some neonates will dig a small burrow directly into the wall of a large burrow and reside in it until the following spring. Although most juvenile gopher tortoises excavate their own burrow, occasionally they can be found in an abandoned burrow of a larger individual (Ashton and Ashton, 2001).

From a human perspective, it seems an enormous task to dig a burrow that penetrates several meters into the ground, yet the gopher tortoise can dig one in a day or so in most habitats. Adult gopher tortoises may dig at a rate of 3 m per day in sandhill habitats (Ashton, unpubl. data). Perhaps it is the speed with which a gopher tortoise can dig a burrow, coupled with its strong need to reside in open sunny habitats that causes individuals to abandon existing burrows to construct new ones. For example, at a site in Alabama, Aresco and Guyer (1999a) reported that of 124 active burrows marked in 1991, only 31 (25%) were active five years later. Active burrows were abandoned at the rate of 22% per year. Surprisingly, abandoned gopher tortoise burrows seem to have about the same longevity in the clay-based soils of southern Georgia as they do in sandy soils of south Alabama (Guyer and Herman, 1997). Not surprisingly, these researchers demonstrated that the larger the burrows the longer they persist over time.

Individuals typically frequent more than one burrow as they move about their home ranges. For adult gopher tortoises, the calculated mean distance moved between burrows is $37.0 \pm 37.0$ m by females and $79.0 \pm 69.0$ m by males (Diemer, 1992c). For juvenile tortoises, the calculated mean distance moved is $16.0 \pm 17.0$ m in a north Florida population (Diemer, 1992c) and $15.2 \pm 22.8$ m in a central Florida population (Wilson et al., 1994).

Excluding moves between burrows, movements away from the burrow have been considered to be a tortoise's feeding radius. McRae et al. (1981b) reported a mean feeding radius of $7.8 \pm 4.4$ m for juvenile tortoises and $13.0 \pm 8.6$ m for adult tortoises in a Georgia population. Adults may

move up to 200 m in 30 min in search of broadleaf plants (Ashton and Ashton, unpubl. data). In central Florida, Wilson et al. (1994) reported a mean feeding radius of $7.9 \pm 8.6$ m for juveniles. Also in central Florida, Mushinsky et al. (2003) reported that juvenile foraging forays averaged 19.4 ($\pm$ 10.3) min and individuals traveled an average of 26.8 ($\pm$ 41.5) m round trip from their burrows during that time.

In north Florida, Diemer (1992c) documented that, on average, adult male tortoises used 5.5 burrows and adult female tortoises used 2.7 burrows per activity season (April–December). In Georgia, tortoises were reported to use 7 and 4 burrows for males and females, respectively (McRae et al., 1981b). Average annual burrow use by juvenile tortoises ranged from 1.1 by 0–1 yrs old, 2.2 by 2 yrs old, 1.7 by 4–5 yrs old tortoises in a southern Georgia population (McRae et al., 1981b) to 4.4 burrows (1–4 yrs old) in a central Florida population (Wilson et al., 1994). Suggested reasons for differences in burrow use among populations include variation in habitat quality (i.e., canopy and ground cover), soil composition, temperature extremes at different latitudes, and number of disturbances to burrows. Although juvenile tortoises use several burrows, they reside in a primary burrow, where they may spend 75% of their time (Wilson et al., 1994). No data exist in support of a primary burrow (one in which an individual spends more than 50% of its time) for adult gopher tortoises, at least not for an extended time period. Gopher tortoises use shallow depressions, possibly as temporary resting sites, when traveling far from their burrows (Fucigna and Nickerson, 1989; Godley, 1989; Stout et al., 1989; Diemer, 1992c) and windrows, possibly for protection from cattle and machinery (Diemer, 1992c).

In north Florida, Diemer (1992b) found that the number of burrows showing signs of recent activity increased in April, peaked in July, and remained high through October. The burrow surveys showed a continuous cycle of burrow creation and abandonment. The ratio of number of captured tortoises to burrows (active and inactive) varied among sites and years; the ratio of tortoises to burrows ranged from 0.45 to 0.69. Percentages of adult individuals in the three populations studied ranged from 40–62%.

The orientation of gopher tortoise burrow often reflects man-made and natural topographic features that result in burrows being oriented in the four primary compass directions (McCoy et al., 1993). Among other things, the direction of topographic relief, the amount of tree shading, and the orientation of man-made structures such as roads, rights-of-way, and railroads all exert an influence on the orientation of the burrow.

*Activity and Home Range.* — Generally, the gopher tortoise confines its daily activities to the area immediately surrounding its burrow. The area used for routine activities by a species is the home, or activity range. Many publications provide estimates of home range size based on data collected during a small fraction of the life of a gopher tortoise. Because the gopher tortoise is a long-lived organism, and habitats change quality during the course of a life time, most individuals change the home range many times

during their lives. Estimates of home range sizes will increase over time for most individuals. Home range sizes for adult female gopher tortoises range from 0.08 ha (McRae et al., 1981b) to 0.56 ha (Doonan, 1986) and adult males from 0.45 ha (McRae et al., 1981b) to 1.27 ha (Diemer, 1992c). In north Florida, Smith (1995) followed female tortoises for up to 500 days and reported home ranges that varied from 0.002 to 1.435 ha. Male home ranges have been reported to be larger than those of females in some populations (Auffenberg and Iverson, 1979; McRae et al., 1981b), but not in others (Diemer, 1992c). The home range for juveniles (1–4 yrs) varied from 0.0095 ha to 0.3576 ha in a central Florida population (Wilson et al., 1994) and from 40 $m^2$ to 0.2502 ha in a north Florida population (Diemer, 1992c). Wilson et al. (1994) found that home ranges of juveniles were largest in summer months, a pattern that is similar to that observed in adults. Home range size is a function of the quality of the habitat (Diemer, 1992c; Mushinsky and McCoy, 1994) and it decreases with an increase in the amount of herbaceous ground cover (Auffenberg and Iverson, 1979; Mushinsky and Gibson, 1991). Management of gopher tortoise habitat by controlled burning during the warm season increases the amount of herbaceous ground cover, and thus tortoises do not have to travel far from their burrows to find ample food.

*Long Distance Movements.* — Gopher tortoises make long distance movements. Using radiotelemetry, Diemer (1992c) found that among her radio-tagged animals, the longest movement made was 0.74 km by an emigrating subadult. An adult female tortoise observed by Ashton (unpubl. data) resided in two adjacent burrows for 11 months, then moved 2.1 km to a new location, where it resided for at least 9 months. Juveniles also will make relatively long distance movements, usually following some type of disturbance to the resident burrow (Diemer, 1992c; Wilson et al., 1994).

The daily and periodic movements of a gopher tortoise enable it to become very familiar with its home range, and, over the course of several decades, an individual may become familiar with a portion of its environment that is much greater than the home range it may occupy at a given point in time. It should come as no great surprise, therefore, that an individual intentionally displaced some distance from its burrow can find its way back to its home burrow. Connor (1996) observed that upon release, gopher tortoises displaced 40 to 200 m from their home burrows moved toward their home range, but several individuals displaced 200 m from their burrows demonstrated a reluctance to pass through highly overgrown habitat on their return trip, although they clearly were moving toward their home range.

*Temperature Relations.* — Gopher tortoises spend a limited amount of time above ground outside of their burrows, perhaps in response to physiological limitations. The gopher tortoise has been found to desiccate more rapidly when deprived of a burrow than any other member of the genus *Gopherus* (Auffenberg and Weaver, 1969). The gopher tortoise can withstand high body temperatures (Bogert and Cowles, 1947), although when heat-stressed, it will froth at the mouth and breathe rapidly. Critical thermal

maximum for the gopher tortoise is 43.9ºC (Hutchinson et al., 1966). With a device positioned at the mouth of the burrow that automatically recorded activity, Auffenberg and Iverson (1979) calculated that an adult tortoise was active 9.2% of its time. An "active" tortoise is one that minimally comes to the mouth of the burrow. Juveniles have been reported to spend 90% of their time underground inside their burrows (Wilson et al., 1994). Activity away from the burrow tends to peak in the late spring and summer. For juveniles, Wilson et al. (1994) found that 80% of observed activity in fall, winter, and spring consisted of basking on the burrow mound; juveniles moved away from their burrows significantly more during the summer months. During the winter months, tortoises bask at the mouths of their burrows on warm days throughout their range (Douglass and Layne, 1978; McRae et al., 1981b; Diemer, 1992c; Wilson et al., 1994). Thus, the activities of gopher tortoises away from their burrows are limited in the winter months and increase as seasonal temperatures increase. Daily activity has been reported as unimodal in the spring and bimodal in the summer in a Georgia population (McRae et al., 1981b), and in a north Florida population (Ashton, unpubl. data). Adult tortoises may be active in the late morning and late afternoon in summer to avoid the hottest part of the day (McRae et al., 1981b). In contrast, Douglass and Layne (1978) and Wilson et al. (1994) found that juvenile tortoises were more active in the mid-afternoon and did not display a bimodal activity pattern in the summer. Activity patterns of juvenile tortoises may be influenced by the risk of predation and thermoregulatory behavior (see Wilson, 1991; Wilson et al., 1994). Mushinsky (unpubl. data) observed an adult gopher tortoise a few hours after sunset in mid-summer, but generally gopher tortoises are diurnal.

### GROWTH AND REPRODUCTION

*Growth and Maturation.* — In Georgia, Landers et al. (1982) reported rapid growth through the age of 11 yrs after which growth rates gradually decreased. In central Florida, Mushinsky et al. (1994) reported an average increase of 18.9 mm/yr for ages 1–11, after which growth slowed to approximately 3%/yr until age 20. Female gopher tortoises became sexually mature at a CL of 230–240 mm. Body size, rather than age, seems to determine sexual maturity in gopher tortoises. In southern Georgia, it may take from 19–21 yrs for females to become sexually mature (Landers et al., 1982), while in central Florida females may mature in as few as 9–11 yrs (Mushinsky et al., 1994). In part, this variation reflects the long activity season available to tortoises in central Florida. In addition to geographic location, however, local conditions also influence the number of years required to achieve sexual maturity. For example, one study of gopher tortoises in central Florida (Godley 1989) found that females attained sexual maturity in 14–16 yrs, while results of another study from the same county found that females attained sexual maturity in 9–11 yrs (Mushinsky et al., 1994). The study area occupied by the faster maturing

females was a frequently burned sandhill habitat (the University of South Florida Ecological Research Area), whereas the study area with slower growth rates was a mosaic of less favorable habitats, including pine flatwoods and mixed mesic forests. Males likely mature at a smaller size than females. In both north (Diemer and Moore, 1994) and central Florida (Mushinsky et al., 1994) males apparently mature at a CL of about 180 mm. Another report (Aresco and Guyer, 1999b) underscored the relationship between body size, growth, and attainment of sexual maturity. The authors reported that the slow growth of tortoises at Conecuh National Forest in south Alabama was a response to a managed pine plantation with little ground vegetation and poor forage. Gopher tortoises at this site took about 20 yrs to become sexually mature. Gopher tortoises translocated to reclaimed phosphate mined lands in central Florida were found to be gravid at CL less than 200 mm (Small and Macdonald, 2001).

Counts of growth rings have been used to age individuals (Mushinsky et al., 1994; Aresco and Guyer, 1999b). The use of the growth rings to age individuals must be done with caution, however, because the production of "false" rings is known to occur throughout the range of the species (Ernst and Barbour, 1989). In other words, individuals may produce several rings within a single growing season, and, therefore, a ring is not necessarily an annual growth ring. Without independent methods to calibrate the production of growth rings, counts of growth rings should not be considered a reliable method to age gopher tortoises (Wilson et al., 2003). Under the best circumstances, it seems that aging gopher tortoises by counting growth rings on the plastral scutes produces reliable results on tortoises up to 12 (Mushinsky et al., 1994) or 15 (Aresco and Guyer, 1999b) yrs old. Examination of thin sections of scutes has been investigated as a means to determine the age of adult desert tortoises, *G. agassizii* (Germano and Bury, 1994).

*Sexual Dimorphism.* — The best indicator of the gender of an adult gopher tortoise is the depth of the plastral concavity (Mushinsky et al., 1994). Mature males have a distinct depression in the posterior, central portion of the plastron that facilitates mounting a female for copulation. Some mature females have a shallow plastral concavity (2–4 mm) compared to that of mature males (5–8 mm). Males often have larger integumentary glands under the chin than females (Ernst and Barbour, 1989), but the size of these glands varies seasonally. Based on numerous anatomical measurements, McRae et al. (1981a) developed a discriminate function that accurately identified the sex of adult individuals. In a similar effort, Burke et al. (1994) used a stepwise multiple regression of numerous morphological measurements to develop a non-invasive technique to determine the sex of hatchling and juvenile gopher tortoises.

*Female Reproductive Cycle.* — The ovarian cycle of female tortoises is described by Iverson (1980) and Palmer and Guillette (1988).

*Mating.* — The mating patterns of the gopher tortoise are reasonably well known. Male tortoises seek females for mating primarily from May to July, although one might

observe a male following a female at any time during the summer or fall. Some observational data suggest that dominant males breed with several females (Douglass, 1976, 1986). When seeking a female, a male positions himself at the mouth of a burrow occupied by a female and displays a head bobbing behavior (Auffenberg, 1966; Wright, 1982). If the female exits her burrow, the courting male walks in a circle around her, periodically stopping and performing the head bobbing behavior. When the female approaches the courting male, he bobs his head violently, and bites her on the forelegs, head, anterior edge of the carapace and gular projection. The female then backs in a semicircle, with the male following. Eventually, the female stops and extends her rear legs. Thereafter, she rotates her body about 180 degrees, so that her posterior end is near the head of the male. The courting male will attempt to mount the female, and if unsuccessful, he will repeat the courting behavior (Auffenberg, 1966; Ernst and Barbour, 1972). The significant amount of direct head to head contact between courting adults unfortunately may serve to facilitate the spread of respiratory diseases.

A recent study examined the mating system and reproductive behaviors of a population of gopher tortoises in central Florida. Using microsatellite makers, Colson-Moon (2003) was able to determine the fathers of the offspring in clutches of eggs oviposited and incubated in the lab and determined that multiple fathers were present in 28.6% of the examined clutches. By assessing patterns of paternity, she was able to determine that the study population exhibited promiscuous mating. Paternity patterns in the study population also suggested that female size may affect the presence of multiply-sired clutches, while male size may affect the ability of a male to gain fertilizations (Moon et al., 2006).

*Nesting.* — Nesting occurs primarily from May through mid-June (Iverson, 1980; Landers et al., 1980; Wright, 1982). Females deposit white, nearly spherical, brittle-shelled eggs in a typically flask-shaped nest cavity. The cavity is excavated with the hindlimbs to a depth of about 10–15 cm. Iverson (1980) reported an average maximum egg diameter of 42–43 mm and an average wet mass of 40.9 g (also see Arata, 1958; Landers et al., 1980; Linley and Mushinsky, 1992. Note that measurements of eggs taken from radiographs of gravid females should be considered rough estimates (Linley and Mushinsky, 1994). Nests may be located in any open sunny area near the burrow of the female, but most often, nests are placed in the spoil mound (apron) immediately outside the female's burrow (e.g., Hallinan, 1923; Allen and Neill, 1951; Arata, 1958; Mount, 1975; Landers et al., 1980). In one study, 21 of 25 located nests were positioned in the apron (Butler and Hull, 1996). In contrast, during a period of three years, Smith (1995) found that fewer than 2% of the 2008 burrow aprons examined contained nests and she observed that only 2 of 18 females deposited their eggs in the apron.

*Clutch Size.* — Female tortoises lay a single annual clutch of 5 to 9 eggs (see Diemer and Moore, 1994; Butler and Hull, 1996, for summaries); however, a large female that had been translocated to reclaimed phosphate mined land in central Florida produced an exceptionally large clutch of 25 eggs (Godley, 1989). Clutch size of female gopher tortoises has been shown to increase with CL in north Florida (Diemer and Moore, 1994) and in southern Georgia (Landers et al., 1980). In a study that was conducted on gopher tortoises translocated to reclaimed phosphate-mined land in central Florida, Macdonald (1996) reported that mean clutch size of translocated individuals increased from 8.6 to 12.6 in four years. Six female tortoises that established burrows on reclaimed land (these individuals were not translocated) had clutches containing more than 13 eggs. Virtually all of the adult tortoises translocated to the reclaimed land exhibited an atypical growth spurt and were large individuals (Small and Macdonald, 2001).

*Incubation and Hatching.* — The incubation period of eggs varies latitudinally from about 80 days near the southern edge of the gopher tortoises range to 106 days farther north (Iverson, 1980; Landers et al., 1980; Butler and Hull, 1996). Most clutches of eggs hatch during August and September, but in northern Florida some may hatch as late as early October (Butler and Hull, 1996). At hatching, and from 24 to 48 hrs prior to emergence, hatchlings may exhibit a large external yolk sac (Linley and Mushinsky, 1994). The external yolk sac is absorbed as the hatchlings remain in the nest cavity prior to emergence. Just after emergence, a deep transverse groove across the plastron is visible, but it disappears two to three days after emergence as the anterior-posterior axis of the body becomes straight and the plastron flattens (Ernst and Barbour, 1972).

## POPULATION BIOLOGY

*Density.* — Densities of gopher tortoises are known to be relatively high in sandhill habitats, especially those that are frequently burned. These densities are typically based on counts of numbers of burrows per ha (see below). However, relatively high densities of gopher tortoise burrows, per se, can be misleading in areas where land is being cleared for human development. Individuals in harm's way may be forced to reside in smaller and smaller parcels of undisturbed land. The result is that one observes a relatively dense population of gopher tortoises and an illusion of a "healthy" population, based on a large number of gopher tortoise burrows per unit area. Under some circumstances, high densities of gopher tortoises have been viewed as a sign of a healthy productive population. Under current conditions, however, where human development has encroached into land occupied by the gopher tortoise or the upland habitats have become overgrown, high densities of individuals must be viewed more carefully. For example, Mushinsky and McCoy (1994) reported that apparent high densities of some gopher tortoise populations may be the result of individuals confined to either a true island or a "habitat" island. Habitat islands are patches of good quality habitat for the gopher tortoise surrounded by poor quality habitat, such as agricultural lands or urban development, and are a product of

habitat fragmentation. Gopher tortoises in habitat islands are unable to move freely to new locations as the quality of the habitat degenerates. Gopher tortoises confined to these habitat fragments tend to dig many burrows creating the illusion of a large healthy population. In reality, however, the ratio of burrows to tortoises is high because individuals move and dig new burrows frequently as they search for good quality habitat. More research is needed on the effects of habitat fragmentation on the demography and social interactions of the gopher tortoise.

One significant difficulty in studying the health of populations of the gopher tortoise involves the methods used to estimate the number of individuals within a given area. Without a reliable, repeatable method to use when estimating numbers of gopher tortoises, any attempts to monitor changes in populations will be fraught with doubt. Some creative methods of directly counting individuals have been used (Cox et al., 1987), but determining population size directly by use of underground cameras or bucket trapping of burrows can be expensive and time consuming. More commonly, estimates of the number of tortoises in a population have been made on the basis of tortoise burrow surveys (Carr, 1952; Alford, 1980; Cox et al., 1987). Some years ago, researchers realized that if they could use the number of burrows to estimate the number of tortoises, then the difficulty in estimating population sizes would be greatly reduced. Auffenberg and Franz (1982) presented data on more than 100 gopher tortoise burrows in northern Florida, observed for as long as 15 years each, which indicated that an average of 38.6% of the burrows were unoccupied. Based on this relationship, a "correction factor" was suggested:

*Number of Tortoises* = 0.614 * *Number of Active Burrows*.

It is important to note that abandoned tortoise burrows (i.e., burrows that cannot be used again by tortoises without extensive excavation), which are often quite common, were not included in this calculation. Although Auffenberg and Franz (1982) did not suggest that their correction factor had any general application, and despite the fact that their correction factor could be shown to be unreliable in some cases (Burke, 1989; Godley, 1989; Stout et al., 1989; Breininger et al., 1991; Diemer, 1992b), the Auffenberg and Franz (1982) estimate became the standard correction for converting numbers of burrows to numbers of gopher tortoises. McCoy and Mushinsky (1992a) rigorously examined the use of this technique. They found that the "standard" correction factor overestimated the number of tortoises in 22 of the 26 populations they examined. Furthermore, they showed that environmental variables, such as habitat type, could influence the tortoise-to-burrow ratio. If the "standard" correction factor often yields estimates of numbers of tortoises that are too high, then a false complacency about the well-being of gopher tortoises could be fostered. That is, if most populations are thought to be larger

than they really are, then protective measures may be implemented more slowly than needed.

Surveys for gopher tortoises on Federal protected areas in Florida during the late 1980s yielded estimates of populations greater than 1000 individuals on Egmont Key National Wildlife Refuge (NWR), Merritt Island NWR (including Canaveral National Seashore), St. Marks NWR, and Ocala National Forest (McCoy and Mushinsky, 1988, 1991). Using Landsat Thematic Mapper imagery and Geographic Information System (GIS) technology, Cox et al. (1994) estimated that 93 conservation areas in Florida had sufficient habitat to support gopher tortoise populations greater than 200 individuals. Their estimates assumed densities of 3 tortoises/ha, which may be high for some sites. McCoy et al. (2002) provided a detailed comparative analysis of GIS and transect-survey estimates of the amount of gopher tortoise habitat and number of individuals at 44 conservation areas in Florida. Two estimates of total amount of habitat on conservation areas ≥ 20 ha in size differed by about 11%, with survey estimates larger than GIS estimates. The elimination of marginal habitats in the GIS estimates accounted for most of this difference. Two estimates of the total number of individuals on conservation areas ≥ 20 ha in size differed by about 25%. Different assumptions and methods were used to calculate numbers of individuals from GIS and survey data. The GIS method produced reasonable estimates of gopher tortoise habitat assumed to be of high quality. The authors cautioned, however, that results from GIS methods are best considered only a good first estimate. Without supporting information from transect surveys, results from GIS methods must be viewed conservatively.

## INTERSPECIFIC INTERACTIONS

*The Burrow.* — The gopher tortoise burrow provides shelter for many other upland habitat residents and provides the basis for the suggestion that the gopher tortoise is a keystone species (Eisenberg, 1983). The research needed to demonstrate that the gopher tortoise is a keystone species has yet to be done, however. Gopher tortoises excavate deep burrows which provide shelter from environmental conditions and refuge from predation for the tortoises as well as other vertebrate and invertebrate species (Hansen, 1963; Jackson and Milstrey, 1989; Lips, 1991; Witz et al., 1991). An enlarged area at the bottom of the burrow usually contains fecal matter and other organic debris, which serves as an important food source for a suite of other species (Milstrey, 1986). Many vertebrate and invertebrate species have been recorded from gopher tortoise burrows (Young and Goff, 1939; Brode, 1959; Franz, 1986), including protected species, such as the eastern indigo snake (*Drymarchon corais couperi*) and the gopher frog (*Rana capito*) (Auffenberg, 1969, 1978; Diemer, 1986). Some burrow associates have been shown to prefer burrows occupied by a gopher tortoise while others seem to prefer less active burrows (Lips, 1991). In particular, Eisenberg (1983) found that 73.7% of gopher frogs censused were found in active

tortoise burrows. Witz et al. (1991) excavated 1019 burrows and found that of the vertebrate symbionts captured, only lizards were found significantly more often in active rather than in either inactive or abandoned burrows. Snakes and other potential symbionts did not seem to distinguish among active, inactive, or abandoned burrows.

As a gopher tortoise excavates its burrow, it produces a habitat disturbance by creating a mound of sand outside the mouth of the burrow that is composed of soils with a relatively low nutrient and organic content. The temperatures at the surface of the soil mounds exhibit greater diurnal fluctuations than adjacent undisturbed areas and the soil mounds are relatively cool during the periodic summer fires (Kaczor and Hartnett, 1990). Soils on the burrow mounds undergo micro-succession that contributes to increased plant species diversity in the habitat surrounding a tortoise burrow. Seedlings that emerge on the burrow mound often are consumed by the resident gopher tortoise.

*Diet and Feeding.* — As an herbivore, the gopher tortoise interacts with the plants in its environment. Gopher tortoises feed primarily on grasses and other herbaceous plants (Fig. 25-6) (Carr, 1952; Garner and Landers, 1981). Using scat analysis and foraging observations, researchers in central Florida identified 26 families of plants in 68 genera in the diet. The most common families of plants ingested were the Poaceae, Asteraceae, Fabaceae, Pinaceae, and Fagaceae (Macdonald and Mushinsky, 1988). The most common species ingested was wire grass (*Aristida beyrichiana*) (see also Wright, 1982). Young tortoises tend to ingest fewer plants of the family Poaceae and fewer plants with external defense mechanisms and more forbs, such as legumes, than adults (Garner and Landers, 1981; Macdonald and Mushinsky, 1988). The gopher tortoise tends to fall somewhere between a generalist and a specialist forager. While it does prefer some plants over others with respect to their availability in the habitat, it also tends to avoid some fairly common species (Macdonald and Mushinsky, 1988).

Juvenile gopher tortoises show dietary preferences, avoidances, and seasonal differences. At the same site where Macdonald and Mushinsky (1988) studied the foraging



**Figure 25-6.** A gopher tortoise, *Gopherus polyphemus,* from Pinellas Co., Florida feeding on non-native grasses. Photo by Marius Moore.

habits of mixed age individuals, Mushinsky et al. (2003) studied the diets of juveniles. In all, they observed individuals to ingest 26 genera of plants, of which 16 were ingested positively with respect to their availability in the environment. These 16 genera of plants were ingested more often than one would expect if plants available to gopher tortoises were ingested at random. The most abundant plant genus along the foraging pathways, *Aristida beyrichiana* (wiregrass), was selected negatively (avoided). Grasses (Poaceae) were consumed more during the cooler months than the warm weather months when many herbaceous plants were available. The rank order of plants eaten by juvenile individuals was not different from the rank order of plants eaten by mixed age gopher tortoises.

Some items ingested by the gopher tortoise are unexpected. Rocks, for example, may be intentionally ingested as a source of minerals. During a study on gopher tortoise reproduction in central Florida, radiography of adult female gopher tortoises revealed that a large proportion contained rocks in their digestive tracts (Mushinsky and Wilson, unpubl. data). Insects were found in 75% of scats examined and charcoal in 67%, suggesting intentional ingestion of these items (Macdonald and Mushinsky, 1988). Details about the digestive efficiencies of the gopher tortoise have been studied by Bjorndal (1987).

In addition to obtaining water from the plants they consume, gopher tortoises drink water, at least occasionally. Similar to many other savanna-dwelling species, gopher tortoises display a specialized behavior for drinking water (Ashton and Ashton, 1991). The edge of the burrow entrance and the surrounding burrow apron functions as a collecting area for subsurface sheet flow during rain events. A gopher tortoise may respond to rainfall by positioning itself to drink water at the corner of a burrow. A gopher tortoise will drink water by projecting its nose and mouth into the surface of the sand. Individuals were observed drinking for an average of 18 seconds (Ashton and Ashton, 1991).

*Predation.* — Gopher tortoises are prey for many carnivorous species. The level of predation on gopher tortoise eggs and young individuals is high. For example, over a 2-yr period in South Carolina, 17 of 24 nests (74%) were destroyed (Wright, 1982). In Georgia, an average female is estimated to produce a successful clutch of eggs (i.e., eggs are not destroyed prior to hatching) once a decade (Landers et al., 1980). Common predators of eggs are raccoons (*Procyon lotor*), gray foxes (*Urocyon cinereoargenteus*), striped skunks (*Mephitis mephitis*), and opossums (*Didelphis virginianus*) (Hallinan, 1923; Ernst and Barbour, 1972; Douglass and Winegarner, 1977; Landers et al., 1980). Armadillos (*Dasypus novemcinctus*) dig up and destroy eggs as well. Hatchlings and juveniles, up to an age of 5–7 yrs, have relatively soft shells and are highly vulnerable to predation (Douglass, 1978; Wilson, 1991). From egg laying to one year of age, gopher tortoises in northern Florida were estimated to have a mortality rate of 94.2% (Alford, 1980). Results from a study in central Florida, which also combined mortality of eggs and hatchlings, suggested an annual mor-



**Figure 25-7.** A selection of carcasses of hatchling gopher tortoises, *Gopherus polyphemus*, observed on a single day in August 1994 on Egmont Key, Hillsborough Co., Florida. A total of 15 were observed. There are no mammalian predators on this island so it is suspected that crows were the major predators. Photo by George Heinrich.

tality rate of 92.3% (Witz et al., 1992). Wilson (1991) found that predation of juvenile tortoises, aged 1–4 yrs, was higher in October–November and April–May than any other two month interval of the year. Juvenile tortoises are known to bask at the mouths of their burrows more often in the spring and fall of the year than during the summer or winter months (Wilson et al., 1994). It appears that a juvenile tortoise, when positioned at the mouth of the burrow to thermoregulate during the cool months of the year, may be quite vulnerable to predation by avian and mammalian predators (Wilson, 1991; Fitzpatrick and Woolfenden, 1978). On Egmont Key, at the mouth of Tampa Bay, where there are no mammalian predators, crows appear to be the most important predators of hatchlings (Fig. 25-7). The shell of a dead tortoise decomposes gradually, but at a fairly predictable rate (Dodd, 1995).

*Parasites.* — The gopher tortoise and its burrow provide food and shelter for numerous parasites, some of which may be harmful to organisms other than tortoises (see Lavender and Oliver, 1996). One common external parasite of the gopher tortoise is the gopher tortoise tick, *Amblyomma tuberculatum*, which embeds into tortoise skin where it obtains a blood meal. Often, this hard tick can be found by sifting through the soils at the mouth of the gopher tortoise burrow. The gopher tortoise tick is of minor medical or economic importance, with its main host being the gopher tortoise (Milstrey, 1986). A soft tick that parasitizes the gopher tortoise, *Ornithodorus turicata americanus*, is a potential vector of African swine fever, which is a highly contagious and lethal virus of the swine, *Sus scrofa*. The swine disease has yet to be reported in the USA, but the risk of introduction is high (Milstrey, 1986).

Some concern has developed recently about a disease called heartwater. This disease, caused by the rickettsial agent *Cowdria ruminantium*, has devastated hoofed livestock in parts of Africa and has invaded into the Carribean (Deem, 1998). The disease attacks domestic livestock, such as cattle, sheep, and goats, as well as a variety of non-domestic hoofed animals. The African tortoise tick, *Amblyomma marmoreum*, is known to feed on mammals and reptiles when immature, and is known to acquire and transmit *Cowdria ruminantium* under experimental conditions (Peter et al., 2000). The tick has the potential to spread the deadly heartwater disease to domestic livestock (Allan et al., 1998). With the tremendous increase in the popularity of reptiles as pets, and the increase in international trade of reptiles, many of which are infected with ticks, there is growing concern among importing countries that a deadly disease such as heartwater could invade North America through the reptile pet trade (Burridge, 2001). Should the disease invade the southeastern U.S. and infect the gopher tortoise, it could pose another major threat to this species. One would predict a wholesale sacrifice of infected tortoises to protect livestock.

## THREATS

*Documented Threats.* — Although the gopher tortoise is taken illegally for food, the heyday of harvesting gophers for human consumption is long past. The gopher tortoise was a food source for many families during the 1930s and 1940s (Hutt, 1967; Taylor, 1982; Mickler, 1986). Its importance during the Depression was reflected in names like "Hoover Chicken" (Hutt, 1967). Recent reports of illegal harvest are sporadic and localized, but some populations may still be depleted by sustained human predation (Figs. 25-8, 25-9). The increasing proximity of human residences to gopher tortoise populations has resulted in increased predation by dogs and cats. Gopher tortoises less than about 20 cm in CL have relatively soft shells which afford them only limited protection from potential predators, such as domestic dogs. Causey and Cude (1978) described feral dog predation on tortoises in Alabama, and Hawkins and Burke (1989) described dog predation on relocated gopher tortoises in north-central Florida. In Alachua, Sumter, and Marion counties, Ashton (unpubl. data) has observed predation by coyotes (*Canis latrans*). Coyotes were observed waiting behind a



**Figure 25-8.** Pick-up truck-load of gopher tortoises, *Gopherus polyphemus*, collected illegally for the food trade. Seizure made by Florida Fish and Wildlife Conservation Commission during the early 1980s, at the truck weigh-in station on I-10 between I-75 and Tallahassee. The pullers reported that they were bringing tortoises from the peninsula to the panhandle because they had about wiped out the tortoises in a 50-mile radius from their home base in Calhoun Co., Florida. Photo from FFWC archives.



**Figure 25-9.** Recently butchered shells of the gopher tortoise, *Gopherus polyphemus*, from Sumter Co., Florida, June 1981. Separation of the carapace from the plastron along the bridge is typical of tortoises that have been butchered for human use. Photo by George Heinrich.

burrow opening for the gopher tortoise to emerge, flipping the tortoise over to prevent its retreat into the burrow, and then eating it.

Human activities pose the greatest threats to the long-term survival of the gopher tortoise in Florida. Humans and the gopher tortoise are in direct competition for limited high, dry ground. The loss of habitat to human activities can take three forms: reduction in area of suitable habitat (true displacement), degeneration of suitable habitat (abandonment of habitat), and increased fragmentation of habitat (increased isolation of populations). The direct influences of humans on the gopher tortoise are manifested through development of upland habitats for urban, agricultural, or mineral recovery uses. The gopher tortoise cannot live in most subdivisions, mall parking lots, agriculturally developed land, and most reclaimed phosphate-mined land. As significant as the direct influences of humans on the gopher tortoise may be, the indirect influences also are great. Suppression of natural fires and the reluctance of the general public to support controlled fires have contributed greatly to a general decline in the quality of most gopher tortoise habitat. The upland habitats occupied by the gopher tortoise are normally dynamic. If fire is excluded from sandhill habitat for just a few decades the quality of the habitat for the gopher tortoise and other members of upland ecosystems decline dramatically. Frequent warm-season burns promote healthy sand hill habitats (Mushinsky and Gibson, 1991).

Conversion of native upland habitats to housing developments, commercial centers, landfills, citrus groves, thickly planted pine monocultures, phosphate and heavy metals mines, and sand extraction pits constitutes the most significant threat to gopher tortoise populations (Landers and Garner, 1981; Auffenberg and Franz, 1982; Diemer, 1986, 1987a; Mushinsky and McCoy, 1996). Suppression of natural fires and limitations of controlled fires, however, cause a rapid decline in habitat quality even in protected areas. Many areas that appear to be suitable gopher tortoise habitat, for

example, longleaf pine (*Pinus palustris*)— turkey oak (*Quercus laevis*) sand ridges, actually support low tortoise densities because of increased canopy closure, shrub density, and accumulated ground litter which results from a lack of fire (Diemer, 1987a). Prescribed burning in such areas would reduce the woody component, increase herbaceous ground cover, and foster nutritious tortoise forage plants such as legumes (Landers, 1980; Landers and Speake, 1980; Mushinsky and Gibson, 1991). If all of the publicly owned lands that could support populations of the gopher tortoise were burned frequently and routinely, then we would be increasing greatly the opportunity to expand existing and already protected gopher tortoise populations. Generally, managers of Florida State Parks and other protected lands have insufficient funds and lack the personnel to implement the rigorous burn program necessary to maintain or grow the resident gopher tortoise population.

A comprehensive study of about 50 Florida populations of gopher tortoises (McCoy and Mushinsky, 1988) found several trends resulting from the loss of habitat for the species. Populations residing on sites that had experienced severe area reduction (greater than 25% reduction over the past 20 years), or occurred on sites with greater than 50% tree canopy, or occurred on sites of small size (< 2 ha), tended to have demographic profiles that suggest little recruitment of individuals into the population and abandonment of the site by larger, mature individuals. In contrast, tortoise populations on sites where area reduction was limited or absent, or sites with less than 50% tree canopy, or relatively large sites (> 2 ha), tended to have a high proportion of large, mature individuals and evidence of recruitment of young into the population (McCoy and Mushinsky, 1988).

Comparisons of tortoise populations on true islands and in habitat fragments on the mainland suggested that tortoises are affected similarly by the small size and isolation of the two kinds of areas (McCoy and Mushinsky, 1988; Mushinsky and McCoy, 1994). Both island and mainland tortoise populations show a direct correlation between the number of active and inactive burrows and the area of habitat. Density of burrows, however, decreased as area increased on the mainland, but density of burrows was not related to area on the islands. Also, on the mainland, the ratio of inactive to active burrows (a measure of the tendency of individuals to construct new burrows) increased with area of habitat, and burrow density increased with increasing herbaceous vegetation, but neither of these relations could be demonstrated on islands. Collectively, these findings suggest that tortoises have a greater choice of habitats on the mainland than on islands. Gopher tortoises on islands are confined and may be forced to live in less than ideal conditions. The implications of these findings are profound for tortoises living in small, fragmented "habitat islands" on the mainland. In time, perhaps a few decades, as the quality of their habitat island is degraded, mature adults may be forced to abandon a site in search of better habitat quality. Individuals that may be forced to abandon isolated patches of habitat in areas surrounded by human dwellings seem doomed to perish. Prior

the work of Mushinsky and McCoy (1994), the observation of large numbers of active and inactive gopher tortoise burrows in a confined area would likely have been viewed as indicators of a "healthy" population; however, these findings suggest just the opposite. Rather than a signal of a healthy population, large numbers of active and inactive gopher tortoise burrows, relative to the actual number of tortoises, may signal a stressed population (see also Stewart et al., 1993).

Fragmentation of upland habitats by roads and highways increases the opportunity for gopher tortoises to be killed by automobiles. Mortality on highways affects gopher tortoise populations (Landers and Garner, 1981; Lohoefener, 1982; Diemer, 1987a). Landers and Buckner (1981) cited vehicular traffic as the greatest mortality factor on their study area in rural Georgia. Diemer (1987a) observed seven road killed gopher tortoises on a single July day along the southbound lane of the Florida Turnpike; three of the dead tortoises occurred in a 5-km stretch near Orlando. During a 21-month examination of road-killed wildlife, the gopher tortoise was the third most frequently killed species along 19.3 km of highway north of Orlando; the number of tortoises killed (18) was exceeded only by the numbers of opossums (65) and raccoons (47) (J. Roof, unpubl. data). One can only wonder just how many gopher tortoises are killed by automobiles annually in Florida, although some quick calculations suggests that the number could reach into the thousands. The rate at which gopher tortoises are killed on highways is greater in urban than rural areas for two reasons. The heavy automobile traffic in urban areas increases the likelihood of death for any tortoise on a highway, and the more or less continuous sprawl of urban areas increases the likelihood of displacing tortoises which causes them to venture onto highways in search of new habitat.

To appreciate fully the consequences of habitat loss, we need to review some facts about the upland habitats that may support gopher tortoises. Gopher tortoises are most frequently associated with xeric uplands, especially sandhill and scrub habitats (Auffenberg and Franz, 1982; Garner and Landers, 1981; Diemer, 1986). Because these habitats have been (and still are) in high demand for urban development and other human activities, their rate of destruction is alarming. In the 1960s, scrub habitat covered approximately 1.03 million acres of Florida (Davis, 1967). But only 422,000 acres remained by 1990 (Kautz, 1993; Kautz et al., 1993), and much of that has been developed or cleared for agriculture during the 1990s. In the 1960s, sandhill habitat occupied about 6.9 million acres in Florida (Davis, 1967), but less than 851,000 acres remained by 1990 (Kautz et al., 1993), and it also has undergone further reduction during the past decade. A conservative estimate is that less than 20% of the xeric upland habitat that existed in the 1960s remained in 2000. If the rate of loss of gopher tortoise habitat is indicative of the rate of loss of the gopher tortoise, then we estimate at least an 80% decline in the gopher tortoise in Florida since the 1960s. The decline is likely greater, however, because as humans have developed the xeric lands, they also have

altered the burn cycles of the surrounding undeveloped uplands, which translates into habitat degradation for the gopher tortoise.

No other southeastern state rivals Florida in the magnitude of urban development (Diemer, 1987b). According to the Florida Chamber of Commerce, the population of Florida is expected to grow at a minimal rate of 2% per year through the year 2010. Continuous urbanization is predicted on both coastal ridges and along Interstate Highway 4 between Tampa and Daytona Beach (Fernald, 1981). Remaining unprotected scrub and flatwoods habitats on the extreme southeastern and southwestern coasts will disappear unless they are protected from development in the immediate future. Similarly, very rapid habitat loss and tortoise population fragmentation are occurring near Orlando and on the Brooksville Ridge. Even opportunities for habitat restoration and subsequent re-introduction of gopher tortoises will diminish as former orange groves in central and south Florida are converted to housing developments. In summary, the future of the gopher tortoise is threatened by tremendous growth of the human population, which causes expanded use of upland habitats, increases fragmentation of existing parcels of land, increases the likelihood of road kills, and decreases the opportunity for the proper management of the fire-dependent habitats (McCoy et al., 2006).

During the past decade or so, upper respiratory tract disease (URTD) has also been identified as a potential threat to the gopher tortoise (Brown et al., 2002). We may never know if humans had any role, direct or indirect, in causing and/or spreading the disease in the gopher tortoise. Many biologists suspect that URTD has a long history as a gopher tortoise disease and that we have recently discovered the disease because more biologists are now studying the species. It is possible that URTD was introduced to the gopher tortoise by humans through the pet trade, although the widespread nature of the disease does not support this notion. Furthermore, one of the organisms known to cause URTD is the same organism that causes the disease in the desert tortoise (Brown et al., 1994, 1999), suggesting that the disease has a long evolutionary history. Perhaps the tremendous amount of development of uplands and fragmentation of formerly large populations of gopher tortoises during the past several decades have increased levels of stress and thereby lowered the resistance of the gopher tortoise to the pathogens that cause URTD. Perhaps a more virulent form of the pathogen has evolved. Although we may never know the origin of URTD, we can investigate how humans today may be affecting the spread and severity of this disease.

Although much attention and research have been directed toward increasing our understanding of clinical aspects of URTD, virtually nothing is known about the ecology of the disease. In particular, fragmenting formerly large populations of the gopher tortoise into numerous small isolated ones may exacerbate the effects of the disease. Gopher tortoises in small isolated populations likely have

increased contact with their neighbors, thereby increasing the potential to spread the disease and the probability that many individuals within the small isolated population will be exposed to the disease. In effect, the detrimental aspects of the disease may be intensified in small populations simply because of the small numbers of individuals that may survive the disease. A small population, especially a population of long-lived organisms with a slow rate of reproduction, is less likely to recover from a population crash than a large population. Additionally, prescribed burning often becomes more difficult in habitats surrounded by development, and the resulting habitat degradation may also be a source of physiological stress because food resources are depleted. Disturbance from humans and dogs can also increase in fragmented habitats. Unfortunately, our ability to determine what role these "stresses" might play in URTD transmission and spread currently suffers from an inadequate understanding of exactly how such factors negatively affect gopher tortoise populations (Berish et al., 2000; McCoy et al., 2005).

Upper respiratory tract disease has been observed in both captive and wild gopher tortoises in Florida (Beyer, 1993; Epperson, 1997; McLaughlin, 1997; Smith et al., 1998; Berish et al., 2000; McLaughlin et al., 2000; Gates et al., 2002; Seigel et al., 2003). *Mycoplasma agassizii* is known to be a causal agent of URTD in both the gopher tortoise (Brown et al., 1999) and the desert tortoise (Schumacher et al., 1993; Brown et al., 1994). Recently, other *Mycoplasma* species and possible strains have been isolated from the nasal passages of wild gopher tortoises (Berish et al., 2000; Brown et al., 2001, 2003). Early in the disease cycle, clinical signs may be difficult to ascertain (e.g., a slight swelling of the eyelids). Later in the disease cycle, clinical signs of URTD can include nasal discharge, ocular discharge, swollen eyelids, conjunctivitis, eyes recessed into the orbits, and dullness to the skin and scutes (Fig. 25- 10) (Jacobson et al., 1991; Schumacher et al., 1993; Brown et al., 1994; McLaughlin, 1997); however, some infected individuals may remain asymptomatic (McLaughlin

et al., 2000). This disease is highly contagious and is transmitted by close contact between tortoises (McLaughlin, 1997), as during courtship or male combat. Clinical signs may appear within 1–2 wks post-exposure, but it takes 6–8 wks for an exposed gopher tortoise to develop a detectable immune response (McLaughlin, 1997). Because mycoplasmas (bacteria lacking cell walls) can be difficult to culture, a blood test has been developed to detect antibodies to *M. agassizii* in desert tortoises (Schumacher et al., 1993) and has been refined for use in gopher tortoises. This test is currently the most effective, rapid, and inexpensive way to detect exposure to this pathogen (Schumacher et al., 1997). However, the test indicates only whether a gopher tortoise has been exposed to the pathogen and cannot distinguish between asymptomatic carriers (which may pose a threat to healthy animals) and tortoises which have cleared the pathogen and are no longer infected (Brown et al., 1994; Schumacher et al., 1997). Consequently, a polymerase chain reaction (PCR) test was developed to detect actual presence of *Mycoplasma* in gopher tortoise nasal secretions (Brown et al., 1995).

Exposure to URTD may not necessarily confer immunity on an individual; in fact, some data suggest gopher tortoises exposed a second time may become ill more quickly than when initially exposed (McLaughlin, 1997). The studies regarding second exposure were conducted under laboratory conditions, however, and more field research is needed to determine if post-exposure immunity occurs in wild tortoise populations. Based upon some recent findings from captive tortoises in zoos, seropositive individuals may be able to lead apparently healthy lives for many years. In captivity, transfer of antibodies from females to their offspring has been documented in both gopher tortoises (McLaughlin, 1997) and desert tortoises (Schumacher et al., 1999).

Mortality correlated with URTD has been high in some desert tortoise populations (Jacobson et al., 1991, 1995; Berry, 1997), but little is known about the effect of the disease on gopher tortoise populations (Berish et al., 2000; McLaughlin et al., 2000; Brown et al., 2003). Symptomatic gopher tortoises have been found with some regularity on Sanibel Island in Lee County (McLaughlin, 1990; Beyer, 1993), and at least one Sanibel Island population appears to have experienced a 25–50% reduction in breeding age adults (McLaughlin, 1997; McLaughlin et al., 2000). This barrier island has a history of gopher tortoise releases, primarily animals used in tortoise races during the 1970s (Dietlein and Smith, 1979). Numerous dead gopher tortoises have been found at a state preserve, a water management district landholding, a federal facility, and two mitigation parks (Gates et al., 2002; Seigel et al., 2003; M. Allen, *pers. comm.*; B. Blihovde, *pers. comm.*; M. Barnwell, *pers. comm.*). We cannot assume that gopher tortoises residing on public lands are safe from diseases or other threats.

Blood samples have been collected at various sites around the Southeast to determine exposure to the *Mycoplasma* that causes this disease. Seropositive (i.e., exposed) wild gopher tortoises have been found in several locations in Georgia and Mississippi (Smith et al., 1998; R. Birkhead,



**Figure 25-10.** Close-up of head of gopher tortoise, *Gopherus polyphemus*, from Duval Co., Florida, showing nasal discharge and palpebral edema (swollen eyelids), common symptoms of Upper Respiratory Tract Disease (URTD). Photo by Lori Wendland.

pers. comm.; D. Rostal, unpubl. data; D. Epperson, unpubl. data), and in more than a third of Florida's 67 counties (Beyer, 1993; Epperson, 1997; McLaughlin, 1997; Smith et al., 1998; Berish et al., 2000; McLaughlin et al., 2000; Seigel et al., 2003). On Sanibel Island, 85% of tortoises tested were seropositive for exposure to the pathogen. Exposure to the disease has been detected on numerous public lands in Florida (Epperson, 1997; Smith et al., 1998; Berish et al., 2000; Seigel et al., 2003; McCoy et al., 2005). As available habitat on private lands is converted to development, the health of tortoise populations on public lands becomes more important. Data are needed regarding URTD-related effects on mortality in tortoise populations. Although seropositive tortoises have been found at the previously noted sites with tortoise die-offs, the mortality has not yet been linked directly to URTD. Several recent (McCoy et al., 2005) and ongoing studies are investigating the effects of URTD on gopher tortoise populations; results of these studies should help elucidate anthropogenic and habitat-related influences.

Many areas of uncertainty remain regarding URTD. The disease, like many other diseases, has the potential to influence survival and reproduction of individual tortoises but definitive data are lacking (Brown et al., 2003). More research is warranted to rule out transmission between female and offspring, and transmission from contact with burrows of infected tortoises; current thought is that these types of transmission are either minimal or unlikely (Brown et al., 2003).

A tendency exists for humans to use resources to combat diseases in sick individuals that might be better used to protect healthy ones. We already know that upland habitats available to the gopher tortoise in Florida have long been under siege and the threat imposed by loss of habitat is going to increase in the future. We know also that land managers in Florida are strapped for funds to manage public lands properly, yet we know that lack of management of gopher tortoise habitat for just a few decades can have a strong negative effect on the population that may take centuries to overcome. A wise use of all resources aimed at protecting and increasing current gopher tortoise populations for future generations seems prudent. The purchase, protection, and proper management of upland habitats for the gopher tortoise are the most direct means to insure the future of the species.

*Potential Threats.* — A great deal of uncertainty exists regarding the future of the gopher tortoise in Florida. Much of our present uncertainty is the same as that expressed by Auffenberg and Franz (1982), when they completed the first systematic gopher tortoise surveys throughout the state between 1959 and 1975. They warned about a rapid rate of extirpation of the gopher tortoise in certain portions of its range, sometimes caused by human consumption (Taylor, 1982; Diemer, 1986), but mostly caused by human disturbance of one sort or another. Auffenberg and Franz (1982) predicted a near total loss of gopher tortoise habitat in Florida by the year 2025. If humans continue to move into and develop the state as they have for the past 25 years, then it seems likely that their prediction will be accurate, except

for those gopher tortoises that reside on protected areas. Of course, without proper management, populations on protected areas will also eventually perish (McCoy et al., 2005).

A major contributor to the survival of local populations will continue to be proper management of the habitat. In the absence of fire for only a few decades, good quality gopher tortoise habitat can become too overgrown to support the grasses and herbaceous vegetation needed as food. Gopher tortoises abandon overgrown habitat. When an individual in an overgrown patch of habitat attempts to move, there often exists no alternative suitable habitat to which they can move without crossing roads. The large number of tortoises killed by vehicles on roads likely reflects the increased frequency with which gopher tortoise are forced to move in search of good quality habitat.

The general decline in habitat quality may be accelerated by the invasion of non-native plants into upland habitats. Previously we emphasized the dependence of the gopher tortoise on relatively open land where grasses and herbaceous plants can thrive, however, an aggressive, invasive grass exists that may cause displacement of gopher tortoise populations. Cogon grass (*Imperata cylindrica*), an Asian invasive exotic, is a serious problem on rangelands, pastures, roadsides, and reclaimed phosphate mines (Shilling et al., 1997). It can form a continuous monospecific ground cover that is hostile to the gopher tortoise. With half-inch wide leaves that can grow to a meter in length, and a fibrous root system composed of branched rhizomes, Cogon grass can form monospecific expanses of dense ground cover that will eliminate all other vegetation. Such a dense ground cover could force a population of gopher tortoises to abandon their habitat in search of better quality land. Cogon grass is particularly aggressive in disturbed areas, such as roadsides or reclaimed phosphate mined land.

## STATUS

In 1987, the U.S. Fish and Wildlife Service gave formal Threatened status to gopher tortoise populations that occur to the west of the Mobile and Tombigbee Rivers in Alabama, Mississippi, and Louisiana (Wilson et al., 1997). The total area occupied by the threatened western populations is about 148,000 ha (USFWS, 1987). In five of the six states in which the gopher tortoise occurs, it has some form of state protection. In Mississippi, the species is listed as Endangered; and in Alabama it is a Protected Nongame Species. In Georgia the species is listed as Threatened, and in South Carolina, as Endangered. In Louisiana the gopher tortoise is not protected by state laws, rather, it is Federally protected. Populations residing in Washington, northern Mobile, and southeastern Choctaw counties in Alabama also are afforded Federal protection.

The legal status of the gopher tortoise in Florida was previously ambiguous; the Florida Committee on Rare and Endangered Plants and Animals (FCREPA) listed it as a threatened species (McDiarmid, 1978; Moler, 1992), however, the gopher tortoise was listed as a Species of Special

Concern by FFWC in 1979, but very recently in 2006 uplisted it to Threatened (see below).

Threatened species, according to FCREPA, are "species that are likely to become endangered in the state within the foreseeable future if current trends continue" (Moler, 1992). Endangered species, on the other hand, are "species whose numbers have already declined to such a critically low level or whose habitats have been so seriously reduced or degraded that without active assistance their survival in Florida is questionable" (Moler, 1992). When a threatened species turns into an endangered species, therefore, is simply a matter of expert opinion. We suggest that the uncertain numbers of protected individuals; the increasing difficulty in managing the habitats of protected individuals; the possibility that remaining populations may be devastated by a variety of threats, and the relatively poor ability of long-lived, slowly-reproducing species to recover any of the threats means that the gopher tortoise already is endangered in much of Florida. If we wish to maintain the gopher tortoise's historical distribution in all 67 counties and its significant ecological role in enhancing Florida's biodiversity, then the degree of endangerment of the gopher tortoise in each of these counties must be assessed, and quickly.

As we were making final preparations for the publication of this chapter, the Florida Fish and Wildlife Commission (FFWC) adopted Florida Administrative Code 68A 1.004 and 68A 27 and implemented new standards for listing species (see *Guidelines for Using IUCN Red List Categories and Criteria*, March 2004). A species may be listed if it meets one of several criteria for threatened or endangered status. One aspect of the protocol places emphasis on population trends during the past three generations, nearly 100 yrs for the gopher tortoise. The *Gopher Tortoise Biological Status Report* recommended that the gopher tortoise be listed as a Threatened species because evidence exists that the number of individuals in the Florida population has declined by more than 50% in three generations. As a result, in 2006 the FFWC listed the gopher tortoise as Threatened in the State of Florida and changed regulations regarding testing individuals for URTD.

## CONSERVATION OPTIONS AND SOLUTIONS

We believe that a three-part approach is needed to ensure a healthy future for the gopher tortoise. First, the most certain long-term conservation method is the outright purchase of land known to support populations of gopher tortoises by individuals or agencies willing to conserve them. Second, education of private land owners and public land managers about the value of active management of habitats known to support tortoise populations is needed to promote the health of existing gopher tortoise populations. State and local governments should be encouraged to adopt specific legislation to establish conservation easements and tax incentives to encourage landowners to maintain gopher tortoise habitat. Third, re-introduction (defined as the move-ment of individuals to replenish an area once inhabited by the species) of the gopher tortoise to suitable habitats on lands from which it has been extirpated or lands that have been restored to suitable habitats. This effort is needed to extend the species' ever-diminishing distribution.

A better understanding of the ecology of infectious diseases would be beneficial to any re-introduction program for the gopher tortoise. Likewise, a comprehensive understanding of the social structure of gopher tortoise populations would facilitate proper re-introductions. We know gopher tortoises interact with one another often, especially during the spring and fall breeding seasons, yet we can only guess about the influence of human intervention on the social structure of populations.

Public ownership of upland habitats known to support gopher tortoise populations is the most direct method of protection. Roughly 18.7% of the terrestrial area of Florida lies in conservation land (Cox, 1992). Exactly how many of these publicly held protected areas can support the gopher tortoise, and more importantly, how much of this land actually supports gopher tortoises today, are open questions. During the past decade or so we have witnessed the expansion of several Florida state parks that support populations of gopher tortoises. During more recent years, however, we have witnessed a decline in the resident gopher tortoise populations and a decline in active management practices at most state parks because of inadequate resources to execute controlled burns, and inadequate funds to support the parks properly (McCoy and Mushinsky, 1992b; McCoy et al., 2005; McCoy et al., 2006).

Recommendations for specific management procedures for gopher tortoises have been made by Landers and Speake (1980) for Georgia, Wright (1982) for South Carolina, Lohefener and Lohmeier (1984) for Louisiana, Mississippi, and Alabama, and Auffenberg and Franz (1982), Diemer (1986), and Diemer-Berish (1994) for Florida. Conservation measures include habitat management, establishment of preserves, protection from over-harvest, and public education (Landers, 1980; Diemer, 1986; Diemer-Berish, 1994).

Several counties in Florida have established local programs to purchase environmentally sensitive lands for public ownership. For example, Hillsborough County in central Florida has had an Environmental Land Acquisition and Protection Program (ELAPP) in place for most of the 1990s. By 1999, the Hillsborough County ELAPP had purchased about 35,000 acres of environmentally sensitive land. Soil surveys (Rob Heath unpubl. data) allow us to evaluate what proportion of that land might support the gopher tortoise. About 55% of the land was characterized as having mesic soils (typical of pine flatwoods and dry prairies which support relatively low densities of tortoises) and 10% was xeric soils (typical of sandhill and scrub habitats, which support relatively high densities of tortoises). It appears that although the gopher tortoise has benefited from the purchase of environmentally sensitive lands in Hillsborough Co., only a relatively small fraction of the purchased land supports them in relatively high densities.

Threats to the gopher tortoise, such as disease, harvesting, and habitat degradation, may have long-lasting consequences for the local tortoise population. Gopher tortoise populations in the panhandle of Florida likely are still recovering from the great harvest of adults for human food during and after the Depression. While it is appealing to attempt to protect nests and hatchlings from predation, human or otherwise, the fragile demography of the gopher tortoise is best served by protecting individuals that have already survived to adulthood. Because the gopher tortoise is long-lived, and eggs, hatchlings, and juveniles are vulnerable to predators, conservation efforts aimed at protecting adults likely will provide the greatest benefits for future populations of the gopher tortoise.

As is true for any species at risk, providing an opportunity and a forum for the education of individuals who own and/or manage their habitats potentially can have a great benefit. For example, as a result of gopher tortoise surveys on about a dozen state parks, McCoy and Mushinsky (1991) were able to make specific suggestions to improve the quality of the habitat for the gopher tortoise at each of those sites. Such efforts to work with land managers should not be limited to those who manage public lands, however. At present, many private land owners seem to be unaware of the land management practices needed to maintain healthy populations of gopher tortoises. Perhaps future state and locally funded programs might consider making such public education a high priority.

Efforts to educate the citizens of Florida need to reach out beyond traditional educational outlets. The Florida Fish and Wildlife Conservation Commission (FFWC) produced and distributed a poster depicting the protected status of the gopher tortoise when legal hunting for the tortoise was banned. Such posters are needed and valuable and additional posters that inform the public about the plight of the species might be considered in the future. Furthermore, a poster designed to inform the public about URTD might function to decrease the spread of the disease if people are discouraged from releasing "rescued" individuals into public lands. The public should be alerted to the potential damage that can be accidentally thrust upon a healthy tortoise population by moving individuals from sick to healthy populations or by releasing sick individuals into a population. Humans with good intentions but naive about URTD and other diseases could impart devastating affects on a tortoise population by "rescuing" a single sick tortoise and releasing it into another population. Brochures outlining habitat management techniques, and slide series/videos on gopher tortoise conservation are educational tools that should be developed and distributed throughout the species' range. Educational efforts on behalf of the gopher tortoise should emphasize that xeric habitats, as well as wetlands, have aesthetic and biological value (Diemer, 1986).

Proactive management of upland habitats not only increases available gopher tortoise forage and nesting sites (Landers and Speake, 1980), but also affects growth rates and age to sexual maturity (Mushinsky et al., 1994). Healthy populations of the gopher tortoise are found most frequently in upland habitats with a grassy and herbaceous laden ground cover (Auffenberg and Franz, 1982; McCoy and Mushinsky, 1988). A proactive management plan for the remaining large parcels of land that support the gopher tortoise will benefit not only the resident tortoises but also the humans that reside nearby. The extensive wildfires following the wide-spread droughts experienced in Florida in the late 1990s and early 2000s have taught us the extreme dangers associated with poor land management practices. The upland habitats of Florida are fire dependent ecosystems. They accumulate fuel quickly and burn at a high frequency. If humans act to suppress fire, as we have done for most of the 1900s, then natural fires become catastrophic and extremely destructive. Frequent controlled burns of uplands benefit the wildlife that resides in the uplands and the humans that live nearby (Mushinsky and Gibson, 1991).

In north Florida, a private gopher tortoise management area has been developed by Ray Ashton (Ashton et al., 1994). The goal of the management area is to establish and maintain optimal habitats for gopher tortoises, burrowing owls (*Athene cunicularia* ), and American kestrels (*Falco sparverius*). Three gopher tortoise preserves, totaling about 60 ha, have been created. Each preserve is surrounded by fencing, above and below the ground, to insure the integrity of the designated preserve sites. These preserves have not been in place for a sufficiently long time period to draw any meaningful conclusions about their success or future; however, the outlook is promising. The concept of a multiple species approach to on-site mitigation for non-competitive species is one that should appeal to developers and conservation biologists alike, and has great promise for these taxa.

Because the gopher tortoise is long-lived, it is important that biologists and land managers think about long-term survival as they plan for the future of this species. At any point in time, apparent differences between suitable, marginal, and poor quality gopher tortoise habitats may be temporary or misleading, and may cause some small or partially overgrown areas to be dismissed too quickly as unworthy of conservation effort. It is important to view habitat quality for the gopher tortoise as a dynamic gradient, based on a cycle of fire, hurricanes, or other land-altering events. Area reduction and habitat degradation are two of the greatest threats to the future of tortoise populations: as each of these threats becomes greater, the probability of extirpation increases. In combination, the effects of area reduction and habitat degradation are likely to increase local extirpation probability in a synergistic fashion. Hence, while tortoises on large areas of land are in need of continuous monitoring, tortoises on small areas are likely to be in need of continuous management as well. Future research priorities aimed at improving methods for managing small areas should include the delineation of the consequences of gopher tortoise translocation (defined as the deliberate and mediated movement of wild individuals into an existing population of conspecifics) on the existing populations at recipient sites. Future research priorities also should include

derivation of methods that increase the likelihood that translocated and re-introduced tortoises establish residency at recipient sites.

Gopher tortoises can be maintained on relatively small managed parcels of land for a few decades or so (Landers and Speake, 1980), but large parcels (up to several hundred hectares) would reduce the population effects of emigration and certain sources of mortality. Areas as small as of 10–25 ha of favorable, actively managed habitat should be set aside for populations occupying lands slated for development (Cox et al., 1987). McCoy and Mushinsky (1988) surveyed a wide variety of sites for the gopher tortoise, including some of the largest federal lands in Florida and numerous relatively small parcels with small and unprotected populations of tortoises. They recognized the importance of protecting, if possible, large areas (tens to hundreds of hectares) of gopher tortoise habitat, but also recognized the value of the numerous small isolated populations that exist throughout the range of the tortoise. McCoy and Mushinsky (1988) pointed out four themes to be considered regarding the protection of gopher tortoises: (1) the gopher tortoise functions as a "keystone species" (Campbell and Christman, 1982; Eisenberg, 1983; Jackson and Milstrey, 1989), and therefore merits special consideration in ranking conservation priorities; (2) fragmentation of gopher tortoise populations will continue to increase, and relatively-large tracts of habitat will rapidly become rare; (3) conservation of large areas of gopher tortoise habitat is not without risk; and (4) conceiving of fragmented gopher tortoise populations as metapopulations suggests alternate conservation strategies.

The conservation of "large" areas of land has the potential to create false security about the future of resident tortoises. Because of the lack of a coordinated effort to catalog known populations of the gopher tortoise in Florida, the number of large areas, with reasonably large populations of tortoises, can only be approximated (e.g., Cox et al., 1994; McCoy et al., 2002; B. Stys, unpubl. data). We do know that development patterns throughout peninsular Florida are such that it is not practical to set aside even 10 ha of land in many places. Furthermore, continuous habitat management is essential to maintain the gopher tortoise, especially on relatively small isolated habitat patches. Yet, large areas with many resident gopher tortoises typically have not been managed with the gopher tortoise in mind (McCoy and Mushinsky, 1992b). Populations of tortoises on isolated parcels of land are vulnerable to stochastic disturbances that may have profound effects on their well-being, effects which are exacerbated if the areas are not properly managed. The sensitivity of gopher tortoise demographic factors in general, may make tortoise populations even more vulnerable to extirpation from disturbance events than other long-lived vertebrates. McCoy and Mushinsky (1988) believed it unwise to place full emphasis upon the single large area notion of conservation. Rather, they proposed that greater emphasis be placed upon alternate conservation strategies for the gopher tortoise in Florida. Whenever feasible, large areas of land should be secured, with the stipulation that

rigorous management practices be employed to monitor continuously the demographic health of the resident population. In parallel with the securing of large areas, however, large numbers of small areas also should be secured. Such small areas allow "banking" of genetic diversity, as well as of individuals, for decades or perhaps longer. Management practices tailored to these small areas might even be able to perpetuate the populations for tens of decades or longer. Ultimately, however, large, properly managed preserves will be necessary to insure the future of the gopher tortoise in Florida.

While biologists recognize the value of preserving large parcels of land for the future well-being of the gopher tortoise, the literature is not clear about how large is large enough. Researchers have assumed that the smallest population that can maintain itself consists of about 50 adult individuals (this number is derived from genetic considerations). Cox et al. (1987) suggested that, to maintain 50 adult individuals, an area of 10–20 ha was required. Their estimate was based on inclusion of about 80 burrows and the average distance an individual travels within its home range. Eubanks et al. (2002) expanded the minimum area estimates to maintain 50 adult gopher tortoises. Based on a year-long study of home ranges of individuals tracked with radiotelemetry, they estimated the minimum area needed to maintain 50 adult tortoises was from 25–81 ha. Had the researchers not tracked individuals and based their calculations on burrow density alone, the minimum area to maintain 50 adults would have been 19–41 ha.

Other researchers used a different approach and logic to determine the minimum area needed to sustain a population of the gopher tortoise. Based on data from 19 populations for which the actual area inhabited by gopher tortoises was determined, McCoy and Mushinsky (unpubl. data) observed that tortoise densities tended to plateau at about 100 ha, and typically included about 500 burrows on large parcels of land. In parcels of land less than 100 ha, tortoise densities tend to be relatively high, suggesting that they are crowded by artificial boundaries and not free to move about as they would if the boundaries did not exist. Therefore, 100 ha was considered to be the minimum area needed to maintain a population of gopher tortoises in the current setting. Additional security for the resident population can be gained by providing a buffer zone around the perimeter of the 100 ha.

In 2001, the Florida Fish and Wildlife Conservation Commission sponsored a population viability assessment for the gopher tortoise in Florida (Conservation Breeding Specialist Group, 2001). Population Viability Analysis (PVA) was conducted based on estimates of age specific mortality and fecundity rates. Spatial analysis was based on real and potential gopher tortoise habitat using GIS technology. Much of the data used for the PVA were estimated with high levels of uncertainty. Nevertheless, demographic sensitivity analysis indicated that mortality rates of juveniles (up to one year of age) and adult females were the primary drivers of overall growth dynamics in populations of the gopher tortoise. Research efforts and broad management actions should be directed preferentially at these aspects of the species' life history.

Very little information is available regarding the capacity of the gopher tortoise to recover following a major decline in population numbers. The severely depressed densities of gopher tortoises in the panhandle of Florida, reflecting heavy human predation many decades ago, suggest that the recovery process is a slow one, as one might predict based on the general life history of the species. Using population models, Cox (1989) estimated minimum population sizes needed for a re-introduction of tortoises to an unoccupied site. He suggested that the persistence of small populations was longer for mixed populations consisting of subadults and adults than those of composed strictly of adults.

The details of any habitat management program aimed at maintaining or increasing the number of gopher tortoises present in an area must be site specific; however, the goal should be to produce a mosaic of vegetation density by altering the frequency and timing of controlled burns (Mushinsky and Gibson, 1991; Diemer-Berish, 1994). A multi-aged forest is desirable, ranging from treeless areas with high diversities and abundances of grasses and herbaceous plants, to areas with tree canopies that cover about 30–50% of the area. Summer burning mimics the natural fire cycle, promotes flowering of annual herbaceous plants, and facilitates the production of seeds by many of the grasses. Sandhill habitat responds well to summer burns on a 2–7 yr periodicity (Mushinsky, 1985; Mushinsky and Gibson, 1991). Pine flatwoods also should be subjected to summer burns on a 2–5 yr cycle to encourage the production of the plants used as forage by gopher tortoises. Sand pine scrub habitat burns less frequently, perhaps every 15–50 yrs. A highly overgrown site may be first burned during the winter months to reduce the risk of a very hot fire and to thin the canopy prior to implementing a cycle of summer burns which promote vegetative regrowth.

Management needs of gopher tortoises in disturbed habitats such as pastures, old fields, and power lines have been poorly studied. Gopher tortoises seem to be attracted to powerline and pipeline rights-of-way where there is no tree canopy and grass cover is dense compared to surrounding overgrown habitats. The attraction is an illusion—gopher tortoises accumulate in open areas when the surrounding lands are not burned and are overgrown. Gopher tortoise densities in these disturbed habitats typically exceed those of surrounding natural areas (Auffenberg and Franz, 1982). Research on densities and foraging behavior of gopher tortoises in pasture land preserves currently is being conducted, and preliminary findings indicate an average tortoise density of 2 tortoises/acre in improved pasture (Ashton et al., 1994). In managed grassland preserves, tortoises exhibited higher rates of recruitment and population growth after five years than rates described for some natural habitats (Ashton et al., 1994). Site-specific plans will be needed for tortoises in disturbed habitats and may include prescribed fire, mechanical shrub removal, and/or mowing.

Longleaf pine is the preferred pine species for planting in commercial pine stands on most well-drained sites (an exception is the Ocala Scrub in central Florida, for which the sand pine, *Pinus clausa*, is the preferred species). Sand pine should not be planted on former sandhill sites. The dense growth form of this species allows little or no sunlight to reach the forest floor, thereby reducing potential tortoise forage (Landers and Buckner, 1981). Thinning of trees should be undertaken to keep the canopy sufficiently open to allow sunlight to penetrate. Minimally disruptive site preparation (e.g., single drum chopping) is favored over more intensive methods such as bedding or root-raking. Previous studies have demonstrated that gopher tortoises can dig out following chopping treatment on deep, sandy soils (Landers and Buckner, 1981; Diemer and Moler, 1982). Recommended fire frequencies and seasons for pine plantations are similar to those on sandhill. A 1–2 yr interval is recommended if only winter fires are feasible.

We have discussed in detail two of the three issues associated with contemporary changes to the habitats typically occupied by the gopher tortoise, those of area reduction and habitat degeneration. The third component, habitat fragmentation, is a product of the problem caused by area reduction. As formerly large populations of gopher tortoises are forced to live on smaller and smaller parcels of land, the distance between neighboring populations increases, and the probability of successful exchange of individuals between populations diminishes. The steps needed to counteract the inevitable isolation of gopher tortoise populations created by fragmentation of upland habitats are not known at this time. In fact, our knowledge base is not sufficient to allow us to sort out the separate, but interactive, effects of area reduction and habitat fragmentation with any degree of certainty. Clearly, small populations are more vulnerable to extirpation than large populations. The added consequence of isolation by fragmentation will likely increase the probability that small populations will go extinct.

To evaluate the efficacy of the various management methods that may be used, gopher tortoise populations should be monitored periodically. Monitoring the status of the species statewide is an enormous undertaking. Remote sensing (e.g., Landsat/GIS data) appears to have the most potential for long-term large-scale monitoring of gopher tortoise habitat status. Monitoring of small populations may be warranted as well. Gopher tortoise translocation sites (see below), for example, should be surveyed 3–5 yrs post-movement. Possible methods include bucket-trapping gopher tortoises (accurate but labor-intensive), video camera surveys of burrows (limited to large burrows because of the large size of the camera relative to the size of the burrows), and burrow surveys (Cox et al., 1987). Because of time and labor constraints, burrow surveys are the most commonly used methods of surveying gopher tortoise populations.

Burrow surveys must be done carefully to be accurate. In particular, we know that not all burrows are occupied by a tortoise, and we know that an average tortoise will use several burrows during one activity season (McRae et al., 1981b). Nevertheless, if done with proper care, a researcher can estimate the number of gopher tortoises in various size

classes based solely on their burrows, without ever encountering a gopher tortoise. To estimate numbers of tortoises in a given area based upon counts of burrows, the burrows are counted and classified as active, inactive, or abandoned to reflect the perceived time since a tortoise last occupied the burrow (McCoy and Mushinsky, 1992a). To evaluate the size distribution of the gopher tortoises in a population, the diameter of each burrow is measured. The burrow count data are multiplied by a correction factor. Unless site-specific correction factors are determined (see Cox et al., 1987), correction factors of 0.6 for disturbed sites, 0.5 for sandhill, and 0.4 for scrub and flatwoods are probably more accurate than using 0.614 for all habitat types. McCoy and Mushinsky (1992a) reported that the linear regression of log number of tortoises on log number of active burrows was the best predictor of number of gopher tortoises for the sites they studied. Witz et al. (1991) found young tortoises in a few burrows that appeared abandoned. If such behavior by young tortoises is widespread, then most current methods to survey gopher tortoises may underestimate the numbers of gopher tortoises. The cryptic nature of young gopher tortoises, their small size, and their propensity to place burrows near other structures on the ground all contribute to the difficulty of attaining an accurate estimate of young tortoises in a population.

Mitigation requirements of the State of Florida for gopher tortoises on development sites have evolved over the last decade or so. Many upland sites, however, are developed without prior review by wildlife agencies, and inequities in review and permitting requirements allow the unmitigated destruction of both tortoise habitat and tortoises (Diemer, 1989). Current mitigation options in Florida include the following: (a) avoidance of individual burrows during development, (b) habitat protection on- or off-site (usually an area equal to 15–25% of the occupied tortoise habitat being affected), and (c) translocation or re-introduction of tortoises to suitable habitat. In response to the wide-spread occurrence of URTD, a fraction of the gopher tortoise population to be relocated must be tested and found to be seronegative before a permit to move tortoises is issued. The habitat protection option may be fulfilled by contributing to a mitigation banking fund an amount sufficient to buy the requisite acreage in an existing or proposed mitigation park. As of July 2005, nine mitigation banks provided about 10,000 acres of protected land. A developer also may purchase an appropriate amount of land adjacent to public lands and then donate the parcel to the public landowner. Finally, a developer may protect an appropriate-sized area on-site in perpetuity (generally ± 10 ha). About 10,000 acres have been preserved on-site or on land provided by developers for protection of the gopher tortoise. On-site preserves, like other habitat set-asides, require approved habitat management plans. In some cases, on-site preserves incorporate pastures, golf course roughs, and retention areas. Although long-term management can be a challenge, these preserves have high

educational value and provide scattered habitat for other upland listed species, such as the southeastern American kestrel, Florida scrub jay, gopher frog, Florida pine snake, and Florida burrowing owl.

Gopher tortoise translocation is controversial, labor-intensive, and time consuming, but the future of the species may depend upon perfecting translocation practices and procedures. Biological concerns include contamination of locally adapted gene pools, disease or parasite transmission, social structure disruption, and dispersal-related mortality (Diemer, 1989). Unfortunately, the rate of loss of uplands is so great that time does not permit the proper assessment of the potential concerns associated with translocation. If, as seems to be the case, the State adopts the policy of "no tortoise left behind" as recently suggested by McCoy et al. (2006), then finding suitable, secure recipient sites will become increasingly difficult with continued development. Such a policy has the effect of forcing the public to deal with the issue of whether gopher tortoise conservation is sufficiently important to slow development of unaltered upland habitats. From 1989 to July 2005, more than 60,000 gopher tortoise have been translocated to make way for development (FFWC, unpubl. data), but untold numbers have been entombed in their burrows under the provisions of "take" permits.

Two additional serious problems associated with moving tortoises have become increasingly apparent: the potential spread of disease and the lack of long-term protection and management of recipient sites. Although under review at the time of writing this chapter, current practices of testing a portion of a group of tortoises to be moved have proved to be inadequate and often with inconclusive results. Many healthy individuals have been killed because some in the groups to be moved tested positive for exposure to a disease such as URTD. Gopher tortoises showing clinical symptoms of any disease should not be translocated anywhere. The potential for disease transmission can be minimized or eliminated by moving tortoises only to sites without resident tortoises. The problem of long-term recipient site security can be addressed by moving tortoises only to previously established translocation sites, public lands, or private lands protected in perpetuity by conservation easements.

As increasing numbers of gopher tortoises are injured by vehicles or dogs; wildlife rehabilitation centers and veterinarians are treating more of these tortoises. Some individuals can be successfully treated and released, but many are of unknown origin, have been held in captivity with other tortoises, and/or have sustained injuries that prevent their release. A list of schools, nature centers, and private individuals willing to accommodate non-releasable gopher tortoises should be compiled. The State of Florida has developed a gopher tortoise adoption program, similar to that which has been developed in Arizona and Nevada for the desert tortoise.

Restocking (defined as the adding of individuals to an already existing population of conspecifics) is a conservation measure that differs from translocation in both intent and technique. The goal of restocking is to enhance severely

depleted populations. The goal of translocation, on the other hand, typically is to salvage individuals displaced by development. [Note that if the goal of re-introduction is to replace an extirpated population, rather than to "dump" excess individuals, then it is closely related to restocking.] Restocking efforts must employ the best available source (genetically, socially, and geographically) of individuals for restocking. Translocation efforts may try to find "suitable" recipient sites, but the urgency of most translocation efforts often forces individuals to be placed in less-than-ideal situations. Possible restocking and re-introduction sites for the gopher tortoise include protected lands where they have been overharvested (e.g., Eglin Air Force Base in the Florida panhandle), reclaimed mining lands, abandoned orange groves and pastures, restored former pine plantations, and other "created" tortoise habitats (e.g., areas where the water table has been lowered by drainage) (Diemer, 1989). A list of potential restocking and re-introduction sites in Florida was compiled by FFWC (Berish, 1995). All of these sites should have habitat management commitments, and those on private lands should be secured by conservation easements or other binding agreements. Re-introduction of all ages of gopher tortoises to sites they formerly occupied has been tried in Florida, but the fate of most of these tortoises is unknown (Diemer, 1986). In southern Georgia, about 40% of the tortoises re-introduced into an area remained in that area for three years after their release (Landers and Buckner, 1981). In north Florida, about 30% of re-introduced tortoises were recaptured five years after their release (Diemer, 1987b). Clearly, these studies, and others (e.g., Godley, 1989; Macdonald, 1996), suggest that most tortoises quickly abandon sites to which they have been re-introduced. Relocation (including re-introduction, translocation, and restocking) is not an exact science, and until the methods for efficient and successful relocation are developed, only experienced, well-trained individuals with well-conceived plans should be permitted to make any relocation attempts.

At this time, it is hard to know if a unified conservation strategy for the gopher tortoise exists in Florida, and if one does exist, just what that strategy might be. Collection of the gopher tortoise was banned in 1988, and the use of live gopher tortoises for tortoise racing was abandoned in 1989. Recently, a few gopher tortoise reserves have been established. Furthermore, beneficial habitat management practices have been instituted at many public land holdings, illegal harvest has been reduced, and stronger legislation to protect uplands has been introduced in some parts of Florida. Despite these measures, the gopher tortoise continues to decline in distribution and numbers. Existing populations of gopher tortoises are increasingly fragmented and isolated on smaller and smaller parcels of land. Although it is still often encountered in Florida, the gopher tortoise is much less broadly distributed and much less numerous than before the dramatic influx of humans following World War II. Using GIS methods, Cox et al. (1994) estimated that 93 conservation areas with sufficient habitat of at least 68 ha (170 acres) supporting populations of at least 200 individuals existed in

Florida. They concluded (Cox et al., 1994), "that the current system of conservation areas in Florida provides the *minimum level* (emphasis ours) of habitat protection required to maintain gopher tortoises." More recently, B. Stys (unpubl. data) used GIS methods to estimate that 140 conservation areas have at least 68 ha of gopher tortoise habitat. In fact, she noted that these 140 conservation areas contained more than 500 individual patches of suitable habitat of at least 68 ha. Ground-truthing of about 40 of the conservation areas identified by GIS has revealed that a proportion of the apparently suitable habitat actually is unoccupied and that areas not considered as suitable habitat actually are occupied (McCoy et al., 2002). Whether or not the current system of conservation areas in Florida provides the minimum level of habitat protection required to maintain gopher tortoises, therefore, is not clear. Furthermore, as development continues to creep ever closer to areas currently occupied by tortoises, our ability to manage them via prescribed burning diminishes, and habitat suitability will be reduced (McCoy and Mushinsky, 1992b; Mushinsky and McCoy, 1994; McCoy et al., 2006).

In spite of the legal protection afforded the gopher tortoise, and efforts by the Florida Fish and Wildlife Conservation Commission (Cox et al., 1987) to establish guidelines aimed at conserving gopher tortoise habitat, the question remains as to what can be done to insure the future viability of the gopher tortoise throughout Florida. How much protected habitat is needed to ensure the long-term persistence of gopher tortoises in Florida? The future of the gopher tortoise, like all other wildlife, is not simply a biological or scientific issue. Individuals, including land owners, developers, legislators and, in fact, all the inhabitants of Florida must make a conscientious decision to value wildlife and their habitats more than they value the things that displace or destroy wildlife and wildlife habitats. Biologists may be able to make a stronger argument for the protection of tortoises than for other species because of the many other species that are at least partially dependent upon tortoise burrows for their survival. Clearly, the presence of the gopher tortoise in the State of Florida enhances the biodiversity of the State. In other words, providing protection for the gopher tortoise and its habitats simultaneously provides protection for dozens, or even hundreds, of other upland habitat species. Biologically based arguments, however, may not be sufficiently strong to sway public opinion; much depends upon the context in which the arguments are made. For example, during the Depression, when tortoises were an important part of the diets of many Floridians, it would have been impossible to protect them.

Our existing laws and regulations need to be reviewed and re-evaluated in light of the tremendous growth in the human population during the past 50 years. Under the current Florida Endangered Species Act, agricultural interests in the State are exempt from many of the regulations that apply to most non-agriculture landowners or individuals wishing to develop natural habitat. "Incidental take" (killing) of the gopher tortoise by altering the habitat in a way that

makes it unsuitable for the gopher tortoise is permissible in a variety of circumstances. Under current regulations farmers and silviculturists may elect to use "best management practices," to clear gopher tortoise habitat and, as a consequence, kill tortoises and other protected species. A permit from the Florida Fish and Wildlife Conservation Commission is not required if natural habitat is converted to farmland, plantation, or citrus grove. Converting ranch land into row crop fields also can be done without a permit.

A specific recent example illustrates the effect of silvicultural "best management practices" on the gopher tortoise. In western Alachua County, near the Ashton Biological Preserve, 2000 acres of longleaf pine-turkey habitat was converted to tree farm in the first two months of 2000. Aerial spraying of herbicides (eliminating most tortoise broadleaf food plant species), clearing, and deep plowing were used to prepare the land to become a tree farm. Prior to the clearing, the density of gopher tortoises was about 0.8 tortoises per acre (Ashton, unpubl. data). Given that density of gopher tortoises, 200 acres would have supported about 160 tortoises. A survey of about 200 acres of the cleared land was conducted in April 2000, and only two gopher tortoise burrows were observed (Ashton, unpubl. data).

Existing Federal and State of Florida tax laws regulating agricultural profit requirements and laws regulating tax exemptions on land used for agricultural purposes contribute to the loss of habitats used by the gopher tortoise. Furthermore, when the owners of natural habitats convert them to plantations, State regulations require planting 400–600 trees/acre if the owners wish to maintain their agricultural tax exemptions on that land. Dense, single-species tree plantations create a canopy that virtually eliminates many native species of plants and animals, including the gopher tortoise.

Under current regulations, a land owner may elect to use "best management practices" to convert his/her land to farmland, obtain an agricultural tax exemption, and then sell the property to a developer. Because the land was dedicated to agricultural use, it can quickly be developed. While an intermediate, and perhaps expensive, step has been inserted into a chain of events and it may take decades to complete, the outcome for the gopher tortoise is high mortality and loss of habitat.

In contrast to the kinds of regulations that promote habitat loss, there are incentives, in the form of "conservation easements," that reward land owners for maintaining gopher tortoise habitat. Although regulations for tax exemptions on conservation easements are in place, they are not widely used. A conservation easement removes the right of the landowner to develop the land within the easement. An easement may be perpetual or it may exist for ten years. Currently, conservation easements are used most frequently by Water Management Districts to protect the state's wetlands; they are less often used to conserve upland habitats. Agencies may pay a high percentage of the value of the property for a permanent easement. If agencies could match the tax exemptions granted to land owners who elect to convert their land to farms, plantations, or groves, then land owners may be more willing to establish conservation easements on portions of their land not dedicated to agriculture.

The use of "best management practices" is not limited to privately owned lands; they are applied to public lands as well. Frequently, the Florida Department of Forestry is established as the land manager for Conservation and Recreation Lands (CARL) and State Forests. In 1999, The Department of Agriculture and Consumer Affairs notified regional offices to increase revenues generated from tree harvests and to plan for increased tree productivity in future management plans. Among the practices now employed, at least at some state forests, is the elimination of natural pineland habitats by conversion to intense silviculture (400–800 trees/acre). Furthermore, burning and other land management practices are conducted, not to sustain or increase tortoise habitat, but rather to maximize the yield of timber. These current trends do not bode well for the future of gopher tortoises that reside on these publicly owned lands.

In conclusion, there appears to be much room to improve the protection of this species on both public and private lands within the State of Florida. To establish a meaningful plan to protect the tortoise into the 22nd Century will require the full participation of all those who can influence the future of the gopher tortoise and its habitats. Perhaps in response to the existing uncertainty about the future of the gopher tortoise, McCoy et al. (2006) have called for the State of Florida to adopt a "no tortoise left behind" policy. The authors recognized that implementation of such policy would require significant changes to current operating procedures and create considerable problems for developers.

### ACKNOWLEDGMENTS

We acknowledge the many individuals who regulate and operate federal, state, and local public lands who have provide us the opportunity to conduct research on those lands. Equally, we thank the many private land owners who have done the same.

## LITERATURE CITED

ALFORD, R.A. 1980. Population structure of *Gopherus polyphemus* in northern Florida. Journal of Herpetology 14:177-182.

ALLAN, S.A., SIMMONS, L.A., AND BURRIDGE, M.J. 1998. Establishment of the tortoise tick *Amblyomma marmoreum* (Acari: Ixodidae) on a reptile-breeding facility in Florida. Journal of Medical Entomology 35:621-624.

ALLEN, E.R., AND NEILL, W.T. 1951. The gopher. Florida Wildlife 5:10,32.

ALLEN, E.R., AND NEILL, W.T. 1953. Juveniles of the tortoise *Gopherus polyphemus*. Copeia 1953:128.

ARATA, A.A. 1958. Notes on the eggs and young of *Gopherus polyphemus* (Daudin). Quarterly Journal of the Florida Academy of Science 21:274-280.

ARESCO, M.J., AND GUYER, C. 1999a. Burrow abandonment by gopher tortoises in slash pine plantations of the Conecuh National Forest. Journal of Wildlife Management 63:26-35.

ARESCO, M.J., AND GUYER, C. 1999b. Growth of the tortoise *Gopherus polyphemus* in slash pine plantations of Southcentral Alabama. Herpetologica 55:499-506.

ASHTON, R.E., JR., AND ASHTON, K.J. 1991. *Gopherus polyphemus* (gopher tortoise). Drinking behavior. Herpetological Review 22:55-56.

ASHTON, R.E., JR., AND ASHTON, P.S. 2001. *Gopherus polyphemus* (gopher tortoise). Use of abandoned burrows by juveniles. Herpetological Review 32:185-186.

ASHTON, R.E., JR., ASHTON, P.S., AND MOSURA-BLISS, E.L. 1994. Tortoise management as urbanization encroaches. In: North American Tortoise Conference Proceedings, Mapimi Biosphere Preserve, Durango, Mexico, pp. 13-17.

AUFFENBERG, W. 1966. On the courtship of *Gopherus polyphemus*. Herpetologica 22:113-117.

AUFFENBERG, W. 1969. Tortoise behavior and survival. Rand McNally, Chicago, IL.

AUFFENBERG, W. 1978. Gopher tortoise, *Gopherus polyphemus* (Daudin). In: McDiarmid, R.W. (Ed.). Rare and Endangered biota of Florida. Volume 3: Amphibians and Reptiles. University Presses Florida, Gainesville, pp. 33-35.

AUFFENBERG, W., AND FRANZ, R. 1982. The status and distribution of the gopher tortoise (*Gopherus polyphemus*). In: Bury, R.B. (Ed.). North American Tortoises: Conservation and Ecology. U.S. Fish & Wildlife Service, pp. 95-126.

AUFFENBERG, W., AND IVERSON, J.B. 1979. Demography of terrestrial turtles. In: Harless, M., and Morlock, H. (Eds.). Turtles: Perspectives and Research. John Wiley & Sons, New York, pp. 541-569.

AUFFENBERG, W., AND WEAVER, W. 1969. *Gopherus berlandieri* in southeastern Texas. Bulletin Florida State Museum 13:141-203.

BERISH, J.E. 1995. Identification of critical gopher tortoise habitat in south Florida. Florida Game and Fresh Water Fish Commission, Final Report. Tallahassee, 44 pp.

BERISH, J.E.D., WENDLAND, L.D., AND CATES, C.A. 2000. Distribution and prevalence of upper respiratory tract disease in gopher tortoises in Florida. Journal of Herpetology 34:5-12.

BERRY, K.H. 1997. Demographic consequences of disease in two desert tortoise populations in California, USA. In: Van Abbema, J. (Ed.). Proceedings: Conservation, Restoration, and Management of Tortoises and Turtles – An International Conference. N.Y. Turtle and Tortoise Society, pp. 91-99.

BEYER, S.M. 1993. Habitat relations of juvenile gopher tortoises and a preliminary report of upper respiratory tract disease (URTD) in gopher tortoises. Master's Thesis, Iowa State University, Ames.

BJORNDAL, K.A. 1987. Digestive efficiency in a temperate herbivorous reptile, *Gopherus polyphemus*. Copeia 1987:714-720.

BOGERT, C.M., AND COWLES, R.B. 1947. Moisture loss in relation to habitat selection in some Floridian reptiles. American Museum Novitates 1358:1-34.

BOGLIOLI, M.D., GUYER, C., AND MICHENER, W.K. 2003. Mating opportunities of females gopher tortoises, *Gopherus polyphemus*, in relation to spatial isolation of females and their burrows. Copeia 2003:846-850.

BREININGER, D.R., SCHMALZER, P.A., AND HINKLE, C.R. 1991. Estimating occupancy of gopher tortoise (*Gopherus polyphemus*) burrows in coastal scrub and slash pine flatwoods. Journal of Herpetology 25:317-321.

BREININGER, D.R., SCHMALZER, P.A., AND HINKLE, C.R. 1994. Gopher tortoise (*Gopherus polyphemus*) densities in coastal scrub and slash pine flatwoods in Florida. Journal of Herpetology 28:60-65.

BRODE, W.E. 1959. Notes on behavior of *Gopherus polyphemus*. Herpetologica 15:101-102.

BROWN, D.R., CRENSHAW, B.C., MCLAUGHLIN, G.S., SCHUMACHER, I.M., MCKENNA, C.E., KLEIN, P.A., JACOBSON, E.R., AND BROWN, M.B. 1995. Taxonomy of the tortoise mycoplasmas *Mycoplasma agassizii* and *Mycoplasma testudinis* by 16s rRNA gene sequence comparisons. International Journal of Systematic Bacteriology 45:348-350.

BROWN, D.R., SCHUMACHER, I.M., MCLAUGHLIN, G.S., WENDLAND, L.D., BROWN, M.B., KLEIN, P.A., AND JACOBSON, E.R. 2002. Application of diagnostic tests for mycoplasmal infections of desert and gopher tortoises with management implications. Chelonian Conservation and Biology 4(2):497-507.

BROWN, M.B., SCHUMACHER, I.M., KLEIN, P.A., HARRIS, K., CORRELL, T., AND JACOBSON, E.R. 1994. *Mycoplasma agassizii* causes upper respiratory tract disease in the desert tortoise. Infectious Immunology 62:4580-4586.

BROWN, M.B., MCLAUGHLIN, G.S., KLEIN, P.A., CRENSHAW, B.C., SCHUMACHER, I.M., BROWN, D.R., AND JACOBSON, E.R. 1999. Upper respiratory tract disease in the gopher tortoise is caused by *Mycoplasma agassizii*. Journal of Clinical Microbiology 37:2262-2269.

BROWN, M.B., BROWN, D.R., KLEIN, P.A., MCLAUGHLIN, G.S., SCHUMACHER, I.M., JACOBSON, E.R., ADAMS, H.P., AND TULLY, J.G. 2001. *Mycoplasma agassizii* sp. nov., isolated from the upper respiratory tract of the desert tortoise (*Gopherus agassizii*) and the gopher tortoise (*Gopherus polyphemus*). International Journal of Systematic and Evolutionary Microbiology 51:413-418.

BURKE, R. 1989. Burrow-to-tortoise conversion factors: comparison of three gopher tortoise survey techniques. Herpetological Review 20:92-94.

BURKE, R.L., JACOBSON, E.R., GRIFFITH, M.J., AND GUILLETTE, L.J. 1994. Non-invasive sex identification of juvenile gopher and desert tortoises (genus *Gopherus*). Amphibia-Reptilia 15:183-189.

BURRIDGE, M.J. 2001. Ticks (Acari : Ixodidae) spread by the international trade in reptiles and their potential roles in dissemination of diseases. Bulletin of Entomological Research 91:3-23.

BUTLER, J.A., AND HULL, T.W. 1996. Reproduction of the tortoise, *Gopherus polyphemus*, in northeastern Florida. Journal of Herpetology 30:14-18.

CAMPBELL, H.W., AND CHRISTMAN, S.P. 1982. The herpetological components of Florida sandhill and sand pine scrub associations. In: Scott, N.J., Jr. (Ed.). Herpetological Communities. U.S. Fish and Wildlife Service, Wildlife Research Report 13, pp. 163-171.

CARR, A.F. 1952. Handbook of Turtles. Cornell Univ. Press, Ithaca, New York, 542 pp.

CAUSEY, M.K., AND CUDE, C.A. 1978. Feral dog predation of the gopher tortoise, *Gopherus polyphemus*, in southeast Alabama. Herpetological Review 9:94-95.

COLSON-MOON, J.A. 2003. Reproductive characteristics, multiple paternity, and mating system in a central Florida population of the gopher tortoise, *Gopherus polyphemus*. Master's Thesis, University of South Florida.

CONNOR, K.M. 1996. Homing behavior and orientation in the gopher tortoise, *Gopherus polyphemus*. Master's Thesis, University of South Florida, Tampa.

CONSERVATION BREEDING SPECIALIST GROUP. 2001. Population viability analysis for the gopher tortoise. Unpublished report, Species Survival Commission/IUCN World Conservation Union, 45 pp.

COX, J. 1989. Survival characteristics of small gopher tortoise populations and their possible influence on relocation efforts. In: Diemer, J.E., Jackson, D.R., Landers, J.L., Layne, J.N., and Wood, D.A. (Eds.). Gopher Tortoise Relocation Symposium. Florida Game and Fresh Water Fish Commission, Non-game Wildlife Program Technical Report 5, Tallahassee, pp. 7-14.

COX, J. 1992. A cross-tabulation of land-cover types by conservation lands in Florida. Florida Field Naturalist 20:72-75.

COX, J., INKLEY, D., AND KAUTZ, R. 1987. Ecology and habitat protection needs of gopher tortoise (*Gopherus polyphemus*) populations found on lands slated for large-scale development in Florida. Florida Game and Fresh Water Fish Commission Nongame Wildlife Program Technical Report 4, Tallahassee, 74 pp.

COX, J., KAUTZ, R., MACLAUGHLIN, M., AND GILBERT, T. 1994. Closing the Gaps in Florida's Wildlife Habitat Conservation System. Florida Game and Fresh Water Fish Commission. Tallahassee, 239 pp.

DAVIS, J.H., JR. 1967. General map of natural vegetation of Florida.

Agriculture Experimental Station Circular S-178, University of Florida, Gainesville.

DEEM, S.K. 1998. A review of heartwater and the threat of introduction of *Cowdria ruminantium* and *Amblyomma* spp. ticks to American mainland. Journal of Zoo and Wildlife Medicine 29:109-113.

DEYRUP, M., DEYRUP, N.E., EISNER, M., AND EISNER, T. 2005. A caterpillar that eats tortoise shells. American Entomologist 51:245-248.

DIEMER, J.E. 1986. The ecology and management of the gopher tortoise in the southeastern United States. Herpetologica 42:125-133.

DIEMER, J.E. 1987a. The status of the gopher tortoise in Florida. Proceedings Southeastern Nongame and Endangered Wildlife Symposium, Athens, GA, 3:72-83.

DIEMER, J.E. 1987b. Tortoise relocation in Florida: solution or problem? Desert Tortoise Council Proceedings, 1984 Symposium, pp. 131-135.

DIEMER, J.E. 1989. *Gopherus polyphemus*. In: Swingland, I.R., and Klemens, M.W. (Eds.). The Conservation Biology of Tortoises. Occasional Papers IUCN Species Survival Commission 5, pp. 14-19.

DIEMER, J.E. 1992a. Gopher tortoise *Gopherus polyphemus* (Daudin). In: Moler, P.E. (Ed.). Rare and Endangered Biota of Florida. Volume III. Amphibians and Reptiles. Gainesville: Univ. Press of Florida, pp. 123-127.

DIEMER, J.E. 1992b. Demography of the tortoise *Gopherus polyphemus* in northern Florida. Journal of Herpetology 26:281-289.

DIEMER, J.E. 1992c. Home range and movements of the tortoise *Gopherus polyphemus* in northern Florida. Journal of Herpetology 26:158-165.

DIEMER, J.E., AND MOLER, P.E. 1982. Gopher tortoise response to site preparation in northern Florida. Proceeding of the Annual Conference of Southeast Association of Fish and Wildlife Agencies 36:634-637.

DIEMER, J.E., AND MOORE, C.T. 1994. Reproduction of gopher tortoises in north-central Florida. In: Bury, R.B., and Germano, D.J. (Eds.). Biology of North American tortoises. National Biological Survey, Fish and Wildlife Research 13, pp. 129-137.

DIEMER-BERISH, J.E. 1994. Status and conservation of the gopher tortoise. In: North American Tortoise Conference Proceedings, Mapimi Biosphere Reserve, Durango, Mexico, pp. 24-28.

DIETLEIN, N.E., AND SMITH, A. 1979. Gopher tortoise races—what they mean to the tortoise. Proceedings of the Desert Tortoise Council 1979:181-185.

DODD, C.K., JR. 1995. Disarticulation of turtle shells in north-central Florida: how long does a shell remain in the woods? American Midland Naturalist 134:378-387.

DOONAN, T.J. 1986. A demographic study of an isolated population of the gopher tortoise, *Gopherus polyphemus*; and an assessment of a relocation procedure for tortoises. Master's Thesis, University of Central Florida, Orlando.

DOONAN, T.J., AND STOUT, I.J. 1994. Effects of gopher tortoise (*Gopherus polyphemus*) body size on burrow structure. American Midland Naturalist 131:273-280.

DOUGLASS, J.F. 1976. The mating system of the gopher tortoise, *Gopherus polyphemus*, in southern Florida. Master's Thesis, University of South Florida, Tampa.

DOUGLASS, J.F. 1978. Refugia of juvenile gopher tortoises, *Gopherus polyphemus* (Reptilia, Testudines, Testudinidae). Journal of Herpetology 12:413-415.

DOUGLASS, J.F. 1986. Patterns of mate-seeking and aggression in a southern Florida population of the gopher tortoise, *Gopherus polyphemus*. Proceedings Desert Tortoise Council 1986:155-199.

DOUGLASS, J.F., AND LAYNE, J.N. 1978. Activity and thermoregulation of the gopher tortoise (*Gopherus polyphemus*) in southern Florida. Herpetologica 34:359-374.

DOUGLASS, J.F., AND WINEGARNER, C.E. 1977. Predators of eggs and young of the gopher tortoise, *Gopherus polyphemus* (Reptilia, Testudines, Testudinidae), in southern Florida. Journal of Herpetology 11:236-238.

EISENBERG, J.F. 1983. The gopher tortoise as a keystone species. In: Bryant, R.J., and Franz, R. (Eds.). The Gopher Tortoise: A Keystone Species. Proceedings of the 4th Annual Meeting, Gopher Tortoise Council, Valdosta, GA.

EPPERSON, D.M. 1997. Gopher tortoise (*Gopherus polyphemus*) populations: activity patterns, upper respiratory tract disease, and management on a military installation in northeast Florida. Master's Thesis, University of Florida, Gainesville.

ERNST, C.H., AND BARBOUR, R.W. 1972. Turtles of the United States. Univ. Press of Kentucky, Lexington, 347 pp.

ERNST, C.H., AND BARBOUR, R.W. 1989. Turtles of the World. Smithsonian Inst. Press, Washington, D. C., 313 pp.

EUBANKS, J.O, HOLLISTER, J.W., GUYER, C., AND MICHENER, W.K. 2002. Reserve area requirements of gopher tortoises (*Gopherus polyphemus*). Chelonian Conservation and Biology 4(2):464-471.

FERNALD, E.A. (Ed.). 1981. Atlas of Florida. Florida State University Foundation, Tallahassee.

FITZPATRICK, J.W., AND WOOLFENDEN, G.E. 1978. Red-tailed hawk preys on juvenile gopher tortoise. Florida Field Naturalist 6:49.

FRANZ, R. 1986. *Gopherus polyphemus* (gopher tortoise). Burrow commensals. Herpetological Review 17:64.

FUCIGNA, T.F., JR., AND NICKERSON, D.K., JR. 1989. Relocations of two groups of gopher tortoises from Palm Beach County to Martin County, Florida. In: Diemer, J.E., Jackson, D.R., Landers, J.R., Layne, J.N., and Wood, D.A. (Eds.). Gopher Tortoise Relocation Symposium Proceedings, Florida Game and Fresh Water Fish Commission, Nongame Wildlife Program Technical Report 5, Tallahassee, pp. 59-71.

GARNER, J., AND LANDERS, J. 1981. Foods and habitat of the gopher tortoise in southwestern Georgia. Proceeding of the Annual Conference Southeastern Association Fish Wildlife Agencies 35:120-134.

GATES, C.A., ALLEN, M.J., DIEMER-BERISH, J.E., STILLWAUGH, D.M., AND SHATTLER, S.R. 2002. Characterization of a gopher tortoise mortality event in west-central Florida. Florida Scientist 65:185-197.

GERMANO, D.J., AND BURY, R.B. 1994. Research on North American tortoises: a critique with suggestions for the future. In: Bury, R.B., and Germano, D.J. (Eds.). Biology of North American tortoises, Fish and Wildlife. National Biological Survey, Fish and Wildlife Research 13, pp. 187-204.

GODLEY, J.S. 1989. A comparison of gopher tortoise populations relocated onto reclaimed phosphate-mined sites in Florida. In: Diemer, J.E., Jackson, D.R., Landers, J.R., Layne, J.N., and Wood, D.A. (Eds.) Gopher Tortoise Relocation Symposium. Florida Game and Fresh Water Fish Commission, Non-game Wildlife Program Technical Report 5, Tallahassee, pp. 43-58.

GUYER, C., AND HERMANN, S.H. 1997. Patterns of size and longevity of gopher tortoises (*Gopherus polyphemus*) burrows: implications for the longleaf pine ecosystem. Chelonian Conservation and Biology 2(4):507-513.

HALLINAN, T. 1923. Observations made in Duval County, northern Florida, on the gopher tortoise (*Gopherus polyphemus*). Copeia 1923:11-20.

HANSEN, K.L. 1963. The burrow of the gopher tortoise. Journal Florida Academy Science 26:353-360.

HAWKINS, R., AND BURKE, R. 1989. Of pens, pullers, and pets: problems of tortoise relocation. In: Diemer, J.E., Jackson, D.R, Landers, J.L., Layne, J.N., and Wood, D.A. (Eds.). Gopher Tortoise Relocation Symposium Proceedings. Florida Game and Fresh Water Fish Commission, Nongame Wildlife Technical Report 5, Tallahassee, p. 99.

HUTCHINSON, V.H., WINEGAR, A., AND KOSH, R.J. 1966. Critical thermal maxima in turtles. Herpetologica 22:32-41.

HUTT, A. 1967. The gopher tortoise, a versatile vegetarian. Florida Wildlife 21:20-24.

IVERSON, J.B. 1980. The reproductive biology of *Gopherus polyphemus* (Chelonia: Testudinidae). American Midland Naturalist 103:353-359.

IVERSON, J.B. 1992. A Revised Checklist with Distribution Maps of the Turtles of the World. Richmond, IN: Privately printed, 363 pp.

JACKSON, D., AND MILSTREY, E.G. 1989. The fauna of gopher tortoise burrows. In: Diemer, J., Jackson, D.R., Landers, J.L., Layne, J.N., and Wood, D.A. (Eds.). Gopher Tortoise Relocation Symposium. Florida Game and Fresh Water Fish Commission, Non-game Wildlife Program Technical Report 5, Tallahassee, pp. 86-98.

JACOBSON, E.R., GASKIN, J.M., BROWN, M.B., HARRIS, R.K., GARDINER, C.H., LAPOINTE, J.L., ADAMS, H.P., AND REGGIARDO, C. 1991. Chronic upper respiratory tract disease of free-ranging desert tortoises (*Xerobates agassizii*). Journal of Wildlife Diseases 27:296-316.

JACOBSON, E.R., BROWN, M.B., SCHUMACHER, I.M., COLLINS, B.R., HARRIS, R.K., AND KLEIN, P.A. 1995. Mycoplasmosis and the desert tortoise (*Gopherus agassizii*) in Las Vegas Valley, Nevada. Chelonian Conservation and Biology 1(4):279-284.

KACZOR, S.A., AND HARTNETT, D.C. 1990. Gopher tortoise (*Gopherus polyphemus*) effects on soils and vegetation in a Florida sandhill community. American Midland Naturalist 123:100-111.

KAUTZ, R.S. 1993. Trends in Florida wildlife habitat 1936-1987. Florida Scientist 56:7-24.

KAUTZ, R.S., GILBERT, D.T., AND MAULDIN, G.M. 1993. Mapping Florida wildlife habitats using Landsat Thematic Mapper imagery. Florida Scientist 56:135-154.

KUSHLAN, J.A., AND MAZZOTTI, F.J. 1984. Environmental effects on a coastal population of gopher tortoises. Journal of Herpetology 18:231-239.

LANDERS, J.L. 1980. Recent research on the gopher tortoise and its implications. In: Franz, R. and Bryant, R.J. (Eds.). The Dilemma of the Gopher Tortoise - Is There a Solution? Proceedings of the 1st Annual Meeting, Gopher Tortoise Council, pp. 8-14.

LANDERS, J.L., AND BUCKNER, J.L. 1981. The gopher tortoise: effects of forest management and critical aspects of its ecology. Southlands Experimental Forestry Technical Note, No. 56:1-7.

LANDERS, J.L., AND GARNER, J.A. 1981. Status and distribution of the gopher tortoise in Georgia. In: Odom R., and Guthrie, J. (Eds.). Proceedings of the Nongame and Endangered Wildlife Symposium. Georgia Department of Natural Resources, Game and Fish Division Technical Bulletin WL5, Atlanta, pp. 45-51.

LANDERS, J.L., AND SPEAKE, D.W. 1980. Management needs of sandhill reptiles in southern Georgia. Proceedings of the Annual Conference of the Southeastern Association of Fish and Wildlife Agencies 34:515-529.

LANDERS, J.L., GARNER, J.A., AND MCRAE, W.A. 1980. Reproduction of gopher tortoises (*Gopherus polyphemus*) in southwestern Georgia. Herpetologica 36:353-361.

LANDERS, J.L., GARNER, J.A., AND MCRAE, W.A. 1982. Growth and maturity of the gopher tortoise in southwestern Georgia. Bulletin Florida State Museum, Biological Sciences 27:81-110.

LAVENDER, D.R., AND OLIVER, J.H., JR. 1996. Ticks (Acari: Ixodidae) in Bulloch County, Georgia. Journal of Medical Entomology 33:224-231.

LINLEY, T.A., AND MUSHINSKY, H.R. 1994. Organic composition and energy content of eggs and hatchlings of the gopher tortoise. In: Bury, R.B., and Germano, D.J. (Eds.). Biology of North American tortoises. National Biological Survey, Fish and Wildlife Research 13, pp. 113-128.

LIPS, K.R. 1991. Vertebrates associated with tortoise (*Gopherus polyphemus*) burrows in four habitats in south-central Florida. Journal of Herpetology 25:477-481.

LOHOEFENER, R. 1982. Gopher tortoise ecology and land-use practices in southern Desoto National Forest, Harrison County, Mississippi. In: Franz, R. and Bryant, R.J. (Eds.). The Gopher Tortoise and its Sandhill Habitat. Proceedings of the Third Annual Meeting of the Gopher Tortoise Council, pp. 50-74.

LOHOEFENER, R., AND LOHMEIER, L. 1984. The status of *Gopherus polyphemus* (Testudines, Testudinidae) west of the Tombigbee and Mobile Rivers. Report to U.S. Fish and Wildlife Service in support of petition to list this population under the Endangered Species Act of 1973, 116 pp.

MACDONALD, L.A. 1996. Reintroduction of gopher tortoises (*Gopherus polyphemus*) to reclaimed phosphate land. Florida Institute of Phosphate Research Publication No. 03-105-126, 56 pp.

MACDONALD, L.A., AND MUSHINSKY, H.R. 1988. Foraging ecology of the gopher tortoise, *Gopherus polyphemus*, in a sandhill habitat. Herpetologica 44:345-353.

MARTIN, P.L., AND LAYNE, J.N. 1987. Relationship of gopher tortoise body size to burrow size in a south-central Florida population. Florida Scientist 50:264-267.

MCCOY, E.D., AND MUSHINSKY, H.R. 1988. The demography of *Gopherus polyphemus* (Daudin) in relation to size of available habitat. Final report to Florida Game and Fresh Water Fish Commission, Nongame Wildlife Program, Tallahassee, 71 pp.

MCCOY, E.D., AND MUSHINSKY, H.R. 1991. A survey of gopher tortoise populations residing on twelve State Parks in Florida. Florida Department of Natural Resources. Technical Report 1, 78 pp.

MCCOY, E.D., AND MUSHINSKY, H.R. 1992a. Studying a species in decline: gopher tortoises and the dilemma of "correction factors." Herpetologica 48:402-407.

MCCOY, E.D., AND MUSHINSKY, H.R. 1992b. Studying a species in decline: changes in populations of the gopher tortoise on federal lands in Florida. Florida Scientist 55:116-125.

MCCOY, E.D., MUSHINSKY, H.R., AND WILSON, D. S. 1993. Pattern in the compass orientation of gopher tortoise burrows at different spatial scales. Global Ecology and Biogeography Letters 3:33-40.

MCCOY, E.D., STYS, B., AND MUSHINSKY, H.R. 2002. A comparison of GIS and survey estimates of gopher tortoise habitat and numbers of individuals in Florida. Chelonian Conservation and Biology 4(2):472-478.

MCCOY, E.D., MUSHINSKY, H.R., AND LINDZEY, J.K. 2005. Population consequences of upper respiratory tract disease on gopher tortoises. Final Report, Florida Fish and Wildlife Conservation Commission, Tallahassee, 44 pp.

MCCOY, E.D., MUSHINSKY, H.R., AND LINDZEY, J.K. 2006. Population declines of the gopher tortoise on protected lands. Biological Conservation 128:120-127.

MCDIARMID, R.W. 1978. Rare and Endangered Biota of Florida. Volume 3, Amphibians and Reptiles. University Presses of Florida, Gainesville, 74 pp.

MCLAUGHLIN, G.S. 1990. Ecology of gopher tortoises (*Gopherus polyphemus*) on Sanibel Island, Florida. Master's Thesis, Iowa State University, Ames.

MCLAUGHLIN, G.S. 1997. Upper respiratory tract disease in gopher tortoises, *Gopherus polyphemus*: pathology, immune responses, transmission, and implications for conservation and management. Ph.D. Dissertation, University of Florida, Gainesville.

MCLAUGHLIN, G.S., JACOBSON, E.R., BROWN, D.R., MCKENNA, C.E., SCHUMACHER, I.M., ADAMS, H.P., BROWN, M.B., AND KLEIN, P.A. 2000. Pathology of upper respiratory tract disease of gopher tortoises in Florida. Journal of Wildlife Diseases 36:272-283.

MCRAE, W.A., LANDERS, J.L., AND CLEVELAND, G.D. 1981a. Sexual dimorphism in the gopher tortoise (*Gopherus polyphemus*). Herpetologica 37:46-52.

MCRAE, W.A., LANDERS, J.L., AND GARNER, J.A. 1981b. Movement patterns and home range of the gopher tortoise. American Midland Naturalist 106:165-179.

MEANS, D.B. 1982. Responses to winter flooding of the gopher tortoise (*Gopherus polyphemus* Daudin). Herpetologica 38:521-525.

MICKLER, L.E. 1986. Gopher stew. North Florida Living 6:68-69.

MILSTREY, E.G. 1986. Ticks and invertebrate commensals in gopher tortoise burrows: implications and importance. In: Jackson, D.R., and Bryant, R. (Eds.). The gopher tortoise and its community. Proceedings 5th Annual Meeting Gopher Tortoise Council, Florida State Museum, Gainesville, pp. 4-25.

MOLER, P.E. 1992. Rare and Endangered Biota of Florida. Volume III. Amphibians and Reptiles. University Press of Florida, Gainesville, 291 pp.

MOON, J.C., MCCOY, E.D., MUSHINSKY, H.R., AND KARL, S.A. 2006. Multiple paternity and breeding systems in the gopher tortoise, *Gopherus polyphemus*. Journal of Heredity 97:150-157.

MOUNT, R.H. 1975. The Reptiles and Amphibians of Alabama. Alabama Agricultural Experimental Station, Auburn University, Auburn, 347 pp.

MUSHINSKY, H.R. 1985. Fire and the Florida sandhill herpetofaunal community: with special attention to responses of *Cnemidophorus sexlineatus*. Herpetologica 41:333-341.

MUSHINSKY, H.R., AND GIBSON, D.J. 1991. The influence of fire periodicity on habitat structure. In: Bell, S.E., McCoy, E.D., and Mushinsky, H.R. (Eds.). Habitat Structure: The Physical Arrangement of Objects in Space. Chapman and Hall Ltd., pp. 237-259.

MUSHINSKY, H.R., AND MCCOY, E.D. 1994. Comparison of gopher tortoise populations on islands and on the mainland in Florida. In: Bury, R.B., and Germano, D.J. (Eds.). Biology of North American Tortoises. National Biological Survey, Fish and Wildlife Research 13, pp. 39-47.

MUSHINSKY, H.R., AND MCCOY, E.D. 1996. Studies of wildlife and restoration of phosphate mined land. Florida Institute for Phosphate Research, Bartow, Florida, Publ. No. 03-100-129, 97 pp.

MUSHINSKY, H.R., WILSON, D.S., AND MCCOY, E.D. 1994. Growth and sexual dimorphism of *Gopherus polyphemus* in Central Florida. Herpetologica 50:119-128.

MUSHINSKY, H.R., STILSON, T.A., AND MCCOY, E.D. 2003. Diet and dietary preference of the juvenile gopher tortoise (*Gopherus polyphemus*). Herpetologica 59:475-483.

MYERS, R.L., AND EWEL, J.J. 1990. Ecosystems of Florida. University of Central Florida Press, Orlando, 765 pp.

PALMER, B.D., AND GUILLETE, L.J., JR. 1988. Histology and functional morphology of the female reproductive tract of the tortoise *Gopherus polyphemus*. American Journal of Anatomy 183:200-211.

PETER, T.T., BURRIDGE, M.J., AND MAHAN, S.M. 2000. Competence of the African tortoise tick, *Amblyomma marmoreum* (Acari: Ixodidae), as a vector of the agent of heartwater (*Cowdria ruminantium*). Journal of Parasitology 86:438-441.

SCHUMACHER, I.M., BROWN, M.B., JACOBSON, E.R., COLLINS, B.R., AND KLEIN, P.A. 1993. Detection of antibodies to a pathogenic mycoplasma in desert tortoises (*Gopherus agassizii*) with upper respiratory tract disease. Journal of Clinical Microbiology 31:1454-1460.

SCHUMACHER, I.M., HARDENBROOK, D.B., BROWN, M.B., JACOBSON, E.R., AND KLEIN, P.A. 1997. Relationship between clinical signs of upper respiratory tract disease and antibodies to *Mycoplasma agassizii* in desert tortoises from Nevada. Journal of Wildlife Diseases 33:261-266.

SCHUMACHER, I.M., ROSTAL, D.C., YATES, R.A., BROWN, D.R., JACOBSON, E.R., AND KLEIN, P.A. 1999. Persistence of maternal antibodies against *Mycoplasma agassizii* in desert tortoise hatchlings. American Journal of Veterinary Research 60:826-831.

SEIGEL, R.A., SMITH, R.B., AND SEIGEL, N.A. 2003. Swine flu or 1918 pandemic? Upper respiratory tract disease and the sudden mortality of gopher tortoises (*Gopherus polyphemus*) on a protected habitat in Florida. Journal of Herpetology 37:137-144.

SHILLING, D.G., BEWICK, T.A., GAFFNEY, J.F., MCDONALD, S.K., CHASE, C.A., AND JOHNSON, E.R.L. 1997. Ecology, physiology, and management of cogongrass (*Imperata cylindrica*). Florida Institute of Phosphate research, Publications No. 03-107-140, 128 pp.

SMALL, C.R. AND MACDONALD, L.A. 2001. Reproduction and growth in relocated and resident gopher tortoises (*Gopherus polyphemus*) on reclaimed phosphate-mined lands. Florida Institute of Phosphate Research, Publication No. 03-105-145, 60 pp.

SMITH, H.M., AND SMITH, R.B. 1980. Synopsis of the Herpetofauna of Mexico. Vol VI. Guide to Mexican turtles. John Johnson, North Bennington, VT, 1044 pp.

SMITH, L.L. 1995. Nesting ecology, female home range and activity, and population size-class structure of the gopher tortoise, *Gopherus polyphemus*, on the Katherine Ordway Preserve, Putnam County, Florida. Bulletin, Florida Museum of Natural History 37:97-126.

SMITH, R.B., SEIGEL, R.A., AND SMITH, K.R. 1998. Occurrence of upper respiratory tract disease in gopher tortoise populations in Florida and Mississippi. Journal of Herpetology 32:426-430.

STEWART, M.C., AUSTIN, D.F., AND BOURNE, G.R. 1993. Habitat structure and the dispersion of gopher tortoises on a nature preserve. Florida Scientist, Biological Sciences 56:70-81.

STOUT, I.J., DOONAN, T.J., ROBERTS, R.E., AND RICHARDSON, D.R. 1989. Comparison of results of three gopher tortoise relocations in central and southeast Florida. In: Diemer, J.E., Jackson, D.R., Landers, J.L., Layne, J.N., and Wood, D.A. (Eds.). Gopher Tortoise Relocation Symposium. Florida Game and Fresh Water Fish Commission, Non-game Wildlife Program Technical Report 5, Tallahassee, pp. 15-42.

TAYLOR, R.W., JR. 1982. Human predation on the gopher tortoise (*Gopherus polyphemus*) in north-central Florida. Bulletin Florida State Museum, Biological Sciences 28:79-102.

TIMMERMAN, W.W., AND ROBERTS, R.E. 1994. *Gopherus polyphemus* (gopher tortoise). Maximum size. Herpetological Review 25:64.

ULTSCH, G.R., AND ANDERSON, J.F. 1986. The respiratory microenvironment within the burrows of gopher tortoises (*Gopherus polyphemus*). Copeia 1986:787-795.

U.S. FISH AND WILDLIFE SERVICE. 1987. Determination of threatened status for the gopher tortoise (*Gopherus polyphemus*). Federal Register 52:25376-25380.

WILSON, D.S. 1991. Estimates of survival for juvenile gopher tortoises, *Gopherus polyphemus*. Journal of Herpetology 25:376-379.

WILSON, D.S., MUSHINSKY, H.R., AND MCCOY, E.D. 1991. Relationship between gopher tortoise body size and burrow width. Herpetological Review 22:122-124.

WILSON, D.S., MUSHINSKY, H.R., AND MCCOY, E.D. 1994. Home range, activity, and use of burrows of juvenile gopher tortoises in central Florida. In: Bury, R.B., and Germano, D.J. (Eds.). Biology of North American Tortoises. National Biological Survey, Fish and Wildlife Research 13, pp. 147-160.

WILSON, D.S., MUSHINSKY, H.R., AND FISHER, R.A. 1997. Species profile: gopher tortoise (*Gopherus polyphemus*) on military installations in the southeastern United States. Technical Report SERDP-97-10, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

WILSON, D.S., TRACY, C.R., AND TRACY, C.R. 2003. Estimating age of turtles from growth rings: a critical evaluation of the technique. Herpetologica 59:178-194.

WITZ, B.W., WILSON, D.S., AND PALMER, M.D. 1991. Distribution of *Gopherus polyphemus* and its vertebrate symbionts in three burrow categories. American Midland Naturalist 126:152-158.

WITZ, B.W., WILSON, D.S., AND PALMER, M.D. 1992. Estimating population size and hatchling mortality of *Gopherus polyphemus*. Florida Scientist 55:14-19.

WRIGHT, J.S. 1982. Distribution and population biology of the gopher tortoise, *Gopherus polyphemus*, in South Carolina. Master's Thesis, Clemson University, SC.

YOUNG, F.N.N., AND GOFF, C.C. 1939. An annotated list of the arthropods found in the burrows of the Florida gopher tortoise *Gopherus polyphemus* (Daudin). Florida Entomologist 22:53-62.



# 7

# Growth Patterns of North American Tortoises

Henry R. Mushinsky

Copyright © 2014, Johns Hopkins University Press. All rights reserved.

The rate of growth of an individual tortoise affects the time it takes to achieve the minimum size for sexual maturity, and therefore has a significant influence on the number of offspring an individual can produce in its lifetime. Rapid growth of hatchling and juvenile tortoises also makes them less vulnerable to predation. Hence, understanding the factors that influence tortoise growth rates can provide insights into several life history traits. Growth rates of tortoises are variable: in general, individuals grow very rapidly until they begin to reproduce, at which time growth slows appreciably. As ectotherms, they depend upon their thermal environment to elevate body temperature and have the capacity to decrease their rates of growth to persist during times and at places of low resource availability (Andrews 1982). Turtles are thought to have functionally indeterminate growth: the epiphyses of the long bones remain cartilaginous throughout life. The growth zones of their bones narrow as they age, but turtles retain the capacity to increase in size until death (Haines 1969). As pointed out by Andrews (1982) several decades ago, the difficulty in evaluating growth of long-lived reptiles is that few data exist for individuals observed over a long time period; that difficulty remains today.

The outcome of indeterminate growth becomes biologically significant if the largest males gain the most copulations and/or the largest females produce the most eggs in a population. Evidence exists that larger *Gopherus polyphemus* males have a reproductive advantage over smaller males (Moon et al. 2006); therefore, larger size may translate into increased offspring production. A benefit of large size for female *G. polyphemus* is that as they grow, they add one mm in average egg diameter for every 32 mm increase in carapace length (Small and MacDonald 2001). If a large egg produces a relatively large hatchling, then the large size may translate into increased survival. As well, because larger females produce larger clutches of eggs than smaller females (Iverson 1980), large size may facilitate fitness of the female through increased survival of her young. In an exceptional case study, female *G. polyphemus*

that established burrows on reclaimed phosphate-mined land in central Florida continued relatively rapid growth as mature individuals and produced unusually large clutches for the species (Small and Macdonald 2001).

## GROWTH OF EMBRYOS, NEONATES, AND JUVENILES

Growth begins in the egg and is fueled by energy and nutrients derived from the female (chapter 5). The yolk sac that provides the essentials for growth is absorbed at the time of hatching or very shortly thereafter. Yolk material that remains at the time of hatching is called reserve yolk; it provides the initial source of energy for the neonate (Ewert 1979). Moisture available to the developing embryo influences the size of the hatchling and the amount of reserve yolk remaining at the time of hatching. Inadequate moisture for normal development can decrease the amount of yolk absorbed for growth of the embryo, and if not fatal, can result in hatching of relatively small individuals with a bolus of reserved yolk that remains outside the body cavity for a day or two before it is absorbed into the gut (Arata 1958, Linley and Mushinsky 1994). Postnatal lecithotrophy was defined by Lance and Morafka (2001) as the time of continued growth and development after hatching that is fueled by nutrients and energy provided by the yolk. As much as 50% of the caloric value of yolk lipids may be conserved as posthatching reserve for growth and mobility of North American tortoises. Lance and Morafka (2001) proffered that this nutritional stage could continue for the first six months of life. Accordingly, a postnatal lecithotroph *Gopherus agassizii* could hatch in September, disperse to its first shelter, inoculate itself with fermenting anaerobes via coprophagy, grow, burrow, and hibernate without ever ingesting conventional nutritional forage. Coprophagy is the ingestion of tortoise fecal matter that is done to inoculate the digestive tract of a hatchling tortoise with bacteria that facilitate the digestion of plant material.

54   HENRY R. MUSHINSKY

*Table 7.1.* Growth rates of captive *Gopherus* tortoises, mm per year

| Size class | N | Original | Increase | % | N | Original | Increase | % |
|---|---|---|---|---|---|---|---|---|
| | | *Gopherus polyphemus* | | | | *Gopherus agassizii* | | |
| 50–74 | 1 | 56.0 | 7.0 | 12.5 | 3 | 58.9 | 7.1 | 12 |
| 75–99 | 1 | 94.0 | 13.0 | 13.8 | 3 | 83.8 | 11.6 | 13.9 |
| 100–124 | 1 | 118.0 | 17.0 | 14.4 | 3 | 115.7 | 13.1 | 11.3 |
| 124–149 | 6 | 139.3 | 17.5 | 12.6 | 2 | 137.4 | 11.8 | 8.6 |
| 150–174 | 7 | 164.7 | 7.5 | 4.6 | 3 | 160.0 | 9.0 | 5.5 |
| 175–199 | 11 | 185.1 | 9.0 | 4.9 | 2 | 184.6 | 8.3 | 4.5 |
| 200–224 | 3 | 203.0 | 8.0 | 3.9 | 2 | 212.5 | 14.3 | 6.71 |
| 225–249 | 3 | 232.0 | 7.0 | 3.0 | 3 | 237.5 | 7.2 | 3.0 |
| 250–274 | | | | | 4 | 260.5 | 6.3 | 2.4 |

*Sources: G. polyphemus* data adapted from Goin and Goff 1941. *G. agassizii* data adapted from Patterson and Brattstrom 1972.

Hatchling size of *G. agassizii* is dependent on egg size, water availability during development, and incubation temperature (Spotila et al. 1994). Relatively large eggs produced larger hatchlings that retained their size advantage over smaller hatchlings. Small hatchlings had not caught up to larger members of cohorts nearly four months after hatching. All individuals grew at about the same rate; so, large eggs produced large hatchlings that were larger than siblings at 120 days of age. Eggs and hatchlings reared at 30.6°C grew significantly more rapidly than those reared at 28.1° or 32.8°C, and eggs reared at 35.3°C lost weight during incubation. Substrate moisture content affects hatching success; high moisture content (4% soil moisture) was lethal at 26.0°C and also at 35.3°C. At this high temperature, the eggs absorbed sufficient moisture to crack the shells, but the cracked eggs were repaired by the researchers and the amount of egg buried in the sand was reduced to facilitate the development of the embryos. At high soil moisture levels, the shell of the *G. agassizii* takes up moisture from the sand faster than it evaporates water vapor through the portion of the shell exposed to air. Dry sand (0.4% soil moisture) permits good growth and egg survivorship if the temperature is above 26.0°C and below 35.3°C.

The phrase "neonatal Eureptilian amniotes" (excludes birds) was coined by Morafka and colleagues (2000) to describe the first 10% of ontogeny of a young reptile prior to sexual maturity. The phrase recognizes the complex interaction of the environment (including the oviduct, nest, and habitat surrounding the nest) with the egg during the embryonic development and the earliest stage of life. If a tortoise requires more than ten years to become sexually mature, then the first year of life is its neonatal year.

Normal growth and development require a complete and nutritious diet for all ages of tortoises in a population. The diet of the neonate or juvenile tortoise can be quite different from that of conspecific adults. For example, juvenile *G. polyphemus* consumed 26 genera of plants, 16 of which were selected positively; and the most common plant, the grass genus *Aristida,* was not eaten during most of the year (Mushinsky et al. 2003). Although forbs such as *Liatris* and *Dyschoriste* are included in

the diets of adult tortoises, they are the most important components in the diets of juveniles as they contain relatively high concentrations of nitrogen or other elements that are essential for proper growth and development (Garner and Landers 1981). Numerous researchers have reported on the growth of captive tortoises. Early reports implied that growth was highly predictable and nearly invariable, while more recent reports recognize a high degree of plasticity and variation that is dependent on nutrition. Table 7.1 is a summary comparison of the reported growth rates for *G. agassizii* and *G. polyphemus,* indicating that for a given size of tortoise, the relative increase in carapace length is quite similar. Based on a small collection of wild-caught individuals, Legler and Webb (1961) reported that the growth of *G. berlandieri* during the first six years increased by 15, 36, 21, 15, 10, and 9%, respectively, followed by 3–9% increases for seven years, except for a growth surge at age 12 of 16%. Maximum annual growth rate of the *G. flavomarginatus* measured in wild individuals at the Mapimí Biosphere Reserve near Durango, Mexico, occurs in subadults near maturation: 44 mm in females at 288 mm carapace length (CL), and 26.4 mm in males at 248 mm CL (Adest et al. 1989). The carapace length of *G. berlandieri* increased by 50% during year one of life, followed by 6% for years three to five; then, about 5% per year until age 18 (Auffenberg and Weaver 1969). Other researchers have reported that *G. berlandieri* increased in CL by 56% during the first year, from 42.2 to 65.9 mm (n = 8; Judd and McQueen 1980). *Gopherus berlandieri* is the smallest and *G. flavomarginatus* is the largest of the five taxa. Growth data on these two species are limited.

A stunning example of just how plastic the growth pattern of juvenile tortoises can be was presented by Jackson et al. (1976). High-quality nutrition and lack of dormancy during the first few years of life produced extraordinary growth in *G. agassizii.* Hatchlings were obtained from a clutch laid in captivity. The yolk sacs were absorbed in two days, and all began to eat and drink water immediately. Four individuals, all males, were reared on a substrate of ground alfalfa pellets, which was consumed both intentionally and unintentionally while ingesting a broad array of chopped fruits and vegetables

Copyright © 2014. Johns Hopkins University Press. All rights reserved.

offered twice per day. Individuals were allowed to graze on grass, clover, and flowers outdoors for up to two hours each afternoon. Extraordinary growth was observed during the first three years: increases averaged 176%, 43%, and 11%, respectively. Relative to typical growth rates of wild *G. agassizii,* these four individuals grew to the equivalent size of 11-, 17-, and 18-year-old tortoises during the three years of captive growth. As a consequence of the rapid growth, these individuals expressed distinct abnormal shell morphology, caused by the rapid accumulation of scutes, which created a pyramidal shape of the vertebral and lateral scutes. In a second paper on the growth of the same desert tortoises, Jackson et al. (1978) reported that they grew by 11.7% and 4.2% in their fourth and fifth years. These captive raised four-year-olds were equivalent to the size of 20-year-old wild individuals. The four males showed courtship behavior during the fourth year when a female was placed in their pen; and one individual examined by necropsy had mature, motile sperm in the epididymides.

## GROWTH AND ENERGETICS

An interesting series of papers has addressed the energetic costs of growth in neonate reptiles. Nagy (2000) compared the costs for neonate reptiles, young and adult birds, and mammals. Mammals and birds have much higher baseline metabolic costs because of endothermy; energy for growth is in addition to these basal metabolic costs. Adult reptiles expend small amounts of energy on growth; essentially they nearly stop growing once maturity is achieved, but young reptiles must grow rapidly to survive and require large amounts of energy to fuel that growth. Nagy concluded that there was little evidence indicating that high energetic costs of growth in rapidly growing neonate reptiles increased their metabolic rates above those expected for adult reptiles of the same body mass. Resource needs, including food supply and space requirements, of neonates may not be unusually high and they may not be more vulnerable to resource shortages than adults. Compared to birds and mammals, neonate reptiles compensate for energetic costs of growth by having different patterns of behavior than adults, so as to reduce energy expenditures for other processes and maintain metabolic rates that are typical of starved adults. Because the metabolic costs of growth in reptiles have been difficult to detect, a set of experiments was designed to quantify any added costs of growth by comparing energy expenditures of young growing *Gopherus agassizii* with similar-sized, but adult, Parrot-Beaked Tortoises (*Homopus areolatus*) (Brown et al. 2005). The study was conducted both indoors under highly controlled conditions and outdoors under more variable conditions, but within enclosures. The two species were matched for body size to minimize the body size effects. In outdoor enclosures, mass-adjusted field metabolic rates of the juvenile *G. agassizii* were not higher, and, in fact, were significantly (29%) lower than those of the adult Parrot-Beaked Tortoises. In controlled indoor environments, standard metabolic rates did not differ between species at any of the temperatures tested (20°, 25°,

and 30°C), thus failing to provide any support for the idea that energetic costs in juveniles should be high because of the demands of growth. The effects of early life stage and intensity of growth on juvenile growth costs are intriguing issues for further research; the authors proposed long-term studies of tortoises from hatchling to adulthood to determine the energetic costs of growth early in life.

Two growth models have been used to examine the growth patterns of the *Gopherus polyphemus*; the details of these models are presented in Frazer and Ehrhart (1985). The general von Bertalanffy and logistic equations, with CL as the measure of tortoise size, were used by Mushinsky et al. (1994) to model the growth of tortoises in central Florida. Because the researchers did not have known-age tortoises older than 20 years, they used Fabens' (1965) method for fitting modified (growth interval) equations to data obtained from recaptures of individuals. As judged by residual mean square values, the logistic growth-interval equation described the growth pattern of the *G. polyphemus* better than the von Bertalanffy equation. The same two growth models were applied to capture-recapture data collected by Aresco and Guyer (1999b); and, in contrast, the von Bertalanffy model provided the better fit to their data. The later study was done in south-central Alabama, where tortoises grow more slowly than in central Florida, taking about 20 years to achieve sexual maturity, rather than nine to eleven years. Difference in growth patterns of tortoises in these two populations is quite startling. For example, ten-year-old tortoises in central Florida have a mean carapace length of 208 mm, while the ten-year-old tortoises in south-central Alabama have a carapace length of only 153 mm. Aresco and Guyer (1999b) suggest that the forage plants available at their study sites, pine plantations, are not adequate to fuel tortoise growth in a manner adequate to fit the logistic growth model. In summary, these two studies present strong evidence for the value of nutritional quality for the well-being of tortoises.

## ALLOMETRY AND SEXUAL DIMORPHISM

Proportional changes in body dimensions contribute to the development and shape of the adult body form. The most detailed study of allometric growth was done by Landers et al. (1982): they measured body width and thickness and related those measures to changes in CL in *Gopherus polyphemus*. From hatching through 17 years of age—which is the approximate age at maturity in the study population—the major axis of growth was antero-posterior: width and thickness increased at 73% and 41% of CL, respectively. The increase in CL was greatest during the first four to eleven years of life; and from age five to seventeen, growth was at the same relative rate in all three dimensions. In this southern Georgia population, as individuals approached maturity, annual increments of all body dimensions decreased markedly, but females grew slightly faster and became larger than males. Allometric relations of mature tortoises were different between sexes. In mature males, incremental increases in body width were nearly equal to increases in CL, while body thickness increase

Copyright © 2014. Johns Hopkins University Press. All rights reserved.

56  HENRY R. MUSHINSKY

was more rapid, relative to CL increase. In mature females, CL and body width continued to increase at about 1/3 the rates of 12–17-year-old tortoises, while body thickness increased at a slower rate. These allometric changes produced females that were longer and wider relative to their body thickness than they were at ages 12–17.

Sexual size dimorphism (SSD) likely is a product of which sex achieves sexual maturity first, rather than the product of sexual selection (Gibbons and Lovich 1990). *Gopherus polyphemus* females were larger than males in the southern Georgia population studied by Landers et al. (1982); but, as pointed out by Mushinsky et al. (1994), the degree of SSD reflects the number of years one sex requires to become mature, relative to the other sex. In southern Georgia, females continue relatively rapid growth for three to five years longer than males, producing considerable sexual size dimorphism, while in central Florida, both sexes mature at ages nine to eleven years, and males and females are much less dimorphic in body size at the same age (Mushinsky et al. 1994). Additional dimorphic characteristics are the gular projection (larger in males, but subject to wear and breakage), and several characters associated with egg-laying by females, including the thickness of the anal shield, anal notch dimensions, and the anal width (McRae et al. 1981). The depth of the plastral concavity was the best character for determining the sex of the *G. polyphemus* in Florida (Mushinsky et al. 1994). A detailed phylogenetic analysis of SSD in 82 taxa of turtles concluded that both male and female size are significantly correlated with fecundity traits, meaning larger turtles produce larger clutches, but the degree of SSD does not correlate with fecundity traits, indicating that the sexual dimorphism, per se, does not influence traits associated with reproduction (Gosnell et al. 2009).

Within the genus *Gopherus,* species exhibit two patterns of sexual size dimorphism. Adult females of the *G. flavomarginatus* (Morafka et al. 1989) and *G. polyphemus* (Landers et al. 1982) tend to be larger than males of the same age. Alternatively, adult males of the *G. berlandieri* (Rose and Judd 1982) and *G. agassizii* (Berry 1989) tend to be larger than females of the same age. This pattern reflects the evolutionary history of the genus, with the closely related *G. polyphemus* and *G. flavomarginatus* being the largest members of the genus.

## COUNTING GROWTH RINGS AND AGING TORTOISES

As a tortoise grows, it forms "growth rings" on its shell that have been used to assess the age of tortoises, much like counts of tree rings can be used to age a tree (fig. 7.1; chapter 16). Wilson and colleagues (2003) have provided a detailed analysis of the use and misuse of estimating the age of turtles by counting scute growth rings or annuli. As they point out, no detailed investigations of the development of the keratinized covering of turtle shells have been done. Not all species of turtles retain their scutes, as do the North American tortoises. In tortoises, the margins of the old scute layers form a shallow pyramid of successive scute layers, each new layer slightly larger than the





*Fig. 7.1.* Plastron of a hatchling *Gopherus polyphemus* (*top*), with a visible umbilical scar (*arrow*). Plastron of a *G. polyphemus* in its third year of life (*bottom*), with two complete growth rings (*arrows*). This individual is experiencing rapid growth during the summer of its third year of life, as evidenced by the width of the new scutes (that appear lighter in color than the older scutes) being formed along the midline of the body. Photos courtesy of W. Hentges and A. Hathaway.

previous one. A critical assumption of assessing age by counting growth rings is that the rings are annular (i.e., one growth ring is formed per year, in which case a growth ring reflects growth during a single complete year of development). Under some circumstances, this assumption certainly holds, but one cannot assume that one scute ring equals one year of growth in all cases. Growth of a tortoise need not be uniform and consistent. During periods of slow growth, a relatively thin layer of the epidermis is keratinized to form a depression in the scute that can appear as an incomplete layer. Incomplete growth rings have been considered to be "false rings" (Germano 1988). To be confident that one can age tortoises in a population, one must recapture marked individuals over a long time period and recapture at least some of them at less than yearly intervals to calibrate growth rings with years of

Copyright © 2014. Johns Hopkins University Press. All rights reserved.

age (Wilson et al. 2003). Even then, the data can only be interpolated, not extrapolated, within the population.

Growth of a tortoise is strongly correlated with resource abundance and food intake. Some researchers (e.g., Germano 1988, 1992, 1994) support the notion that scute growth rings form after growth spurts, with most growth occurring during a well-defined portion of the year when resources are abundant. This type of growth produces one distinct growth ring per year. Other researchers (e.g., Tracy and Tracy 1995) argue that scute growth rings form as structural adaptations to strengthen the shell as body size increases, and, therefore, that scute growth rings are added as a function of an increase in body size, not age. Tracy and Tracy (1995) conducted a controlled laboratory growth experiment with *Gopherus agassizii* neonates of known age that they raised for several years. One- and two-year-old individuals in their study had anywhere from 0 to 14 rings; few had the one to two rings expected if rings were annular. Tracy and Tracy (1995) detailed how their results had potentially devastating ramifications for estimates of the ages of free-ranging tortoises based upon counts of scute growth rings. For example, Germano (1992), using counts of scute rings, estimated that most adult *G. agassizii* don't live beyond 30 years; yet, Brussard et al. (1994) provided evidence that they may live 50 years or more. More recently Curtin et al. (2009) used skeletochronology to determine that members of this species do live beyond 50 years. Because population viability analysis of rare species depends upon accurate estimates of age at maturity and generation length, overestimates of age because individuals accumulate more than one growth ring per year would lead one to believe that generation time is shorter than it actually is (Berry 2003b).

The literature on the use of scute ring counts to age tortoises, or turtles in general, has been controversial. After reviewing 145 published papers that used counts of scute rings to age turtles, Wilson et al. (2003) concluded that aging turtles from such counts is feasible in some types of studies, and at some locations, but only after carefully calibrating relationships between scute ring counts and time. Of the 145 papers, 101 did not undertake any calibration. Two studies of *G. polyphemus* and one of *G. berlandieri* illustrate how counts of scute rings can be calibrated, as well as the inherent limitations of the method.

During a ten-year study in central Florida, Mushinsky and colleagues (1994) captured and recaptured 284 *G. polyphemus* individuals 571 times, and 40 adult females were radiographed to determine the minimum size at first reproduction. At about 11–12 years of age, the growth rate of the tortoises declined markedly, and the researchers could not make accurate counts of scute rings. The slow growth rate was not sufficient to produce individually discernible rings. They were able to test the validity of using scute counts to age individuals less than 12–13 years of age because many of the marked individuals were recaptured several times during the ten years of the study. No estimated age, based on counts of scute rings, varied by more than one year for known-age individuals. The researchers also established that the rapid growth detected in juveniles (when

scute rings are most distinct) slowed greatly when sexual maturity was reached. Some individuals in this population achieved sexual reproduction in nine to ten years. From age one to twelve years, individuals grew at the average rate of 18.9 mm CL per year, and the rate declined to about 3% per year as individuals approached 20 years. Because accurate determination of the age of tortoises at this site was verified by recaptured individuals, the researchers were able to determine growth patterns of some for up to 20 years of age.

The second detailed study of tortoise growth was done in south-central Alabama (Aresco and Guyer 1998), a location with a shorter growing season than the previous study in central Florida. *G. polyphemus* ages calculated from measurements of scute rings were compared to ages determined from mark-recapture data. The number of scute rings produced during capture intervals matched the actual number of years of the interval in all tortoises (n = 39) less than 15 years old. Slow growth prevented accurate scute measurements on most mature tortoises older than 15 years. The researchers found false scute rings on 27% of the juveniles and subadults captured in one year, 1996, and postulated that these false scute rings were formed in 1995 because the study site experienced low rainfall that year and growth was very limited. False rings are those that are incomplete and/or very shallow (Germano 1988).

A substantial publication on the poorly studied *G. berlandieri* summarized more than four years of data obtained by a capture-mark-recapture study (Hellgren et al. 2000). While growth of individuals was not the focus of the research, the researchers presented some pertinent data. They were able to age the tortoises by counts of growth rings, and verified their counts with 1020 captures of 835 individuals. They calculated mean annual growth rates of juvenile tortoises (n = 52) to be 15.9 +/− 0.7 mm per year, from a carapace length of 40 mm at hatching. This study provided strong evidence for rapid growth of juveniles until sexual maturity was achieved, at an age of five years and a CL of 120 mm.

## TORTOISE GROWTH IN RELATION TO CLIMATE AND HABITAT QUALITY

The literature on the relationship between North American tortoise growth patterns and various measures of climate is ambiguous. By far, the most comprehensive analysis of the growth patterns of North American tortoises was completed by Germano (1994). He accumulated 20 years of monthly data on precipitation, mean maximum, and mean minimum temperatures from numerous weather stations within the geographic ranges of the four species. Annual precipitation levels were highest for *Gopherus polyphemus* (1162–1593 mm), followed by *G. berlandieri* (472–982) and *G. flavomarginatus* (310–376). Within the ranges of the two western species, he reported precipitation levels of 278–664 mm per year in Sinaloa, 140–324 mm per year in the Sonoran Desert, 101–223 mm per year in the eastern Mojave Desert, and 102–169 mm per year in the western Mojave Desert. Maximum and minimum temperatures did not vary greatly across the ranges

Copyright © 2014. Johns Hopkins University Press. All rights reserved.

58    HENRY R. MUSHINSKY

of the species, suggesting that all North American species are exposed to nearly the same thermal extremes, although the highest summer temperatures occurred within the Sonoran Desert and eastern Mojave Desert, and averaged 6–7° C higher than temperatures within the ranges of *G. polyphemus* and *G. flavomarginatus*. Given that the five species are herbivores, and plants respond favorably to precipitation, Germano (1994) anticipated a positive relationship between annual precipitation and growth rates and patterns. He used four growth measurements to investigate their relationship to the environmental data. All growth data came from measures of scute rings or other morphological measurements of living and preserved tortoises that were fitted to growth curves. The four measures used were asymptotic size, weighted mean annual growth rate, percentage of asymptotic size achieved at curve inflection, and the time period in years required to grow from 10 to 90% of the asymptotic size. None of four growth measurements were correlated with precipitation among the species of *Gopherus*, although mean annual growth was negatively correlated with mean annual precipitation for *Gopherus agassizii*. The underlying assumption was that each of his four metrics should be related to the precipitation data he had collected over a 20-year period. He concluded from his analysis that the environment is not the main determinant of growth rates of North American tortoises.

A recent study compared longevity and growth strategies of the western species in two American deserts (Curtin et al. 2009). These researchers used skeletochronology to assess age and growth patterns. In the Mojave Desert rainfall is irregular and resources are more limited than in the Sonoran Desert. Individuals from the western Mojave Desert grew faster than those from the Sonoran and achieved sexual maturity in 17–19 years compared to 22–26 years to sexual maturity for the Sonoran females. The oldest individuals from the Sonoran Desert were 54-year-old males and 43-year-old females. The oldest individuals from the western Mojave Desert were 56-year-old males and 27-year-old females. Male *G. agassizii* are larger than the females. This difference in longevity and body size of males and females possibly results from females channeling all or most of their nonmaintenance energy into reproductive effort. Because of the faster growth of *G. agassizii*, *G. morafkai* of similar size are older in age and older at death. Tortoises at both locations have a significant relationship between size and age for all adults. The results of the Curtin et al. (2009) study illustrate the significant influence growth rate can have on essential life history parameters, such as age at first reproduction and longevity. Frequent droughts and low annual rainfall in the western Mojave Desert can cause chronic physiological stress, which was proposed as the major driving force behind the two contrasting life histories and growth strategies of the two species. Interestingly, Wallis et al. (1999) reported that tortoises residing in the eastern Mojave Desert produce eggs at a smaller size, produce smaller eggs, and lay more eggs than those residing in the western Mojave Desert.

The influence of rainfall on growth of the *G. agassizii* was documented by a long-term study in southern Nevada. Start-

ing with 15 individuals one to four years old between 1963 and 1965, Turner et al. (1987b) tracked their growth for more than two decades. The tortoises were in three nine ha enclosures but otherwise exposed to natural variations in climate and food availability. In 1987, these tortoises were as old as 26 years; no difference in the growth of males and females was evident. Tortoises grew to plastron lengths of 100 mm in six to seven years, 130 mm in 10–11 years, 150 mm in 13–14 years, and were 215 mm at 24 years of age. In a follow-up paper (Medica et al. 2012) based on these same tortoises, the authors report that males continued to grow more rapidly than females, and at age 30, body size differences became significant, and annual tortoise growth was strongly correlated with winter rainfall. Because of their long-term data set, the authors were able to address statements made in the literature that *G. agassizii* expresses rapid growth between the ages of 15 and 20 years (Patterson and Brattstrom 1972). A similar idea was put forward by Landers et al. (1982) that *G. polyphemus* has an apparent "surge" in growth at carapace lengths of 100–120 mm. The data obtained from this long-term study in southern Nevada refute the notion of rapid growth of *G. agassizii* between 15 and 20 years old. Rather, the authors tracked rainfall and plant productivity during various years and concluded that rapid growth of tortoises in their enclosures reflected unusually good environmental conditions and not some intrinsic process. Evidence to refute the idea that the *G. polyphemus* has a growth surge was published by Mushinsky et al. (1994) and Aresco and Guyer (1998, 1999b). Young juveniles of all North American tortoise species grow rapidly; annual growth seems to reflect local climatic conditions and availability of nutritious plants much more so than any intrinsic pattern of growth. Body condition is a measure of the relationship between body mass and size and was evaluated recently by McCoy et al. (2011). A comparison of body condition indices indicated that mean body condition was lower and seasonal fluctuations were of lesser amplitude in *G. polyphemus* than *G. agassizii*. Body condition of *G. agassizii* was correlated with rainfall, but body condition of *G. polyphemus* was not. Changing rainfall patterns caused by global warming may put both species at risk.

Many natural habitats within the ranges of North American tortoises are now being invaded by nonnative plants. One of the first studies to address the possible influence of nonnative plants on *G. agassizii* biology was conducted by Hansen et al. (1976), who studied diets in three locations by examination of fecal pellets. Although this study did not address the influence of nonnative plants on the growth of the individuals directly, it did document substantial changes in tortoise diets at a location heavily colonized by nonnative plants. For example, foxtail brome (*Bromus rubens*) and redstem filaree (*Erodium cicutarium*), both nonnatives, made up 20% of the diet at the Grand Canyon site and 85% of the diet at the Beaver Dam Wash site, indicating that tortoises are forced to eat what is available for them to consume. The potential detriment of being a general herbivore was addressed by a more recent study on the nutritional quality of foods of juvenile

Copyright © 2014. Johns Hopkins University Press. All rights reserved.

Biology and Conservation of North American Tortoises, edited by David C. Rostal, et al., Johns Hopkins University Press, 2014. ProQuest Ebook Central,
    http://ebookcentral.proquest.com/lib/stetson/detail.action?docID=3318834.
Created from stetson on 2025-01-17 18:13:12.

*G. agassizii* (Hazard et al. 2009). These researchers compared the growth (weight gain or loss) of young tortoises fed four different foods: *Achnatherum hymenoides,* a native grass; *Schismus barbatus,* a nonnative grass; *Malacothrix glabrata,* a native forb; and *Erodium cicutarium,* a nonnative forb. The greatest nutritional difference among the four diets was between the forbs and grasses, not between the native and nonnative plants. The grasses were higher in fiber content and contained less digestible energy than the forbs. The nonnative forb yielded more energy and nitrogen per unit dry mass than the native forb. Young tortoises gained weight rapidly when eating either of the forbs but lost weight when eating either of the grasses. The researchers noted that tortoises ingested less volume of the grasses than of the forbs, and may not have ingested sufficient quantities of grasses to maintain body condition. Although there appeared to be few nutritional differences within the food types (grasses or forbs) the authors offered a broader perspective that is cause for concern for the future of the *G. agassizii.* As the dominant nonnative, nutritionally poor, invasive grasses increase in biomass by spreading across the range of the species, they are causing a reduction in native forb diversity. If tortoises are forced to switch from native forbs to less nutritious grasses and/or spend more time searching for the more nutritious forbs, there may be ecological and nutritional consequences for the species.

## CONCLUSIONS

Tortoises have anatomical adaptations that likely enable them to grow until death, yet the first years of rapid growth have the greatest biological significance. Soil moisture and temperature strongly influence embryonic development and the amount of reserve yolk available to fuel posthatching growth. All five species of *Gopherus* exhibit sexual size dimorphism and exhibit sexually distinguishing characteristics. Age of individuals is difficult to determine. The use of scute rings to age tortoises must be done with caution and verified by independent data. When suitable data are available, the general von Bertalanffy and logistic equations have been used successfully to model the growth of tortoises. Growth of juvenile tortoises illustrates the extreme plasticity of growth patterns. Habitat quality strongly influences growth rate and the number of years needed to achieve the minimum size for sexual maturity. Forbs are highly nutritious plants that are especially important to neonatal Eureptilian amniotes for rapid growth and development. Well-planned and executed experiments have failed to provide support for the idea that energetic costs in juveniles should be high because of the demands of growth.

Copyright © 2014. Johns Hopkins University Press. All rights reserved.

Biology and Conservation of North American Tortoises, edited by David C. Rostal, et al., Johns Hopkins University Press, 2014. ProQuest Ebook Central,
      http://ebookcentral.proquest.com/lib/stetson/detail.action?docID=3318834.
Created from stetson on 2025-01-17 18:13:12.

Exhibit 5

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CENTER FOR BIOLOGICAL DIVERSITY
and NOKUSE EDUCATION, INC.,

    *Plaintiffs,*

           v.                            **Case No.: 23-cv-936-WWB-LLL**

U.S. FISH AND WILDLIFE SERVICE;
MARTHA WILLIAMS, in her official capacity
as Director of the U.S. Fish and Wildlife
Service; and DEB HAALAND, in her official
capacity as Secretary of the U.S. Department
of the Interior,

    *Defendants.*

## <u>DECLARATION OF LEYNA STEMLE, Ph.D.</u>

I, Dr. Leyna Stemle, declare as follows:

1.    The facts set forth in this declaration are based on my personal knowledge, and if called as a witness, I could and would competently testify to those facts under oath. As to those matters that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2.    I have reviewed the Species Status Assessment and the U.S. Fish and Wildlife Service's (FWS) finding that the eastern population of the gopher tortoise does not warrant listing.

3.    I am a recent Ph.D. graduate from the University of Miami in the Biology Department. I also hold a Bachelor of Science in Marine Biology, with a minor in Environmental Studies from Florida Southern College.

4.      During my undergraduate education at Florida Southern College, I helped

perform research on gopher tortoise commensals[1] at Circle B Bar Reserve and

Lakeland Highlands Scrub in Lakeland, Florida. As a Ph.D. student, I worked as a

graduate intern at Archbold Biological Station in Venus, Florida, studying gopher

tortoises, as well as conducting much of my PhD work on gopher tortoises at Archbold.

5.      Most of my research on and work with gopher tortoises has been through my

Ph.D. studies (two of the chapters in my Ph.D. dissertation are dedicated to my gopher

tortoise research). *See* Leyna Stemle et al, *Growth and Survival Outcomes for

Immature Gopher Tortoises in Contrasting Habitats: A Test of Drone-Based Habitat

Assessment*, 14 ECOLOGY & EVOLUTION 70509 (2024) (Attachment A); Leyna Stemle et

al, *GPS Technology Reveals Larger Home Ranges for Immature Gopher Tortoises*. 56

J. OF HERPETOLOGY 172 (2022) (Attachment B).

6.      I have worked for over half a decade on the species and have worked in a PhD

lab that has previously published work on gopher tortoises. I work mainly with younger

age classes (less than 7 years old) because they are understudied. For one chapter of

my dissertation, I studied the movement of juvenile gopher tortoises with GPS tags at

Archbold Biological Station. I was the first to use GPS tags on gopher tortoises in the

juvenile age class to study their movement, as advanced movement analysis had not

previously been done for this age class, and all previous studies used radio tags only.

Through this research, I found that juvenile gopher tortoises move more than we

---

[1] Gopher tortoise commensals are other species that obtain food, refuge, and other
benefits from gopher tortoise burrows.

previously thought, which is important to consider for the amount of land needed for gopher tortoise populations.

7.      My second dissertation chapter on gopher tortoises is based on research I conducted on immature gopher tortoises (from one to six years old) in Venus, FL to determine their growth in different habitats based on available plant species and the nitrogen content of those plants. For this research, we used drone remote sensing data, on-the-ground vegetation surveys, and nitrogen sampling. Through this research, I found that the more herbaceous ground cover that was available to young gopher tortoises at the study site (like legumes and certain grasses), the faster they grew. Thus, gopher tortoise habitats with more herbaceous plant cover provided a more nitrogen-rich diet or more volume, compared to those with less herbaceous plants (e.g., dense, woody, fire-suppressed habitats), allowing the gopher tortoises to grow more quickly. This is significant because young tortoises in fire suppressed areas may have a hard time growing fast enough to get out of vulnerable size classes in a timely manner.

8.      I have also assisted with the International Union for Conservation of Nature's (IUCN) Tortoise and Freshwater Turtle Specialist Group reassessment of the gopher tortoise that is currently undergoing final reviews. The IUCN assessment of the gopher tortoise has not been updated since 1996 and our assessment has been supported by subject matter expert reviewers from every state in the range of gopher tortoises. For the reassessment we gathered all current research on the species, including gathering research on threats to the gopher tortoise. The provisional draft assessment is that the gopher tortoise is Critically Endangered.

9.      Based on my direct experience working with gopher tortoises, I am sincerely concerned about habitat loss and fragmentation, Florida's relocation program, and the consequences of the gopher tortoise's late reproductive age.

10.     Extensive urbanization in Florida has harmed gopher tortoise habitats in the state and, in turn, gopher tortoise populations. For one, much of the quality gopher tortoise habitat in the state has been lost or fragmented due to development. For example, longleaf pine forests, the gopher tortoise's prime habitat, have been reduced to five percent of their original size, which leaves insufficient habitat to sustain thriving gopher tortoise populations. For the gopher tortoise habitats that remain, many are not able to be properly fire managed because they often abut urban areas. Gopher tortoises thrive in environments that have well-drained sandy soils for digging their burrows, open canopy, and abundant herbaceous ground cover, and these environments need to burn at regular intervals to maintain these characteristics.

11.     Invasive species and human-subsidized species (species that thrive because of humans) such as cats, dogs, raccoons, tegu, and fire ants, prey on gopher tortoise eggs and hatchlings, further threatening their already very low natural survival rate. Road mortality due to urbanization near gopher tortoise habitat is also a major issue for the species, and particularly when it affects adult females, as the survival of breeding females in a long-lived species like the gopher tortoise are crucial to the perpetuation of the species.

12.     Yet, the modeling FWS relied upon in its decision regarding the eastern Distinct Population Segment, Folt et al. 2022, falls short in capturing these impacts. For one, Folt 2022 does not include in its population analysis gopher tortoises that live on private

lands; instead, it only considers populations that live on protected lands. This is problematic because a large number of eastern gopher tortoise populations live on private lands (e.g., private farms and pasture lands). This is particularly true in Florida because gopher tortoises that are affected by the translocation program are moved to private lands. The paper has therefore left an entire swath of tortoises out of its population projections, inaccurately representing how threatened the eastern populations actually are. At a minimum, the paper does not present the full picture of the species' status.

13.     Additionally, the Folt 2022 map does not include populations in the southernmost part of the Florida peninsula. This includes populations in Everglades National Park that are barely surviving, as well as populations in Miami, some of which have only a few females and have therefore been extirpated from the area. There are also populations on Florida's southeast coast that have been the subject of scientists' research that were not included. The lack of representation of south Florida populations is a concern because, again, the full picture of the species' status was not presented. If the paper's goal was to consider the decline of eastern gopher tortoise populations or population projections broadly, it should not have overlooked these populations that are in steep decline or are extirpated to a few individuals. This is key missing data that the Folt et al. 2022's range map ignores for a highly imperiled region of the tortoises.

14.     The flawed model from Folt et al. 2022 has been corrected and the recently published results are even more alarming. Kevin Loope et al, *Inflated predictions from a flawed model influenced the decision to deny federal protection for the gopher tortoise*, 54 Global Ecology & Conservation (2024) (Attachment C).

5

15.    Making matters worse, the Species Status Assessment Report (SSA) does not holistically account for additional stressors on remaining habitat such as increasingly severe storms and hurricanes, higher air temperatures, and increased incidences of heat waves, flooding, and drought. For example, increased storm surge from stronger storms could lead to nest inundation and drought could lead to a change in the forage plants available for gopher tortoises to eat. Heat waves in south Florida, where summer temperatures are already very high, might affect the sex ratio of hatchlings, as hatchlings' sex is heat dependent, as well as hatch rates, as very high temperatures will be lethal to gopher tortoise eggs.

16.    While development and these climate-related threats destroy and fragment gopher tortoise habitat, the individual gopher tortoises that are relocated under Florida's program may not fare any better at their relocation sites. Florida permits developers to disturb or conduct construction activities within 25 feet of a gopher tortoise burrow if the developer obtains a Florida Fish and Wildlife Conservation Commission permit to move them to a recipient site. An estimated 50+ percent of the gopher tortoise population in Florida has been translocated in the last decade or so under Florida Fish and Wildlife Conservation Commission regulations.

17.    One issue with the translocation program is the lack of information about the effects of translocation on individual gopher tortoises and the greater population at large (e.g., whether translocated populations can recruit new individuals)—however, we know that translocated gopher tortoises do not integrate well into their new population in the first year after being moved. There is a severe lack of follow-up surveys for translocated gopher tortoises to determine how they are faring after being moved (i.e., Are they

6

surviving? Are they reproducing? Are all age classes doing well?). While there are a few studies, there is no clear consensus on how the relocated tortoises do after being moved. Thus, while they have and continue to be moved at high rates, we do not fully understand the effects of translocation on them.

18.    The translocation program is also possibly problematic because there are not strict rules currently on how far from their original habitats/locations that gopher tortoises can be moved while in the translocation program. This is of concern as we are still learning about their survival and possible genetic issues or change in local adaptations that could be caused from translocations too far away. For example, gopher tortoises in south Florida have adapted to be able to breed essentially all year round, whereas gopher tortoises in the more northern reaches of their range are only able to breed during the late spring and early summer. Thus, moving a tortoise from south Florida to north Florida, for example, may have a negative impact on the breeding outcomes of those individuals because environmental cues may be obscured.

19.    Contributing to the eastern gopher tortoise population's fragility in the face of the above-mentioned external threats are factors inherent to the gopher tortoise's life history, like its late reproductive age. Gopher tortoises generally do not reach sexual maturity until they are between ten and twenty years old. This means that they must survive many years to begin to be able to replace themselves and add to the population. When the many threats to their survival are taken into account, like road mortality due to urbanization near their habitats, the chances that individuals will make it to sexual maturity are low.

20.     This is of particular concern for adult females. If ten percent of females from a small local population are killed on the road, for example, the whole local population may be in jeopardy because each individual took so long to get to sexual maturity. That is how valuable adult females are to their populations. Gopher tortoises also have very low egg and hatchling survival rates. This means that even once an adult female is able to reproduce, many of her offspring will not survive to the juvenile and then adult stage. Additionally, many young gopher tortoises die during the juvenile stage. As such, individuals, and in turn the species as a whole, must pass through a gauntlet of challenges to make it to adulthood, where they continue to be faced with existential threats.

21.     In light of these facts, the SSA's population projections, which only look 80 years into the future, fail to capture the population much beyond a single generation. The lifespan of gopher tortoises is 40–80 years. Additionally, while some species have short generation times, gopher tortoises do not. Their generation time, the time between two consecutive generations, is between 40 and 50 years. Conservation plans cannot in earnest be based on only two generations. The tortoises may be alive in 80 years since they have long lifespans but will not necessarily be a functional and healthy population with young individuals. And genetic defects amongst gopher tortoises due to inbreeding will not manifest themselves in just one or two generations.

22.     Possibly complicating FWS' understanding of this problem is its reliance on the Folt 2022 paper's population modeling. The first problem with the paper's population modeling is that it assumed an even distribution of juveniles in the juvenile age classes. This is an issue because it overestimates how many juvenile gopher tortoises there are

in total, because, in a non-simulated context, juvenile populations are not evenly distributed among ages. For example, generally there are not as many seven-year-old gopher tortoises as two-year-old gopher tortoises because some young gopher tortoises die between the ages of two and seven. Realistically, there are fewer older juveniles than younger juveniles, so the age distribution should not be assumed to be a constant. Because of this, more juveniles in the model became adults than is actually possible in real life.

23.    The second issue with the Folt et al. 2022 model is that its metapopulation feedback loop incorrectly inflated the size of the metapopulations and local populations by orders of magnitude. This is because the model did not sufficiently limit the dummy metapopulations. This inflated the projected population growth for local populations and their paired dummy populations, which in turn led to an unrealistic immigration rate. The end result is that the dummy populations were projected to be hundreds or thousands and millions of gopher tortoises; in reality, there are only ~150,000 gopher tortoises in the wild. Although we know eastern gopher tortoise populations to be in decline, the population projections showed growth. Thus, due to the error in not limiting the dummy metapopulations, the model shows local populations are growing, when in reality they are declining.

24.    For the above-stated reasons and based on my experience researching gopher tortoises and my familiarity with the science on the species, I believe the FWS' October 2022 decision to not list the eastern gopher tortoise populations under the Endangered Species Act was based on insufficient or inaccurate information.

25.    I declare under penalty of perjury that the foregoing is true and correct and was

executed in Miami, Florida on December 10th, 2024.

Leyna Stemle

Attachment A

*Ecology and Evolution*

WILEY

Ecology and Evolution 

---

**RESEARCH ARTICLE** `OPEN ACCESS`

# Growth and Survival Outcomes for Immature Gopher Tortoises in Contrasting Habitats: A Test of Drone-Based Habitat Assessment

Leyna R. Stemle[1]  | Julie M. Sorfleet[2] | Chelsea L. Moore[2] | Jack T. Christie[2] | Christopher A. Searcy[1] | Betsie B. Rothermel[2]

[1]Department of Biology, University of Miami, Coral Gables, Florida, USA | [2]Archbold Biological Station, Venus, Florida, USA

**Correspondence:** Leyna R. Stemle (leynastemle@hotmail.com)

**Received:** 4 July 2024 | **Revised:** 1 October 2024 | **Accepted:** 15 October 2024

**Funding:** This work was supported by Disney Conservation Fund.

**Keywords:** chelonian | forage quality | habitat management | juvenile survival | restoration | unmanned aerial system

## ABSTRACT

Juvenile growth rate is a critical demographic parameter, as it shortens the time to maturity and often dictates how long individuals remain vulnerable to predation. However, developing a mechanistic understanding of the factors determining growth rates can be difficult for wild populations. The gopher tortoise (*Gopherus polyphemus*) is an ecosystem engineer threatened by habitat loss and deficient management of pinelands in the southeastern United States. We investigated the factors governing immature gopher tortoise growth and explored the use of drone-based imagery for habitat assessment by comparing predictive models based on ground-based plant surveys versus drone-derived data. From 2021 to 2022, we tracked and measured immature tortoises in native sandhill and human-modified, ruderal habitat in south-central Florida. Using quarterly, high-resolution drone imagery, we quantified plant cover types and vegetation indices at each occupied burrow and measured the frequency of occurrence of forage species by hand. Annual growth rates of immature tortoises in ruderal habitat were higher than those in sandhill and were the highest published for this species. Models based on drone-derived data were able to explain similar proportions of variation in growth as ground-collected measures of forage, especially during the late dry season when both types of models were most predictive. Habitat differences in forage nitrogen content were also more pronounced during this season, when dominant ground cover in ruderal habitat (bahiagrass) had much higher nitrogen content than dominant ground cover in sandhill (wiregrass). Despite concerns about potential growth-survival trade-offs, tortoises in ruderal habitat did not exhibit lower apparent survival. Our findings indicate that habitat dominated by nutritious non-native grass can provide a valuable supplement to native sandhill through the mechanism of increased growth rates due to higher forage quality. Finally, our study demonstrates that drone technology may facilitate management by providing less labor-intensive ways to assess habitat quality for this and other imperiled herbivores.

## 1 | Introduction

Given the extent of anthropogenic habitat modification, the fate of many threatened species hinges on successful habitat management interventions to stabilize populations and reverse

declines (Benayas et al. 2009). The effectiveness of such interventions depends on having an adequate understanding of the relationships between vital rates and habitat conditions—that is, identifying which vital rates and habitat characteristics are the most important targets for management—as well

---

This is an open access article under the terms of the Creative Commons Attribution License, which permits use, distribution and reproduction in any medium, provided the original work is properly cited.

© 2024 The Author(s). *Ecology and Evolution* published by John Wiley & Sons Ltd.

20457758, 2024, 11, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/ece3.70509, Wiley Online Library on [17/01/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

as knowing potential demographic trade-offs (De Silva and Leimgruber 2019). Entities implementing species management typically lack resources for intensive demographic monitoring and often rely on indicators of habitat quality to gauge whether management is having the desired beneficial effects (Benayas et al. 2009; De Silva and Leimgruber 2019). This issue is particularly acute for long-lived species, such as many chelonians, owing to the mismatch between the multi-decadal pace of demographic change and the much shorter timescale of habitat management decisions (Congdon, Dunham, and Van Loben Sels 1993; De Silva and Leimgruber 2019; Folt et al. 2021).

Another common challenge in conserving long-lived species is the susceptibility of young age classes to predator-induced mortality (Wilson 1991; Tucker 2000). For example, mortality from depredation is particularly high for turtles during the first few years of life, when the shell has not fully hardened, and predators' gape is not yet a limiting factor (Congdon and Van Loben Sels 1991; Stokes et al. 2006). Therefore, it can be beneficial for many chelonians to maximize growth while in early age classes to reduce the time at a vulnerable size, thus avoiding predation (Congdon and Van Loben Sels 1991; Tucker 2000; Stokes et al. 2006; Mansfield, Wyneken, and Luo 2021). Rapid early growth may also lead to reduced time to maturity and/or larger size at maturity, further enhancing lifetime fitness (Landers, McRae, and Garner 1982; Congdon, Dunham, and Van Loben Sels 1993; Scott 1994; Stamps, Mangel, and Phillips 1998). Specifically, larger body size generally correlates with increased fecundity and survivorship (Messerman et al. 2023; Otten and Refsnider 2024), and reduced age at maturity often allows for more years being reproductively active (Iverson 1992; Congdon, Dunham, and Van Loben Sels 1993; Harris 2014).

While beneficial to later survival, faster growth can be associated with higher mortality in the short term. Growth-survival trade-offs occur in diverse taxa, from plants (Inman-Narahari et al. 2014; Meira-Neto et al. 2019) to vertebrates (Lindeman 1997; Mangel and Stamps 2001; Wells and Harris 2001). Negative consequences of rapid early growth may include reduced immune function or delayed ossification (Mangel and Stamps 2001) or increased risk of predation while foraging and thus lower survivorship (Mangel and Stamps 2001; Wells and Harris 2001; Brown and Kotler 2004; Quinn et al. 2018). For example, Jefferson salamanders (*Ambystoma jeffersonianum*) prioritize rapid larval growth at the expense of lower survival in the presence of predators (Wells and Harris 2001). In contrast, most young Atlantic salmon (*Salmo salar*) feed during the night, which leads to lower growth rates but also greatly reduces the risk of predation compared to those that feed during the day (Fraser and Metcalfe 1997). As these examples demonstrate, there can be contrasting strategies to optimize fitness in response to unavoidable trade-offs between early growth and survival.

Growth-survival trade-offs have been suggested but not thoroughly investigated in terrestrial turtles (Otten and Refsnider 2024). Young terrestrial turtles may face a trade-off between forage utilization and predation risk, particularly in open habitats where there is sparse cover to hide from visual predators. This potentially occurs in gopher tortoises (*Gopherus polyphemus*), a threatened, fossorial species restricted to Coastal Plain uplands of the southeastern United States (Pike 2006;

Guyer, Johnson, and Hermann 2012). The gopher tortoise is an important focal species for management because of its keystone functions and ecosystem engineering effects (Kinlaw and Grasmueck 2012; Catano and Stout 2015; Figueroa, Lange, and Whitfield 2021). Fire-maintained pine and sandhill communities on sandy, well-drained soils provide the highest quality natural habitat for this species (Auffenberg and Franz 1982; Mushinsky et al. 2006). Regular burning is required to maintain the species' preferred open-canopy conditions (Hermann et al. 2002; Ashton, Engelhardt, and Branciforte 2008), which in turn promotes abundant herbaceous forage and enables faster growth (Mushinsky, Wilson, and McCoy 1994; Hermann et al. 2002). Although early growth is an important driver of demography via effects on age and size at maturity, modeling suggests gopher tortoise population growth rates are most sensitive to annual survival of juveniles and adult females (McKee et al. 2021; Folt et al. 2021, 2022). Hathaway (2012) and Hentges (2014) found that cattle pastures provide abundant, high-quality forage (resulting in large clutch sizes), but near-absence of juveniles suggested there was high mortality of eggs or young tortoises in such open habitat. Similarly, while adult gopher tortoises readily use roadsides to forage, anthropogenically created open areas may be ecological traps if there are concurrent risks (e.g., invasive predators and road mortality; Rautsaw et al. 2018). Our knowledge of habitat selection, growth, and survivorship of immature gopher tortoises is relatively limited compared to adults because of the difficulty of observing the small, cryptically colored, and typically less abundant juveniles (Wilson, Mushinsky, and McCoy 1994; Eubanks, Michener, and Guyer 2003; Guyer, Johnson, and Hermann 2012).

Estimates of habitat-specific growth and survival rates of immature gopher tortoises are needed to guide land management practices and conserve remaining populations. With this in mind, we examined how variation in forage resources affects growth of wild, immature (i.e., juvenile and subadult) gopher tortoises and whether they face trade-offs between growth and survival in high- versus low-resource environments. Fine-scale habitat heterogeneity within our study area in south-central Florida enabled direct comparison of growth and survival between sandhill (low density of mostly native herbaceous plants) and ruderal habitat (high density of mostly non-native herbaceous plants). A previous study at this site found that adult tortoises residing in ruderal habitat attain larger body sizes (Howell et al. 2020); therefore, we hypothesized that the presence of non-native herbaceous plants in ruderal habitats provides supplemental forage for young tortoises and facilitates faster growth than experienced by similarly aged tortoises in sandhill habitats. However, we expected there would be lower survival in open, ruderal habitat compared to sandhill, which has more shrub cover. Additionally, we investigated temporal patterns of growth in this subtropical portion of the species' range in relation to seasonal differences in forage abundance and quality.

To enhance the applicability of our findings for species management, we examined how well immature growth rates can be predicted from traditional, ground-based measures of habitat quality versus data acquired using drones (i.e., unmanned aerial vehicles). Drones are becoming widely used for land management and wildlife conservation (Baratchi et al. 2013; Jiménez López and Mulero-Pázmány 2019) and may enable more

20457758, 2024, 11, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/ece3.70699, Wiley Online Library on [17/01/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

efficient monitoring of habitat quality and species' responses to management (e.g., Scarpa and Piña 2019). Thus, we explored the utility of drones for assessing differences in forage resources for this terrestrial, herbivorous reptile.

## 2 | Materials and Methods

### 2.1 | Study Site

We studied immature gopher tortoises in the "Red Hill" study population at Archbold Biological Station (Highlands Co., FL), which occupies 5 ha of ruderal habitat surrounded by approximately 84 ha of historically fire-suppressed sandhill (wiregrass-pine-oak habitat; Figure 1). Ruderal habitat refers to vegetation communities growing on human-disturbed sites, in this case an area that was used historically for agricultural purposes but is now dominated by non-native grasses and kept open by mowing and occasional burning. Previous work has shown that adult tortoise densities in this habitat are higher than in adjacent sandhill (Howell et al. 2020). As of 2021, the adjacent sandhill units had a time-since-fire of 1–5 years, following 1–2 prescribed burns since 2013. Prescribed burns were typically preceded by mechanical clearing, i.e., mulching of sand pine (*Pinus clausa*), oaks (*Quercus* spp.), and other woody species, which aided reintroduction of fire and restoration of the desired open vegetation structure.

### 2.2 | Tortoise Data Collection

Upon initial capture, each tortoise was measured, photographed, and given a unique set of marks by drilling or notching multiple marginal scutes. We captured tortoises by searching smaller burrows (≤24 cm wide) mapped during annual line-transect surveys of the study area. To enable monitoring of individual habitat use and growth, we initiated capture and radio tracking of immature tortoises (1–5 years old) in Spring 2021. During the initial capture session, we tagged 10 tortoises in sandhill habitat and eight in ruderal habitat. In subsequent capture sessions, we tagged additional tortoises to bolster sample sizes and replace those lost to mortality or transmitter expiration. In total, we tagged 32 tortoises and tracked them two times per week for up to six seasons (mean 22.5 tortoises/season; Table A1). We deployed Advanced Telemetry Systems radio transmitters weighing 0.75 g (model R1635), 1.20 g (R1655), or 3.60 g (R1680), depending on size of the tortoise (range 68–1320 g, 68–175 mm initial carapace length). We recaptured tortoises quarterly for comprehensive morphometric measurements starting March 2021 until September 2022. For purposes of this study, we divided the year into early dry season (December to March), late dry season (March to June), early wet season (June to September), and late wet season (September to December; Figure 2). Morphometric measurements included carapace length (CL) and width, plastron length and width, and mass. Tortoise age was determined by counting the number of major annuli on the plastral scutes (Mushinsky, Wilson, and McCoy 1994).

### 2.3 | Habitat Data Collection

#### 2.3.1 | Forage Sampling

For the first three seasons of the study, we determined plant community composition by sampling 42 1-m² plots within 14 m of each burrow used by the radio-tagged tortoises. Seven plots



**FIGURE 1** | Aerial image of core study area in south-central Florida showing locations of burrows (open triangles) and habitats used by radio-tagged immature gopher tortoises from March 2021–September 2022. The areas most used by the tortoises are shaded in blue (fire-maintained sandhill) and orange (ruderal). Much of the surrounding unshaded habitat is long-unburned sandhill. Inset map in upper left shows location of study site in peninsular Florida.



**FIGURE 2** | Monthly rainfall during each season and timing of gopher tortoise growth measurements (tortoise symbols), ground-based plant surveys (black leaves), plant tissue collection for nutrient analysis (white leaves), RGB drone flights (black drones), and multispectral drone flights (white drones). Rainfall data were compiled from daily rainfall recorded manually at Archbold Biological Station's main weather station located 1 km from the study site.

were spaced at 2-m intervals along each of six transects radiating at 60° intervals from the burrow. We used 14 m as a radius because this is a realistic daily foraging distance for immature gopher tortoises (Wilson, Mushinsky, and McCoy 1994; Stemle, Rothermel, and Searcy 2022). We conducted a new vegetation survey whenever a tortoise moved to a new burrow (provided it stayed >1–2 weeks) and once every season at burrows that were used for multiple seasons. Variables calculated from these surveys included frequency of non-native bahiagrass (*Paspalum notatum*), native wiregrass (*Aristida stricta*), sedges, other non-leguminous herbaceous species, native legumes, non-native

legumes, and tall woody vegetation (Table 1). Frequency was calculated as the proportion of the 42 plots surrounding each burrow in which the plant type was present.

During the late dry season (May) and early wet season (August) of 2022, we collected plant tissues to determine forage quality, i.e., nitrogen content. We sampled the three most abundant forage species in each of three randomly placed 1-m² plots within a 14-m buffer surrounding the burrow of each radio-tagged tortoise. The plot locations were chosen using random numbers generated for distance (1–14 m) and bearing (0°–360°) from the

**TABLE 1** | Predictor variables included in models of immature tortoise growth, and seasons when each variable was measured.

| Variable name | Method | Description | 2021 | | | 2022 | |
|---|---|---|---|---|---|---|---|
| | | | Mar–Jun | Jun–Sep | Sep–Dec | Mar–Jun | Jun–Sep |
| BAHIAGRASS | GV | Frequency of non-native bahiagrass | • | • | • | | |
| WIREGRASS | GV | Frequency of native wiregrass | • | • | • | | |
| OTHER HERB | GV | Frequency of other herbs | • | • | • | | |
| LEGUME | GV | Frequency of native legumes | • | • | • | | |
| NN LEGUME | GV | Frequency of non-native legumes | • | • | • | | |
| SEDGE | GV | Frequency of sedges | • | • | • | | |
| TALL WOODY | GV | Frequency of tall woody plants | • | • | • | | |
| GREEN HERB | D-SC | % cover of green herbaceous veg | • | • | • | • | • |
| BROWN HERB | D-SC | % cover of brown herbaceous veg | • | • | • | • | • |
| WOODY VEG | D-SC | % cover of woody vegetation | • | • | • | • | • |
| TREE | D-SC | % cover of trees | • | • | • | • | • |
| BARE GROUND | D-SC | % cover of bare ground | • | • | • | • | • |
| MGRVI | D-RGB | Modified Green Red VI | • | • | • | • | • |
| GLI | D-RGB | Green Leaf Index | • | • | • | • | • |
| NDVI | D-MS | Normalized Difference VI | | | | • | • |
| NDRE | D-MS | Normalized Difference Red Edge Index | | | | • | • |
| EVI2 | D-MS | 2-band Enhanced VI | | | | • | • |
| SRre | D-MS | Red-Edge Simple Ratio | | | | • | • |
| CIgreen | D-MS | Green Chlorophyll Index | | | | • | • |
| CIred-edge | D-MS | Red Edge Chlorophyll Index | | | | • | • |
| MTCI | D-MS | MERIS Terrestrial Chlorophyll Index | | | | • | • |
| RTVICore | D-MS | Red-Edge Triangulated VI | | | | • | • |

*Note:* All variables were measured within 14 m of burrows used by radio-tagged tortoises. If a tortoise used two burrows within the same season, we calculated a weighted average of each metric based on the proportion of time the tortoise used each burrow.
Abbreviations: D-MS = calculated from multi-spectral drone data; D-RGB = calculated from RGB drone data; D-SC = supervised classification of RGB drone imagery; GV = ground-based vegetation survey; VI = vegetation index.

20457758, 2024, 11, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/ece3.70509, Wiley Online Library on [17/01/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

20457758, 2024, 11, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/ece3.70509, Wiley Online Library on [17/01/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

burrow. We collected enough leaves from each dominant species to reach ~2 mg of dry weight. In most cases, this meant collecting nearly all the leaves from multiple plants; however, we did not collect buds, flowers, or seeds. We placed the samples in paper bags and dried them in an oven at 50°C for 72 h, then sent the dried samples to the University of Georgia's Stable Isotope Lab for processing to determine total nitrogen (N) and carbon:nitrogen ratios.

### 2.3.2 | Supervised Classification of Drone Imagery

We acquired high-resolution Red-Green-Blue (RGB) aerial images (3.5-cm resolution) with a DJI Phantom 4 Pro of the study area during five seasons (Figure 2), excluding the winter season (December 2021–March 2022) when there was negligible tortoise growth. Because of cloudy conditions in the late wet season of 2022, we had to conduct two drone flights (on 12 and 20 September) to obtain shadow-free images of every burrow that were high enough quality for classification. The RGB images were post-processed using ESRI Drone2Map to produce georectified orthomosaics for each date. In addition to this initial post-processing, we used photogrammetry to produce a digital surface model (DSM) showing the elevation of the tallest object in each pixel and a digital terrain

model (DTM), which categorizes the resulting point cloud and interpolates ground elevation values. We derived a vegetation height layer by subtracting the DTM from the DSM. To improve the accuracy of the classification, we used multiple subclasses to maximize spectral separation and then grouped those values into the final classes (e.g., we classified white sand and yellow sand separately, then merged these into one bare ground class). At the completion of the classification, we used the vegetation height layer to help correct obviously erroneously classified pixels (e.g., pixels classified as "tree" with a height value of <1 m were reclassified to woody vegetation). To further improve the accuracy of our classification, we manually edited shadow pixels within the burrow buffers to estimate which classes were not visible because of shadows. We then employed supervised classification in ArcGIS Pro (v 2.9, ESRI, Redlands, CA) to determine percent cover of bare ground, brown herb, green herb, trees, and woody vegetation within 14 m of each burrow (Figure 3).

### 2.3.3 | Calculation of Vegetation Indices

We calculated two vegetation indices (VIs) from RGB drone imagery for all five seasons. Modified Green Red Vegetation Index (MGRVI) and Green Leaf Index (GLI) were calculated with the



**FIGURE 3** | Examples of supervised classification of RGB drone imagery to characterize vegetation composition within 14 m of burrows used by radio-tagged immature tortoises (orange triangles) in 2021. Panels A and B show an area of ruderal habitat in late dry season (left) and early wet season (right). Panels C and D show an area of native sandhill in late dry season (left) and early wet season (right).

20457798, 2024, 11, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/ece3.70699, Wiley Online Library on [17/01/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

*raster calculator* tool in ArcGIS Pro and the mean, max, and 90th percentile were extracted from the 14-m buffers with the *zonal statistics* tool. In addition to the RGB imagery, we acquired multispectral imagery in May and September 2022 using a DJI Matrice 300 RTK quadcopter equipped with a MicaSense RedEdge-MX sensor and downwelling light sensor. The flights occurred within 2h of solar noon at a height of 120 m AGL, yielding a resolution of ~10 cm. The resulting imagery was processed in Agisoft Metashape Professional Edition to obtain radiometrically calibrated orthomosaics consisting of blue, green, red, red edge, and near-infrared bands. These orthomosaics were then used to calculate eight multispectral VIs using the *raster* package in R version 4.2.1 (R Core Team 2022) similar to Walsh et al. (2018). These multispectral VIs were loaded as rasters into ArcGIS Pro and georeferenced to the RGB imagery for each season. The multispectral VIs were then extracted to the 14-m buffers around each burrow using the *zonal statistics as table* tool in ArcGIS Pro to get the maximum, mean, and 90th percentile within the buffers.

## 2.4 | Statistical Analyses

### 2.4.1 | Growth Analyses

For tortoises tracked at least 12 months (March 2021–March 2022), we used a two-sample t-test to compare annual growth (CL % growth per day) between habitats. For individuals tracked all six seasons (see Table A1), we ran a repeated-measures analysis of variance (ANOVA) to examine effects of habitat, time (i.e., season), and their interaction on growth measured at quarterly intervals. The repeated-measures ANOVA was conducted in R Studio using the *dplyr* package (Wickham et al. 2022). Post hoc tests consisted of one-way ANOVAs comparing growth between habitats within each season using the Benjamini-Hochberg procedure to correct for multiple comparisons.

To evaluate which variables were the best predictors of tortoise growth (CL % growth per day), we utilized model selection using the *dredge* function in R Studio (Bartoń 2022) to identify the best-supported model based on AICc. We compared each set of predictors and their $R^2$-values for each season, as different subsets of predictors were available for each season (Table 1). We included initial CL as a covariate in all models to account for ontogenetic change in growth rate. To ensure no variables were correlated in each top model, we verified that all Variance Inflation Factors were < 5.

### 2.4.2 | Forage Analyses

We used a factorial ANOVA to examine effects of season and habitat (ruderal versus sandhill) on the N content of forage species averaged across the three plots at each burrow. Additionally, we compared percent total N between habitats for each season separately using one-way ANOVAs.

### 2.4.3 | Survival Analyses

Using a POPAN formulation of the Jolly-Seber model in package *marked* (R Studio v 4.0.0, R Core Team 2022; Laake, Johnson, and Conn 2013), we estimated the quarterly apparent survival of the radio-tracked tortoises from March 2021 to September 2022. We considered models with both constant and time-varying values for apparent survival (phi) and recapture probability (pent), resulting in four candidate models. We used the model with the lowest AICc to estimate survival of all immature tortoises, as well as small (< 120 mm CL) versus large (> 126 mm CL) tortoises separately. In addition, we estimated apparent survival separately for each habitat, excluding three tortoises that spent significant amounts of time in both habitats (see Table A1). For habitat-specific analysis, we only included tortoises that spent > 80% of their time in a single habitat during the 18-month study period.

## 3 | Results

## 3.1 | Tortoise Growth

### 3.1.1 | Seasonal and Habitat-Specific Growth Rates

From March 2021 to March 2022, tortoise growth rate differed significantly between ruderal and sandhill habitat ($F_{1,13} = 12.0$, $p = 0.004$; Figure 4). Mean annual growth rates were $34.4 \pm 3.5$ mm ($n = 6$) in ruderal habitat and $19.5 \pm 3.4$ mm ($n = 8$) in sandhill. Quarterly growth rates differed significantly between habitats ($F_{1,10} = 6.9$, $p = 0.003$) and across seasons ($F_{5,50} = 40.4$, $p < 0.001$; Figure 5, Table A2), including a significant habitat x season interaction ($F_{5,50} = 4.4$, $p < 0.001$; Figure 5). Growth was consistently higher in ruderal habitat, with the strongest effect in the late dry season and smaller effects in the



**FIGURE 4** | Relationships between body size and age for immature gopher tortoises in ruderal ($n = 7$) and sandhill ($n = 11$) habitats, with 95% confidence bands. Age was based on number of annuli counted when collecting the last measurements of each tortoise during the study. Based on linear projections, tortoises in ruderal habitat are predicted to reach the minimum female size at maturity (horizontal gray line; Meshaka Jr., Layne, and Rice 2019) significantly earlier (~2 years earlier) than tortoises in sandhill.

20457758, 2024, 11, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/ece3.70509, Wiley Online Library on [17/01/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

early wet and late wet seasons (Tables A2 and A3). There was no difference in growth between habitats in the early dry season, because growth was near zero during this coldest part of the year. Growth also did not vary significantly between habitats during the early wet season of 2022, which may be due to the lower sample size compared to the early wet season of 2021 (Tables A2 and A3).

### 3.1.2 | Predictors of Tortoise Growth

When available, data from ground-based plant surveys were always more predictive of tortoise growth than remotely acquired data. We found positive effects of BAHIAGRASS, SEDGE, and NN LEGUME on growth and negative effects of TALL WOODY (Table 2). The environmental variables were most predictive of



**FIGURE 5** | Mean percent growth in carapace length per day in each habitat and season. *$p < 0.05$. Overall, growth was higher in ruderal habitat ($p = 0.003$), although this growth advantage varied seasonally ($p < 0.001$), with the greatest advantage observed in the late dry season (Mar–Jun).

**TABLE 2** | Best models of tortoise growth by season (see Table 1 for variable descriptions and seasons measured).

| Season | Ground-based plant survey | Drone—supervised classification | Drone—RGB indices | Drone—multispectral indices |
|---|---|---|---|---|
| Late dry 2021 (Mar–Jun) | $R^2 = 0.71$ **BAHIAGRASS** (0.839) Initial CL (−0.153) | $R^2 = 0.64$ **GREEN HERB** (0.798) Initial CL (−0.211) | $R^2 = 0.43$ **90% GLI** (−0.590) Initial CL (−0.000) | NA |
| Early wet 2021 (Jun–Sep) | $R^2 = 0.55$ **SEDGE** (0.516) **NN LEGUME** (0.651) **Initial CL** (−0.367) | $R^2 = 0.28$ **GREEN HERB** (0.429) Initial CL (−0.310) | $R^2 = 0.23$ MGRVI Max (0.372) Initial CL (−0.279) | NA |
| Late wet 2021 (Sep–Dec) | $R^2 = 0.43$ SEDGE (0.358) **TALL WOODY** (−0.370) Initial CL (−0.320). | $R^2 = 0.24$ **GREEN HERB** (0.410) Initial CL (−0.363) | Null model | NA |
| Late dry 2022 (Mar–Jun) | NA | $R^2 = 0.31$ **WOODY VEG** (−0.438) Initial CL (−0.252) | $R^2 = 0.27$ MGRVI Max (0.392) Initial CL (−0.336) | Null model |
| Early wet 2022 (Jun–Sep) | NA | $R^2 = 0.44$ WOODY VEG (−0.371) **Initial CL** (−0.544) | $R^2 = 0.65$ **MGRVI Max** (0.844) **90% GLI** (−0.739) **Initial CL** (−0.426) | $R^2 = 0.65$ NDVI Max (0.436) **90% NDVI** (−0.422) **Initial CL** (−0.613) |

*Note:* Values in parentheses are standardized regression coefficients and significant relationships ($p < 0.05$) are indicated in bold. Early dry season is not included due to negligible growth during this period.

20457758, 2024, 11, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/ece3.70509, Wiley Online Library on [17/01/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

tortoise growth in the late dry season of 2021 (Figure 6), during which the drone-derived indices explained a similar percentage of the variation in immature tortoise growth ($R^2 = 0.64$) as the ground-based plant surveys ($R^2 = 0.71$). The drone flight in April 2022 corresponded with a period of much lower rainfall compared to April 2021 (Figure 2), and our models explained very little of the variation in growth during late dry season of 2022. Instead, in 2022 our models were most predictive of growth during the early wet season, after the onset of rain alleviated the seasonal drought. Among the drone-derived indices, GREEN HERB was the best predictor of tortoise growth (top model in three of five seasons; Table 2; Figure 6). WOODY VEG, which is largely the inverse of GREEN HERB ($r = -0.89$, $p < 0.001$), was also revealing. Two of the VIs based on RGB data provided useful drone-derived predictors of immature tortoise growth. Specifically, GLI was negatively correlated with tortoise growth, while MGRVI was positively associated. GLI measures density of dark green wavelengths (oak leaves have high value), while MGRVI discriminates between healthy plants (high value) and bare soil/ground (low value). In contrast, none of the VIs based on multispectral data were good predictors of growth (Table 2).

## 3.2 | Forage Composition and Quality

Based on ground-based plant surveys, bahiagrass was the dominant forage plant in ruderal habitat (42.8% of plots), whereas wiregrass was dominant in sandhill (45.5% of plots; Tables A4 and A5). Thus, the difference in forage quality between the two habitat types can largely be attributed to these two species. Wiregrass consistently had the lowest N content (mean 0.66%) and bahiagrass consistently had higher N (~2-fold) than wiregrass (two-sample t-test, $p < 0.001$; Table A5). However, the difference in forage quality between the two habitat types decreased between the late dry and early wet seasons for two

reasons. First, N content of bahiagrass decreased significantly (by 21%) over this time interval (two-sample t-test, $p < 0.001$), diminishing N availability in the ruderal habitat. Second, the diversity of forage species in sandhill increased (late dry season Shannon diversity = 2.40; early wet season Shannon diversity = 3.69), decreasing the influence of the N-poor wiregrass. Legume frequency increased in both habitats from May to August, but the increase in sandhill was much larger (199% increase) than the increase in ruderal habitat (75%). In both seasons, leguminous (native or non-native) species had higher N than other species (May: $F_{1,15} = 6.3$, $p = 0.024$; August: $F_{1,18} = 7.2$, $p = 0.015$), driving their importance for forage quality.

Collectively, the seasonal and habitat-specific patterns of N content of forage species mirrored the observed patterns of immature tortoise growth. Forage species in ruderal habitat had significantly higher total N than forage in sandhill habitat in the 2022 late dry season ($F_{1,84} = 6.1$, $p = 0.015$), when tortoise growth was similarly greater in ruderal habitat (Figure 5). Total N did not differ between habitats in the 2022 early wet season ($F_{1,133} = 0.1$, $p = 0.770$), when there was no statistically significant difference in growth between the two habitats (Table A3).

## 3.3 | Tortoise Survival

For all time periods and analyses, the top model had constant survival across time periods (phi ~ 1). Quarterly apparent survival of tagged immature tortoises across both habitats from March 2021–September 2022 was 94.2% ± 2.2 (95% CI: 88.0%–97.3%; $n = 32$). Quarterly apparent survival was similar for immature tortoises residing in ruderal habitat (94.9% ± 3.5, 95% CI: 82.1%–98.7%; $n = 12$) and in sandhill (93.1% ± 3.3, 95% CI:



**FIGURE 6** | Top predictors of immature gopher tortoise growth during late dry season of 2021. Frequency of non-native bahiagrass (A) was the strongest predictor of growth from ground-based plant surveys, whereas percent cover of green herb (B) was the strongest drone-derived predictor.

20457758, 2024, 11, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/ece3.70599, Wiley Online Library on [17/01/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

83.0%–97.4%; $n = 16$). These estimates correspond to annual apparent survival rates of 81.1% and 75.1% for ruderal and sandhill habitats, respectively, or 79.3% for all tortoises combined. Quarterly apparent survival did not differ significantly between size classes, although point estimates were lower for small tortoises ($91.6\% \pm 3.5$, 95% CI: 81.6%–96.4%; $n = 19$) than for large tortoises ($96.4\% \pm 2.5$, 95% CI: 86.8%–99.1%; $n = 13$). These estimates correspond to annual apparent survival rates of 70.4% (tortoises <120 mm CL) and 86.4% (tortoises >126 mm CL).

## 3.4 | Time Investment per Method

Drone imagery required a ~0.5-h flight if it was for a RGB-derived vegetation index or ~2 h for a multispectral index, and many hours of post-processing and computer run time; the estimated total time for calculating spectral indices was approximately 30 h, with multispectral taking closer to 35 h (25–40 h). Supervised classification required a ~0.5-h drone flight, ~8 h classification time, and many hours of post-processing and computer run time; the estimated total time for supervised classification was approximately 38 h. Plant surveys required ~60 person-hr of fieldwork (30–60 min per burrow with 2–4 people) plus 5 h entering data, for a total estimate of 65 h per season. Thus, considering it took ~65 h for plant surveys and ~34 h for drone data acquisition (averaging 30 h for spectral indices and 38 h for supervised classification), drone-based methods required ~48% less time.

## 4 | Discussion

Our examination of individual variation in growth rates of immature gopher tortoises with respect to forage resources provides valuable new insights for wildlife managers aiming to maintain population resilience under anthropogenically modified disturbance regimes. Although our 1.5-year study only spanned two growing seasons, we found consistent patterns in immature gopher tortoise growth, which varied significantly by both habitat and season. In ruderal habitat, we observed the highest annual growth rates ever reported for wild gopher tortoises, an average of 34.4 mm/year compared with 5–19 mm/year at other sites throughout the species' range (Harris 2014). In comparison, immature tortoises in sandhill habitat grew only slightly faster than those at another sandhill site in central Florida (19.5 mm/year vs. 19 mm/year; Mushinsky, Wilson, and McCoy 1994). Within our study population, there is a strong positive relationship between immature tortoise growth and abundance of bahiagrass and other non-native grasses/legumes (found mostly in ruderal habitats), whereas growth is negatively correlated with abundance of woody vegetation (found mostly in sandhill). These patterns were apparent not only from ground-based plant surveys but also using supervised classification or vegetation indices derived from high-resolution drone imagery (see Table 2), enabling similar estimates of forage quality over much larger areas in the future. We further demonstrate that the advantage in forage quality of the ruderal habitat is most prevalent during the late dry season, a time when native food resources are scarce. Additionally, we have developed a mechanistic understanding of growth rate variation by finding an identical habitat-by-season pattern in the N content of available forage. In support

of this conclusion, previous work has shown N-rich plants are important for growing gopher tortoises (Mushinsky, Stilson, and McCoy 2003; Hathaway 2012).

Our study also clarifies the effects of habitat quality on demography by demonstrating how habitat heterogeneity contributes to within-population differences in age-specific body size. Specifically, our linear model of size versus age projects that tortoises in ruderal habitat at Archbold Biological Station can attain the minimum size for sexual maturity ~2 years earlier than those in sandhill habitat (Figure 4), and likely earlier than reported for any other population (Harris 2014; Meshaka Jr., Layne, and Rice 2019). Rapid growth enables young tortoises to reach sexual maturity faster, thus increasing fitness by reducing time at a vulnerable size and expanding the number of reproductive years (Mangel and Stamps 2001; Harris 2014). Just as fine-scale differences in habitat quality create divergent growth trajectories within a population, site-to-site differences in habitat quality combined with latitudinal variation in length of the activity season, result in widely varying mean growth rates among populations throughout the species' range (Mushinsky et al. 2006).

Our hypothesis of a growth-survival trade-off was not supported because apparent survival estimates showed no evidence of negative effects of ruderal habitat on survival of this age class (1–7 years). If anything, survival tended to be higher in the ruderal habitat and thus in the same direction as that habitat's higher growth potential. This contrasts with previous hypotheses that faster growth could be associated with trade-offs in fitness, such as increased predation risk while foraging or reduced immune function (Lindeman 1997; Mangel and Stamps 2001), which still need to be examined. Generally, mowed grass habitats are considered an ecological trap for turtle species, as they are often associated with roadsides, where turtles face higher mortality risk (Aresco 2005; Shepard et al. 2008; Rautsaw et al. 2018). However, at our study site, there is high driver awareness of tortoises and mowing is restricted to early morning when tortoises are less active aboveground. Additionally, survivorship could differ among sites due to differences in predator community composition or differences in vegetation structure and cover (e.g., grass height, and shrub density). Thoroughly addressing the question of growth-fitness trade-offs in human-altered habitats will require data from additional sites and measuring fitness traits over longer periods, because mortality could be higher in response to more extreme weather events or unique combinations of environmental stressors not captured in this relatively short study. Ideally, future studies should also include neonates, as it remains unclear if gopher tortoises would experience a growth-survival trade-off during the first year post-hatching.

Given ongoing urbanization and projected population declines (USFWS 2021; Folt et al. 2022; Loope, Akçakaya, and Shoemaker 2024), we expect more intensive management interventions will be required to stabilize gopher tortoise populations. Mitigation translocations of gopher tortoises are already common (Seigel and Dodd Jr. 2000), particularly in Florida, where thousands of permits have been issued in recent years for onsite relocation or offsite translocation of tortoises from areas slated for development to permitted recipient sites with suitable habitat (USFWS 2021). Both translocated and natural populations may

20457758, 2024, 11, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/ece3.70509, Wiley Online Library on [17/01/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

be subject to increased predation rates, either from subsidization of mesopredators (Harden, Price, and Dorcas 2009) or spread of novel invasive predators (Offner, Campbell, and Johnson 2021). These rising threats lend urgency to research on factors influencing recruitment and ways to enhance juvenile growth and survival to boost population resiliency. In the presence of greater predation pressure, promoting faster juvenile growth might improve demographic resilience by reducing the window of extreme vulnerability (Folt et al. 2021). Along these lines, our results point to intentional manipulation of forage resources as a useful avenue for future research.

As we have shown, the availability, abundance, and higher N content of non-native grasses and other plants during the late dry season and into the early wet season enhance tortoise growth in ruderal habitat. Thus, interspersion or maintenance of some ruderal habitat could be beneficial to gopher tortoises in certain situations. For example, habitat management options are often limited in urbanizing landscapes due to restrictions on prescribed burning (Yager et al. 2007; USFWS 2021; Folt et al. 2022). We suggest it would be worthwhile to test the demographic effects of establishing small, interspersed plots of perennial, non-native forage, particularly in areas where native groundcover is lacking or difficult to establish. Plants that have high forage value, such as legumes, could also be incorporated. While forage supplementation alone might offer limited benefits, it could be a useful, low-cost tool when combined with other intensive management efforts, for example, to enhance post-release growth and site fidelity of head-started or translocated tortoises (Tuberville, Quinn, and Buhlmann 2021; McKee et al. 2021). Manipulation of forage availability and cover is a common management practice for quail and other game birds (Brunk et al. 2023), though supplemental feeding has had varied success (Henry et al. 2022). Importantly, we are not advocating conversion of high-quality native habitat to artificially created "food plots" to support gopher tortoises, as this would be a species-specific viewpoint that fails to consider the conservation value of the entire sandhill community. It is also critical to avoid introduction or facilitation of invasive predators (e.g., red imported fire ants; *Solenopsis invicta*), or invasive plants, but bahiagrass has not shown a tendency to invade sandhill at our study site (Rothermel, pers. obs). In general, we see a need to investigate this and other novel habitat management techniques that might benefit this keystone species.

Use of drone imagery is becoming prevalent in ecological and conservation research (Blake et al. 2013; Jiménez López and Mulero-Pázmány 2019; Marcelino et al. 2020). Although ground-based plant surveys always provided the strongest predictors of immature tortoise growth in our study, drone data were able to closely approximate the same result in the late dry/early wet season when plant growth is stimulated by increased precipitation. During this time of year, the drone data identified green herbaceous cover (or GLI, MGVRI, NDVI) as the primary driver of immature tortoise growth, which encompasses the more refined driver of bahiagrass identified by ground-based plant surveys. Moreover, while both conventional field methods and drone data provided weaker predictors of growth during the remaining seasons, our repeated-measures analysis indicated that ruderal habitat supported the fastest growth throughout the entire year, and it was just the magnitude of this advantage that

varied seasonally, not the direction of the effect. Thus, identifying the best growth habitat using a drone flight in the late dry/early wet season when the predictive power is highest would not lead one to identify habitat that was suboptimal at other times of year. However, given differences in rainfall and vegetation phenology throughout the range of gopher tortoises, the optimal timing of flights would likely vary as well. For areas north of central Florida, if there is some supplemental forage available during the driest part of the active season (when temperatures are high enough for foraging), then we would expect to see similar effects on growth. A similar study conducted in the northern part of the species' range could clarify.

In summary, our results generated an improved mechanistic understanding of juvenile growth, which informs lifetime fitness. As the enhanced growth of immature (1- to 7-year-old) tortoises does not trade off with lower survival, well-timed drone imagery can be used to identify high-quality habitat. Although drone-based habitat assessment requires access to a drone and sufficient data storage capability, as well as significant post-processing time, we found a roughly 50% time savings compared to ground-based surveys. We therefore suggest that supervised classification or vegetation spectral indices (not necessarily multispectral indices) of high-resolution drone imagery are useful methods for assessing gopher tortoise forage resources. We especially see a role for drones when there is a need to assess large areas, such as entire preserves or recipient sites, as these remote methods scale up more efficiently than ground-based plant surveys. Thus, our study adds another example to a growing list of potential applications of drone technology that can facilitate more effective, cost-efficient habitat monitoring and management to benefit imperiled species (Baratchi et al. 2013).

**Author Contributions**

**Leyna R. Stemle:** conceptualization (equal), data curation (supporting), formal analysis (lead), funding acquisition (equal), investigation (equal), methodology (equal), project administration (equal), software (equal), supervision (equal), validation (equal), visualization (lead), writing – original draft (lead), writing – review and editing (lead). **Julie M. Sorfleet:** data curation (equal), formal analysis (equal), methodology (equal), validation (equal), writing – review and editing (equal). **Chelsea L. Moore:** data curation (equal), investigation (equal), writing – original draft (supporting), writing – review and editing (supporting). **Jack T. Christie:** data curation (equal), investigation (equal), software (equal), visualization (supporting), writing – original draft (supporting), writing – review and editing (supporting). **Christopher A. Searcy:** conceptualization (equal), data curation (supporting), formal analysis (supporting), funding acquisition (supporting), investigation (supporting), methodology (supporting), resources (supporting), supervision (supporting), validation (supporting), writing – original draft (supporting), writing – review and editing (lead). **Betsie B. Rothermel:** conceptualization (equal), data curation (equal), formal analysis (supporting), funding acquisition (lead), investigation (lead), methodology (equal), project administration (lead), resources (lead), supervision (lead), validation (supporting), visualization (supporting), writing – original draft (supporting), writing – review and editing (lead).

**Acknowledgements**

This work was generously supported by a Disney Conservation Fund award to Archbold Biological Station. We thank Archbold Herpetology staff Rachel Fedders, Alonso Reyes, Amanda West, Jared Draxler, Madison Molter, Kate Schmid, Kameron Voves, and Theresa Fonseca

for assisting with data collection. Volunteers Marc Behrendt, Gabriel Kamener, Linda Gette, Hunter Howell, Jackie Hunt, and Abigail Arnashus also provided invaluable help in the field. Vivienne Sclater and Ryan Howell (Archbold) assisted with image classification and data management, and members of the Searcy Lab provided feedback on the manuscript. We conducted research under Florida Fish and Wildlife Conservation Commission permits LSSC 10-00043G and 10-00043H. Animal handling was approved by Archbold's animal use committee and conformed to ASIH (2004) Guidelines for Use of Live Amphibians and Reptiles in Field and Laboratory Research, as well as University of Miami IACUC protocol #21-054.

**Conflicts of Interest**

The authors declare no conflicts of interest.

**Data Availability Statement**

Data and code for the project can be found on GitHub: https://github.com/lstemle/Immature_GT_growth_survival.git.

**References**

Aresco, M. J. 2005. "The Effect of Sex-Specific Terrestrial Movements and Roads on the Sex Ratio of Freshwater Turtles." *Biological Conservation* 123: 37–44.

Ashton, K. G., B. M. Engelhardt, and B. S. Branciforte. 2008. "Gopher Tortoise (*Gopherus polyphemus*) Abundance and Distribution After Prescribed Fire Reintroduction to Florida Scrub and Sandhill at Archbold Biological Station." *Journal of Herpetology* 42: 523–529.

Auffenberg, W., and R. Franz. 1982. "The Status and Distribution of the Gopher Tortoise (*Gopherus polyphemus*)." In *North American Tortoises: Conservation and Ecology*, edited by R. B. Bury, 95–126. Wildlife Research Report 12. Washington, DC: U.S. Fish and Wildlife Service.

Baratchi, M., N. Meratnia, P. Havinga, A. Skidmore, and B. Toxopeus. 2013. "Sensing Solutions for Collecting Spatio-Temporal Data for Wildlife Monitoring Applications: A Review." *Sensors* 13: 6054–6088.

Bartoń, K. 2022. "*MuMIn: Multi-Model Inference*." R package version 1.46.0. https://CRAN.R-project.org/package=MuMIn.

Benayas, J. M. R., A. C. Newton, A. Diaz, and J. M. Bullock. 2009. "Enhancement of Biodiversity and Ecosystem Services by Ecological Restoration: A Meta-Analysis." *Science* 325: 1121–1124.

Blake, S., C. B. Yackulic, F. Cabrera, et al. 2013. "Vegetation Dynamics Drive Segregation by Body Size in Galapagos Tortoises Migrating Across Altitudinal Gradients." *Journal of Animal Ecology* 82: 310–321.

Brown, J. S., and B. P. Kotler. 2004. "Hazardous Duty Pay and the Foraging Cost of Predation: Foraging Cost of Predation." *Ecology Letters* 7: 999–1014.

Brunk, K. M., R. J. Gutiérrez, M. Z. Peery, C. A. Cansler, S. Kahl, and C. M. Wood. 2023. "Quail on Fire: Changing Fire Regimes May Benefit Mountain Quail in Fire-Adapted Forests." *Fire Ecology* 19: 1–13.

Catano, C. P., and I. J. Stout. 2015. "Functional Relationships Reveal Keystone Effects of the Gopher Tortoise on Vertebrate Diversity in a Longleaf Pine Savanna." *Biodiversity and Conservation* 24: 1957–1974.

Congdon, J. D., A. E. Dunham, and R. C. Van Loben Sels. 1993. "Delayed Sexual Maturity and Demographics of Blanding's Turtles (*Emydoidea blandingii*): Implications for Conservation and Management of Long-Lived Organisms." *Conservation Biology* 7: 826–833.

Congdon, J. D., and R. C. Van Loben Sels. 1991. "Growth and Body Size in Blanding's Turtles (*Emydoidea blandingi*): Relationships to Reproduction." *Canadian Journal of Zoology* 69: 239–245.

De Silva, S., and P. Leimgruber. 2019. "Demographic Tipping Points as Early Indicators of Vulnerability for Slow-Breeding Megafaunal Populations." *Frontiers in Ecology and Evolution* 7: 171.

Eubanks, J. O., W. K. Michener, and C. Guyer. 2003. "Patterns of Movement and Burrow Use in a Population of Gopher Tortoises (*Gopherus polyphemus*)." *Herpetologica* 59: 311–321.

Figueroa, A., J. Lange, and S. M. Whitfield. 2021. "Seed Consumption by Gopher Tortoises (*Gopherus polyphemus*) in the Globally Imperiled Pine Rockland Ecosystem of Southern Florida, USA." *Chelonian Conservation and Biology* 20: 27–31.

Folt, B., J. M. Goessling, A. Tucker, et al. 2021. "Contrasting Patterns of Demography and Population Ability among Gopher Tortoise Populations in Alabama." *Journal of Wildlife Management* 85: 617–630.

Folt, B., M. Marshall, J. A. Emanuel, et al. 2022. "Using Predictions From Multiple Anthropogenic Threats to Estimate Future Population Persistence of an Imperiled Species." *Global Ecology and Conservation* 36: e02143.

Fraser, N. H. C., and N. B. Metcalfe. 1997. "The Costs of Becoming Nocturnal: Feeding Efficiency in Relation to Light Intensity in Juvenile Atlantic Salmon." *Functional Ecology* 11: 385–391.

Guyer, C., V. M. Johnson, and S. M. Hermann. 2012. "Effects of Population Density on Patterns of Movement and Behavior of Gopher Tortoises (*Gopherus polyphemus*)." *Herpetological Monographs* 26: 122–134.

Harden, L., S. Price, and M. Dorcas. 2009. "Terrestrial Activity and Habitat Selection of Eastern Mud Turtles (*Kinosternon subrubrum*) in a Fragmented Landscape: Implications for Habitat Management of Golf Courses and Other Suburban Environments." *Copeia* 2009: 78–84.

Harris, B. B. 2014. "Ecology of Juvenile Gopher Tortoises (*Gopherus polyphemus*) on a Georgia Barrier Island." MS thesis, University of Georgia.

Hathaway, A. L. 2012. "Availability and Quality of Vegetation Affects Reproduction of the Gopher Tortoise (*Gopherus polyphemus*) in Improved Pastures." Dissertation, University of South Florida.

Henry, B. J., M. Z. Brym, C. Henry, and R. J. Kendall. 2022. "Supplemental Feeding of Northern Bobwhite (*Colinus virginianus*) and Dietary Requirements: A Review." *Wildlife Research* 49: 89–99.

Hentges, T. W. 2014. "Are Gopher Tortoises (*Gopherus polyphemus*; Daudin) Compatible With Cows?" MS thesis, University of South Florida.

Hermann, S. M., C. Guyer, J. Hardin Waddle, and M. Greg Nelms. 2002. "Sampling on Private Property to Evaluate Population Status and Effects of Land Use Practices on the Gopher Tortoise, *Gopherus polyphemus*." *Biological Conservation* 108: 289–298.

Howell, H. J., B. B. Rothermel, K. N. White, and C. A. Searcy. 2020. "Gopher Tortoise Demographic Responses to a Novel Disturbance Regime." *Journal of Wildlife Management* 84: 56–65.

Inman-Narahari, F., R. Ostertag, G. P. Asner, S. Cordell, S. P. Hubbell, and L. Sack. 2014. "Trade-Offs in Seedling Growth and Survival Within and Across Tropical Forest Microhabitats." *Ecology and Evolution* 4: 3755–3767.

Iverson, J. B. 1992. "Correlates of Reproductive Output in Turtles (Order Testudines)." *Herpetological Monographs* 6: 25–42.

Jiménez López, J., and M. Mulero-Pázmány. 2019. "Drones for Conservation in Protected Areas: Present and Future." *Drones* 3: 10.

Kinlaw, A., and M. Grasmueck. 2012. "Evidence for and Geomorphological Consequences of a Reptilian Ecosystem Engineer: The Burrowing Cascade Initiated by the Gopher Tortoise." *Geomorphology* 157: 108–121.

20457758, 2024, 11, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/ece3.70509, Wiley Online Library on [17/01/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

20457758, 2024, 11, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/ece3.70509, Wiley Online Library on [17/01/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Laake, J. L., D. Johnson, and P. Conn. 2013. "marked: An R Package for Maximum-Likelihood and MCMC Analysis of Capture-Recapture Data." *Methods in Ecology and Evolution* 2013: 885–890.

Landers, J. L., W. A. McRae, and J. A. Garner. 1982. "Growth and Maturity of the Gopher Tortoise in Southwestern Georgia." *Bulletin of the Florida State Museum* 27: 81–110.

Lindeman, P. V. 1997. "Contributions Toward Improvement of Model Fit in Nonlinear Regression Modelling of Turtle Growth." *Herpetologica* 53: 179–191.

Loope, K. J., H. R. Akçakaya, and K. T. Shoemaker. 2024. "Inflated Predictions From a Flawed Model Influenced the Decision to Deny Federal Protection for the Gopher Tortoise." *Global Ecology and Conservation* 54: e03089.

Mangel, M., and J. Stamps. 2001. "Trade-Offs Between Growth and Mortality and the Maintenance of Individual Variation in Growth." *Evolutionary Ecology Research* 3: 583–593.

Mansfield, K. L., J. Wyneken, and J. Luo. 2021. "First Atlantic Satellite Tracks of 'Lost Years' Green Turtles Support the Importance of the Sargasso Sea as a Sea Turtle Nursery." *Proceedings of the Royal Society B: Biological Sciences* 288: 20210057.

Marcelino, J., J. P. Silva, J. Gameiro, et al. 2020. "Extreme Events Are More Likely to Affect the Breeding Success of Lesser Kestrels Than Average Climate Change." *Scientific Reports* 10: 7207.

McKee, R. K., K. A. Buhlmann, C. T. Moore, J. Hepinstall-Cymerman, and T. D. Tuberville. 2021. "Waif Gopher Tortoise Survival and Site Fidelity Following Translocation." *Journal of Wildlife Management* 85: 640–653.

Meira-Neto, J. A. A., H. M. Nunes Candido, Â. Miazaki, et al. 2019. "Drivers of the Growth–Survival Trade-Off in a Tropical Forest." *Journal of Vegetation Science* 30: 1184–1194.

Meshaka, W. E., Jr., J. N. Layne, and K. G. Rice. 2019. "The Effects of Geography, Habitat, and Humans on the Ecology and Demography of the Gopher Tortoise in the Southern Lake Wales Ridge Region of Florida." *Herpetological Journal* 29: 95–114.

Messerman, A. F., A. G. Clause, L. N. Gray, et al. 2023. "Applying Stochastic and Bayesian Integral Projection Modeling to Amphibian Population Viability Analysis." *Ecological Applications* 33: e2783.

Mushinsky, H. R., E. D. McCoy, J. E. Berish, R. E. Ashton, and D. S. Wilson. 2006. "*Gopherus polyphemus*—Gopher Tortoise." In *Biology and Conservation of Florida Turtles*, edited by P. A. Meylan, 346–371. Arlington, VT: Chelonian Research Foundation.

Mushinsky, H. R., T. A. Stilson, and E. D. McCoy. 2003. "Diet and Dietary Preference of the Juvenile Gopher Tortoise (*Gopherus polyphemus*)." *Herpetologica* 59: 475–483.

Mushinsky, H. R., D. S. Wilson, and E. D. McCoy. 1994. "Growth and Sexual Dimorphism of *Gopherus polyphemus* in Central Florida." *Herpetologica* 50: 119–128.

Offner, M. T., T. S. Campbell, and S. A. Johnson. 2021. "Diet of the Invasive Argentine Black and White Tegu in Central Florida." *Southeastern Naturalist* 20: 319–337.

Otten, J. G., and J. M. Refsnider. 2024. "Bigger Is Better: Age Class-Specific Survival Rates in Long-Lived Turtles Increase With Size." *Journal of Wildlife Management* 88: e22544.

Pike, D. A. 2006. "Movement Patterns, Habitat Use, and Growth of Hatchling Tortoises, *Gopherus Polyphemus*." *Copeia* 2006: 68–76.

Quinn, D. P., K. A. Buhlmann, J. B. Jensen, T. M. Norton, and T. D. Tuberville. 2018. "Post-Release Movement and Survivorship of Head-Started Gopher Tortoises." *Journal of Wildlife Management* 82: 1545–1554.

R Core Team. 2022. *R: A Language and Environment for Statistical Computing.* Vienna, Austria: R Foundation for Statistical Computing. https://www.R-project.org/.

Rautsaw, R. M., S. A. Martin, B. A. Vincent, et al. 2018. "Stopped Dead in Their Tracks: The Impact of Railways on Gopher Tortoise (*Gopherus polyphemus*) Movement and Behavior." *Copeia* 106: 135–143.

Scarpa, L. J., and C. I. Piña. 2019. "The Use of Drones for Conservation: A Methodological Tool to Survey Caimans Nests Density." *Biological Conservation* 238: 108235.

Scott, D. E. 1994. "The Effect of Larval Density on Adult Demographic Traits in *Ambystoma opacum*." *Ecology* 75: 1383–1396.

Seigel, R. A., and C. K. Dodd Jr. 2000. "Manipulation of Turtle Populations for Conservation. Halfway Technologies or Viable Populations?" In *Turtle Conservation*, edited by M. W. Klemens, 218–238. Washington, DC: Smithsonian Institution Press.

Shepard, D. B., A. R. Kuhns, M. J. Dreslik, and C. A. Phillips. 2008. "Roads as Barriers to Animal Movement in Fragmented Landscapes." *Animal Conservation* 11: 288–296.

Stamps, J. A., M. M. Mangel, and J. A. Phillips. 1998. "A New Look at Relationships Between Size at Maturity and Asymptotic Size." *American Naturalist* 152: 470–479.

Stemle, L., B. B. Rothermel, and C. A. Searcy. 2022. "GPS Technology Reveals Larger Home Ranges for Immature Gopher Tortoises." *Journal of Herpetology* 56: 172–179.

Stokes, L., J. Wyneken, L. B. Crowder, and J. Marsh. 2006. "The Influence of Temporal and Spatial Origin on Size and Early Growth Rates in Captive Loggerhead Sea Turtles (*Caretta caretta*) in the United States." *Herpetological Conservation and Biology* 1: 71–80.

Tuberville, T. D., D. P. Quinn, and K. A. Buhlmann. 2021. "Movement and Survival to Winter Dormancy of Fall-Released Hatchling and Head-Started Yearling Gopher Tortoises." *Journal of Herpetology* 55: 88–94.

Tucker, J. K. 2000. "Body Size and Migrations of Hatchling Turtles: Inter- and Intraspecific Comparisons." *Journal of Herpetology* 34: 541–546.

USFWS. 2021. *Species Status Assessment Report for the Gopher Tortoise (Gopherus polyphemus), version 0.4.* Atlanta: U.S. Fish and Wildlife Service.

Walsh, O. S., S. Shafian, J. M. Marshall, et al. 2018. "Assessment of UAV Based Vegetation Indices for Nitrogen Concentration Estimation in Spring Wheat." *Advanced Remote Sensing* 7: 71–90.

Wells, C. S., and R. N. Harris. 2001. "Activity Level and the Tradeoff Between Growth and Survival in the Salamanders *Ambystoma jeffersonianum* and *Hemidactylium scutatum*." *Herpetologica* 57: 116–127.

Wickham, H., R. François, L. Henry, and K. Müller. 2022. "*Dplyr: A Grammar of Data Manipulation.*" https://dplyr.tidyverse.org.

Wilson, D. S. 1991. "Estimates of Survival for Juvenile Gopher Tortoises, *Gopherus polyphemus*." *Journal of Herpetology* 25: 376–379.

Wilson, D. S., H. R. Mushinsky, and E. D. McCoy. 1994. "Home Range, Activity, and Burrow Use of Juvenile Gopher Tortoises (*Gopherus polyphemus*) in a Central Florida Population." In *Biology of North American Tortoises*, edited by R. B. Bury and D. J. Germano, 147–160. Washington, DC: U.S. Department of the Interior.

Yager, L. Y., C. D. Heise, D. M. Epperson, and M. G. Hinderliter. 2007. "Gopher Tortoise Response to Habitat Management by Prescribed Burning." *Journal of Wildlife Management* 71: 428–443.

20457758, 2024, 11, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/ecs2.70509, Wiley Online Library on [17/01/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**Appendix A**

**TABLE A1** | Body size, age, tracking history, and seasonal habitat assignments for every gopher tortoise included in the study of immature growth and survival at Archbold Biological Station, Florida, in 2021–2022.

| Tortoise ID | Initial CL (mm) | No. annuli (age) in 2021 | No. annuli (age) in 2022 | Season 1 Mar–Jun 21 | Season 2 Jun–Sep 21 | Season 3 Sep–Dec 21 | Season 4 Dec 21–Mar 22 | Season 5 Mar–Jun 22 | Season 6 Jun–Sep 22 |
|---|---|---|---|---|---|---|---|---|---|
| 1300 | 99.0 | 3 | 4 | R | R | R | R | R | R |
| 1559 | 176.0 | 5 | 6 | R | R | R | R | R | R |
| 1690 | 68.2 | 2 | 3 | R | R | R | R | R | R |
| 1691 | 128.1 | 3 | 4 | R | R | R | R | R | R |
| 1720 | 128.4 | 4 | 5 | R | R | R | R | R | R |
| 1730 | 173.5 | 4 | 5 | R | R/S | R/S | S | R/S | S |
| 1620 | 136.6 | 3 | — | R | R | R | R/S | Unknown fate (went missing after 4/14/22) | — |
| 1380 | 90.4 | 2 | — | R | Unknown fate (went missing after 6/3/21) | — | — | — | — |
| 1820 | 72.9 | 1 | 2 | — | R | R | R | R | R |
| 1670 | 114.0 | 2 | 3 | — | R | R | R | R | Found dead 7/22/22 |
| 1612 | 110.5 | 2 | 3 | — | R | R | Known alive (tag died 12/16/21) | Known alive | Known alive (recap 9/16/22) |
| 1630 | 89.7 | 2 | — | — | R | R | Known alive (tag died 11/27/21) | Known alive | Known alive (recap 9/6/23) |
| 1703 | 80.1 | 2 | 3 | — | R | R | Known alive (tag died 11/19/21) | Known alive | Known alive (recap 9/16/22) |
| 1711 | 142.0 | 3 | 4 | — | R | R | S | R | R/S |
| 1681 | 116.1 | 3 | 4 | — | — | — | — | R | R |
| 1328 | 87.3 | 2 | 3 | S | S | S | S | S | S |
| 1370 | 127.5 | 3–4 | 4–5 | S | S | S | S | S* | S |
| 1640 | 156.0 | 4–5 | 5–6 | S | S | S | S | S | S |
| 1650 | 80.6 | 2 | 3 | S | S | S | S | S* | S |
| 1740 | 132.0 | 5 | 6 | S | S | S | S | S* | S* |
| 1760 | 133.5 | 4 | 5 | S | S | S | S | S | S |
| 1790 | 126.5 | 3–4 | 4–5 | S | S | S | S | S | S |

(Continues)

20457758, 2024, 11, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/ece3.70509, Wiley Online Library on [17/01/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**TABLE A1**  |  (Continued)

| Tortoise ID | Initial CL (mm) | No. annuli (age) in 2021 | No. annuli (age) in 2022 | Season 1 Mar–Jun 21 | Season 2 Jun–Sep 21 | Season 3 Sep–Dec 21 | Season 4 Dec 21–Mar 22 | Season 5 Mar–Jun 22 | Season 6 Jun–Sep 22 |
|---|---|---|---|---|---|---|---|---|---|
| 1780 | 118.4 | 3 | — | S | S | S | S | Unknown fate (lost tag, went missing late May) | — |
| 1750 | 157.0 | 4 | — | S | Unknown fate (went missing after 6/10/21) | — | — | — | — |
| 1770 | 75.5 | 1–2 | — | S | Unknown fate (lost tag, went missing late Aug) | — | — | — | — |
| 1696 | 65.0 | 1 | 2 | — | S | S | S | S | S |
| 1830 | 91.4 | 2 | 3 | — | S | S | S | S | S |
| 1840 | 94.8 | 2 | 3 | — | S | S | S | S | S |
| 1697 | 117.0 | 3 | 4 | — | S | R/S | R/S | R/S | R |
| 1704 | 81.3 | 2 | — | — | S | S | Unknown fate (tag died 11/19/21) | — | — |
| 1712 | 73.2 | — | 2 | — | — | — | — | S | S |
| 1170 | 156.5 | — | 5 | — | — | — | — | — | S |

*Note:* Seasons included in the growth analysis are in bold. *Habitat codes:* R = spent at least 80% of its time in ruderal. S = spent at least 80% of its time in sandhill. R/S = spent significant time in both habitats. *dispersed out of the core study area during this season but stayed in native habitat. *Notes about fate:* "Known alive" = not tracked to end of study but known alive because individual was recaptured during subsequent searches of burrows in the study area. Others remained "unknown fate" because they were never recaptured after their tags died or fell off.

20457758, 2024, 11, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/ecs2.70509, Wiley Online Library on [17/01/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**TABLE A2** | Seasonal mean percent growth in carapace length (CL % growth per day) in each habitat, based on every radio-tagged tortoise we obtained measurements for in that season (provided they could be classified as living in a single habitat type).

| Season | Ruderal | | Sandhill | |
|---|---|---|---|---|
| | $N$ | Mean ($SD$) | $N$ | Mean ($SD$) |
| Late dry 2021 (Mar–Jun) | 7 | 0.140% (0.00039) | 9 | 0.054% (0.00022) |
| Early wet 2021 (Jun–Sep) | 12 | 0.116% (0.00038) | 13 | 0.077% (0.00045) |
| Late wet 2021 (Sep–Dec) | 12 | 0.041% (0.00024) | 12 | 0.023% (0.00014) |
| Early dry 2021–2022 (Dec–Mar) | 7 | 0.001% (0.00027) | 13 | −0.003% (0.00014) |
| Late dry 2022 (Mar–Jun) | 9 | 0.120% (0.00050) | 11 | 0.070% (0.00041) |
| Early wet 2022 (Jun–Sep) | 7 | 0.120% (0.00052) | 13 | 0.103% (0.00040) |

**TABLE A3** | Results of separate one-way ANOVAs testing for effects of habitat (ruderal vs. sandhill) on immature tortoise growth in each season.

| Season | $F$ | $df (N-2)$ | $p$ |
|---|---|---|---|
| Late dry 2021 (Mar–Jun) | 28.7 | 14 | <0.001* |
| Early wet 2021 (Jun–Sep) | 6.7 | 23 | 0.017* |
| Late wet 2021 (Sep–Dec) | 4.9 | 22 | 0.038* |
| Early dry 2021–2022 (Dec–Mar) | 0.2 | 18 | 0.631 |
| Late dry 2022 (Mar–Jun) | 6.2 | 18 | 0.023* |
| Early wet 2022 (Jun–Sep) | 3.9 | 18 | 0.064 |

*Note:* $p$-Values were corrected for multiple comparisons using the Benjamini-Hochberg procedure.
*Significant.

**TABLE A4** | Frequency of different plant taxa within 14 m of burrows used by immature gopher tortoises in ruderal and sandhill habitats at Archbold Biological Station, Florida.

| Plant taxon | Ruderal | | | Sandhill | | |
|---|---|---|---|---|---|---|
| | Late dry | Early wet | Late wet | Late dry | Early wet | Late wet |
| Wiregrass | 0.02 | 0.00 | 0.01 | 0.40 | 0.34 | 0.40 |
| Other native grass | 0.18 | 0.13 | 0.15 | 0.45 | 0.46 | 0.39 |
| Bahiagrass | 0.69 | 0.68 | 0.65 | 0.02 | 0.02 | 0.01 |
| Other nonnative grass | 0.43 | 0.53 | 0.59 | 0.15 | 0.25 | 0.29 |
| Native legume | 0.32 | 0.26 | 0.16 | 0.53 | 0.58 | 0.36 |
| Nonnative legume | 0.13 | 0.29 | 0.36 | 0.04 | 0.03 | 0.02 |
| Other herbaceous | 0.67 | 0.63 | 0.54 | 0.44 | 0.50 | 0.52 |
| Sedge | 0.10 | 0.18 | 0.11 | 0.07 | 0.20 | 0.06 |
| Tall woody shrub | 0.01 | 0.06 | 0.06 | 0.27 | 0.32 | 0.27 |

*Note:* Vegetation surveys occurred in 2021 during the late dry season (12 May–7 June; $n = 23$ burrows), early wet season (6 August–27 September; $n = 36$), and late wet season (8 November–4 January; $n = 31$). Frequency was calculated as the mean proportion of plots across all burrows sampled containing each type of plant, averaged across all burrows sampled within that season.

**TABLE A5** | Mean percent total nitrogen (N) and mean carbon:nitrogen ratio (C:N) of forage species in late dry season (May) and early wet season (August) of 2022 in ruderal and sandhill habitat at Archbold Biological Station, Florida.

| Plant species | Mean % Total N (SD) | | | | Mean C:N (SD) | | | |
| | Ruderal | | Sandhill | | Ruderal | | Sandhill | |
| | May | Aug | May | Aug | May | Aug | May | Aug |
|---|---|---|---|---|---|---|---|---|
| *Andropogon* spp. Bluestem | — | — | 1.03 (0.03) N=2 | 1.14 (0.26) N=3 | — | — | 44.84 (1.93) N=2 | 40.34 (8.98) N=3 |
| *Aristida stricta* Wiregrass | — | 0.73 N=1 | 0.68 (0.10) N=20 | 0.63 (0.19) N=20 | — | 61.42 N=1 | 67.20 (10.09) N=20 | 76.67 (18.69) N=20 |
| *Schizachyrium* sp. Bluestem | — | — | 0.81 (0.06) N=2 | — | — | — | 55.24 (3.96) N=2 | — |
| *Imperata cylindrica* **Cogongrass** | 1.44 N=1 | — | — | — | 31.80 N=1 | — | — | — |
| *Melinis repens* **Natal grass** | 0.89 (0.19) N=4 | 0.87 (0.28) N=7 | — | 1.49 (0.25) N=2 | 51.34 (11.79) N=4 | 55.59 (20.50) N=7 | — | 28.63 (4.15) N=2 |
| *Paspalum notatum* **Bahiagrass** | 1.57 (0.22) N=18 | 1.24 (0.25) N=24 | — | — | 28.18 (3.63) N=18 | 35.84 (7.16) N=24 | — | — |
| *Sporobolus indicus* **Smutgrass** | 0.93 (0.15) N=3 | 0.69 (0.24) N=7 | 0.85 N=1 | 1.46 (0.05) N=3 | 47.80 (7.64) N=3 | 68.89 (24.61) N=7 | 50.30 N=1 | 29.77 (1.39) N=3 |
| *Chamaecrista fasciculata* Partridge pea | — | — | — | 2.71 (0.54) N=7 | — | — | — | 18.99 (4.12) N=7 |
| *Chapmannia floridana* Florida alicia | — | — | 2.20 (0.07) N=2 | 1.91 (0.35) N=6 | — | — | 20.35 (0.87) N=2 | 23.32 (4.12) N=6 |
| *Galactia elliottii* Elliott's milkpea | 2.01 (0.14) N=5 | 2.10 (0.09) N=6 | 2.32 N=1 | — | 23.76 (1.55) N=5 | 22.18 (1.09) N=6 | 19.12 N=1 | — |
| *Galactia regularis* Eastern milkpea | — | 2.92 N=1 | — | — | — | 14.74 N=1 | — | — |
| *Rhynchosia cinerea* Brownhair snoutbean | — | — | — | 2.60 N=1 | — | — | 18.25 N=1 | — |
| *Tephrosia* sp. Hoarypea | — | — | 2.45 (0.09) N=6 | 2.00 (0.50) N=12 | — | — | 19.31 (0.78) N=6 | 27.63 (19.45) N=12 |
| *Grona triflora* **Ticktrefoil** | 2.27 (0.31) N=2 | 2.44 (0.20) N=6 | — | — | 19.83 (2.52) N=2 | 18.61 (1.75) N=6 | — | — |
| *Indigofera hirsuta* **Hairy indigo** | — | 3.52 N=1 | — | — | — | 12.01 N=1 | — | — |
| *Cleome* sp. **Spiderflower** | — | 4.14 N=1 | — | — | — | 9.68 N=1 | — | — |
| *Erigeron canadensis* Canadian horseweed | 2.59 N=1 | — | — | — | 15.88 N=1 | — | — | — |
| *Geobalanus oblongifolius* Gopher apple | 1.24 (0.16) N=3 | 1.15 (0.20) N=2 | 1.26 (0.04) N=3 | 1.16 (0.19) N=3 | 37.33 (5.23) N=3 | 39.58 (6.46) N=2 | 36.94 (1.44) N=3 | 39.00 (5.61) N=3 |

(Continues)

20457758, 2024, 11, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/ece3.70509, Wiley Online Library on [17/01/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**TABLE A5** | (Continued)

| | Mean % Total N (*SD*) | | | | Mean C:N (*SD*) | | | |
| | Ruderal | | Sandhill | | Ruderal | | Sandhill | |
| Plant species | May | Aug | May | Aug | May | Aug | May | Aug |
|---|---|---|---|---|---|---|---|---|
| *Pityopsis graminifolia* Narrowleaf silkgrass | 1.28 (0.13) *N* = 2 | 1.22 (0.24) *N* = 5 | 1.50 (0.19) *N* = 4 | 1.37 (0.23) *N* = 6 | 32.80 (2.66) *N* = 2 | 37.51 (8.42) *N* = 5 | 29.11 (3.15) *N* = 4 | 32.74 (4.95) *N* = 6 |
| *Richardia* sp. **Mexican clover** | 1.75 *N* = 1 | 1.74 *N* = 1 | — | — | 23.26 *N* = 1 | 21.01 *N* = 1 | — | — |
| Unknown mint Lamiaceae | 1.83 *N* = 1 | 2.35 *N* = 1 | — | — | 24.14 *N* = 1 | 18.54 *N* = 1 | — | — |
| *Vitis rotundifolia* Muscadine | 1.74 *N* = 1 | — | 1.66 (0.29) *N* = 3 | 1.69 (0.40) *N* = 7 | 25.37 *N* = 1 | — | 26.89 (4.58) *N* = 3 | 27.96 (8.42) *N* = 7 |

*Note:* Dashes (–) indicate no plants of that species were sampled during that month. Non-native species are in bold. Standard deviations are in parentheses.

20453758, 2024, 11, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/ecs2.70509, Wiley Online Library on [17/01/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Attachment B

*Journal of Herpetology*, Vol. 56, No. 2, 172–179, 2022
Copyright 2022 Society for the Study of Amphibians and Reptiles

# GPS Technology Reveals Larger Home Ranges for Immature Gopher Tortoises

Leyna Stemle,[1,3] Betsie B. Rothermel,[2] and Christopher A. Searcy[1]

[1]*Department of Biology, University of Miami, 1301 Memorial Drive, Coral Gables, Florida, 33146, USA*
[2]*Archbold Biological Station, 123 Main Drive, Venus, Florida, 33960, USA*

Abstract.—Movement data and estimation of home-range sizes provide insight into the types and amount of habitat needed to support wildlife populations, which is critical for conservation planning. Gopher Tortoises, which are important ecosystem engineers and keystone species across the southeastern United States, are experiencing ongoing population declines and warrant additional habitat protection and management throughout their range. Conservation assessments for Gopher Tortoises are currently limited by scant knowledge of the ecology of younger age classes. We implemented a short-term study of immature Gopher Tortoise spatial ecology at Archbold Biological Station (ABS), Florida to determine home-range size, movements, and activity levels of 3–7-yr-old tortoises. We used GPS technology to obtain high-resolution temporal tracking data (approximately 10-fold increase compared with the radio tracking frequency in prior studies). Despite the relatively short duration of our study (≤40 d), immature Gopher Tortoises (*n* = 6) at ABS had home-range sizes ranging from 0.38 to 1.46 ha, which are approximately 6.6-fold larger than previously reported annual home-range estimates. Tortoises also left their burrows more often (4.0 ± 3.2 SD times per day) and for longer duration (31.5 ± 10.6 SD min per emergence) than in studies conducted elsewhere (1.6 times and 18.8 min, respectively). Our results illustrate the importance of employing new technologies to track previously difficult-to-observe life stages and improve conservation efforts for imperiled species.

Movement data provide insights into the extent and types of habitat needed to support wildlife populations by revealing where individuals spend their time (Gibbons, 1970; Fieberg and Kochanny, 2005; Blakey et al., 2019). For example, the size and composition of home ranges indicate multiple aspects of an animal's ecology. Information on space use can be used in conservation planning efforts, such as setting aside protected areas for the recovery of imperiled species (Harless et al., 2009). One such species, the Gopher Tortoise (*Gopherus polyphemus*), plays a keystone role in upland ecosystems throughout much of the southeastern United States by creating burrows that offer protection for many commensal species and by dispersing plant seeds (Birkhead et al., 2005; Lovich et al., 2018). Unfortunately, Gopher Tortoise populations have experienced an alarming 80% decline over the last century and remain susceptible to declines throughout their distribution (Florida Fish and Wildlife Conservation Commission, 2012) primarily due to habitat loss and degradation (Mushinsky et al., 2003; Berry and Aresco, 2014). As a result, the species is federally threatened at the western edge of its range, is state-listed as threatened in Florida, and is currently a candidate for federal listing under the Endangered Species Act across its range (U.S. Fish and Wildlife Service, 2020). Reliable data on demography, habitat use, and spatial ecology are critical to inform both the listing process and ongoing management efforts by various state and federal agencies. Detailed information on juvenile ecology is especially needed given sensitivity of population growth rates to juvenile survival (Tuberville et al., 2009; Folt et al., 2021).

Most Gopher Tortoise movements are related to foraging requirements or social interactions (Berish and Medica, 2014). Gopher Tortoise movement ecology varies across the species' range, with latitudinal gradients in seasonal activity shifting or extending overall activity periods (McRae et al., 1981), reproductive activity, and nesting seasons (Moore et al., 2009; Allman et al., 2019). Space use also differs between sexes and habitats, including the number of burrows a tortoise uses annually (Berish and Medica, 2014; Castellón et al., 2018). The small size, secretive behaviors, and purportedly limited aboveground activity of immature Gopher Tortoises have hindered collection of movement data for young age classes (Wilson, 1991; Eubanks et al., 2003; Mushinsky et al., 2003). Only four studies have estimated home-range sizes for immature Gopher Tortoises (Table 1), using data obtained by very high frequency (VHF) manual radio telemetry. Additional insights have been gained from direct observation (Johnston, 1996; Mushinsky et al., 2003; Halstead et al., 2007) and use of motion-triggered cameras (Pike and Grosse, 2006) or time-lapse video cameras (Radzio et al., 2019). Regardless of tracking method, prior studies of juvenile Gopher Tortoises have consistently found the vast majority (95%) of foraging forays or other daily movements away from burrows to be <25 m (e.g., McRae et al., 1981; Wilson et al., 1994; Epperson and Heise, 2003; Mushinsky et al., 2003; Table 1). Manual tracking and other on-site methods for observing young tortoises may alter tortoise movement, and thus may not accurately depict immature tortoise behavior (Radzio and O'Connor, 2017). If there are ontogenetic changes in such movement behaviors or habitat use, then current management practices based on adult Gopher Tortoise ecology may not adequately protect the vulnerable immature life stages (Pike and Grosse, 2006).

High-resolution data obtained by remote tracking methods can reveal movements that may not be detected by radio telemetry (Fieberg and Kochanny, 2005; Thompson et al., 2012). For example, GPS tag technology helped researchers better understand the spatial and habitat requirements of California Spotted Owls (*Strix occidentalis occidentalis*), revealing insufficient connectivity of existing protected areas (Blakey et al., 2019). By tracking Northern White-Tailed Deer (*Odocoileus virginianus*) using both VHF radio and GPS tagging methods, Fieberg and Kochanny (2005) found that GPS-derived data revealed new areas of habitat use that were not evident using VHF tags, leading to larger estimates of home-range size. Ground-dwelling animals that are sensitive to substrate-borne vibrations, such as immature Gopher Tortoises (Radzio and O'Connor, 2017), might be especially prone to underestimation

[3]Corresponding Author. E-mail: leynastemle@miami.edu
DOI: 10.1670/20-128

Downloaded From: https://bioone.org/journals/Journal-of-Herpetology on 11 Aug 2022
Terms of Use: https://bioone.org/terms-of-use Access provided by Society for the Study of Amphibians and Reptiles

Table 1. Summary of movement parameters for immature Gopher Tortoises from published radio telemetry studies. Values in table are means with standard deviations and ranges (in parentheses) when reported. N = number of tortoises tracked. SCL = straight carapace length. Hatchling is defined as individuals ≤1 yr old; juvenile as >1 yr old and still having a compressible shell and juvenile coloration; and subadult as having a hardened shell and typically >130 mm SCL but not yet sexually mature. Maximum displacement from burrow refers to farthest straight-line distances tortoises were found away from their burrows.

| Study and location | N | Life stage and SCL | Duration | No. burrows used | Distances moved | Home-range size 100% MCP (ha) |
|---|---|---|---|---|---|---|
| Pike (2006), Cape Canaveral, Florida | 20 | Hatchling, 44–52 mm | ≤335 days | 4.7 ± 3.9 (0–16) | Displacement from burrow: mean maximum daily displacement 4 m, maximum observed displacement 22 m | 1.95 ± 2.12 (0.0001–4.8) |
| Butler et al. (1995), Duval Co., Florida | 14 | Hatchling, mean 5l mm Surviving yearlings (n = 9), mean 68 mm | ≤644 days | mean 4.8 | Displacement from burrow: mean maximum daily displacement 8 m, maximum observed displacement 33 m | 0.20 ± 0.13 (0.06–0.42) |
| Wilson et al. (1994), Hillsborough Co., Florida | 32 | Juvenile, 64–130 mm | ≤365 days | 4.4 ± 2.4 (1–8) | Displacement from burrow: mean maximum daily displacement 8 m, several moved >40 m (estimated) | 0.07 ± 0.11 (0.01–0.36) |
| Diemer (1992), Alachua Co., Florida | 7 | Juvenile, 71–126 mm | 3–22 mo | 2.6 ± 1.3 (1–4) | not reported | 0.05 ± 0.09 (0.0004–0.25) |
| Diemer (1992), Alachua Co., Florida | 4 | Subadult, 136–153 mm | 5–24 mo | 4.5 ± 3.1 (1–8) | Unusual emigration movement: 744 m in about 4 days | 0.20 ± 0.25 (0.004–0.52) |
| This study, Highlands Co., Florida | 6 | Juvenile and subadult, 118–175 mm | ≤40 days | 1.7 ± 0.8 (1–3) | Displacement from burrow: mean maximum daily displacement 23 m, maximum observed displacement 167 m | 0.63 ± 0.41 (0.38–1.46) |

of home ranges if the approach of human observers affects their behaviors. Therefore, we expected that remote tracking of Gopher Tortoises using GPS tags could allow for more accurate characterization of movement behaviors and delineation of home ranges.

We implemented a short-term study that was designed to expand our knowledge of immature tortoise home-range size and movement behaviors using modern tracking technology. Specifically, we deployed GPS tags on immature Gopher Tortoises and simultaneously monitored them with motion-triggered cameras to test the prediction that immature Gopher Tortoises have larger home ranges than previously documented. Additionally, we expected that the scale of most movements by immature tortoises would be larger than the typical daily movement distances of <25 m reported in previous tracking studies.

MATERIALS AND METHODS

*Study Site and Capture Methods.*—We conducted our study in June–August 2019, at Archbold Biological Station (ABS), a 3,578-ha preserve in south-central Florida (Fig. 1). Habitats where we captured tortoises were ruderal (mowed field) or the adjacent restored sandhill (see Howell et al. [2020] for a detailed description of the study area). All tortoise burrows within a 6.1-ha area in the central part of the study site were located and mapped in May 2019, as part of annual burrow surveys conducted by the ABS Herpetology Program. We subsequently visited and scoped a subset of mapped burrows that were ≤24 cm in diameter, the appropriate size for immature tortoises 3–7 yr of age. Tortoises were most easily captured by extending a tape measure or burrow scope into their burrow and moving it up and down. If tortoises were facing the inserted object, they would

often head bob and follow the object as it was being pulled out of the burrow, bringing them close enough to be captured by hand (similar to Radzio et al., 2016). If tortoises did not scoot close to the burrow entrance, we either waited until we encountered the tortoise aboveground and could capture it by hand, or employed pitfall traps. Pitfall traps consisted of 1–2-gal buckets covered with burlap to disguise the bucket opening and shaded with cardboard tents (Wilson, 1991). We kept pitfall traps open from 0700 to 1700 h and checked them every 1.5 h to ensure trapped tortoises did not overheat.

*GPS Tracking Methods.*—We captured six tortoises in ruderal habitat and four tortoises in sandhill habitat. All weighed >285 g and were 2–7 yr old based on number of plastral growth annuli. Tortoises were returned to the ABS laboratory, where we took morphometric measurements, gave each unmarked tortoise a unique ID by drilling holes in several marginal scutes, and attached tags. Because GPS tags had to be recovered to download data, we also deployed radio tags to monitor and relocate the tortoises. We attached both a radio (ATS R1655 1.6 g) and GPS tag (CatTrack 2, Perthold Engineering, approximately 11.5 g, 3.8 × 1.9 cm) to costal scutes using a combination of 5-min epoxy (Loctite, Henkel Corporation, Rocky Hill, Connecticut, USA) and marine epoxy (Waterweld, JB Weld, Sulphur Springs, Texas, USA; Fig. 2). Whenever possible, we fit the whole GPS unit onto a single costal scute; almost all radio tags (8/10) fit within the boundaries of a single scute. Both transmitters together were <5% of tortoise body mass, and we released all but one tortoise within 4 h of capture. One individual received a minor abrasion during marking, so we postponed release until the following morning to make sure it was unharmed and behaving normally. The GPS tags were programmed to record a location every 30 min from 0900 to 1300 h. We chose the 0900–1300 h time frame in order to extend the tracking period by conserving the batteries

Downloaded From: https://bioone.org/journals/Journal-of-Herpetology on 11 Aug 2022
Terms of Use: https://bioone.org/terms-of-use Access provided by Society for the Study of Amphibians and Reptiles



Fig. 1.   100% (A) and 95% (B) minimum convex polygons, and 95% kernel densities with reference smoothing factor (C) and with the LSCV method (D) for each of the six tortoises. Inset shows the location of the study site in south-central Florida.

and because immature tortoises at ABS are most active during this part of the day (Johnston, 1996).

We tagged and released 10 tortoises between 7 and 14 June 2019, then radio tracked them every 1–2 wk. By the third week of June, four GPS tags had already fallen off and were lost, so we applied more epoxy to better secure the remaining tags. We also determined the magnetic on/off switch had accidentally been turned off on some tags during the attachment process, resulting in missing data for the 2 wk. Thus, we made sure all tags were turned on prior to re-releasing tortoises on 27 June 2019. Estimated battery life for the GPS tags was 20–45 days, so we recaptured tortoises for tag removal after about 50 days (between 5 and 20 August 2020). At the end of the study, we carefully removed all tags and epoxy before releasing the tortoises.

*Camera Monitoring Methods.*—During the second half of the GPS tracking period, we placed Bushnell NatureView HD Cameras (Bushnell Outdoor Products, Overland Park, Kansas, USA) about 1–1.5 m outside the burrow entrances of the six tortoises whose GPS tags were still deployed. The goals of the camera deployment were to verify tag retention, confirm how many times tortoises left their burrows on each day, and compare known locations with GPS positions to test spatial accuracy. Cameras were set to field scan mode, which took a time-lapse photo every 5 min and whenever the sensor was triggered by motion, with a 1-sec interval between photos. When radio tracking or camera data showed that a tortoise had switched burrows, we moved the camera to the new burrow. We screened

the photos to identify those showing tortoises and recorded the date and time when a tortoise's entire body either left or reentered its burrow.

*GPS Data Filtering.*—Camera data also provided known times when a tortoise was within its burrow, which we used to determine GPS location error and filter out potentially inaccurate GPS locations. Due to degradation of timestamp accuracy on cameras and GPS tags, we were only able to obtain these data for three tortoises (1563, 1543, and 1558). We used the "Point Distance" feature in ArcMap (ESRI version 10.5.1) to determine the horizontal location error (i.e., deviation from known tortoise location) for each GPS fix. For the same set of points ($n = 65$), we determined elevational error by calculating the difference between the recorded altitude from the GPS and high-resolution (0.016 RMS, <1 m error) LiDAR data. To determine the relationship between elevational error and location error, we performed a linear correlation after log-transforming each variable. Based on the strong correlation between elevational and location errors ($r = 0.42$, $P = 0.0005$), we determined that to reduce horizontal location error below 7.5 m (mean error of standard handheld GPS units used in previous Gopher Tortoise studies), we needed to remove any points that had elevational error >17.2 m. For calculation of home-range size, we used only GPS points that had an elevational error <17.2 m, at least five satellites acquired, and a horizontal dilution of precision ≤2.

*Data Analyses.*—We used the filtered GPS location data to estimate home-range sizes based on four methods: 100% and 95% minimum convex polygons (MCP) and 95% kernel density (KD)

Downloaded From: https://bioone.org/journals/Journal-of-Herpetology on 11 Aug 2022
Terms of Use: https://bioone.org/terms-of-use Access provided by Society for the Study of Amphibians and Reptiles



Fig. 2. Immature tortoise with radio tag (right) and GPS tag (left). White numbers are its unique ID assigned as part of the Archbold mark-recapture study.

with different smoothing factors calculated using the adehabitatHR package (Calenge, 2006) in R version 3.5.1 (R Core Team, 2019, Vienna, Austria). We used least squares cross-validation (LSCV) and the reference factor (HREF) as alternative smoothing parameters for the KDs (Seaman and Powell, 1996; Pike, 2006). We used Mann-Whitney $U$-tests to compare our 100% MCP home-range estimates to 100% MCP estimates previously generated for immature Gopher Tortoises in northern Florida (Diemer, 1992) and hatchlings in central Florida (Pike, 2006). We examined the relationship between body size (straight carapace length, SCL) and home-range size using a Spearman's correlation. Additionally, we calculated the total distance each GPS-tagged tortoise moved each "day" (0900–1300 h) and in a 28-h period (between 0900 h on one day to 1300 h the next day) using the "Points to Line" feature in ArcMap sorted by date and time. Maximum displacement distance (longest foray; hereafter MDD) was calculated for each tortoise by measuring the straight-line distance from its primary burrow to the farthest recorded GPS point; mean daily MDD was also calculated. We compared the

MDDs with a previous study of juveniles (Wilson et al., 1994) using a two-sample $t$-test. The difference between exit and reentry times from cameras was used to determine duration of aboveground activity. We used a $t$-test to compare the duration of emergences from our study to Pike and Grosse (2006; $n = 6$ juveniles).

Results

We were able to recapture all tortoises to remove the radio tags and remaining GPS tags. Thus, all 10 tortoises survived the study period. The 10 tortoises initially tagged ranged in SCL from 114 to 199 mm and weighed 0.29–1.06 kg, and the 6 that retained their tags were 118–175 mm SCL and 0.305–1.010 kg (Table 2).

*Home-Range Sizes and Movement Distances.*—Six of the ten deployed GPS tags were recovered with usable data. The batteries from the six tags lasted 17–40 days and recorded 153–303 GPS locations per tortoise. Comparing the known locations of the tortoises from the cameras to the recorded GPS points, we found that GPS tags had a mean error of 10.9 m ± 1.3 m. After filtering out GPS positions that did not meet the target range for horizontal error (≤7.5 m), we were left with 41–117 locations per tortoise for calculating home-range size. Tortoises used one to three burrows for shelter, either alternating between burrows or abandoning one after creating another. The 100% MCPs and 95% HREF KDs were similar in area, ranging from 0.38 to 1.46 ha and 0.39 to 0.98 ha, respectively (Table 1; Fig. 1). The 95% MCPs and 95% LSCV KDs were smaller, ranging from 0.20 to 0.39 and 0.22 to 0.30 ha, respectively (Table 1; Figs. 1, 3). The 100% MCPs measured in our study were 6.6-fold larger than those measured from immature Gopher Tortoises in northern Florida ($W = 68$, $P = 0.001$; Diemer, 1992). In contrast, there was no difference between our 100% MCPs and those recorded for hatchlings at Cape Canaveral ($W = 19$, $P = 0.84$; Pike, 2006). Home-range size was not correlated with SCL of tortoises ($\rho = -0.14$, $P = 0.79$). Mean total distance moved per day ranged from 43 to 79 m (Fig. 3). Mean MDD was 69 ± 41 m, mean daily MDD was 23 ± 4 m, maximum distance moved in a 28-h period ranged from 149 to 321 m, and the mean distance moved in a 28-h period was 108 ± 36 m (Fig. 3). The daily MDDs observed in our study were 2.9-fold greater than those recorded for juveniles in central Florida (Wilson et al. 1994; $t_{36} = 6.1$; $P < 0.0001$).

*Daily Activity Patterns.*—Cameras were placed at the primary burrow used by each immature tortoise for 20.5 ± 13.3 days. Tortoises left their burrows a mean of 4.0 ± 3.2 times per day (min–max = 0–17 times per day). On average, tortoises exited their burrow at least once on 85% of days (min–max = 66–100%). Overall, time spent out of the burrow averaged 31.5 ± 10.6 min per occurrence. Mean emergence time was significantly greater

Table 2. Morphometric and space use data of GPS-tagged immature Gopher Tortoises. MCP = minimum convex polygon, KD = kernel utilization distribution, HREF = reference smoothing, LSCV = least squares cross-validation, SCL = straight carapace length.

| Tortoise ID | Weight (kg) | SCL (mm) | Age (no. annuli) | No. filtered GPS fixes | 100% MCP (ha) | 95% MCP (ha) | 95% Fixed KD HREF (ha) | 95% Fixed KD LSCV (ha) | Max. displacement distance (m) | GPS tracking duration (days) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1559 | 0.305 | 118 | 3 | 99 | 0.414 | 0.198 | 0.389 | 0.291 | 51.9 | 39 |
| 1563 | 0.498 | 138 | 4 | 117 | 0.467 | 0.246 | 0.439 | 0.267 | 47.5 | 40 |
| 1369 | 0.780 | 164 | 4 | 85 | 1.460 | 0.385 | 0.975 | 0.215 | 167.4 | 34 |
| 1570 | 0.870 | 172 | 4 | 98 | 0.498 | 0.273 | 0.456 | 0.236 | 57.0 | 35 |
| 1558 | 0.925 | 175 | 4 | 77 | 0.578 | 0.222 | 0.496 | 0.304 | 76.1 | 37 |
| 1543 | 1.010 | 175 | 7 | 41 | 0.383 | 0.300 | 0.683 | 0.266 | 60.8 | 17 |

Downloaded From: https://bioone.org/journals/Journal-of-Herpetology on 11 Aug 2022
Terms of Use: https://bioone.org/terms-of-use Access provided by Society for the Study of Amphibians and Reptiles



FIG. 3.   95% minimum convex polygons for all six tortoises with their burrows represented by a color-coded star (main burrow) or dot (secondary and tertiary burrows). Maximum displacement is represented by a color-coded line and maximum total distance moved in a 28-h period (between 0900 h on one day and 1300 h the next day) is indicated by black lines. Breaks in black lines reflect gaps in data caused by having tags off after 1300 h every afternoon (a battery-conserving measure).

than observed for juveniles at Cape Canaveral (Pike and Grosse, 2006; $t_{10} = 3.0$, $P = 0.006$).

*Behavioral Observations.*—Adult tortoises frequently appeared in the camera frame and were seen attempting to take over immature tortoises' burrows, in one case successfully. An adult female approached Tortoise 1369's burrow when it was away. As the female rested on the burrow apron, 1369 approached close enough for them to touch. Tortoise 1369 then departed and was never seen again on the camera. The adult female took up residence in the burrow, expanding it to accommodate her larger size. In contrast, Tortoise 1570 successfully defended its burrow from an adult male. On one occasion, the male approached 1570 to within about 10 cm of its face while the juvenile was just inside its burrow and 1570 did not move. A similar event occurred when Tortoise 1570 was outside its burrow, but was able to retreat inside and block the male from entering. After the interactions with the adult tortoises, Tortoise 1570 almost always sat at the mouth of its burrow when not foraging, sometimes blocking the whole entrance by positioning itself sideways in the burrow opening. Tortoise 1570 slept at the mouth of the burrow on at least two nights. It successfully fended off intruding adult tortoises (the same adult male and one observation of another adult) on 9 occasions across 16 days, and was still residing in its burrow at the end of our study. Immature Tortoise 1543 visited immature Tortoise 1562's burrow on four occasions; normally, it entered 1562's burrow when 1562 was inside the burrow, and stayed for about 10 min each time. From our still images, it was not possible to determine if physical aggression occurred between these two immature tortoises.

## DISCUSSION

Movement data obtained through GPS technology can assist researchers in learning about fine-scale movements and in determining accurate home ranges of Gopher Tortoises while minimizing confounding impacts on their behavior. Our study is the first published work to use GPS tags on immature Gopher Tortoises, though they have recently been tested on adults (Paden and Andrews, 2020). We found that juvenile and subadult Gopher Tortoises at ABS occupy much larger home ranges and move greater distances than previously documented at other locations using VHF technology (Epperson and Heise, 2003; Quinn et al., 2018; Table 1). Additionally, the young tortoises we tracked in southern Florida exited their burrows more frequently and spent a larger portion of their time outside their burrows than reported from other populations.

*Home-Range Sizes and Movement Distances.*—As expected, we found that immature Gopher Tortoises are capable of making more frequent and longer movements than previously documented. In fact, juvenile home ranges in our study were comparable to those previously reported for both younger hatchlings and older adults. The MCPs for hatchlings in central Florida did not differ from the MCPs of juveniles at our study site (Pike, 2006). Adult Gopher Tortoises have 100% MCP home ranges from 0.002 to 10.5 ha (Smith, 1995; Castellón et al., 2018), fully encompassing the range of home-range sizes observed in our study.

The use of GPS technology likely contributed to the larger home-range sizes of immature Gopher Tortoises at ABS compared with juveniles and subadults in northern (Diemer, 1992) and central Florida (Wilson et al., 1994). Our study was short in duration (<2 mo) due to the high battery use that is required to obtain a GPS fix, and to the limitations on the size and weight of tags that could be deployed on tortoises weighing <1 kg. Despite battery-life limitations, the total number of locations obtained was similar between studies because of the much greater frequency of locations generated by GPS technology (153–303 our study vs. 125–269, Diemer, 1992; about 270, Wilson et al., 1994). Regardless, it is surprising that the longer-term studies reported relatively small home-range sizes (ours are 7-fold and 8-fold larger). The discrepancy in home-range sizes between studies may be due to the ability of high-frequency remote tracking to detect additional exploratory forays that are likely to be missed using traditional telemetry (Fieberg and Kochanny, 2005; Blakely et al., 2019).

Human presence during traditional radio tracking may have reduced the encounter rate of surface-active tortoises in the studies prior to our study, effectively shrinking estimated home-range sizes. Both Diemer (1992) and Wilson et al. (1994) had to rely on manual tracking and Radzio and O'Connor (2017) found that young Gopher Tortoises can detect a human approaching on foot from up to 100 m away and flee into their burrows. Despite locating tortoises three times daily twice per week for a full year, Wilson et al. (1994) found that <7% of movements by juvenile Gopher Tortoises were >40 m from their burrows, whereas 14.5% of movements by similar-age tortoises (≤4 yr old) at ABS were >40 m and 30% were >25 m. Mean daily MDD of immature tortoises at ABS was 19–35 m, which was much larger than the mean daily MDD of 8.0 ± 8.6 m reported by Wilson et al. (1994). Because our GPS data were derived from multiple points per day without human disturbance, this likely helped us to uncover the larger MDD and home ranges for immature tortoises than previously recorded in other studies. Studies employing GPS tracking methods across additional

Downloaded From: https://bioone.org/journals/Journal-of-Herpetology on 11 Aug 2022
Terms of Use: https://bioone.org/terms-of-use Access provided by Society for the Study of Amphibians and Reptiles

populations are needed to further understand the influence of age and other factors on space use by immature Gopher Tortoises.

Home ranges provide useful estimates of tortoise space use (O'Connor et al., 1994), and are thus valuable to conservation planning (Pike, 2006; Harless et al., 2009). We found a striking difference between home ranges estimated with a 100% MCP or HREF KD and those estimated with a 95% MCP or LSCV KD. Pike (2006) studied hatchling Gopher Tortoises and found 100% MCPs to be inflated by areas visited very rarely, whereas LSCV KD appeared to more accurately represent the areas where tortoises spent their time at defined centers of activity. However, 100% MCPs may represent the dispersal movements of hatchling tortoises that would be lost by a LSCV KD (Pike, 2006). Home-range size estimates based on LSCV KDs are often most accurate when there are many GPS fixes available (Seaman and Powell, 1996; Hemson et al., 2005). Similar to 100% MCP, HREF KDs are often over-smoothed, as appeared to be true in our study, and overestimate home ranges, but must be used when LSCV KDs do not converge or are unreliable (high LSCV unreliability can occur with <100 GPS fixes; Seaman and Powell, 1996; Hemson et al., 2005). Clearly, different home-range metrics work best for highlighting different aspects of spatial ecology. Thus, studies should report multiple MCP and KD types, like the new approach of autocorrelated kernel density estimation (Averill-Murray et al., 2020) rather than employing a single metric as often occurred in previous studies (Seaman and Powell, 1996; Hemson et al., 2005). If we had relied solely on MCPs when comparing habitat differences, large areas lacking GPS fixes would have incorrectly been considered as "utilized." Therefore, our observations of juvenile Gopher Tortoises align well with the recommendation by Row and Blouin-Demers (2006) to use HREF KD rather than 100% MCPs when analyzing habitat use of herpetofauna, but this is not necessarily the case for all species or life stages.

*Daily Activity Patterns.*—An alternative, but not mutually exclusive, explanation for the relatively large home-range sizes of immature tortoises at ABS is that they are simply more active and wide-ranging than tortoises at other sites. In support of a high-activity hypothesis, the various metrics calculated from our camera data suggest that immature tortoises at ABS are more active than those monitored in previous studies. For the six tortoises observed with cameras, the mean rate of emergence was 4.0 times per day compared with 1.6 times per day observed in a central Florida study with slightly smaller juvenile tortoises of unknown age (Pike and Grosse, 2006). The average time that tortoises spent outside of their burrows was also 12.7 min longer than for tortoises in the Pike and Grosse (2006) study and exits occurred on 85% of days compared with only 32% in central Florida. Radzio et al. (2019) found that hatchling tortoises also tended to stay outside of their burrows for longer periods each day than the previous estimate from the Pike and Grosse (2006) study. Longer and more frequent periods outside of the burrow could allow for more feeding opportunities that, in turn, could lead to more rapid growth. Adult Gopher Tortoises at ABS are as large or larger than those studied in several other populations (Howell et al., 2020), and it is possible that the higher activity of young tortoises at ABS contributes to this larger adult body size. Alternatively, tortoise forays could be due to social interactions stemming from high tortoise density at ABS (Howell et al., 2020). Negative impacts of time outside the burrow include exposure to predators and overheating, which have both been proposed to contribute to the increased amount of time juveniles spend inside

their burrows compared with adults (Wilson, 1991; Johnston, 1996; Mushinsky et al., 2003; Pike and Grosse, 2006). Additional research is needed to clarify the reasons for site-to-site variability in activity levels, as there are many possible reasons, such as social dynamics, latitudinal gradients, and differences in habitats (McRae et al., 1981; Guyer et al., 2012; Berish and Medica, 2014; Castellón et al., 2018).

Overall, our findings indicate that the larger home-range sizes that we documented among juvenile Gopher Tortoises at ABS are at least in part due to their relatively high activity levels, as well as to the use of GPS tags when compared with traditional radio-telemetric techniques. While the GPS tags were useful in detecting the larger home-range sizes, it is not clear to what degree this finding is a result of having higher-resolution data, or whether ABS tortoises truly occupy larger home ranges than those previously studied. Obtaining a large number of both GPS and VHF fixes from the same tortoises could help to settle this issue, as this would clarify whether we expect remote tracking of immature tortoises elsewhere to reveal similarly unprecedented movements.

*Conspecific Interactions.*—An advantage of camera monitoring of tagged individuals is that it can provide insights into the reasons for unusual movements or changes in centers of activity, such as social dynamics. We observed an adult female take over the burrow of a 4-yr-old tortoise, after which the immature tortoise left and dug a new burrow. However, another 4-yr-old successfully defended its burrow from adults. There are few published descriptions of juvenile–adult tortoise interactions. Diemer (1992) noted an adult expanding a juvenile's burrow and Pike and Antworth (2005) observed a small (100-mm SCL) Gopher Tortoise in its burrow being approached by an adult that tried to push its way in but was disturbed by an unknown factor and left. Ours may be the first observation of a young tortoise successfully defending its burrow from adults. The high activity level of immature Gopher Tortoises at ABS supports a recent proposal that immature tortoises may not be as shy as previously thought (Radzio et al., 2016). Radzio et al. (2016) found juvenile–juvenile interactions involved aggressive behaviors (e.g., ramming, pushing, biting) that were similar to adult–adult interactions. From our camera trap data and experience capturing immature tortoises, we concur with Radzio et al. (2016) that social interactions and aggressive behaviors are more important for young Gopher Tortoises than previously thought. Our observations support the idea that young tortoises will use aggressive behaviors to deter or expel intruders, which is not surprising given that burrows provide indispensable protective refuges from predators.

*Conclusions.*—Understanding space use by juveniles and subadults is critical for the development of effective conservation plans that cover all life stages (Wilson, 1991; Pike and Grosse, 2006). In particular, information on movement and habitat requirements of the cryptic earliest life stages needs to be incorporated into estimates of minimum area requirements for imperiled Gopher Tortoise populations. Additional research is needed to clarify the outcomes of juvenile–adult behavioral interactions and extent of overlap between immature and adult home ranges. Clearly there is potential for juvenile–adult behavioral interactions and ontogenetic differences in habitat preference that could prohibit complete overlap. Our use of GPS tracking in combination with camera traps revealed larger home ranges and more frequent long-distance movements for juvenile and subadult tortoises than detected by previous methods in other studies. The use of GPS tracking enables quantification of

Downloaded From: https://bioone.org/journals/Journal-of-Herpetology on 11 Aug 2022
Terms of Use: https://bioone.org/terms-of-use Access provided by Society for the Study of Amphibians and Reptiles

fine-scale behaviors that, until now, was only feasible to acquire via labor-intensive direct observation. Further technological advances (e.g., shrinking weight or dimensions of tags and longer battery life or solar power) will make remote GPS technologies even more useful for wildlife research, with the potential to reduce person-hours in the field. Our study supports remote tracking technology as a useful tool for gathering more reliable information on movement ecology of cryptic life stages of imperiled species.

*Acknowledgments.*—We thank Archbold Herpetology Program staff A. West and G. Lawson, as well as T. Fonseca, M. David, and J. von Kanel for assistance in the field. Additionally, we thank V. Sclater (Archbold) for help with the LiDAR data, and T. Rogari and C. Mackey for processing some of the camera data. We conducted research under Florida Fish and Wildlife Conservation Commission Permit LSSC-10-00043E. Animal handling was approved by Archbold's internal animal use committee and conformed to ASIH (2004) Guidelines for Use of Live Amphibians and Reptiles in Field and Laboratory Research.

## LITERATURE CITED

ALLMAN, P., R. M. BOWDEN, J. DONINI, AND I. SERRA. 2019. Year-round plasma steroid hormone profiles and the reproductive ecology of gopher tortoises (*Gopherus polyphemus*) at the southernmost edge of their range. General and Comparative Endocrinology 282:113213.

AVERILL-MURRAY, R. C., C. H. FLEMING, AND J. D. RIEDLE. 2020. Reptile home ranges revisited: a case study of space use of Sonoran Desert tortoises (*Gopherus morafkai*). Herpetological Conservation and Biology 15:253–271.

BERISH, J. E., AND P. A. MEDICA. 2014. Home range and movements of North American tortoises. Pp. 96–101 in D. C. Rostal, E. D. McCoy, and H. R. Mushinsky (eds.), Biology and Conservation of North American Tortoises. Johns Hopkins University Press, USA.

BERRY, K. H., AND M. J. ARESCO. 2014. Threats and conservation needs for North American tortoises. Pp. 149–159 in D. C. Rostal, E. D. McCoy, and H. R. Mushinsky (eds.), Biology and Conservation of North American Tortoises. Johns Hopkins University Press, USA.

BIRKHEAD, R. D., C. GUYER, S. M. HERMANN, AND W. K. MICHENER. 2005. Patterns of folivory and seed ingestion by gopher tortoises (*Gopherus polyphemus*) in a southeastern pine savanna. The American Midland Naturalist 154:143–151.

BLAKEY, R. V., R. B. SIEGEL, E. B. WEBB, C. P. DILLINGHAM, R. L. BAUER, M. JOHNSON, AND D. C. KESLER. 2019. Space use, forays, and habitat selection by California spotted owls (*Strix occidentalis occidentalis*) during the breeding season: new insights from high resolution GPS tracking. Forest Ecology and Management 432:912–922.

BUTLER, J. A., R. D. BOWMAN, T. W. HULL, AND S. SOWELL. 1995. Movements and home range of hatchling and yearling gopher tortoises, *Gopherus polyphemus*. Chelonian Conservation and Biology 1:173–180.

CALENGE, C. 2006. The package adehabitat for the R software: a tool for the analysis of space and habitat use by animals. Ecological Modelling 197:516–519.

CASTELLÓN, T. D., B. B. ROTHERMEL, AND J. M. BAUDER. 2018. Gopher tortoise burrow use, home range, seasonality, and habitat fidelity in scrub and mesic flatwoods of Southern Florida. Herpetologica 74:8–21.

DIEMER, J. E. 1992. Home range and movements of the tortoise *Gopherus polyphemus* in Northern Florida. Journal of Herpetology 26:158–165.

EPPERSON, D. M., AND C. D. HEISE. 2003. Nesting and hatchling ecology of gopher tortoises (*Gopherus polyphemus*) in southern Mississippi. Journal of Herpetology 37:315–324.

EUBANKS, J. O., W. K. MITCHNER, AND C. GUYER. 2003. Patterns of movement and burrow use in a population of Gopher Tortoises (*Gopherus polyphemus*). Herpetologica 59:311–321.

FIEBERG, J, AND C. O. KOCHANNY. 2005. Quantifying home-range overlap: the importance of the utilization distribution. Journal of Wildlife Management 69:1346–1359.

FLORIDA FISH AND WILDLIFE CONSERVATION COMMISSION. 2012. Gopher Tortoise Management Plan. Tallahassee, Florida, USA. 224 pp.

FOLT, B., J. M. GOESSLING, A. TUCKER, C. GUYER, S. HERMANN, E. SHELTON-NIX, AND C. MCGOWAN. 2021. Contrasting patterns of demography and population viability among gopher tortoise populations in Alabama. Journal of Wildlife Management 85:617–630.

GIBBONS, J. W. 1970. Terrestrial activity and the population dynamics of aquatic turtles. The American Midland Naturalist 83:404–414.

GUYER, C., V. M. JOHNSON, AND S. M. HERMANN. 2012. Effects of population density on patterns of movement and behavior of gopher tortoises (*Gopherus polyphemus*). Herpetological Monographs 26:122–134.

HALSTEAD, B. J., E. D. MCCOY, T. A. STILSON, AND H. R. MUSHINSKY. 2007. Alternative foraging tactics of juvenile gopher tortoises (*Gopherus polyphemus*) examined using correlated random walk models. Herpetologica 63:472–481.

HARLESS, M. L., A. WALDE, D. DELANEY, L. L. PATER, AND W. K. HAYES. 2009. Sampling considerations for improving home range estimates of desert tortoises: effects of estimator, sampling regime. Herpetological Conservation and Biology 5:374–387.

HEMSON, G., P. JOHNSON, A. SOUTH, R. KENWARD, R. RIPLEY, AND D. MACDONALD. 2005. Are kernels the mustard? Data from global positioning system (GPS) collars suggests problems for kernel home-range analyses with least-squares cross-validation: kernel home-range analyses and LSCV problems. Journal of Animal Ecology 74: 455–463.

HOWELL, H. J., B. B. ROTHERMEL, K. N. WHITE, AND C. A. SEARCY. 2020. Gopher tortoise demographic responses to a novel disturbance regime. The Journal of Wildlife Management 84:56–65.

JOHNSTON, G. J. 1996. Thermal ecology of the gopher tortoise (*Gopherus polyphemus*) in south-central Florida. Ph.D. Dissertation, University of Miami, Florida, USA.

LOVICH, J. E., J. R. ENNEN, J. AGHA, AND J. W. GIBBONS. 2018. Where have all the turtles gone, and why does it matter? BioScience 68:771–781.

MCRAE, W. A., J. L. LANDERS, AND J. A. GARNER. 1981. Movement patterns and home range of the gopher tortoise. American Midland Naturalist 106:165–179.

MOORE, J. A., M. STRATTAN, AND V. SZABO. 2009. Evidence for year-round reproduction in the gopher tortoise (*Gopherus polyphemus*) in southeastern Florida. Bulletin of the Peabody Museum of Natural History 50:387–392.

MUSHINSKY, H. R., T. A. STILSON, AND E. D. MCCOY. 2003. Diet and dietary preference of the juvenile gopher tortoise (*Gopherus polyphemus*). Herpetologica 59:475–483.

O'CONNOR, M. P., L. C. ZIMMERMAN, D. E. RUBY, S. J. BULOVA, AND J. R. SPOTILA. 1994. Home range size and movements by desert tortoises, *Gopherus agassizii*, in the Eastern Mojave Desert. Herpetological Monographs 8:60–71.

PADEN, L. M., AND K. M. ANDREWS. 2020. Modification and validation of low-cost recreational GPS loggers for tortoises. Wildlife Society Bulletin 44:773–781.

PIKE, D. A. 2006. Movement patterns, habitat use, and growth of hatchling tortoises, *Gopherus Polyphemus*. Copeia 2006:68–76.

PIKE, D. A., AND R. L. ANTWORTH. 2005. *Gopherus polyphemus* (gopher tortoise). Juvenile burrow cohabitation. Herpetological Review 36:58.

PIKE, D. A., AND A. GROSSE. 2006. Daily activity of immature gopher tortoises (*Gopherus polyphemus*) with notes on commensal species. Florida Scientist 69:92–98.

QUINN, D. P., K. A. BUHLMANN, J. B. JENSEN, T. M. NORTON, AND T. D. TUBERVILLE. 2018. Post-release movement and survivorship of head-started gopher tortoises: head-start gopher tortoise release. The Journal of Wildlife Management 82:1545–1554.

RADZIO, T. A., AND M. P. O'CONNOR. 2017. Behavior and temperature modulate a thermoregulation-predation risk trade-off in juvenile gopher tortoises. Ethology 123:957–965.

RADZIO, T. A., J. A. COX, J. R. SPOTILA, AND M. P. O'CONNOR. 2016. Aggression, combat, and apparent burrow competition in hatchling and juvenile gopher tortoises (*Gopherus polyphemus*). Chelonian Conservation and Biology 15:232–237.

RADZIO, T. A., N. J. BLAS, J. A. COX, D. K. DELANEY, AND M. P. O'CONNOR. 2019. Behavior, growth, and survivorship of laboratory-reared juvenile gopher tortoises following hard release. Endangered Species Research 40:17–29.

ROW, J. R., AND G. BLOUIN-DEMERS. 2006. Kernels are not accurate estimators of home-range size for herpetofauna. Copeia 2006:797–802.

Downloaded From: https://bioone.org/journals/Journal-of-Herpetology on 11 Aug 2022
Terms of Use: https://bioone.org/terms-of-use Access provided by Society for the Study of Amphibians and Reptiles

Seaman, D. E., and R. A. Powell. 1996. An evaluation of the accuracy of kernel density estimators for home range analysis. Ecology 77:2075–2085.

Smith, L. L. 1995. Nesting ecology, female home range and activity, and population size-class structure of the gopher tortoise, *Gopherus polyphemus*, on the Katherine Ordway Preserve, Putnam County, Florida. Bulletin of the Florida Museum of Natural History 37:97–126.

Thompson, D. G., T. Swystun, J. Cross, R. Cross, D. Chartrand, and C. B. Edge. 2018. Fine- and coarse-scale movements and habitat use by wood turtles (*Glyptemys insculpta*) based on probabilistic modeling of radiotelemetry and GPS-telemetry data. Canadian Journal of Zoology 96:1153–1164.

Tuberville, T. D., J. W. Gibbons, and H. E. Balbach. 2009. Estimating viability of gopher tortoise populations. Technical Report No. ERDC/ CERL TR-09-2. U.S. Army Engineer Research and Development Center, Champaign, Illinois, USA.

U.S. Fish and Wildlife Service. 2020. Endangered and Threatened Wildlife and Plants; Review of Domestic Species That Are Candidates for Listing as Endangered or Threatened; Annual Notification of Findings on Resubmitted Petitions; Annual Description of Progress on Listing. Federal Register 85:73164–73179.

Wilson, D. S. 1991. Estimates of survival for juvenile gopher tortoises, *Gopherus polyphemus*. Journal of Herpetology 25:376–379.

Wilson, D. S., H. R. Mushinsky, and E. D. McCoy. 1994. Home range, activity, and burrow use of juvenile gopher tortoises (*Gopherus polyphemus*) in a central Florida population. Pp. 147–160 in R. B. Bury and D. D. J. Germano (eds.), Biology of North American Tortoises, Fish and Wildlife Research. U.S. Department of the Interior. Washington, D.C.

Accepted: 16 November 2021.
Published online: 5 August 2022.

Downloaded From: https://bioone.org/journals/Journal-of-Herpetology on 11 Aug 2022
Terms of Use: https://bioone.org/terms-of-use Access provided by Society for the Study of Amphibians and Reptiles

Attachment C

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/382311016

# Inflated predictions from a flawed model influenced the decision to deny federal protection for the gopher tortoise

**Article** *in* Global Ecology and Conservation · July 2024

DOI: 10.1016/j.gecco.2024.e03089

CITATIONS
2

READS
237

3 authors:



Kevin Loope
Virginia Tech
**43** PUBLICATIONS    **347** CITATIONS

SEE PROFILE

Kevin T. Shoemaker
University of Nevada, Reno
**84** PUBLICATIONS    **1,654** CITATIONS

SEE PROFILE

H. Resit Akcakaya
Stony Brook University
**271** PUBLICATIONS    **21,542** CITATIONS

SEE PROFILE

Global Ecology and Conservation 54 (2024) e03089

Contents lists available at ScienceDirect

# Global Ecology and Conservation

journal homepage: www.elsevier.com/locate/gecco



## Inflated predictions from a flawed model influenced the decision to deny federal protection for the gopher tortoise

A R T I C L E   I N F O

*Keywords:*
Gopher tortoise
Population viability analysis
Demographic model
Conservation
Endangered Species Act
Species Status Assessment

To the editors,

The United States Fish and Wildlife Service (USFWS) recently withdrew the Gopher Tortoise (*Gopherus polyphemus*) as a candidate for federal protection under the Endangered Species Act (ESA) across the vast majority of the species range (U.S. Fish and Wildlife Service, 2022). The scientific grounds for this decision, documented in a Species Status Assessment (SSA) commissioned by U.S. Fish and Wildlife Service (2021), were derived in part from a rangewide demographic simulation model which was published in *Global Ecology and Conservation* (Folt et al., 2022). We have identified serious flaws in this analysis that call into question the results and conclusions derived from the gopher tortoise SSA model, including the recent USFWS listing decision. While the published version of the SSA model (Folt et al., 2022) differed in some minor aspects from the model used in the SSA document (U.S. Fish and Wildlife Service, 2021; for example, the SSA model included some very small populations that were excluded from the published version), they are otherwise identical and we hereafter refer to both versions as the 'SSA model'. The SSA model predicted considerable population declines and local extinctions over an 80-year time horizon across many scenario tests (sea level rise, climate warming, habitat management intensity, etc.). However, the model also predicted that a substantial subset of populations across the species range would remain large and self-sustaining over this time frame, leading USFWS to conclude "…the future condition of the species with relatively large numbers of individuals and populations suggests resiliency to withstand stochastic environmental and demographic change, and redundancy to buffer from future catastrophic events." (U.S. Fish and Wildlife Service, 2022 p 61859). In this note, we argue that this conclusion is wrong because it is a direct result of two critical errors in the model.

The most consequential error in the SSA model concerns the modeling of immigration from metapopulations into focal populations (the term 'metapopulation' is used in Folt et al., 2022 while the SSA and listing decision use the term 'landscape population'). In the SSA model, population growth and local extinction risk were extremely sensitive to the 'immigration rate' parameter (rate of movement among subpopulations within a metapopulation): when immigration was high (4 %), total rangewide population size *grew* by a median of 11 % (across 50 replicates); when immigration was zero, rangewide population size *decreased* by a median of 98 %, falling to virtual extinction in 80 years (Table 3 in Folt et al., 2022). Here, we demonstrate that this surprising result – and, ultimately, the projected resiliency and redundancy of gopher tortoises across their range – is an artifact of an incorrect specification of metapopulation processes that introduces a strong positive feedback between focal populations and their associated metapopulations.

Rather than following standard metapopulation modeling practices (e.g., Akçakaya, 2000) – in which immigrants to a focal population are necessarily drawn from a different source population (Fig. 1) – each local population in the SSA model is paired with a "dummy" metapopulation that functions as a source of immigrants (Fig. 1). The SSA model initially assigns local populations to a distinct metapopulation (cluster of local populations) based on geographic proximity. Each local population is then assigned a dummy

https://doi.org/10.1016/j.gecco.2024.e03089
Received 18 December 2023; Received in revised form 9 July 2024; Accepted 10 July 2024
Available online 16 July 2024

2351-9894/© 2024 The Author(s). Published by Elsevier B.V. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

K.J. Loope et al.                                                                                    Global Ecology and Conservation 54 (2024) e03089



**Fig. 1.** Schematic illustration of the SSA model approach (right) versus a standard metapopulation model (left). Each panel represents the same metapopulation (cluster of populations; the SSA model comprises many such metapopulation units). Irregular polygons represent local populations within a single metapopulation, solid arrows depict movement of individuals (immigration and emigration), dotted arrows depict information flows. In the standard model (left), individuals (here, tortoises) are allowed to move among populations within the metapopulation, such that immigrants to one population are necessarily drawn from a different population; although dispersal mortality may occur, the immigration process cannot spontaneously generate new individuals. However, in the SSA model, immigrants to each population are derived not from other populations but from abstract structures we refer to as "dummy" metapopulations (gray shaded objects labeled dMP₁ through dMP₄). Although each dummy metapopulation in this diagram conceptually represents the same metapopulation (identical set of constituent populations), dummy metapopulations are decoupled from the metapopulation units they are intended to represent. Instead, after initialization, dummy metapopulations are assumed to follow identical dynamics to their paired local populations (each of which is modeled independently). Thus, dummy metapopulations from the same metapopulation unit can diverge substantially from one another over time. In both models, regional or rangewide abundance (white cylinders labeled "Total Abundance") is derived as the sum of local populations (dummy metapopulations are not factored directly in abundance estimates). However, the dummy metapopulations enable the immigration process to spontaneously produce new immigrants seemingly out of nowhere, and introduces a strong feedback loop that can lead to unrealistic, hyper-inflated immigration rates and accelerated growth of local populations (see text).

metapopulation, which is initialized as the sum of initial abundances across all populations belonging to the same metapopulation unit (i.e., all dummy metapopulations belonging to the same metapopulation are initialized identically). After initialization, each dummy metapopulation is assumed to grow or decline in lockstep with the local population to which it is paired; specifically, dummy metapopulation growth is assumed to reflect the proportional change in the number of adults in the paired local population from one year to the next. Each dummy metapopulation and its paired local population are modeled independently and are effectively decoupled from other populations nested within the same metapopulation (Fig. 1); this results in the logically impossible property that dummy metapopulations ostensibly representing the same metapopulation can be both growing and declining at the same time. Examining model outputs using the original code and data from Folt et al. (2022), we found that dummy metapopulations that represented the same metapopulation unit often varied in final size by orders of magnitude (Fig. S1).

Although local population growth is constrained by a density ceiling (which is often many times larger than the density at initial abundance, especially for smaller populations), there are no further limits imposed on the growth of each dummy metapopulation in the SSA model. In fact, the way dummy metapopulations are modeled unintentionally introduces a strong feedback loop that can drastically inflate population growth of local populations and their paired dummy metapopulations: increases in local adult abundance (often driven by immigration from a large dummy metapopulation) are assumed to induce an equivalent proportional increase in the paired dummy metapopulation, leading to an even larger influx of immigrants to the focal population in subsequent years. Although tortoises that "belong" to a dummy metapopulation do not factor directly in regional or rangewide abundance computations (only local populations are considered when computing aggregated regional or range-wide estimates of abundance; Fig. 1), rapid growth of the dummy metapopulations can lead to sustained, hyper-inflated immigration rates into local populations (Fig. 1).

While rapid local population fluctuations can and do occur in nature, there is no ecological or even logical mechanism by which these local population fluctuations could imply equivalent proportional jumps in a much larger metapopulation; many of the mechanisms responsible for local fluctuations (immigration, demographic stochasticity, etc.) simply do not scale to the metapopulation level. Notably, the metapopulation units described in the SSA model (and which the dummy metapopulations are supposed to represent) are by definition closed to immigration, which is one of the primary drivers of population dynamics for local populations in this model. Among the many consequences of this feedback loop is that individual dummy metapopulations often greatly exceed the combined abundance of all their constituent populations. Indeed, some dummy metapopulations occasionally exceed the total rangewide abundance at model initializations by an order of magnitude or more. In our examination of model outputs, some dummy metapopulations (for which population dynamics are presumed to be driven solely by endogenous births and deaths) grew from

*K.J. Loope et al.*                                                                                          *Global Ecology and Conservation 54 (2024) e03089*

thousands to millions within a single tortoise generation – a biologically impossible growth rate for this species.

Consider the dynamics of a small local population starting with ~ 20 adults paired with a large dummy metapopulation of ~ 5000 individuals (such as population 66; Fig. 2). In the example replicate, the local population contains 22 adults in year 4 and receives 37 immigrants (all adults, stochastically sampled from the dummy metapopulation), more than doubling the number of adults in the local population (~ 150 % increase). In turn, the dummy metapopulation undergoes a proportional increase from 5609 to 14,277 tortoises – an increase of over 8000 new adult tortoises in a single year. Although this spontaneous increase in the dummy metapopulation does not directly contribute to local or regional abundance estimates (Fig. 1), it causes a large increase in the number of effective immigrants entering the local population in subsequent years. This sets the stage for runaway growth that only stops when the local population hits its density limit.

Because immigration into a local population is computed as a proportion of its dummy metapopulation, this runaway feedback is most consequential in very small populations that occur within large metapopulations (i.e., where the initial abundance of the dummy metapopulation far exceeds the initial abundance in the focal population), where the addition of a small number of individuals to a local population can produce an equivalent proportional change in the dummy metapopulation that is extremely large in absolute terms. In the SSA model, these populations tend to experience an initial exponential growth phase followed by stable persistence at their local carrying capacity until the end of the simulation (Fig. 2). For such populations, (spurious) stability in the final stages of the simulation is virtually guaranteed, as the dummy metapopulation will remain large and will continue to feed large numbers of



**Fig. 2.** An example replicate from population 66 of the SSA model in the "maximum density high" scenario (4 females/ha maximum density) showing exponential growth (note log scale on y-axis) and positive feedback between growth in the focal population and its paired 'dummy' metapopulation. The focal population (A) and dummy metapopulation (B) grew rapidly until the focal population reached carrying capacity (horizontal line in A) after 16 years; in this time, the dummy metapopulation grew from ~ 5000 to ~ 1,000,000 individuals (B). Extreme (stochastically drawn) annual immigration from the dummy metapopulation (C) maintained the focal population at carrying capacity (potential immigrants only join the population if the population size is below carrying capacity). The annual fractional population growth rate of the focal population, and by extension the dummy metapopulation, was often exceptionally high (D), driving the positive feedback in growth (a value of 2 indicates doubling of population size in one year). This figure depicts the outcome after correcting a typo that occasionally caused density dependence to fail (see Supplementary methods; Fig. S2).

*K.J. Loope et al.*    *Global Ecology and Conservation 54 (2024) e03089*

'phantom' individuals to the focal population indefinitely. In some cases, the problem is exacerbated by a coding error that occasionally enables local populations to far exceed their imposed density limits (Fig. S2; see Supplementary methods for details). However, this typo is largely inconsequential in that it rarely manifests, and only after populations have already experienced extreme runaway growth; correcting this typo yields results that are qualitatively similar to the original SSA model (see below; Figs. S3–4).

The impact of this positive feedback on the results and conclusions derived from the SSA model is severe and consequential. Of the 32 populations predicted to have > 100 tortoises at the end of the simulation, all but two have dummy metapopulations that experience > 10-fold growth over 80 years on average (Fig. 3A,C). In extreme cases, dummy metapopulations experience > 100-fold growth in 80 years – 15 of them individually contain > 70,000 tortoises on average across replicates, more than the total number range-wide at the start of the simulation; Fig. 3A). As expected, all of these problematic populations start small and occur within large metapopulations at the start of the simulation (Fig. 3B). Thus, virtually all of the populations that the SSA model predicts to be large and stable (or growing) by the end of the century are in fact propped up by hyper-inflated immigration from unrealistically large dummy metapopulations, while all other populations are projected to experience moderate or severe declines (Fig. 3C).

The SSA model contains a second consequential error: the mis-specification of the maturation rate between juvenile and adult stages (Kendall et al., 2019). In order to estimate the percentage of juveniles that are eligible to transition to the adult stage in each year, the SSA model uses the flat age-within-stage rate (FAS; per Kendall et al., 2019) approach, assuming that $1/d$ juveniles are eligible to mature to adulthood each year, where $d$ is the duration of the juvenile stage. This approach is attractively simple but rarely correct: Kendall et al. (2019) identified it as one of three major, common errors in matrix population modeling. The problem lies in the fact that the FAS approach assumes an even age distribution within the juvenile stage, which is rarely the case in real populations. In most real-world cases (including gopher tortoises) a multi-year juvenile stage class is expected to contain fewer old juveniles than young juveniles simply because older juveniles have had to survive for more years (Fig. 4; Fig. S5). In such cases, the FAS approach will overestimate the number of individuals that are old enough to mature into adults, resulting in an erroneously high population growth estimate (Kendall et al., 2019). A simple and intuitive solution is to use an age-structured matrix population model that explicitly tracks the abundance of each juvenile cohort (the 'unrolling' solution discussed by Kendall et al., 2019; for details, see Supplementary methods). Although age-structured matrix models have more age classes than their stage-structured counterparts (seemingly adding complexity), they are simpler than stage-structured models in they do not require specification of a maturation rate parameter, relying instead simply on age-specific survival terms, which are more easily conceptualized and estimated. Indeed, maturation rate is an emergent property of age-structured models; only those individuals that have survived the requisite number of years are allowed to transition to adulthood.

To assess the effects of the positive feedback and maturation rate errors on model outcomes, we made modifications to the SSA model and compared the results to the original model outputs (see Supplementary methods for details). To mitigate the effects of the positive feedback and improve the biological plausibility of the existing SSA model, we imposed a (generous) 3 % cap on annual growth (maximum lambda [multiplicative annual growth rate] of 1.03 per year) on all dummy metapopulations. This modification was extremely consequential: after 80 years, total rangewide abundance declined from ~ 70,000 to ~ 2000 individuals versus a final abundance of ~ 20,000 predicted in Folt et al. (2022) (Fig. 5). Additionally correcting the maturation rate error by modeling juvenile age classes explicitly further reduced the number of persisting individuals and populations to near extinction (Fig. 5; Figs. S3–4). Thus, virtually all of the original conclusions derived from the SSA model regarding the projected resiliency, redundancy and representation of gopher tortoises across their range are artifacts of modeling errors and are primarily driven by the unintended feedback process and the maturation rate error described above. This finding demonstrates that the original SSA model does not represent the best available science and calls into question several of the key results that were used to justify the decision to deny federal protection under the ESA



**Fig. 3.** Output from the original SSA model demonstrates that (A) virtually all populations projected to be large and self-sustaining at the end of the simulation are those that exhibit extreme metapopulation growth (> 10-fold increase in 80 years) and end with unrealistically large 'dummy' metapopulations. (B) The populations that exhibit extreme metapopulation growth all begin the simulation as small populations within much larger metapopulations, setting the stage for a strong positive feedback that results in runaway exponential growth. (C) Populations with extreme metapopulation growth due to this positive feedback are virtually the only populations that grow in the simulation. Each point (panels A and B) and line (panel C) represents the median value across 50 replicates for focal populations or their paired dummy metapopulations in the "low management + medium threat" scenario.

*K.J. Loope et al.*                                                                                        *Global Ecology and Conservation 54 (2024) e03089*



**Fig. 4.** Example theoretical age structure illustrating the overestimation of maturation rate caused by the FAS approach. The histogram depicts the age structure of 1000 juveniles when juvenile annual survival is 0.75 (as in the SSA model) and age at maturity is 11. The relative abundance of age class i was calculated as $\varphi_j^{i-1}$ where $\varphi_j$ is juvenile survival, then abundances were normalized to total 1000. Yearly mortality in the juvenile stage skews the distribution towards the younger age classes within the stage (this example assumes stable population growth; results are similar for declining populations; see Fig. S5). The FAS approach assumes an equal number of individuals in each age class (dotted line), such that the fraction of individuals in the maturing age class (here age 10) is 1/d where d is the duration of the stage. In this example, the FAS approach estimates that an average of 100 juveniles are eligible to transition to adulthood each year. The correct number accounting for juvenile mortality is ∼ 20.



**Fig. 5.** Median total population size (A) and number of persisting populations (B) at the end of the 80 year simulation for the original model and three modified versions correcting or mitigating three errors: "DD" corrects just the density dependence typo; "DD + FB" corrects both the density dependence typo and limits positive feedback by imposing a 3 % cap on annual growth for all dummy metapopulations, and "DD + FB + MR" addresses both of the above errors and also corrects the maturation rate error by implementing a modified matrix model that explicitly tracks the dynamics of each age class in the juvenile stage. Depicted are medians across 50 replicates from the "low management + medium threat" scenario referenced frequently in the SSA discussion; for results from all 32 scenarios examined in Folt et al. (2022), see Figs. S3 and S4.

for the eastern portions of the species range (U.S. Fish and Wildlife Service, 2022).

There are good reasons to suspect that the feedback error described above is even more consequential under the version of the model used in the SSA (U.S. Fish and Wildlife Service, 2021). The presence of ∼ 169 additional very small populations (with initial abundance of 2–8 individuals) that were omitted from the published version of the model (Folt et al., 2022) but included in U.S. Fish and Wildlife Service (2021) would be expected to result in numerous additional populations prone to the erroneous positive feedback (small population paired with large dummy metapopulations). This likely explains why the final abundances reported in U.S. Fish and Wildlife Service (USFWS) (2021) are over two times larger than Folt et al. (2022) (e.g., 47,202 for U.S. Fish and Wildlife Service, 2021 [scenario "Medium threats, low management"] versus 19,463 for the same scenario in Folt et al., 2022), despite only minor differences in initial abundance (∼ 70,600 in the U.S. Fish and Wildlife Service, 2021 [p. 159] versus ∼ 70,500 in Folt et al., 2022 [p. 8]).

The adjustments we made to the SSA model serve to illustrate the magnitude of the effects of the spurious positive feedback and inflated maturation rate on the model's predictions, but do not correct the fundamental flaws in the approach to metapopulation modeling used in the SSA model. Thus, although our model adjustments predict concerningly steep declines, results from our modified model runs should not be interpreted as valid predictions for use in decision-making. While the comprehensive data compilation and

K.J. Loope et al.                                                                                                    Global Ecology and Conservation 54 (2024) e03089

threat assessments performed as part of the recent SSA process represent valuable steps towards a rangewide population viability assessment for gopher tortoises, conservation decisions regarding this species should be informed by a correctly specified meta-population model. We strongly urge re-evaluation of all conservation and management decisions that were informed by the original SSA model. More broadly, this case study underscores the need for rigorous code review (Ivimey-Cook et al., 2023) and model assessment in addition to standard peer-review, especially where complex simulation models are used to support important conservation decisions.

**Declaration of Competing Interest**

The authors declare that they have no known competing financial interests or personal relationships that could have appeared to influence the work reported in this paper

**Data availability**

All data and code are available at a link provided in the main text, except for the tortoise population dataset, which is available from the USFWS Jacksonville Office.

**Acknowledgements**

We thank Carola Haas, Elizabeth Hunter, and Houston Chandler for comments on an earlier version of this letter to the editor, editor Kim McConkey for assistance in publishing this letter, and Brian Folt for discussion of these issues and sharing data and code used in Folt et al. (2022).

*Code Availability*

All code used to generate the results presented here is available online: https://github.com/kevintshoemaker/GT_modified_SSA_model with comments to indicate changes from the original code of Folt et al. (2022) (available as a software release: https://code.usgs.gov/cooperativeresearchunits/modeling-gopher-tortoises-population-viability). As stated in the software release, the data on tortoise populations is available by request from the USFWS Jacksonville Office. For details, see README on the code repository.

**Appendix A. Supporting information**

Supplementary data associated with this article can be found in the online version at doi:10.1016/j.gecco.2024.e03089.

**References**

Akçakaya, H.R., 2000. Population viability analyses with demographically and spatially structured models. Ecol. Bull. 23–38.
Folt, B., Marshall, M., Emanuel, J.A., Dziadzio, M., Cooke, J., Mena, L., Hinderliter, M., Hoffmann, S., Rankin, N., Tupy, J., McGowan, C., 2022. Using predictions from multiple anthropogenic threats to estimate future population persistence of an imperiled species. Glob. Ecol. Conserv. 36, e02143 https://doi.org/10.1016/j.gecco.2022.e02143.
Ivimey-Cook, E.R., Pick, J.L., Bairos-Novak, K.R., Culina, A., Gould, E., Grainger, M., Windecker, S.M., et al., 2023. Implementing code review in the scientific workflow: insights from ecology and evolutionary biology. J. Evolut. Biol. 36 (10), 1347–1356.
Kendall, B.E., Fujiwara, M., Diaz-Lopez, J., Schneider, S., Voigt, J., Wiesner, S., 2019. Persistent problems in the construction of matrix population models. Ecol. Model. 406, 33–43. https://doi.org/10.1016/j.ecolmodel.2019.03.011.
U.S. Fish and Wildlife Service, 2022. Endangered and threatened wildlife and plants; finding for the gopher Tortoise Eastern and Western distinct population segments. Fed. Regist. 87 (196).
U.S. Fish and Wildlife Service, 2021. Species status assessment report for the Gopher Tortoise (Gopherus polyphemus), Version 0.4. August 2021, Atlanta, GA.

Kevin J. Loope[a,*], H. Resit Akçakaya[b], Kevin T. Shoemaker[c,*]

[a] *Fish and Wildlife Conservation, Virginia Polytechnic Institute and State University (Virginia Tech), Blacksburg, VA, United States of America*
[b] *Department of Ecology and Evolution, Stony Brook University, Stony Brook, NY, United States of America*
[c] *Department of Natural Resources and Environmental Science, University of Nevada, Reno, NV United States of America*

[*] Corresponding authors.
*E-mail addresses:* kjloope@vt.edu (K.J. Loope), kevinshoemaker@unr.edu (K.T. Shoemaker).

1   **Supplementary Methods**

2   We examined and modified the original code used in Folt et al. 2022 (available as a software

3   release:

4   https://code.usgs.gov/cooperativeresearchunits/modeling-gopher-tortoises-population-viability).

5   As stated in the software release, the data on tortoise populations is available by request from the

6   USFWS Jacksonville Office.

7

8   Our modifications were to (1) add code to save files containing the individual replicate data to

9   allow inspection, (2) implement three corrections to determine the magnitude of the effects of

10  three coding and modeling errors on outcomes described below. We note that the set.seed()

11  feature in R, used to create random number draws that are reproducible across script runs, does

12  not function as intended in this script, so runs of the model produce stochastically different

13  versions each time. We suspect this is because the number of individuals is drawn from a random

14  number, and then random survival processes are applied to each individual, generating a

15  different number of random draws in each model run. Regardless, while the exact numerical

16  results vary, model runs represent equivalent alternative samplings from the same parameter

17  distributions as the original model with expected median values closely matching the original

18  model run reported in Folt et al. 2022.

19

20  **Density dependence typo**

21   The original code uses the expression

22  ```
density[i,j-1] < densityDependence
```

23    Where the left-hand side of the inequality is the (numeric) focal population's density (population

24    size divided by area) for the ith replicate in the previous year (j-1). The right hand side is the

25    scenario-specific density ceiling above which population growth is limited. The latter object was

26    mistakenly coded as a character class object containing the value for the scenario's threshold for

27    density dependence (e.g. "2" or "4"). When the right side is a character object, program R

28    interprets the inequality correctly when the first digit of the left side is less than the character

29    value on the right side, explaining why density dependence still functions in many situations (see

30    years 16-70 in Fig. S2). However, for density values greater than or equal to 10 (but less than 20

31    for threshold of "2" or 40 for threshold of "4"), the inequality returns TRUE, and the density

32    dependence check fails, permitting further growth beyond the ceiling. This is resolved by

33    converting the `densityDependence` object to numeric class using the function

34    `as.numeric()`.

35

36    **Capping metapopulation growth to limit positive feedback**

37    To examine the effect of runaway metapopulation growth on the model's results, we added a 3%

38    limit on annual metapopulation growth. This is an extremely generous limit, given that

39    metapopulation growth is only occurring through endogenous births and deaths (metapopulations

40    are closed to immigration), and virtually all other populations that don't exhibit the positive

41    feedback loop have growth rates <1 (i.e. were declining) (Fig. 3C). We did this by adding code

42    that sets metapopulation growth rate to 1.03 if the focal population's growth rate was greater

43    than 1.03 in a given year:

44    `if (j>1) {if(!is.na(LAM[i,j]) & (LAM[i,j]>1.03)) {LAM[i,j]<-1.03} }`

45    LAM[i,j] is the annual growth rate of the metapopulation in replicate i and year j, calculated as

46    $Na_j/Na_{j-1}$ where $Na_j$ is the number of adults in the focal population in year j. We examine the

47    effect of this code change in addition to the density dependence typo fix described above.

48

49    **Correcting the juvenile-adult transition rate error**

50    For matrix population models representing age-based groups as distinct life history stages such

51    as the juvenile and adult stages in the SSA model, there are several frequently used strategies for

52    estimating the fraction of individuals eligible to transition from one stage to the next at each time

53    step ($\tau$). One tempting but flawed approach used in the SSA model is the flat age-within-stage

54    structure (FAS), where the rate is estimated as $\tau = 1/d$ and $d$ is the duration of the stage. This

55    approach is intuitively simple and occasionally used, but rarely correct (Kendall et al., 2019).

56    The problem lies in the fact that the FAS approach assumes an equal number of individuals in

57    each age within the focal stage, which is rarely the case in real populations. Consider the

58    common scenario where two stages, juvenile and adult, have different survival and reproduction

59    rates. When juvenile survival is less than the asymptotic population growth rate, the age structure

60    within the juvenile class will be skewed towards younger individuals because of yearly mortality

61    at each age class within the stage, with the degree of skew determined by the difference between

62    juvenile survival and asymptotic population growth (Figure S5; Kendall et al. 2019). Under any

63    age structure, the correct fraction of transition-eligible individuals (within the stage) is

64    $\tau = \frac{a_{\hat{t}}}{\sum_i a_i}$ , where $a_i$ is the abundance of the $i$th age class within the stage, and $\hat{t}$ is the oldest age

65    class within the stage. In the common situation where juvenile survival is substantially less than

66    the asymptotic population growth rate (as happens in the SSA model), the FAS approach will

67    overestimate the number of individuals transitioning to the adult stage (Figure S5), and thus

68    result in an erroneously high population estimate. Kendall et al. (2019) suggested two ways to

69    avoid this problem; the first is to use an iterative computational approach ('asymptotic age-

70    within-stage structure' per Kendall et al. 2019). A second, simpler, and more intuitive (if less

71    elegant) solution is to revert to an age-structured matrix population model for all but the final life

72    history stage (the 'unrolling' solution discussed by Kendall et al. 2019).

73

74    *Correcting the transition rate*

75    To assess the effect of the FAS approach on model predictions, we used the same modeling

76    framework and original code, corrected the density dependence typo and capped metapopulation

77    growth as described above, and substituted a matrix model that is age-explicit for the juvenile

78    stage (the "unrolled" approach, per Kendall et al. 2019). We assumed 20 stages, where stages 1–

79    19 represent tortoises of age 1–19, and stage 20 represents all tortoises 20 years and older,

80    capping the age at maturity at a maximum of 20 (the maximum observed population mean age at

81    maturity; Folt et al. 2022). The SSA model estimates the age at maturity based on time- and

82    location-specific parameters in each timestep, and we therefore recreated the appropriate

83    transition matrix reflecting the appropriate age at maturity at each timestep. We did this by

84    adjusting the fecundities and sub-diagonal survival values accordingly (Figure S6). We used a

85    pre-breeding census matrix model with the same stochastically drawn parameters (age at

86    maturity, juvenile survival, adult survival, and fecundity parameters) in each time step as the

87    original model (Figure S6).

88

89    We specified the initial abundance of each age in the juvenile class according to the stable age

90    distribution for each population (while ensuring integer values using a single draw from a

91   multinomial distribution). For each subsequent time step, we generated an age-structured

92   transition matrix using the same vital rates and age-at-maturity specified in the SSA model, and

93   used this matrix to project age-structured abundance in the subsequent year. We modeled

94   demographic stochasticity using a Poisson distribution to sample total recruitment and a binomial

95   distribution to compute the number of survivors. We then implemented the immigration process

96   exactly as in the original model. We used code from the original model to recreate all figures and

97   tables from the original manuscript (available as output files in the code repository).

98     **Supplementary Figures**



99

100     *Figure S1. Final metapopulation size varies widely depending on which constituent focal*

101     *population is considered. Each bin on the x axis represents a single metapopulation, and each*

102     *point represents the median dummy metapopulation size after 80 years estimated from the*

103     *simulation for a focal population within that metapopulation. Dummy metapopulations*

104     *ostensibly representing the same metapopulation under the same scenarios can vary in size up to*

105     *4 orders of magnitude depending on which constituent focal population is considered. Several*

106     *individual dummy metapopulations contain more individuals than the entire population estimate*

107     *at model initialization.   Results shown are from the "low management, medium threats"*

108     *scenario.*

109

110



111

112 Figure S2. *An example replicate from population 66 in the "maximum density high" scenario (4*

113 *females/ha maximum density) showing exponential growth (note log scale on y-axis) and positive*

114 *feedback between growth in the focal population and its 'dummy' metapopulation and*

115 *demonstrating the effect of the density dependence typo in the original code. The focal*

116 *population (A) and dummy metapopulation (B) grow rapidly until the focal population reaches*

117 *carrying capacity (horizontal line in A) after ~16 years; in this time, the dummy metapopulation*

118 *grows from ~5,000 to ~1,000,000 individuals (B). Extreme (stochastically drawn) annual*

119 *immigration from the dummy metapopulation (C) maintains the focal population at carrying*

120 *capacity (potential immigrants only join the population if the population size is below carrying*

121 *capacity) until year 64. In that year, the population dropped below the carrying capacity and a*

122    *large pulse of immigration pushed the population density above 10 females/ha, causing the*

123    *density dependence inequality check to fail due to a typo (see Supplementary Methods for*

124    *details) and allowing further exponential growth. This density dependence failure occurs only in*

125    *the relatively small subset of replicates in which stochastic immigration pushes density above 10.*

126    *The annual population growth rate of the focal population, and by extension the dummy*

127    *metapopulation, is often very high (D), driving the positive feedback in growth.*

128

129



| Panel | Scenario | Panel | Scenario |
|---|---|---|---|
| 1 | Status quo | 17 | Urbanization (medium) |
| 2 | Survival (high) | 18 | Urbanization (high) |
| 3 | Survival (low) | 19 | Management (high) |
| 4 | Survival (very low) | 20 | Management (low) |
| 5 | Max density (high) | 21 | Management (very low) |
| 6 | Max density (low) | 22 | Low threats |
| 7 | Immigration (very high) | 23 | Medium threats |
| 8 | Immigration (high) | 24 | High threats |
| 9 | Immigration (zero) | 25 | Management (high) + medium threats |
| 10 | Climate warming (low) | 26 | Management (low) + medium threats |
| 11 | Climate warming (medium) | 27 | Management (very low) + medium threats |
| 12 | Climate warming (high) | 28 | Survival (high) + medium threats |
| 13 | Sea-level rise (low) | 29 | Survival (low) + medium threats |
| 14 | Sea-level rise (medium) | 30 | Immigration (very high) + medium threats |
| 15 | Sea-level rise (high) | 31 | Immigration (high) + medium threats |
| 16 | Urbanization (low) | 32 | Immigration (zero) + medium threats |

130

131

132    *Figure S3. Median total population size at the end of the 80 year simulation for the original*

133    *model and three modified versions correcting or mitigating three errors: "DD" corrects just the*

134    *density dependence typo; "DD + FB" corrects both the density dependence typo and limits*

135    *positive feedback by imposing a 3% cap on annual growth for all dummy metapopulations, and*

136    *"DD + FB + MR" addresses both of the above errors and also corrects the maturation rate*

137    *error by implementing a modified matrix model that explicitly tracks the dynamics of each age*

138    *class in the juvenile stage. Depicted are medians across 50 replicates.*

139



| Panel | Scenario | Panel | Scenario |
|---|---|---|---|
| 1 | Status quo | 17 | Urbanization (medium) |
| 2 | Survival (high) | 18 | Urbanization (high) |
| 3 | Survival (low) | 19 | Management (high) |
| 4 | Survival (very low) | 20 | Management (low) |
| 5 | Max density (high) | 21 | Management (very low) |
| 6 | Max density (low) | 22 | Low threats |
| 7 | Immigration (very high) | 23 | Medium threats |
| 8 | Immigration (high) | 24 | High threats |
| 9 | Immigration (zero) | 25 | Management (high) + medium threats |
| 10 | Climate warming (low) | 26 | Management (low) + medium threats |
| 11 | Climate warming (medium) | 27 | Management (very low) + medium threats |
| 12 | Climate warming (high) | 28 | Survival (high) + medium threats |
| 13 | Sea-level rise (low) | 29 | Survival (low) + medium threats |
| 14 | Sea-level rise (medium) | 30 | Immigration (very high) + medium threats |
| 15 | Sea-level rise (high) | 31 | Immigration (high) + medium threats |
| 16 | Urbanization (low) | 32 | Immigration (zero) + medium threats |

140

141  *Figure S4. Median number of persisting populations at the end of the 80 year simulation for the*

142  *original model and three modified versions correcting or mitigating three errors: "DD" corrects*

143  *just the density dependence typo; "DD + FB" corrects both the density dependence typo and*

144  *limits positive feedback by imposing a 3% cap on annual growth for all dummy metapopulations,*

145  *and "DD + FB + MR" addresses both of the above errors and also corrects the maturation rate*

146  *error by implementing a modified matrix model that explicitly tracks the dynamics of each age*

147  *class in the juvenile stage. Depicted are medians across 50 replicates. For a description of each*

148  *scenario, see Folt et al. (2022).*

149

150

151



152

153  *Figure S5. Example theoretical age structure illustrating the overestimation of maturation rate*

154  *caused by the FAS approach. The histogram depicts the age structure of 1000 juveniles under*

155    *two different population growth rates when juvenile annual survival is 0.75 (as in the SSA*

156    *model) and age at maturity is 11. The relative abundance of age class i was calculated as $\varphi_j^{i-1}$ ∗*

157    *$\lambda^{10-i}$, where $\varphi_j$ is juvenile survival and $\lambda$ is population growth rate, then abundances were*

158    *normalized to total 1000. Yearly mortality in the juvenile stage skews the distribution towards*

159    *the younger age classes within the stage. The FAS approach assumes an equal number of*

160    *individuals in each age class (dotted line), such that τ (the fraction of individuals in the maturing*

161    *age class [here age 10]) is 1/d where d is the duration of the stage. In this example, the FAS*

162    *approach estimates that an average of 100 juveniles are eligible to transition to adulthood each*

163    *year. The correct number is ~20 when lambda is 1 (stable population) and ~26 when lambda is*

164    *0.96 (declining population).*

165

166



Figure S6. *Example juvenile-age-explicit ("unrolled") transition matrix. Here, empty cells are zeros, and the population in this time step has an age of maturity of 11. F is the fecundity term, equal to the product of: probability of reproduction, clutch size, nest survival, hatching success, percent female offspring, and hatchling survival. Juvenile survival is $\varphi_j$ and adult survival is $\varphi_a$. The matrix is remade in each time step based on the parameters and age at maturity calculated as in the original model.*

View publication stats