**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division**

**CENTER FOR BIOLOGICAL DIVERSITY**
and **NOKUSE EDUCATION, INC.,**

        *Plaintiffs*,

           v.

**U.S. FISH AND WILDLIFE SERVICE**, et al.,

        *Defendants.*

**Case No. 3:23-cv-936-WWB-LLL**

### UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF REPLY BRIEF

    Federal Defendants the U.S. Fish and Wildlife Service (Service); Paul Souza, in his official capacity as Regional Director of Region 8, exercising the delegated authority of the Director of the Service; and Doug Burgum, in his official capacity as Secretary of the U.S. Department of the Interior (collectively, Federal Defendants) respectfully request a one-week extension of their deadline to reply in support of their motion for summary judgment to April 18, 2025. In support, Federal Defendants state as follows:

1. On January 9, 2025, the Court entered an Amended Case Management and Scheduling Order (ECF No. 26) setting the following deadlines for cross-motions for summary judgment:

   a. Plaintiffs' motion for summary judgment due by January 17, 2025;

   b. Federal Defendants' combined cross-motion for summary judgment and opposition to Plaintiffs' motion due by February 28, 2025;

    c.  Plaintiffs' combined opposition to Defendants' motion and reply in support of summary judgment due by March 21, 2025;

    d.  Defendants' reply in support of their motion for summary judgment due by April 11, 2025.

2. Plaintiffs timely filed their motion for summary judgment on January 17, 2025. ECF No. 29.

3. Federal Defendants timely filed their combined cross-motion for summary judgment and opposition to Plaintiffs' motion on February 28, 2025. ECF No. 36.

4. Counsel for Federal Defendants, located in Washington D.C., has just been ordered to attend a summary judgment hearing in Los Angeles in another case on April 11, 2025 – the same day that Federal Defendants' reply brief is due in this case. She is the only counsel for Federal Defendants in both cases.

5. Federal Defendants respectfully request a one-week extension of their reply brief to April 18, 2025.

6. Counsel for Federal Defendants contacted counsel for Plaintiffs on March 5, 2025, regarding this request. Plaintiffs do not oppose this motion.

7. This is the Federal Defendants' first request for an extension of a deadline in this case. This request is submitted five weeks before the deadline at issue.

8. For the aforementioned reasons, and for good cause shown, Federal Defendants request that the Court amend the schedule set forth in the Case Management and Scheduling Order (ECF No. 26) so that Federal Defendants' reply brief is due on April 18, 2025.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Federal Defendants conferred with counsel for Plaintiffs on March 5, 2025, regarding this request. Plaintiffs do not oppose this motion.


Respectfully submitted this 6th day of March, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division
S. JAY GOVINDAN, Section Chief
NICOLE M. SMITH, Assistant Section Chief

*/s/ Taylor A. Mayhall*
TAYLOR A. MAYHALL
Trial Attorney (MN Bar No. 0400172)
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-3796
Taylor.mayhall@usdoj.gov

*Counsel for Federal Defendants*