**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and NOKUSE EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FISH AND WILDLIFE SERVICE, *et al.*, <br><br> Defendants. | **Case No. 3:23-cv-936-WWB-LLL** |

**[PROPOSED] BRIEF OF *AMICI CURIAE* STATE AND NATIONAL FORESTRY ASSOCIATIONS IN SUPPORT OF DEFENDANTS'
<u>CROSS-MOTION FOR SUMMARY JUDGMENT (ECF NO. 36)</u>**

## TABLE OF CONTENTS

INTRODUCTION ..................................................................................................................1

STATEMENT OF INTEREST ..............................................................................................1

ARGUMENT ..........................................................................................................................2

I.     Private forest owners play an integral role in conserving habitat and improving outcomes for at-risk, threatened, and endangered species. ....................................................................................................................2

     A.     Private owners adhere to BMPs for sustainable forest cultivation. ...........................................................................................................3

     B.     Private owners rely on third-party certifications to ensure that their efforts deliver conservation benefits. ....................................................4

     C.     Private forest owners enhance conditions for at-risk species by participating in Service-approved conservation agreements and other collaborative conservation efforts .........................5

II.     Private forest owners' conservation efforts have substantially benefitted—and are still benefitting—the gopher tortoise. ..................................7

     A.     Landowners' implementation of BMPs and participation in certification programs promote gopher tortoise habitat and viability. ............................................................................................................8

     B.     Service-approved conservation agreements and public-private partnerships like the WCI have been successful in protecting the gopher tortoise and its habitat. ..........................................9

III.     The Service correctly credited the success of voluntary conservation activities on private lands when concluding that further listing of the gopher tortoise under the ESA is unwarranted. ............................12

CONCLUSION ....................................................................................................................15

i

## TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Black Warrior Riverkeeper, Inc. v. U.S. Army Corps of Eng'rs*,
354 F.Supp.3d 1253 (N.D. Ala. 2018) .................................................................. 14

**Statutes**

16 U.S.C. § 1533(a)(1) ............................................................................................ 12

16 U.S.C. § 1539(a)(1)(A) ........................................................................................ 6

16 U.S.C. § 1539(a)(1)(B) ........................................................................................ 6

**Regulations**

50 C.F.R. § 17.22 ..................................................................................................... 6

50 C.F.R. § 222.307(b)(5) ........................................................................................ 6

**Other Authorities**

86 Fed. Reg. 30688 (June 9, 2021) ........................................................................... 4

87 Fed. Reg. 61834 (Oct. 12, 2022) .................................................................*passim*

89 Fed. Reg. 26070 (Apr. 12, 2024) .......................................................................... 6

89 Fed. Reg. 85294 (Oct. 25, 2024) .......................................................................... 4

Paul Henson et al., *Improving Implementation of the Endangered Species Act: Finding Common Ground Through Common Sense*, BioScience,
Vol. 68 (Nov. 2018) .............................................................................................. 13

## INTRODUCTION

*Amici curiae* National Alliance of Forest Owners ("NAFO"), Alabama Forestry Association, Florida Forestry Association, Forest Landowners Association, Georgia Forestry Association, and the Forestry Association of South Carolina (collectively, "*Amici*") respectfully submit this *amicus curiae* brief in the above-captioned matter supporting the U.S. Fish and Wildlife Service's ("Service") decision not to list the gopher tortoise rangewide or the eastern distinct population segment ("DPS") as threatened or endangered under the Endangered Species Act ("ESA"). 87 Fed. Reg. 61834, 61835 (Oct. 12, 2022). The Service's well-supported decision positions the stewards of the vast majority of the species' potential habitat to continue responsible forest cultivation that benefits the tortoise, the wider ecosystem, and the economy.

## STATEMENT OF INTEREST[1]

*Amici* represent private forest owners with deep-seated interests in protecting and sustaining private, working forests for generations to come. These State and national organizations promote stewardship and wise use of forest resources and are dedicated to forest conservation and sustainability. *Amici* understand that the economic viability of these working forests is inextricably intertwined with their ecological viability, and as such have partnered with Federal, State, and local governments to develop collaborative conservation programs like those that contributed to the Service's decision that listing the gopher tortoise rangewide or the Eastern DPS is not warranted. *Amici* have a substantial interest in ensuring that the conservation benefits of private working forests continue to be recognized and incorporated in Federal ESA listing decisions as

---

[1] No part of this brief was authored by counsel for any party. No person or entity has monetarily contributed to the brief other than *amici curiae* and their counsel.

1

appropriate and consistent with the best available science.

## ARGUMENT

The Service appropriately credited the benefits of conservation efforts in private working forests when concluding that the gopher tortoise does not warrant ESA listing rangewide or for the Eastern DPS. Private forest landowners have voluntarily adjusted their cultivation practices to diminish risk to the gopher tortoise while maintaining forest productivity. Conservation of the gopher tortoise through proven, voluntary, collaborative efforts rather than ESA listing promotes forest-retention efforts and continues to benefit the species. To aid the Court in evaluating the Service's decision, *Amici* provide (1) an overview of conservation efforts in private working forests; (2) an explanation of the use of these efforts to benefit the gopher tortoise; and (3) why it was therefore appropriate for the Service to consider the success of these efforts in concluding listing the gopher tortoise beyond the Western DPS is not warranted under the ESA.

**I.      Private forest owners play an integral role in conserving habitat and improving outcomes for at-risk, threatened, and endangered species.**

"Private landowners hold more than 86 percent of forests in the South and produce nearly all of the forest investment and timber harvesting in the region[.]" 87 Fed. Reg. at 61844. Land management decisions made by private owners thus help shape conditions for forest-dwelling species throughout the region. Landowners represented by *Amici* are committed to maintaining their forests and preventing conversion for development or other uses through sustainable, productive use of their lands. Private forest owners work closely with State and Federal agencies and nongovernmental organizations to conserve at-risk, threatened, and endangered

2

species and to prevent habitat loss. In service of these shared objectives, forest owners employ sustainable management practices on their land that promote forest growth and health, including "best conservation practices" (often categorized as "best management practices" ("BMPs")), obtain and maintain third-party certification documenting their practices, and enter into conservation benefit agreements and other partnerships.

### A. Private owners adhere to BMPs for sustainable forest cultivation.

BMPs are an important tool in private forest owners' toolkit to sustainably manage forest lands. BMPs are, broadly speaking, activities that promote environmental quality, including preservation and enhancement of habitat for a particular species or species type.[2] For example, private owners practice "[t]hinning and planting at lower densities, us[e] herbicides to reduce midstory vegetation, and harvest[] at an older stand age … [to] provide vegetation conditions [in which] gopher tortoises can occur and persist." U.S. Fish and Wildlife Serv., *Species Status Assessment Report for the Gopher Tortoise* (*Gopherus* polyphemus) 78 (2021) ("SSA"). BMPs also include efforts specific to an individual species; in the instance of the gopher tortoise this includes identifying and avoiding disturbance of their burrows, including the "apron" area, and minimizing certain operations during hatchling season. Florida Forestry Wildlife Best Management Practices for State Imperiled Species 6[3]; *see also* SSA at 70-71, 90-91. The Service

---

[2] The most common use of "BMP" is for State-approved measures to protect water quality. *See* U.S. Fish & Wildlife Serv., Best Management Practices For Work In or Around Aquatic Environments (BMPs), https://www.fws.gov/media/best-management-practices-work-or-around-aquatic-environments-bmps (last visited Mar. 6, 2025). However, in some instances the term has been broadened to include wildlife conservation measures, such as the Florida gopher tortoise BMPs. *See infra* n.3.
[3] https://www.fdacs.gov/content/download/40469/file/Florida_Forestry_Wildlife_Best_Management_Practices_For_State_Imperiled_Species_Manual.pdf (last visited Mar. 5, 2025); *see also* ECF No. 19-2 at 13 (administrative record index referencing same).

3

has recognized, in a number of ESA listing decisions, the benefits BMPs can have in forested landscapes and protecting wildlife therein. *See, e.g.*, 89 Fed. Reg. 85294, 85338 (Oct. 25, 2024) (changing listing status of red-cockaded woodpecker from endangered to threatened with a requirement that certain activities follow applicable best management practices); 86 Fed. Reg. 30688, 30694 (June 9, 2021) (excepting forest-management activities implementing State-approved BMPs from Neuse River waterdog incidental take prohibition due to "reduced risks" BMPs provide, recognizing "the forest landowner community" as "an important ally in the conservation of imperiled species").

### B. Private owners rely on third-party certifications to ensure that their efforts deliver conservation benefits.

Private forest owners maintain their lands as long-term investments which provide the best return when managed sustainably, allowing forests to remain intact while generating economic output. SSA at 78 ("Contemporary management practices on private working lands have evolved in response to market demands that require conservation of biological diversity."). Many private forest owners—especially those with large holdings—look to third-party certification programs to help ensure that they cultivate their forest assets in a manner consistent with these dual objectives and thereby maintain their social license to operate. As of 2021, an estimated 13.7 million acres within the gopher tortoise's range were certified by the Sustainable Forestry Initiative as adhering to practices that enhance wildlife habitat to conserve biodiversity. 87 Fed. Reg. at 61848. As scientists from the National Council for Air and Stream Improvement, Inc. ("NCASI") explain,

> Most large, private owners of actively managed forest land are participants in one or more forest certification programs. In fact, [NAFO] membership …

4

> requires a commitment to sustainable management, usually embodied by participation in a forest certification system. Forest certification provides assurances, through third-party auditing, that forest owners are operating sustainably. … All of these [certification] systems include a set of standards specific to conservation of at-risk and protected species.

Drs. Darren A. Miller & Angela L. Larsen-Gray, *The Conservation Estate of the Private Forest Sector Relative to Gopher Tortoise Conservation and Management* 2 (2021), ("NCASI 2021").[4] The Service recognizes the benefits of these certification programs: "forest certification programs, such as the Sustainable Forestry Initiative (SFI) and Forest Stewardship Council, require participants to adhere to a set of principles including providing wildlife habitat to conserve biological diversity." 87 Fed. Reg. at 61848. In sum, certification programs provide private owners with both incentive and guidance to manage forest lands sustainably, deriving long-term economic return while delivering conservation benefits.

### C. Private forest owners enhance conditions for at-risk species by participating in Service-approved conservation agreements and other collaborative conservation efforts.

In addition to implementation of BMPs and voluntary engagement with third-party certification programs, forest owners participate in formal conservation agreements and develop collaborative partnerships with government and nonprofit entities to protect and enhance wildlife habitat while ensuring the ability to beneficially use their lands.

As authorized by the ESA, the Service reviews and approves two types of agreements to allow for activity that may impact listed species or species that are candidates for listing, and require project proponents to take conservation-oriented

---

[4] https://downloads.regulations.gov/FWS-R4-ES-2009-0029-0073/attachment_40.pdf (last visited Mar. 6, 2025); https://www.regulations.gov/document/FWS-R4-ES-2009-0029-0073 (last visited Mar. 6, 2025) (attaching same to "Literature Cited" docket entry).

5

measures: habitat conservation plans ("HCPs") and conservation benefit agreements.[5] HCPs are planning documents geared toward otherwise-lawful projects where incidental take of a listed species may occur. Under an HCP, a take of a listed species or destruction of critical habitat will not violate the law if the plan is followed, including adherence to measures to avoid, minimize, and mitigate that take. *See* 16 U.S.C. § 1539(a)(1)(B); 50 C.F.R. § 222.307(b)(5). By contrast, conservation benefit agreements are more proactive and geared toward preservation and enhancement of ongoing land management activities. Unlike HCPs, conservation benefit agreements require land to be managed to provide a net benefit for listed or candidate species—*i.e.*, species that may require future listing. 16 U.S.C. § 1539(a)(1)(A); 50 C.F.R. § 17.22.

Beyond HCPs and conservation benefit agreements, partnerships have developed between private landowners, governments, and nonprofit entities to proactively enhance species' habitat. One such partnership, established by *Amicus* NAFO in partnership with the Service and NCASI, is the Wildlife Conservation Initiative ("WCI"). Through the WCI, NAFO members partner with NCASI and the Service to identify priority species that rely on forest habitat; collect field data on how private, active forest management impacts these species; and use the data to determine how best to maintain and improve conservation benefits. *See* Wildlife Conservation Initiative.[6] NAFO members certify through independent, third-party verification that their forest management activities support these sustainability objectives. *See id.*; *see also*

---

[5] Until 2024, conservation benefit agreements were separated into safe harbor agreements ("SHAs") and candidate conservation agreements ("CCAs"). 89 Fed. Reg. 26070, 26071 (Apr. 12, 2024).
[6] https://wildlifeconservationinitiative.org/ (last visited Mar. 5, 2025).

6

SSA at 99. On March 21, 2023, President Biden announced the WCI Memorandum of Understanding ("MOU"), formalizing the WCI as a programmatic partnership benefiting at-risk, threatened, and endangered species.[7] The WCI MOU promotes cooperation and collaboration between private actors and the Service, formally recognizing the value of active forest management in private working forests as a supplement or alternative to more rigid conservation tools like ESA listing.

In sum, private landowners, partnering with government and nonprofits, voluntarily cooperate to conserve and enhance forests for long-term, sustainable cultivation. Their use of conservation benefit agreements and other partnerships concretizes the parties' commitments and advances shared conservation objectives.

## II.     Private forest owners' conservation efforts have substantially benefitted—and are still benefitting—the gopher tortoise.

The gopher tortoise is a keystone species, on which over 350 other species depend; its burrow systems provide shelter for animals and seeds, return leached nutrients to the soil surface, and promote habitat heterogeneity. 87 Fed. Reg. at 61836. The gopher tortoise requires "well-drained, sandy soils, … an open canopy, sparsely vegetated midstory, and abundant herbaceous groundcover[.]" *Id.* Land held in private ownership accounts for approximately 80 percent of potential gopher tortoise habitat, and about 50 percent of that land is managed, productive forest. *Id.* at 61848. Because of this, the activities of private forest owners play a critical role in shaping conditions for, and conserving, the gopher tortoise, as shown by the following graphic:

---

[7] https://nafoalliance.org/wp-content/uploads/2023/03/Wildlife-Conservation-Initiative-MOU-USFWS-NAFO-NCASI.pdf.



SSA at 99, Fig. 3-2. Below *Amici* explain these efforts in more detail.

### A.     Landowners' implementation of BMPs and participation in certification programs promote gopher tortoise habitat and viability.

Because of its "disproportionately large effect on its natural environment," 87 Fed. Reg. at 61836, private forest owners and State and local officials have prioritized practices and programs to conserve and promote the gopher tortoise population throughout its range, benefitting the species and enhancing the health of the forests it inhabits. Private forest owners work with State agencies to manage gopher tortoise conservation areas across its range. In addition to the BMPs described above, landowners mark and protect gopher tortoise burrows and adjust forest management activities to protect active tortoises. NCASI 2021 at 2; 87 Fed. Reg. at 61843. Landowners also maintain "banks" for the relocation of individual tortoises displaced by development. SSA at 101-02. Active and sustainable forest management—the continuous cycle of planting, thinning, harvesting, and replanting trees in working forests

8

across the landscape—creates a mosaic of forest ages, ensuring there are always young, healthy pine forests that provide the open canopy required for sunlight to grow the gopher tortoise's food. *See* SSA at 76-77.

Widespread participation in certification programs by private landowners within the gopher tortoise's range have also measurably improved conditions for the species. NCASI 2021 at 3. Owners seeking to maintain their sustainability certifications must conserve native biological diversity, "including species, wildlife habitat, and ecological community types at stand- and landscape- scales"; retain wildlife habitat elements at stand scale; and "work individually or collaboratively to support diversity of native forest cover types and age or size classes that enhance biological diversity at the landscape scale." SSA at 98. As a result, forest owners have adjusted timber production and other extractive practices to promote gopher tortoise habitat creation and to facilitate research. 87 Fed. Reg. at 61848. Indeed, the Service notes that these certification programs "have increased forest management practices that benefit gopher tortoises." *Id.* at 61844. Participation in certification programs also provides certainty that the conditions will be maintained. NCASI 2021 at 3.

> **B.     Service-approved conservation agreements and public-private partnerships like the WCI have been successful in protecting the gopher tortoise and its habitat.**

The conservation agreements described above have also been put to beneficial use for the gopher tortoise. For example, the gopher tortoise has been the subject of a candidate conservation agreement ("CCA") between State, nonprofit, and private entities approved by the Service in 2008 (SSA at 89, 208), which outlines management actions landowners can take to benefit the gopher tortoise and its habitat. 87 Fed. Reg. at 61847. CCA management activities "include both prescribed fire and other beneficial

9

practices such as chemical and mechanical treatments and invasive species control." *Id.* at 61853. Parties to this CCA are participating in "translocation" efforts for the species, *i.e.*, moving them from one location to another, and are improving upon their practices for releasing the species into the wild. *Id.* at 61867. Participants are also implementing standard population survey methodology (Line Transect Distance Sampling) across the gopher tortoise's range. *Gopher Tortoise Candidate Conservation Agreement Eleventh Annual Report* (2019) ("2019 CCA Report") (cited by SSA at 179); *see also* ECF No. 19-2 at 13 (administrative record index referencing same). One party, the Alabama Forestry Commission, reported that "[n]ot all the accomplishments completed on private lands were aimed directly at [gopher tortoise] habitat management, however indirectly they could improve [its] habitat." 2019 CCA Report at at 58. Overall, "Service-approved plans or other plans including the gopher tortoise CCA, CCAA, … and the Gopher Tortoise Initiative have resulted in the protection of gopher tortoise habitat and populations across [its] range." 87 Fed. Reg. at 61867.

Private landowners represented by *Amici* participate in this CCA as members of the Longleaf Alliance. The Longleaf Alliance works "across the range of the gopher tortoise to restore and maintain habitat as an essential part of their larger focus in restoring the longleaf pine ecosystem." SSA at 101. The Longleaf Alliance provides technical and financial assistance and aids landowners in implementing prescribed fire within gopher tortoise habitat and with "longleaf pine plantings, groundcover restoration, and invasive plant management efforts." *Id.* The Longleaf Alliance considers gopher tortoise conservation "an essential part of longleaf ecosystem restoration." 2019 CCA Report at 17. The Longleaf Alliance "provide[s] technical expertise, physical assistance,

10

and financial assistance primarily through cost-share funding, to assist in [ecosystem] restoration efforts" that benefit the gopher tortoise. *Id.*

Other Federal agencies participate in collaborative conservation programs, such as the Working Lands for Wildlife partnership, sponsored by the USDA's Natural Resources Conservation Service ("NRCS"). This partnership facilitates cost-sharing and disseminates technical expertise to enhance species and habitat conservation. *See* 87 Fed. Reg. at 61846. This assistance "helps producers plan and implement conservation activities and practices that provide benefits to several species, including the gopher tortoise, while balancing conservation practices with natural resource and production goals." SSA at 79-80. Since 2012, NRCS certified 943,740 acres (378,276 hectares) in which private landowners have received assistance to implement management practices that benefit the gopher tortoise and its habitat. SSA at 80; *see also* 87 Fed. Reg. at 61846-47. As of 2021, landowners accounting for more than 3.7 million acres (1.5 million hectares) in Florida—where the greatest number of gopher tortoises have been identified—had committed to implement BMPs in their forests. 87 Fed. Reg. at 61847. The Service found that "[f]or private lands, programs such as forest certifications … and the development of diversified markets for forest products have increased forest management practices that benefit gopher tortoises." *Id.* at 61844.

Finally, gopher tortoise conservation has been a priority for the WCI for years— indeed, an "early project" of the WCI "was a gopher tortoise 'pilot' project." *See* NCASI 2021 at 3. As part of this pilot, WCI

> encouraged surveys for gopher tortoises on private lands and led to development of a 'Best Conservation Practices' document … . The WCI has facilitated information exchange between NAFO members and the USFWS, including gopher tortoise conservation and management. Thus NAFO,

11

>working with NCASI and USFWS, has created a mechanism for private forest owners to work together for conservation outcomes.

*Id.* at 3-4.[8] In the SSA, the Service noted that "private forest owners and managers cooperate with each other via [NAFO], NCASI, and the [WCI] to ensure gopher tortoise conservation efforts happen throughout the species' range. … [F]orest certification programs provide further assurances that at-risk species conservation (including gopher tortoise conservation) … will continue to be a priority…." SSA at 99.

### III.    The Service correctly credited the success of voluntary conservation activities on private lands when concluding that further listing of the gopher tortoise under the ESA is unwarranted.

The ESA identifies "destruction, modification, or curtailment" of a species' "habitat or range" as the first of five factors that may inform a decision by the Service to list a species. 16 U.S.C. § 1533(a)(1). In the case of the gopher tortoise, the Service identified "habitat loss, degradation, and fragmentation" and "insufficient and/or incompatible habitat management" as two of the three overarching threats facing the species and its habitat. 87 Fed. Reg. at 61840. Pertinent here, the Service found that "[f]orest loss may lead to loss of ecological function and connectivity essential for the dispersal of gopher tortoises across the landscape." SSA at 95. As such, "[i]t is important to strategically target forest-retention efforts, particularly as landscapes are subject to rapid conversion to development, and volatility in timber markets increase risk in private forestland timber production." *Id.*

Given the large percentage of privately owned forest in the range of the gopher tortoise, key to any forest-retention effort is preserving the ability of those private

---

[8] *See also Wildlife Conservation Initiative Spotlight: Gopher Tortoise*, https://wildlifeconservationinitiative.org/wp-content/uploads/2025/02/WCI_GopherTortoise_OnePager_2025b.pdf.

12

landowners to continue to make economically efficient use of that land. But the ESA can have the unintended effect of encouraging forest conversion, and consequently limiting conservation benefits, by restricting economic activity in managed forests.[9] The Service's determination allows private landowners to derive ongoing economic benefit from lands that also serve as gopher tortoise habitat so these activities can continue for the long term in harmony with the species. A contrary decision risks upsetting this balance, imposing stringent restrictions in place of voluntary adjustments and potentially driving owners to convert forest lands to a use unsuitable for gopher tortoise conservation. The Service explained this at length in its final rule.

Specifically, in concluding that listing the Eastern DPS of gopher tortoise or the species rangewide was not warranted under the ESA, the Service appropriately credited conservation efforts by private forest landowners—and the preservation of privately held forest lands as forests—as protecting habitat and supporting tortoise populations, helping to reduce these threats. As the Service explained:

> While working to meet a range of objectives, including timber production, many larger private working forests also accomplish conservation within a broad network of collaboration with Federal, State, and local government agencies, universities, and nongovernmental organizations. For example, forest landowners may create and maintain areas of open pine conditions, conduct gopher tortoise burrow surveys, conduct research, and implement BMPs that benefit the gopher tortoise.

87 Fed. Reg. at 61848; *see also id.* at 61847-49. The Service also recognized that

---

[9] *See* Paul Henson et al., *Improving Implementation of the Endangered Species Act: Finding Common Ground Through Common Sense*, *BioScience*, Vol. 68, Issue 11, 861-872, at 864 (Nov. 2018) (ESA can "work[] against conservation" where "economic uncertainty, including unpredictable regulation" results in "working forests [being] subdivided or converted to other uses") (citations omitted), https://doi.org/10.1093/biosci/biy093.

13

"Service-approved plans or other plans including the gopher tortoise CCA … have resulted in the protection of gopher tortoise habitat and populations across the range of the species." *Id.* at 61867. And the Service described programs similar to the WCI and data-gathering activities like those conducted under the WCI as examples of conservation efforts on private lands that underlie its determination. SSA at 99.[10]

Moreover, the Service explained that BMPs employed on privately owned land like "[p]rescribed fire, selective use of herbicide, mechanical vegetation management …, and timber harvest are valuable management techniques in the restoration, management, and maintenance of gopher tortoise habitat[.]" 87 Fed. Reg. at 61843. Because private forest owners have widely implemented BMPs in the gopher tortoise's range and can be expected to continue doing so, these benefits can likewise be expected to continue. The Service pointed to its finding that forest owners "implement BMPs that benefit the gopher tortoise," *id.* at 61848, and its expectation that BMPs will "continue to be implemented in the future and will continue to benefit the species and its habitat," *id.* at 61867, as supporting its decision not to list the species' Eastern DPS or rangewide. Courts have deferred to similar conclusions when upholding agency actions implicating ESA-listed species. *E.g.*, *Black Warrior Riverkeeper, Inc. v. U.S. Army Corps of Eng'rs*, 354 F.Supp.3d 1253, 1262, 1269 (N.D. Ala. 2018).

---

[10] Plaintiffs criticize the Service's alleged limited consideration of gopher tortoise population data on private lands, but private landowners' interest in the confidentiality of one proprietary data point does not diminish the significant conservation benefits present and continuing on private forest lands. Regardless, the Service's ability to conclude that listing was not warranted based on the available data renders it even less likely that the species will find itself in peril when considering efforts on private lands. *See* ECF No. 36 at 15; *id.* at 29 (explaining future conditions estimate was conservative because it did not account for ongoing voluntary conservation efforts on private lands).

14

The gopher tortoise, a keystone species whose flourishing enhances forest habitats for responsible cultivation, enjoys a position at the convergence of private economic and public conservation interests. Longstanding public-private partnerships like the Longleaf Alliance and the WCI have identified gopher tortoise survival as critical to the larger health and flourishing of the forest ecosystem in the southeast, and foresters have acted with the understanding that what is good for the tortoise is good for their forests. By collaborating with nonprofit and government partners to adjust cultivation practices to accommodate the gopher tortoise, employing BMPs that enhance its habitat, and facilitating ongoing study and monitoring, private landowners promote the species' flourishing alongside long-term economic interests.

A decision concluding that the Service erred, potentially resulting in the listing of the gopher tortoise within the Eastern DPS or rangewide, could upset the balance that private landowners and their partners have struck by threatening the economic productivity of the forests the tortoise inhabits. This, in turn, could incentivize owners to convert forest lands to a use incompatible with the gopher tortoise to avoid the burden of those restrictions. As things stand, landowners cultivate forests throughout the gopher tortoise's range in a manner that simultaneously promotes the wellbeing of the species and delivers a sustainable economic return.

## CONCLUSION

The purpose of ESA listing is to restore species that are in decline, and to arrest decline before a species becomes impossible to restore. Voluntary, collaborative activities can help accomplish these objectives, and where they do so the Service acts well within its discretion to rely on the ongoing success of these activities when declining to list a species. Such is the case here.

Respectfully submitted,

/s/ Michael W. Lieberman
Michael W. Lieberman (Bar No. 1049421)
Elizabeth Boucher Dawson (pro hac pending)
mlieberman@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 624-2508

*Counsel for Amici National Alliance of Forest Owners, Alabama Forestry Association, Florida Forestry Association, Forest Landowners Association, Georgia Forestry Association, and the Forestry Association of South Carolina*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 7, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Michael W. Lieberman
Michael W. Lieberman