IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

_____
)
**CENTER FOR BIOLOGICAL DIVERSITY** )
and **NOKUSE EDUCATION, INC.**; )
)
*Plaintiffs*, )
)
v. )   Case No. 3:23-cv-936-WWB-LLL
)
**U.S. FISH AND WILDLIFE SERVICE**, et al., )
)
*Defendants*. )
_____ )

## NOTICE OF APPEARANCE

The United States hereby enters the appearance of Jacob Jose as lead counsel for Defendants in this matter, taking over from Ms. Mayhall. Mr. Jose is registered for Electronic Case Filing and appears pursuant to Local Rules 2.01(a), 2.02(a), and 2.02(b).

DATED: May 14, 2025

Respectfully submitted:

ADAM R. F. GUSTAFSON,
Acting Assistant Attorney General
Environment & Natural Resources Division
NICOLE M. SMITH, Assistant Section Chief

*/s/ Jacob Jose*
JACOB JOSE
Trial Attorney (CO Bar No. 59582)
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 341-1749
Jacob.jose@usdoj.gov

*Counsel for Defendants*

1